Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Eastern District of Virginia**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Eagle Properties and Investments LLC |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) |  81-1634545 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 445 Windover Ave North West | 445 Windover Avenue North West |
| Number        Street | Number        Street |
| | P.O. Box |
| Vienna            VA    22180 | Vienna            VA    22180 |
| City                 State    ZIP Code | City                 State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Fairfax County | |
| County | Number        Street |
| | City                 State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Eagle Properties and Investments LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

531110

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | Eagle Properties and Investments LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

|  Number  |  Street  |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    Eagle Properties and Investments LLC                                    Case number (if known)_____
_____
Name

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

### ■ Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/06/2023
            MM  /  DD  /  YYYY

✖ /s/ Amit Jain                                          Amit Jain
_____            _____
Signature of authorized representative of debtor        Printed name

Title  Manager
_____

---

18. **Signature of attorney**    ✖ /s/ Nancy Greene                      Date    04/06/2023
                        _____            _____
                        Signature of attorney for debtor                MM  / DD / YYYY

Nancy Greene
_____
Printed name
Law Offices of SRIS, P.C.
_____
Firm name
4008 Williamsburg Court,
_____
Number        Street
Fairfax                                  VA        22032
_____        _____    _____
City                                  State      ZIP Code
+1 07032780405                          ndg@ndglaw.com
_____        _____
Contact phone                          Email address

38984                                    VA
_____        _____
Bar number                              State

| Fill in this information to identify the case: |
| --- |

Debtor name ___Eagle Properties and Investments LLC___

United States Bankruptcy Court for the: ___Eastern District of Virginia___

_____(State)_____

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from _Schedule A/B_ ...................................................    $    9,374,150.00

   1b. **Total personal property:**
     Copy line 91A from _Schedule A/B_.................................................    $    55,650.00

   1c. **Total of all property:**
     Copy line 92 from _Schedule A/B_ ................................................    $    9,429,800.00

---

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, _Amount of claim,_ from line 3 of _Schedule D_ ................................    $    10,681,146.70

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 6a of _Schedule E/F_........................................    $    189,594.57

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 6b of _Schedule E/F_ ......................    +$    3,845,394.95

4. **Total liabilities** .........................................................................................................................    $    14,716,136.22
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ___Eagle Properties and Investments LLC___

United States Bankruptcy Court for the: ___Eastern District of Virginia___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bala Jain LLC 6007 Marilyn Drive Alexandria, VA, 22310 | | Loans | Disputed | 400,000.00 | 840,000.00 | 3,334,000.00 |
| 2 | Bala Jain LLC 6007 Marilyn Drive Alexandria, VA | | Monies Loaned / Advanced | Disputed | | | 500,000.00 |
| 3 | County of Fairfax Department of Tax Administration, Revenue Collection Division, 12000, Government Centre Parkway Suite 223 Fairfax, VA, 22035 | | Taxes & Other Government Units | | | | 9,294.72 |
| 4 | City of Richmond Division of Collections PO Box 26505 Richmond, VA, 23261 | | Taxes & Other Government Units | | | | 8,991.23 |
| 5 | County of Fairfax Department of Tax Administration, Revenue Collection Division, 12000, Government Centre Parkway Suite 223 Fairfax, VA, 22035 | | Taxes & Other Government Units | | | | 8,891.77 |
| 6 | County of Fairfax Department of Tax Administration, Revenue Collection Division, 12000, Government Centre Parkway Suite 223 Fairfax, VA, 22035 | | Taxes & Other Government Units | | | | 8,826.67 |
| 7 | County of Fairfax Department of Tax Administration, Revenue Collection Division, 12000, Government Centre Parkway Suite 223 Fairfax, VA, 22035 | | Taxes & Other Government Units | | | | 8,398.89 |
| 8 | Department of Finance Howard county Property Tax Division, 3430, Court House Drive Ellicott City, MD, 21043 | | Taxes & Other Government Units | | | | 7,982.33 |

Debtor  Eagle Properties and Investments LLC

Name

Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | County of Fairfax Department of Tax Administration, Revenue Collection Division, 12000, Government Centre Parkway Suite 223 Fairfax, VA 22035 | | Taxes & Other Government Units | | | | 7,808.78 |
| 10 | County of Fairfax Department of Tax Administration, Revenue Collection Division, 12000, Government Centre Parkway Suite 223 Fairfax, VA 22035 | | Taxes & Other Government Units | | | | 7,808.78 |
| 11 | Dauphin County Office of Tax Claim Bureau Dauphin County Administration Building, 2, South second Street, First Floor PO Box No 1295 Harrisburg, PA 17108 | | Taxes & Other Government Units | | | | 7,773.37 |
| 12 | Dauphin County Office of Tax Claim Bureau Dauphin County Administration Building, 2, South second Street, First Floor PO Box No 1295 Harrisburg, PA 17108 | | Taxes & Other Government Units | | | | 7,305.60 |
| 13 | Dauphin County Office of Tax Claim Bureau Dauphin County Administration Building, 2, South second Street, First Floor PO Box No 1295 Harrisburg, PA 17108 | | Taxes & Other Government Units | | | | 6,601.85 |
| 14 | Dauphin County Office of Tax Claim Bureau Dauphin County Administration Building, 2, South second Street, First Floor PO Box No 1295 Harrisburg, PA 17108 | | Taxes & Other Government Units | | | | 6,358.56 |
| 15 | Dauphin County Office of Tax Claim Bureau Dauphin County Administration Building, 2, South second Street, First Floor PO Box No 1295 Harrisburg, PA 17108 | | Taxes & Other Government Units | | | | 6,022.78 |
| 16 | Dauphin County Office of Tax Claim Bureau Dauphin County Administration Building, 2, South second Street, First Floor PO Box No 1295 Harrisburg, PA 17108 | | Taxes & Other Government Units | | | | 5,583.18 |
| 17 | Dauphin County Office of Tax Claim Bureau Dauphin County Administration Building, 2, South second Street, First Floor PO Box No 1295 Harrisburg, PA 17108 | | Taxes & Other Government Units | | | | 5,448.39 |
| 18 | Dauphin County Office of Tax Claim Bureau Dauphin County Administration Building, 2, South second Street, First Floor PO Box No 1295 Harrisburg, PA 17108 | | Taxes & Other Government Units | | | | 4,643.16 |
| 19 | Dauphin County Office of Tax Claim Bureau Dauphin County Administration Building, 2, South second Street, First Floor PO Box No 1295 Harrisburg, PA 17108 | | Taxes & Other Government Units | | | | 4,616.97 |
| 20 | Dauphin County Office of Tax Claim Bureau Dauphin County Administration Building, 2, South second Street, First Floor PO Box No 1295 Harrisburg, PA 17108 | | Taxes & Other Government Units | | | | 4,605.37 |

**Fill in this information to identify the case:**

Debtor name ___Eagle Properties and Investments LLC___

United States Bankruptcy Court for the: ___Eastern District of Virginia___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Capital One | Checking | ___ ___ ___ ___ | $ 1,500.00 |
| 3.2. | See continuation sheet | | ___ ___ ___ ___ | $ 13,900.00 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $_____ |
| 4.2. | _____ | $_____ |

5. **Total of Part 1** — $ 15,400.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | _____ | $_____ |
| 7.2. | _____ | $_____ |

Debtor    Eagle Properties and Investments LLC _____ Case number (if known)_____
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____
   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____

---

**Part 3:  Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:   0.00            _   0.00                         = ........➜    $ 0.00
                                face amount         doubtful or uncollectible accounts

    11b. Over 90 days old:   5,813,000.00      _   5,813,000.00                  = ........➜    $ 0.00
                             face amount           doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 0.00

---

**Part 4:  Investments**

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____
    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:    % of ownership:

    15.1._____    _____%    _____    $_____
    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____
    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor _____   Case number (if known)_____
      Eagle Properties and Investments LLC
    Name

---

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

Debtor    Eagle Properties and Investments LLC _____    Case number *(if known)*_____
     Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** <br> 5 Desk Custom Made | $ 15.00 | _____ | $ 10,500.00 |
| **40. Office fixtures** <br> Electrical Supplies | $ 4,500.00 | _____ | $ 3,150.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** <br> 4 Computers | $ 3,600.00 | _____ | $ 2,520.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 15 Paintings | $ 2,750.00 | _____ | $ 1,925.00 |
| 42.2 10 Wall Decoration Pieces | $ 1,700.00 | _____ | $ 1,190.00 |
| 42.3 _____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 40,250.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  Eagle Properties and Investments LLC _____ Case number (if known)_____
Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 2021 Lincoln Navigator | $ 0.00 | Lease | $ Unknown |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $ _____ | _____ | $ _____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Eagle Properties and Investments LLC
Name

Case number (if known)_____

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|---|
| 55.1 | 2565 Chain Bridge Rd Vienna, Va 22181 | Owned | $ 880,000.00 | Trulia less rehab costs | $ 805,650.00 |
| 55.2 | 6958 New Oxford Rd, Harrisburg, Pa 17112 | Owned | $ 275.00 | Zillow | $ 307,500.00 |
| 55.3 | See continuation sheet | | $ 2,176,264.00 | | $ 8,261,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 9,374,150.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☒ Yes

---

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

---

Debtor    Eagle Properties and Investments LLC _____    Case number (if known)_____
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➜   $_____
                                    Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____   $_____
_____    Tax year _____   $_____
_____    Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor  Eagle Properties and Investments LLC
_____   Case number (if known)_____
Name

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 15,400.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 40,250.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................................➔ | | $ 9,374,150.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 55,650.00 | + 91b. $ 9,374,150.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....9,429,800.00.................................................... $ 9,429,800.00

Debtor 1    Eagle Properties and Investments LLC

First Name    Middle Name    Last Name

Case number *(if known)*_____

### **Continuation Sheet for Official Form 206 A/B**

**3) Checking, savings, money market, or financial brokerage accounts**

| | | |
|---|---|---|
| Capital One | Checking | 0251 |
| Balance: 3,000.00 | | |
| Fulton Bank | Checking | 1206 |
| Balance: 1,500.00 | | |
| Virginia Partners Bank | Checking | 1616 |
| Balance: 5,000.00 | | |
| Bank Of Clarke | Checking | 6121 |
| Balance: 2,000.00 | | |
| Main Street Bank | Checking | |
| Balance: 1,300.00 | | |
| Orrstown Bank | Checking | |
| Balance: 800.00 | | |
| Atlantic Union Bank | Checking | |
| Balance: 300.00 | | |

**55) Real property**

| | | | |
|---|---|---|---|
| 3012 Dupont Ave Baltimore, Md 21215 | 110,000.00 | Zillow | 158,700.00 |
| Owned | | | |
| 897 W Lombard St Baltimore, Md 21201 | 50,000.00 | Zillow less estimated completion costs | 140,000.00 |
| Owned | | | |
| 71 Lucy Ave Hummelstown Pa 17036 | 200,000.00 | Zillow | 240,000.00 |
| Owned | | | |
| 3110 P Street Richmond Va 23223 | 47,500.00 | Zillow | 40,000.00 |
| Owned | | | |
| 249 Berkstone Dr Harrisburg Pa 17112 | 256,000.00 | Zillow less rehab costs | 322,000.00 |
| Owned | | | |

Debtor 1 _____Eagle Properties and Investments LLC_____    Case number *(if known)*_____

First Name        Middle Name        Last Name

### Continuation Sheet for Official Form 206 A/B

| 213 N Port Street<br>Baltimore Md 21224 | 57.00 | Zillow | 217,700.00 |

Owned

| 7180 Jonestown Rd<br>Harrisburg Pa 17112 | 265.00 | Zillow less rehab costs | 294,000.00 |

Owned

| 6961 Sterling Rd,<br>€Harrisburg, Pa<br>17112 | 236.00 | Zillow less rehab costs | 226,400.00 |

Owned

| 15474 Roxbury Rd<br>Glenwood Md 21738 | 650,000.00 | Zillow less rehab costs | 719,400.00 |

Owned

| 449 Lawyers Rd Nw<br>Vienna, Va 22180 | 560.00 | Zillow less rehab costs | 720,000.00 |

Owned

| 204 S Fairville<br>Ave Harrisburg Pa<br>17112 | 220.00 | Zillow less rehab costs | 175,000.00 |

Owned

| 1635 Church Rd<br>Hershey Pa 17033 | 340.00 | Zillow less rehab costs | 534,000.00 |

Owned

| 1343 Church Rd<br>Hershey Pa 17033 | 335.00 | Zillow reduced for unfinished basement | 289,700.00 |

Owned

| 580 W Areba Ave<br>Hershey, Pa 17033 | 270.00 | Zillow less rehab costs | 479,900.00 |

Owned

| 1630 E Chocolate<br>Ave Hershey Pa<br>17033 | 171.00 | Zillow less rehab costs | 120,600.00 |

Owned

| 7939 Rider Ln<br>Hummelstown, Pa<br>17036    Rehab $68,<br>000 | 300.00 | Zillow less rehab costs | 271,000.00 |

Owned

| Debtor 1 | Eagle Properties and Investments LLC | | Case number *(if known)* |
|---|---|---|---|
| | First Name      Middle Name      Last Name | | |

### Continuation Sheet for Official Form 206 A/B

| | | | |
|---|---|---|---|
| 1203 Cottage St Sw<br>Vienna, Va 22180 | 550.00 | Zillow | 570,000.00 |
| Owned | | | |
| 202 N Port St<br>Baltimore Md 21224 | 58,000.00 | Zillow less rehab<br>costs | 116,200.00 |
| Owned | | | |
| 1010 Lynn St Sw<br>Vienna, Va 22180 | 539.00 | Zillow less rehab<br>costs | 720,000.00 |
| Owned | | | |
| 7213 Linglestown<br>Rd, Harrisburg, Pa<br>17112 | 370.00 | Zillow less rehab<br>costs | 362,500.00 |
| Owned | | | |
| 7616 Grove Ave,<br>Harrisburg Pa. | 191.00 | Zillow less rehab<br>costs | 176,700.00 |
| Owned | | | |
| 445 Windover Ave,<br>NW, Vienna, VA<br>22180 | 800,000.00 | Zillow | 840,000.00 |
| owned | | | |
| 1001 Manning Dr<br>Falmouth, Va 22405 | 170.00 | Zillow less rehab<br>costs | 195,000.00 |
| Owned | | | |
| 3002 Williamsburg<br>Road Richmond Va<br>23231 | 190.00 | Zillow less rehab<br>costs | 332,200.00 |
| Owned | | | |

**Fill in this information to identify the case:**

Debtor name _____ Eagle Properties and Investments LLC

United States Bankruptcy Court for the: __Eastern District of Virginia__

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property         12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** | **Creditor's name**
Asset Based Lending

**Creditor's mailing address**
PO BOX 27370
Anaheim, CA 92809

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**
7180 Jonestown Rd Harrisburg Pa 17112

$ 217,000.00        $ 294,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** | **Creditor's name**
Asset Based Lending

**Creditor's mailing address**
PO BOX 27370
Anaheim, CA 92809

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
6961 Sterling Rd,€Harrisburg, Pa 17112

$202,000.00        $226,400.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        $ 10,681,146.70

Debtor  Eagle Properties and Investments LLC _____ Case number (if known) _____
       Name

| Part 1: | **Additional Page** | | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3**  **Creditor's name**
Asset Based Lending

_____

**Creditor's mailing address**

PO BOX 27370
Anaheim, CA 92809

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [                                        ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

7213 Linglestown Rd, Harrisburg, Pa 17112

$287,000.00     $362,500.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4**  **Creditor's name**
Atlantic Union Bank

_____

**Creditor's mailing address**

8221 Old Courthouse Rd Ste 100,
Tysons, VA 22182

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    [Bala Jain LLC, 0th; Atlantic Union Bank, 1st]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

445 Windover Ave, NW,  Vienna, VA 22180

$400,000.00     $840,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor __Eagle Properties and Investments LLC_____  Case number _(if known)_____
        Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value of collateral. | **that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name
Bala Jain

Creditor's mailing address

6007 Marilyn Dr.
Alexandria, VA 22310

Creditor's email address, if known

_____

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$350,000.00          $0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** Creditor's name
Bala Jain LLC

Creditor's mailing address

6007 Marilyn Drive
Alexandria, VA 22310

Creditor's email address, if known

_____

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   Fulton Bank, 1st; Bala Jain LLC, 2nd

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

1203 Cottage St Sw Vienna, Va 22180

$380,000.00          $570,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  Eagle Properties and Investments LLC _____
        Name                                 Case number (if known)_____

| Part 1: | Additional Page | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** Creditor's name
Bala Jain LLC

_____

**Creditor's mailing address**

6007 Marilyn Drive
Alexandria, VA 22310

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

3110 P Street Richmond Va 23223

$210,000.00     $40,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8** Creditor's name
Bala Jain LLC

_____

**Creditor's mailing address**

6007 Marilyn Drive
Alexandria, VA 2310

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  Fulton Bank, 1st; Bala Jain LLC, 2nd

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

1001 Manning Dr Falmouth, Va 22405

$80,000.00     $195,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  Eagle Properties and Investments LLC _____ number *(if known)*_____
         Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9** **Creditor's name**
Bala Jain LLC

_____

**Creditor's mailing address**

6007 Marilyn Drive
Alexandria, VA 22310

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  Bank Of Clarke, 1st; Bala Jain LLC, 2nd

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

15474 Roxbury Rd Glenwood Md 21738

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$375,000.00    $719,400.00

---

**2.10** **Creditor's name**
Bala Jain LLC

_____

**Creditor's mailing address**

6007 Marilyn Drive
Alexandria, VA 2231-

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  Community Bank Of Chesapeake, 1st; Gus Goldsmith, 2nd; Bala Jain LLC, 3rd

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

1010 Lynn St Sw Vienna, Va 22180

**Describe the lien**

Disputed - Debtor denies signing deed of tru

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$300,000.00    $720,000.00

---

Debtor  Eagle Properties and Investments LLC _____ number *(if known)*_____
        Name

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11** Creditor's name
Bala Jain LLC

_____

**Creditor's mailing address**

6007 Marilyn Drive
Alexandria, VA 22310

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
　☑ No. Specify each creditor, including this creditor, and its relative priority.

Virginia Partners Bank, 1st; Bala Jain LLC, 2nd

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2565 Chain Bridge Rd Vienna, Va 22181

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$500,000.00     $805,650.00

---

**2.12** Creditor's name
Bala Jain LLC

_____

**Creditor's mailing address**

6007 Marilyn Drive
Alexandria, VA 22310

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☑ Yes. The relative priority of creditors is specified on lines 2.4

**Describe debtor's property that is subject to a lien**

445 Windover Ave, NW,  Vienna, VA 22180

**Describe the lien**

, Debtor disputes it signed this DOT

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$400,000.00     $840,000.00

---

Debtor  Eagle Properties and Investments LLC _____  _____
        Name                                                         number *(if known)*

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.13** **Creditor's name**
Bala Jain LLC

_____

**Creditor's mailing address**

6007 Marilyn Drive
Alexandria, VA 22310

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.

Main Street Bank, 1st; Bala Jain LLC, 2nd

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
202 N Port St Baltimore Md 21224

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$170,000.00     $116,200.00

---

**2.14** **Creditor's name**
Bala Jain LLC

_____

**Creditor's mailing address**

6007 Marilyn Drive
Alexandria, VA 22310

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.

Main Street Bank, 1st; Bala Jain LLC, 2nd

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
3012 Dupont Ave Baltimore, Md 21215

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$198,000.00     $158,700.00

---

Debtor    Eagle Properties and Investments LLC _____ Case number (if known)_____
         Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.15** Creditor's name
Bala Jain LLC

Creditor's mailing address

6007 Marilyn Drive
Alexandria, VA 22310

Creditor's email address, if known

_____

Date debt was incurred    _____
Last 4 digits of account    _____
number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

[ ]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

71 Lucy Ave Hummelstown Pa 17036

$198,000.00          $240,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16** Creditor's name
Bala Jain LLC

Creditor's mailing address

6007 Marilyn Drive
Alexandria, VA 22310

Creditor's email address, if known

_____

Date debt was incurred    _____
Last 4 digits of account    _____
number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

[ ]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

897 W Lombard St Baltimore, Md 21201

$165,000.00          $140,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Eagle Properties and Investments LLC _____
Name

Case number (if known)_____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.17** Creditor's name
Bala Jain LLC

**Describe debtor's property that is subject to a lien**
449 Lawyers Rd Nw Vienna, Va 22180

$340,000.00    $720,000.00

**Creditor's mailing address**
6007 Marilyn Drive
Alexandria, VA 22310

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**
, Debtor disputes it signed a DOT for this pro

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No. Specify each creditor, including this creditor, and its relative priority.

Fulton Bank, 1st; Gus Goldsmith, 2nd; Bala Jain LLC, 3rd

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

**2.18** Creditor's name
Bank Of Clarke

**Describe debtor's property that is subject to a lien**
1635 Church Rd Hershey Pa 17033

$261,410.28    $534,000.00

**Creditor's mailing address**
110 Crock Wells Mill Drive
Winchester, VA 22603

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    Eagle Properties and Investments LLC
_____    Case number (if known)_____
Name

| Part 1: | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B *Value of collateral that supports this claim* |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.19** Creditor's name
Bank Of Clarke

**Describe debtor's property that is subject to a lien**

249 Berkstone Dr Harrisburg Pa 17112

$197,235.00          $322,000.00

**Creditor's mailing address**

110 Crock Wells Mill Drive
Winchester, VA 22603

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.20** Creditor's name
Bank Of Clarke

**Describe debtor's property that is subject to a lien**

15474 Roxbury Rd Glenwood Md 21738

$501,478.65          $719,400.00

**Creditor's mailing address**

110 Crock Wells Mill Drive
Winchester, VA 22603

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines  2.3

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Eagle Properties and Investments LLC _____   Case number (if known)_____

       Name

| Part 1: | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.21** **Creditor's name**
Bank Of Clarke County

**Creditor's mailing address**

2 East Main Street
Berryville, VA 22611

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

204 S Fairville Ave Harrisburg Pa 17112

$168,858.15        $175,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.22** **Creditor's name**
Community Bank Of Chesapeake

**Creditor's mailing address**

202 Centennial St,
La Plata, MD 20646

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines 2.4

**Describe debtor's property that is subject to a lien**

1010 Lynn St Sw Vienna, Va 22180

$550,000.00        $720,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor **Eagle Properties and Investments LLC** _____ Case number *(if known)* _____
Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.23 Creditor's name**
Fulton Bank

**Describe debtor's property that is subject to a lien**
7939 Rider Ln Hummelstown, Pa 17036
Rehab $68,000

$210,776.73     $271,000.00

**Creditor's mailing address**
625 Elden St,
Herndon, VA 20170

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.24 Creditor's name**
Fulton Bank

**Describe debtor's property that is subject to a lien**
580 W Areba Ave Hershey, Pa 17033

$200,997.81     $479,900.00

**Creditor's mailing address**
625 Elden St,
Herndon, VA 20170

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   Eagle Properties and Investments LLC _____ Case number (if known)_____
         Name

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.25** **Creditor's name**
Fulton Bank

**Creditor's mailing address**

625 Elden St,
Herndon, VA 20170

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

1630 E Chocolate Ave Hershey Pa 17033

$141,442.68    $120,600.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.26** **Creditor's name**
Fulton Bank

**Creditor's mailing address**

625 Elden St,
Herndon, VA 20170

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines 2.4

**Describe debtor's property that is subject to a lien**

1001 Manning Dr Falmouth, Va 22405

$152,899.91    $195,000.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 13 of 21

Debtor   Eagle Properties and Investments LLC _____ Case number (if known)_____
         Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.27** **Creditor's name**
Fulton Bank
_____

**Creditor's mailing address**

625 Elden St,
Herndon, VA 20170
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

7616 Grove Ave, Harrisburg Pa.

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $222,261.77   Column B: $176,700.00

---

**2.28** **Creditor's name**
Fulton Bank
_____

**Creditor's mailing address**

625 Elden St,
Herndon, VA 20170
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

1343 Church Rd Hershey Pa 17033

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $241,415.64   Column B: $289,700.00

---

Debtor  Eagle Properties and Investments LLC _____ Case number (if known)_____
        Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.29 Creditor's name**
Fulton Bank

**Describe debtor's property that is subject to a lien**
3002 Williamsburg Road Richmond Va 23231

$ 241,391.38        $ 332,200.00

**Creditor's mailing address**
625 Elden St,
Herndon, VA 20170

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.30 Creditor's name**
Fulton Bank

**Describe debtor's property that is subject to a lien**
213 N Port Street Baltimore Md 21224

$ 130,963.65        $ 217,700.00

**Creditor's mailing address**
625 Elden St,
Herndon, VA 20170

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Eagle Properties and Investments LLC _____ Case number (if known)_____
        Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.31** **Creditor's name**
Fulton Bank

**Describe debtor's property that is subject to a lien**

1203 Cottage St Sw Vienna, Va 22180

$522,094.41        $570,000.00

**Creditor's mailing address**

625 Elden St,
Herndon, VA 20170

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   |                             |
   |_____|

   ☒ Yes. The relative priority of creditors is specified on lines 2.4

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.32** **Creditor's name**
Fulton Bank

**Describe debtor's property that is subject to a lien**

449 Lawyers Rd Nw Vienna, Va 22180

$536,855.91        $ 720,000.00

**Creditor's mailing address**

625 Elden St,
Herndon, VA 20170

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   |                             |
   |_____|

   ☒ Yes. The relative priority of creditors is specified on lines 2.3

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Eagle Properties and Investments LLC _____ Case number (if known)_____
         Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.33** **Creditor's name**
Gus Goldsmith

**Describe debtor's property that is subject to a lien**

1010 Lynn St Sw Vienna, Va 22180

$260,000.00          $720,000.00

**Creditor's mailing address**

18205 Biscayne Blvd Unit 2226 Aventura, North Miami Beach, FL 33160

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☒ Yes. The relative priority of creditors is specified on lines 2.4

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.34** **Creditor's name**
Gus Goldsmith

**Describe debtor's property that is subject to a lien**

449 Lawyers Rd Nw Vienna, Va 22180

$260,000.00          $720,000.00

**Creditor's mailing address**

18205 Biscayne Blvd Unit 2226 Aventura North Miami Beach, FL 33160

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☒ Yes. The relative priority of creditors is specified on lines 2.3

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  Eagle Properties and Investments LLC
_____    Case number _(if known)_____
Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.35  Creditor's name
Lincoln Financing
_____

**Creditor's mailing address**

9030 Stony Point Pkwy
Richmond, VA 23235
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Lincoln Navigator

$ 0.00          $ Unknown

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

### 2.36  Creditor's name
Lincoln Automotive Financial Services
_____

**Creditor's mailing address**

 PO Box 2400, Edmonton, Alberta, T5J 5C7
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ 0.00          $ 0.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  Eagle Properties and Investments LLC _____
        Name

Case number *(if known)* _____

| | Column A | Column B |
|---|---|---|
| **Part 1:** **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.37** **Creditor's name**
Main Street Bank

**Describe debtor's property that is subject to a lien**

3012 Dupont Ave Baltimore, Md 21215

$114,768.47        $158,700.00

_____

**Creditor's mailing address**

10089 Fairfax Blvd.
Fairfax, VA 22030

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☒ Yes. The relative priority of creditors is specified on lines 2.4

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.38** **Creditor's name**
Main Street Bank

**Describe debtor's property that is subject to a lien**

202 N Port St Baltimore Md 21224

$101,479.78        $116,200.00

_____

**Creditor's mailing address**

10089 Fairfax Blvd.
Fairfax, VA 22030

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☒ Yes. The relative priority of creditors is specified on lines 2.3

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  Eagle Properties and Investments LLC _____ Case number _(if known)_____
       Name

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.39** **Creditor's name**
Orrstown Bank

_____

**Creditor's mailing address**

77 East King Street
Shippensburg, PA 17257

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

6958 New Oxford Rd, Harrisburg, Pa 17112

$ 200,747.44     $ 307,500.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.40** **Creditor's name**
Virginia Partners Bank

_____

**Creditor's mailing address**

4210 Plank Rd,
Fredericksburg, VA 22407

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☒ Yes. The relative priority of creditors is specified on lines  2.3

**Describe debtor's property that is subject to a lien**

2565 Chain Bridge Rd Vienna, Va 22181

$ 692,069.04     $ 805,650.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Eagle Properties and Investments LLC
_____
Name

Case number *(if known)*_____

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor _____ Eagle Properties and Investments LLC _____

United States Bankruptcy Court for the: _____ Eastern District of Virginia _____

Case number
(If known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
City of Richmond
Division of Collections PO Box 26505
Richmond, VA, 23261

As of the petition filing date, the claim is: $ 564.00          $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account
number** _____

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
City of Richmond
Division of Collections PO Box 26505
Richmond, VA, 23261

As of the petition filing date, the claim is: $ 8,991.23          $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account
number** _____

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
County of Fairfax
Department of Tax Administration, Revenue
Collection Division, 12000, Government Centre
Parkway
Suite 223
Fairfax, VA, 22035

As of the petition filing date, the claim is: $ 8,891.77          $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account
number** _____

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 8 )

Debtor  Eagle Properties and Investments LLC _____    Case number *(if known)* _____
     Name

| Part 1. | Additional Page |

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.** 4  **Priority creditor's name and mailing address**

County of Fairfax
Department of Tax Administration, Revenue
Collection Division, 12000, Government Centre
Parkway
Suite 223
Fairfax, VA, 22035

$ 7,808.78          $ _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.** 5  **Priority creditor's name and mailing address**
County of Fairfax
Department of Tax Administration, Revenue
Collection Division, 12000, Government Centre
Parkway
Suite 223
Fairfax, VA, 22035

$ 8,398.89          $ _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.** 6  **Priority creditor's name and mailing address**
County of Fairfax
Department of Tax Administration, Revenue
Collection Division, 12000, Government Centre
Parkway
Suite 223
Fairfax, VA, 22035

$ 7,808.78          $ _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.** 7  **Priority creditor's name and mailing address**

County of Fairfax
Department of Tax Administration, Revenue
Collection Division, 12000, Government Centre
Parkway
Suite 223
Fairfax, VA, 22035

$ 9,294.72          $ _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____
Eagle Properties and Investments LLC
Name

Case number _(if known)_ _____

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.8  Priority creditor's name and mailing address**

County of Fairfax
Department of Tax Administration, Revenue
Collection Division, 12000, Government Centre
Parkway
Suite 223
Fairfax, VA, 22035

$ 8,826.67                    $ _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.9  Priority creditor's name and mailing address**

County of Henrico
Department of Finance, PO Box 90775
Henrico, VA, 23273

$ 1,489.63                    $ _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.10  Priority creditor's name and mailing address**

Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South
second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

$ 2,474.95                    $ _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.11  Priority creditor's name and mailing address**

Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South
second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

$ 3,496.88                    $ _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Eagle Properties and Investments LLC
_____
        Name

Case number *(if known)*_____

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim** **Priority amount**

---

**2.12 Priority creditor's name and mailing address**

Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South
second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

$ 2,958.77          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _8_ )

---

**2.13 Priority creditor's name and mailing address**

Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South
second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

$ 4,643.16          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _8_ )

---

**2.14 Priority creditor's name and mailing address**

Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South
second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

$ 3,619.93          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _8_ )

---

**2.15 Priority creditor's name and mailing address**

Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South
second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

$ 4,605.37          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _8_ )

---

Debtor _____   Case number _____
       Eagle Properties and Investments LLC                      (if known)
       Name

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.16** **Priority creditor's name and mailing address**                                    $4,393.45          $

Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South
second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number**
_____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.17** **Priority creditor's name and mailing address**                                    $6,022.78          $

Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South
second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number**
_____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.18** **Priority creditor's name and mailing address**                                    $2,998.90          $

Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South
second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number**
_____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.19** **Priority creditor's name and mailing address**                                    $3,796.62          $

Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South
second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number**
_____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Eagle Properties and Investments LLC
         Name

Case number *(if known)*_____

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.20 Priority creditor's name and mailing address**

Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South
second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( *8* )

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 7,305.60    Priority amount: $

---

**2.21 Priority creditor's name and mailing address**

Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South
second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( *8* )

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 3,791.62    Priority amount: $

---

**2.22 Priority creditor's name and mailing address**

Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South
second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( *8* )

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 1,897.36    Priority amount: $

---

**2.23 Priority creditor's name and mailing address**

Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South
second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( *8* )

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 5,448.39    Priority amount: $

Debtor _____Eagle Properties and Investments LLC_____    Case number (if known)_____
         Name

---

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.24** **Priority creditor's name and mailing address**
Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

$4,241.63          $

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.25** **Priority creditor's name and mailing address**
Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

$4,616.97          $

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.26** **Priority creditor's name and mailing address**
Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

$5,583.18          $

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.27** **Priority creditor's name and mailing address**
Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

$6,358.56          $

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 7 of 26

Debtor _____Eagle Properties and Investments LLC_____    Case number _(if known)_____
           Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**                     **Priority amount**

---

**2.28** **Priority creditor's name and mailing address**                                    $ 7,773.37          $ _____
Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South
second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _8_ )**

---

**2.29** **Priority creditor's name and mailing address**                                    $ 3,722.93          $ _____
Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South
second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _8_ )**

---

**2.30** **Priority creditor's name and mailing address**                                    $ 3,842.51          $ _____
Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South
second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _8_ )**

---

**2.31** **Priority creditor's name and mailing address**                                    $ 3,136.32          $ _____
Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South
second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _8_ )**

---

Debtor _____     Case number _(if known)_____
         Eagle Properties and Investments LLC
         Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**          **Priority amount**

---

**2.32 Priority creditor's name and mailing address**
Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South
second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

$ 3,621.18          $

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.33 Priority creditor's name and mailing address**
Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South
second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

$ 6,601.85          $

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.34 Priority creditor's name and mailing address**
Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South
second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

$ 2,916.69          $

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.35 Priority creditor's name and mailing address**
Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building, 2, South
second Street, First Floor
PO Box No 1295
Harrisburg, PA, 17108

$ 1,608.62          $

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

Debtor  Eagle Properties and Investments LLC _____  Case number (if known) _____
        Name

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

---

**2.36** **Priority creditor's name and mailing address**

Department of Finance Howard county
Property Tax Division, 3430, Court House Drive
Ellicott City, MD, 21043

$ 7,982.33        $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

☒ No
☐ Yes

---

**2.37** **Priority creditor's name and mailing address**

Mayor and City Council Baltimore
Bureau of Revenue Collections, 200 Holiday Street
Baltimore, MD, 21202

$ 3,988.19        $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

☒ No
☐ Yes

---

**2.38** **Priority creditor's name and mailing address**

Mayor and City Council Baltimore
Bureau of Revenue Collections, 200 Holiday Street
Baltimore, MD, 21202

$ 2,463.85        $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

☒ No
☐ Yes

---

**2.39** **Priority creditor's name and mailing address**

Stafford County
Laura M Rudy, Treasurer, PO Box 68
Stafford, VA, 22555

$ 762.45        $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

☒ No
☐ Yes

---

Debtor   Eagle Properties and Investments LLC                    Case number *(if known)*_____
             Name

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**      **Priority amount**

2. 40  **Priority creditor's name and mailing address**     $ 845.69      $_____
Stafford County
Laura M Rudy, Treasurer, PO Box 68
Stafford, VA, 22555

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

2. ____  **Priority creditor's name and mailing address**     $_____      $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

2. ____  **Priority creditor's name and mailing address**     $_____      $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

2. ____  **Priority creditor's name and mailing address**     $_____      $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

Debtor _____Eagle Properties and Investments LLC_____    Case number _(if known)_____

| | Name | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |

**3.1**
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
| ADT | *Check all that apply.* | $ 64.74 |
| P O Box 371878 | ☐ Contingent | |
| Pittsburgh, PA, 15250 | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |

| **Date or dates debt was incurred** | 03-27-2023 | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | 3389 | ☒ No    ☐ Yes |

**3.2**
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
| ADT | *Check all that apply.* | $ 52.99 |
| P O Box 371878 | ☐ Contingent | |
| Pittsburgh, PA, 15250 | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |

| **Date or dates debt was incurred** | 03-21-2023 | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | 6127 | ☒ No    ☐ Yes |

**3.3**
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
| ADT | *Check all that apply.* | $ 66.30 |
| P O Box 371878 | ☐ Contingent | |
| Pittsburgh, PA, 15250 | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |

| **Date or dates debt was incurred** | 03-07-2023 | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | 2189 | ☒ No    ☐ Yes |

**3.4**
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
| ADT | *Check all that apply.* | $ 49.33 |
| P O Box 371878 | ☐ Contingent | |
| Pittsburgh, PA, 15250 | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |

| **Date or dates debt was incurred** | 03-21-2023 | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | 1046 | ☒ No    ☐ Yes |

**3.5**
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
| ADT | *Check all that apply.* | $ 59.35 |
| P O Box 371878 | ☐ Contingent | |
| Pittsburgh, PA, 15250 | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |

| **Date or dates debt was incurred** | 03-22-2023 | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | 4591 | ☒ No    ☐ Yes |

**3.6**
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
| ADT | *Check all that apply.* | $ 72.17 |
| P O Box 371878 | ☐ Contingent | |
| Pittsburgh, PA, 15250 | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |

| **Date or dates debt was incurred** | 03-24-2023 | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | 9094 | ☒ No    ☐ Yes |

Debtor  Eagle Properties and Investments LLC _____  Case number (if known)_____

    Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

ADT
P O Box 371878
Pittsburgh, PA, 15250

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.14

Basis for the claim:

Date or dates debt was incurred    03-23-2023

Last 4 digits of account number    5154

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

ADT
P O Box 371878
Pittsburgh, PA, 15250

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68.99

Basis for the claim:

Date or dates debt was incurred    03-11-2023

Last 4 digits of account number    3090

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

ADT
P O Box 371878
Pittsburgh, PA, 15250

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.14

Basis for the claim:

Date or dates debt was incurred    03-02-2023

Last 4 digits of account number    4124

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Bala Jain LLC
6007 Marilyn Drive

Alexandria, VA, 22310

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 3,334,000.00

Basis for the claim:  Loans

Date or dates debt was incurred    02/01/2016

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Bala Jain LLC
6007 Marilyn Drive
Alexandria, VA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 500,000.00

Basis for the claim:  Monies Loaned / Advanced

Date or dates debt was incurred    1/31/2019

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____Eagle Properties and Investments LLC_____    ____Case number (if known)_____
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.12  Nonpriority creditor's name and mailing address**

Dominion Energy
P O Box 26543
Richmond, VA, 23290

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 321.26

Date or dates debt was incurred    04-11-2023

Last 4 digits of account number    8087

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13  Nonpriority creditor's name and mailing address**

Dominion Energy
P O Box 26543
Richmond, VA, 23290

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 201.68

Date or dates debt was incurred    04-07-2023

Last 4 digits of account number    1099

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14  Nonpriority creditor's name and mailing address**

Dominion Energy
P O Box 26543
Richmond, VA, 23290

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 216.19

Date or dates debt was incurred    04-11-2023

Last 4 digits of account number    0769

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15  Nonpriority creditor's name and mailing address**

Dominion Energy
P O Box 26543
Richmond, VA, 23290

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 188.25

Date or dates debt was incurred    04-07-2023

Last 4 digits of account number    0173

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16  Nonpriority creditor's name and mailing address**

Dominion Energy
P O Box 26543
Richmond, VA, 23290

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 83.99

Date or dates debt was incurred    04-13-2023

Last 4 digits of account number    8117

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Eagle Properties and Investments LLC_____    _____Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.17** Nonpriority creditor's name and mailing address

Dominion Energy
P O Box 26543
Richmond, VA, 23290

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 32.50

Date or dates debt was incurred ___04-20-2023___

Last 4 digits of account number ___6090___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

Dominion Energy
P O Box 26543
Richmond, VA, 23290

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 717.85

Date or dates debt was incurred ___04-27-2023___

Last 4 digits of account number ___2127___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

DTMA
670 Clearwater RD
Hershey, PA, 17033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 19.36

Date or dates debt was incurred ___04-03-2023___

Last 4 digits of account number ___0440___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

DTMA
670 Clearwater RD
Hershey, PA, 17033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 21.17

Date or dates debt was incurred ___04-03-2023___

Last 4 digits of account number ___5390___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

DTMA
670 Clearwater RD
Hershey, PA, 17033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 19.36

Date or dates debt was incurred ___04-03-2023___

Last 4 digits of account number ___6850___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Eagle Properties and Investments LLC_____   Case number (if known)_____
    Name

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.22**    **Nonpriority creditor's name and mailing address**

DTMA
670 Clearwater RD
Hershey, PA, 17033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 58.72

| Date or dates debt was incurred | 04-03-2023 |
|---|---|
| Last 4 digits of account number | 2270 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23**    **Nonpriority creditor's name and mailing address**

DTMA
670 Clearwater RD
Hershey, PA, 17033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 50.65

| Date or dates debt was incurred | 04-03-2023 |
|---|---|
| Last 4 digits of account number | 7000 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24**    **Nonpriority creditor's name and mailing address**

Pennsylvania American Water
P O Box 371412
Pittsburgh, PA, 15250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 17.74

| Date or dates debt was incurred | 04-15-2023 |
|---|---|
| Last 4 digits of account number | 5059 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25**    **Nonpriority creditor's name and mailing address**

Pennsylvania American Water
P O Box 371412
Pittsburgh, PA, 15250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 17.74

| Date or dates debt was incurred | 03-15-2023 |
|---|---|
| Last 4 digits of account number | 6230 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26**    **Nonpriority creditor's name and mailing address**

Pennsylvania American Water
P O Box 371412
Pittsburgh, PA, 15250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 23.06

| Date or dates debt was incurred | 04-06-2023 |
|---|---|
| Last 4 digits of account number | 2545 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Eagle Properties and Investments LLC                    Case number (if known)_____
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.27  Nonpriority creditor's name and mailing address**

Pennsylvania American Water
P O Box 371412
Pittsburgh, PA, 15250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 37.66

Date or dates debt was incurred     03-15-2023

Last 4 digits of account number     2146

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28  Nonpriority creditor's name and mailing address**

Pennsylvania American Water
P O Box 371412
Pittsburgh, PA, 15250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 25.71

Date or dates debt was incurred     04-06-2023

Last 4 digits of account number     1607

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.29  Nonpriority creditor's name and mailing address**

Pennsylvania American Water
P O Box 371412
Pittsburgh, PA, 15250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 25.71

Date or dates debt was incurred     02-15-2023

Last 4 digits of account number     8674

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30  Nonpriority creditor's name and mailing address**

Pennsylvania American Water
P O Box 371412
Pittsburgh, PA, 15250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 17.50

Date or dates debt was incurred     04-12-2023

Last 4 digits of account number     2826

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31  Nonpriority creditor's name and mailing address**

PPL Electric Utilities
827 Hausman Rd
Allentown, PA, 18104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 657.07

Date or dates debt was incurred     _____

Last 4 digits of account number     1029

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Eagle Properties and Investments LLC    Case number *(if known)*_____
          Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.32**  **Nonpriority creditor's name and mailing address**

PPL Electric Utilities
827 Hausman Rd
Allentown, PA, 18104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 444.26

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    7018

---

**3.33**  **Nonpriority creditor's name and mailing address**

PPL Electric Utilities
827 Hausman Rd
Allentown, PA, 18104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58.21

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    03-16-2023

Last 4 digits of account number    0105

---

**3.34**  **Nonpriority creditor's name and mailing address**

PPL Electric Utilities
827 Hausman Rd
Allentown, PA, 18104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 160.03

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    04-20-2023

Last 4 digits of account number    7100

---

**3.35**  **Nonpriority creditor's name and mailing address**

PPL Electric Utilities
827 Hausman Rd
Allentown, PA, 18104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 418.03

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    03-06-2023

Last 4 digits of account number    6033

---

**3.36**  **Nonpriority creditor's name and mailing address**

PPL Electric Utilities
827 Hausman Rd
Allentown, PA, 18104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,393.55

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    03-22-2023

Last 4 digits of account number    1013

---

Debtor _____Eagle Properties and Investments LLC_____    Case number (if known)_____
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37**  Nonpriority creditor's name and mailing address

PPL Electric Utilities
827 Hausman Rd
Allentown, PA, 18104

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,078.14

Date or dates debt was incurred    03-06-2023

Last 4 digits of account number    9017

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.38**  Nonpriority creditor's name and mailing address

PPL Electric Utilities
827 Hausman Rd
Allentown, PA, 18104

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 677.85

Date or dates debt was incurred    03-15-2023

Last 4 digits of account number    1035

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.39**  Nonpriority creditor's name and mailing address

PPL Electric Utilities
827 Hausman Rd
Allentown, PA, 18104

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 337.26

Date or dates debt was incurred    04-20-2023

Last 4 digits of account number    6010

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.40**  Nonpriority creditor's name and mailing address

PPL Electric Utilities
827 Hausman Rd
Allentown, PA, 18104

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 62.42

Date or dates debt was incurred    03-15-2023

Last 4 digits of account number    1019

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.41**  Nonpriority creditor's name and mailing address

Town Of Vienna Water and Sewer Bill
127 Center St
Vienna, VA, 22180

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 338.30

Date or dates debt was incurred    12-30-2022

Last 4 digits of account number    3796

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor ___Eagle Properties and Investments LLC_____  Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.42**     **Nonpriority creditor's name and mailing address**

Town Of Vienna Water and Sewer Bill
127 Center St
Vienna, VA, 22180

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 168.48

| Date or dates debt was incurred | 12-30-2022 |
| Last 4 digits of account number | 562F |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43**     **Nonpriority creditor's name and mailing address**

Town Of Vienna Water and Sewer Bill
127 Center St
Vienna, VA, 22180

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 320.25

| Date or dates debt was incurred | 12-30-2022 |
| Last 4 digits of account number | 3470 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.44**     **Nonpriority creditor's name and mailing address**

Town Of Vienna Water and Sewer Bill
127 Center St
Vienna, VA, 22180

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 92.64

| Date or dates debt was incurred | 12-30-2022 |
| Last 4 digits of account number | 562G |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.45**     **Nonpriority creditor's name and mailing address**

UGI Utilities Inc
400 Stewart Rd
Hanover, PA, 18706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 31.93

| Date or dates debt was incurred | 12-30-2022 |
| Last 4 digits of account number | 1551 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46**     **Nonpriority creditor's name and mailing address**

Verizon Fios
1430 Walnut St
Philadelphia, PA, 19102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 55.89

| Date or dates debt was incurred | |
| Last 4 digits of account number | 0157 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____    Case number _(if known)_____
        Eagle Properties and Investments LLC
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.47** Nonpriority creditor's name and mailing address

Verizon Fios
1430 Walnut St
Philadelphia, PA, 19102

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number    0156

Is the claim subject to offset?
☑ No
☐ Yes

$ 87.98

---

**3.48** Nonpriority creditor's name and mailing address

Verizon Fios
1430 Walnut St
Philadelphia, PA, 19102

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    03-29-2023

Last 4 digits of account number    0151

Is the claim subject to offset?
☑ No
☐ Yes

$ 55.89

---

**3.49** Nonpriority creditor's name and mailing address

Verizon Fios
1430 Walnut St
Philadelphia, PA, 19102

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    04-03-2023

Last 4 digits of account number    0178

Is the claim subject to offset?
☑ No
☐ Yes

$ 94.98

---

**3.50** Nonpriority creditor's name and mailing address

Verizon Fios
1430 Walnut St
Philadelphia, PA, 19102

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    04-06-2023

Last 4 digits of account number    0185

Is the claim subject to offset?
☑ No
☐ Yes

$ 55.89

---

**3.51** Nonpriority creditor's name and mailing address

Verizon Fios
1430 Walnut St
Philadelphia, PA, 19102

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    03-29-2023

Last 4 digits of account number    0174

Is the claim subject to offset?
☑ No
☐ Yes

$ 55.89

---

Debtor _Eagle Properties and Investments LLC_____    Case number _(if known)_____
        Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.52  Nonpriority creditor's name and mailing address**

Verizon Fios
1430 Walnut St
Philadelphia, PA, 19102

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.89

Basis for the claim:

Date or dates debt was incurred    04-03-2023

Last 4 digits of account number    0165

Is the claim subject to offset?
☑ No
☐ Yes

**3.53  Nonpriority creditor's name and mailing address**

Verizon Fios
1430 Walnut St
Philadelphia, PA, 19102

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55.89

Basis for the claim:

Date or dates debt was incurred    04-04-2023

Last 4 digits of account number    0145

Is the claim subject to offset?
☑ No
☐ Yes

**3.54  Nonpriority creditor's name and mailing address**

Washington Gas
6801 Industrial Rd
Springfield, VA, 22151

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 115.70

Basis for the claim:

Date or dates debt was incurred    03-28-23

Last 4 digits of account number    9854

Is the claim subject to offset?
☑ No
☐ Yes

**3.55  Nonpriority creditor's name and mailing address**

Washington Gas
6801 Industrial Rd
Springfield, VA, 22151

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 221.50

Basis for the claim:

Date or dates debt was incurred    03-28-23

Last 4 digits of account number    9094

Is the claim subject to offset?
☑ No
☐ Yes

**3.56  Nonpriority creditor's name and mailing address**

Waste Management
P O Box 13577
Philadelphia, PA, 19101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 135.69

Basis for the claim:

Date or dates debt was incurred    04-14-2023

Last 4 digits of account number    3002

Is the claim subject to offset?
☑ No
☐ Yes

Debtor _____Eagle Properties and Investments LLC_____    Case number (if known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 57  **Nonpriority creditor's name and mailing address**

Waste Management
P O Box 13577
Philadelphia, PA, 19101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    04-14-2023

Last 4 digits of account number    3008

$ 135.69

---

**3.** 58  **Nonpriority creditor's name and mailing address**

Waste Management
P O Box 13577
Philadelphia, PA, 19101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    04-14-2023

Last 4 digits of account number    3008

$ 102.69

---

**3.** 59  **Nonpriority creditor's name and mailing address**

Waste Management
P O Box 13577
Philadelphia, PA, 19101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    04-14-2023

Last 4 digits of account number    3008

$ 69.69

---

**3.** 60  **Nonpriority creditor's name and mailing address**

Waste Management
P O Box 13577
Philadelphia, PA, 19101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    04-14-2023

Last 4 digits of account number    3002

$ 129.33

---

**3.** 61  **Nonpriority creditor's name and mailing address**

Waste Management
P O Box 13577
Philadelphia, PA, 19101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    04-14-2023

Last 4 digits of account number    3005

$ 135.69

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 23 of 26

Debtor _____Eagle Properties and Investments LLC_____    Case number _(if known)_____
      Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.62  Nonpriority creditor's name and mailing address**

West Hanover Tap Water and Sewer
7091 Jonestown Rd
Harrisburg, PA, 17112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 156.00

Date or dates debt was incurred    11-15-2022

Last 4 digits of account number    0041

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.63  Nonpriority creditor's name and mailing address**

West Hanover Tap Water and Sewer
7091 Jonestown Rd
Harrisburg, PA, 17112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 156.00

Date or dates debt was incurred    11-15-2022

Last 4 digits of account number    0041

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.64  Nonpriority creditor's name and mailing address**

West Hanover Tap Water and Sewer
7091 Jonestown Rd
Harrisburg, PA, 17112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 156.00

Date or dates debt was incurred    11-15-2022

Last 4 digits of account number    1661

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.65  Nonpriority creditor's name and mailing address**

West Hanover Tap Water and Sewer
7091 Jonestown Rd
Harrisburg, PA, 17112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 156.00

Date or dates debt was incurred    11-15-2022

Last 4 digits of account number    1390

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.66  Nonpriority creditor's name and mailing address**

West Hanover Tap Water and Sewer
7091 Jonestown Rd
Harrisburg, PA, 17112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 156.00

Date or dates debt was incurred    11-15-2022

Last 4 digits of account number    2968

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Eagle Properties and Investments LLC _____    Case number (if known) _____
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 67  **Nonpriority creditor's name and mailing address**

West Hanover Tap Water and Sewer
7091 Jonestown Rd
Harrisburg, PA, 17112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 156.00

Date or dates debt was incurred    11-15-2022

Last 4 digits of account number    0041

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 25 of 26

Debtor    Eagle Properties and Investments LLC                     Case number *(if known)*
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 189,594.57 |
| 5b. **Total claims from Part 2** | 5b. + | $ | 3,845,394.95 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,034,989.52 |

**Fill in this information to identify the case:**

Debtor name _Eagle Properties and Investments LLC_

United States Bankruptcy Court for the: _Eastern District of Virginia_

Case number (If known): _____    Chapter _11_

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> State the term remaining <br><br> List the contract number of any government contract | Lease <br> Lessee <br><br><br><br> Candice Goodman <br> 15474 Roxbury Rd <br><br> Glenwood, MD, 21738 |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> State the term remaining <br><br> List the contract number of any government contract | Lease <br> Lessee <br><br><br><br> Isidoro Pulido Luna <br> 202 N Port St <br><br> Baltimore, MD, 21224 |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> State the term remaining <br><br> List the contract number of any government contract | Lease <br> Purchaser <br><br><br><br> Devon England <br> 213 N Port St <br><br> Baltimore , MD, 21224 |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> State the term remaining <br><br> List the contract number of any government contract | Lease <br> Lessee <br><br><br><br> Joshua Fowlers <br> 580 W Areba Ave <br><br> Hershey , PA, 17033 |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> State the term remaining <br><br> List the contract number of any government contract | Lease <br> Lessee <br><br><br><br> Betsy Dalton <br> 1203 Cottage St Sw <br><br> Vienna, VA, 22180 |

| Debtor | Eagle Properties and Investments LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.**6** **State what the contract or lease is for and the nature of the debtor's interest** | Lease<br>Lessee | Turkey Hill<br>1635 Church Rd<br><br>Hershey , PA, 17033 |
| **State the term remaining**<br>**List the contract number o any government contract** | | |
| 2.**7** **State what the contract or lease is for and the nature of the debtor's interest** | Lease<br>Lessee | Troy Mason<br>3002 Williamsburg Rd<br><br>Richmond , VA, 23231 |
| **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.____ **State what the contract or lease is for and the nature of the debtor's interest** | | |
| **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.____ **State what the contract or lease is for and the nature of the debtor's interest** | | |
| **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.____ **State what the contract or lease is for and the nature of the debtor's interest** | | |
| **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.____ **State what the contract or lease is for and the nature of the debtor's interest** | | |
| **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.____ **State what the contract or lease is for and the nature of the debtor's interest** | | |
| **State the term remaining**<br>**List the contract number of any government contract** | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Eagle Properties and Investments LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern District of Virginia</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Monika Jain | Monika Jain<br>445 Windover Ave North West<br>Vienna, VA 22182 | Bala Jain LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name ____Eagle Properties and Investments LLC_____

United States Bankruptcy Court for the:  Eastern District of Virginia

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM / DD / YYYY to | Filing date | ☐ Operating a business<br>☐ Other | $ 165,000.00 |
| **For prior year:** | From 01/01/2022<br>MM / DD / YYYY to | 12/31/2022<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ 3,000,000.00 |
| **For the year before that:** | From 01/02/2021<br>MM / DD / YYYY to | 12/31/2021<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ 5,500,000.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY to | _____<br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY to | _____<br>MM / DD / YYYY | _____ | $ _____ |

Debtor    Eagle Properties and Investments LLC
_____    Case number (if known)_____
          Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Monika Jain<br>Insider's name<br>445 Windover Ave NW<br>Vienna, VA 22180<br><br>Relationship to debtor<br>member | 08/30/2022 | $ 9,543.63 | Reimbursement of expenses |
| 4.2. | Monika Jain<br>Insider's name<br>445, Windover Ave NW<br>Vienna, VA 22180<br><br>Relationship to debtor<br>member | 06/30/2022 | $ 10,000.00 | Reimbursement of expenses |

Debtor  Eagle Properties and Investments LLC
_____        Case number (if known)_____
        Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name | | _____ | $_____ |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Bala Jain LLC v. Eagle Properties and Investments LLC. et al | Breach of Contract, Fraud, | Fairfax County Circuit Court | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>2022-09687 | | Chain Bridge Rd<br>Fairfax, VA 22030 | |
| 7.2. **Case title** | | **Court or agency's name and address** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number** | | | |

Debtor    Eagle Properties and Investments LLC
_____    Case number *(if known)*_____
Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $_____ |
| | Recipient's name | | | |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | | |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

| **Part 5:** | **Certain Losses** |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

| Debtor | Eagle Properties and Investments LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | N D Greene PC | Pre-petition legal services and reimbursement of filing fee | 04/06//2023 | $ 15,890.50 |
| | **Address** | | | |
| | 3977 Chain Bridge Rd Suite 1 Fairfax, VA 22030 | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | IOLTA TRUST funds | | | |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

---

| Debtor | Eagle Properties and Investments LLC | Case number *(if known)* |
|--------|--------------------------------------|--------------------------|
|        | Name                                 |                          |

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:   Previous Locations**

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From _____ | To _____ |
| 14.2. | | From _____ | To _____ |

---

| Debtor | Eagle Properties and Investments LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**Part 8:**  **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____ <br> Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____ <br> Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

**Part 9:**  **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor   Eagle Properties and Investments LLC
_____   Case number *(if known)*_____
Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

Debtor    Eagle Properties and Investments LLC
_____
Name

Case number *(if known)*_____

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

Debtor      Eagle Properties and Investments LLC
            Name                                                    Case number (*if known*)_____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: _____<br>**Dates business existed**<br>From _____    To _____ |
| 25.2. | Business name and address<br><br>Name | Describe the nature of the business | EIN: _____<br>**Dates business existed**<br>From _____    To _____ |
| 25.3. | Business name and address<br><br>Name | Describe the nature of the business | EIN: _____<br>**Dates business existed**<br>From _____    To _____ |

---

Debtor      Eagle Properties and Investments LLC
_____      Case number (*if known*)_____
　　　　　Name

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name | |

Debtor    Eagle Properties and Investments LLC
_____
Name

Case number (if known)_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1. _____
Name

| Name and address |
|---|

26d.2. _____
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
Name

Debtor    Eagle Properties and Investments LLC
_____    Case number (*if known*)_____
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| Name and address of the person who has possession of inventory records | | |

27.2.    _____
          Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Monika Jain | 445 Windover Drive, Vienna, VA 22182 | Member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | |
| Name | | | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | | |

Debtor    Eagle Properties and Investments LLC      Case number (*if known*)_____
      Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 | _____ | _____ |
| | Name | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/06/2023
          MM / DD / YYYY

✖ /s/ Amit Jain        Printed name   Amit Jain
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name   Eagle Properties and Investments LLC                                    Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**4) Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

**Amit Jain**            **445 Windover Ave NW,**       $23,000.00
                         **Vienna, VA 22180**

**Fill in this information to identify the case and this filing:**

Debtor Name _Eagle Properties and Investments LLC_

United States Bankruptcy Court for the: _Eastern District of Virginia_

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* ____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _04/06/2023_              ✘ /s/ Amit Jain
_____             _____
MM / DD / YYYY                       Signature of individual signing on behalf of debtor

                                     Amit Jain
                                     _____
                                     Printed name

                                     Manager
                                     _____
                                     Position or relationship to debtor

United States Bankruptcy Court

Eastern District of Virginia

In re:  Eagle Properties and Investments LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____04/06/2023_____

/s/ Amit Jain
_____
Signature of Individual signing on behalf of debtor

Manager
_____
Position or relationship to debtor

ADT
P O Box 371878
Pittsburgh, PA 15250

Asset Based Lending
PO BOX 27370
Anaheim, CA 92809

Atlantic Union Bank
8221 Old Courthouse Rd Ste 100,
Tysons, VA 22182

Bala Jain
6007 Marilyn Dr.
Alexandria, VA 22310

Bala Jain LLC
6007 Marilyn Drive
Alexandria, VA 22310

Bala Jain LLC
6007 Marilyn Drive
Alexandria, VA 2310

Bala Jain LLC
6007 Marilyn Drive
Alexandria, VA 2231-

Bala Jain LLC
6007 Marilyn Drive
Alexandria, VA

Bala Jain LLC

Bank Of Clarke
110 Crock Wells Mill Drive
Winchester, VA 22603

Bank Of Clarke County
2 East Main Street
Berryville, VA 22611

Betsy Dalton
1203 Cottage St Sw
Vienna, VA 22180

Candice Goodman
15474 Roxbury Rd
Glenwood, MD 21738

City of Richmond
Division of Collections PO Box 26505
Richmond, VA 23261

Community Bank Of Chesapeake
202 Centennial St,
La Plata, MD 20646

County of Fairfax
Department of Tax Administration, Revenu
Suite 223
Fairfax, VA 22035

County of Henrico
Department of Finance, PO Box 90775
Henrico, VA 23273

Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building,
PO Box No 1295
Harrisburg, PA 17108

Department of Finance Howard county
Property Tax Division, 3430, Court House
Ellicott City, MD 21043

Devon England
213 N Port St
Baltimore , MD 21224

Dominion Energy
P O Box 26543
Richmond, VA 23290

DTMA
670 Clearwater RD
Hershey, PA 17033

Fulton Bank
625 Elden St,
Herndon, VA 20170

Gus Goldsmith
18205 Biscayne Blvd Unit 2226 Aventura,
North Miami Beach, FL 33160

Gus Goldsmith
18205 Biscayne Blvd Unit 2226 Aventura
North Miami Beach, FL 33160

Isidoro Pulido Luna
202 N Port St

Joshua Fowlers
580 W Areba Ave
Hershey , PA 17033

Lincoin Financing
9030 Stony Point Pkwy
Richmond, VA 23235

Lincoln Automotive Financial Services
PO Box 2400, Edmonton, Alberta, T5J 5C7,

Main Street Bank
10089 Fairfax Blvd.
Fairfax, VA 22030

Mayor and City Council Baltimore
Bureau of Revenue Collections, 200 Holid
Baltimore, MD 21202

Monika Jain
445 Windover Ave North West
Vienna, VA 22182

Monika Jain
445 Windover Drive
Vienna
VA 22182

Orrstown Bank
77 East King Street
Shippensburg, PA 17257

Pennsylvania American Water
P O Box 371412
Pittsburgh, PA 15250

PPL Electric Utilities
827 Hausman Rd
Allentown, PA 18104

Stafford County
Laura M Rudy, Treasurer, PO Box 68
Stafford, VA 22555

Town Of Vienna Water and Sewer Bill
127 Center St
Vienna, VA 22180

Troy Mason
3002 Williamsburg Rd
Richmond , VA 23231

Turkey Hill
1635 Church Rd
Hershey , PA 17033

UGI Utilities Inc
400 Stewart Rd
Hanover, PA 18706

Verizon Fios
1430 Walnut St
Philadelphia, PA 19102

Virginia Partners Bank
4210 Plank Rd,
Fredericksburg, VA 22407

Washington Gas
6801 Industrial Rd
Springfield, VA 22151

Waste Management
P O Box 13577
Philadelphia, PA 19101

West Hanover Tap Water and Sewer
7091 Jonestown Rd
Harrisburg, PA 17112

---

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**

---

In re   Eagle Properties and Investments LLC              Case Number:

Debtor(s)

## <u>DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR</u>

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept…………………………………………………… $ _____

Prior to the filing of this statement I have received………………..……………………….$ _____

Balance Due…………………………………………………………………………………...$ _____

2.   The source of the compensation paid to me was:

☐ Debtor            ☒ Other *(specify)*   Monika and Amit Jain and Metro Sales

3.   The source of compensation to be paid to me is:

☒ Debtor            ☐ Other *(specify)*

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 04/06/2023 | /s/ Nancy Greene, 38984 |
|---|---|
| *Date* | *Signature of Attorney* |
| | Law Offices of SRIS, P.C. |
| | *Name of Law Firm* |

---

### For use in Chapter 13 Cases where Fees Requested <u>Not in Excess of $5,488</u>
### (For all Cases Filed on or after 01/01/2021)
## NOTICE TO DEBTOR(S), STANDING CHAPTER 13 TRUSTEE AND UNITED STATES TRUSTEE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2016-1(C) AND CLERK'S CM/ECF POLICY 9

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C), you must file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount, no later than the last day for filing objections to confirmation of the chapter 13 plan.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 trustee, and U. S. trustee pursuant to Local Bankruptcy Rule 2016-1(C) and the Clerk's CM/ECF Policy 9, either electronically or in paper form (first class mail).

| 04/06/2023 | /s/ Nancy Greene, 38984 |
|---|---|
| *Date* | *Signature of Attorney* |

[2030edva ver. 01/21]

**United States Bankruptcy Court**

**IN RE:**                                                   Case No._____

Eagle Properties and Investments LLC
_____ Chapter  _____
                                                              11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Monika Jain<br>445 Windover Drive, Vienna, VA 22182 | 100 | Other (Member) |