UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In Re: Eagle Properties and Investments LLC, | : | |
| | : | Case No.: 23-10566-KHK |
| Debtor | : | Chapter 11 |

### ORDER AUTHORIZING EMPLOYMENT OF THE LAW OFFICE OF SRIS PC AND N D GREENE PC AS COUNSEL TO DEBTOR.

Upon consideration of the Application of the Debtor, Eagle Properties and Investments LLC to employ the Law Office of Sris PC and its Of Counsel N D Greene PC/ Nancy D Greene as its attorneys effective as of April 6, 2023 ("Application"), and the Court being satisfied that the employment of the Law Office of Sris PC and N D Greene PC is in the best interest of the Debtor and that it does not have or represent an interest adverse to the Debtor, Creditors or any other party in interest, the United States Trustee or any person employed in the office of the United States Trustee and that Sris PC is a "Disinterested Person" as that term is defined in Section 101 (14) of the Bankruptcy Code, the United States Trustee's Office has consented to the form of this Order, and notice of the Application being proper and sufficient cause appearing therefore it is

ORDERED that the Debtor be and hereby is authorized to retain Sris PC and N D Greene PC as counsel, in this case and it is further

ORDERED that the Law Office of Sris PC and its of counsel N D Greene PC will be compensated in accordance with the procedures set forth in the bankruptcy code in the federal rules of the bankruptcy procedure and in conformity with the orders of this Court.

ORDERED that the request to retain the counsel on an evergreen retainer is denied without prejudice at this time and may be raised by subsequent motion; and it is further

ORDERED, that Sris PC and N D Greene PC may apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtor's chapter 11 case in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Bankruptcy Rules, and any other application procedures and orders of the Court.

Dated: May 12 2023

/s/ Klinette H Kindred

The Honorable Klinette H. Kindred
United States Bankruptcy Court

Entered On Docket: May 12, 2023

I ASK FOR THIS:

 /s/ Nancy D. Greene
Nancy D. Greene, VSB 38984
Of Counsel
The Law Offices of SRIS, PC
4008 Williamsburg Court
Fairfax, Virginia 22032
T. (703) 539-0333
F. (703) 935.4294
ndg@ndglaw.com


Copy to:

Nancy D. Greene, VSB 38984
Of Counsel
The Law Offices of SRIS, PC
4008 Williamsburg Court
Fairfax, Virginia 22032
ndg@ndglaw.com

United States Trustee in Bankruptcy
US Department of Justice
115 South Union Street, Suite 210
Alexandria, VA 22314