# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re:

Eagle Propeties and Investments LLC         Case No. 23-10566-KHK

(Debtor)         (Chapter 11)

## ORDER GRANTING MOTION FOR EXPEDITED HEARING

This case is before the Court pursuant to the Debtor's Motion for an Expedited Hearing (Docket No. 183) on the Debtor's Application to Employ and Substitute Legal Counsel (Docket No. 181) and the Debtor's Application to Employ Chief Restructuring Officer (Docket No. 182). Having considered the Motions, and it appearing proper to do so, it is hereby

**ORDERED**:

1. The Motion for an Expedited Hearing (Docket No. 183) is **GRANTED** and a hearing on the Application to Employ and Substitute Legal Counsel (Docket No. 181) and the Application to Employ Chief Restructuring Officer (Docket No. 182) will be held on **September 19, 2023** at **11:00 AM**.

2. Written opposition is hereby waived and any objections may be made orally at the hearing.

3. The movant shall immediately provide notice of the hearing to all affected parties by the close of business on **September 15, 2023**. Notice may be electronic, by facsimile, telephonic, hand-delivery, or other means reasonably calculated to give actual notice to the affected.

4. The Clerk shall provide a copy of this order and notice of its entry to the parties listed below.

Date:  Sep 15 2023

/s/ Klinette H Kindred

Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: September 15, 2023

**Mailed copies to:**

Eagle Propeties and Investments LLC
445 Windover Avenue North West,
Vienna, VA  22180
*Debtor*

**Electronic copies to:**

Nancy Greene
*Debtor's Counsel*

Jeffrey T. Martin, Jr.
*Proposed Debtor's Counsel*