Jeffery T. Martin, Jr., VSB #71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
703-834-5550 Office
703-223-1822 Direct
Jeff@martinlawgroupva.com
Counsel for the Debtor

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-10566-KHK |
| EAGLE PROPERTIES AND INVESTMENTS, LLC, | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### THIRD STIPULATION REGARDING USE OF CASH COLLATERAL

THIS MATTER is before the Court on the Debtor, Eagle Properties & Investments LLC's, Motion for Use of Cash Collateral. (Dkt. 62) ("Debtor's Motion"), upon which this Court entered the First Interim Omnibus Order Authorizing use of Cash Collateral (Dkt. 87), the Second Interim Omnibus Order Authorizing use of Cash Collateral (Dkt. 145), the Stipulation Regarding Use of Cash Collateral (Dkt. 212) and the Second Stipulation Regarding Use of Cash Collateral (Dkt. 222) (collectively, the "Cash Collateral Order") which is currently set to expire on November 28, 2023, at 5:00 p.m.; and

UPON AGREEMENT OF THE PARTIES as evidenced by the signatures of counsel set forth below, the Parties desire to continue the terms of the Cash Collateral Order for an additional period of time (the "Supplemental Period") and subject to the budget attached hereto as **Exhibit A** (the "Budget"), with the Supplemental Period commencing at 5:00 p.m. on November 28, 2023, and continuing through 5:00 p.m. on January 31, 2024; and

1

UPON AGREEMENT OF THE PARTIES, the Debtor shall keep monthly payments

current to all secured creditors during the Supplemental Period as set forth in the Budget, and

UPON AGREEMENT OF THE PARTIES the terms set forth in the Cash Collateral

Order shall continue through the Supplemental Period with a final hearing on use of cash

collateral set for January 23, 2024, at 12:00 p.m. via an in-person hearing.

Date: Dec 15 2023             /s/ Klinette H Kindred

                                         The Honorable Klinette H. Kindred
                                         United States Bankruptcy Court

WE ASK FOR THIS:                               Entered On Docket: Dec 18 2023

*/s Jeffery T. Martin, Jr.*
Jeffery T. Martin, Jr., VSB #71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
Jeff@martinlawgroupva.com
Counsel for the Debtor

SEEN:

*/s/ David S. Musgrave*
David S. Musgrave, VSB 35327
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
Email:  dmusgrave@gfrlaw.com
Counsel for Fulton Bank, N.A.

SEEN:

*/s/ Bradley J. Swallow*
Bradley J. Swallow, VSB # 32170
Eric S. Schuster, Pro Hoc Vice Admittee
Funk & Bolton
100 Light Street, #1400
Baltimore, Maryland
Email: eschuster@fblaw.com
Counsel for MainStreet Bank

SEEN:

_/s/ Hannah Hutman_
Hannah Hutman, VSB # 79635
Hoover Penrod PLC
342 South Main Street
Harrisonburg, VA 22801
mail: hhutman@hooverpenrod.com
Counsel for Bank of Clarke County


SEEN:

_/s/ James R. Meizanis_
James R. Meizanis, Jr., VSB # 80692
Blankingship & Keith, P.C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
Email:  jmeizanis@bklawva.com
Counsel for Virginia Partners Bank


SEEN and Objected to for the reasons stated in Bala Jain's Response to Motion for the Use of
Cash Collateral (Dkt 72) and at the hearings on the Debtor's Motion to Use Cash Collateral held
on May 23, 2023 and July 13, 2023:

_/s/ Christopher L. Rogan_
Christopher L. Rogan, VSB # 30344
RoganMillerZimmerman, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, VA 20176
Email: crogan@RMZLawFirm.com
Counsel for Bala Jain LLC


### LOCAL RULE 9022-1 CERTIFICATION

The undersigned hereby certifies that this proposed order has been signed by all necessary
parties.

_/s Jeffery T. Martin, Jr._
Jeffery T. Martin, Jr.


### END OF ORDER


3

**Eagle Properties and Investments LLC**
**13-Week Cash Flow Forecast**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Number / Week Ending Date | 11/13/2023 | 11/16/2023 | 11/17/2023 | 11/24/2023 | 12/1/2023 | 12/8/2023 | 12/15/2023 | 12/22/2023 | 12/29/2023 | 1/5/2024 | 1/12/2024 | 1/19/2024 | 1/26/2024 | 13-week |
| **I. Receipts** | | | | | | | | | | | | | | |
| **a. Rental Income** | | | | | | | | | | | | | | |
| 1203 Cottage St SW Vienna, VA 22180 | 4,500 | | | | 4,500 | | | | 4,500 | | | | | 13,500 |
| 4491 Lawyers Rd NW Vienna, VA 22180 | 4,500 | | | | 4,500 | | | | 4,500 | | | | | 13,500 |
| 1010 Lynn St SW Vienna, VA 22180 | 1,100 | | | | 1,100 | | | | 1,100 | | | | | 3,300 |
| 1001 Manning Dr Falmouth, VA 22405 | 2,500 | | | | 2,500 | | | | 2,600 | | | | | 7,600 |
| 580 W Arelia Ave Hershey PA, 17033 | | | | | | | | | | | | | | |
| 213 N Port Street Baltimore MD 21224 | | | | | | | | | | | | | | |
| 3002 Williamsburg Road Richmond VA 23231 | 2,400 | | | | 2,400 | | | | 2,400 | | | | | 7,200 |
| 1343 Church Rd Hershey PA 17033 | | | | | | | | | | | | | | |
| 7616 Grove Ave, Harrisburg PA 17112 | | | | | 4,100 | | | | 4,100 | | | | | 8,200 |
| 7180 Jonestown Rd Glenwood MD 21738 | 2,500 | | | | 2,500 | | | | 2,500 | | | | | 7,500 |
| 1635 Church Rd Hershey PA 17033 | | | | | | | | | | | | | | |
| 2024 Port Street Baltimore MD 21224 | | | | | | | | | | | | | | |
| 3012 Dupont Ave Baltimore, MD 21215 | 1,500 | | | | 1,500 | | | | 1,500 | | | | | 4,500 |
| 445 Windover Avenue Vienna VA 22180 | 4,500 | | | | 4,500 | | | | 4,500 | | | | | 13,500 |
| 71 Lucy Ave Hummelstown PA 17036 | 1,100 | | | | 1,100 | | | | 1,100 | | | | | 3,300 |
| 897 W Lombard St Baltimore, MD 21201 | | | | | | | | | | | | | | |
| 3110 P Street Richmond VA 23223 | | | | | | | | | | | | | | |
| 2565 & 2567 Chain Bridge Rd Vienna, VA 22181 | 6,500 | | | | 6,500 | | | | 6,500 | | | | | 19,500 |
| 7180 Jonestown Rd Harrisburg PA 17112 | | | | | | | | | | | | | | |
| 204 S Fairville Ave Harrisburg PA 17112 | | | | | | | | | | | | | | |
| 249 Berkstone Dr Harrisburg PA 17112 | | | | 4,100 | | | | 4,100 | | | | 4,100 | | 12,300 |
| 6961 Sterling Rd, Harrisburg, PA 17112 | | | 3,900 | | | | 3,900 | | | 3,900 | 3,900 | | | 11,700 |
| **Total Rental Income** | 31,100 | | 3,900 | 4,100 | 35,200 | | 3,900 | 4,100 | 35,300 | 3,900 | 3,900 | 4,100 | | 101,000 |
| **b. Air BnB / Vrbo Income** | | | | | | | | | | | | | | |
| 1630 E Chocolate Ave Hershey PA 17033 | | | | | | | | | | | | | | |
| 7939 Rider Ln Hummelstown, PA 17036 | | | 1,064 | 1,403 | 1,634 | | | | 3,500 | | | | | 7,601 |
| 204 S Fairville Ave Harrisburg PA 17112 | | | | | | | | | | | | | | |
| 6958 New Oxford Rd, Harrisburg, PA 17112 | | | | | | | | | | | | | | |
| **Total Air BnB Income** | | | 1,064 | 1,403 | 1,634 | | | 4,100 | 3,500 | | | 4,100 | | 7,601 |
| **Total Receipts** | 31,100 | | 4,964 | 5,503 | 36,834 | | 3,900 | 4,100 | 38,800 | 3,900 | 3,900 | 4,100 | | 109,201 |
| **II. Disbursements** | | | | | | | | | | | | | | |
| **a. Mortgages** | | | | | | | | | | | | | | |
| 1203 Cottage St SW Vienna, VA 22180 | | | | | (3,028) | | | | (3,028) | | | | | (6,055) |
| 4491 Lawyers Rd NW Vienna, VA 22180 | | | | | (5,590) | | | | (5,590) | | | | | (11,181) |
| 1010 Lynn St SW Vienna, VA 22180 | | | | | (3,155) | | | | (3,155) | | | | | (6,272) |
| 1001 Manning Dr Falmouth, VA 22405 | | | | | (887) | | | | (887) | | | | | (1,773) |
| 1630 E Chocolate Ave Hershey PA 17033 | | | | | (807) | | | | (807) | | | | | (1,615) |
| 580 W Arelia Ave Hershey PA, 17033 | | | | | (114) | | | | (114) | | | | | (228) |
| 213 N Port Street Baltimore MD 21224 | | | | | (798) | | | | (798) | | | | | (1,596) |
| 7939 Rider Ln Hummelstown, PA 17036 | | | | | (1,293) | | | | (1,293) | | | | | (2,587) |
| 3002 Williamsburg Road Richmond VA 23231 | | | | | (1,486) | | | | (1,486) | | | | | (2,971) |
| 1343 Church Rd Hershey PA 17033 | | | | | (1,264) | | | | (1,264) | | | | | (2,527) |
| 7616 Grove Ave, Harrisburg PA 17112 | | | | | (1,260) | | | | (1,260) | | | | | (2,520) |
| 249 Berkstone Dr Harrisburg PA 17112 | | | | | (1,044) | | | | (1,044) | | | | | (2,087) |
| 204 S Fairville Ave Harrisburg PA 17112 | | | | | (900) | | | | (900) | | | | | (1,801) |
| 5474 Roxbury Rd Glenwood MD 21738 | | | | | (2,660) | | | | (2,660) | | | | | (5,320) |
| 1635 Church Rd Hershey PA 17033 | | | | | (1,400) | | | | (1,400) | | | | | (2,799) |
| 2024 Port Street Baltimore MD 21224 | | | | | (659) | | | | (659) | | | | | (1,319) |
| 3012 Dupont Ave Baltimore, MD 21215 | | | | | (746) | | | | (746) | | | | | (1,491) |
| 445 Windover Avenue Vienna VA 22180 | | | | | (3,203) | | | | (3,203) | | | | | (6,407) |
| 71 Lucy Ave Hummelstown PA 17036 | | | | | (1,980) | | | | (1,980) | | | | | (3,960) |
| 897 W Lombard St Baltimore, MD 21201 | | | | | | | | | | | | | | |
| 3110 P Street Richmond VA 23223 | | | | | | | | | | | | | | |
| 2565 & 2567 Chain Bridge Rd Vienna, VA 22181 | | | | | (4,380) | | | | (4,380) | | | | | (8,761) |
| 6958 New Oxford Rd Harrisburg PA 17112 | | | | | (1,949) | | | | (1,949) | | | | | (3,898) |
| 7180 Jonestown Rd Harrisburg PA 17112 | | | | | (1,628) | | | | (1,628) | | | | | (3,255) |
| 7213 Linglestown Rd, Harrisburg PA 17112 | | | | | (2,153) | | | | (2,153) | | | | | (4,305) |
| 6961 Sterling Rd, Harrisburg, PA 17112 | | | | | (1,444) | | | | (1,444) | | | | | (2,888) |
| **Total Mortgage Disbursements** | | | | | (43,807) | | | | (43,807) | | | | | (87,614) |
| **b. Property Taxes** | | | | | | | | | | | | | | |
| 1203 Cottage St SW Vienna, VA 22180 | | | | | | | | | | | | | | |
| 4491 Lawyers Rd NW Vienna, VA 22180 | | | | | | | | | | | | | | |
| 1010 Lynn St SW Vienna, VA 22180 | | | | | | | | | | | | | | |
| 1001 Manning Dr Falmouth, VA 22405 | | | | | | | | | | | | | | |
| 1630 E Chocolate Ave Hershey PA 17033 | | | (1,583) | | | | | | | | | | | (1,583) |
| 580 W Arelia Ave Hershey PA, 17033 | | | (2,791) | | | | | | | | | | | (2,791) |

Eagle Properties and Investments LLC
13-Week Cash Flow Forecast

| Week Number | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Total 13-week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending Date | 11/13/2023 | 11/10/2023 | 11/17/2023 | 11/24/2023 | 12/1/2023 | 12/8/2023 | 12/20/2023 | 12/22/2023 | 12/29/2023 | 1/3/2024 | 1/17/2024 | 1/24/2024 | 1/31/2024 | |
| 213 N Port Street Baltimore MD 21224 | | | | (2,555) | | | | | | | | | | (2,555) |
| 7939 Reba Ln Hummelstown, PA 17036 | | | | (1,877) | | | | | | | | | | (1,877) |
| 3002 Williamsburg Road Richmond VA 23231 | | | | - | | | | | | | | | | - |
| 1343 Church Rd Hershey PA 17033 | | | | - | | | | | | | | | | - |
| 7616 Grove Ave, Harrisburg PA 17112 | | | | (2,277) | | | | | | | | | | (2,277) |
| 249 Berkstone Dr Harrisburg PA 17112 | | | | (2,173) | | | | | | | | | | (2,173) |
| 204 S Fairville Ave Harrisburg PA 17112 | | | | (1,900) | | | | | | | | | | (1,900) |
| 15474 Roxbury Rd Glenwood MD 21738 | | | | (7,982) | | | | | | | | | | (7,982) |
| 1635 Church Rd Hershey PA 17033 | | | | (3,652) | | | | | | | | | | (3,652) |
| 202 N Port Street Baltimore MD 21224 | | | | (4,235) | | | | | | | | | | (4,235) |
| 3012 Dupont Ave Baltimore, MD 21215 | | | | (1,809) | | | | | | | | | | (1,809) |
| 445 Windover Avenue Vienna VA 22180 | | | | - | | | | | | | | | | - |
| 71 Lucy Ave Hummelstown PA 17036 | | | | (948) | | | | | | | | | | (948) |
| 897 W Lombard St Baltimore, MD 22201 | | | | (4,062) | | | | | | | | | | (4,062) |
| 3110 P Street Richmond VA 23223 | | | | - | | | | | | | | | | - |
| 2565 & 2567 Chain Bridge Rd Vienna, VA 22181 | | | | (2,206) | | | | | | | | | | (2,206) |
| 6958 New Oxford Rd, Harrisburg, PA 17112 | | | | (2,097) | | | | | | | | | | (2,097) |
| 7180 Jonestown Rd Harrisburg PA 17112 | | | | (3,844) | | | | | | | | | | (3,844) |
| 7213 Linglestown Rd, Harrisburg PA 17112 | | | | (1,720) | | | | | | | | | | (1,720) |
| 6961 Sterling Rd, Harrisburg, PA 17112 | | | | - | | | | | | | | | | - |
| **Total Property Tax Disbursements** | | | | **(47,711)** | | | | | | | | | | **(47,711)** |
| **c. Property Insurance** | | | | | | | | | | | | | | |
| 1203 Cottage St SW Vienna, VA 22180 | (130) | | | | (65) | | | | (65) | | | | | (260) |
| 4491 Lawyers Rd NW Vienna, VA 22180 | (141) | | | | (71) | | | | (71) | | | | | (283) |
| 1010 Lynn St SW Vienna, VA 22180 | (115) | | | | (57) | | | | (57) | | | | | (229) |
| 1001 Manning Dr Falmouth, VA 22405 | (111) | | | | (53) | | | | (53) | | | | | (217) |
| 1630 E Chocolate Ave Hershey PA 17033 | | | | | (57) | | | | (57) | | | | | (113) |
| 580 W Areba Ave Hershey, PA 17033 | | | | | (76) | | | | (76) | | | | | (152) |
| 213 N Port Street Baltimore MD 21224 | (132) | | | | (74) | | | | (74) | | | | | (279) |
| 7939 Reba Ln Hummelstown PA 17036 | | | | | (68) | | | | (68) | | | | | (137) |
| 3002 Williamsburg Road Richmond VA 23231 | (179) | | | | (89) | | | | (89) | | | | | (357) |
| 1343 Church Rd Hershey PA 17033 | | | | | (77) | | | | (77) | | | | | (153) |
| 7616 Grove Ave, Harrisburg PA 17112 | | (193) | | | | | | | | | | | | (193) |
| 249 Berkstone Dr Harrisburg PA 17112 | | (339) | | | | | | | | | | | | (339) |
| 204 S Fairville Ave Harrisburg PA 17112 | (160) | (203) | | | (81) | | | | (81) | | | | | (322) |
| 15474 Roxbury Rd Glenwood MD 21738 | | | | | | | | | | | | | | - |
| 1635 Church Rd Hershey PA 17033 | (163) | | | | (82) | | | | (82) | | | | | (326) |
| 202 N Port Street Baltimore MD 21224 | (112) | | | | (50) | | | | (50) | | | | | (212) |
| 3012 Dupont Ave Baltimore, MD 21215 | (133) | | | | (70) | | | | (70) | | | | | (284) |
| 445 Windover Avenue Vienna VA 22180 | | | | | | | | | | | | | | - |
| 71 Lucy Ave Hummelstown PA 17036 | (142) | | | | (54) | | | | (54) | | | | | (250) |
| 3110 P Street Richmond VA 23223 | | | | | | | | | | | | | | - |
| 2565 & 2567 Chain Bridge Rd Vienna, VA 22181 | | (109.59) | | | | | | | | | | | | (110) |
| 6958 New Oxford Rd, Harrisburg, PA 17112 | | | | | | | | | | | | | | - |
| 7180 Jonestown Rd Harrisburg PA 17112 | | (133.90) | | | | | | | | | | | | (134) |
| 7213 Linglestown Rd, Harrisburg PA 17112 | | | | | | | | | | | | | | - |
| 6961 Sterling Rd, Harrisburg, PA 17112 | | | | | | | | | | | | | | - |
| **Total Property Insurance Disbursements** | **(1,517)** | **(978)** | | | **(1,029)** | | | | **(1,029)** | | | | | **(4,553)** |
| **d. General and Administrative Disbursements** | | | | | | | | | | | | | | |
| Cleaning Fee (Air BnB Properties) | | | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (5,500) |
| Utilities (Air BnB Properties) | | | | | (200) | | | | (200) | | | | | (400) |
| Internet (Air BnB Properties) | | | | | (110) | | | | (110) | | | | | (220) |
| Security System (Air BnB Properties) | | | | | (120) | | | | (120) | | | | | (240) |
| Lawn Service (Air BnB Properties) | | | | | (180) | | | | (180) | | | | | (360) |
| Miscellaneous | | | | | - | | | | | | | | | - |
| **Total General and Administrative Disbursements** | | | **(500)** | **(500)** | **(1,110)** | **(500)** | **(500)** | **(500)** | **(1,110)** | **(500)** | **(500)** | **(500)** | **(500)** | **(6,720)** |
| **e. Professional Fee Disbursements** | | | | | | | | | | | | | | |
| USTO Fee | | | | | | | | | | | | (535) | | (535) |
| **Total Other Disbursements** | | | | | | | | | | | | **(535)** | | **(535)** |
| **Total Disbursements** | (983) | (978) | (500) | (48,211) | (45,946) | (500) | (500) | (500) | (46,196) | (500) | (500) | (500) | (500) | (147,133) |

Prepared by SC&H Group, Inc. on 11/22/2033 at 2:29 PM

**Eagle Properties and Investments LLC**
**13-Week Cash Flow Forecast**

| | Week Number | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Total 13-week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Week Ending Date | 11/3/2023 | 11/10/2023 | 11/17/2023 | 11/24/2023 | 12/6/2023 | 12/13/2023 | 12/20/2023 | 12/22/2023 | 1/3/2024 | 1/10/2024 | 1/17/2024 | 1/24/2024 | 1/31/2024 | |
| **III.** | **Cash Reconciliation** | | | | | | | | | | | | | | |
| | Beginning Balance | 85,995 | 118,078 | 117,100 | 121,564 | 78,856 | 69,744 | 69,244 | 72,644 | 76,244 | 68,848 | 68,348 | 71,748 | 75,348 | |
| | Receipts | 31,100 | - | 4,964 | 5,503 | 36,834 | - | 3,900 | 4,100 | 38,800 | - | 3,900 | 4,100 | - | |
| | Disbursements | 983 | (978) | (500) | (48,211) | (45,946) | (500) | (500) | (500) | (46,196) | (500) | (500) | (500) | (500) | |
| | Ending Balance | 118,078 | 117,100 | 121,564 | 78,856 | 69,744 | 69,244 | 72,644 | 76,244 | 68,848 | 68,348 | 71,748 | 75,348 | 74,848 | |

**NOTES:**

1/ This property is currently vacant.

3/ Property abandoned by estate.

5/ New Oxford Rd. has a variable rate loan.

6/ This property's insurance is paid yearly.

7/ Each properties rented through Air BnB / Vrbo must be cleaned after each booking. Per management, Eagle pays a cleaning service $250 to clean the properties the within a couple of days after the end of the booking.

8/ Eagle only pays utilities on the properties rented through Air BnB / Vrbo. For each of these two properties the utility bill is on average $200 per month.

9/ Eagle only pays for internet on the properties rented through Air BnB / Vrbo. For each of these six properties the internet bill is $55 per month.

10/ Eagle only pays for a security system on the properties rented through Air BnB / Vrbo. For each of the six properties the security system cost $60 per month.

11/ Eagle only pays for lawn care on the properties rented through Air BnB / Vrbo. Each of the six properties has to be mowed every other week and cost $45 per week and cost $45 per mowing.