Eagle Properties and Investments, LLC
Disclosure Statement - Exhibit B

| **Creditor** | **Amount of Claim** | **Claim #** |
|---|---:|---|
| Dominion Energy | $ 717.85 | Schedules |
| Dominion Energy | $ 201.68 | Schedules |
| Dominion Energy | $ 216.19 | Schedules |
| Pennsylvania American Water | $ 25.71 | Schedules |
| PPL Electric Utilities | $ 1,393.55 | Schedules |
| Waste Management | $ 135.69 | Schedules |
| Waste Management | $ 69.69 | Schedules |
| Waste Management | $ 102.69 | Schedules |
| Waste Management | $ 135.69 | Schedules |
| Waste Management | $ 129.33 | Schedules |
| Waste Management | $ 135.69 | Schedules |
| | | |
| Lincoln Automotive Financial Services | $ 12,201.00 | 1 |
| UGI Utilities, Inc. | $ 882.98 | 2 |
| American Express National Bank | $ 1,647.06 | 4 |
| American Express National Bank | $ 139,491.58 | 5 |
| American Express National Bank | $ 10,786.30 | 8 |
| Capital One N.A. | $ 6,544.19 | 11 |
| Bala Jain LLC | $ 112,098.63 | 37 |
| Bala Jain LLC | $ 470,676.16 | 38 |
| Bala Jain LLC | $ 290,858.08 | 40 |
| Bala Jain LLC | $ 318,637.81 | 41 |
| Bala Jain LLC | $ 64,750.25 | 42 |
| Bala Jain LLC | $ 390,364.38 | 43 |
| Bala Jain LLC | $ 178,884.38 | 44 |
| Bala Jain LLC | $ 189,617.53 | 45 |
| Bala Jain LLC | $ 168,394.52 | 46 |
| Bala Jain LLC | $ 73,120.55 | 47 |
| Bala Jain LLC | $ 504,887.67 | 49 |
| Vienna Oaks Office Center Condominium | $ 1,428.00 | 53 |
| TOTAL | $ 2,938,534.83 | |