**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy Case |
| Eagle Properties and Investments LLC, | ) No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |
| _____ | ) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PAPERS**

Please take notice that NELSON MULLINS RILEY & SCARBOROUGH LLP, by its undersigned counsel, hereby enters its appearance as proposed counsel for H. Jason Gold, Chapter 7 Trustee.  Pursuant to Bankruptcy Rules 2002, 9007 and 9010 and 11 U.S.C. § 342, counsel requests copies of all notices, pleadings and papers given or filed in this case and in any contested matter or adversary proceeding be given and served upon the parties listed below at the following address, telephone and facsimile numbers and email addresses:

Dylan G. Trache, Esquire
NELSON MULLINS RILEY
& SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Phone: (202) 689-2800
Fax: (202) 689-2860
dylan.trache@nelsonmullins.com

Doan T. Phan, Esquire
NELSON MULLINS RILEY
& SCARBOROUGH LLP
100 S. Charles St., Suite 1600
Baltimore, MD 21201
Phone: (443) 392-9400
Fax: (443) 392-9499
doan.phan@nelsonmullins.com

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, request, plan, answer or

response, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, fax or otherwise filed with regard to the above case and any contested matter or adversary proceedings therein.

        Respectfully submitted,

        H. JASON GOLD, TRUSTEE

        By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Phone: (202) 689-2800
Fax: (202) 689-2860

By:   /s/ *Dylan G. Trache*
      Dylan G. Trache, VA Bar No. 45939
      Doan T. Phan, VA Bar No. 92462

*Proposed Counsel to H. Jason Gold, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of March, 2024, a copy of the foregoing Notice was sent by CM/ECF on all parties receiving such notice and by first class mail, postage prepaid to:

    Eagle Properties and Investments LLC
    445 Windover Ave North West
    Vienna, VA 22180

        /s/ Dylan G. Trache
        Dylan G. Trache

4882-2168-2828