**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | Eagle Properties and Investments LLC | EIN: | 81–1634545 |
| | Name | | |
| United States Bankruptcy Court | Eastern District of Virginia | Date case filed in chapter: | 11   4/6/23 |
| Case number: | 23–10566–KHK | Date case converted to chapter: | 7   3/21/24 |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Eagle Properties and Investments LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 445 Windover Ave North West<br>Vienna, VA 22180 | |
| 4. **Debtor's attorney**<br>Name and address | Nancy Greene<br>N D Greene PC<br>3977 Chain Bridge Rd<br>Suite 1<br>Fairfax, VA 22030 | Contact phone (703) 539–0333<br>Email: ndg@ndglaw.com |
| 5. **Bankruptcy trustee**<br>Name and address | H. Jason Gold<br>H. Jason Gold, Trustee<br>P.O. Box 57359<br>Washington, DC 20037 | Contact phone 804–223–2031<br>Email:<br>goldtrustee@fiduciaryservicesgroup.com |
| 6. **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 200 South Washington Street<br>Alexandria, VA 22314<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 703–258–1200 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: March 21, 2024 |
| 7. **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | April 24, 2024 at 09:00 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 774 319 1984, and Passcode 7299037886, or call 1(571) 832–1846** |
| | For additional meeting information go to: www.justice.gov/ust/moc | |

**For more information, see page 2 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor  **Eagle Properties and Investments LLC**                                            Case number **23–10566–KHK**

| | | |
|---|---|---|
| **8.** | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| **9.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **11.** | **Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available @ www.vaeb.uscourts.gov*

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page **2**

United States Bankruptcy Court

Eastern District of Virginia

In re:  Case No. 23-10566-KHK

Eagle Properties and Investments LLC  Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9   User: TaiGlennB   Page 1 of 6
Date Rcvd: Mar 21, 2024   Form ID: 309C   Total Noticed: 103

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eagle Properties and Investments LLC, 445 Windover Ave North West, Vienna, VA 22180-4232 |
| aty | + | Barry W. Spear, BWW Law Group, LLC, 8100 Three Chopt Road, Suite 240, Richmond, VA 23229-4833 |
| aty | + | Bradley J. Swallow, Funk & Bolton, P.A., 100 Light Street, Suite 1400, Baltimore, MD 21202-1188 |
| aty | + | Carl A. Eason, Wolcott Rivers Gates, 200 Bendix Road, Suite 300, Virginia Beach, VA 23452-1396 |
| aty | + | Christian K. Vogel, Vogel Law Group, PLC, 513 Forest Ave., Suite 205, Richmond, VA 23229-6850 |
| aty | + | Christopher A. Jones, Whiteford Taylor & Preston, LLP, 3190 Fairview Park Dr., Suite 800, Falls Church, VA 22042-4558 |
| aty | + | Christopher L. Rogan, RoganMillerZimmerman, PLLC, 50 Catoctin Circle, N.E., Suite 300, Leesburg, VA 20176-3101 |
| aty | + | Corey Simpson Booker, 1051 East Cary Street, Suite 1200, Richmond, VA 23219-4044 |
| aty | + | Craig M. Palik, McNamee Hosea, 6404 Ivy Lane, Suite 820, Greenbelt, MD 20770-1416 |
| aty | + | David S. Musgrave, Gordon Feinblatt LLC, 233 East Redwood Street, Baltimore, MD 21202-3332 |
| aty | + | Eric S. Schuster, Funk & Bolton, P.A., 100 Light Street, Suite 1400, Baltimore, MD 21202-1188 |
| aty | + | Erik W. Fox, Rees Broome, PC, 1900 Gallows Road, Suite 700, Vienna, VA 22182-3886 |
| aty | + | J. P. McGuire Boyd, Jr, Williams Mullen, P.C., 200 South 10th Street, Richmond, VA 23219-4091 |
| aty | + | James R. Meizanis, Jr., Blankingship & Keith, PC, 4020 University Drive, Suite 300, Fairfax, VA 22030-6802 |
| aty | + | Jeffery T. Martin, Jr., Martin Law Group, P.C., 8065 Leesburg Pike, Ste 750, Vienna, VA 22182-2702 |
| aty | + | Jeremy B. Root, Blankingship & Keith, P.C., 4020 University Dr. Ste. 300, Fairfax, VA 22030-6802 |
| aty | + | John E Reid, Martin Law Group, P.C., 8065 Leesburg Pike, Suite 750, Vienna, VA 22182-2702 |
| aty | + | John Tucker Farnum, Miles and Stockbridge PC, 1201 Pennsylvania Ave, Suite 900, Washington, DC 20004-2464 |
| aty | + | Joshua David Stiff, Whiteford Taylor Preston LLP, 249 Central Park Avenue, Suite 300, Virginia Beach, VA 23462-3271 |
| aty | + | Justin Fasano, McNamee Hosea, P.A., 6404 Ivy Lane, Ste 820, Greenbelt, MD 20770-1416 |
| aty | + | Lee S Raphael, Prober & Raphael, Law Corporation, 20750 Ventura BLVD., Suite 100, Woodland Hills, CA 91364-6207 |
| aty | + | Maurice Belmont VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Roads, #114-160, Potomac, MD 20854-3976 |
| aty | + | Robert Hockenbury, Womble Bond Dickinson (US) LLP, 100 Light Street, 26th Floor, Baltimore, MD 21202-1153 |
| aty | + | Robert M. Marino, Redmon Peyton & Braswell, LLP, 510 King Street, Suite 301, Alexandria, VA 22314-3184 |
| aty | + | Stephen W. Nichols, Offit Kurman, P.A., 4800 Montgomery Lane, 9th Floor, Bethesda, MD 20814-3429 |
| cr | + | Aero Mortgage Loan Trust 2019- 1, 8100 Three Chopt Rd., Suite 240, Richmond, VA 23229-4833 |
| desig | + | Amit Jain, 445 Windover Ave North West, Vienna, VA 22180-4232 |
| cr | + | Bank of Clarke County, c/o Hannah W. Hutman, Esq., Hoover Penrod, PLC, 342 S. Main Street, Harrisonburg, VA 22801-3628 |
| cr | + | Fulton Bank, N.A., c/o David S. Musgrave, Esquire, Gordon Feinblatt LLC, 1001 Fleet Street, Suite 700, Baltimore, MD 21202 UNITED STATES 21202-4363 |
| cr | + | Gitsit Solutions, LLC, c/o Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| prf | + | N D Greene PC, N D Greene PC, 3977 Chain Bridge Rd, Suite 1, Faifax, VA 22030-3308 |
| cr | + | Orrstown Bank, c/o Stephen Nichols, Esq., Offit Kurman PA, 7501 Wisconsin Ave. Suite 1000W, Bethesda, MD 20814-6604 |
| intp | + | SC&H Group, c/o Miles & Stockbridge P.C., 1201 Pennsylvania Ave., NW, Ste. 900, Washington, DC 20004-2464 |
| cr | + | Shore United Bank, 200 West Gate Circle, Suite 200, Annapolis, MD 21401-3377 |
| cr | + | Trinity Universal Insurance Company, c/o Man Global Private Mkts. (USA), Inc., 1345 Avenue of the Americas 21st Floor, New York, NY 10105, UNITED STATES 10105-0199 |
| cr | | Vienna Oaks Office Center Condominium, c/o Rees Broome, PC, Suite 700, Tysons Corner, VA 22182 |
| cr | + | Virginia Partners Bank, 410 William St., Fredericksburg, VA 22401-5834 |
| 16114180 | + | Asset Based Lending, PO BOX 27370, Anaheim, CA 92809-0112 |
| 16114181 | + | Atlantic Union Bank, 8221 Old Courthouse Rd Ste 100,, Tysons, VA 22182-3839 |
| 16114182 | + | Bala Jain, Christopher L. Rogan, Esq., 50 Catoctin Circle, NE, Suite 300, Leesburg, VA 20176-3101 |
| 16114185 | + | Bala Jain LLC, 6007 Marilyn Drive, Alexandria, VA 2231- 22310-1516 |
| 16114184 | + | Bala Jain LLC, 6007 Marilyn Drive, Alexandria, VA 22310-1516 |

Case 23-10566-KHK    Doc 362    Filed 03/23/24    Entered 03/24/24 00:12:31    Desc
Imaged Certificate of Notice    Page 4 of 8

| District/off: 0422-9 | User: TaiGlennB | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Mar 21, 2024 | Form ID: 309C | Total Noticed: 103 |

| | | |
|---|---|---|
| 16114188 | + | Bank Of Clarke, 110 Crock Wells Mill Drive, Winchester, VA 22603-3943 |
| 16114189 | + | Bank Of Clarke County, 2 East Main Street, Berryville, VA 22611-1338 |
| 16160710 | + | Bank of Clarke, c/o Hannah W. Hutman, Esq., Hoover Penrod, PLC, 342 S. Main Street, Harrisonburg, VA 22801-3628 |
| 16114190 | + | Betsy Dalton, 1003 Lynn St SW, Vienna, VA 22180-6428 |
| 16114191 | #+ | Candice Goodman, 15474 Roxbury Rd, Glenwood, MD 21738-9306 |
| 16114193 | | Community Bank Of Chesapeake, 202 Centennial St,, La Plata, MD 20646 |
| 16158701 | + | Community Bank of the Chesapeake, Atten: Jared Krahler, 3035 Leonardtown Road, Waldorf, MD 20601-3112, , |
| 16114194 | | County of Fairfax, Department of Tax Administration, Revenu, Suite 223, Fairfax, VA 22035 |
| 16114200 | + | DTMA, 670 Clearwater RD, Hershey, PA 17033-2453 |
| 16114196 | | Dauphin County Office of Tax Claim Bureau, Dauphin County Administration Building,, PO Box No 1295, Harrisburg, PA 17108 |
| 16225267 | + | Dauphin County Tax Claim Bureau, P. O. Box 1295, Harrisburg, PA 17108-1295 |
| 16114197 | + | Department of Finance Howard county, Property Tax Division, 3430, Court House, Ellicott City, MD 21043-4300 |
| 16114198 | + | Devon England, 213 N Port St, Baltimore , MD 21224-1027 |
| 16135740 | + | Fulton Bank, N.A., c/o David S. Musgrave, Esquire, Gordon Feinblatt LLC, 1001 Fleet Street, Suite 700, Baltimore, Maryland 21202-4363 |
| 16307385 | + | Gitsit Solutions, LLC, 333 South Anita Drive, Suite 400, Orange, CA 92868-3314 |
| 16114202 | + | Gus Goldsmith, Justin P. Fasano, 6411 Ivy Lane, Suite 200, Greenbelt, MD 20770-1405 |
| 16114203 | + | Gus Goldsmith, 18205 Biscayne Blvd, Suite 2226, Aventura, FL 33160-2149 |
| 16114205 | #+ | Joshua Fowlers, 580 W Areba Ave, Hershey , PA 17033-1605 |
| 16114206 | + | Lincoin Financing, 9030 Stony Point Pkwy, Richmond, VA 23235-1957 |
| 16114207 | | Lincoln Automotive Financial Services, PO Box 2400, Edmonton, Alberta, T5J 5C7, |
| 16114208 | + | Main Street Bank, 10089 Fairfax Blvd., Fairfax, VA 22030-1742 |
| 16144861 | + | MainStreet Bank, c/o Eric S. Schuster, Esq., 100 Light Street, Suite 1400, Baltimore, Maryland 21202-1188 |
| 16114210 | + | Monika Jain, 445 Windover Ave North West, Vienna, VA 22180-4232 |
| 16114211 | + | Monika Jain, 445 Windover Drive, Vienna, VA 22180-4232 |
| 16202239 | + | NP Master Trust I (Cayman) LLC, c/o Andrea C. Davison, 2311 Wilson Blvd Suite 500, Arlington VA 22201-5422 |
| 16114212 | + | Orrstown Bank, Offit/Kuman PA, 7501 Wisconsin Ave #1000W, Bethesda, MD 20814-6604 |
| 16114215 | + | Stafford County, Laura M Rudy, Treasurer, PO Box 68, Stafford, VA 22555-0068 |
| 16171177 | + | Stafford County Attorney's Office, 1300 Courthouse Road, P.O. Box 339, Stafford, VA 22555-0339 |
| 16114216 | + | Town Of Vienna Water and Sewer Bill, 127 Center St, Vienna, VA 22180-5719 |
| 16203040 | + | Trinity Universal Insurance Company, c/o Man Global Private Mkts. (USA) Inc., Attn: Legal, 1345 Avenue of the Americas, 21st Floor, New York, NY 10105-0199 |
| 16114217 | + | Troy Mason, 3002 Williamsburg Rd, Richmond , VA 23231-2128 |
| 16114218 | + | Turkey Hill, 1635 Church Rd, Hershey , PA 17033-1812 |
| 16114220 | + | Verizon Fios, 1430 Walnut St, Philadelphia, PA 19102-4021 |
| 16201454 | + | Vienna Oaks Office Center Condominium, c/o Erik W. Fox, Rees Broome, 1900 Gallows Road, Sutie 700, Tysons Corner, VA 22182-3886 |
| 16114221 | + | Virginia Partners Bank, Blankingship & Keith, P.C. /, James R. Meizanis, 4020 University Drive, Suite 300, Fairfax, VA 22030-6802 |
| 16114223 | + | Waste Management, P O Box 13577, Philadelphia, PA 19101-3577 |
| 16114224 | | West Hanover Tap Water and Sewer, 7091 Jonestown Rd, Harrisburg, PA 17112 |
| 16201733 | | Wilmington Savings Fund Society, FSB, FCI Lender Services, Inc., P.O. Box 27370, Anaheim Hills, CA 92809-0112 |

TOTAL: 80

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | EDI: BHWHUTMAN.COM | Mar 22 2024 04:50:00 | Hannah White Hutman, Hoover Penrod, PLC, 342 S. Main Street, Harrisonburg, VA 22801-3628 |
| aty | | Email/Text: ndg@ndglaw.com | Mar 22 2024 01:02:00 | Nancy Greene, N D Greene PC, 3977 Chain Bridge Rd, Suite 1, Fairfax, VA 22030 |
| tr | + | EDI: FHJGOLD.COM | Mar 22 2024 04:50:00 | H. Jason Gold, H. Jason Gold, Trustee, P.O. Box 57359, Washington, DC 20037-0359 |
| cr | + | Email/Text: bankruptcy@atlanticunionbank.com | Mar 22 2024 01:03:00 | Atlantic Union Bank, 1051 E. Cary Street, Suite 1200, Richmond, VA 23219-4044 |
| 16114179 | + | Email/Text: amscbankruptcy@adt.com | Mar 22 2024 01:04:00 | ADT, P O Box 371878, Pittsburgh, PA 15250-7878 |
| 16154988 | | Email/Text: bankruptcy@atlanticunionbank.com | Mar 22 2024 01:03:00 | Atlantic Union Bank, PO Box 176, Blacksburg, VA 24063 |
| 16128769 | | Email/PDF: bncnotices@becket-lee.com | Mar 22 2024 01:22:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 23-10566-KHK    Doc 362    Filed 03/23/24    Entered 03/24/24 00:12:31    Desc
Imaged Certificate of Notice    Page 5 of 8

| District/off: 0422-9 | User: TaiGlennB | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Mar 21, 2024 | Form ID: 309C | Total Noticed: 103 |

| Recip ID | Bypass | Delivery Method | Delivery Date/Time | Name and Address |
|---|---|---|---|---|
| 16206846 | + | Email/Text: bankruptcy@henrico.us | Mar 22 2024 01:04:00 | COUNTY OF HENRICO, VIRGINIA, SARA L. MAYNARD, ASST. COUNTY ATTORNEY, P. O. BOX 90775, HENRICO, VIRGINIA 23273-0775 |
| 16146016 | + | EDI: AIS.COM | Mar 22 2024 04:50:00 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16114192 | + | Email/Text: BANKRUPTCY.NOTICES@RICHMONDGOV.COM | Mar 22 2024 01:04:31 | City of Richmond, Division of Collections PO Box 26505, Richmond, VA 23261-6505 |
| 16139949 | + | Email/Text: BANKRUPTCY.NOTICES@RICHMONDGOV.COM | Mar 22 2024 01:04:31 | City of Richmond City Hall, Room 109 Delinquent Taxes, 900 East Broad Street, Richmond VA 23219-1907 |
| 16114195 | + | Email/Text: bankruptcy@henrico.us | Mar 22 2024 01:04:00 | County of Henrico, Department of Finance, PO Box 90775, Henrico, VA 23273-0775 |
| 16114199 | | Email/Text: DEbankruptcy@domenergy.com | Mar 22 2024 01:02:00 | Dominion Energy, P O Box 26543, Richmond, VA 23290 |
| 16114201 | + | Email/Text: bankruptcy@fultonbank.com | Mar 22 2024 01:04:00 | Fulton Bank, 625 Elden St,, Herndon, VA 20170-4739 |
| 16114655 | | EDI: IRS.COM | Mar 22 2024 04:50:00 | Internal Revenue Service, Special Procedures Support Staff, P. O. Box 10025, Richmond, VA 23240 |
| 16119152 | | Email/Text: EBNBKNOT@ford.com | Mar 22 2024 01:04:00 | Lincoln Automotive Financial Services, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 16114209 | + | Email/Text: Bankruptcy_group@baltimorecity.gov | Mar 22 2024 01:03:00 | Mayor and City Council Baltimore, Bureau of Revenue Collections, 200 Holliday Street Room #1, Bankruptcy, Baltimore, MD 21202-6295 |
| 16114214 | ^ | MEBN | Mar 22 2024 01:01:08 | PPL Electric Utilities, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 16114213 | + | Email/Text: csc.bankruptcy@amwater.com | Mar 22 2024 01:04:00 | Pennsylvania American Water, P O Box 371412, Pittsburgh, PA 15250-7412 |
| 16114656 | | Email/Text: atlreorg@sec.gov | Mar 22 2024 01:03:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Rd, Suite 900, Atlanta, GA 30326-1382 |
| 16114219 | | Email/Text: bkrcy@ugi.com | Mar 22 2024 01:04:00 | UGI Utilities Inc, 400 Stewart Rd, Hanover, PA 18706 |
| 16123391 | | Email/Text: bkrcy@ugi.com | Mar 22 2024 01:04:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |
| 16114222 | + | Email/Text: Bankruptcy@washgas.com | Mar 22 2024 01:03:00 | Washington Gas, 6801 Industrial Rd, Springfield, VA 22151-4205 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Gus Goldsmith |
| cr | | Lincoln Automotive Financial Services |
| cr | | MainStreet Bank |
| prf | | Maurice VerStandig |
| intp | | Primis Bank |
| 16114187 | | Bala Jain LLC |
| 16114204 | | Isidoro Pulido Luna, 202 N Port St |
| cr | *+ | Bala Jain LLC, 6007 Marilyn Dr., Alexandria, VA 22310-1516 |
| 16129703 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16144799 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| | | | |
|---|---|---|---|
| District/off: 0422-9 | User: TaiGlennB | | Page 4 of 6 |
| Date Rcvd: Mar 21, 2024 | Form ID: 309C | | Total Noticed: 103 |

| | | |
|---|---|---|
| 16114183 | *+ | Bala Jain LLC, Christopher L. Rogan, Esq., 50 Catoctin Circle, NE Suite 300, Leesburg, VA 20176-3101 |
| 16114186 | *+ | Bala Jain LLC, 6007 Marilyn Drive, Alexandria, VA 22310-1516 |

TOTAL: 7 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2024         Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry W. Spear | on behalf of Creditor Aero Mortgage Loan Trust 2019- 1 Barry.Spear@bww-law.com bankruptcy@bww-law.com |
| Bradley J. Swallow | on behalf of Defendant Main Street Bank bswallow@fblaw.com |
| Bradley J. Swallow | on behalf of Creditor MainStreet Bank bswallow@fblaw.com |
| Carl A. Eason | on behalf of Creditor Lincoln Automotive Financial Services bankruptcy@wolriv.com |
| Christian K. Vogel | on behalf of Interested Party Primis Bank kvogel@vogelandcromwell.com |
| Christian K. Vogel | on behalf of Defendant Primis Bank f/k/a Sona Bank kvogel@vogelandcromwell.com |
| Christopher A. Jones | on behalf of Debtor Eagle Properties and Investments LLC cajones@whitefordlaw.com clano@whitefordlaw.com,dchaney@whitefordlaw.com |
| Christopher L. Rogan | on behalf of Defendant Shail Butani crogan@rmzlawfirm.com |
| Christopher L. Rogan | on behalf of Creditor Bala Jain LLC crogan@rmzlawfirm.com |
| Christopher L. Rogan | on behalf of Defendant Ishwer Butani crogan@rmzlawfirm.com |
| Christopher L. Rogan | on behalf of Defendant Bala Jain LLC crogan@rmzlawfirm.com |
| Corey Simpson Booker | on behalf of Creditor Atlantic Union Bank corey.booker@atlanticunionbank.com |
| Craig M. Palik | on behalf of Creditor Trinity Universal Insurance Company cpalik@mhlawyers.com cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnickerson@mhlawyers.com |
| David S. Musgrave | on behalf of Creditor Fulton Bank N.A. dmusgrave@gfrlaw.com, vhilbun@gfrlaw.com |
| David S. Musgrave | on behalf of Defendant Fulton Financial Corporation dmusgrave@gfrlaw.com vhilbun@gfrlaw.com |

Case 23-10566-KHK    Doc 362    Filed 03/23/24    Entered 03/24/24 00:12:31    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0422-9 | User: TaiGlennB | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Mar 21, 2024 | Form ID: 309C | Total Noticed: 103 |

Erik W. Fox
    on behalf of Creditor Vienna Oaks Office Center Condominium efox@reesbroome.com
    rhurley@reesbroome.com;rchambers@reesbroome.com;pgoodwine@reesbroome.com

Gerard R. Vetter
    ustpregion04.ax.ecf@usdoj.gov

H. Jason Gold
    goldtrustee@fiduciaryservicesgroup.com VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com

Hannah White Hutman
    on behalf of Creditor Bank of Clarke County hhutman@hooverpenrod.com
    scurtis@hooverpenrod.com;hooverpenrodplc@jubileebk.net

J. P. McGuire Boyd, Jr
    on behalf of Defendant Bank of Clarke County mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
    on behalf of Defendant Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
    on behalf of Creditor Atlantic Union Bank mboyd@williamsmullen.com

Jack Frankel
    on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov
    USTPRegion04.ax.ecf@usdoj.gov;paula.f.blades@usdoj.gov;robert.w.ours@usdoj.gov

James R. Meizanis, Jr.
    on behalf of Creditor Virginia Partners Bank jmeizanis@bklawva.com jroot@bklawva.com;mnoble@bklawva.com

Jeffery T. Martin, Jr.
    on behalf of Counter-Defendant Eagle Properties and Investments LLC jeff@martinlawgroupva.com
    martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

Jeffery T. Martin, Jr.
    on behalf of Debtor Eagle Properties and Investments LLC jeff@martinlawgroupva.com
    martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

Jeffery T. Martin, Jr.
    on behalf of Plaintiff Eagle Properties and Investments LLC jeff@martinlawgroupva.com
    martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

Jeremy B. Root
    on behalf of Creditor Virginia Partners Bank jroot@bklawva.com
    tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com

John E Reid
    on behalf of Debtor Eagle Properties and Investments LLC jack@martinlawgroupva.com

John Tucker Farnum
    on behalf of Interested Party SC&H Group jfarnum@milesstockbridge.com
    jfarnumecfnotices@gmail.com;dbernard@milesstockbridge.com

Joshua David Stiff
    on behalf of Debtor Eagle Properties and Investments LLC jstiff@wtplaw.com eslate@wtplaw.com;dchaney@whitefordlaw.com

Justin Fasano
    on behalf of Creditor Gus Goldsmith jfasano@mhlawyers.com
    jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;sshin@mhlawyers.com;dmoorehead@mhlawyers.com

Lee S Raphael
    on behalf of Creditor Gitsit Solutions LLC ecf1@ecf.courtdrive.com, cmartin@pralc.com

Maurice Belmont VerStandig
    on behalf of Professional Maurice VerStandig mac@mbvesq.com
    lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Nancy Greene
    on behalf of Debtor Eagle Properties and Investments LLC ndg@ndglaw.com

Nancy Greene
    on behalf of Plaintiff Eagle Properties and Investments LLC ndg@ndglaw.com

Nancy Greene
    on behalf of Professional N D Greene PC ndg@ndglaw.com

Richard E. Hagerty
    on behalf of Defendant Navy Federal Financial Group LLC richard.hagerty@troutmansanders.com,
    sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Robert Hockenbury
    on behalf of Creditor Shore United Bank robert.hockenbury@wbd-us.com

| District/off: 0422-9 | User: TaiGlennB | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Mar 21, 2024 | Form ID: 309C | Total Noticed: 103 |

Robert M. Marino
    on behalf of Defendant Shail Butani rmmarino@rpb-law.com rmmarino1@aol.com

Robert M. Marino
    on behalf of Defendant Ishwer Butani rmmarino@rpb-law.com rmmarino1@aol.com

Robert M. Marino
    on behalf of Creditor Bala Jain LLC rmmarino@rpb-law.com rmmarino1@aol.com

Stephanie Gardner Bortnick
    on behalf of Defendant Daniel Kotz sbortnick@grsm.com

Stephanie Gardner Bortnick
    on behalf of Defendant Daniel J. Kotz sbortnick@grsm.com

Stephanie Gardner Bortnick
    on behalf of Defendant First Class Title  Inc. sbortnick@grsm.com

Stephen W. Nichols
    on behalf of Creditor Orrstown Bank snichols@offitkurman.com

TOTAL: 46