# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

## NOTICE OF ELECTRONIC FILING PROCEDURE

Case Name:   Eagle Properties and Investments LLC

Case Number:   23−10566−KHK                     Date Filed:   April 6, 2023

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005−2 and the Court's Case Management/Electronic Case Files (CM/ECF) Policy Statement, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the CM/ECF Policy Statement**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer with internet access and the ability to convert documents to portable document format (PDF). The URL address is *www.vaeb.uscourts.gov* and a username and password are needed to access the Case Management/Electronic Case Files (CM/ECF) system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File by Flash Drive or Conventionally" as provided for in the CM/ECF Policy Statement to indicate your inability to file through use of the Internet component of the CM/ECF system. If the Court authorizes you to file by flash drive, **then**

3. You must submit your documents on a flash drive using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found at Adobe's internet support page. Use a separate flash drive for each filing. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the CM/ECF Policy Statement.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4. You must submit your documents on a flash drive using plain text format. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the with the CM/ECF Policy Statement.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single−sided paper. Documents must be submitted with full original signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Flash Drive or Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:   March 21, 2024                              William C. Redden
[VAN062vNov9.jsp]                                    Clerk of the Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-10566-KHK |
| Eagle Properties and Investments LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: TaiGlennB | Page 1 of 5 |
| Date Rcvd: Mar 21, 2024 | Form ID: VAN062 | Total Noticed: 77 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eagle Properties and Investments LLC, 445 Windover Ave North West, Vienna, VA 22180-4232 |
| aty | + | Eric S. Schuster, Funk & Bolton, P.A., 100 Light Street, Suite 1400, Baltimore, MD 21202-1188 |
| cr | + | Aero Mortgage Loan Trust 2019- 1, 8100 Three Chopt Rd., Suite 240, Richmond, VA 23229-4833 |
| desig | + | Amit Jain, 445 Windover Ave North West, Vienna, VA 22180-4232 |
| cr | + | Bank of Clarke County, c/o Hannah W. Hutman, Esq., Hoover Penrod, PLC, 342 S. Main Street, Harrisonburg, VA 22801-3628 |
| cr | + | Fulton Bank, N.A., c/o David S. Musgrave, Esquire, Gordon Feinblatt LLC, 1001 Fleet Street, Suite 700, Baltimore, MD 21202 UNITED STATES 21202-4363 |
| cr | + | Gitsit Solutions, LLC, c/o Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| prf | + | N D Greene PC, N D Greene PC, 3977 Chain Bridge Rd, Suite 1, Faifax, VA 22030-3308 |
| cr | + | Orrstown Bank, c/o Stephen Nichols, Esq., Offit Kurman PA, 7501 Wisconsin Ave. Suite 1000W, Bethesda, MD 20814-6604 |
| intp | + | SC&H Group, c/o Miles & Stockbridge P.C., 1201 Pennsylvania Ave., NW, Ste. 900, Washington, DC 20004-2464 |
| cr | + | Shore United Bank, 200 West Gate Circle, Suite 200, Annapolis, MD 21401-3377 |
| cr | + | Trinity Universal Insurance Company, c/o Man Global Private Mkts. (USA), Inc., 1345 Avenue of the Americas 21st Floor, New York, NY 10105, UNITED STATES 10105-0199 |
| cr | | Vienna Oaks Office Center Condominium, c/o Rees Broome, PC, Suite 700, Tysons Corner, VA 22182 |
| cr | + | Virginia Partners Bank, 410 William St., Fredericksburg, VA 22401-5834 |
| 16114180 | + | Asset Based Lending, PO BOX 27370, Anaheim, CA 92809-0112 |
| 16114181 | + | Atlantic Union Bank, 8221 Old Courthouse Rd Ste 100,, Tysons, VA 22182-3839 |
| 16114182 | + | Bala Jain, Christopher L. Rogan, Esq., 50 Catoctin Circle, NE, Suite 300, Leesburg, VA 20176-3101 |
| 16114185 | + | Bala Jain LLC, 6007 Marilyn Drive, Alexandria, VA 2231- 22310-1516 |
| 16114184 | + | Bala Jain LLC, 6007 Marilyn Drive, Alexandria, VA 22310-1516 |
| 16114188 | + | Bank Of Clarke, 110 Crock Wells Mill Drive, Winchester, VA 22603-3943 |
| 16114189 | + | Bank Of Clarke County, 2 East Main Street, Berryville, VA 22611-1338 |
| 16160710 | + | Bank of Clarke, c/o Hannah W. Hutman, Esq., Hoover Penrod, PLC, 342 S. Main Street, Harrisonburg, VA 22801-3628 |
| 16114190 | + | Betsy Dalton, 1003 Lynn St SW, Vienna, VA 22180-6428 |
| 16114191 | #+ | Candice Goodman, 15474 Roxbury Rd, Glenwood, MD 21738-9306 |
| 16114193 | | Community Bank Of Chesapeake, 202 Centennial St,, La Plata, MD 20646 |
| 16158701 | + | Community Bank of the Chesapeake, Atten: Jared Krahler, 3035 Leonardtown Road, Waldorf, MD 20601-3112, , |
| 16114194 | | County of Fairfax, Department of Tax Administration, Revenu, Suite 223, Fairfax, VA 22035 |
| 16114200 | + | DTMA, 670 Clearwater RD, Hershey, PA 17033-2453 |
| 16114196 | | Dauphin County Office of Tax Claim Bureau, Dauphin County Administration Building,, PO Box No 1295, Harrisburg, PA 17108 |
| 16225267 | + | Dauphin County Tax Claim Bureau, P. O. Box 1295, Harrisburg, PA 17108-1295 |
| 16114197 | + | Department of Finance Howard county, Property Tax Division, 3430, Court House, Ellicott City, MD 21043-4300 |
| 16114198 | + | Devon England, 213 N Port St, Baltimore , MD 21224-1027 |
| 16135740 | + | Fulton Bank, N.A., c/o David S. Musgrave, Esquire, Gordon Feinblatt LLC, 1001 Fleet Street, Suite 700, Baltimore, Maryland 21202-4363 |
| 16307385 | + | Gitsit Solutions, LLC, 333 South Anita Drive, Suite 400, Orange, CA 92868-3314 |
| 16114202 | + | Gus Goldsmith, Justin P. Fasano, 6411 Ivy Lane, Suite 200, Greenbelt, MD 20770-1405 |
| 16114203 | + | Gus Goldsmith, 18205 Biscayne Blvd, Suite 2226, Aventura, FL 33160-2149 |
| 16114205 | #+ | Joshua Fowlers, 580 W Areba Ave, Hershey , PA 17033-1605 |
| 16114206 | + | Lincoln Financing, 9030 Stony Point Pkwy, Richmond, VA 23235-1957 |
| 16114207 | | Lincoln Automotive Financial Services, PO Box 2400, Edmonton, Alberta, T5J 5C7, |
| 16114208 | + | Main Street Bank, 10089 Fairfax Blvd., Fairfax, VA 22030-1742 |
| 16144861 | + | MainStreet Bank, c/o Eric S. Schuster, Esq., 100 Light Street, Suite 1400, Baltimore, Maryland 21202-1188 |
| 16114210 | + | Monika Jain, 445 Windover Ave North West, Vienna, VA 22180-4232 |

| | | |
|---|---|---|
| 16114211 | + | Monika Jain, 445 Windover Drive, Vienna, VA 22180-4232 |
| 16202239 | + | NP Master Trust I (Cayman) LLC, c/o Andrea C. Davison, 2311 Wilson Blvd Suite 500, Arlington VA 22201-5422 |
| 16114212 | + | Orrstown Bank, Offit/Kuman PA, 7501 Wisconsin Ave #1000W, Bethesda, MD 20814-6604 |
| 16114215 | + | Stafford County, Laura M Rudy, Treasurer, PO Box 68, Stafford, VA 22555-0068 |
| 16171177 | + | Stafford County Attorney's Office, 1300 Courthouse Road, P.O. Box 339, Stafford, VA 22555-0339 |
| 16114216 | + | Town Of Vienna Water and Sewer Bill, 127 Center St, Vienna, VA 22180-5719 |
| 16203040 | + | Trinity Universal Insurance Company, c/o Man Global Private Mkts. (USA) Inc., Attn: Legal, 1345 Avenue of the Americas, 21st Floor, New York, NY 10105-0199 |
| 16114217 | + | Troy Mason, 3002 Williamsburg Rd, Richmond , VA 23231-2128 |
| 16114218 | + | Turkey Hill, 1635 Church Rd, Hershey , PA 17033-1812 |
| 16114220 | + | Verizon Fios, 1430 Walnut St, Philadelphia, PA 19102-4021 |
| 16201454 | + | Vienna Oaks Office Center Condominium, c/o Erik W. Fox, Rees Broome, 1900 Gallows Road, Sutie 700, Tysons Corner, VA 22182-3886 |
| 16114221 | + | Virginia Partners Bank, Blankingship & Keith, P.C. /, James R. Meizanis, 4020 University Drive, Suite 300, Fairfax, VA 22030-6802 |
| 16114223 | + | Waste Management, P O Box 13577, Philadelphia, PA 19101-3577 |
| 16114224 | | West Hanover Tap Water and Sewer, 7091 Jonestown Rd, Harrisburg, PA 17112 |
| 16201733 | | Wilmington Savings Fund Society, FSB, FCI Lender Services, Inc., P.O. Box 27370, Anaheim Hills, CA 92809-0112 |

TOTAL: 57

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@atlanticunionbank.com | Mar 22 2024 01:03:00 | Atlantic Union Bank, 1051 E. Cary Street, Suite 1200, Richmond, VA 23219-4044 |
| 16114179 | + | Email/Text: amscbankruptcy@adt.com | Mar 22 2024 01:04:00 | ADT, P O Box 371878, Pittsburgh, PA 15250-7878 |
| 16154988 | | Email/Text: bankruptcy@atlanticunionbank.com | Mar 22 2024 01:03:00 | Atlantic Union Bank, PO Box 176, Blacksburg, VA 24063 |
| 16128769 | | Email/PDF: bncnotices@becket-lee.com | Mar 22 2024 01:12:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16206846 | + | Email/Text: bankruptcy@henrico.us | Mar 22 2024 01:04:00 | COUNTY OF HENRICO, VIRGINIA, SARA L. MAYNARD, ASST. COUNTY ATTORNEY, P. O. BOX 90775, HENRICO, VIRGINIA 23273-0775 |
| 16146016 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 22 2024 01:11:55 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16114192 | + | Email/Text: BANKRUPTCY.NOTICES@RICHMONDGOV.COM | Mar 22 2024 01:04:31 | City of Richmond, Division of Collections PO Box 26505, Richmond, VA 23261-6505 |
| 16139949 | + | Email/Text: BANKRUPTCY.NOTICES@RICHMONDGOV.COM | Mar 22 2024 01:04:31 | City of Richmond City Hall, Room 109 Delinquent Taxes, 900 East Broad Street, Richmond VA 23219-1907 |
| 16114195 | + | Email/Text: bankruptcy@henrico.us | Mar 22 2024 01:04:00 | County of Henrico, Department of Finance, PO Box 90775, Henrico, VA 23273-0775 |
| 16114199 | | Email/Text: DEbankruptcy@domenergy.com | Mar 22 2024 01:02:00 | Dominion Energy, P O Box 26543, Richmond, VA 23290 |
| 16114201 | + | Email/Text: bankruptcy@fultonbank.com | Mar 22 2024 01:04:00 | Fulton Bank, 625 Elden St,, Herndon, VA 20170-4739 |
| 16114655 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 22 2024 01:03:00 | Internal Revenue Service, Special Procedures Support Staff, P. O. Box 10025, Richmond, VA 23240 |
| 16119152 | | Email/Text: EBNBKNOT@ford.com | Mar 22 2024 01:04:00 | Lincoln Automotive Financial Services, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 16114209 | + | Email/Text: Bankruptcy_group@baltimorecity.gov | Mar 22 2024 01:03:00 | Mayor and City Council Baltimore, Bureau of Revenue Collections, 200 Holliday Street Room #1, Bankruptcy, Baltimore, MD 21202-6295 |
| 16114214 | | ^ MEBN | | |

Case 23-10566-KHK   Doc 363   Filed 03/23/24   Entered 03/24/24 00:12:31   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0422-9 | User: TaiGlennB | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Mar 21, 2024 | Form ID: VAN062 | Total Noticed: 77 |

|  |  |  | Mar 22 2024 01:01:07 | PPL Electric Utilities, 827 Hausman Rd, Allentown, PA 18104-9392 |
|---|---|---|---|---|
| 16114213 | + | Email/Text: csc.bankruptcy@amwater.com | Mar 22 2024 01:04:00 | Pennsylvania American Water, P O Box 371412, Pittsburgh, PA 15250-7412 |
| 16114656 |  | Email/Text: atlreorg@sec.gov | Mar 22 2024 01:03:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Rd, Suite 900, Atlanta, GA 30326-1382 |
| 16114219 |  | Email/Text: bkrcy@ugi.com | Mar 22 2024 01:04:00 | UGI Utilities Inc, 400 Stewart Rd, Hanover, PA 18706 |
| 16123391 |  | Email/Text: bkrcy@ugi.com | Mar 22 2024 01:04:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |
| 16114222 | + | Email/Text: Bankruptcy@washgas.com | Mar 22 2024 01:03:00 | Washington Gas, 6801 Industrial Rd, Springfield, VA 22151-4205 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Gus Goldsmith |
| cr |  | Lincoln Automotive Financial Services |
| cr |  | MainStreet Bank |
| prf |  | Maurice VerStandig |
| intp |  | Primis Bank |
| 16114187 |  | Bala Jain LLC |
| 16114204 |  | Isidoro Pulido Luna, 202 N Port St |
| cr | *+ | Bala Jain LLC, 6007 Marilyn Dr., Alexandria, VA 22310-1516 |
| 16129703 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16144799 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16114183 | *+ | Bala Jain LLC, Christopher L. Rogan, Esq., 50 Catoctin Circle, NE Suite 300, Leesburg, VA 20176-3101 |
| 16114186 | *+ | Bala Jain LLC, 6007 Marilyn Drive, Alexandria, VA 22310-1516 |

TOTAL: 7 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 23, 2024             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry W. Spear | on behalf of Creditor Aero Mortgage Loan Trust 2019- 1 Barry.Spear@bww-law.com bankruptcy@bww-law.com |
| Bradley J. Swallow |  |

| | | |
|---|---|---|
| District/off: 0422-9 | User: TaiGlennB | Page 4 of 5 |
| Date Rcvd: Mar 21, 2024 | Form ID: VAN062 | Total Noticed: 77 |

| | |
|---|---|
| | on behalf of Defendant Main Street Bank bswallow@fblaw.com |
| Bradley J. Swallow | |
| | on behalf of Creditor MainStreet Bank bswallow@fblaw.com |
| Carl A. Eason | |
| | on behalf of Creditor Lincoln Automotive Financial Services bankruptcy@wolriv.com |
| Christian K. Vogel | |
| | on behalf of Interested Party Primis Bank kvogel@vogelandcromwell.com |
| Christian K. Vogel | |
| | on behalf of Defendant Primis Bank f/k/a Sona Bank kvogel@vogelandcromwell.com |
| Christopher A. Jones | |
| | on behalf of Debtor Eagle Properties and Investments LLC cajones@whitefordlaw.com clano@whitefordlaw.com,dchaney@whitefordlaw.com |
| Christopher L. Rogan | |
| | on behalf of Creditor Bala Jain LLC crogan@rmzlawfirm.com |
| Christopher L. Rogan | |
| | on behalf of Defendant Ishwer Butani crogan@rmzlawfirm.com |
| Christopher L. Rogan | |
| | on behalf of Defendant Bala Jain LLC crogan@rmzlawfirm.com |
| Christopher L. Rogan | |
| | on behalf of Defendant Shail Butani crogan@rmzlawfirm.com |
| Corey Simpson Booker | |
| | on behalf of Creditor Atlantic Union Bank corey.booker@atlanticunionbank.com |
| Craig M. Palik | |
| | on behalf of Creditor Trinity Universal Insurance Company cpalik@mhlawyers.com cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnickerson@mhlawyers.com |
| David S. Musgrave | |
| | on behalf of Creditor Fulton Bank N.A. dmusgrave@gfrlaw.com, vhilbun@gfrlaw.com |
| David S. Musgrave | |
| | on behalf of Defendant Fulton Financial Corporation dmusgrave@gfrlaw.com vhilbun@gfrlaw.com |
| Erik W. Fox | |
| | on behalf of Creditor Vienna Oaks Office Center Condominium efox@reesbroome.com rhurley@reesbroome.com;rchambers@reesbroome.com;pgoodwine@reesbroome.com |
| Gerard R. Vetter | |
| | ustpregion04.ax.ecf@usdoj.gov |
| H. Jason Gold | |
| | goldtrustee@fiduciaryservicesgroup.com VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com |
| Hannah White Hutman | |
| | on behalf of Creditor Bank of Clarke County hhutman@hooverpenrod.com scurtis@hooverpenrod.com;hooverpenrodplc@jubileebk.net |
| J. P. McGuire Boyd, Jr | |
| | on behalf of Defendant Atlantic Union Bank mboyd@williamsmullen.com |
| J. P. McGuire Boyd, Jr | |
| | on behalf of Creditor Atlantic Union Bank mboyd@williamsmullen.com |
| J. P. McGuire Boyd, Jr | |
| | on behalf of Defendant Bank of Clarke County mboyd@williamsmullen.com |
| Jack Frankel | |
| | on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;paula.f.blades@usdoj.gov;robert.w.ours@usdoj.gov |
| James R. Meizanis, Jr. | |
| | on behalf of Creditor Virginia Partners Bank jmeizanis@bklawva.com jroot@bklawva.com;mnoble@bklawva.com |
| Jeffery T. Martin, Jr. | |
| | on behalf of Debtor Eagle Properties and Investments LLC jeff@martinlawgroupva.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com |
| Jeffery T. Martin, Jr. | |
| | on behalf of Plaintiff Eagle Properties and Investments LLC jeff@martinlawgroupva.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com |
| Jeffery T. Martin, Jr. | |

| | | |
|---|---|---|
| District/off: 0422-9 | User: TaiGlennB | Page 5 of 5 |
| Date Rcvd: Mar 21, 2024 | Form ID: VAN062 | Total Noticed: 77 |

on behalf of Counter-Defendant Eagle Properties and Investments LLC jeff@martinlawgroupva.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

Jeremy B. Root

on behalf of Creditor Virginia Partners Bank jroot@bklawva.com tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com

John E Reid

on behalf of Debtor Eagle Properties and Investments LLC jack@martinlawgroupva.com

John Tucker Farnum

on behalf of Interested Party SC&H Group jfarnum@milesstockbridge.com jfarnumecfnotices@gmail.com;dbernard@milesstockbridge.com

Joshua David Stiff

on behalf of Debtor Eagle Properties and Investments LLC jstiff@wtplaw.com eslate@wtplaw.com;dchaney@whitefordlaw.com

Justin Fasano

on behalf of Creditor Gus Goldsmith jfasano@mhlawyers.com jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;sshin@mhlawyers.com;dmoorehead@mhlawyers.com

Lee S Raphael

on behalf of Creditor Gitsit Solutions LLC ecf1@ecf.courtdrive.com, cmartin@pralc.com

Maurice Belmont VerStandig

on behalf of Professional Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Nancy Greene

on behalf of Plaintiff Eagle Properties and Investments LLC ndg@ndglaw.com

Nancy Greene

on behalf of Professional N D Greene PC ndg@ndglaw.com

Nancy Greene

on behalf of Debtor Eagle Properties and Investments LLC ndg@ndglaw.com

Richard E. Hagerty

on behalf of Defendant Navy Federal Financial Group LLC richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Robert Hockenbury

on behalf of Creditor Shore United Bank robert.hockenbury@wbd-us.com

Robert M. Marino

on behalf of Defendant Ishwer Butani rmmarino@rpb-law.com rmmarino1@aol.com

Robert M. Marino

on behalf of Creditor Bala Jain LLC rmmarino@rpb-law.com rmmarino1@aol.com

Robert M. Marino

on behalf of Defendant Shail Butani rmmarino@rpb-law.com rmmarino1@aol.com

Stephanie Gardner Bortnick

on behalf of Defendant Daniel J. Kotz sbortnick@grsm.com

Stephanie Gardner Bortnick

on behalf of Defendant First Class Title Inc. sbortnick@grsm.com

Stephanie Gardner Bortnick

on behalf of Defendant Daniel Kotz sbortnick@grsm.com

Stephen W. Nichols

on behalf of Creditor Orrstown Bank snichols@offitkurman.com

TOTAL: 46