# EXHIBIT F

/41734018v.1

Page 46

1       description?

2                A       That's correct.

3                Q       Okay.  And then the second part of

4       that, did you draft deeds of trust that were

5       sometimes in first position, you know, first deed

6       of trust versus a second deed of trust?

7                A       Some deeds of trust that I drafted

8       were in first position, some were in the second

9       position and some were in no position because they

10      were not recorded.

11               Q       Okay.  We'll come back a little bit

12      later.  But for the ones that were not recorded,

13      why were they not recorded?

14               A       I was instructed not to record

15      certain ones --

16               Q       Okay.

17               A       -- or transactions didn't happen.

18               Q       Okay.  Who instructed you not to

19      record the deeds of trust?

20               A       That would have been Eagle.

21               Q       Eagle.

22                       And who on behalf of Eagle?

Page 47

1              A      Amit Jain.

2              Q      All right.  And how did he instruct

3       you?  Was this by telephone?  An e-mail?

4                     MR. BURNS:  Objection.  Compound.

5                     THE WITNESS:  In person, by e-mail.

6       And I don't recall telephone calls.

7       BY MR. SHAFFER:

8              Q      Okay.  But --

9              A      It's feasible.

10             Q      It's possible?

11             A      Uh-huh.  But I don't recall.

12             Q      But you do recall him in person

13      directing you, meaning Amit Jain, to not record a

14      specific deed of trust or by an e-mail by telling

15      you --

16             A      Correct.

17             Q      -- not to record a deed of trust?

18             A      Correct.

19             Q      Okay.  Did he explain why?

20                    Do you recall the excuse or -- or not

21      excuse, the reason why he was directing you not to

22      record a deed of trust?

Page 48

```
 1              A     No.

 2              Q     All right.  And you sat in Amit

 3      Jain's deposition the -- on February 8th, correct?

 4              A     Correct.

 5              Q     Were you there when Mr. Jain

 6      testified that the reason why he didn't record some

 7      of the deeds of trusts is because Shail Butani

 8      instructed him not to?

 9              A     Yes.

10              Q     Did you ever hear Amit Jain tell you

11      in person, by telephone, if it might have happened,

12      or an e-mail, do you recall if Amit Jain ever said,

13      "Don't record this deed of trust because Shail

14      Butani asked me not to"?

15              A     Yes.

16              Q     He did say that?

17              A     By e-mail.

18              Q     By e-mail.

19                    All right.  And what property was

20      this?

21              A     I mean, I know you have all the

22      e-mails, but for certain Lynn, Windover, and
```

Page 49

1    Lawyers.

2          Q      When did he tell you that, if you

3    recall?

4          A      Consistently.

5          Q      For Lynn, Windover, and Lawyers?

6          A      Yeah.

7          Q      Only for those -- that's what I want

8    to know.  Were there other properties other than

9    Lynn, Windover, and Lawyers that he said, "Don't

10   record these because Shail Butani asked me not to"?

11         A      I believe it was just those three.

12         Q      Just those three.  Okay.

13                Did Mr. Jain -- go ahead.

14         A      Well, that -- no.  I -- I'm -- go on.

15   I'm sorry.

16         Q      Okay.  Did he -- did Mr. Jain put in

17   an e-mail why he wanted to delay -- Ms. Butani had

18   asked him to delay recording the deed of trust?

19         A      He would just say "she knows."

20         Q      He'd just say "she knows"?

21         A      Uh-huh.

22         Q      Okay.  And did you ask him what that

Page 50

1      means, "she knows"?

2            A      No.

3            Q      Do you recall the context of why --

4      of what was going on in that transaction as to why

5      he didn't want those recorded or asked them not to

6      be recorded?

7            A      Context would be if I received an

8      e-mail from Bala Jain, I would forward that to

9      Amit/Eagle for instructions.

10           Q      Okay.  What's the e-mail from Bala

11     Jain that you recall receiving that you forwarded

12     to Amit Jain for instructions?

13           A      She was looking for documents on

14     these properties.

15           Q      Okay.  Only Lynn, Windover, and

16     Lawyers properties?

17           A      Right.

18           Q      And when you say "documents," was

19     Ms. Butani requesting a deed of trust?

20           A      Yes.

21           Q      Okay.  Do you recall receiving

22     e-mails from Bala Jain or Shail Butani stating that

Page 51

```
 1     it was her understanding that she would have a

 2     first deed of trust for all of the transactions

 3     that she funded?

 4            A     I received that -- could you give me

 5     the e-mail date on that?

 6            Q     I'll go to it later.  I'm just asking

 7     you if you recall receiving an e-mail.

 8            A     In 2022, I believe.

 9            Q     Okay.  And so you recall receiving an

10     e-mail from -- and is that only in 2022, you recall

11     receiving an e-mail for Lynn, Windover, and

12     Lawyers --

13            A     No.

14            Q     -- properties or was it for other

15     properties?

16            A     I'm only actually referring to

17     Roxbury.

18            Q     Roxbury.

19            A     Uh-huh.

20            Q     Okay.  And do you ever recall her

21     asking earlier than that for deeds or you don't

22     recall?
```

Page 52

```
 1              A     No.

 2              Q     Okay.  And you don't recall seeing an

 3    e-mail from Bala Jain earlier than 2022 about a

 4    deed of trust or requesting deeds of trusts for

 5    properties that she may have financed the purchase

 6    or lending for?

 7              A     She asked for deeds of trust that I

 8    forwarded to Amit looking for instructions.

 9              Q     Okay.  And what did Amit say?

10              A     Amit said, "Shail knows it's not

11    going to be recorded."

12              Q     Okay.  And did she just send one

13    e-mail about a deed of trust?

14                    Did she send multiple e-mails about a

15    deed of trust?

16              A     She sent multiple.

17              Q     Okay.

18              A     And I only -- go ahead.  Yes.

19              Q     All right.  So she sent multiple.

20                    And then what did you do each time

21    you got an e-mail from Shail Butani requesting

22    deeds of trust?
```

Page 53

1          A     I forwarded it to Eagle.

2          Q     Okay.  And "Eagle" being Amit Jain?

3          A     Correct.

4          Q     Okay.

5          A     Do you want me to refer to Eagle as

6     Amit or -- because Eagle and Amit is --

7          Q     Yeah, that's fine.

8          A     -- the decision-maker and Eagle is

9     the entity.

10          Q     No, that's fine.  I'll clarify it --

11          A     Okay.

12          Q     -- and we'll just do it because I

13     think that creates a cleaner record.

14               All right.  So when you forward these

15     additional requests to Amit Jain on behalf -- who's

16     operating on behalf of Eagle, what did Mr. Jain say

17     to you?

18          A     There were a number of e-mails,

19     different responses.  The ones that I can recall

20     off the top of my head would be, "Not to record,"

21     or "We're working on that, that's a couple of weeks

22     away.  Worry about those type of responses."  He's

Page 54

```
 1        on top of it basically.

 2               Q     Okay.  Did you ever have any -- did

 3        you ever reach out to Shail Butani to ask her what

 4        was going on?

 5               A     No.

 6               Q     Do you recall ever replying to her,

 7        to Shail Butani, when she was asking for the deeds

 8        of trust and saying, "Amit told me -- Amit Jain

 9        instructed me not to record them and said," you

10        know, the reasons why?

11               A     No.

12               Q     For any instances where Bala Jain or

13        Shail Butani was asking for loan paperwork, whether

14        it's deeds of trust or an assignment of a deed of

15        trust or assignment of rents, did you delegate to

16        Ms. Bowser or to Debra Fuller the task of finding

17        out what was going on on the loans?

18                     Were they involved at all?

19               A     If there was a recorded document or a

20        transaction had funded, then typically she would

21        get that request --

22               Q     Okay.
```

Page 149

```
1     you know, he's doing everything that he can do to

2     repay Shail.  And, of course, being sued, I want --

3     I was very encouraging of that, because, you

4     know --

5              Q     Yeah.

6              A     -- I know part of this, and yet I'm

7     being brought into this, and if he could get that

8     resolved, of course, I'm like, of course, "Do

9     everything that you can to get this settled."

10             Q     Do you recall his testimony that --

11    maybe we were talking earlier -- that the money

12    came into the Capital One account for Eagle and

13    that he moved it over to the Metro Sales &

14    Services' bank account and used it to pay various

15    expenses or to do other investments?

16             A     I do.

17             Q     And do you recall he said money was

18    either used for the properties identified in

19    paragraph 44?

20                   And I'm drawing your attention back

21    to the additional properties identified in

22    paragraph 86.  Do you recall that?
```

Page 150

1                  Do you want to flip to paragraph 86?

2            A     Can you refresh -- say that one more

3      time?  Sorry.

4            Q     Yeah.

5                  So I was asking him about what

6      happened with the money, right?

7            A     Okay.  Yeah.

8            Q     And he said, "Well, some of it was

9      used for personal expenses" --

10           A     Uh-huh.

11           Q     -- "and others was done for

12     investments."

13           A     Yeah, yeah, yeah.  Okay.

14           Q     Right?

15                 Sometimes he didn't invest in the

16     properties, other times he invested in other

17     properties, and he -- I believe -- the transcript

18     should come in soon -- that he also said the some

19     of the properties he likely used the money for was

20     to invest in the properties identified in

21     paragraph86.

22           A     Yes, I recall.

Page 151

```
 1          Q     Okay.  And did he explain why he

 2    bought the properties with Bala Jain's money, but

 3    then won't sell them to repay the debt?

 4          A     Well, we never had any discussions

 5    about that, so I can't comment on what he was doing

 6    with the money.

 7          Q     Okay.  Do you have paragraph 68 in

 8    front of you?

 9          A     I do.

10          Q     The same line of questioning, sir, we

11    asked earlier about, "Did you have any

12    involvement," or, "Was there limited involvement?"

13    And can you just run through that and tell me what

14    you recall?

15          A     Well, I know he didn't have all these

16    properties, but -- all but one -- sorry, all but

17    one are -- no, there's two.  Okay.  So there's (a),

18    (b), (c), (d), (e), (f) -- so let's skip to (h) and

19    (i) are Pennsylvania.  And I can't tell you which

20    ones specifically, but most of them, maybe there's

21    two or three that are not on that list, he retained

22    Streamline Title, I think is what it's called,
```

Page 152

1    Streamline, I may not have the name exactly right,

2    to handle those transactions.  And my sole role,

3    because, as my client, he wanted to do settlements

4    at my office and even though the other entity was a

5    mile away.

6                    So we get papers e-mailed to me.  I

7    print them, he would come in and sign them, or she

8    would.  It was really Monika, not Amit, because she

9    was the signer, sorry.  And then I would -- once or

10    twice overnighted it back to him, depending on the

11    time, but for the most part, they came over and

12    picked it up afterwards.

13            Q    Okay.  So your office was just a

14    location for --

15            A    I was the notary.

16            Q    For Paragraphs 86 (a) through (f) --

17            A    Yeah, all --

18            Q    -- and then (h) and (i)?

19            A    Right.

20                    And then there's three -- and I don't

21    really know if I did anything on these others,

22    write includes (g), (j), or (k), I just don't know

Page 216

```
 1              Q     Your file?

 2              A     -- what's in my files.

 3              Q     Okay.  Do you know when you had --

 4    you first received the signed copy of the deed of

 5    trust between Bala Jain and Eagle for Lawyers Road?

 6              A     Can you refresh me on the claim date?

 7              Q     Yeah.  Let's go look back at

 8    paragraph 44.

 9              A     Oh, okay.  So it's paragraph (s).

10              Q     Okay.

11              A     And now I'm --

12              Q     So paragraph (s), paragraph 44(s)

13    means, "On or about November 7, 2017" --

14              A     Right.  So --

15              Q     -- "Bala Jain entered a loan with

16    Eagle whereby Eagle borrowed 240,000 for the

17    purchase of real property located at 449 Lawyers

18    Road, Vienna, Virginia."

19              A     So I don't know which day I drafted

20    it, per say, but I'm pretty sure it was some time

21    in November.  Maybe a couple of weeks after this

22    claim date.
```

Page 217

```
 1              Q     So at some point in November of 2017,

 2        maybe December of 2017 --

 3              A     I think it was November.

 4              Q     Okay.  November of 2017 --

 5              A     Yeah.

 6              Q     -- Amit Jain gave to you --

 7              A     Instructions --

 8              Q     -- a deed of trust between --

 9              A     Yeah.

10              Q     -- Eagle and Bala Jain for 449

11        Lawyers Road that was signed by both parties and

12        said --

13              A     One party.

14              Q     One party.  Who's the party who

15        signed it?

16              A     Monika.

17              Q     With Eagle?

18              A     Uh-huh.

19              Q     Signed it, and said "Don't recall

20        it"?

21              A     That's correct.

22              Q     Okay.
```

Page 354

```
 1       Investments, LLC?

 2               A       Yes.

 3               Q       And is it also your understanding

 4       that Amit Jain is the president of Eagle Properties

 5       and Investments, LLC?

 6               A       No, he's not the president.

 7               Q       How do you know he's not the

 8       president?

 9               A       An LLC cannot have a president.

10               Q       How did you know that he had

11       authority to act on behalf of Eagle Properties and

12       Investments, LLC?

13               A       Well, all my transactions were with

14       Monika, as the signer, so he was, as he wrote, the

15       decision-maker.  And he would make decisions and

16       Monika would sign off.  So he did not have the

17       ultimate authority, if that's what you're asking.

18               Q       Did he not also represent that he

19       was -- I'm not questioning you, but didn't he also

20       represent that in addition to being the

21       decision-maker, he was the president of Eagle

22       Properties and Investments, LLC?
```

Page 355

1          A     I'm not sure who he represented it

2     to, but he definitely represented that he ran the

3     show and he was the decision-maker and he had the

4     authority to act on behalf of the company.

5          Q     So I'm going to direct your attention

6     to 1203 Cottage Street, Northwest, Vienna,

7     Virginia.

8          A     Okay.

9          Q     And I'm going to show you what I've

10    marked as Exhibit Number 1, which is a copy of the

11    deed dated July 13, 2017, to Eagle Properties and

12    Investments, LLC.

13              MR. BURNS:  David, it might be easier

14    if we go in order.

15              (Discussion had off the record.)

16    BY MR.  MUSGRAVE:

17          Q     So here's Exhibit 31.  So, Mr. Kotz,

18    you notarized the signature of the grantors on this

19    deed, correct?

20          A     That is correct, I notarized Robert

21    and -- and Iraj by his attorney-in-fact, who was

22    Robert, I assume.