# EXHIBIT H

# Wire Transfer Services

Outgoing Wire Transfer Request



**WELLS FARGO**

| Today's Date: | | | Wells Fargo Reference Number: |
|---|---|---|---|
| 11/03/2017 | | | FW00687923071769 74 |
| Banker Name: | | | Officer/Portfolio Number: |
| SHAUKAT, MUHAMMAD NAUMAN | | | CJ293 |
| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
| 703/442-3613 | 09834 | 0068792 | R3010-010 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| Originator Name: | | | Street Address: | |
|---|---|---|---|---|
| SHAIL J BUTANI | | | 6007 MARILYN DR | |
| Primary ID Type: | Primary ID Description: | | Address Line 2: | |
| DLIC | A61475852 | | | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: | |
| VA | 11/19/2013 | 02/03/2019 | | |
| Secondary ID Type: | Secondary ID Description: | | City: | State: |
| PINV | PIN Validation | | ALEXANDRIA | VA |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| | | | 22310-1516 | US |
| Business, Trust, or Estate Name: | | | Home Phone: | Business Phone: |
| BALA JAIN LLC | | | | 571/245-5872 |

## Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0068792 | $333,200.00 | | 00377 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| EAGLE PROPERTIES INVESTMENTS LLC | |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| | |
| Purpose of Funds: | Name/Address Line 3: |
| | |
| | Beneficiary Phone Number: |
| Additional Instructions: | |
| FOR PROPERTY 449 LAWYERS ROAD NW VIENNA, VA 22180 | |



WTR6603 (8-17 SVP)



EXHIBIT
H
Blumberg No. 5119

Wire Transfer Services Outgoing Wire Transfer Request

## Beneficiary Bank (This is the financial institution where the beneficiary maintains their account.)

| ABA/RTN | SWIFT/BIC: | Beneficiary Bank Name: |
|---|---|---|
| 065000090 | | CAPITAL ONE, NA |

| Beneficiary Bank Address: | City: | State: |
|---|---|---|
| | NEW ORLEANS | LA |

Additional Instructions:

## Wire Fees

Wells Fargo wire transfer fees will be charged to the Originator's Debit Account. Wells Fargo Wire Transfer Fees are disclosed in your most recent Fee and Information Schedule and related amendments and, if applicable, on the Wells Fargo Combined Disclosure for Outgoing Consumer International Wires. Additional fees from intermediary and beneficiary banks may be charged to international transactions. My signature here indicates agreement to all of the information on this Outgoing Wire Transfer Request and to the terms and conditions of this request. Wells Fargo is authorized to rely on the information on this Request in making the requested funds transfer.

## Customer Signature

Originator Name

SHAIL J BUTANI

Originator Signature

☐ Submit manually
☐ Signature not required

Date:

11/03/2017

Customer Copy

WTR6603 (8-17 SVP)

# Wire Transfer Services

Outgoing Wire Transfer Request



| Today's Date: | | | Wells Fargo Reference Number: | |
|---|---|---|---|---|
| 11/03/2017 | | | FW0068792307176974 | |
| Banker Name: | | | Officer/Portfolio Number: | |
| SHAUKAT,MUHAMMAD NAUMAN | | | CJ293 | |
| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: | |
| 703/442-3613 | 09834 | 0068792 | R3010-010 | |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4, Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| Originator Name: | | | Street Address: | |
|---|---|---|---|---|
| SHAIL J BUTANI | | | 6007 MARILYN DR | |
| Primary ID Type: | Primary ID Description: | | Address Line 2: | |
| DLIC | A61475852 | | | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: | |
| VA | 11/19/2013 | 02/03/2019 | | |
| Secondary ID Type: | Secondary ID Description: | | City: | State: |
| PINV | PIN Validation | | ALEXANDRIA | VA |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| | | | 22310-1516 | US |
| Business, Trust, or Estate Name: | | | Home Phone: | Business Phone: |
| BALA JAIN LLC | | | | 571/245-5872 |

## Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0068792 | $333,200.00 | | 00377 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| EAGLE PROPERTIES INVESTMENTS LLC | |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| | |
| Purpose of Funds: | Name/Address Line 3: |
| | |
| | Beneficiary Phone Number: |
| | |

| Additional Instructions: |
|---|
| FOR PROPERTY 449 LAWYERS ROAD NW VIENNA, VA 22180 |



W1R6603 (8-17 SVP)

Wire Transfer Services Outgoing Wire Transfer Request

## Beneficiary Bank (This is the financial institution where the beneficiary maintains their account.)

| ABA/RTN | SWIFT/BIC: | Beneficiary Bank Name: |
|---|---|---|
| 065000090 | | CAPITAL ONE, NA |

| Beneficiary Bank Address: | City: | State: |
|---|---|---|
| | NEW ORLEANS | LA |

Additional Instructions:

## Wire Fees

Wells Fargo wire transfer fees will be charged to the Originator's Debit Account. Wells Fargo Wire Transfer Fees are disclosed in your most recent Fee and Information Schedule and related amendments and, if applicable, on the Wells Fargo Combined Disclosure for Outgoing Consumer International Wires. Additional fees from intermediary and beneficiary banks may be charged to international transactions. My signature here indicates agreement to all of the information on this Outgoing Wire Transfer Request and to the terms and conditions of this request. Wells Fargo is authorized to rely on the information on this Request in making the requested funds transfer.

## Customer Signature

Originator Name

SHAIL J BUTANI

Originator Signature

☐ Submit manually
☐ Signature not required

Date:
11/03/2017

Customer Copy

WTR6603 (8-17 SVP)

# Wire Transfer Services

Outgoing Wire Transfer Request



**WELLS FARGO**

| Today's Date: | | | Wells Fargo Reference Number: |
|---|---|---|---|
| 11/03/2017 | | | FW0068792307176974 |

| Banker Name: | | | Officer/Portfolio Number: |
|---|---|---|---|
| SHAUKAT, MUHAMMAD NAUMAN | | | CJ293 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 703/442-3613 | 09834 | 0068792 | R3010-010 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ('IRC') , Indian Financial System Code (IFSC) and the International Bank Account Number ('IBAN').

## Originator's Information

| Originator Name: | | | Street Address: | |
|---|---|---|---|---|
| SHAIL J BUTANI | | | 6007 MARILYN DR | |
| Primary ID Type: | Primary ID Description: | | Address Line 2: | |
| DLIC | A61475852 | | | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: | |
| VA | 11/19/2013 | 02/03/2019 | | |
| Secondary ID Type: | Secondary ID Description: | | City: | State: |
| PINV | PIN Validation | | ALEXANDRIA | VA |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| | | | 22310-1516 | US |
| Business, Trust, or Estate Name: | | | Home Phone: | Business Phone: |
| BALA JAIN LLC | | | | 571/245-5872 |

## Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0068792 | $333,200.00 | | 00377 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| EAGLE PROPERTIES INVESTMENTS LLC | |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| | |
| Purpose of Funds: | Name/Address Line 3: |
| | |
| | Beneficiary Phone Number: |

| Additional Instructions: |
|---|
| FOR PROPERTY 449 LAWYERS ROAD NW VIENNA, VA 22180 |



WTR6603 (8-17 SVP)

**Beneficiary Bank** (This is the financial institution where the beneficiary maintains their account.)

| ABA/RTN | SWIFT/BIC: | Beneficiary Bank Name: | |
|---|---|---|---|
| 065000090 | | CAPITAL ONE, NA | |

| Beneficiary Bank Address: | City: | State: |
|---|---|---|
| | NEW ORLEANS | LA |

Additional Instructions:

---

## Wire Fees

Wells Fargo wire transfer fees will be charged to the Originator's Debit Account. Wells Fargo Wire Transfer Fees are disclosed in your most recent Fee and Information Schedule and related amendments and, if applicable, on the Wells Fargo Combined Disclosure for Outgoing Consumer International Wires. Additional fees from intermediary and beneficiary banks may be charged to international transactions. My signature here indicates agreement to all of the information on this Outgoing Wire Transfer Request and to the terms and conditions of this request. Wells Fargo is authorized to rely on the information on this Request in making the requested funds transfer.

## Customer Signature

Originator Name

SHAIL J BUTANI

Originator Signature

☐ Submit manually    Date:
☐ Signature not required    11/03/2017

Customer Copy

WTR6603 (8-17 SVP)

# **Wire Transfer Services**

Outgoing Wire Transfer Request



| | |
|---|---|
| Today's Date: | Wells Fargo Reference Number: |
| 11/03/2017 | FW00687923O7176974 |
| Banker Name: | Officer/Portfolio Number: |
| SHAUKAT, MUHAMMAD NAUMAN | CJ293 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 703/442-3613 | 09834 | 0068792 | R3010-010 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| | | | |
|---|---|---|---|
| Originator Name: | | Street Address: | |
| SHAIL J BUTANI | | 6007 MARILYN DR | |
| Primary ID Type: | Primary ID Description: | Address Line 2: | |
| DLIC | A61475852 | | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: |
| VA | 11/19/2013 | 02/03/2019 | |
| Secondary ID Type: | Secondary ID Description: | | City: | State: |
| PINV | PIN Validation | | ALEXANDRIA | VA |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| | | | 22310-1516 | US |
| Business, Trust, or Estate Name: | | Home Phone: | Business Phone: |
| BALA JAIN LLC | | | 571/245-5872 |

## Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0068792 | $333,200.00 | ▆▆▆▆▆▆▆ | 00377 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| | |
|---|---|
| Beneficiary/Recipient Name: | Name/Address Line 1: |
| EAGLE PROPERTIES INVESTMENTS LLC | |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| ▆▆▆▆▆▆ | |
| Purpose of Funds: | Name/Address Line 3: |
| | |
| | Beneficiary Phone Number: |
| Additional Instructions: | |
| FOR PROPERTY 449 LAWYERS ROAD NW VIENNA, VA | |
| 22180 | |



WTR6603 (8-17 SVP)

Wire Transfer Services Outgoing Wire Transfer Request

**Beneficiary Bank** (This is the financial institution where the beneficiary maintains their account.)

| ABA/RTN | SWIFT/BIC: | Beneficiary Bank Name: | | |
|---|---|---|---|---|
| 065000090 | | CAPITAL ONE, NA | | |
| Beneficiary Bank Address: | | City: | State: | |
| | | NEW ORLEANS | LA | |

Additional Instructions:

## Wire Fees

Wells Fargo wire transfer fees will be charged to the Originator's Debit Account. Wells Fargo Wire Transfer Fees are disclosed in your most recent Fee and Information Schedule and related amendments and, if applicable, on the Wells Fargo Combined Disclosure for Outgoing Consumer International Wires. Additional fees from intermediary and beneficiary banks may be charged to International transactions. My signature here indicates agreement to all of the information on this Outgoing Wire Transfer Request and to the terms and conditions of this request. Wells Fargo is authorized to rely on the information on this Request in making the requested funds transfer.

## Customer Signature

Originator Name

SHAIL J BUTANI

Originator Signature

☐ Submit manually
☐ Signature not required

Date:
11/03/2017

Customer Copy

WTR6603 (8-17 SVP)