**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| In re: Eagle Properties and Investments, LLC, | Case No. 23-10566-KHK |
| Debtor. | Chapter 11 |
| Eagle Properties and Investments LLC, | Adversary Proceeding No. 23-10566-KHK |
| Plaintiffs, | |
| vs. | |
| Bala Jain, LLC, *et al.*, | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF FILING

Defendants, FIRST CLASS TITLE, INC and DANIEL J. KOTZ, by and through their attorneys of Gordon Rees Scully Mansukhani, LLP, hereby file this Notice of Withdrawal of Filing entitled "**MOTION FOR SANCTIONS RULE 9011" (Doc Nos. 366 – 366-11**) filed by Stephanie Gardner Bortnick on March 27, 2024.

Dated: March 27, 2024

Respectfully submitted,

By: */s/ Stephanie G. Bortnick*
Patrick K. Burns, Esq. (VSB No. 80188)
Stephanie Bortnick, Esq. (VSB No. 87216)
Elizabeth V. Husebo, Esq. (VSB No. 96015)
**GORDON REES SCULLY MANSUKHANI, LLP**
277 S. Washington St., Suite 550
Alexandria, VA 22314
Phone: (703) 650-7026
Fax: (202) 800-2999
E-mail: sbortnick@grsm.com
ehusebo@grsm.com
pburns@grsm.com
*Attorneys for Defendants First Class Title, Inc. and Daniel J. Kotz*

**CERTIFICATE OF SERVICE**

A true and correct copy of the forging has been served to all counsel on record via the CM/ECF system on this 27th day of March 2024.

                                                  */s/ Stephanie G. Bortnick*
                                                Stephanie G. Bortnick