**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) |
| Eagle Properties and Investments, LLC | ) Case No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |

**NOTICE OF ASSIGNMENT OF CLAIMS**
(CLAIMS 9 AND 10)

The claims of MainStreet Bank ("Transferor"), in the chapter 7 proceeding of Eagle Properties and Investments, LLC, as evidenced by Proofs of Claim 9 and 10 (Claim 10 being amended by Claim 10-2), have been transferred to Bala Jain, LLC ("Transferee"), as provided in the Evidence of Transfer of Claim, attached hereto.

Dated: March 28, 2024                                        Respectfully submitted,

                                                              **BALA JAIN, LLC**

                                                              By Counsel

By:    /s/ Christopher L. Rogan
       Christopher L. Rogan, Esq. (VSB 30344)
       RoganMillerZimmerman, PLLC
       50 Catoctin Circle, Ne, Suite 333
       Leesburg, VA 20176
       Phone:  703.777.8850
       Fax:      703.777.8854
       Email:   crogan@RMZLawFirm.com
       *Counsel to Transferee Bala Jain, LLC*

Certificate of Service

      The undersigned hereby certifies that, on this 28th day of March, 2024, the forgoing Notice and Exhibit attached thereto was served by First Class Mail on the following and *via* the Court's ECF system to all creditors and parties in interest requesting notice thereby.

Eagle Properties and Investments, LLC
445 Windover Ave., NW
Vienna, VA 22180

H. Jason Gold, Trustee
PO Box 57359
Washington, DC 20037

Dylan G. Trache, Esq.
Nelson Mullins
101 Constitution Ave., Suite 900
Washington, DC 20001

MainStreet Bank
Christopher Johnston
10089 Fairfax Boulevard
Fairfax, VA 22030

Eric S. Schuster, Esq.
Funk & Bolton, PA
100 Light Street, Suite 1400
Baltimore, MD 21202

Office of the US Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

                                                  /s/ Christopher L. Rogan
                                                  Christopher L. Rogan