TO:   United States Bankruptcy Court for the Eastern District of Virginia (Alexandria Division)
      Attn:   Clerk of Court

AND:  MainStreet Bank,
      c/o Eric S. Schuster, Esquire
      Funk & Bolton, P.A.
      100 Light Street, Suite 1400
      Baltimore, Maryland 21202

RE:   *In re Eagle Properties and Investments, LLC*, Case No. 23-10566
      Transfer of Claim Nos. 9 and 10 (amended by 10-2)


MainStreet Bank, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto

Bala Jain, LLC ("Buyer"), its successors and assigns ("Buyer"), all rights, title and interest in and to the above-referenced claims of Seller in the aggregate principal amount of $217,194.34 (collectively, the "Claims") against the Debtor Eagle Properties and Investments, LLC, in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules and/or other applicable law. Seller acknowledges and understands, and hereby stipulates, that an order or orders of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing Buyer as the sole owner and holder of the Claims.

The Court is requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claims to Buyer at:

Bala Jain, LLC
c/o Christopher L. Rogan, Esq.
RoganMillerZimmerman, PLLC
50 Catoctin Cir., NE, Suite 300
Leesburg, VA 20176

IN WITNESS WHEREOF, the undersigned have duly executed this document its duly authorized representative dated March 27, 2024.

          MainStreet Bank

          By: *Marc A. Batchelor*
               Marc A. Batchelor
          Its: Senior Vice President

Transfer acknowledged and accepted:

          Bala Jain, LLC

          By:_____
               Shail Butani
          Its:    Managing Member

IN WITNESS WHEREOF, the undersigned have duly executed this document its duly authorized representative dated March 27th, 2024.

MainStreet Bank

By:_____

Its: _____

Transfer acknowledged and accepted:

Bala Jain, LLC

By: *[signature]*
Shail Butani
Its:    Managing Member