# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re:

Eagle Properties and Investments LLC,   Case No. 23-10566-KHK

Debtor.   Chapter 7

## ORDER DENYING MOTION TO RECONSIDER

This matter was before the Court for a hearing on March 19, 2024, on the Debtor's Motion to Reconsider this Court's ruling converting this Case to Chapter 7 (Docket No. 347).

Having reviewed the Motion and opposition thereto, as well as arguments of counsel for the Debtor, the U.S. Trustee and the creditors who appeared at the hearing, the Court finds that the Debtor's filing and arguments do not set forth legitimate reasons to reconsider the Court's ruling on conversion. The filing does not identify any legitimate legal error, or assert that new evidence unavailable at the March 12, 2024, hearing is now available, nor does it assert an intervening change in controlling law, or a manifest injustice resulting from the ruling. For the foregoing reasons, and for the reasons stated on the record at the hearing, and it appearing to be in the best interest of the estate, it is hereby,

**ORDERED:**

1. The Motion to Reconsider (Docket No. 347) is DENIED.
2. The Clerk shall provide a copy of this order to all counsel of record.

Date: Mar 29 2024

/s/ Klinette H Kindred

Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Apr 1 2024