**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy Case |
| Eagle Properties and Investments LLC, | ) No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |
| _____ | ) |

**VERIFIED STATEMENT OF ATTORNEYS TO
BE EMPLOYED BY THE CHAPTER 7 TRUSTEE**

Nelson Mullins Riley & Scarborough LLP ("Nelson Mullins"), as the proposed attorneys for H. Jason Gold, the Chapter 7 Trustee, pursuant to Bankruptcy Rule 2014(a), respectfully represents:

1.  I am a partner in the law firm of Nelson Mullins.

2.  In order to identify whether Nelson Mullins has connections or adverse relationships to the bankruptcy estate, the Debtor, the creditors, other parties in interest, or the United States Trustee's Office, Nelson Mullins compared the parties on the court's creditor list to its electronic database of open client representations and closed client representations going back not less than 20 years (the "Conflicts Search").

3.  Neither I, Nelson Mullins, nor any member or associate thereof, insofar as I have been able to ascertain from the Conflicts Search, has any connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee,

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC  20001
202.689.2800
Counsel to the Chapter 7 Trustee

or any person employed in the office of the United States Trustee. However, Robert W. Ours who is employed by the office of the United States Trustee is a former employee of Nelson Mullins.

4. In addition, Nelson Mullins represents the following parties or affiliates thereof in matters wholly unrelated to the Debtor or the bankruptcy estate:

Atlantic Union Bank
Bank of Clarke
Mayor and City Council Baltimore Bureau of Revenue Collections
Orrstown Bank
UGI Utilities, Inc.

5. In addition, Nelson Mullins previously represented Community Bank of the Chesapeake and Gus Goldsmith in matters wholly unrelated to the Debtor or the bankruptcy estate.

6. Neither I nor any member or associate of Nelson Mullins, insofar as I have been able to ascertain from the Conflicts Search, represents any interest adverse to the bankruptcy estate.

I verify under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 1st day of April, 2024 at Washington, D.C.

/s/ Dylan G. Trache
Dylan G. Trache

4888-6367-4545 v.2

2