IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                                                )
                                                      ) Bankruptcy Case
Eagle Properties and Investments LLC,                 ) No. 23-10566-KHK
                                                      ) Chapter 7
        Debtor.                                       )
_____)

### ORDER AUTHORIZING EMPLOYMENT OF COUNSEL TO THE TRUSTEE

Upon the Application filed by H. Jason Gold, Chapter 7 Trustee (the "Trustee"), for authority to employ the law firm of Nelson Mullins Riley & Scarborough LLP ("Nelson Mullins") as counsel to the Trustee in connection with the administration of the above-referenced estate, and

IT APPEARING that Nelson Mullins does not hold or represent any interest adverse to the creditors or the bankruptcy estate and that the employment of Nelson Mullins is in the best interest of the estate, it is hereby

ORDERED that the Application is granted, and the Trustee is authorized to retain Nelson Mullins in the above-referenced case, pursuant to the terms of the Application, and with payment to be made only upon further order of this Court.

Date: Apr 1 2024

/s/ Klinette H Kindred
_____
Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Apr 2 2024

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW / Suite 900
Washington, DC 20001
Tel: 202.689.2800
Fax: 202.689.2860
Email: dylan.trache@nelsonmullins.com

By:  /s/ Dylan G. Trache
Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*


SEEN AND NO OBJECTION:

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
703.557.7176

By: /s/ Michael T. Freeman (by DGT with authority)
Michael T. Freeman


CERTIFICATION PURSUANT TO LOCAL RULE 9022-1: ENDORSEMENT

I HEREBY CERTIFY that all necessary parties have endorsed the above-referenced Order.

/s/ Dylan G. Trache
Dylan G. Trache

4874-5622-3409 v.1