**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy Case |
| Eagle Properties and Investments LLC | ) No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |

**ORDER APPROVING APPLICATION TO EMPLOY ASSET MANAGER**

UPON CONSIDERATION of the Application, which seeks authority to employ Stephen Karbelk, team leader of Auction Markets, LLC DBA RealMarkets, as Trustee's asset manager ("Asset Manager"), to provide asset management services across to the Trustee for the real properties listed in the Application (collectively, the "Property"), and

ORDERED, that the Trustee is authorized to employ the Asset Manager pursuant to 11 U.S.C. § 327(a), to maintain and manage the Property until the final disposition of each individual property is determined; and it is further;

ORDERED, that the Asset Manager's employment is subject to the terms and conditions set forth in the Application; and it is further;

ORDERED, that the Court authorizes Karbelk, team leader of Auction Markets, LLC DBA RealMarkets and his co-asset managers, Stephanie Young and Robert Walters, to maintain Quickbooks accounts, collect and record tenant income, keep records of operational expenses for maintenance, utilities, insurance and repairs as approved by the Trustee, manage and wind down the Debtor's AirBNB and VRBO accounts, obtain title reports, verify insurance policies and obtain quotes for new and existing insurance policies, communicate with insurance carriers and insurance agencies with respect to the insurance policies for each property, and any other services requested by the Trustee; and it is further;

1

ORDERED, that the Asset Manager can keep the name of the utility accounts and other service accounts in the name of the Debtor but change the billing address, and it is further;

ORDERED, if needed, that the Asset Manager is authorized to put all utility accounts, including the electric, gas and water accounts, into the name of Stephen Karbelk or Auction Markets, LLC, as Agent for the Trustee. The Asset Manager shall not be responsible for paying any past due amounts that were incurred prior to the petition date of the bankruptcy filing, and it is further;

ORDERED, the Asset Manager can communicate with tenants, AirBNB, and VRBO regarding the properties, and it is further;

ORDERED, to the extent it is necessary and as directed by the Trustee, that the Asset Manager is authorized to have the Property rekeyed, and it is further;

ORDERED, that the Trustee shall be authorized to reimburse the Asset Manager for all expenses, including utility expenses, title reports, rekeying charges, property maintenance and repair expenses by the Trustee without further order from the Court; and it is further.

ORDERED, that hourly compensation shall only be paid upon further Order of this Court.

Dated:_____           _____
                                        Klinette H. Kindred
                                        United States Bankruptcy Judge

2

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
202.689.2800


By:   /s/ Dylan G. Trache
      Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*


SEEN AND NO OBJECTION:

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
703.557.7176

By:   /s/ Michael Freeman (by DGT with authority)
      Michael Freeman


### **CERTIFICATION PURSUANT TO LOCAL RULE 9022-1: ENDORSEMENT**

I HEREBY CERTIFY that all necessary parties have endorsed the above-referenced order.

      /s/ Dylan G. Trache
      Dylan G. Trache

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael Freeman
OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
6629 Old Dominion Drive
McLean, VA 22101

Brian Kenneth Madden
Brian K. Madden, P.C.
PO Box 7663
Arlington, VA 22207

Nancy Greene
N D Greene PC
3977 Chain Bridge Rd, Suite 1
Fairfax, VA 22030

Christopher A. Jones
Whiteford Taylor & Preston, LLP
3190 Fairview Park Dr., Suite 800
Falls Church, VA 22042

Jeffery T. Martin, Jr.
John E. Reid
Martin Law Group, P.C.
8065 Leesburg Pike, Ste 750
Vienna, VA 22182

Joshua David Stiff
Whiteford Taylor Preston LLP
249 Central Park Avenue, Suite 300
Virginia Beach, VA 23462

4892-7994-6162