IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy Case |
| Eagle Properties and Investments LLC | ) No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |

**ORDER APPROVING APPLICATION TO**
**<u>EMPLOY REAL ESTATE AGENT AND BROKER</u>**

UPON CONSIDERATION of the Application, which seeks authority to employ Stephen Karbelk as Trustee's real estate agent ("Agent"), and Century 21 New Millennium as the residential real estate broker ("Broker") and Century 21 Commercial New Millennium as the commercial real estate broker, to sell the real property set forth in the Application and located in Virginia, Maryland, and Pennsylvania (collectively, the "Property"), and

IT APPEARING TO THE COURT that by its endorsement of this Order, the Office of the United States Trustee seeks to reserve all rights with respect to any proposed sale of the Property; and that the Trustee, in turn, also reserves all rights with respect to any proposed sale of the Property; it is therefore;

ORDERED, that the Trustee is authorized to employ the Agent and Broker pursuant to 11 U.S.C. § 327(a), as a real estate agent and broker to market and sell the Property; and it is further

ORDERED, that the Agent and Broker's employment is subject to the terms and conditions set forth in the Application; and it is further;

ORDERED, that the Court authorizes Stephen Karbelk of Century 21 New Millennium and Century 21 Commercial New Millennium and his co-listing agents, Stephanie Young and Robert Walters of Century 21 New Millennium, to request and obtain verbal and written payoff statements, payment histories, and related information and documents from any secured creditor

1

in this case (the "Secured Creditors"); and obtain such documents as may be reasonably requested by the Secured Creditors in connection with any sale; and it is further;

ORDERED, that the Court authorizes Stephen Karbelk of Century 21 New Millennium and Century 21 Commercial New Millennium and his co-listing agents, Stephanie Young and Robert Walters of Century 21 New Millennium, to verify insurance policies and obtain quotes for new and existing insurance policies, communicate with insurance carriers and insurance agencies with respect to the insurance policies for each property, and any other services requested by the Trustee; and it is further;

ORDERED, to the extent it is necessary and as directed by the Trustee, that the Agent is authorized to have the Property rekeyed.  Subject to further order and approval of this Court, the Agent shall be reimbursed for all expenses incurred to have the Property rekeyed, upon the sale of the Property; and it is further;

ORDERED, that compensation shall only be paid upon further Order of this Court; and it is further;

ORDERED, that no agent or broker in any Century 21 New Millennium or Century 21 Commercial New Millennium office may represent a buyer for the purchase of the Property; and it is further;

ORDERED, that an agent or broker operating from a franchised, independently owned and operated Century 21 office may represent a buyer for the purchase of the Property; and it is further;

ORDERED, that any provision in the listing agreement allowing designated representation or dual representation by agents or brokers in a Century 21 New Millennium or Century 21 Commercial New Millennium office is not approved and not permitted except as set forth herein; and it is further;

ORDERED that the Office of the United States Trustee and the Trustee each reserve their respective rights with regard to any proposed sale of the Property in this case.

Dated:_____            _____
                                          Klinette H. Kindred
                                          United States Bankruptcy Judge

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
202.689.2800

By:    /s/ Dylan G. Trache
       Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

SEEN AND NO OBJECTION:

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
703.557.7176

By:    /s/ Michael Freeman (by DGT with authority)
       Michael Freeman

**CERTIFICATION PURSUANT TO LOCAL RULE 9022-1: ENDORSEMENT**

I HEREBY CERTIFY that all necessary parties have endorsed the above-referenced order.

                                           /s/ Dylan G. Trache
                                          Dylan G. Trache

3

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael Freeman
OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
Century 21 Commercial New Millennium
6629 Old Dominion Drive
McLean, VA 22101

Brian Kenneth Madden
Brian K. Madden, P.C.
PO Box 7663
Arlington, VA 22207

Nancy Greene
N D Greene PC
3977 Chain Bridge Rd, Suite 1
Fairfax, VA 22030

Christopher A. Jones
Whiteford Taylor & Preston, LLP
3190 Fairview Park Dr., Suite 800
Falls Church, VA 22042

Jeffery T. Martin, Jr.
John E. Reid
Martin Law Group, P.C.
8065 Leesburg Pike, Ste 750
Vienna, VA 22182

Joshua David Stiff
Whiteford Taylor Preston LLP
249 Central Park Avenue, Suite 300
Virginia Beach, VA 23462

4865-6111-9410