# EXHIBIT 4

# Loan History

Account Inquiry - CL 365/360 FL OR CL    30406001906 - Eagle Properties AND Investments LLC - CL 365/360 FL OR CL    4/2/2024

## Account

### Account Name and Address

**Eagle Properties AND Investments LLC**

**Monika Jain**

*HOLD MAIL*

### Payment

| | |
|---|---|
| Payment Amount: | **$2,032.93** |
| Principal & Interest Amount: | **$2,032.93** |
| Current Due: | **$0.00** |
| Escrow Payment Amount: | **$0.00** |
| Past Due Amount: | **$7,432.67** |
| Number of Days Past Due: | **93** |
| Total Amount Due: | **$7,432.67** |
| Partially Paid Amount: | **$0.00** |
| Payment Suspense Amount: | **$0.00** |

### Interest

| | |
|---|---|
| Interest Base: | **2 - Interest accrued on 365/360** |
| Interest Rate: | **10.500000 %** |
| Daily Accrual: | **$57.29867** |

### Payoff

| | |
|---|---|
| Current Payoff: | **$217,515.87** |
| Payoff Good Thru Date: | **04/02/2024** |
| Payoff Pending Flag: | **No** |
| Next Months Payoff: | **$0.00** |

### Collateral

| | |
|---|---|
| Collateral: | **300 - Mortgage 1-4 Family Residential 1st Lien** |
| Collateral Insurance Expiration Date: | |

### LTV Ratio

| | |
|---|---|
| Current PMI LTV Ratio: | **71.43 %** |
| Original LTV Ratio: | **75.00 %** |

### Payment Details

| | |
|---|---|
| Payment Due Date: | **12/30/2023** |
| Next Scheduled Payment Date: | **04/30/2024** |
| Use Billed Amounts When Splitting Payments: | **Yes** |
| Payment Type: | **0 - Scheduled payment includes accrued int.** |
| Payment Frequency (Term): | **1** |
| Payment Frequency (Units): | **M - Months** |
| Loan Term: | **120** |
| Loan Term (Units): | **M - Months** |

### Dates

| | |
|---|---|
| Original Loan Date: | **09/30/2021** |
| Last Payment Date: | **02/12/2024** |
| Maturity Date: | **09/30/2031** |
| Next Review Date: | |
| Last Maintenance Date: | **03/26/2024** |

### Maturity Rate

| | |
|---|---|
| Maturity Rate: | **0.000000 %** |
| Maturity Rate Grace Days: | **0** |

### Charged Off Details

| | |
|---|---|
| *Charged Off Amount:* | ***$0.00*** |
| Charged Off Date: | |

### Balance Details

| | |
|---|---|
| Original Loan Amount: | **$206,250.00** |
| Current Balance: | **$196,452.61** |
| Interest Accrued: | **$6,108.81** |
| Late Charge Due: | **$304.95** |
| Other Charges: | **$14,649.50** |

### Internal

| | |
|---|---|
| Account Number: | |
| Loan Type: | **23 - CL 365/360 FL OR CL** |
| Officer: | **JMWIL - Jaleesa M Wilson** |
| Branch: | **60 - Lindle Road** |
| General Ledger Group Code: | **165 - Commercial Loan-Variable W/ Collar** |
| Cost Center: | **2020 - Business Banking - Central PA** |

History                                                            - Eagle Properties AND                                    4/2/2024
                                                     Investments LLC - CL 365/360 FL OR CL

| | | Posted | Effective | Due | Source | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| ▶ | | 03/19/2024 | 03/19/2024 | 12/30/2023 | Manually Keyed-No Split | 105 - Collection Exp Assessment | $2,024.00 | $196,452.61 |
| ▶ | | 03/11/2024 | 03/11/2024 | 12/30/2023 | Generated | 804 - Late Charge Assessed | $101.65 | $196,452.61 |
| ▶ | ▭ T | 02/12/2024 | 02/12/2024 | 12/30/2023 | Captured from POD | 10 - Regular Payment | ($1,004.00) | $196,452.61 |
| ▶ | | 02/09/2024 | 02/09/2024 | 12/30/2023 | Generated | 804 - Late Charge Assessed | $101.65 | $196,452.61 |
| ▶ | | 01/23/2024 | 01/09/2024 | 12/30/2023 | Manually Keyed-No Split | 29 - Assess Late Charge | $101.65 | $196,452.61 |
| ▶ | | 01/11/2024 | 01/02/2024 | 11/30/2023 | Manually Keyed-No Split | 10 - Regular Payment | ($2,032.93) | $196,452.61 |
| ▶ | | 01/11/2024 | 01/02/2024 | 10/30/2023 | Manually Keyed-No Split | 10 - Regular Payment | ($2,032.93) | $196,701.99 |
| ▶ | | 01/11/2024 | 01/02/2024 | 10/30/2023 | Manually Keyed-No Split | 11 - Late Charge Payment | ($101.65) | $197,008.90 |
| ▶ | | 01/11/2024 | 01/02/2024 | 10/30/2023 | Manually Keyed-No Split | 11 - Late Charge Payment | ($101.65) | $197,008.90 |
| ▶ | | 01/10/2024 | 01/02/2024 | 10/30/2023 | Manually Keyed-No Split | 14 - Principal Pymt-Not affecting due date | ($250.33) | $197,008.90 |
| ▶ | | 01/10/2024 | 01/02/2024 | 10/30/2023 | Generated | 920 - Effective Date Credit Interest Adj. | ($0.58) | $197,259.23 |
| ▶ | | 01/10/2024 | 01/02/2024 | 10/30/2023 | Manually Keyed-No Split | 12 - Interest Payment-Not affecting due date | ($1,782.60) | $197,259.23 |
| ▶ | | 12/28/2023 | 12/28/2023 | 09/30/2023 | Manually Keyed-No Split | 105 - Collection Exp Assessment | $1,472.00 | $197,259.23 |
| ▶ | | 11/28/2023 | 09/09/2022 | 09/30/2023 | Waived fees | 27 - Waive Late Charges Assessed | ($56.96) | $197,259.23 |
| ▶ | | 11/28/2023 | 11/10/2023 | 09/30/2023 | Manually Keyed-No Split | 29 - Assess Late Charge | $101.65 | $197,259.23 |
| ▶ | | 11/28/2023 | 10/10/2023 | 09/30/2023 | Manually Keyed-No Split | 29 - Assess Late Charge | $101.65 | $197,259.23 |
| ▶ | | 11/10/2023 | 11/10/2023 | 09/30/2023 | Manually Keyed-No Split | 105 - Collection Exp Assessment | $1,128.00 | $197,259.23 |
| ▶ | | 08/29/2023 | 08/28/2023 | 08/30/2023 | Manually Keyed-No Split | 10 - Regular Payment | ($2,046.05) | $197,259.23 |
| ▶ | | 08/24/2023 | 08/24/2023 | 08/30/2023 | Manually Keyed-No Split | 105 - Collection Exp Assessment | $520.00 | $197,499.44 |
| ▶ | | 08/22/2023 | 08/21/2023 | 07/30/2023 | Manually Keyed-No Split | 10 - Regular Payment | ($2,000.60) | $197,499.44 |
| ▶ | | 07/31/2023 | 07/31/2023 | 06/30/2023 | Manually Keyed-No Split | 10 - Regular Payment | ($2,013.72) | $197,808.14 |
| ▶ | | 07/27/2023 | 07/27/2023 | | Generated | 889 - Interest Rate Change | | $198,075.64 |
| ▶ | | 07/21/2023 | 07/21/2023 | 06/30/2023 | Manually Keyed-No Split | 105 - Collection Exp Assessment | $3,356.00 | $198,075.64 |
| ▶ | | 06/30/2023 | 06/30/2023 | 05/30/2023 | Manually Keyed-No Split | 10 - Regular Payment | ($2,013.72) | $198,075.64 |
| ▶ | | 06/13/2023 | 06/13/2023 | 05/30/2023 | Manually Keyed-No Split | 105 - Collection Exp Assessment | $4,276.00 | $198,395.18 |
| ▶ | | 06/08/2023 | 06/01/2023 | 04/30/2023 | Manually Keyed-No Split | 10 - Regular Payment | ($2,000.00) | $198,395.18 |
| ▶ | | 06/02/2023 | 04/06/2023 | 04/30/2023 | Manually Keyed-No Split | 14 - Principal Pymt-Not affecting due date | ($331.02) | $198,658.86 |
| ▶ | | 06/02/2023 | 04/06/2023 | 04/30/2023 | Generated | 920 - Effective Date Credit Interest Adj. | ($5.31) | $198,989.88 |
| ▶ | | 06/02/2023 | 04/06/2023 | 04/30/2023 | Manually Keyed-No Split | 12 - Interest Payment-Not affecting due date | ($1,617.73) | $198,989.88 |
| ▶ | | 06/02/2023 | 06/01/2023 | 03/30/2023 | Reversals | 960 - Generated Principal Reversal | $331.02 | $198,989.88 |
| ▶ | | 06/02/2023 | 06/01/2023 | 03/30/2023 | Reversals | 923 - Late Charge Reversal | $51.25 | $198,658.86 |
| ▶ | | 06/02/2023 | 06/01/2023 | 03/30/2023 | Reversals | 922 - Interest Payment Reversal | $1,617.73 | $198,658.86 |
| ▶ | | 06/02/2023 | 06/02/2023 | 03/30/2023 | Reversals | 919 - Generated Accrual Adjustment | $0.09 | $198,658.86 |
| ▶ | ▭ T | 06/01/2023 | 06/01/2023 | 03/30/2023 | Captured from POD | 10 - Regular Payment | ($2,000.00) | $198,658.86 |
| ▶ | | 05/25/2023 | 05/25/2023 | 03/30/2023 | Manually Keyed-No Split | 105 - Collection Exp Assessment | $1,716.00 | $198,989.88 |
| ▶ | | 05/24/2023 | 05/10/2023 | 03/30/2023 | Waived fees | 27 - Waive Late Charges Assessed | ($99.34) | $198,989.88 |
| ▶ | | 05/24/2023 | 04/10/2023 | 03/30/2023 | Waived fees | 27 - Waive Late Charges Assessed | ($97.44) | $198,989.88 |

History

Case 23-10566-KHK    Doc 376-4    Filed 04/03/24    Entered 04/03/24 16:17:54    Desc
Exhibit(s) Loan History    Page 4 of 5
- Eagle Properties AND
Investments LLC - CL 365/360 FL OR CL

4/2/2024

| | Posted | Effective | Due | Source | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| ▶ | 05/10/2023 | 05/10/2023 | 03/30/2023 | Generated | 804 - Late Charge Assessed | $99.34 | $198,989.88 |
| ▶ | 05/04/2023 | 05/04/2023 | | Generated | 889 - Interest Rate Change | | $198,989.88 |
| ▶ | 04/10/2023 | 04/10/2023 | 03/30/2023 | Generated | 804 - Late Charge Assessed | $97.44 | $198,989.88 |
| ▶ | 03/23/2023 | 03/23/2023 | | Generated | 889 - Interest Rate Change | | $198,989.88 |
| ▶ | 03/09/2023 | 03/09/2023 | 02/28/2023 | Home/Digital Banking | 341 - Automatic Transfer from DDA | ($1,948.75) | $198,989.88 |
| ▶ | 02/02/2023 | 02/02/2023 | | Generated | 889 - Interest Rate Change | | $199,377.20 |
| ▶ | 01/25/2023 | 01/25/2023 | 01/30/2023 | Home/Digital Banking | 341 - Automatic Transfer from DDA | ($1,910.40) | $199,377.20 |
| ▶ | 12/28/2022 | 12/28/2022 | 12/30/2022 | Home/Digital Banking | 341 - Automatic Transfer from DDA | ($1,910.40) | $199,654.51 |
| ▶ | 12/15/2022 | 12/15/2022 | | Generated | 889 - Interest Rate Change | | $200,023.46 |
| ▶ | 11/25/2022 | 11/25/2022 | 11/30/2022 | Home/Digital Banking | 341 - Automatic Transfer from DDA | ($1,849.93) | $200,023.46 |
| ▶ | 11/04/2022 | 11/04/2022 | | Generated | 889 - Interest Rate Change | | $200,341.54 |
| ▶ | 10/31/2022 | 10/31/2022 | 10/30/2022 | Home/Digital Banking | 341 - Automatic Transfer from DDA | ($1,760.25) | $200,341.54 |
| ▶ | 09/30/2022 | 09/30/2022 | 09/30/2022 | Home/Digital Banking | 341 - Automatic Transfer from DDA | ($1,663.95) | $200,688.54 |
| ▶ | 09/22/2022 | 09/22/2022 | | Generated | 889 - Interest Rate Change | | $201,052.77 |
| ▶ | 09/16/2022 | 09/16/2022 | 08/30/2022 | Home/Digital Banking | 341 - Automatic Transfer from DDA | ($1,663.95) | $201,052.77 |
| ▶ | 09/09/2022 | 09/09/2022 | 08/30/2022 | Generated | 804 - Late Charge Assessed | $83.20 | $201,407.38 |
| ▶ | 08/01/2022 | 08/01/2022 | 07/30/2022 | Home/Digital Banking | 341 - Automatic Transfer from DDA | ($1,566.93) | $201,407.38 |
| ▶ | 07/28/2022 | 07/28/2022 | | Generated | 889 - Interest Rate Change | | $201,838.96 |
| ▶ | 06/30/2022 | 06/30/2022 | 06/30/2022 | Home/Digital Banking | 341 - Automatic Transfer from DDA | ($1,566.93) | $201,838.96 |
| ▶ | 06/16/2022 | 06/16/2022 | | Generated | 889 - Interest Rate Change | | $202,301.90 |
| ▶ | 05/27/2022 | 05/27/2022 | 05/30/2022 | Home/Digital Banking | 341 - Automatic Transfer from DDA | ($1,480.96) | $202,301.90 |
| ▶ | 05/05/2022 | 05/05/2022 | | Generated | 889 - Interest Rate Change | | $202,783.10 |
| ▶ | 04/29/2022 | 04/29/2022 | 04/30/2022 | Home/Digital Banking | 341 - Automatic Transfer from DDA | ($1,420.07) | $202,783.10 |
| ▶ | 03/28/2022 | 03/28/2022 | 03/30/2022 | Home/Digital Banking | 341 - Automatic Transfer from DDA | ($1,420.07) | $203,240.75 |
| ▶ | 03/17/2022 | 03/17/2022 | | Generated | 889 - Interest Rate Change | | $203,750.94 |
| ▶ | 03/01/2022 | 03/01/2022 | 02/28/2022 | Home/Digital Banking | 341 - Automatic Transfer from DDA | ($1,398.49) | $203,750.94 |
| ▶ | 02/08/2022 | 02/08/2022 | 01/30/2022 | Home/Digital Banking | 341 - Automatic Transfer from DDA | ($1,398.49) | $204,284.85 |
| ▶ | 12/30/2021 | 12/30/2021 | 12/30/2021 | A.F.T. | 341 - Automatic Transfer from DDA | ($1,398.49) | $204,757.87 |
| ▦ T | 12/27/2021 | 12/27/2021 | 11/30/2021 | Captured from POD | 10 - Regular Payment | ($1,398.49) | $205,256.32 |
| ▶ | 12/27/2021 | 12/10/2021 | 11/30/2021 | Waived fees | 27 - Waive Late Charges Assessed | ($69.92) | $205,723.77 |
| ▶ | 12/10/2021 | 12/10/2021 | 11/30/2021 | Generated | 804 - Late Charge Assessed | $69.92 | $205,723.77 |
| ▦ T | 11/12/2021 | 11/12/2021 | 10/30/2021 | Captured from POD | 10 - Regular Payment | ($1,468.41) | $205,723.77 |
| ▶ | 11/09/2021 | 11/09/2021 | 10/30/2021 | Generated | 804 - Late Charge Assessed | $69.92 | $206,250.00 |
| ▶ | 10/12/2021 | 10/01/2021 | 10/30/2021 | Manually Keyed-No Split | 1 - New Money Advance | $1,855.75 | $206,250.00 |
| ▶ | 10/12/2021 | 10/01/2021 | 10/30/2021 | Generated | 921 - Effective Date Debit Interest Adj. | $2.98 | $204,394.25 |
| ▶ | 10/12/2021 | 10/01/2021 | 10/30/2021 | Manually Keyed-No Split | 1 - New Money Advance | $204,394.25 | $204,394.25 |
| ▶ | 10/12/2021 | 10/01/2021 | 10/30/2021 | Generated | 921 - Effective Date Debit Interest Adj. | $327.88 | $0.00 |

- Eagle Properties AND
Investments LLC - CL 365/360 FL OR CL

4/2/2024

| | Posted | Effective | Due | Source | Transaction Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| ▶ | 10/12/2021 | 10/12/2021 | 10/30/2021 | Manually Keyed-No Split | 181 - Assess Lien Release Fee | $78.75 | $0.00 |
| ▶ | 10/12/2021 | 10/12/2021 | 10/30/2021 | Manually Keyed-No Split | 181 - Assess Lien Release Fee | $78.75 | $0.00 |
| ▶ | 09/30/2021 | 09/30/2021 | | Generated | 889 - Interest Rate Change | | $0.00 |