# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

Eagle Properties and Investments LLC,        Case No. 23-10566-KHK

Debtor.                                       Chapter 7

## ORDER DENYING MOTION TO RECONSIDER

This matter was before the Court for a hearing on March 19, 2024, on the Debtor's Motion to Reconsider this Court's ruling converting this Case to Chapter 7 (Docket No. 347).

Having reviewed the Motion and opposition thereto, as well as arguments of counsel for the Debtor, the U.S. Trustee and the creditors who appeared at the hearing, the Court finds that the Debtor's filing and arguments do not set forth legitimate reasons to reconsider the Court's ruling on conversion. The filing does not identify any legitimate legal error, or assert that new evidence unavailable at the March 12, 2024, hearing is now available, nor does it assert an intervening change in controlling law, or a manifest injustice resulting from the ruling. For the foregoing reasons, and for the reasons stated on the record at the hearing, and it appearing to be in the best interest of the estate, it is hereby,

**ORDERED:**

1. The Motion to Reconsider (Docket No. 347) is DENIED.

2. The Clerk shall provide a copy of this order to all counsel of record.

Date: Mar 29 2024

/s/ Klinette H Kindred

Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Apr 1 2024

United States Bankruptcy Court
Eastern District of Virginia

In re:  Case No. 23-10566-KHK
Eagle Properties and Investments LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9     User: TaiGlennB     Page 1 of 4
Date Rcvd: Apr 01, 2024     Form ID: pdford9     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eagle Properties and Investments LLC, 445 Windover Ave North West, Vienna, VA 22180-4232 |
| aty | + | Eric S. Schuster, Funk & Bolton, P.A., 100 Light Street, Suite 1400, Baltimore, MD 21202-1188 |
| cr | + | Aero Mortgage Loan Trust 2019- 1, 8100 Three Chopt Rd., Suite 240, Richmond, VA 23229-4833 |
| desig | + | Amit Jain, 445 Windover Ave North West, Vienna, VA 22180-4232 |
| cr | + | Bala Jain LLC, 6007 Marilyn Dr., Alexandria, VA 22310-1516 |
| cr | + | Bank of Clarke County, c/o Hannah W. Hutman, Esq., Hoover Penrod, PLC, 342 S. Main Street, Harrisonburg, VA 22801-3628 |
| cr | + | Fulton Bank, N.A., c/o David S. Musgrave, Esquire, Gordon Feinblatt LLC, 1001 Fleet Street, Suite 700, Baltimore, MD 21202 UNITED STATES 21202-4363 |
| cr | + | Gitsit Solutions, LLC, c/o Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| prf | + | N D Greene PC, N D Greene PC, 3977 Chain Bridge Rd, Suite 1, Faifax, VA 22030-3308 |
| cr | + | Orrstown Bank, c/o Stephen Nichols, Esq., Offit Kurman PA, 7501 Wisconsin Ave. Suite 1000W, Bethesda, MD 20814-6604 |
| intp | + | SC&H Group, c/o Miles & Stockbridge P.C., 1201 Pennsylvania Ave., NW, Ste. 900, Washington, DC 20004-2464 |
| cr | + | Shore United Bank, 200 West Gate Circle, Suite 200, Annapolis, MD 21401-3377 |
| cr | + | Trinity Universal Insurance Company, c/o Man Global Private Mkts. (USA), Inc., 1345 Avenue of the Americas 21st Floor, New York, NY 10105, UNITED STATES 10105-0199 |
| cr | | Vienna Oaks Office Center Condominium, c/o Rees Broome, PC, Suite 700, Tysons Corner, VA 22182 |
| cr | + | Virginia Partners Bank, 410 William St., Fredericksburg, VA 22401-5834 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Apr 02 2024 03:20:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| cr | + | Email/Text: bankruptcy@atlanticunionbank.com | Apr 02 2024 03:20:00 | Atlantic Union Bank, 1051 E. Cary Street, Suite 1200, Richmond, VA 23219-4044 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Gus Goldsmith |
| cr | | Lincoln Automotive Financial Services |
| cr | | MainStreet Bank |
| prf | | Maurice VerStandig |
| intp | | Primis Bank |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0422-9 | User: TaiGlennB | Page 2 of 4 |
| Date Rcvd: Apr 01, 2024 | Form ID: pdford9 | Total Noticed: 17 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2024      Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2024 at the address(es) listed below:

**Name**   **Email Address**

Barry W. Spear
on behalf of Creditor Aero Mortgage Loan Trust 2019- 1 Barry.Spear@bww-law.com bankruptcy@bww-law.com

Bradley J. Swallow
on behalf of Defendant Main Street Bank bswallow@fblaw.com

Bradley J. Swallow
on behalf of Creditor MainStreet Bank bswallow@fblaw.com

Carl A. Eason
on behalf of Creditor Lincoln Automotive Financial Services bankruptcy@wolriv.com

Christian K. Vogel
on behalf of Interested Party Primis Bank kvogel@vogelandcromwell.com

Christian K. Vogel
on behalf of Defendant Primis Bank f/k/a Sona Bank kvogel@vogelandcromwell.com

Christopher A. Jones
on behalf of Debtor Eagle Properties and Investments LLC cajones@whitefordlaw.com clano@whitefordlaw.com,dchaney@whitefordlaw.com

Christopher L. Rogan
on behalf of Defendant Shail Butani crogan@rmzlawfirm.com

Christopher L. Rogan
on behalf of Creditor Bala Jain LLC crogan@rmzlawfirm.com

Christopher L. Rogan
on behalf of Defendant Ishwer Butani crogan@rmzlawfirm.com

Christopher L. Rogan
on behalf of Defendant Bala Jain LLC crogan@rmzlawfirm.com

Corey Simpson Booker
on behalf of Creditor Atlantic Union Bank corey.booker@atlanticunionbank.com

Craig M. Palik
on behalf of Creditor Trinity Universal Insurance Company cpalik@mhlawyers.com cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnickerson@mhlawyers.com

David S. Musgrave
on behalf of Creditor Fulton Bank  N.A. dmusgrave@gfrlaw.com, vhilbun@gfrlaw.com

David S. Musgrave
on behalf of Defendant Fulton Financial Corporation dmusgrave@gfrlaw.com vhilbun@gfrlaw.com

Dylan G. Trache
on behalf of Trustee H. Jason Gold dylan.trache@nelsonmullins.com linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Elizabeth Husebo
on behalf of Defendant First Class Title  Inc. ehusebo@grsm.com

Elizabeth Husebo
on behalf of Defendant Daniel J. Kotz ehusebo@grsm.com

Erik W. Fox
on behalf of Creditor Vienna Oaks Office Center Condominium efox@reesbroome.com

| | | |
|---|---|---|
| District/off: 0422-9 | User: TaiGlennB | Page 3 of 4 |
| Date Rcvd: Apr 01, 2024 | Form ID: pdford9 | Total Noticed: 17 |

rhurley@reesbroome.com;rchambers@reesbroome.com;pgoodwine@reesbroome.com

**Gerard R. Vetter**

ustpregion04.ax.ecf@usdoj.gov

**H. Jason Gold**

goldtrustee@fiduciaryservicesgroup.com VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com

**Hannah White Hutman**

on behalf of Creditor Bank of Clarke County hhutman@hooverpenrod.com
scurtis@hooverpenrod.com;hooverpenrodplc@jubileebk.net

**J. P. McGuire Boyd, Jr**

on behalf of Defendant Bank of Clarke County mboyd@williamsmullen.com

**J. P. McGuire Boyd, Jr**

on behalf of Defendant Atlantic Union Bank mboyd@williamsmullen.com

**J. P. McGuire Boyd, Jr**

on behalf of Creditor Atlantic Union Bank mboyd@williamsmullen.com

**Jack Frankel**

on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov
USTPRegion04.ax.ecf@usdoj.gov;paula.f.blades@usdoj.gov;robert.w.ours@usdoj.gov

**James R. Meizanis, Jr.**

on behalf of Creditor Virginia Partners Bank jmeizanis@bklawva.com jroot@bklawva.com;mnoble@bklawva.com

**Jeffery T. Martin, Jr.**

on behalf of Counter-Defendant Eagle Properties and Investments LLC jeff@martinlawgroupva.com
martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

**Jeffery T. Martin, Jr.**

on behalf of Debtor Eagle Properties and Investments LLC jeff@martinlawgroupva.com
martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

**Jeffery T. Martin, Jr.**

on behalf of Plaintiff Eagle Properties and Investments LLC jeff@martinlawgroupva.com
martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

**Jeremy B. Root**

on behalf of Creditor Virginia Partners Bank jroot@bklawva.com
tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com

**John E Reid**

on behalf of Debtor Eagle Properties and Investments LLC jack@martinlawgroupva.com

**John Tucker Farnum**

on behalf of Interested Party SC&H Group jfarnum@milesstockbridge.com
jfarnumecfnotices@gmail.com;dbernard@milesstockbridge.com

**Joshua David Stiff**

on behalf of Debtor Eagle Properties and Investments LLC jstiff@wtplaw.com eslate@wtplaw.com;dchaney@whitefordlaw.com

**Justin Fasano**

on behalf of Creditor Gus Goldsmith jfasano@mhlawyers.com
jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;sshin@mhlawyers.com;dmoorehead@mhlawyers.com

**Lee S Raphael**

on behalf of Creditor Gitsit Solutions LLC ecf1@ecf.courtdrive.com, cmartin@pralc.com

**Maurice Belmont VerStandig**

on behalf of Professional Maurice VerStandig mac@mbvesq.com
lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

**Nancy Greene**

on behalf of Debtor Eagle Properties and Investments LLC ndg@ndglaw.com

**Nancy Greene**

on behalf of Plaintiff Eagle Properties and Investments LLC ndg@ndglaw.com

**Nancy Greene**

on behalf of Professional N D Greene PC ndg@ndglaw.com

**Richard E. Hagerty**

on behalf of Defendant Navy Federal Financial Group LLC richard.hagerty@troutmansanders.com,
sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

**Robert Hockenbury**

on behalf of Creditor Shore United Bank robert.hockenbury@wbd-us.com

**Robert M. Marino**

on behalf of Defendant Shail Butani rmmarino@rpb-law.com rmmarino1@aol.com

| | | |
|---|---|---|
| District/off: 0422-9 | User: TaiGlennB | Page 4 of 4 |
| Date Rcvd: Apr 01, 2024 | Form ID: pdford9 | Total Noticed: 17 |

Robert M. Marino
        on behalf of Defendant Ishwer Butani rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino
        on behalf of Creditor Bala Jain LLC rmmarino@rpb-law.com  rmmarino1@aol.com

Stephanie Gardner Bortnick
        on behalf of Defendant Daniel Kotz sbortnick@grsm.com

Stephanie Gardner Bortnick
        on behalf of Defendant Daniel J. Kotz sbortnick@grsm.com

Stephanie Gardner Bortnick
        on behalf of Defendant First Class Title  Inc. sbortnick@grsm.com

Stephen W. Nichols
        on behalf of Creditor Orrstown Bank snichols@offitkurman.com

TOTAL: 49