**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy Case |
| Eagle Properties and Investments LLC, | ) No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |
| _____ | ) |

## ORDER AUTHORIZING EMPLOYMENT OF COUNSEL TO THE TRUSTEE

Upon the Application filed by H. Jason Gold, Chapter 7 Trustee (the "Trustee"), for

authority to employ the law firm of Nelson Mullins Riley & Scarborough LLP ("Nelson Mullins")

as counsel to the Trustee in connection with the administration of the above-referenced estate, and

IT APPEARING that Nelson Mullins does not hold or represent any interest adverse to the

creditors or the bankruptcy estate and that the employment of Nelson Mullins is in the best interest

of the estate, it is hereby

ORDERED that the Application is granted, and the Trustee is authorized to retain Nelson

Mullins in the above-referenced case, pursuant to the terms of the Application, and with payment

to be made only upon further order of this Court.

Date: Apr 1 2024
_____

/s/ Klinette H Kindred
_____
Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Apr 2 2024

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW / Suite 900
Washington, DC 20001
Tel: 202.689.2800
Fax: 202.689.2860
Email: dylan.trache@nelsonmullins.com

By:     /s/ Dylan G. Trache
Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

SEEN AND NO OBJECTION:

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
703.557.7176

By: /s/ Michael T. Freeman (by DGT with authority)
Michael T. Freeman

<u>CERTIFICATION PURSUANT TO LOCAL RULE 9022-1: ENDORSEMENT</u>

I HEREBY CERTIFY that all necessary parties have endorsed the above-referenced

Order.

/s/ Dylan G. Trache
Dylan G. Trache

4874-5622-3409 v.1

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                    Case No. 23-10566-KHK

Eagle Properties and Investments LLC                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9                          User: TaiGlennB                          Page 1 of 3
Date Rcvd: Apr 02, 2024                       Form ID: pdford9                         Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| prf | + N D Greene PC, N D Greene PC, 3977 Chain Bridge Rd, Suite 1, Faifax, VA 22030-3308 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Apr 03 2024 00:51:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barry W. Spear | on behalf of Creditor Aero Mortgage Loan Trust 2019- 1 Barry.Spear@bww-law.com  bankruptcy@bww-law.com |
| Bradley J. Swallow | on behalf of Defendant Main Street Bank bswallow@fblaw.com |
| Bradley J. Swallow | on behalf of Creditor MainStreet Bank bswallow@fblaw.com |
| Carl A. Eason | |

District/off: 0422-9                                    User: TaiGlennB                                    Page 2 of 3
Date Rcvd: Apr 02, 2024                                 Form ID: pdford9                                  Total Noticed: 2

       on behalf of Creditor Lincoln Automotive Financial Services bankruptcy@wolriv.com

Christian K. Vogel

       on behalf of Interested Party Primis Bank kvogel@vogelandcromwell.com

Christian K. Vogel

       on behalf of Defendant Primis Bank f/k/a Sona Bank kvogel@vogelandcromwell.com

Christopher A. Jones

       on behalf of Debtor Eagle Properties and Investments LLC cajones@whitefordlaw.com
       clano@whitefordlaw.com,dchaney@whitefordlaw.com

Christopher L. Rogan

       on behalf of Defendant Shail Butani crogan@rmzlawfirm.com

Christopher L. Rogan

       on behalf of Creditor Bala Jain LLC crogan@rmzlawfirm.com

Christopher L. Rogan

       on behalf of Defendant Ishwer Butani crogan@rmzlawfirm.com

Christopher L. Rogan

       on behalf of Defendant Bala Jain LLC crogan@rmzlawfirm.com

Corey Simpson Booker

       on behalf of Creditor Atlantic Union Bank corey.booker@atlanticunionbank.com

Craig M. Palik

       on behalf of Creditor Trinity Universal Insurance Company cpalik@mhlawyers.com
       cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnickerson@mhlawye
       rs.com

David S. Musgrave

       on behalf of Creditor Fulton Bank  N.A. dmusgrave@gfrlaw.com, vhilbun@gfrlaw.com

David S. Musgrave

       on behalf of Defendant Fulton Financial Corporation dmusgrave@gfrlaw.com  vhilbun@gfrlaw.com

Dylan G. Trache

       on behalf of Trustee H. Jason Gold dylan.trache@nelsonmullins.com
       linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Elizabeth Husebo

       on behalf of Defendant Daniel J. Kotz ehusebo@grsm.com

Elizabeth Husebo

       on behalf of Defendant First Class Title  Inc. ehusebo@grsm.com

Erik W. Fox

       on behalf of Creditor Vienna Oaks Office Center Condominium efox@reesbroome.com
       rhurley@reesbroome.com;rchambers@reesbroome.com;pgoodwine@reesbroome.com

Gerard R. Vetter

       ustpregion04.ax.ecf@usdoj.gov

H. Jason Gold

       goldtrustee@fiduciaryservicesgroup.com  VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com

Hannah White Hutman

       on behalf of Creditor Bank of Clarke County hhutman@hooverpenrod.com
       scurtis@hooverpenrod.com;hooverpenrodplc@jubileebk.net

J. P. McGuire Boyd, Jr

       on behalf of Defendant Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr

       on behalf of Creditor Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr

       on behalf of Defendant Bank of Clarke County mboyd@williamsmullen.com

Jack Frankel

       on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov
       USTPRegion04.ax.ecf@usdoj.gov;paula.f.blades@usdoj.gov;robert.w.ours@usdoj.gov

James R. Meizanis, Jr.

       on behalf of Creditor Virginia Partners Bank jmeizanis@bklawva.com  jroot@bklawva.com;mnoble@bklawva.com

Jeffery T. Martin, Jr.

       on behalf of Debtor Eagle Properties and Investments LLC jeff@martinlawgroupva.com
       martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

Jeffery T. Martin, Jr.

District/off: 0422-9                          User: TaiGlennB                          Page 3 of 3
Date Rcvd: Apr 02, 2024                        Form ID: pdford9                          Total Noticed: 2

|  |  |
|---|---|
| | on behalf of Plaintiff Eagle Properties and Investments LLC jeff@martinlawgroupva.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com |
| Jeffery T. Martin, Jr. | |
| | on behalf of Counter-Defendant Eagle Properties and Investments LLC jeff@martinlawgroupva.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com |
| Jeremy B. Root | |
| | on behalf of Creditor Virginia Partners Bank jroot@bklawva.com tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com |
| John E Reid | |
| | on behalf of Debtor Eagle Properties and Investments LLC jack@martinlawgroupva.com |
| John Tucker Farnum | |
| | on behalf of Interested Party SC&H Group jfarnum@milesstockbridge.com jfarnumecfnotices@gmail.com;dbernard@milesstockbridge.com |
| Joshua David Stiff | |
| | on behalf of Debtor Eagle Properties and Investments LLC jstiff@wtplaw.com  eslate@wtplaw.com;dchaney@whitefordlaw.com |
| Justin Fasano | |
| | on behalf of Creditor Gus Goldsmith jfasano@mhlawyers.com jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;sshin@mhlawyers.com;dmoorehead@mhlawyers.com |
| Lee S Raphael | |
| | on behalf of Creditor Gitsit Solutions  LLC ecf1@ecf.courtdrive.com, cmartin@pralc.com |
| Maurice Belmont VerStandig | |
| | on behalf of Professional Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Nancy Greene | |
| | on behalf of Debtor Eagle Properties and Investments LLC ndg@ndglaw.com |
| Nancy Greene | |
| | on behalf of Plaintiff Eagle Properties and Investments LLC ndg@ndglaw.com |
| Nancy Greene | |
| | on behalf of Professional N D Greene PC ndg@ndglaw.com |
| Richard E. Hagerty | |
| | on behalf of Defendant Navy Federal Financial Group  LLC richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;natalya.diamond@troutman.com |
| Robert Hockenbury | |
| | on behalf of Creditor Shore United Bank robert.hockenbury@wbd-us.com |
| Robert M. Marino | |
| | on behalf of Defendant Shail Butani rmmarino@rpb-law.com  rmmarino1@aol.com |
| Robert M. Marino | |
| | on behalf of Defendant Ishwer Butani rmmarino@rpb-law.com  rmmarino1@aol.com |
| Robert M. Marino | |
| | on behalf of Creditor Bala Jain LLC rmmarino@rpb-law.com  rmmarino1@aol.com |
| Stephanie Gardner Bortnick | |
| | on behalf of Defendant Daniel J. Kotz sbortnick@grsm.com |
| Stephanie Gardner Bortnick | |
| | on behalf of Defendant First Class Title  Inc. sbortnick@grsm.com |
| Stephanie Gardner Bortnick | |
| | on behalf of Defendant Daniel Kotz sbortnick@grsm.com |
| Stephen W. Nichols | |
| | on behalf of Creditor Orrstown Bank snichols@offitkurman.com |

TOTAL: 49