# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re:                                                   )
                                                         ) Bankruptcy Case
Eagle Properties and Investments LLC                     ) No. 23-10566-KHK
                                                         ) Chapter 7
Debtor.                                                  )

**ORDER APPROVING APPLICATION TO
EMPLOY REAL ESTATE AGENT AND BROKER**

UPON CONSIDERATION of the Application, which seeks authority to employ Stephen Karbelk as Trustee's real estate agent ("Agent"), and Century 21 New Millennium as the residential real estate broker ("Broker") and Century 21 Commercial New Millennium as the commercial real estate broker, to sell the real property set forth in the Application and located in Virginia, Maryland, and Pennsylvania (collectively, the "Property"), and

IT APPEARING TO THE COURT that by its endorsement of this Order, the Office of the United States Trustee seeks to reserve all rights with respect to any proposed sale of the Property; and that the Trustee, in turn, also reserves all rights with respect to any proposed sale of the Property; it is therefore;

ORDERED, that the Trustee is authorized to employ the Agent and Broker pursuant to 11 U.S.C. § 327(a), as a real estate agent and broker to market and sell the Property; and it is further

ORDERED, that the Agent and Broker's employment is subject to the terms and conditions set forth in the Application; and it is further;

ORDERED, that the Court authorizes Stephen Karbelk of Century 21 New Millennium and Century 21 Commercial New Millennium and his co-listing agents, Stephanie Young and Robert Walters of Century 21 New Millennium, to request and obtain verbal and written payoff statements, payment histories, and related information and documents from any secured creditor

1

in this case (the "Secured Creditors"); and obtain such documents as may be reasonably requested by the Secured Creditors in connection with any sale; and it is further;

ORDERED, that the Court authorizes Stephen Karbelk of Century 21 New Millennium and Century 21 Commercial New Millennium and his co-listing agents, Stephanie Young and Robert Walters of Century 21 New Millennium, to verify insurance policies and obtain quotes for new and existing insurance policies, communicate with insurance carriers and insurance agencies with respect to the insurance policies for each property, and any other services requested by the Trustee; and it is further;

ORDERED, to the extent it is necessary and as directed by the Trustee, that the Agent is authorized to have the Property rekeyed. Subject to further order and approval of this Court, the Agent shall be reimbursed for all expenses incurred to have the Property rekeyed, upon the sale of the Property; and it is further;

ORDERED, that compensation shall only be paid upon further Order of this Court; and it is further;

ORDERED, that no agent or broker in any Century 21 New Millennium or Century 21 Commercial New Millennium office may represent a buyer for the purchase of the Property; and it is further;

ORDERED, that an agent or broker operating from a franchised, independently owned and operated Century 21 office may represent a buyer for the purchase of the Property; and it is further;

ORDERED, that any provision in the listing agreement allowing designated representation or dual representation by agents or brokers in a Century 21 New Millennium or Century 21 Commercial New Millennium office is not approved and not permitted except as set forth herein; and it is further;

2

ORDERED that the Office of the United States Trustee and the Trustee each reserve their respective rights with regard to any proposed sale of the Property in this case.

Dated: Apr 5 2024

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: April 5, 2024

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
202.689.2800

By:   /s/ Dylan G. Trache
      Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

SEEN AND NO OBJECTION:

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
703.557.7176

By:   /s/ Michael Freeman (by DGT with authority)
      Michael Freeman

**CERTIFICATION PURSUANT TO LOCAL RULE 9022-1: ENDORSEMENT**

I HEREBY CERTIFY that all necessary parties have endorsed the above-referenced order.

   /s/ Dylan G. Trache
   Dylan G. Trache

3

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael Freeman
OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
Century 21 Commercial New Millennium
6629 Old Dominion Drive
McLean, VA 22101

Brian Kenneth Madden
Brian K. Madden, P.C.
PO Box 7663
Arlington, VA 22207

Nancy Greene
N D Greene PC
3977 Chain Bridge Rd, Suite 1
Fairfax, VA 22030

Christopher A. Jones
Whiteford Taylor & Preston, LLP
3190 Fairview Park Dr., Suite 800
Falls Church, VA 22042

Jeffery T. Martin, Jr.
John E. Reid
Martin Law Group, P.C.
8065 Leesburg Pike, Ste 750
Vienna, VA 22182

Joshua David Stiff
Whiteford Taylor Preston LLP
249 Central Park Avenue, Suite 300
Virginia Beach, VA 23462

4865-6111-9410

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-10566-KHK |
| Eagle Properties and Investments LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: DaynaMace | Page 1 of 3 |
| Date Rcvd: Apr 05, 2024 | Form ID: pdford9 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Brian Kenneth Madden, Brian K. Madden, P. C., P O Box 7663, Arlington, VA 22207-0663 |
| RE | + | Stephen Karbelk, Team Leader, RealMarkets, Century 21 New Millennium, 6629 Old Dominion Dr, McLean, VA 22101-4516 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 07, 2024 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry W. Spear | on behalf of Creditor Aero Mortgage Loan Trust 2019- 1 Barry.Spear@bww-law.com bankruptcy@bww-law.com |
| Bradley J. Swallow | on behalf of Defendant Main Street Bank bswallow@fblaw.com |
| Bradley J. Swallow | on behalf of Creditor MainStreet Bank bswallow@fblaw.com |
| Carl A. Eason | on behalf of Creditor Lincoln Automotive Financial Services bankruptcy@wolriv.com |
| Christian K. Vogel | on behalf of Interested Party Primis Bank kvogel@vogelandcromwell.com |
| Christian K. Vogel | on behalf of Defendant Primis Bank f/k/a Sona Bank kvogel@vogelandcromwell.com |

Case 23-10566-KHK    Doc 385    Filed 04/07/24    Entered 04/08/24 00:13:49    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0422-9 | User: DaynaMace | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 05, 2024 | Form ID: pdford9 | Total Noticed: 2 |

Christopher A. Jones
    on behalf of Debtor Eagle Properties and Investments LLC cajones@whitefordlaw.com
    clano@whitefordlaw.com,dchaney@whitefordlaw.com

Christopher L. Rogan
    on behalf of Defendant Shail Butani crogan@rmzlawfirm.com

Christopher L. Rogan
    on behalf of Creditor Bala Jain LLC crogan@rmzlawfirm.com

Christopher L. Rogan
    on behalf of Defendant Ishwer Butani crogan@rmzlawfirm.com

Christopher L. Rogan
    on behalf of Defendant Bala Jain LLC crogan@rmzlawfirm.com

Corey Simpson Booker
    on behalf of Creditor Atlantic Union Bank corey.booker@atlanticunionbank.com

Craig M. Palik
    on behalf of Creditor Trinity Universal Insurance Company cpalik@mhlawyers.com
    cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnickerson@mhlawyers.com

David S. Musgrave
    on behalf of Creditor Fulton Bank  N.A. dmusgrave@gfrlaw.com, vhilbun@gfrlaw.com

David S. Musgrave
    on behalf of Defendant Fulton Financial Corporation dmusgrave@gfrlaw.com  vhilbun@gfrlaw.com

Dylan G. Trache
    on behalf of Trustee H. Jason Gold dylan.trache@nelsonmullins.com
    linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Elizabeth Husebo
    on behalf of Defendant Daniel J. Kotz ehusebo@grsm.com

Elizabeth Husebo
    on behalf of Defendant First Class Title  Inc. ehusebo@grsm.com

Erik W. Fox
    on behalf of Creditor Vienna Oaks Office Center Condominium efox@reesbroome.com
    rhurley@reesbroome.com;rchambers@reesbroome.com;pgoodwine@reesbroome.com

Gerard R. Vetter
    ustpregion04.ax.ecf@usdoj.gov

H. Jason Gold
    goldtrustee@fiduciaryservicesgroup.com  VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com

Hannah White Hutman
    on behalf of Creditor Bank of Clarke County hhutman@hooverpenrod.com
    scurtis@hooverpenrod.com;hooverpenrodplc@jubileebk.net

J. P. McGuire Boyd, Jr
    on behalf of Defendant Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
    on behalf of Creditor Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
    on behalf of Defendant Bank of Clarke County mboyd@williamsmullen.com

Jack Frankel
    on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov
    USTPRegion04.ax.ecf@usdoj.gov;paula.f.blades@usdoj.gov;robert.w.ours@usdoj.gov

James R. Meizanis, Jr.
    on behalf of Creditor Virginia Partners Bank jmeizanis@bklawva.com  jroot@bklawva.com;mnoble@bklawva.com

Jeffery T. Martin, Jr.
    on behalf of Debtor Eagle Properties and Investments LLC jeff@martinlawgroupva.com
    martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

Jeffery T. Martin, Jr.
    on behalf of Plaintiff Eagle Properties and Investments LLC jeff@martinlawgroupva.com
    martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

Jeffery T. Martin, Jr.
    on behalf of Counter-Defendant Eagle Properties and Investments LLC jeff@martinlawgroupva.com
    martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

Jeremy B. Root

Case 23-10566-KHK   Doc 385   Filed 04/07/24   Entered 04/08/24 00:13:49   Desc
Imaged Certificate of Notice   Page 7 of 7

| District/off: 0422-9 | User: DaynaMace | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Apr 05, 2024 | Form ID: pdford9 | Total Noticed: 2 |

|  |  |
| --- | --- |
|  | on behalf of Creditor Virginia Partners Bank jroot@bklawva.com tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com |
| John E Reid | on behalf of Debtor Eagle Properties and Investments LLC jack@martinlawgroupva.com |
| John Tucker Farnum | on behalf of Interested Party SC&H Group jfarnum@milesstockbridge.com jfarnumecfnotices@gmail.com;dbernard@milesstockbridge.com |
| Joshua David Stiff | on behalf of Debtor Eagle Properties and Investments LLC jstiff@wtplaw.com eslate@wtplaw.com;dchaney@whitefordlaw.com |
| Justin Fasano | on behalf of Creditor Gus Goldsmith jfasano@mhlawyers.com jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;sshin@mhlawyers.com;dmoorehead@mhlawyers.com |
| Lee S Raphael | on behalf of Creditor Gitsit Solutions LLC ecf1@ecf.courtdrive.com, cmartin@pralc.com |
| Maurice Belmont VerStandig | on behalf of Professional Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Nancy Greene | on behalf of Debtor Eagle Properties and Investments LLC ndg@ndglaw.com |
| Nancy Greene | on behalf of Plaintiff Eagle Properties and Investments LLC ndg@ndglaw.com |
| Nancy Greene | on behalf of Professional N D Greene PC ndg@ndglaw.com |
| Richard E. Hagerty | on behalf of Defendant Navy Federal Financial Group LLC richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;natalya.diamond@troutman.com |
| Robert Hockenbury | on behalf of Creditor Shore United Bank robert.hockenbury@wbd-us.com |
| Robert M. Marino | on behalf of Defendant Shail Butani rmmarino@rpb-law.com rmmarino1@aol.com |
| Robert M. Marino | on behalf of Defendant Ishwer Butani rmmarino@rpb-law.com rmmarino1@aol.com |
| Robert M. Marino | on behalf of Creditor Bala Jain LLC rmmarino@rpb-law.com rmmarino1@aol.com |
| Stephanie Gardner Bortnick | on behalf of Defendant Daniel J. Kotz sbortnick@grsm.com |
| Stephanie Gardner Bortnick | on behalf of Defendant First Class Title Inc. sbortnick@grsm.com |
| Stephanie Gardner Bortnick | on behalf of Defendant Daniel Kotz sbortnick@grsm.com |
| Stephen W. Nichols | on behalf of Creditor Orrstown Bank snichols@offitkurman.com |

TOTAL: 49