# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) |
| EAGLE PROPERTIES AND ) Bankruptcy Case | |
| INVESTMENTS, LLC, ) No. 23-10566-KHK | |
| | ) Chapter 7 |
| Debtor. ) | |
| _____) | |

## MOTION TO EXPEDITE HEARING AND SHORTEN NOTICE PERIOD ON MOTION TO AUTHORIZE OPERATION OF THE DEBTOR'S BUSINESS

H. Jason Gold, the chapter 7 trustee ("Trustee") for the above-captioned case, by his undersigned counsel, hereby moves this Court for an order scheduling an expedited hearing and shortening the notice period ("Motion to Expedite") on his Motion to Authorize Operation of the Debtor's Business ("Operations Motion"), stating to the Court as follows:

1. On April 6, 2023, Eagle Properties and Investments LLC (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code").

2. On March 21, 2024, the Order of Conversion of Chapter 11 to Chapter 7 was filed (Docket No. 359). H. Jason Gold was appointed Chapter 7 Trustee.

3. As set forth more fully in the Operations Motion, the estate includes an interest in numerous properties, many of which are subject to current lease agreements with rents coming due to the Trustee.

4. On April 5, 2024, the Trustee was authorized to employ Stephen Karbelk as the real estate Asset Manager and team leader of Auction Markets, LLC DBA RealMarkets ("Asset

---

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Trustee*

Manager") to assist the Trustee with the collection of rents, routine maintenance, and related matters until the properties are sold.

5. Concurrently with the filing of this Motion to Expedite, the Trustee has filed the Operations Motion seeking authorization from the Court to collect any rental income from the properties and to pay costs associated with the operation and upkeep of the properties, either directly or by reimbursement to the Asset Manager.

6. The Court's next available motions date occurs on April 23, 2024. Accordingly, the Trustee seeks an expedited hearing on the Operations Motion and to shorten the notice period provided in Federal Rule of Bankruptcy Procedure 9006(c). The Trustee requests the Court to set the Operations Motion for hearing on **April 23, 2023 at 11:00 a.m.** and to shorten the notice deadline to file written responses to the Motion. An expedited hearing is necessary in order to allow the Trustee to immediately collect rents, preserve the properties and otherwise comply with his duties under Chapter 7.

7. Section 105(a) of the Bankruptcy Code provides this Court with the power to set an expedited hearing. Section 105(a) states that a bankruptcy court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a).

8. In addition, Local Bankruptcy Rule 9013-1 allows a hearing to be set on an expedited basis as requested herein. Attached hereto is the required certification under Local Rule 9013-1(N).

9. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion to Expedite, the Trustee requests that the requirement that all motions be accompanied by a separate written memorandum of law be waived.

WHEREFORE, the Trustee respectfully requests that the Court (i) enter an Order scheduling the hearing on the Operations Motion on an expedited basis and shortening the notice period, and (ii) granting such other and further relief as the Court deems just and proper.

    Respectfully submitted,

    H. JASON GOLD, TRUSTEE

    By Counsel


NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:   /s/ Dylan G. Trache
       Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 12th day of April, 2024, the foregoing Motion was served via first class mail, postage prepaid, to the parties on the attached service list[1] and to:

    Michael T. Freeman
    Office of the United States Trustee
    1725 Duke Street, Suite 650
    Alexandria, VA  22314

    Nancy Greene
    N D Greene PC
    3977 Chain Bridge Rd, Suite 1
    Fairfax, VA 22030

    Christopher A. Jones
    Whiteford Taylor & Preston, LLP
    3190 Fairview Park Dr., Suite 800
    Falls Church, VA 22042

    Jeffery T. Martin, Jr.
    Martin Law Group, P.C.
    8065 Leesburg Pike, Ste 750
    Vienna, VA 22182

    John E Reid
    Martin Law Group, P.C.
    8065 Leesburg Pike, Suite 750
    Vienna, VA 22182

    Joshua David Stiff
    Whiteford Taylor Preston LLP
    249 Central Park Avenue, Suite 300
    Virginia Beach, VA 23462

    /s/ Dylan G. Trache
    Dylan G. Trache

---

[1] Pursuant to Local Rule 5005-1(C)(8), the attached service list is not being served on each of the parties, but is attached to the original Certificate of Service filed with the Court.