**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| EAGLE PROPERTIES AND ) | Bankruptcy Case |
| INVESTMENTS, LLC, ) | No. 23-10566-KHK |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

**ORDER GRANTING MOTION TO EXPEDITE HEARING AND SHORTEN NOTICE
PERIOD ON MOTION TO AUTHORIZE OPERATION OF THE DEBTOR'S BUSINESS**

Upon consideration of the motion for an expedited hearing and to shorten notice period filed by H. Jason Gold, Chapter 7 Trustee ("Trustee"), on his Motion to Authorize Operation of the Debtor's Business ("Operations Motion");

IT IS HEREBY ORDERED

1. The motion for an expedited hearing is GRANTED; and a hearing on the Operations Motion shall be held on **April 23, 2024 at 11:00 a.m**. Any Objection to the Operations Motion shall be filed by _____, 2024.

2. The Clerk will mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date: _____

                                                                                   Klinette H. Kindred
                                                                                    United States Bankruptcy Judge

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Ave, NW / Suite 900
Washington, DC  20001
Phone: (202) 689-2800
Fax: (202) 689-2860


By:    /s/ Dylan G. Trache
        Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

CERTIFICATION PURSUANT TO LOCAL RULE 9022-1: SERVICE

I HEREBY CERTIFY that on April 12, 2024, the foregoing proposed order was served on the following parties:

>Michael T. Freeman
>Office of the United States Trustee
>1725 Duke Street, Suite 650
>Alexandria, VA  22314
>
>Nancy Greene
>N D Greene PC
>3977 Chain Bridge Rd, Suite 1
>Fairfax, VA 22030
>
>Christopher A. Jones
>Whiteford Taylor & Preston, LLP
>3190 Fairview Park Dr., Suite 800
>Falls Church, VA 22042
>
>Jeffery T. Martin, Jr.
>Martin Law Group, P.C.
>8065 Leesburg Pike, Ste 750
>Vienna, VA 22182
>
>John E Reid
>Martin Law Group, P.C.
>8065 Leesburg Pike, Suite 750
>Vienna, VA 22182
>
>Joshua David Stiff
>Whiteford Taylor Preston LLP
>249 Central Park Avenue, Suite 300
>Virginia Beach, VA 23462

And to the parties in interest on the service list attached to the Motion.

    /s/ Dylan G. Trache
Dylan G. Trache

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1

H. Jason Gold
Dylan G. Trache
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael T. Freeman
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

Nancy Greene
N D Greene PC
3977 Chain Bridge Rd, Suite 1
Fairfax, VA 22030

Christopher A. Jones
Whiteford Taylor & Preston, LLP
3190 Fairview Park Dr., Suite 800
Falls Church, VA 22042

Jeffery T. Martin, Jr.
Martin Law Group, P.C.
8065 Leesburg Pike, Ste 750
Vienna, VA 22182

John E Reid
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182

Joshua David Stiff
Whiteford Taylor Preston LLP
249 Central Park Avenue, Suite 300
Virginia Beach, VA 23462