**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

In re:

Eagle Properties and Investments LLC          Case No. 23-10566-KHK

(Debtor)                                      (Chapter 7)

## ORDER GRANTING MOTION FOR EXPEDITED HEARING

This case is before the Court pursuant to the Chapter 7 Trustee's Motion for an Expedited

Hearing (Docket No. 390) on the Chapter 7 Trustee's Motion to Authorize Operation of Debtor's

Business (Docket No. 389).  Having considered the Motions, and it appearing proper to do so, it

is hereby

**ORDERED**:

1.      The Motion for an Expedited Hearing (Docket No. 390) is GRANTED and a

hearing on the Motion to Authorize Operation of Debtor's Business (Docket No. 389) will be

held on **April 23, 2024** at **11:00 AM** in Courtroom III, United States Bankruptcy Court for the

Eastern District of Virginia, 200 South Washington Street, Alexandria, Virginia 22314.

2.      Written opposition is hereby waived and any objections may be made orally at the

hearing.

3.      The movant shall immediately provide notice of the hearing to all affected parties

by the close of business on  **April 12, 2024.**  Notice may be electronic, by facsimile, telephonic,

hand-delivery, or other means reasonably calculated to give actual notice to the affected.

4.      The Clerk shall provide a copy of this order and notice of its entry to the parties

listed below.

Date: <u>Apr 12 2024</u>

/s/ Klinette H Kindred

Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: April 12, 2024

**<u>Electronic copies to</u>**:

H. Jason Gold
*Chapter 7 Trustee*

Dylan G. Trache
*Chapter 7 Trustee's Counsel*

Michael T. Freeman
*Asst. U.S. Trustee*