# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) |
| EAGLE PROPERTIES AND INVESTMENTS, LLC, | ) Bankruptcy Case |
| | ) No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |

## NOTICE OF CHAPTER 7 TRUSTEE'S MOTION TO AUTHORIZE OPERATION OF DEBTOR'S BUSINESS AND NOTICE OF HEARING THEREON

PLEASE TAKE NOTICE that H. Jason Gold, the Chapter 7 Trustee ("Trustee"), by counsel, has filed with the clerk of the United States Bankruptcy Court a motion for entry of an order authorizing the operation of the Debtor's business ("Motion"). An expedited hearing on the Motion will be held at:

| **Place of Hearing:** | **Date and Time of Hearing:** |
|---|---|
| Courtroom III, 3rd Floor<br>United States Bankruptcy Court<br>200 South Washington Street<br>Alexandria, Virginia 22314 | April 23, 2024<br>at 11:00 a.m. |

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not wish the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must attend the hearing at the place and the date shown above and orally state your responses/objections to the Motion. The requirement for a written response to the Motion is waived and responses/objections may be raised orally at the hearing.

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

    Respectfully submitted,

    H. Jason Gold, TRUSTEE

    By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email: dylan.trache@nelsonmullins.com

By:   /s/ Dylan G. Trache
      Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of April, 2024, the foregoing Notice was served via U.S. mail upon the creditors and parties in interest on the attached service list.[1]

    /s/ Dylan G. Trache
    Dylan G. Trache

---

[1] Pursuant to Local Rule 5005-1(C)(8), the attached service list is not being served on each of the parties, but is attached to the original Certificate of Service filed with the Court.

4886-9596-3062