# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

Case Number   23−10566−KHK
Chapter   7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Eagle Properties and Investments LLC
445 Windover Ave North West
Vienna, VA 22180

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: 81−1634545

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

Date: **July 12, 2024**

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.uscourts.gov) to view your filed proof of claim.

Effective November 1, 2022, the Court's Electronic Proof of Claim (ePOC) application may be used by a claimant or claimant's agent to file a Proof of Claim electronically via the Court's internet web home page, www.vaeb.uscourts.gov. No ECF registrant login or password is required to file a proof of claim in this manner.

There is no fee for filing the proof of claim

**Any creditor who already has filed a proof of claim need not file another proof of claim.**

DATED: April 11, 2024                                              For the Court,

Address of the Bankruptcy Court                                    William C. Redden, Clerk
200 South Washington Street                                        United States Bankruptcy Court
Alexandria, VA 22314

[B2040vaebOct2022.jsp]

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-10566-KHK |
| Eagle Properties and Investments LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: TaiGlennB | Page 1 of 6 |
| Date Rcvd: Apr 11, 2024 | Form ID: 2040 | Total Noticed: 80 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eagle Properties and Investments LLC, 445 Windover Ave North West, Vienna, VA 22180-4232 |
| aty | + | Eric S. Schuster, Funk & Bolton, P.A., 100 Light Street, Suite 1400, Baltimore, MD 21202-1188 |
| cr | + | Aero Mortgage Loan Trust 2019- 1, 8100 Three Chopt Rd., Suite 240, Richmond, VA 23229-4833 |
| desig | + | Amit Jain, 445 Windover Ave North West, Vienna, VA 22180-4232 |
| cr | + | Bank of Clarke County, c/o Hannah W. Hutman, Esq., Hoover Penrod, PLC, 342 S. Main Street, Harrisonburg, VA 22801-3628 |
| cr | + | Fulton Bank, N.A., c/o David S. Musgrave, Esquire, Gordon Feinblatt LLC, 1001 Fleet Street, Suite 700, Baltimore, MD 21202 UNITED STATES 21202-4363 |
| cr | + | Gitsit Solutions, LLC, c/o Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| prf | + | N D Greene PC, N D Greene PC, 3977 Chain Bridge Rd, Suite 1, Faifax, VA 22030-3308 |
| cr | + | Orrstown Bank, c/o Stephen Nichols, Esq., Offit Kurman PA, 7501 Wisconsin Ave. Suite 1000W, Bethesda, MD 20814-6604 |
| intp | + | SC&H Group, c/o Miles & Stockbridge P.C., 1201 Pennsylvania Ave., NW, Ste. 900, Washington, DC 20004-2464 |
| cr | + | Shore United Bank, 200 West Gate Circle, Suite 200, Annapolis, MD 21401-3377 |
| RE | + | Stephen Karbelk, Team Leader, RealMarkets, Century 21 New Millennium, 6629 Old Dominion Dr, McLean, VA 22101-4516 |
| cr | + | Trinity Universal Insurance Company, c/o Man Global Private Mkts. (USA), Inc., 1345 Avenue of the Americas 21st Floor, New York, NY 10105, UNITED STATES 10105-0199 |
| cr | | Vienna Oaks Office Center Condominium, c/o Rees Broome, PC, Suite 700, Tysons Corner, VA 22182 |
| cr | + | Virginia Partners Bank, 410 William St., Fredericksburg, VA 22401-5834 |
| 16114180 | + | Asset Based Lending, PO BOX 27370, Anaheim, CA 92809-0112 |
| 16114181 | + | Atlantic Union Bank, 8221 Old Courthouse Rd Ste 100,, Tysons, VA 22182-3839 |
| 16114182 | + | Bala Jain, Christopher L. Rogan, Esq., 50 Catoctin Circle, NE, Suite 300, Leesburg, VA 20176-3101 |
| 16114185 | + | Bala Jain LLC, 6007 Marilyn Drive, Alexandria, VA 2231- 22310-1516 |
| 16114184 | + | Bala Jain LLC, 6007 Marilyn Drive, Alexandria, VA 22310-1516 |
| 16114188 | + | Bank Of Clarke, 110 Crock Wells Mill Drive, Winchester, VA 22603-3943 |
| 16114189 | + | Bank Of Clarke County, 2 East Main Street, Berryville, VA 22611-1338 |
| 16160710 | + | Bank of Clarke, c/o Hannah W. Hutman, Esq., Hoover Penrod, PLC, 342 S. Main Street, Harrisonburg, VA 22801-3628 |
| 16114190 | + | Betsy Dalton, 1003 Lynn St SW, Vienna, VA 22180-6428 |
| 16114191 | #+ | Candice Goodman, 15474 Roxbury Rd, Glenwood, MD 21738-9306 |
| 16114193 | | Community Bank Of Chesapeake, 202 Centennial St,, La Plata, MD 20646 |
| 16158701 | + | Community Bank of the Chesapeake, Atten: Jared Krahler, 3035 Leonardtown Road, Waldorf, MD 20601-3112, , |
| 16114194 | | County of Fairfax, Department of Tax Administration, Revenu, Suite 223, Fairfax, VA 22035 |
| 16114200 | + | DTMA, 670 Clearwater RD, Hershey, PA 17033-2453 |
| 16114196 | | Dauphin County Office of Tax Claim Bureau, Dauphin County Administration Building,, PO Box No 1295, Harrisburg, PA 17108 |
| 16225267 | + | Dauphin County Tax Claim Bureau, P. O. Box 1295, Harrisburg, PA 17108-1295 |
| 16114197 | + | Department of Finance Howard county, Property Tax Division, 3430, Court House, Ellicott City, MD 21043-4300 |
| 16114198 | + | Devon England, 213 N Port St, Baltimore , MD 21224-1027 |
| 16135740 | + | Fulton Bank, N.A., c/o David S. Musgrave, Esquire, Gordon Feinblatt LLC, 1001 Fleet Street, Suite 700, Baltimore, Maryland 21202-4363 |
| 16307385 | + | Gitsit Solutions, LLC, 333 South Anita Drive, Suite 400, Orange, CA 92868-3314 |
| 16114202 | + | Gus Goldsmith, Justin P. Fasano, 6411 Ivy Lane, Suite 200, Greenbelt, MD 20770-1405 |
| 16114203 | + | Gus Goldsmith, 18205 Biscayne Blvd, Suite 2226, Aventura, FL 33160-2149 |
| 16114205 | #+ | Joshua Fowlers, 580 W Areba Ave, Hershey , PA 17033-1605 |
| 16390632 | + | LINKBANK, 1250 Camphill Bypass, Suite 202, Camp Hill, PA 17011-3718 |
| 16114206 | + | Lincoln Financing, 9030 Stony Point Pkwy, Richmond, VA 23235-1957 |
| 16114207 | | Lincoln Automotive Financial Services, PO Box 2400, Edmonton, Alberta, T5J 5C7, |
| 16114208 | + | Main Street Bank, 10089 Fairfax Blvd., Fairfax, VA 22030-1742 |

Case 23-10566-KHK   Doc 393   Filed 04/13/24   Entered 04/14/24 00:12:35   Desc
Imaged Certificate of Notice   Page 3 of 7

| District/off: 0422-9 | User: TaiGlennB | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Apr 11, 2024 | Form ID: 2040 | Total Noticed: 80 |

| | | |
|---|---|---|
| 16144861 | + | MainStreet Bank, c/o Eric S. Schuster, Esq., 100 Light Street, Suite 1400, Baltimore, Maryland 21202-1188 |
| 16114210 | + | Monika Jain, 445 Windover Ave North West, Vienna, VA 22180-4232 |
| 16114211 | + | Monika Jain, 445 Windover Drive, Vienna, VA 22180-4232 |
| 16202239 | + | NP Master Trust I (Cayman) LLC, c/o Andrea C. Davison, 2311 Wilson Blvd Suite 500, Arlington VA 22201-5422 |
| 16114212 | + | Orrstown Bank, Offit/Kuman PA, 7501 Wisconsin Ave #1000W, Bethesda, MD 20814-6604 |
| 16114215 | + | Stafford County, Laura M Rudy, Treasurer, PO Box 68, Stafford, VA 22555-0068 |
| 16171177 | + | Stafford County Attorney's Office, 1300 Courthouse Road, P.O. Box 339, Stafford, VA 22555-0339 |
| 16114216 | + | Town Of Vienna Water and Sewer Bill, 127 Center St, Vienna, VA 22180-5719 |
| 16203040 | + | Trinity Universal Insurance Company, c/o Man Global Private Mkts. (USA) Inc., Attn: Legal, 1345 Avenue of the Americas, 21st Floor, New York, NY 10105-0199 |
| 16114217 | + | Troy Mason, 3002 Williamsburg Rd, Richmond , VA 23231-2128 |
| 16114218 | + | Turkey Hill, 1635 Church Rd, Hershey , PA 17033-1812 |
| 16114220 | + | Verizon Fios, 1430 Walnut St, Philadelphia, PA 19102-4021 |
| 16201454 | + | Vienna Oaks Office Center Condominium, c/o Erik W. Fox, Rees Broome, 1900 Gallows Road, Sutie 700, Tysons Corner, VA 22182-3886 |
| 16114221 | + | Virginia Partners Bank, LINKBANK, 1250 Camphill Bypass, Suite 202, Camp Hill, PA 17011-3718 |
| 16114223 | + | Waste Management, P O Box 13577, Philadelphia, PA 19101-3577 |
| 16114224 | | West Hanover Tap Water and Sewer, 7091 Jonestown Rd, Harrisburg, PA 17112 |
| 16201733 | | Wilmington Savings Fund Society, FSB, FCI Lender Services, Inc., P.O. Box 27370, Anaheim Hills, CA 92809-0112 |

TOTAL: 59

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@atlanticunionbank.com | Apr 12 2024 00:35:00 | Atlantic Union Bank, 1051 E. Cary Street, Suite 1200, Richmond, VA 23219-4044 |
| prof | | Email/Text: stephen@realmarkets.com | Apr 12 2024 00:33:00 | Stephen Karbelk, Team Leader, RealMarkets, Century 21 New Millennium, 20405 Exchange St, Suite 221, Ashburn, VA 20147 |
| 16114179 | + | Email/Text: amscbankruptcy@adt.com | Apr 12 2024 00:35:00 | ADT, P O Box 371878, Pittsburgh, PA 15250-7878 |
| 16154988 | | Email/Text: bankruptcy@atlanticunionbank.com | Apr 12 2024 00:34:00 | Atlantic Union Bank, PO Box 176, Blacksburg, VA 24063 |
| 16128769 | | Email/PDF: bncnotices@becket-lee.com | Apr 12 2024 01:00:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16206846 | + | Email/Text: bankruptcy@henrico.us | Apr 12 2024 00:35:00 | COUNTY OF HENRICO, VIRGINIA, SARA L. MAYNARD, ASST. COUNTY ATTORNEY, P. O. BOX 90775, HENRICO, VIRGINIA 23273-0775 |
| 16146016 | + | EDI: AIS.COM | Apr 12 2024 04:27:00 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16114192 | + | Email/Text: BANKRUPTCY.NOTICES@RICHMONDGOV.COM | Apr 12 2024 00:35:24 | City of Richmond, Division of Collections PO Box 26505, Richmond, VA 23261-6505 |
| 16139949 | + | Email/Text: BANKRUPTCY.NOTICES@RICHMONDGOV.COM | Apr 12 2024 00:35:24 | City of Richmond City Hall, Room 109 Delinquent Taxes, 900 East Broad Street, Richmond VA 23219-1907 |
| 16114195 | + | Email/Text: bankruptcy@henrico.us | Apr 12 2024 00:35:00 | County of Henrico, Department of Finance, PO Box 90775, Henrico, VA 23273-0775 |
| 16114199 | | Email/Text: DEbankruptcy@domenergy.com | Apr 12 2024 00:34:00 | Dominion Energy, P O Box 26543, Richmond, VA 23290 |
| 16114201 | + | Email/Text: bankruptcy@fultonbank.com | Apr 12 2024 00:36:00 | Fulton Bank, 625 Elden St,, Herndon, VA 20170-4739 |
| 16307385 | + | Email/Text: bankruptcy@gitsitusa.com | Apr 12 2024 00:35:00 | Gitsit Solutions, LLC, 333 South Anita Drive, Suite 400, Orange, CA 92868-3314 |
| 16114655 | | EDI: IRS.COM | Apr 12 2024 04:21:00 | Internal Revenue Service, Special Procedures |

| District/off: 0422-9 | User: TaiGlennB | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Apr 11, 2024 | Form ID: 2040 | Total Noticed: 80 |

| | | | | |
|---|---|---|---|---|
| | | | | Support Staff, P. O. Box 10025, Richmond, VA 23240 |
| 16119152 | | Email/Text: EBNBKNOT@ford.com | Apr 12 2024 00:35:00 | Lincoln Automotive Financial Services, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 16114209 | + | Email/Text: Bankruptcy_group@baltimorecity.gov | Apr 12 2024 00:34:00 | Mayor and City Council Baltimore, Bureau of Revenue Collections, 200 Holliday Street Room #1, Bankruptcy, Baltimore, MD 21202-6295 |
| 16114214 | ^ | MEBN | Apr 12 2024 00:31:12 | PPL Electric Utilities, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 16114213 | + | Email/Text: csc.bankruptcy@amwater.com | Apr 12 2024 00:35:00 | Pennsylvania American Water, P O Box 371412, Pittsburgh, PA 15250-7412 |
| 16114656 | | Email/Text: atlreorg@sec.gov | Apr 12 2024 00:35:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Rd, Suite 900, Atlanta, GA 30326-1382 |
| 16114219 | | Email/Text: bkrcy@ugi.com | Apr 12 2024 00:35:00 | UGI Utilities Inc, 400 Stewart Rd, Hanover, PA 18706 |
| 16123391 | | Email/Text: bkrcy@ugi.com | Apr 12 2024 00:35:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |
| 16114222 | + | Email/Text: Bankruptcy@washgas.com | Apr 12 2024 00:35:00 | Washington Gas, 6801 Industrial Rd, Springfield, VA 22151-4205 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Gus Goldsmith |
| cr | | Lincoln Automotive Financial Services |
| cr | | MainStreet Bank |
| prf | | Maurice VerStandig |
| intp | | Primis Bank |
| 16114187 | | Bala Jain LLC |
| 16114204 | | Isidoro Pulido Luna, 202 N Port St |
| cr | *+ | Bala Jain LLC, 6007 Marilyn Dr., Alexandria, VA 22310-1516 |
| 16129703 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16144799 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16114183 | *+ | Bala Jain LLC, Christopher L. Rogan, Esq., 50 Catoctin Circle, NE Suite 300, Leesburg, VA 20176-3101 |
| 16114186 | *+ | Bala Jain LLC, 6007 Marilyn Drive, Alexandria, VA 22310-1516 |

TOTAL: 7 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2024        Signature:        /s/Gustava Winters

Case 23-10566-KHK   Doc 393   Filed 04/13/24   Entered 04/14/24 00:12:35   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0422-9 | User: TaiGlennB | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Apr 11, 2024 | Form ID: 2040 | Total Noticed: 80 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Barry W. Spear
on behalf of Creditor Aero Mortgage Loan Trust 2019- 1 Barry.Spear@bww-law.com bankruptcy@bww-law.com

Bradley J. Swallow
on behalf of Defendant Main Street Bank bswallow@fblaw.com

Bradley J. Swallow
on behalf of Creditor MainStreet Bank bswallow@fblaw.com

Carl A. Eason
on behalf of Creditor Lincoln Automotive Financial Services bankruptcy@wolriv.com

Christian K. Vogel
on behalf of Interested Party Primis Bank kvogel@vogelandcromwell.com

Christian K. Vogel
on behalf of Defendant Primis Bank f/k/a Sona Bank kvogel@vogelandcromwell.com

Christopher A. Jones
on behalf of Debtor Eagle Properties and Investments LLC cajones@whitefordlaw.com clano@whitefordlaw.com,dchaney@whitefordlaw.com

Christopher L. Rogan
on behalf of Defendant Shail Butani crogan@rmzlawfirm.com

Christopher L. Rogan
on behalf of Creditor Bala Jain LLC crogan@rmzlawfirm.com

Christopher L. Rogan
on behalf of Defendant Ishwer Butani crogan@rmzlawfirm.com

Christopher L. Rogan
on behalf of Defendant Bala Jain LLC crogan@rmzlawfirm.com

Corey Simpson Booker
on behalf of Creditor Atlantic Union Bank corey.booker@atlanticunionbank.com

Craig M. Palik
on behalf of Creditor Trinity Universal Insurance Company cpalik@mhlawyers.com cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnickerson@mhlawyers.com

David S. Musgrave
on behalf of Creditor Fulton Bank N.A. dmusgrave@gfrlaw.com, vhilbun@gfrlaw.com

David S. Musgrave
on behalf of Defendant Fulton Financial Corporation dmusgrave@gfrlaw.com vhilbun@gfrlaw.com

Dylan G. Trache
on behalf of Trustee H. Jason Gold dylan.trache@nelsonmullins.com linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Elizabeth Husebo
on behalf of Defendant Daniel J. Kotz ehusebo@grsm.com

Elizabeth Husebo
on behalf of Defendant First Class Title Inc. ehusebo@grsm.com

Erik W. Fox
on behalf of Creditor Vienna Oaks Office Center Condominium efox@reesbroome.com rhurley@reesbroome.com;rchambers@reesbroome.com;pgoodwine@reesbroome.com

Gerard R. Vetter
ustpregion04.ax.ecf@usdoj.gov

H. Jason Gold
goldtrustee@fiduciaryservicesgroup.com VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com

Hannah White Hutman
on behalf of Creditor Bank of Clarke County hhutman@hooverpenrod.com scurtis@hooverpenrod.com;hooverpenrodplc@jubileebk.net

J. P. McGuire Boyd, Jr
on behalf of Defendant Atlantic Union Bank mboyd@williamsmullen.com

| | |
|---|---|
| J. P. McGuire Boyd, Jr | on behalf of Creditor Atlantic Union Bank mboyd@williamsmullen.com |
| J. P. McGuire Boyd, Jr | on behalf of Defendant Bank of Clarke County mboyd@williamsmullen.com |
| Jack Frankel | on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;paula.f.blades@usdoj.gov;robert.w.ours@usdoj.gov |
| James R. Meizanis, Jr. | on behalf of Creditor Virginia Partners Bank jmeizanis@bklawva.com jroot@bklawva.com;mnoble@bklawva.com |
| Jeffery T. Martin, Jr. | on behalf of Debtor Eagle Properties and Investments LLC jeff@martinlawgroupva.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com |
| Jeffery T. Martin, Jr. | on behalf of Plaintiff Eagle Properties and Investments LLC jeff@martinlawgroupva.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com |
| Jeffery T. Martin, Jr. | on behalf of Counter-Defendant Eagle Properties and Investments LLC jeff@martinlawgroupva.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com |
| Jeremy B. Root | on behalf of Creditor Virginia Partners Bank jroot@bklawva.com tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com |
| John E Reid | on behalf of Debtor Eagle Properties and Investments LLC jack@martinlawgroupva.com |
| John Tucker Farnum | on behalf of Interested Party SC&H Group jfarnum@milesstockbridge.com jfarnumecfnotices@gmail.com;dbernard@milesstockbridge.com |
| Joshua David Stiff | on behalf of Debtor Eagle Properties and Investments LLC jstiff@wtplaw.com eslate@wtplaw.com;dchaney@whitefordlaw.com |
| Justin Fasano | on behalf of Creditor Gus Goldsmith jfasano@mhlawyers.com jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;sshin@mhlawyers.com;dmoorehead@mhlawyers.com |
| Lee S Raphael | on behalf of Creditor Gitsit Solutions  LLC ecf1@ecf.courtdrive.com, cmartin@pralc.com |
| Maurice Belmont VerStandig | on behalf of Professional Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Nancy Greene | on behalf of Debtor Eagle Properties and Investments LLC ndg@ndglaw.com |
| Nancy Greene | on behalf of Plaintiff Eagle Properties and Investments LLC ndg@ndglaw.com |
| Nancy Greene | on behalf of Professional N D Greene PC ndg@ndglaw.com |
| Richard E. Hagerty | on behalf of Defendant Navy Federal Financial Group  LLC richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;natalya.diamond@troutman.com |
| Robert Hockenbury | on behalf of Creditor Shore United Bank robert.hockenbury@wbd-us.com |
| Robert M. Marino | on behalf of Defendant Shail Butani rmmarino@rpb-law.com rmmarino1@aol.com |
| Robert M. Marino | on behalf of Defendant Ishwer Butani rmmarino@rpb-law.com rmmarino1@aol.com |
| Robert M. Marino | on behalf of Creditor Bala Jain LLC rmmarino@rpb-law.com rmmarino1@aol.com |
| Stephanie Gardner Bortnick | on behalf of Defendant Daniel J. Kotz sbortnick@grsm.com |
| Stephanie Gardner Bortnick | on behalf of Defendant First Class Title  Inc. sbortnick@grsm.com |
| Stephanie Gardner Bortnick | on behalf of Defendant Daniel Kotz sbortnick@grsm.com |

Stephen W. Nichols
　　　　　　　　　　on behalf of Creditor Orrstown Bank snichols@offitkurman.com

TOTAL: 49