```
Label Matrix for local noticing           ADT                                          Aero Mortgage Loan Trust 2019- 1
0422-1                                    P O Box 371878                               8100 Three Chopt Rd.
Case 23-10566-KHK                         Pittsburgh, PA 15250-7878                    Suite 240
Eastern District of Virginia                                                           Richmond, VA 23229-4833
Alexandria
Tue Apr 16 11:45:10 EDT 2024

American Express National Bank            Asset Based Lending                          Atlantic Union Bank
c/o Becket and Lee LLP                    PO BOX 27370                                 1051 E. Cary Street
PO Box 3001                               Anaheim, CA 92809-0112                       Suite 1200
Malvern  PA 19355-0701                                                                 Richmond, VA 23219-4044


Atlantic Union Bank                       (p)ATLANTIC UNION BANK                       Bala Jain
8221 Old Courthouse Rd Ste 100,           P O BOX 176                                  Christopher L. Rogan, Esq.
Tysons, VA 22182-3839                     BLACKSBURG VA 24063-0176                     50 Catoctin Circle, NE, Suite 300
                                                                                       Leesburg, VA 20176-3101


Bala Jain LLC                             Bala Jain LLC                                Bank Of Clarke
6007 Marilyn Dr.                          6007 Marilyn Drive                           110 Crock Wells Mill Drive
Alexandria, VA 22310-1516                 Alexandria, VA 2231- 22310-1516              Winchester, VA 22603-3943


Bank Of Clarke County                     Bank of Clarke                               Bank of Clarke County
2 East Main Street                        c/o Hannah W. Hutman, Esq.                   c/o Hannah W. Hutman, Esq.
Berryville, VA 22611-1338                 Hoover Penrod, PLC                           Hoover Penrod, PLC
                                          342 S. Main Street                           342 S. Main Street
                                          Harrisonburg, VA 22801-3628                  Harrisonburg, VA 22801-3628

Betsy Dalton                              Corey Simpson Booker                         J. P. McGuire Boyd Jr
1003 Lynn St SW                           1051 East Cary Street                        Williams Mullen, P.C.
Vienna, VA 22180-6428                     Suite 1200                                   200 South 10th Street
                                          Richmond, VA 23219-4044                      Richmond, VA 23219-4091


COUNTY OF HENRICO, VIRGINIA               Candice Goodman                              Capital One N.A.
SARA L. MAYNARD, ASST. COUNTY ATTORNEY    15474 Roxbury Rd                             by American InfoSource as agent
P. O. BOX 90775                           Glenwood, MD 21738-9306                      4515 N Santa Fe Ave
HENRICO, VIRGINIA 23273-0775                                                           Oklahoma City, OK 73118-7901


City of Richmond                          City of Richmond  City Hall                  Community Bank Of Chesapeake
Division of Collections PO Box 26505      Room 109 Delinquent Taxes                    202 Centennial St,
Richmond, VA 23261-6505                   900 East Broad Street                        La Plata, MD 20646
                                          Richmond VA 23219-1907


Community Bank of the Chesapeake          County of Fairfax                            County of Henrico
Atten: Jared Krahler                      Department of Tax Administration, Revenu     Department of Finance, PO Box 90775
3035 Leonardtown Road                     Suite 223                                    Henrico, VA 23273-0775
Waldorf, MD 20601-3112                    Fairfax, VA 22035
,

DTMA                                      Dauphin County Office of Tax Claim Bureau    Dauphin County Tax Claim Bureau
670 Clearwater RD                         Dauphin County Administration Building,      P. O. Box 1295
Hershey, PA 17033-2453                    PO Box No 1295                               Harrisburg, PA 17108-1295
                                          Harrisburg, PA 17108
```

Department of Finance Howard county
Property Tax Division, 3430, Court House
Ellicott City, MD 21043-4300

Devon England
213 N Port St
Baltimore , MD 21224-1027

(p)DOMINION ENERGY VIRGINIA NORTH CAROLINA
PO BOX 26666
RICHMOND VA 23261-6666


Eagle Properties and Investments LLC
445 Windover Ave North West
Vienna, VA 22180-4232

Carl A. Eason
Wolcott Rivers Gates
200 Bendix Road, Suite 300
Virginia Beach, VA 23452-1396

John Tucker Farnum
Miles and Stockbridge PC
1201 Pennsylvania Ave
Suite 900
Washington, DC 20004-2464


Justin Fasano
McNamee Hosea, P.A.
6404 Ivy Lane
Ste 820
Greenbelt, MD 20770-1416

Erik W. Fox
Rees Broome, PC
1900 Gallows Road
Suite 700
Vienna, VA 22182-3886

Jack Frankel
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314-3489


Fulton Bank
625 Elden St,
Herndon, VA 20170-4739

Fulton Bank, N.A.
c/o David S. Musgrave, Esquire
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202-4363

Fulton Bank, N.A.
c/o David S. Musgrave, Esquire
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202-4363


Gitsit Solutions, LLC
c/o Prober & Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364-6207

Gitsit Solutions, LLC
333 South Anita Drive, Suite 400
Orange, CA 92868-3314

H. Jason Gold
H. Jason Gold, Trustee
P.O. Box 57359
Washington, DC 20037-0359


Nancy Greene
N D Greene PC
3977 Chain Bridge Rd
Suite 1
Fairfax, VA 22030-3308

Gus Goldsmith
18205 Biscayne Blvd, Suite 2226
Aventura, FL 33160-2149

Gus Goldsmith
Justin P. Fasano
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770-1405


Robert Hockenbury
Womble Bond Dickinson (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202-1153

Hannah White Hutman
Hoover Penrod, PLC
342 S. Main Street
Harrisonburg, VA 22801-3628

Internal Revenue Service
Special Procedures Support Staff
P. O. Box 10025
Richmond, VA 23240


Amit Jain
445 Windover Ave North West
Vienna, VA 22180-4232

Christopher A. Jones
Whiteford Taylor & Preston, LLP
3190 Fairview Park Dr.
Suite 800
Falls Church, VA 22042-4558

Joshua Fowlers
580 W Areba Ave
Hershey , PA 17033-1605


(p)REALMARKETS
20333 MEDALIST DRIVE
ASHBURN VA 20147-4184

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
6629 Old Dominion Dr
McLean, VA 22101-4516

LINKBANK
1250 Camphill Bypass, Suite 202
Camp Hill, PA 17011-3718


Lincoin Financing
9030 Stony Point Pkwy
Richmond, VA 23235-1957

Lincoln Automotive Financial Services
P.O. Box 62180
Colorado Springs, CO 80962-2180

Lincoln Automotive Financial Services
PO Box 2400, Edmonton, Alberta, T5J 5C7,

```
Main Street Bank                    Main Street Bank                      Robert M. Marino
10089 Fairfax Blvd.                 c/o Eric S. Schuster, Esq.            Redmon Peyton & Braswell, LLP
Fairfax, VA 22030-1742              100 Light Street, Suite 1400          510 King Street
                                    Baltimore, Maryland 21202-1188        Suite 301
                                                                          Alexandria, VA 22314-3184


Jeffery T. Martin Jr.               Mayor and City Council Baltimore      James R. Meizanis Jr.
Martin Law Group, P.C.              Bureau of Revenue Collections         Blankingship & Keith, PC
8065 Leesburg Pike                  200 Holliday Street Room #1           4020 University Drive
Ste 750                             Bankruptcy                            Suite 300
Vienna, VA 22182-2702               Baltimore, MD 21202-6295              Fairfax, VA 22030-6802


Monika Jain                         Monika Jain                           David S. Musgrave
445 Windover Ave North West         445 Windover Drive                    Gordon Feinblatt LLC
Vienna, VA 22180-4232               Vienna                                233 East Redwood Street
                                    VA 22180-4232                         Baltimore, MD 21202-3332


N D Greene PC                       NP Master Trust I (Cayman) LLC        Stephen W. Nichols
N D Greene PC                       c/o Andrea C. Davison                 Offit Kurman, P.A.
3977 Chain Bridge Rd                2311 Wilson Blvd Suite 500            4800 Montgomery Lane
Suite 1                             Arlington VA 22201-5422               9th Floor
Faifax, VA 22030-3308                                                     Bethesda, MD 20814-3429


Orrstown Bank                       Orrstown Bank                         PPL Electric Utilities
c/o Stephen Nichols, Esq.           Offit/Kuman PA                        827 Hausman Rd
Offit Kurman PA                     7501 Wisconsin Ave #1000W             Allentown, PA 18104-9392
7501 Wisconsin Ave. Suite 1000W     Bethesda, MD 20814-6604
Bethesda, MD 20814-6604


Craig M. Palik                      Pennsylvania American Water           Lee S Raphael
McNamee Hosea                       P O Box 371412                        Prober & Raphael, Law Corporation
6404 Ivy Lane                       Pittsburgh, PA 15250-7412             20750 Ventura BLVD., Suite 100
Suite 820                                                                 Woodland Hills, CA 91364-6207
Greenbelt, MD 20770-1416


John E Reid                         Christopher L. Rogan                  Jeremy B. Root
Martin Law Group, P.C.              RoganMillerZimmerman, PLLC            Blankingship & Keith, P.C.
8065 Leesburg Pike                  50 Catoctin Circle, N.E., Suite 300   4020 University Dr. Ste. 300
Suite 750                           Leesburg, VA 20176-3101               Fairfax, VA 22030-6802
Vienna, VA 22182-2702


SC&H Group                          Eric S. Schuster                      Shore United Bank
c/o Miles & Stockbridge P.C.        Funk & Bolton, P.A.                   200 West Gate Circle
1201 Pennsylvania Ave., NW          100 Light Street, Suite 1400          Suite 200
Ste. 900                            Baltimore, MD 21202-1188              Annapolis, MD 21401-3377
Washington, DC 20004-2464


Barry W. Spear                      Stafford County                       Stafford County Attorney's Office
BWW Law Group, LLC                  Laura M Rudy, Treasurer, PO Box 68    1300 Courthouse Road
8100 Three Chopt Road               Stafford, VA 22555-0068               P.O. Box 339
Suite 240                                                                 Stafford, VA 22555-0339
Richmond, VA 23229-4833


Joshua David Stiff                  Bradley J. Swallow                    Town Of Vienna Water and Sewer Bill
Whiteford Taylor Preston LLP        Funk & Bolton, P.A.                   127 Center St
249 Central Park Avenue             100 Light Street, Suite 1400          Vienna, VA 22180-5719
Suite 300                           Baltimore, MD 21202-1188
Virginia Beach, VA 23462-3271
```

| | | |
|---|---|---|
| Dylan G. Trache<br>Nelson Mullins Riley & Scarborough LLP<br>101 Constitution Avenue, N.W.<br>Suite 900<br>Washington, DC 20001-2133 | Trinity Universal Insurance Company<br>c/o Man Global Private Mkts. (USA), Inc.<br>1345 Avenue of the Americas 21st Floor<br>New York, NY 10105-0199 | Trinity Universal Insurance Company<br>c/o Man Global Private Mkts. (USA) Inc.<br>Attn: Legal<br>1345 Avenue of the Americas, 21st Floor<br>New York, NY 10105-0199 |
| Troy Mason<br>3002 Williamsburg Rd<br>Richmond , VA 23231-2128 | Turkey Hill<br>1635 Church Rd<br>Hershey , PA 17033-1812 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Rd, Suite 900<br>Atlanta, GA 30326-1382 |
| U.S. Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314-3489 | (p)UGI UTILITIES INC<br>ATTN CREDIT & COLLECTIONS<br>P O BOX 13009<br>READING PA 19612-3009 | UST smg Alexandria<br>Office of the U. S. Trustee<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Roads, #114-160<br>Potomac, MD 20854-3976 | Verizon Fios<br>1430 Walnut St<br>Philadelphia, PA 19102-4021 | Gerard R. Vetter<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| Vienna Oaks Office Center Condominium<br>c/o Rees Broome, PC<br>Suite 700<br>Tysons Corner, VA 22182 | Vienna Oaks Office Center Condominium<br>c/o Erik W. Fox, Rees Broome<br>1900 Gallows Road, Sutie 700<br>Tysons Corner, VA 22182-3886 | Virginia Partners Bank<br>410 William St.<br>Fredericksburg, VA 22401-5834 |
| Virginia Partners Bank<br>LINKBANK<br>1250 Camphill Bypass, Suite 202<br>Camp Hill, PA 17011-3718 | Christian K. Vogel<br>Vogel Law Group, PLC<br>513 Forest Ave.<br>Suite 205<br>Richmond, VA 23229-6850 | Washington Gas<br>6801 Industrial Rd<br>Springfield, VA 22151-4205 |
| Waste Management<br>P O Box 13577<br>Philadelphia, PA 19101-3577 | West Hanover Tap Water and Sewer<br>7091 Jonestown Rd<br>Harrisburg, PA 17112 | Wilmington Savings Fund Society, FSB<br>FCI Lender Services, Inc.<br>P.O. Box 27370<br>Anaheim Hills, CA 92809-0112 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlantic Union Bank<br>PO Box 176<br>Blacksburg, VA 24063 | Dominion Energy<br>P O Box 26543<br>Richmond, VA 23290 | Stephen Karbelk<br>Team Leader, RealMarkets<br>Century 21 New Millennium<br>20405 Exchange St, Suite 221<br>Ashburn, VA 20147 |
| UGI Utilities Inc<br>400 Stewart Rd<br>Hanover, PA 18706 | (d)UGI Utilities, Inc.<br>PO Box 13009<br>Reading, PA 19612 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bala Jain LLC

(d)Bala Jain LLC
6007 Marilyn Drive
Alexandria, VA 22310-1516

(d)Bala Jain LLC
6007 Marilyn Drive
Alexandria, VA 22310-1516


(d)Bala Jain LLC
Christopher L. Rogan, Esq.
50 Catoctin Circle, NE Suite 300
Leesburg, VA 20176-3101

(u)Gus Goldsmith

(u)Isidoro Pulido Luna
202 N Port St


(u)Lincoln Automotive Financial Services

(u)MainStreet Bank

(u)Primis Bank


(u)Maurice VerStandig

End of Label Matrix
Mailable recipients   110
Bypassed recipients    10
Total                 120