```
Label Matrix for local noticing        ADT                                      Aero Mortgage Loan Trust 2019- 1
0422-1                                  P O Box 371878                          8100 Three Chopt Rd.
Case 23-10566-KHK                       Pittsburgh, PA 15250-7878                Suite 240
Eastern District of Virginia                                                    Richmond, VA 23229-4833
Alexandria
Tue Apr 16 11:45:10 EDT 2024

American Express National Bank          Asset Based Lending                     Atlantic Union Bank
c/o Becket and Lee LLP                  PO BOX 27370                            1051 E. Cary Street
PO Box 3001                             Anaheim, CA 92809-0112                  Suite 1200
Malvern  PA 19355-0701                                                          Richmond, VA 23219-4044


Atlantic Union Bank                     (p)ATLANTIC UNION BANK                  Bala Jain
8221 Old Courthouse Rd Ste 100,         P O BOX 176                             Christopher L. Rogan, Esq.
Tysons, VA 22182-3839                   BLACKSBURG VA 24063-0176                50 Catoctin Circle, NE, Suite 300
                                                                                Leesburg, VA 20176-3101


Bala Jain LLC                           Bala Jain LLC                           Bank Of Clarke
6007 Marilyn Dr.                        6007 Marilyn Drive                      110 Crock Wells Mill Drive
Alexandria, VA 22310-1516               Alexandria, VA 2231- 22310-1516         Winchester, VA 22603-3943


Bank Of Clarke County                   Bank of Clarke                          Bank of Clarke County
2 East Main Street                      c/o Hannah W. Hutman, Esq.              c/o Hannah W. Hutman, Esq.
Berryville, VA 22611-1338               Hoover Penrod, PLC                      Hoover Penrod, PLC
                                        342 S. Main Street                      342 S. Main Street
                                        Harrisonburg, VA 22801-3628             Harrisonburg, VA 22801-3628


Betsy Dalton                            Corey Simpson Booker                    J. P. McGuire Boyd Jr
1003 Lynn St SW                         1051 East Cary Street                   Williams Mullen, P.C.
Vienna, VA 22180-6428                   Suite 1200                              200 South 10th Street
                                        Richmond, VA 23219-4044                 Richmond, VA 23219-4091


COUNTY OF HENRICO, VIRGINIA             Candice Goodman                         Capital One N.A.
SARA L. MAYNARD, ASST. COUNTY ATTORNEY  15474 Roxbury Rd                        by American InfoSource as agent
P. O. BOX 90775                         Glenwood, MD 21738-9306                 4515 N Santa Fe Ave
HENRICO, VIRGINIA 23273-0775                                                    Oklahoma City, OK 73118-7901


City of Richmond                        City of Richmond  City Hall             Community Bank Of Chesapeake
Division of Collections PO Box 26505    Room 109 Delinquent Taxes               202 Centennial St,
Richmond, VA 23261-6505                 900 East Broad Street                   La Plata, MD 20646
                                        Richmond VA 23219-1907


Community Bank of the Chesapeake        County of Fairfax                       County of Henrico
Atten: Jared Krahler                    Department of Tax Administration, Revenu Department of Finance, PO Box 90775
3035 Leonardtown Road                   Suite 223                               Henrico, VA 23273-0775
Waldorf, MD 20601-3112                  Fairfax, VA 22035
,

DTMA                                    Dauphin County Office of Tax Claim Bureau  Dauphin County Tax Claim Bureau
670 Clearwater RD                       Dauphin County Administration Building,    P. O. Box 1295
Hershey, PA 17033-2453                  PO Box No 1295                             Harrisburg, PA 17108-1295
                                        Harrisburg, PA 17108
```

Department of Finance Howard county
Property Tax Division, 3430, Court House
Ellicott City, MD 21043-4300

Devon England
213 N Port St
Baltimore , MD 21224-1027

(p)DOMINION ENERGY VIRGINIA NORTH CAROLINA
PO BOX 26666
RICHMOND VA 23261-6666


Eagle Properties and Investments LLC
445 Windover Ave North West
Vienna, VA 22180-4232

Carl A. Eason
Wolcott Rivers Gates
200 Bendix Road, Suite 300
Virginia Beach, VA 23452-1396

John Tucker Farnum
Miles and Stockbridge PC
1201 Pennsylvania Ave
Suite 900
Washington, DC 20004-2464


Justin Fasano
McNamee Hosea, P.A.
6404 Ivy Lane
Ste 820
Greenbelt, MD 20770-1416

Erik W. Fox
Rees Broome, PC
1900 Gallows Road
Suite 700
Vienna, VA 22182-3886

Jack Frankel
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314-3489


Fulton Bank
625 Elden St,
Herndon, VA 20170-4739

Fulton Bank, N.A.
c/o David S. Musgrave, Esquire
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202-4363

Fulton Bank, N.A.
c/o David S. Musgrave, Esquire
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202-4363


Gitsit Solutions, LLC
c/o Prober & Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364-6207

Gitsit Solutions, LLC
333 South Anita Drive, Suite 400
Orange, CA 92868-3314

H. Jason Gold
H. Jason Gold, Trustee
P.O. Box 57359
Washington, DC 20037-0359


Nancy Greene
N D Greene PC
3977 Chain Bridge Rd
Suite 1
Fairfax, VA 22030-3308

Gus Goldsmith
18205 Biscayne Blvd, Suite 2226
Aventura, FL 33160-2149

Gus Goldsmith
Justin P. Fasano
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770-1405


Robert Hockenbury
Womble Bond Dickinson (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202-1153

Hannah White Hutman
Hoover Penrod, PLC
342 S. Main Street
Harrisonburg, VA 22801-3628

Internal Revenue Service
Special Procedures Support Staff
P. O. Box 10025
Richmond, VA 23240


Amit Jain
445 Windover Ave North West
Vienna, VA 22180-4232

Christopher A. Jones
Whiteford Taylor & Preston, LLP
3190 Fairview Park Dr.
Suite 800
Falls Church, VA 22042-4558

Joshua Fowlers
580 W Areba Ave
Hershey , PA 17033-1605


(p)REALMARKETS
20333 MEDALIST DRIVE
ASHBURN VA 20147-4184

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
6629 Old Dominion Dr
McLean, VA 22101-4516

LINKBANK
1250 Camphill Bypass, Suite 202
Camp Hill, PA 17011-3718


Lincoin Financing
9030 Stony Point Pkwy
Richmond, VA 23235-1957

Lincoln Automotive Financial Services
P.O. Box 62180
Colorado Springs, CO 80962-2180

Lincoln Automotive Financial Services
PO Box 2400, Edmonton, Alberta, T5J 5C7,

```
Main Street Bank                 Main Street Bank                     Robert M. Marino
10089 Fairfax Blvd.              c/o Eric S. Schuster, Esq.           Redmon Peyton & Braswell, LLP
Fairfax, VA 22030-1742           100 Light Street, Suite 1400         510 King Street
                                 Baltimore, Maryland 21202-1188       Suite 301
                                                                      Alexandria, VA 22314-3184


Jeffery T. Martin Jr.            Mayor and City Council Baltimore     James R. Meizanis Jr.
Martin Law Group, P.C.           Bureau of Revenue Collections        Blankingship & Keith, PC
8065 Leesburg Pike               200 Holliday Street Room #1          4020 University Drive
Ste 750                          Bankruptcy                           Suite 300
Vienna, VA 22182-2702            Baltimore, MD 21202-6295             Fairfax, VA 22030-6802


Monika Jain                      Monika Jain                          David S. Musgrave
445 Windover Ave North West      445 Windover Drive                   Gordon Feinblatt LLC
Vienna, VA 22180-4232            Vienna                               233 East Redwood Street
                                 VA 22180-4232                        Baltimore, MD 21202-3332


N D Greene PC                    NP Master Trust I (Cayman) LLC       Stephen W. Nichols
N D Greene PC                    c/o Andrea C. Davison                Offit Kurman, P.A.
3977 Chain Bridge Rd             2311 Wilson Blvd Suite 500           4800 Montgomery Lane
Suite 1                          Arlington VA 22201-5422              9th Floor
Faifax, VA 22030-3308                                                 Bethesda, MD 20814-3429


Orrstown Bank                    Orrstown Bank                        PPL Electric Utilities
c/o Stephen Nichols, Esq.        Offit/Kuman PA                       827 Hausman Rd
Offit Kurman PA                  7501 Wisconsin Ave #1000W            Allentown, PA 18104-9392
7501 Wisconsin Ave. Suite 1000W  Bethesda, MD 20814-6604
Bethesda, MD 20814-6604


Craig M. Palik                   Pennsylvania American Water          Lee S Raphael
McNamee Hosea                    P O Box 371412                       Prober & Raphael, Law Corporation
6404 Ivy Lane                    Pittsburgh, PA 15250-7412            20750 Ventura BLVD., Suite 100
Suite 820                                                             Woodland Hills, CA 91364-6207
Greenbelt, MD 20770-1416


John E Reid                      Christopher L. Rogan                 Jeremy B. Root
Martin Law Group, P.C.           RoganMillerZimmerman, PLLC           Blankingship & Keith, P.C.
8065 Leesburg Pike               50 Catoctin Circle, N.E., Suite 300  4020 University Dr. Ste. 300
Suite 750                        Leesburg, VA 20176-3101              Fairfax, VA 22030-6802
Vienna, VA 22182-2702


SC&H Group                       Eric S. Schuster                     Shore United Bank
c/o Miles & Stockbridge P.C.     Funk & Bolton, P.A.                  200 West Gate Circle
1201 Pennsylvania Ave., NW       100 Light Street, Suite 1400         Suite 200
Ste. 900                         Baltimore, MD 21202-1188             Annapolis, MD 21401-3377
Washington, DC 20004-2464


Barry W. Spear                   Stafford County                      Stafford County Attorney's Office
BWW Law Group, LLC               Laura M Rudy, Treasurer, PO Box 68   1300 Courthouse Road
8100 Three Chopt Road            Stafford, VA 22555-0068              P.O. Box 339
Suite 240                                                             Stafford, VA 22555-0339
Richmond, VA 23229-4833


Joshua David Stiff               Bradley J. Swallow                   Town Of Vienna Water and Sewer Bill
Whiteford Taylor Preston LLP     Funk & Bolton, P.A.                  127 Center St
249 Central Park Avenue          100 Light Street, Suite 1400         Vienna, VA 22180-5719
Suite 300                        Baltimore, MD 21202-1188
Virginia Beach, VA 23462-3271
```

| | | |
|---|---|---|
| Dylan G. Trache<br>Nelson Mullins Riley & Scarborough LLP<br>101 Constitution Avenue, N.W.<br>Suite 900<br>Washington, DC 20001-2133 | Trinity Universal Insurance Company<br>c/o Man Global Private Mkts. (USA), Inc.<br>1345 Avenue of the Americas 21st Floor<br>New York, NY 10105-0199 | Trinity Universal Insurance Company<br>c/o Man Global Private Mkts. (USA) Inc.<br>Attn: Legal<br>1345 Avenue of the Americas, 21st Floor<br>New York, NY 10105-0199 |
| Troy Mason<br>3002 Williamsburg Rd<br>Richmond , VA 23231-2128 | Turkey Hill<br>1635 Church Rd<br>Hershey , PA 17033-1812 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Rd, Suite 900<br>Atlanta, GA 30326-1382 |
| U.S. Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314-3489 | (p)UGI UTILITIES INC<br>ATTN CREDIT & COLLECTIONS<br>P O BOX 13009<br>READING PA 19612-3009 | UST smg Alexandria<br>Office of the U. S. Trustee<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Roads, #114-160<br>Potomac, MD 20854-3976 | Verizon Fios<br>1430 Walnut St<br>Philadelphia, PA 19102-4021 | Gerard R. Vetter<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| Vienna Oaks Office Center Condominium<br>c/o Rees Broome, PC<br>Suite 700<br>Tysons Corner, VA 22182 | Vienna Oaks Office Center Condominium<br>c/o Erik W. Fox, Rees Broome<br>1900 Gallows Road, Sutie 700<br>Tysons Corner, VA 22182-3886 | Virginia Partners Bank<br>410 William St.<br>Fredericksburg, VA 22401-5834 |
| Virginia Partners Bank<br>LINKBANK<br>1250 Camphill Bypass, Suite 202<br>Camp Hill, PA 17011-3718 | Christian K. Vogel<br>Vogel Law Group, PLC<br>513 Forest Ave.<br>Suite 205<br>Richmond, VA 23229-6850 | Washington Gas<br>6801 Industrial Rd<br>Springfield, VA 22151-4205 |
| Waste Management<br>P O Box 13577<br>Philadelphia, PA 19101-3577 | West Hanover Tap Water and Sewer<br>7091 Jonestown Rd<br>Harrisburg, PA 17112 | Wilmington Savings Fund Society, FSB<br>FCI Lender Services, Inc.<br>P.O. Box 27370<br>Anaheim Hills, CA 92809-0112 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlantic Union Bank<br>PO Box 176<br>Blacksburg, VA 24063 | Dominion Energy<br>P O Box 26543<br>Richmond, VA 23290 | Stephen Karbelk<br>Team Leader, RealMarkets<br>Century 21 New Millennium<br>20405 Exchange St, Suite 221<br>Ashburn, VA 20147 |
| UGI Utilities Inc<br>400 Stewart Rd<br>Hanover, PA 18706 | (d)UGI Utilities, Inc.<br>PO Box 13009<br>Reading, PA 19612 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bala Jain LLC | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 |
| (d)Bala Jain LLC<br>Christopher L. Rogan, Esq.<br>50 Catoctin Circle, NE Suite 300<br>Leesburg, VA 20176-3101 | (u)Gus Goldsmith | (u)Isidoro Pulido Luna<br>202 N Port St |
| (u)Lincoln Automotive Financial Services | (u)MainStreet Bank | (u)Primis Bank |
| (u)Maurice VerStandig | End of Label Matrix<br>Mailable recipients   110<br>Bypassed recipients    10<br>Total                 120 | |