# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| EAGLE PROPERTIES AND ) | Bankruptcy Case |
| INVESTMENTS, LLC, ) | No. 23-10566-KHK |
| ) | Chapter 7 |
| Debtor. ) | |
| _____) | |

## MOTION TO EXPEDITE HEARING AND SHORTEN NOTICE PERIOD ON (I) CONSENT MOTION TO AUTHORIZE USE OF CASH COLLATERAL OF BALA JAIN, LLC AND APPROVE ESTATE CARVE-OUT and (II) CONSENT MOTION TO AUTHORIZE USE OF CASH COLLATERAL OF FULTON BANK, N.A. AND <u>APPROVE ESTATE CARVE-OUT</u>

H. Jason Gold, the chapter 7 trustee ("Trustee") for the above-captioned case, by his undersigned counsel, hereby moves this Court for an order scheduling an expedited hearing and shortening the notice period ("Motion to Expedite") on his (i) Consent Motion to Authorize Use of Cash Collateral of Bala Jain, LLC and Approve Estate Carve-Out ("Bala Jain Motion") and (ii) Consent Motion to Authorize Use of Cash Collateral of Fulton Bank, N.A. and Approve Estate Carve-Out ("Fulton Bank Motion"), stating to the Court as follows:

1. On April 6, 2023, Eagle Properties and Investments LLC (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code").

2. On March 21, 2024, the Order of Conversion of Chapter 11 to Chapter 7 was filed (Docket No. 359). H. Jason Gold was appointed Chapter 7 Trustee.

3. As set forth more fully in the Bala Jain Motion and Fulton Bank Motion, Bala Jain, LLC and Fulton Bank, N.A. each assert a security interest in numerous properties of the estate,

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Trustee*

certain of which are subject to current lease agreements with rental payments which may constitute their cash collateral. Further, the Trustee has received the sum of $59,751.16 from the Debtor's Chief Restructuring Officer, certain of which may be the cash collateral of Bala Jain, LLC and Fulton Bank, N.A.

4.  On April 5, 2024, the Trustee was authorized to employ Stephen Karbelk as the real estate Asset Manager and team leader of Auction Markets, LLC DBA RealMarkets ("Agent" and "Asset Manager") who is affiliated with CENTURY 21 New Millennium ("Broker") to procure and submit to the Trustee offers to purchase the properties and assist the Trustee management of the properties until they are sold.

5.  Concurrently with the filing of this Motion to Expedite, the Trustee has filed the Bala Jain Motion and Fulton Bank Motion seeking authorization from the Court advance funds to the Asset Manager for the purpose of preserving the properties. Bala Jain, LLC and Fulton Bank, N.A. have consented to the use of cash collateral for these purposes as well as a carve out for the estate.

6.  The Court's next available motions hearing date occurs on April 23, 2024. Accordingly, the Trustee seeks an expedited hearing on the Bala Jain Motion and Fulton Bank Motion and to shorten the notice period provided in Federal Rule of Bankruptcy Procedure 9006(c). The Trustee requests the Court to set the Bala Jain Motion and Fulton Bank Motion for hearing on **April 23, 2023 at 11:00 a.m.** and to shorten the notice deadline to file written responses to the motions. An expedited hearing is necessary in order to allow the Trustee to utilize cash collateral to preserve the properties and otherwise comply with his duties under Chapter 7.

7.  Section 105(a) of the Bankruptcy Code provides this Court with the power to set an expedited hearing. Section 105(a) states that a bankruptcy court "may issue any order, process,

or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a).

8. In addition, Local Bankruptcy Rule 9013-1 allows a hearing to be set on an expedited basis as requested herein. Attached hereto is the required certification under Local Rule 9013-1(N).

9. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion to Expedite, the Trustee requests that the requirement that all motions be accompanied by a separate written memorandum of law be waived.

WHEREFORE, the Trustee respectfully requests that the Court (i) enter an Order scheduling the hearing on the Bala Jain Motion and Fulton Bank, N.A. on an expedited basis and shortening the notice period, and (ii) granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

H. JASON GOLD, TRUSTEE

By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email: dylan.trache@nelsonmullins.com

By:    /s/ Dylan G. Trache
       Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 16th day of April, 2024, the foregoing Motion was served via CM/ECF to the parties registered to receive such notices, and via first class mail, postage prepaid, to the parties on the attached service list[1] and to:

          Michael T. Freeman
          Office of the United States Trustee
          1725 Duke Street, Suite 650
          Alexandria, VA  22314

          Nancy Greene
          N D Greene PC
          3977 Chain Bridge Rd, Suite 1
          Fairfax, VA 22030

          Christopher A. Jones
          Whiteford Taylor & Preston, LLP
          3190 Fairview Park Dr., Suite 800
          Falls Church, VA 22042

          Jeffery T. Martin, Jr.
          Martin Law Group, P.C.
          8065 Leesburg Pike, Ste 750
          Vienna, VA 22182

          John E Reid
          Martin Law Group, P.C.
          8065 Leesburg Pike, Suite 750
          Vienna, VA 22182

          Joshua David Stiff
          Whiteford Taylor Preston LLP
          249 Central Park Avenue, Suite 300
          Virginia Beach, VA 23462

          Christopher L. Rogan
          ROGAN MILLER ZIMMERMAN, PLLC
          50 Catoctin Circle, NE, Suite 300
          Leesburg, VA 20176

---

[1] Pursuant to Local Rule 5005-1(C)(8), the attached service list is not being served on each of the parties, but is attached to the original Certificate of Service filed with the Court.

David S. Musgrave
GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202

/s/ Dylan G. Trache
Dylan G. Trache