**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: | ) |
| | ) |
| EAGLE PROPERTIES AND INVESTMENTS, LLC, | ) Bankruptcy Case ) No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |
| _____ | ) |

**ORDER GRANTING MOTION TO EXPEDITE HEARING AND SHORTEN NOTICE PERIOD ON (I) CONSENT MOTION TO AUTHORIZE USE OF CASH COLLATERAL OF BALA JAIN, LLC AND APPROVE ESTATE CARVE-OUT and (II) CONSENT MOTION TO AUTHORIZE USE OF CASH COLLATERAL OF FULTON BANK, N.A. AND APPROVE ESTATE CARVE-OUT**

Upon consideration of the motion for an expedited hearing and to shorten notice period filed by H. Jason Gold, Chapter 7 Trustee ("Trustee"), on his Consent Motion to Authorize Use of Cash Collateral of Bala Jain, LLC and Approve Estate Carve-Out ("Bala Jain Motion") and (ii) Consent Motion to Authorize Use of Cash Collateral of Fulton Bank, N.A. and Approve Estate Carve-Out ("Fulton Bank Motion");

IT IS HEREBY ORDERED

1. The motion for an expedited hearing is GRANTED; and a hearing on the Bala Jain Motion and the Fulton Bank Motion shall be held on **April 23, 2024 at 11:00 a.m**. Any Objection to the motions shall be filed by _____, 2024.

2. The Clerk will mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date: _____

                                                                           Klinette H. Kindred
                                                                           United States Bankruptcy Judge

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Ave, NW / Suite 900
Washington, DC  20001
Phone: (202) 689-2800
Fax: (202) 689-2860


By:   /s/ Dylan G. Trache
      Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*


CERTIFICATION PURSUANT TO LOCAL RULE 9022-1: SERVICE

I HEREBY CERTIFY that on April 16, 2024, the foregoing proposed order was served on the following parties:

        Michael T. Freeman
        Office of the United States Trustee
        1725 Duke Street, Suite 650
        Alexandria, VA  22314

        Nancy Greene
        N D Greene PC
        3977 Chain Bridge Rd, Suite 1
        Fairfax, VA 22030

        Christopher A. Jones
        Whiteford Taylor & Preston, LLP
        3190 Fairview Park Dr., Suite 800
        Falls Church, VA 22042

        Jeffery T. Martin, Jr.
        Martin Law Group, P.C.
        8065 Leesburg Pike, Ste 750
        Vienna, VA 22182

        John E Reid
        Martin Law Group, P.C.
        8065 Leesburg Pike, Suite 750
        Vienna, VA 22182

        Joshua David Stiff
        Whiteford Taylor Preston LLP
        249 Central Park Avenue, Suite 300
        Virginia Beach, VA 23462

Christopher L. Rogan
ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, VA 20176

David S. Musgrave
GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202

And to the parties in interest on the service list attached to the Motion.


  /s/ Dylan G. Trache
Dylan G. Trache

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1

H. Jason Gold
Dylan G. Trache
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael T. Freeman
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA  22314

Nancy Greene
N D Greene PC
3977 Chain Bridge Rd, Suite 1
Fairfax, VA 22030

Christopher A. Jones
Whiteford Taylor & Preston, LLP
3190 Fairview Park Dr., Suite 800
Falls Church, VA 22042

Jeffery T. Martin, Jr.
Martin Law Group, P.C.
8065 Leesburg Pike, Ste 750
Vienna, VA 22182

John E Reid
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182

Joshua David Stiff
Whiteford Taylor Preston LLP
249 Central Park Avenue, Suite 300
Virginia Beach, VA 23462

Christopher L. Rogan
ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, VA 20176

David S. Musgrave
GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202

4895-8258-0151