# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

Eagle Properties and Investments LLC        Case No. 23-10566-KHK

(Debtor)                                    (Chapter 7)

## ORDER GRANTING MOTION FOR EXPEDITED HEARING

This case is before the Court pursuant to the Trustee's Motion for an Expedited Hearing (Docket No. 397) on the Trustee's Consent Motion to Authorize USe of Cash Collateral of Fulton Bank, N.A. and Approve Estate Carve-Out (Docket No. 395) and the Trustee's Consent Motion to Authorize Use of Cash Collateral of Bala Jain, LLC and Approve Estate Carve-Out (Docket No. 396). Having considered the Motions, and it appearing proper to do so, it is hereby **ORDERED**:

1. The Motion for an Expedited Hearing (Docket No. 397) is GRANTED and a hearing on the Consent Motion to Authorize USe of Cash Collateral of Fulton Bank, N.A. and Approve Estate Carve-Out (Docket No. 395) and the Trustee's Consent Motion to Authorize Use of Cash Collateral of Bala Jain, LLC and Approve Estate Carve-Out (Docket No. 396) will be held on **April 23, 2024** at **11:00 AM** in Courtroom III, United States Bankruptcy Court for the Eastern District of Virginia, 200 South Washington Street, Alexandria, Virginia 22314.

2. Written opposition is hereby waived and any objections may be made orally at the hearing.

3. The movant shall immediately provide notice of the hearing to all affected parties by the close of business on **April 17, 2024.** Notice may be electronic, by facsimile, telephonic, hand-delivery, or other means reasonably calculated to give actual notice to the affected.

4. The Clerk shall provide a copy of this order and notice of its entry to the parties listed below.

Date: Apr 16 2024

/s/ Klinette H Kindred

Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Apr 16 2024

**Electronic copies to:**

H. Jason Gold
*Chapter 7 Trustee*

Dylan G. Trache
*Chapter 7 Trustee's Counsel*