**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| EAGLE PROPERTIES AND ) | Bankruptcy Case |
| INVESTMENTS, LLC, ) | No. 23-10566-KHK |
| ) | Chapter 7 |
| Debtor. ) | |
| _____) | |

**NOTICE OF CHAPTER 7 TRUSTEE'S (I) CONSENT MOTION TO AUTHORIZE USE OF CASH COLLATERAL OF BALA JAIN, LLC AND APPROVE ESTATE CARVE-OUT and (II) CONSENT MOTION TO AUTHORIZE USE OF CASH COLLATERAL OF FULTON BANK, N.A. AND APPROVE ESTATE CARVE-OUT AND <u>NOTICE OF HEARING THEREON</u>**

PLEASE TAKE NOTICE that H. Jason Gold, the Chapter 7 Trustee ("Trustee"), by counsel, has filed with the clerk of the United States Bankruptcy Court a (i) Consent Motion to Authorize Use of Cash Collateral of Bala Jain, LLC and Approve Estate Carve-Out ("Bala Jain Motion") and (ii) Consent Motion to Authorize Use of Cash Collateral of Fulton Bank, N.A. and Approve Estate Carve-Out (the "Motions"). An expedited hearing on the Motions will be held at:

| **Place of Hearing:** | **Date and Time of Hearing:** |
|---|---|
| Courtroom III, 3rd Floor | April 23, 2024 |
| United States Bankruptcy Court | at 11:00 a.m. |
| 200 South Washington Street | |
| Alexandria, Virginia 22314 | |

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not wish the Court to grant the relief sought in the Motions, or if you want the Court to consider your views on the Motions, you or your attorney must attend

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter7 Trustee*

the hearing at the place and the date shown above and orally state your responses/objections to the Motions. The requirement for a written response to the Motions is waived and responses/objections may be raised orally at the hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motions and may enter an order granting that relief.

Respectfully submitted,

H. Jason Gold, TRUSTEE

By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:    /s/ Dylan G. Trache
       Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter7 Trustee*


# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April, 2024, the foregoing Notice was served via CM/ECF to the parties registered to receive such notices, and via U.S. mail upon the creditors and parties in interest on the attached service list.[1]

/s/ Dylan G. Trache
Dylan G. Trache

---

[1] Pursuant to Local Rule 5005-1(C)(8), the attached service list is not being served on each of the parties, but is attached to the original Certificate of Service filed with the Court.