| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-1<br>Case 23-10566-KHK<br>Eastern District of Virginia<br>Alexandria<br>Tue Apr 16 11:45:10 EDT 2024 | ADT<br>P O Box 371878<br>Pittsburgh, PA 15250-7878 | Aero Mortgage Loan Trust 2019- 1<br>8100 Three Chopt Rd.<br>Suite 240<br>Richmond, VA 23229-4833 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Asset Based Lending<br>PO BOX 27370<br>Anaheim, CA 92809-0112 | Atlantic Union Bank<br>1051 E. Cary Street<br>Suite 1200<br>Richmond, VA 23219-4044 |
| Atlantic Union Bank<br>8221 Old Courthouse Rd Ste 100,<br>Tysons, VA 22182-3839 | (p)ATLANTIC UNION BANK<br>P O BOX 176<br>BLACKSBURG VA 24063-0176 | Bala Jain<br>Christopher L. Rogan, Esq.<br>50 Catoctin Circle, NE, Suite 300<br>Leesburg, VA 20176-3101 |
| Bala Jain LLC<br>6007 Marilyn Dr.<br>Alexandria, VA 22310-1516 | Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 2231- 22310-1516 | Bank Of Clarke<br>110 Crock Wells Mill Drive<br>Winchester, VA 22603-3943 |
| Bank Of Clarke County<br>2 East Main Street<br>Berryville, VA 22611-1338 | Bank of Clarke<br>c/o Hannah W. Hutman, Esq.<br>Hoover Penrod, PLC<br>342 S. Main Street<br>Harrisonburg, VA 22801-3628 | Bank of Clarke County<br>c/o Hannah W. Hutman, Esq.<br>Hoover Penrod, PLC<br>342 S. Main Street<br>Harrisonburg, VA 22801-3628 |
| Betsy Dalton<br>1003 Lynn St SW<br>Vienna, VA 22180-6428 | Corey Simpson Booker<br>1051 East Cary Street<br>Suite 1200<br>Richmond, VA 23219-4044 | J. P. McGuire Boyd Jr<br>Williams Mullen, P.C.<br>200 South 10th Street<br>Richmond, VA 23219-4091 |
| COUNTY OF HENRICO, VIRGINIA<br>SARA L. MAYNARD, ASST. COUNTY ATTORNEY<br>P. O. BOX 90775<br>HENRICO, VIRGINIA 23273-0775 | Candice Goodman<br>15474 Roxbury Rd<br>Glenwood, MD 21738-9306 | Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| City of Richmond<br>Division of Collections PO Box 26505<br>Richmond, VA 23261-6505 | City of Richmond  City Hall<br>Room 109 Delinquent Taxes<br>900 East Broad Street<br>Richmond VA 23219-1907 | Community Bank Of Chesapeake<br>202 Centennial St,<br>La Plata, MD 20646 |
| Community Bank of the Chesapeake<br>Atten: Jared Krahler<br>3035 Leonardtown Road<br>Waldorf, MD 20601-3112 | County of Fairfax<br>Department of Tax Administration, Revenu<br>Suite 223<br>Fairfax, VA 22035 | County of Henrico<br>Department of Finance, PO Box 90775<br>Henrico, VA 23273-0775 |
| DTMA<br>670 Clearwater RD<br>Hershey, PA 17033-2453 | Dauphin County Office of Tax Claim Bureau<br>Dauphin County Administration Building,<br>PO Box No 1295<br>Harrisburg, PA 17108 | Dauphin County Tax Claim Bureau<br>P. O. Box 1295<br>Harrisburg, PA 17108-1295 |

```
Department of Finance Howard county        Devon England                              (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA
Property Tax Division, 3430, Court House   213 N Port St                              PO BOX 26666
Ellicott City, MD 21043-4300               Baltimore , MD 21224-1027                  RICHMOND VA 23261-6666


Eagle Properties and Investments LLC       Carl A. Eason                              John Tucker Farnum
445 Windover Ave North West                Wolcott Rivers Gates                       Miles and Stockbridge PC
Vienna, VA 22180-4232                      200 Bendix Road, Suite 300                 1201 Pennsylvania Ave
                                           Virginia Beach, VA 23452-1396              Suite 900
                                                                                      Washington, DC 20004-2464


Justin Fasano                              Erik W. Fox                                Jack Frankel
McNamee Hosea, P.A.                        Rees Broome, PC                            Office of the U.S. Trustee
6404 Ivy Lane                              1900 Gallows Road                          1725 Duke Street, Suite 650
Ste 820                                    Suite 700                                  Alexandria, VA 22314-3489
Greenbelt, MD 20770-1416                   Vienna, VA 22182-3886


Fulton Bank                                Fulton Bank, N.A.                          Fulton Bank, N.A.
625 Elden St,                              c/o David S. Musgrave, Esquire             c/o David S. Musgrave, Esquire
Herndon, VA 20170-4739                     Gordon Feinblatt LLC                       Gordon Feinblatt LLC
                                           1001 Fleet Street, Suite 700               1001 Fleet Street, Suite 700
                                           Baltimore, MD 21202-4363                   Baltimore, Maryland 21202-4363


Gitsit Solutions, LLC                      Gitsit Solutions, LLC                      H. Jason Gold
c/o Prober & Raphael, A Law Corporation    333 South Anita Drive, Suite 400           H. Jason Gold, Trustee
20750 Ventura Boulevard, Suite 100         Orange, CA 92868-3314                      P.O. Box 57359
Woodland Hills, CA 91364-6207                                                         Washington, DC 20037-0359


Nancy Greene                               Gus Goldsmith                              Gus Goldsmith
N D Greene PC                              18205 Biscayne Blvd, Suite 2226            Justin P. Fasano
3977 Chain Bridge Rd                       Aventura, FL 33160-2149                    6411 Ivy Lane, Suite 200
Suite 1                                                                               Greenbelt, MD 20770-1405
Fairfax, VA 22030-3308


Robert Hockenbury                          Hannah White Hutman                        Internal Revenue Service
Womble Bond Dickinson (US) LLP             Hoover Penrod, PLC                         Special Procedures Support Staff
100 Light Street, 26th Floor               342 S. Main Street                         P. O. Box 10025
Baltimore, MD 21202-1153                   Harrisonburg, VA 22801-3628                Richmond, VA 23240


Amit Jain                                  Christopher A. Jones                       Joshua Fowlers
445 Windover Ave North West                Whiteford Taylor & Preston, LLP            580 W Areba Ave
Vienna, VA 22180-4232                      3190 Fairview Park Dr.                     Hershey , PA 17033-1605
                                           Suite 800
                                           Falls Church, VA 22042-4558


(p)REALMARKETS                             Stephen Karbelk                            LINKBANK
20333 MEDALIST DRIVE                       Team Leader, RealMarkets                   1250 Camphill Bypass, Suite 202
ASHBURN VA 20147-4184                      Century 21 New Millennium                  Camp Hill, PA 17011-3718
                                           6629 Old Dominion Dr
                                           McLean, VA 22101-4516


Lincoin Financing                          Lincoln Automotive Financial Services      Lincoln Automotive Financial Services
9030 Stony Point Pkwy                      P.O. Box 62180                             PO Box 2400, Edmonton, Alberta, T5J 5C7,
Richmond, VA 23235-1957                    Colorado Springs, CO 80962-2180
```

| | | |
|---|---|---|
| Main Street Bank<br>10089 Fairfax Blvd.<br>Fairfax, VA 22030-1742 | MainStreet Bank<br>c/o Eric S. Schuster, Esq.<br>100 Light Street, Suite 1400<br>Baltimore, Maryland 21202-1188 | Robert M. Marino<br>Redmon Peyton & Braswell, LLP<br>510 King Street<br>Suite 301<br>Alexandria, VA 22314-3184 |
| Jeffery T. Martin Jr.<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Ste 750<br>Vienna, VA 22182-2702 | Mayor and City Council Baltimore<br>Bureau of Revenue Collections<br>200 Holliday Street Room #1<br>Bankruptcy<br>Baltimore, MD 21202-6295 | James R. Meizanis Jr.<br>Blankingship & Keith, PC<br>4020 University Drive<br>Suite 300<br>Fairfax, VA 22030-6802 |
| Monika Jain<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 | Monika Jain<br>445 Windover Drive<br>Vienna<br>VA 22180-4232 | David S. Musgrave<br>Gordon Feinblatt LLC<br>233 East Redwood Street<br>Baltimore, MD 21202-3332 |
| N D Greene PC<br>N D Greene PC<br>3977 Chain Bridge Rd<br>Suite 1<br>Faifax, VA 22030-3308 | NP Master Trust I (Cayman) LLC<br>c/o Andrea C. Davison<br>2311 Wilson Blvd Suite 500<br>Arlington VA 22201-5422 | Stephen W. Nichols<br>Offit Kurman, P.A.<br>4800 Montgomery Lane<br>9th Floor<br>Bethesda, MD 20814-3429 |
| Orrstown Bank<br>c/o Stephen Nichols, Esq.<br>Offit Kurman PA<br>7501 Wisconsin Ave. Suite 1000W<br>Bethesda, MD 20814-6604 | Orrstown Bank<br>Offit/Kuman PA<br>7501 Wisconsin Ave #1000W<br>Bethesda, MD 20814-6604 | PPL Electric Utilities<br>827 Hausman Rd<br>Allentown, PA 18104-9392 |
| Craig M. Palik<br>McNamee Hosea<br>6404 Ivy Lane<br>Suite 820<br>Greenbelt, MD 20770-1416 | Pennsylvania American Water<br>P O Box 371412<br>Pittsburgh, PA 15250-7412 | Lee S Raphael<br>Prober & Raphael, Law Corporation<br>20750 Ventura BLVD., Suite 100<br>Woodland Hills, CA 91364-6207 |
| John E Reid<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Suite 750<br>Vienna, VA 22182-2702 | Christopher L. Rogan<br>RoganMillerZimmerman, PLLC<br>50 Catoctin Circle, N.E., Suite 300<br>Leesburg, VA 20176-3101 | Jeremy B. Root<br>Blankingship & Keith, P.C.<br>4020 University Dr. Ste. 300<br>Fairfax, VA 22030-6802 |
| SC&H Group<br>c/o Miles & Stockbridge P.C.<br>1201 Pennsylvania Ave., NW<br>Ste. 900<br>Washington, DC 20004-2464 | Eric S. Schuster<br>Funk & Bolton, P.A.<br>100 Light Street, Suite 1400<br>Baltimore, MD 21202-1188 | Shore United Bank<br>200 West Gate Circle<br>Suite 200<br>Annapolis, MD 21401-3377 |
| Barry W. Spear<br>BWW Law Group, LLC<br>8100 Three Chopt Road<br>Suite 240<br>Richmond, VA 23229-4833 | Stafford County<br>Laura M Rudy, Treasurer, PO Box 68<br>Stafford, VA 22555-0068 | Stafford County Attorney's Office<br>1300 Courthouse Road<br>P.O. Box 339<br>Stafford, VA 22555-0339 |
| Joshua David Stiff<br>Whiteford Taylor Preston LLP<br>249 Central Park Avenue<br>Suite 300<br>Virginia Beach, VA 23462-3271 | Bradley J. Swallow<br>Funk & Bolton, P.A.<br>100 Light Street, Suite 1400<br>Baltimore, MD 21202-1188 | Town Of Vienna Water and Sewer Bill<br>127 Center St<br>Vienna, VA 22180-5719 |

| | | |
|---|---|---|
| Dylan G. Trache<br>Nelson Mullins Riley & Scarborough LLP<br>101 Constitution Avenue, N.W.<br>Suite 900<br>Washington, DC 20001-2133 | Trinity Universal Insurance Company<br>c/o Man Global Private Mkts. (USA), Inc.<br>1345 Avenue of the Americas 21st Floor<br>New York, NY 10105-0199 | Trinity Universal Insurance Company<br>c/o Man Global Private Mkts. (USA) Inc.<br>Attn: Legal<br>1345 Avenue of the Americas, 21st Floor<br>New York, NY 10105-0199 |
| Troy Mason<br>3002 Williamsburg Rd<br>Richmond , VA 23231-2128 | Turkey Hill<br>1635 Church Rd<br>Hershey , PA 17033-1812 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Rd, Suite 900<br>Atlanta, GA 30326-1382 |
| U.S. Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314-3489 | (p)UGI UTILITIES INC<br>ATTN CREDIT & COLLECTIONS<br>P O BOX 13009<br>READING PA 19612-3009 | UST smg Alexandria<br>Office of the U. S. Trustee<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Roads, #114-160<br>Potomac, MD 20854-3976 | Verizon Fios<br>1430 Walnut St<br>Philadelphia, PA 19102-4021 | Gerard R. Vetter<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| Vienna Oaks Office Center Condominium<br>c/o Rees Broome, PC<br>Suite 700<br>Tysons Corner, VA 22182 | Vienna Oaks Office Center Condominium<br>c/o Erik W. Fox, Rees Broome<br>1900 Gallows Road, Sutie 700<br>Tysons Corner, VA 22182-3886 | Virginia Partners Bank<br>410 William St.<br>Fredericksburg, VA 22401-5834 |
| Virginia Partners Bank<br>LINKBANK<br>1250 Camphill Bypass, Suite 202<br>Camp Hill, PA 17011-3718 | Christian K. Vogel<br>Vogel Law Group, PLC<br>513 Forest Ave.<br>Suite 205<br>Richmond, VA 23229-6850 | Washington Gas<br>6801 Industrial Rd<br>Springfield, VA 22151-4205 |
| Waste Management<br>P O Box 13577<br>Philadelphia, PA 19101-3577 | West Hanover Tap Water and Sewer<br>7091 Jonestown Rd<br>Harrisburg, PA 17112 | Wilmington Savings Fund Society, FSB<br>FCI Lender Services, Inc.<br>P.O. Box 27370<br>Anaheim Hills, CA 92809-0112 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlantic Union Bank<br>PO Box 176<br>Blacksburg, VA 24063 | Dominion Energy<br>P O Box 26543<br>Richmond, VA 23290 | Stephen Karbelk<br>Team Leader, RealMarkets<br>Century 21 New Millennium<br>20405 Exchange St, Suite 221<br>Ashburn, VA 20147 |
| UGI Utilities Inc<br>400 Stewart Rd<br>Hanover, PA 18706 | (d)UGI Utilities, Inc.<br>PO Box 13009<br>Reading, PA 19612 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bala Jain LLC | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 |
| (d)Bala Jain LLC<br>Christopher L. Rogan, Esq.<br>50 Catoctin Circle, NE Suite 300<br>Leesburg, VA 20176-3101 | (u)Gus Goldsmith | (u)Isidoro Pulido Luna<br>202 N Port St |
| (u)Lincoln Automotive Financial Services | (u)MainStreet Bank | (u)Primis Bank |
| (u)Maurice VerStandig | End of Label Matrix<br>Mailable recipients   110<br>Bypassed recipients    10<br>Total                120 | |