# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

Eagle Properties and Investments LLC,   Case No. 23-10566-KHK

Debtor.                                  Chapter 7

## ORDER RESCHEDULING HEARING

This case is before the Court pursuant to Debtor's Counsel's Second Interim Application for Compensation (Docket No. 327) set for hearing on April 23, 2024 at 12:00 PM. The case having been converted to Chapter 7, it is therefore,

**ORDERED:**

1. The hearing Debtor's Counsel's Second Interim Application for Compensation (Docket No. 327) is rescheduled to **April 23, 2024 at 11:00 AM.**

2. The Clerk shall provide a copy of this order to all counsel of record.

Date: Apr 19 2024

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: April 19, 2024