## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re:

Eagle Properties and Investments LLC,          Case No. 23-10566-KHK

Debtor.                                        Chapter 7

### ORDER RESCHEDULING HEARING

This case is before the Court pursuant to Debtor's Counsel's Second Interim Application for Compensation (Docket No. 327) set for hearing on April 23, 2024 at 12:00 PM. The case having been converted to Chapter 7, it is therefore,

**ORDERED:**

1. The hearing Debtor's Counsel's Second Interim Application for Compensation (Docket No. 327) is rescheduled to **April 23, 2024 at 11:00 AM.**

2. The Clerk shall provide a copy of this order to all counsel of record.

Date:  Apr 19 2024                          /s/ Klinette H Kindred
                                            Klinette H. Kindred
                                            United States Bankruptcy Judge

                                        Entered On Docket: April 19, 2024

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                                          Case No. 23-10566-KHK

Eagle Properties and Investments LLC                                                            Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9                              User: DaynaMace                                Page 1 of 4
Date Rcvd: Apr 19, 2024                           Form ID: pdford7                               Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eagle Properties and Investments LLC, 445 Windover Ave North West, Vienna, VA 22180-4232 |
| aty | + | Eric S. Schuster, Funk & Bolton, P.A., 100 Light Street, Suite 1400, Baltimore, MD 21202-1188 |
| cr | + | Aero Mortgage Loan Trust 2019- 1, 8100 Three Chopt Rd., Suite 240, Richmond, VA 23229-4833 |
| desig | + | Amit Jain, 445 Windover Ave North West, Vienna, VA 22180-4232 |
| cr | + | Bala Jain LLC, 6007 Marilyn Dr., Alexandria, VA 22310-1516 |
| cr | + | Bank of Clarke County, c/o Hannah W. Hutman, Esq., Hoover Penrod, PLC, 342 S. Main Street, Harrisonburg, VA 22801-3628 |
| cr | + | Fulton Bank, N.A., c/o David S. Musgrave, Esquire, Gordon Feinblatt LLC, 1001 Fleet Street, Suite 700, Baltimore, MD 21202 UNITED STATES 21202-4363 |
| cr | + | Gitsit Solutions, LLC, c/o Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| prf | + | N D Greene PC, N D Greene PC, 3977 Chain Bridge Rd, Suite 1, Faifax, VA 22030-3308 |
| cr | + | Orrstown Bank, c/o Stephen Nichols, Esq., Offit Kurman PA, 7501 Wisconsin Ave. Suite 1000W, Bethesda, MD 20814-6604 |
| intp | + | SC&H Group, c/o Miles & Stockbridge P.C., 1201 Pennsylvania Ave., NW, Ste. 900, Washington, DC 20004-2464 |
| cr | + | Shore United Bank, 200 West Gate Circle, Suite 200, Annapolis, MD 21401-3377 |
| RE | + | Stephen Karbelk, Team Leader, RealMarkets, Century 21 New Millennium, 6629 Old Dominion Dr, McLean, VA 22101-4516 |
| cr | + | Trinity Universal Insurance Company, c/o Man Global Private Mkts. (USA), Inc., 1345 Avenue of the Americas 21st Floor, New York, NY 10105, UNITED STATES 10105-0199 |
| cr | | Vienna Oaks Office Center Condominium, c/o Rees Broome, PC, Suite 700, Tysons Corner, VA 22182 |
| cr | + | Virginia Partners Bank, 410 William St., Fredericksburg, VA 22401-5834 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Apr 20 2024 00:21:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| cr | + | Email/Text: bankruptcy@atlanticunionbank.com | Apr 20 2024 00:21:00 | Atlantic Union Bank, 1051 E. Cary Street, Suite 1200, Richmond, VA 23219-4044 |
| prof | | Email/Text: stephen@realmarkets.com | Apr 20 2024 00:20:00 | Stephen Karbelk, Team Leader, RealMarkets, Century 21 New Millennium, 20405 Exchange St, Suite 221, Ashburn, VA 20147 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Gus Goldsmith |
| cr | | Lincoln Automotive Financial Services |
| cr | | MainStreet Bank |
| prf | | Maurice VerStandig |
| intp | | Primis Bank |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0422-9                          User: DaynaMace                          Page 2 of 4
Date Rcvd: Apr 19, 2024                   Form ID: pdford7                        Total Noticed: 19

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2024                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry W. Spear | on behalf of Creditor Aero Mortgage Loan Trust 2019- 1 Barry.Spear@bww-law.com  bankruptcy@bww-law.com |
| Bradley J. Swallow | on behalf of Defendant Main Street Bank bswallow@fblaw.com |
| Bradley J. Swallow | on behalf of Creditor MainStreet Bank bswallow@fblaw.com |
| Carl A. Eason | on behalf of Creditor Lincoln Automotive Financial Services bankruptcy@wolriv.com |
| Christian K. Vogel | on behalf of Interested Party Primis Bank kvogel@vogelandcromwell.com |
| Christian K. Vogel | on behalf of Defendant Primis Bank f/k/a Sona Bank kvogel@vogelandcromwell.com |
| Christopher A. Jones | on behalf of Debtor Eagle Properties and Investments LLC cajones@whitefordlaw.com clano@whitefordlaw.com,dchaney@whitefordlaw.com |
| Christopher L. Rogan | on behalf of Defendant Shail Butani crogan@rmzlawfirm.com |
| Christopher L. Rogan | on behalf of Creditor Bala Jain LLC crogan@rmzlawfirm.com |
| Christopher L. Rogan | on behalf of Defendant Ishwer Butani crogan@rmzlawfirm.com |
| Christopher L. Rogan | on behalf of Defendant Bala Jain LLC crogan@rmzlawfirm.com |
| Corey Simpson Booker | on behalf of Creditor Atlantic Union Bank corey.booker@atlanticunionbank.com |
| Craig M. Palik | on behalf of Creditor Trinity Universal Insurance Company cpalik@mhlawyers.com cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnickerson@mhlawyers.com |
| David S. Musgrave | on behalf of Creditor Fulton Bank  N.A. dmusgrave@gfrlaw.com, vhilbun@gfrlaw.com |
| David S. Musgrave | on behalf of Defendant Fulton Financial Corporation dmusgrave@gfrlaw.com  vhilbun@gfrlaw.com |
| Dylan G. Trache | on behalf of Trustee H. Jason Gold dylan.trache@nelsonmullins.com linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com |
| Elizabeth Husebo | on behalf of Defendant First Class Title  Inc. ehusebo@grsm.com |

Elizabeth Husebo
on behalf of Defendant Daniel J. Kotz ehusebo@grsm.com

Erik W. Fox
on behalf of Creditor Vienna Oaks Office Center Condominium efox@reesbroome.com
rhurley@reesbroome.com;rchambers@reesbroome.com;pgoodwine@reesbroome.com

Gerard R. Vetter
ustpregion04.ax.ecf@usdoj.gov

H. Jason Gold
goldtrustee@fiduciaryservicesgroup.com  VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com

Hannah White Hutman
on behalf of Creditor Bank of Clarke County hhutman@hooverpenrod.com
scurtis@hooverpenrod.com;hooverpenrodplc@jubileebk.net

J. P. McGuire Boyd, Jr
on behalf of Defendant Bank of Clarke County mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
on behalf of Defendant Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
on behalf of Creditor Atlantic Union Bank mboyd@williamsmullen.com

Jack Frankel
on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov
USTPRegion04.ax.ecf@usdoj.gov;paula.f.blades@usdoj.gov;robert.w.ours@usdoj.gov

James R. Meizanis, Jr.
on behalf of Creditor Virginia Partners Bank jmeizanis@bklawva.com  jroot@bklawva.com;mnoble@bklawva.com

Jeffery T. Martin, Jr.
on behalf of Counter-Defendant Eagle Properties and Investments LLC jeff@martinlawgroupva.com
martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

Jeffery T. Martin, Jr.
on behalf of Debtor Eagle Properties and Investments LLC jeff@martinlawgroupva.com
martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

Jeffery T. Martin, Jr.
on behalf of Plaintiff Eagle Properties and Investments LLC jeff@martinlawgroupva.com
martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

Jeremy B. Root
on behalf of Creditor Virginia Partners Bank jroot@bklawva.com
tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com

John E Reid
on behalf of Debtor Eagle Properties and Investments LLC jack@martinlawgroupva.com

John Tucker Farnum
on behalf of Interested Party SC&H Group jfarnum@milesstockbridge.com
jfarnumecfnotices@gmail.com;dbernard@milesstockbridge.com

Joshua David Stiff
on behalf of Debtor Eagle Properties and Investments LLC jstiff@wtplaw.com  eslate@wtplaw.com;dchaney@whitefordlaw.com

Justin Fasano
on behalf of Creditor Gus Goldsmith jfasano@mhlawyers.com
jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;sshin@mhlawyers.com;dmoorehead@mhlawyers.com

Lee S Raphael
on behalf of Creditor Gitsit Solutions  LLC ecf1@ecf.courtdrive.com, cmartin@pralc.com

Maurice Belmont VerStandig
on behalf of Professional Maurice VerStandig mac@mbvesq.com
lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Nancy Greene
on behalf of Debtor Eagle Properties and Investments LLC ndg@ndglaw.com

Nancy Greene
on behalf of Plaintiff Eagle Properties and Investments LLC ndg@ndglaw.com

Nancy Greene
on behalf of Professional N D Greene PC ndg@ndglaw.com

Richard E. Hagerty
on behalf of Defendant Navy Federal Financial Group  LLC richard.hagerty@troutmansanders.com,
sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Robert Hockenbury
on behalf of Creditor Shore United Bank robert.hockenbury@wbd-us.com

Robert M. Marino
on behalf of Defendant Shail Butani rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino
on behalf of Defendant Ishwer Butani rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino
on behalf of Creditor Bala Jain LLC rmmarino@rpb-law.com  rmmarino1@aol.com

Stephanie Gardner Bortnick
on behalf of Defendant Daniel Kotz sbortnick@grsm.com

Stephanie Gardner Bortnick
on behalf of Defendant Daniel J. Kotz sbortnick@grsm.com

Stephanie Gardner Bortnick
on behalf of Defendant First Class Title  Inc. sbortnick@grsm.com

Stephen W. Nichols
on behalf of Creditor Orrstown Bank snichols@offitkurman.com


TOTAL: 49