**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| EAGLE PROPERTIES AND ) | CASE NO.  23-10566-KHK |
| INVESTMENTS, LLC ) | |
| ) | CHAPTER 7 |
| Debtor. ) | |

## DECLARATION OF REAL ESTATE AGENT

I, Lisa Jalufka, declare as follows:

1. I am a real estate broker duly licensed by the State of Pennsylvania and affiliated with CENTURY 21 New Millennium. CENTURY 21 New Millennium is licensed as a real estate broker in Virginia, Maryland, District of Columbia, West Virginia, and Pennsylvania. I manage the Winchester, Virginia office and I hold a real estate brokers license in Virginia, Maryland, West Virginia, District of Columbia and Pennsylvania. I have been working with Stephen Karbelk, Stephanie Young and Robert Walters for over five years as a fellow agent and/or supervising broker.

2. I am familiar with the Trustee's Application to Employ Real Estate Agent and Broker for the sale of the properties identified on the Debtor's Schedules ("Properties") described therein, and believe that CENTURY 21 New Millennium, CENTURY 21 Commercial New Millennium, I am qualified to represent the Trustee and the estate in connection with the marketing of the Properties in Pennsylvania. I have read the Trustee's Application and I have agreed to accept employment on the terms and conditions set forth in the Trustee's Application. I will be getting

1

DigiSign Verified - 4fa0f622-f8f9-49da-84d2-da2d3d9e8d83

administrative support from Stephen Karbelk, Stephanie Young and Robert Walters, as necessary and permitted under licensing law to facilitate the marketing and sale of the Pennsylvania properties.

3. I am a disinterested person within the meaning of 11 U.S.C. § 101(14).

4. That to the best of my knowledge, I have no interest adverse to the Trustee or the bankruptcy estate in the matters upon which we are to be engaged by the Trustee, and have no connection with the Debtor, its creditors, other parties in interest, their respective attorneys or accountants, purchasers or potential purchasers of the subject real estate, the United States Trustee, or anyone employed by the United States Trustee, except that :

   (i) Stephen Karbelk, with the support of Stephanie Young and/or Robert Walters, has been employed and approved by the Court to assist the Trustee with the sale of assets in other bankruptcy cases pending before this Court;

   (ii) Century 21 New Millennium has privately assisted the Trustee in his individual capacity in connection with the sale of real estate. Any services rendered to the Trustee in his individual capacity were provided approximately seven years ago and no such services have been provided to the Trustee since that time;

   (iii) Century 21 Commercial New Millennium are currently representing Fulton Bank as auctioneer in a commercial foreclosure auction in Virginia in an unrelated case, and we have represented Fulton Bank,

2

        NA on previous foreclosure auctions and REO sales in unrelated cases;

(iv)   Mary Lynn Stone, one of the owners of CENTURY 21 New Millennium, is married to Joseph V. Stone, Jr.  Mr. Stone is on the Board of Directors of Shore United Bank, a secured creditor in this case.

I declare under penalty of perjury that the foregoing is true and correct.

*Lisa Jalufka*
Lisa Jalufka
Licensed Real Estate Broker

Date: 04/24/2024