| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-1<br>Case 23-10566-KHK<br>Eastern District of Virginia<br>Alexandria<br>Thu Apr 25 10:32:22 EDT 2024 | 3977 Chain Bridge Rd, Suite 1<br>Faifax, VA 22030-3308 | ADT<br>P O Box 371878<br>Pittsburgh, PA 15250-7878 |
| Aero Mortgage Loan Trust 2019- 1<br>8100 Three Chopt Rd.<br>Suite 240<br>Richmond, VA 23229-4833 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Asset Based Lending<br>PO BOX 27370<br>Anaheim, CA 92809-0112 |
| Atlantic Union Bank<br>1051 E. Cary Street<br>Suite 1200<br>Richmond, VA 23219-4044 | Atlantic Union Bank<br>8221 Old Courthouse Rd Ste 100,<br>Tysons, VA 22182-3839 | (p)ATLANTIC UNION BANK<br>P O BOX 176<br>BLACKSBURG VA 24063-0176 |
| Bala Jain<br>Christopher L. Rogan, Esq.<br>50 Catoctin Circle, NE, Suite 300<br>Leesburg, VA 20176-3101 | Bala Jain LLC<br>6007 Marilyn Dr.<br>Alexandria, VA 22310-1516 | Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 2231- 22310-1516 |
| Bank Of Clarke<br>110 Crock Wells Mill Drive<br>Winchester, VA 22603-3943 | Bank Of Clarke County<br>2 East Main Street<br>Berryville, VA 22611-1338 | Bank of Clarke<br>c/o Hannah W. Hutman, Esq.<br>Hoover Penrod, PLC<br>342 S. Main Street<br>Harrisonburg, VA 22801-3628 |
| Bank of Clarke County<br>c/o Hannah W. Hutman, Esq.<br>Hoover Penrod, PLC<br>342 S. Main Street<br>Harrisonburg, VA 22801-3628 | Betsy Dalton<br>1003 Lynn St SW<br>Vienna, VA 22180-6428 | Corey Simpson Booker<br>1051 East Cary Street<br>Suite 1200<br>Richmond, VA 23219-4044 |
| J. P. McGuire Boyd Jr<br>Williams Mullen, P.C.<br>200 South 10th Street<br>Richmond, VA 23219-4091 | COUNTY OF HENRICO, VIRGINIA<br>SARA L. MAYNARD, ASST. COUNTY ATTORNEY<br>P. O. BOX 90775<br>HENRICO, VIRGINIA 23273-0775 | Candice Goodman<br>15474 Roxbury Rd<br>Glenwood, MD 21738-9306 |
| Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | City of Richmond<br>Division of Collections PO Box 26505<br>Richmond, VA 23261-6505 | City of Richmond  City Hall<br>Room 109 Delinquent Taxes<br>900 East Broad Street<br>Richmond VA 23219-1907 |
| Community Bank Of Chesapeake<br>202 Centennial St,<br>La Plata, MD 20646 | Community Bank of the Chesapeake<br>Atten: Jared Krahler<br>3035 Leonardtown Road<br>Waldorf, MD 20601-3112 | County of Fairfax<br>Department of Tax Administration, Revenu<br>Suite 223<br>Fairfax, VA 22035 |
| County of Henrico<br>Department of Finance, PO Box 90775<br>Henrico, VA 23273-0775 | DTMA<br>670 Clearwater RD<br>Hershey, PA 17033-2453 | Dauphin County Office of Tax Claim Bureau<br>Dauphin County Administration Building,<br>PO Box No 1295<br>Harrisburg, PA 17108 |

```
Dauphin County Tax Claim Bureau        Department of Finance Howard county     Devon England
P. O. Box 1295                         Property Tax Division, 3430, Court House 213 N Port St
Harrisburg, PA 17108-1295              Ellicott City, MD 21043-4300            Baltimore , MD 21224-1027


(p)DOMINION ENERGY VIRGINIA NORTH CAROLINA  Eagle Properties and Investments LLC  Carl A. Eason
PO BOX 26666                           445 Windover Ave North West             Wolcott Rivers Gates
RICHMOND VA 23261-6666                 Vienna, VA 22180-4232                   200 Bendix Road, Suite 300
                                                                               Virginia Beach, VA 23452-1396


John Tucker Farnum                     Justin Fasano                           Erik W. Fox
Miles and Stockbridge PC               McNamee Hosea, P.A.                     Rees Broome, PC
1201 Pennsylvania Ave                  6404 Ivy Lane                           1900 Gallows Road
Suite 900                              Ste 820                                 Suite 700
Washington, DC 20004-2464              Greenbelt, MD 20770-1416                Vienna, VA 22182-3886


Jack Frankel                           Fulton Bank                             Fulton Bank, N.A.
Office of the U.S. Trustee             625 Elden St,                           c/o David S. Musgrave, Esquire
1725 Duke Street, Suite 650            Herndon, VA 20170-4739                  Gordon Feinblatt LLC
Alexandria, VA 22314-3489                                                      1001 Fleet Street, Suite 700
                                                                               Baltimore, MD 21202-4363


Fulton Bank, N.A.                      Gitsit Solutions, LLC                   Gitsit Solutions, LLC
c/o David S. Musgrave, Esquire         c/o Prober & Raphael, A Law Corporation 333 South Anita Drive, Suite 400
Gordon Feinblatt LLC                   20750 Ventura Boulevard, Suite 100      Orange, CA 92868-3314
1001 Fleet Street, Suite 700           Woodland Hills, CA 91364-6207
Baltimore, Maryland 21202-4363


H. Jason Gold                          Nancy Greene                            Gus Goldsmith
H. Jason Gold, Trustee                 N D Greene PC                           18205 Biscayne Blvd, Suite 2226
P.O. Box 57359                         3977 Chain Bridge Rd                    Aventura, FL 33160-2149
Washington, DC 20037-0359              Suite 1
                                       Fairfax, VA 22030-3308


Gus Goldsmith                          Robert Hockenbury                       Hannah White Hutman
Justin P. Fasano                       Womble Bond Dickinson (US) LLP          Hoover Penrod, PLC
6411 Ivy Lane, Suite 200               100 Light Street, 26th Floor            342 S. Main Street
Greenbelt, MD 20770-1405               Baltimore, MD 21202-1153                Harrisonburg, VA 22801-3628


Internal Revenue Service               Amit Jain                               Christopher A. Jones
Special Procedures Support Staff       445 Windover Ave North West             Whiteford Taylor & Preston, LLP
P. O. Box 10025                        Vienna, VA 22180-4232                   3190 Fairview Park Dr.
Richmond, VA 23240                                                             Suite 800
                                                                               Falls Church, VA 22042-4558


Joshua Fowlers                         (p)REALMARKETS                          Stephen Karbelk
580 W Areba Ave                        20333 MEDALIST DRIVE                    Team Leader, RealMarkets
Hershey , PA 17033-1605                ASHBURN VA 20147-4184                   Century 21 New Millennium
                                                                               6629 Old Dominion Dr
                                                                               McLean, VA 22101-4516


LINKBANK                               Lincoln Financing                       Lincoln Automotive Financial Services
1250 Camphill Bypass, Suite 202        9030 Stony Point Pkwy                   P.O. Box 62180
Camp Hill, PA 17011-3718               Richmond, VA 23235-1957                 Colorado Springs, CO 80962-2180
```

| | | |
|---|---|---|
| Lincoln Automotive Financial Services<br>PO Box 2400, Edmonton, Alberta, T5J 5C7, | Main Street Bank<br>10089 Fairfax Blvd.<br>Fairfax, VA 22030-1742 | MainStreet Bank<br>c/o Eric S. Schuster, Esq.<br>100 Light Street, Suite 1400<br>Baltimore, Maryland 21202-1188 |
| Robert M. Marino<br>Redmon Peyton & Braswell, LLP<br>510 King Street<br>Suite 301<br>Alexandria, VA 22314-3184 | Jeffery T. Martin Jr.<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Ste 750<br>Vienna, VA 22182-2702 | Mayor and City Council Baltimore<br>Bureau of Revenue Collections<br>200 Holliday Street Room #1<br>Bankruptcy<br>Baltimore, MD 21202-6295 |
| James R. Meizanis Jr.<br>Blankingship & Keith, PC<br>4020 University Drive<br>Suite 300<br>Fairfax, VA 22030-6802 | Monika Jain<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 | Monika Jain<br>445 Windover Drive<br>Vienna<br>VA 22180-4232 |
| David S. Musgrave<br>Gordon Feinblatt LLC<br>233 East Redwood Street<br>Baltimore, MD 21202-3332 | N D Greene PC<br>N D Greene PC<br>3977 Chain Bridge Rd<br>Suite 1<br>Faifax, VA 22030-3308 | N D Greene PC<br>3977 Chain Bridge Rd, Suite 1<br>Fairfax, VA 22030-3308 |
| NP Master Trust I (Cayman) LLC<br>c/o Andrea C. Davison<br>2311 Wilson Blvd Suite 500<br>Arlington VA 22201-5422 | Stephen W. Nichols<br>Offit Kurman, P.A.<br>4800 Montgomery Lane<br>9th Floor<br>Bethesda, MD 20814-3429 | Orrstown Bank<br>c/o Stephen Nichols, Esq.<br>Offit Kurman PA<br>7501 Wisconsin Ave. Suite 1000W<br>Bethesda, MD 20814-6604 |
| Orrstown Bank<br>Offit/Kuman PA<br>7501 Wisconsin Ave #1000W<br>Bethesda, MD 20814-6604 | PPL Electric Utilities<br>827 Hausman Rd<br>Allentown, PA 18104-9392 | Craig M. Palik<br>McNamee Hosea<br>6404 Ivy Lane<br>Suite 820<br>Greenbelt, MD 20770-1416 |
| Pennsylvania American Water<br>P O Box 371412<br>Pittsburgh, PA 15250-7412 | Lee S Raphael<br>Prober & Raphael, Law Corporation<br>20750 Ventura BLVD., Suite 100<br>Woodland Hills, CA 91364-6207 | John E Reid<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Suite 750<br>Vienna, VA 22182-2702 |
| Christopher L. Rogan<br>RoganMillerZimmerman, PLLC<br>50 Catoctin Circle, N.E., Suite 300<br>Leesburg, VA 20176-3101 | Jeremy B. Root<br>Blankingship & Keith, P.C.<br>4020 University Dr. Ste. 300<br>Fairfax, VA 22030-6802 | SC&H Group<br>c/o Miles & Stockbridge P.C.<br>1201 Pennsylvania Ave., NW<br>Ste. 900<br>Washington, DC 20004-2464 |
| Eric S. Schuster<br>Funk & Bolton, P.A.<br>100 Light Street, Suite 1400<br>Baltimore, MD 21202-1188 | Shore United Bank<br>200 West Gate Circle<br>Suite 200<br>Annapolis, MD 21401-3377 | Barry W. Spear<br>BWW Law Group, LLC<br>8100 Three Chopt Road<br>Suite 240<br>Richmond, VA 23229-4833 |
| Stafford County<br>Laura M Rudy, Treasurer, PO Box 68<br>Stafford, VA 22555-0068 | Stafford County Attorney's Office<br>1300 Courthouse Road<br>P.O. Box 339<br>Stafford, VA 22555-0339 | Joshua David Stiff<br>Whiteford Taylor Preston LLP<br>249 Central Park Avenue<br>Suite 300<br>Virginia Beach, VA 23462-3271 |

Bradley J. Swallow
Funk & Bolton, P.A.
100 Light Street, Suite 1400
Baltimore, MD 21202-1188

Town of Vienna Water and Sewer Bill
127 Center St
Vienna, VA 22180-5719

Dylan G. Trache
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, N.W.
Suite 900
Washington, DC 20001-2133

Trinity Universal Insurance Company
c/o Man Global Private Mkts. (USA), Inc.
1345 Avenue of the Americas 21st Floor
New York, NY 10105-0199

Trinity Universal Insurance Company
c/o Man Global Private Mkts. (USA) Inc.
Attn: Legal
1345 Avenue of the Americas, 21st Floor
New York, NY 10105-0199

Troy Mason
3002 Williamsburg Rd
Richmond , VA 23231-2128

Turkey Hill
1635 Church Rd
Hershey , PA 17033-1812

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Rd, Suite 900
Atlanta, GA 30326-1382

U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314-3489

(p)UGI UTILITIES INC
ATTN CREDIT & COLLECTIONS
P O BOX 13009
READING PA 19612-3009

UST smg Alexandria
Office of the U. S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Roads, #114-160
Potomac, MD 20854-3976

Verizon Fios
1430 Walnut St
Philadelphia, PA 19102-4021

Gerard R. Vetter
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Vienna Oaks Office Center Condominium
c/o Rees Broome, PC
Suite 700
Tysons Corner, VA 22182

Vienna Oaks Office Center Condominium
c/o Erik W. Fox, Rees Broome
1900 Gallows Road, Sutie 700
Tysons Corner, VA 22182-3886

Virginia Partners Bank
410 William St.
Fredericksburg, VA 22401-5834

Virginia Partners Bank
LINKBANK
1250 Camphill Bypass, Suite 202
Camp Hill, PA 17011-3718

Christian K. Vogel
Vogel Law Group, PLC
513 Forest Ave.
Suite 205
Richmond, VA 23229-6850

Washington Gas
6801 Industrial Rd
Springfield, VA 22151-4205

Waste Management
P O Box 13577
Philadelphia, PA 19101-3577

West Hanover Tap Water and Sewer
7091 Jonestown Rd
Harrisburg, PA 17112

Wilmington Savings Fund Society, FSB
FCI Lender Services, Inc.
P.O. Box 27370
Anaheim Hills, CA 92809-0112

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Atlantic Union Bank
PO Box 176
Blacksburg, VA 24063

Dominion Energy
P O Box 26543
Richmond, VA 23290

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
20405 Exchange St, Suite 221
Ashburn, VA 20147

| | | |
|---|---|---|
| UGI Utilities Inc<br>400 Stewart Rd<br>Hanover, PA 18706 | (d)UGI Utilities, Inc.<br>PO Box 13009<br>Reading, PA 19612 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bala Jain LLC | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 |
| (d)Bala Jain LLC<br>Christopher L. Rogan, Esq.<br>50 Catoctin Circle, NE Suite 300<br>Leesburg, VA 20176-3101 | (u)Gus Goldsmith | (u)Isidoro Pulido Luna<br>202 N Port St |
| (u)Lincoln Automotive Financial Services | (u)MainStreet Bank | (u)Primis Bank |
| (u)Maurice VerStandig | End of Label Matrix<br>Mailable recipients   112<br>Bypassed recipients    10<br>Total                  122 | |