# VIRGINIA

## IN THE CIRCUIT COURT FOR THE COUNTY OF FAIRFAX

| | |
|---|---|
| BALA JAIN, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: CL-2022-0009687 |
| | ) |
| EAGLE PROPERTIES AND INVESTMENTS LLC, ET AL., | ) |
| | ) |
| Defendants. | ) |

### NOTICE AND MEMORANDUM OF LIS PENDENS

STATE OF VIRGINIA
COUNTY OF FAIRFAX

TO THE CLERK OF THE CIRCUIT COURT OF SAID COUNTY:

You are hereby notified that on the 18th day of July, 2022, suit was instituted by the undersigned in the above captioned and styled cause in the Circuit Court of Fairfax County, Virginia, and that the following are all the names of the parties to said suit:

| Name of Plaintiff | Name of Defendant | Kind of Suit |
|---|---|---|
| Bala Jain, LLC<br>6007 Marilyn Drive<br>Alexandria, Virginia 22310 | **EAGLE PROPERTIES AND INVESTMENTS LLC**<br>445 Windover Avenue<br>Vienna, Virginia 22180<br>Serve:<br>Monika Jain, Managing Member<br>445 Windover Avenue<br>Vienna, VA 22180 | The lawsuit alleges that one or more of the Defendants used money it borrowed from Bala Jain, LLC to acquire, improve, and/or develop the subject Property. The lawsuit alleges that the Defendants engaged in fraud, conspiracy to commit fraud, breach of contract, and seeks a declaratory judgment and injunctive relief establishing a constructive trust against this |

| | | |
|---|---|---|
| | | Property and such other relief as may be necessary to protect and prepare Bala Jain, LLC's interest in the Property. |
| | **MONIKA JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180 | |
| | **AMIT JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180 | |
| | **FIRST CLASS TITLE, INC.**<br>1803 Research Blvd, Suite 512<br>Rockville, Maryland 20850<br>Serve: Robert Kotz<br>11505 Hemingway Drive<br>Reston, Virginia 20194 | |
| | **Daniel Kotz, Esq.**<br>1803 Research Blvd #512<br>Rockville, MD 20850 | |

The following described real estate located at 445 Windover Ave., Vienna, VA 22180, Tax Map # 0383 21 0005 Book 24669 Page 0908 of Fairfax County, and situated in Fairfax County, Virginia (the "Property") is involved in said suit, to-wit:

Lot 5, of the Resubdivision of Block Seventeen, WINDOVER HEIGHTS, as the same appears duly dedicated, platted and recorded in Deed Book 2016 at Page 243, original Dedication recorded in Deed Book R-5 at page 82, and Plats recorded in Plat Book 5 at Page 46 and 47, among the Land Records of Fairfax County, Virginia.

The improvements thereon being known as 445 Windover Avenue, NW, Vienna, VA 22180.

The nature of the lien, right or interest sought to be enforced is as follows: In response to Eagle Properties and Investments, LLC's breach of the loan documents and fraud claims against its

owners Amit Jain and Monika Jain, Bala Jain brings this action and asserts claims for fraud and conspiracy to commit fraud against Amit Jain, Monika Jain and Daniel Kotz; declaratory judgment and injunctive relief that Bala Jain is granted a constructive trust against the properties that Eagle Properties and Investments, LLC purchased and/or improved with a $7.5 million loan it fraudulently obtained from Bala Jain; an accounting of the proceeds from the $7.5 million loan Eagle Properties and Investments, LLC fraudulently obtained from Bala Jain; to disregard and pierce Eagle Properties and Investments, LLC's corporate veil; and breach of contract against Eagle Properties and Investments, LLC.

Plaintiffs claim damages of at least $7,500,000.00, plus punitive damages and attorneys' fees.

Dated: July 20, 2022

Respectfully submitted,

_[signature]_
Mark E. Shaffer (VSB No. 75407)
OFFIT KURMAN
8000 Towers Crescent Drive, Suite 1400
Tysons Corner, Virginia 22182
Telephone: 703.745.1820
Facsimile: 703.745.1835
mark.shaffer@offitkurman.com
*Counsel for Plaintiff Bala Jain, LLC*

COMMONWEALTH/STATE OF Virginia,
COUNTY/CITY OF Fairfax, to-wit:

I, the undersigned Notary Public, in and for the State and County aforesaid, do hereby certify that Mark E. Shaffer, whose name is signed to the Memorandum of Lis Pendens, has acknowledged the same before me as Notary in my State and County aforesaid.

Given under my hand and seal this 20 July 2022.

_[Notary seal: VICTORIA YVONNE TAYLOR, COMMONWEALTH OF VIRGINIA, REGISTRATION NO. 7825163, MY COMM. EXPIRES 09/30/2023, NOTARY PUBLIC]_

_[signature]_
Notary Public

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 20 July 2022, sent by Federal Express, postage prepaid, a true copy of the foregoing to:

**EAGLE PROPERTIES AND INVESTMENTS LLC**
445 Windover Avenue
Vienna, Virginia 22180
Serve:
Monika Jain, Managing Member
445 Windover Avenue
Vienna, VA 22180

**MONIKA JAIN**
445 Windover Avenue
Vienna, VA 22180

**AMIT JAIN**
445 Windover Avenue
Vienna, VA 22180

**FIRST CLASS TITLE, INC.**
1803 Research Blvd, Suite 512
Rockville, Maryland 20850
Serve: Robert Kotz
11505 Hemingway Drive
Reston, Virginia 20194

**Daniel Kotz, Esq.**
1803 Research Blvd #512
Rockville, MD 20850

_____
Mark E. Shaffer

4885-9993-9882, v. 2

07/21/2022
RECORDED FAIRFAX CO VA
TESTE:
CLERK