**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| EAGLE PROPERTIES AND ) | Bankruptcy Case |
| INVESTMENTS, LLC, ) | No. 23-10566-KHK |
| ) | Chapter 7 |
| Debtor. ) | |
| _____ ) | |

**CERTIFICATION REGARDING REQUEST FOR EXPEDITED HEARING ON (MOTION TO EXPEDITE HEARING AND SHORTEN NOTICE PERIOD ON (I) CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SALE OF 1630 E. CHOCOLATE AVE, HERSHEY, PA FREE AND CLEAR OF LIS PENDENS PURSUANT TO 11 U.S.C. §§ 363(f) AND 554; (II) CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SALE OF 71 LUCY AVENUE, HUMMELSTOWN, PENNSYLVANIA; (III) CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SALE OF 445 WINDOVER AVE, NW, VIENNA, VA FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(f); (IV) CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SALE OF 1010 LYNN ST., SW, VIENNA, VA FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(f); AND (V) CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SALE OF 449 LAWYERS RD, NW VIENNA, VA FREE CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(f); AND (VI) CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SALE OF 1203 COTTAGE STREET, SW, VIENNA, VA FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(f)**

I HEREBY CERTIFY, as a member of the Bar of this Court, that I have carefully examined this matter and that there is a true necessity for an expedited hearing.

I CERTIFY FURTHER that the necessity for this expedited hearing has not been caused by any lack of due diligence on my part but has been brought about only by the circumstances of this case.

I CERTIFY FURTHER that I have made a *bona fide* effort to resolve this matter and that, at the time of filing the motion to expedite, the matter cannot be resolved without a hearing.

Dated this 25th day of April, 2024.

    /s/ Dylan G. Trache
Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email: dylan.trache@nelsonmullins.com

*Counsel to the Chapter 7 Trustee*

6

4855-6038-5976 v.2