**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EAGLE PROPERTIES AND INVESTMENTS, LLC, | ) ) | Bankruptcy Case No. 23-10566-KHK |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION TO EXPEDITE HEARING AND SHORTEN NOTICE PERIOD ON (I) CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SALE OF 1630 E. CHOCOLATE AVE, HERSHEY, PA FREE AND CLEAR OF LIS PENDENS PURSUANT TO 11 U.S.C. §§ 363(f); (II) CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SALE OF 71 LUCY AVENUE, HUMMELSTOWN, PENNSYLVANIA; (III) CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SALE OF 445 WINDOVER AVE, NW, VIENNA, VA FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(f); (IV) CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SALE OF 1010 LYNN ST., SW, VIENNA, VA FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(f); (V) CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SALE OF 449 LAWYERS RD, NW VIENNA, VA FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(f); AND (VI) CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SALE OF 1203 COTTAGE STREET, SW, VIENNA, VA FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(f)**

Upon consideration of the motion for an expedited hearing and to shorten notice period filed by H. Jason Gold, Chapter 7 Trustee ("Trustee"), on his (i) Motion to Approve Sale of 1630 E. Chocolate Ave, Hersey, PA Free and Clear of Lis Pendens Pursuant to 11 U.S.C. §§ 363(f); (ii) Motion to Approve Sale of 71 Lucy Avenue, Hummelstown, Pennsylvania; (iii) Motion to Approve Sale of 445 Windover Ave, NW, Vienna, VA Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. §§ 363(f); (iv) Motion to Approve Sale of 1010 Lynn St., SW, Vienna, VA Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. §§ 363(f); (v) Motion to Approve Sale of 449 Lawyers Rd, NW, Vienna, VA Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. §§ 363(f); and (vi) Motion to Approve Sale of 1203 Cottage Street, SW, Vienna, VA Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. §§ 363(f) (the "Sale Motions"):

IT IS HEREBY ORDERED

1.  The motion for an expedited hearing is GRANTED; and a hearing on the Sale Motions shall be held on **May 14, 2024 at 11:00 a.m**. Any Objection to the Sale Motions shall be filed by _____, 2024.

2.  The Clerk will mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date: _____

                                                                           Klinette H. Kindred
United States Bankruptcy Judge

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Ave, NW / Suite 900
Washington, DC  20001
Phone: (202) 689-2800
Fax: (202) 689-2860

By:  /s/ Dylan G. Trache
      Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

<u>CERTIFICATION PURSUANT TO LOCAL RULE 9022-1: SERVICE</u>

I HEREBY CERTIFY that on April 25, 2024, the foregoing proposed order was served on the following parties:

>Michael T. Freeman
>Office of the United States Trustee
>1725 Duke Street, Suite 650
>Alexandria, VA  22314
>
>Nancy Greene
>N D Greene PC
>3977 Chain Bridge Rd, Suite 1
>Fairfax, VA 22030
>
>Christopher A. Jones
>Whiteford Taylor & Preston, LLP
>3190 Fairview Park Dr., Suite 800
>Falls Church, VA 22042
>
>Jeffery T. Martin, Jr.
>Martin Law Group, P.C.
>8065 Leesburg Pike, Ste 750
>Vienna, VA 22182
>
>John E Reid
>Martin Law Group, P.C.
>8065 Leesburg Pike, Suite 750
>Vienna, VA 22182
>
>Joshua David Stiff
>Whiteford Taylor Preston LLP
>249 Central Park Avenue, Suite 300
>Virginia Beach, VA 23462
>
>Christopher L. Rogan
>ROGAN MILLER ZIMMERMAN, PLLC
>50 Catoctin Circle, NE, Suite 300
>Leesburg, VA 20176
>
>David S. Musgrave
>GORDON FEINBLATT LLC
>1001 Fleet Street, Suite 700
>Baltimore, MD 21202

        Robert Hockenbury
        Womble Bond Dickinson (US) LLP
        100 Light Street, 26th Floor
        Baltimore, MD 21202

        Justin Fasano
        McNamee Hosea, P.A.
        6404 Ivy Lane
        Ste 820
        Greenbelt, MD 22070

        Corey Simpson Booker
        1051 East Cary Street
        Suite 1200
        Richmond, VA 23219

        J. P. McGuire Boyd, Jr
        Williams Mullen, P.C.
        200 South 10th Street
        Richmond, VA 23219

        Robert M. Marino
        Redmon Peyton & Braswell, LLP
        510 King Street
        Suite 301
        Alexandria, VA 22314-3143

And to the parties in interest on the service list attached to the Motion.


                                                                 /s/ Dylan G. Trache
                                                               Dylan G. Trache

## LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
## PURSUANT TO LOCAL RULE 9022-1

H. Jason Gold
Dylan G. Trache
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael T. Freeman
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA  22314

Nancy Greene
N D Greene PC
3977 Chain Bridge Rd, Suite 1
Fairfax, VA 22030

Christopher A. Jones
Whiteford Taylor & Preston, LLP
3190 Fairview Park Dr., Suite 800
Falls Church, VA 22042

Jeffery T. Martin, Jr.
Martin Law Group, P.C.
8065 Leesburg Pike, Ste 750
Vienna, VA 22182

John E Reid
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182

Joshua David Stiff
Whiteford Taylor Preston LLP
249 Central Park Avenue, Suite 300
Virginia Beach, VA 23462

Christopher L. Rogan
ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, VA 20176

David S. Musgrave
GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202

Robert Hockenbury
Womble Bond Dickinson (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202

Justin Fasano
McNamee Hosea, P.A.
6404 Ivy Lane
Ste 820
Greenbelt, MD 22070

Corey Simpson Booker
1051 East Cary Street
Suite 1200
Richmond, VA 23219

J. P. McGuire Boyd, Jr
Williams Mullen, P.C.
200 South 10th Street
Richmond, VA 23219

Robert M. Marino
Redmon Peyton & Braswell, LLP
510 King Street
Suite 301
Alexandria, VA 22314-3143