IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy Case |
| Eagle Properties and Investments LLC | ) No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |

**ORDER AUTHORIZING OPERATION OF DEBTOR'S BUSINESS**

UPON CONSIDERATION of the Trustee's motion pursuant to 11 U.S.C. §§ 105 and 721 authorizing the operation of the Debtor's business related to the rental of the Properties[1] for a limited period of time ("Motion") (Doc. No. 389), and

IT APPEARING TO THE COURT that the relief requested in the Motion is in the best interests of the estate and creditors; it is hereby

ORDERED:

1. The Motion is GRANTED as set forth herein;

2. The Trustee is authorized to operate the rental business of the Debtor through May 31, 2025, which date may be extended by order of this Court;

3. Subject to the cash collateral rights of all parties, to the extent utilities, insurance premiums, title reports, re-keying expenses or other reasonable, necessary and documented costs associated with the maintenance, upkeep, operation and repair of the Properties are required, consistent with the order approving the employment of Asset Manager, the Trustee will pay those costs directly in his discretion or by reimbursing the Asset Manager.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

1

4. The Trustee shall file monthly reports and summaries of the operation of the business, including a statement of receipts and disbursements, commencing following the month of April 2024 through the date which the Trustee ceases receiving rents, with the first report being due May 21, 2024 and cover the period ending April 30, 2024 and all subsequent reports being due on the 21st day of the calendar month.

5. The Trustee is authorized to advance up to Five Thousand Dollars ($5,000.00) from unencumbered estate funds to the Asset Manager to pay expenses approved by the Trustee for the purpose of maintaining and preserving the Properties until such time as the properties are sold. The Asset Manager shall hold the funds in his Trust Account and provide a monthly account reconciliation report to the Trustee. The estate shall be reimbursed for these expenses upon the closing of the sale of the property for which the expense was made.

Dated: Apr 24 2024

/s/ Klinette H Kindred

Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Apr 25 2024

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
202.689.2800

By:    /s/ Dylan G. Trache
       Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

SEEN AND NO OBJECTION:

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
703.557.7176

By:    /s/ Michael Freeman
      Michael Freeman

## CERTIFICATION PURSUANT TO LOCAL RULE 9022-1

    I HEREBY CERTIFY that all necessary parties have been served with or endorsed the above-referenced order.

                /s/ Dylan G. Trache
                Dylan G. Trache

### LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael Freeman
OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
Century 21 Commercial New Millennium
6629 Old Dominion Drive
McLean, VA 22101

Brian Kenneth Madden
Brian K. Madden, P.C.
PO Box 7663
Arlington, VA 22207

Nancy Greene
N D Greene PC
3977 Chain Bridge Rd, Suite 1
Fairfax, VA 22030

Christopher A. Jones
Whiteford Taylor & Preston, LLP
3190 Fairview Park Dr., Suite 800
Falls Church, VA 22042

Jeffery T. Martin, Jr.
John E. Reid
Martin Law Group, P.C.
8065 Leesburg Pike, Ste 750
Vienna, VA 22182

Joshua David Stiff
Whiteford Taylor Preston LLP
249 Central Park Avenue, Suite 300
Virginia Beach, VA 23462

4858-6203-5894 v.6