**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

In re:

Eagle Properties and Investments LLC          Case No. 23-10566-KHK

(Debtor)                                      (Chapter 7)

## ORDER GRANTING MOTION FOR EXPEDITED HEARING

This case is before the Court pursuant to the Trustee's Motion for an Expedited Hearing (Docket No. 422) on the Trustee's Motion to Approve Sale of 1203 Cottage Street, SW, Vienna, VA Free and Clear of Liens, Claims and Interests Pursuant to Section 363(f) (Docket No. 421). Having considered the Motions, and it appearing proper to do so, it is hereby

**ORDERED**:

1. The Motion for an Expedited Hearing (Docket No. 422) is GRANTED and a hearing on the Trustee's Motion to Approve Sale of 1203 Cottage Street, SW, Vienna, VA Free and Clear of Liens, Claims and Interests Pursuant to Section 363(f) (Docket No. 421) will be held on **May 14, 2024** at **11:00 AM** in Courtroom III, United States Bankruptcy Court for the Eastern District of Virginia, 200 South Washington Street, Alexandria, Virginia 22314.

2. Written opposition is hereby waived and any objections may be made orally at the hearing.

3. The movant shall immediately provide notice of the hearing to all affected parties by the close of business on **April 26, 2024**. Notice may be electronic, by facsimile, telephonic, hand-delivery, or other means reasonably calculated to give actual notice to the affected.

4. The Clerk shall provide a copy of this order and notice of its entry to the parties listed below.

Date: Apr 25 2024

/s/ Klinette H Kindred

Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: April 25, 2024

**Mailed copies to:**

Eagle Properties and Investments LLC
445 Windover Avenue North West
Vienna, VA 22180
*Debtor*

**Electronic copies to:**

H. Jason Gold
*Chapter 7 Trustee*

Dylan G. Trache
*Chapter 7 Trustee's Counsel*