**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| EAGLE PROPERTIES AND ) | Bankruptcy Case |
| INVESTMENTS, LLC, ) | No. 23-10566-KHK |
| ) | Chapter 7 |
| Debtor. ) | |
| _____) | |

**NOTICE OF CHAPTER 7 TRUSTEE'S (I) CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SALE OF 1630 E. CHOCOLATE AVE, HERSHEY, PA FREE AND CLEAR OF LIS PENDENS PURSUANT TO 11 U.S.C. §§ 363(f); (II) CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SALE OF 71 LUCY AVENUE, HUMMELSTOWN, PENNSYLVANIA; (III) CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SALE OF 445 WINDOVER AVE, NW, VIENNA, VA FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(f); (IV) CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SALE OF 1010 LYNN ST., SW, VIENNA, VA FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(f); (V) CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SALE OF 449 LAWYERS RD, NW VIENNA, VA FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(f); AND (VI) CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SALE OF 1203 COTTAGE STREET, SW, VIENNA, VA FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(f)
AND NOTICE OF HEARING THEREON**

PLEASE TAKE NOTICE that H. Jason Gold, the Chapter 7 Trustee ("Trustee"), by counsel, has filed with the clerk of the United States Bankruptcy Court a (i) Motion to Approve Sale of 1630 E. Chocolate Ave, Hersey, PA Free and Clear of Lis Pendens Pursuant to 11 U.S.C. §§ 363(f) (Docket No. 416); (ii) Motion to Approve Sale of 71 Lucy Avenue, Hummelstown, Pennsylvania (Docket No. 412); (iii) Motion to Approve Sale of 445 Windover Ave, NW, Vienna, VA Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. §§ 363(f) (Docket No. 413); (iv) Motion to Approve Sale of 1010 Lynn St., SW, Vienna, VA Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. §§ 363(f) (414); (v) Motion to Approve Sale of 449 Lawyers Rd, NW, Vienna, VA Free and Clear of Liens, Claims and

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter7 Trustee*

Interests Pursuant to 11 U.S.C. §§ 363(f) (Docket No. 415); and (vi) Motion to Approve Sale of 1203 Cottage Street, SW, Vienna, VA Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. §§ 363(f) (Docket No. 421) (collectively, the "Sale Motions"). An expedited hearing on the Sale Motions will be held at:

| Place of Hearing: | Date and Time of Hearing: |
|---|---|
| Courtroom III, 3rd Floor<br>United States Bankruptcy Court<br>200 South Washington Street<br>Alexandria, Virginia 22314 | May 14, 2024<br>at 11:00 a.m. |

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not wish the Court to grant the relief sought in the Motions, or if you want the Court to consider your views on the Motions, you or your attorney must attend the hearing at the place and the date shown above and orally state your responses/objections to the Motions. The requirement for a written response to the Motions is waived and responses/objections may be raised orally at the hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motions and may enter an order granting that relief.

Respectfully submitted,

H. Jason Gold, TRUSTEE

By Counsel

2

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email:  dylan.trache@nelsonmullins.com


By:    /s/ Dylan G. Trache
        Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter7 Trustee*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of April, 2024, the foregoing Notice was served via CM/ECF to the parties registered to receive such notices, and via U.S. mail upon the creditors and parties in interest on the attached service list.[1]

    /s/ Dylan G. Trache
    Dylan G. Trache

---

[1] Pursuant to Local Rule 5005-1(C)(8), the attached service list is not being served on each of the parties, but is attached to the original Certificate of Service filed with the Court.