**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy Case |
| Eagle Properties and Investments LLC | ) No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |

### ORDER AUTHORIZING OPERATION OF DEBTOR'S BUSINESS

UPON CONSIDERATION of the Trustee's motion pursuant to 11 U.S.C. §§ 105 and 721 authorizing the operation of the Debtor's business related to the rental of the Properties[1] for a limited period of time ("Motion") (Doc. No. 389), and

IT APPEARING TO THE COURT that the relief requested in the Motion is in the best interests of the estate and creditors; it is hereby

ORDERED:

1. The Motion is GRANTED as set forth herein;

2. The Trustee is authorized to operate the rental business of the Debtor through May 31, 2025, which date may be extended by order of this Court;

3. Subject to the cash collateral rights of all parties, to the extent utilities, insurance premiums, title reports, re-keying expenses or other reasonable, necessary and documented costs associated with the maintenance, upkeep, operation and repair of the Properties are required, consistent with the order approving the employment of Asset Manager, the Trustee will pay those costs directly in his discretion or by reimbursing the Asset Manager.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

1

4. The Trustee shall file monthly reports and summaries of the operation of the business, including a statement of receipts and disbursements, commencing following the month of April 2024 through the date which the Trustee ceases receiving rents, with the first report being due May 21, 2024 and cover the period ending April 30, 2024 and all subsequent reports being due on the 21st day of the calendar month.

5. The Trustee is authorized to advance up to Five Thousand Dollars ($5,000.00) from unencumbered estate funds to the Asset Manager to pay expenses approved by the Trustee for the purpose of maintaining and preserving the Properties until such time as the properties are sold. The Asset Manager shall hold the funds in his Trust Account and provide a monthly account reconciliation report to the Trustee. The estate shall be reimbursed for these expenses upon the closing of the sale of the property for which the expense was made.

Dated: Apr 24 2024

/s/ Klinette H Kindred

Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Apr 25 2024

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
202.689.2800

By: /s/ Dylan G. Trache
Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

2

SEEN AND NO OBJECTION:

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
703.557.7176

By:     /s/ Michael Freeman
         Michael Freeman

### CERTIFICATION PURSUANT TO LOCAL RULE 9022-1

I HEREBY CERTIFY that all necessary parties have been served with or endorsed the above-referenced order.

         /s/ Dylan G. Trache
         Dylan G. Trache

### LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael Freeman
OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
Century 21 Commercial New Millennium
6629 Old Dominion Drive
McLean, VA 22101

Brian Kenneth Madden
Brian K. Madden, P.C.
PO Box 7663
Arlington, VA 22207

Nancy Greene
N D Greene PC
3977 Chain Bridge Rd, Suite 1
Fairfax, VA 22030

Christopher A. Jones
Whiteford Taylor & Preston, LLP
3190 Fairview Park Dr., Suite 800
Falls Church, VA 22042

Jeffery T. Martin, Jr.
John E. Reid
Martin Law Group, P.C.
8065 Leesburg Pike, Ste 750
Vienna, VA 22182

Joshua David Stiff
Whiteford Taylor Preston LLP
249 Central Park Avenue, Suite 300
Virginia Beach, VA 23462

4858-6203-5894 v.6

United States Bankruptcy Court
Eastern District of Virginia

In re:  Case No. 23-10566-KHK
Eagle Properties and Investments LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9      User: LilianPal      Page 1 of 3
Date Rcvd: Apr 25, 2024      Form ID: pdford9      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| | + Brian Kenneth Madden, Brian K. Madden, P.C., PO Box 7663, Arlington, VA 22207-0663 |
| RE | + Stephen Karbelk, Team Leader, RealMarkets, Century 21 New Millennium, 6629 Old Dominion Dr, McLean, VA 22101-4516 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Apr 26 2024 00:36:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry W. Spear | on behalf of Creditor Aero Mortgage Loan Trust 2019- 1 Barry.Spear@bww-law.com bankruptcy@bww-law.com |
| Bradley J. Swallow | on behalf of Defendant Main Street Bank bswallow@fblaw.com |
| Bradley J. Swallow | on behalf of Creditor MainStreet Bank bswallow@fblaw.com |

| | | |
|---|---|---|
| District/off: 0422-9 | User: LilianPal | Page 2 of 3 |
| Date Rcvd: Apr 25, 2024 | Form ID: pdford9 | Total Noticed: 3 |

Carl A. Eason
    on behalf of Creditor Lincoln Automotive Financial Services bankruptcy@wolriv.com

Christian K. Vogel
    on behalf of Interested Party Primis Bank kvogel@vogelandcromwell.com

Christian K. Vogel
    on behalf of Defendant Primis Bank f/k/a Sona Bank kvogel@vogelandcromwell.com

Christopher A. Jones
    on behalf of Debtor Eagle Properties and Investments LLC cajones@whitefordlaw.com
    clano@whitefordlaw.com,dchaney@whitefordlaw.com

Christopher L. Rogan
    on behalf of Defendant Shail Butani crogan@rmzlawfirm.com

Christopher L. Rogan
    on behalf of Creditor Bala Jain LLC crogan@rmzlawfirm.com

Christopher L. Rogan
    on behalf of Defendant Ishwer Butani crogan@rmzlawfirm.com

Christopher L. Rogan
    on behalf of Defendant Bala Jain LLC crogan@rmzlawfirm.com

Corey Simpson Booker
    on behalf of Creditor Atlantic Union Bank corey.booker@atlanticunionbank.com

Craig M. Palik
    on behalf of Creditor Trinity Universal Insurance Company cpalik@mhlawyers.com
    cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnickerson@mhlawyers.com

David S. Musgrave
    on behalf of Creditor Fulton Bank  N.A. dmusgrave@gfrlaw.com, vhilbun@gfrlaw.com

David S. Musgrave
    on behalf of Defendant Fulton Financial Corporation dmusgrave@gfrlaw.com  vhilbun@gfrlaw.com

Dylan G. Trache
    on behalf of Trustee H. Jason Gold dylan.trache@nelsonmullins.com
    linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Elizabeth Husebo
    on behalf of Defendant Daniel J. Kotz ehusebo@grsm.com

Elizabeth Husebo
    on behalf of Defendant First Class Title  Inc. ehusebo@grsm.com

Erik W. Fox
    on behalf of Creditor Vienna Oaks Office Center Condominium efox@reesbroome.com
    rhurley@reesbroome.com;rchambers@reesbroome.com;pgoodwine@reesbroome.com

Gerard R. Vetter
    ustpregion04.ax.ecf@usdoj.gov

H. Jason Gold
    goldtrustee@fiduciaryservicesgroup.com  VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com

Hannah White Hutman
    on behalf of Creditor Bank of Clarke County hhutman@hooverpenrod.com
    scurtis@hooverpenrod.com;hooverpenrodplc@jubileebk.net

J. P. McGuire Boyd, Jr
    on behalf of Defendant Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
    on behalf of Creditor Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
    on behalf of Defendant Bank of Clarke County mboyd@williamsmullen.com

Jack Frankel
    on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov
    USTPRegion04.ax.ecf@usdoj.gov;paula.f.blades@usdoj.gov;robert.w.ours@usdoj.gov

James R. Meizanis, Jr.
    on behalf of Creditor Virginia Partners Bank jmeizanis@bklawva.com  jroot@bklawva.com;mnoble@bklawva.com

Jeffery T. Martin, Jr.
    on behalf of Debtor Eagle Properties and Investments LLC jeff@martinlawgroupva.com
    martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

| | | |
|---|---|---|
| District/off: 0422-9 | User: LilianPal | Page 3 of 3 |
| Date Rcvd: Apr 25, 2024 | Form ID: pdford9 | Total Noticed: 3 |

Jeffery T. Martin, Jr.
    on behalf of Plaintiff Eagle Properties and Investments LLC jeff@martinlawgroupva.com
    martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

Jeffery T. Martin, Jr.
    on behalf of Counter-Defendant Eagle Properties and Investments LLC jeff@martinlawgroupva.com
    martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

Jeremy B. Root
    on behalf of Creditor Virginia Partners Bank jroot@bklawva.com
    tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com

John E Reid
    on behalf of Debtor Eagle Properties and Investments LLC jack@martinlawgroupva.com

John Tucker Farnum
    on behalf of Interested Party SC&H Group jfarnum@milesstockbridge.com
    jfarnumecfnotices@gmail.com;dbernard@milesstockbridge.com

Joshua David Stiff
    on behalf of Debtor Eagle Properties and Investments LLC jstiff@wtplaw.com  eslate@wtplaw.com;dchaney@whitefordlaw.com

Justin Fasano
    on behalf of Creditor Gus Goldsmith jfasano@mhlawyers.com
    jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;sshin@mhlawyers.com;dmoorehead@mhlawyers.com

Lee S Raphael
    on behalf of Creditor Gitsit Solutions  LLC ecf1@ecf.courtdrive.com, cmartin@pralc.com

Maurice Belmont VerStandig
    on behalf of Professional Maurice VerStandig mac@mbvesq.com
    lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Nancy Greene
    on behalf of Debtor Eagle Properties and Investments LLC ndg@ndglaw.com

Nancy Greene
    on behalf of Plaintiff Eagle Properties and Investments LLC ndg@ndglaw.com

Nancy Greene
    on behalf of Professional N D Greene PC ndg@ndglaw.com

Richard E. Hagerty
    on behalf of Defendant Navy Federal Financial Group  LLC richard.hagerty@troutmansanders.com,
    sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Robert Hockenbury
    on behalf of Creditor Shore United Bank robert.hockenbury@wbd-us.com

Robert M. Marino
    on behalf of Defendant Shail Butani rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino
    on behalf of Defendant Ishwer Butani rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino
    on behalf of Creditor Bala Jain LLC rmmarino@rpb-law.com  rmmarino1@aol.com

Stephanie Gardner Bortnick
    on behalf of Defendant Daniel Kotz sbortnick@grsm.com

Stephanie Gardner Bortnick
    on behalf of Defendant Daniel J. Kotz sbortnick@grsm.com

Stephanie Gardner Bortnick
    on behalf of Defendant First Class Title  Inc. sbortnick@grsm.com

Stephen W. Nichols
    on behalf of Creditor Orrstown Bank snichols@offitkurman.com


TOTAL: 49