# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In Re:<br><br>EAGLE PROPERTIES AND INVESTMENTS LLC and AMIT JAIN DEBTOR DESIGNEE,<br><br>    Debtors. | Case No. 23-10566-KHK<br><br>Chapter 7 |
| GITSIT SOLUTIONS, LLC, its assignees and/or successors in interest,<br><br>    Movant,<br><br>v.<br><br>EAGLE PROPERTIES AND INVESTMENTS LLC and AMIT JAIN DEBTOR DESIGNEE; H. JASON GOLD, Trustee,<br><br>    Defendants. | |

## NOTICE OF MOTION AND HEARING

GITSIT Solutions, LLC has filed papers with the court to move the Court for relief from the automatic stay.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then on or before fourteen (14) days from the date of service of this motion, you or your attorney must:

Andrew S. Goldstein, Esq. (VSB #28421)
Magee Goldstein Lasky & Sayers, P.C.
PO Box 404
Roanoke, VA 24003-0404
Telephone: (540) 343-9800
Facsimile: (540) 343-9898
Electronic Mail: agoldstein@mglspc.com
Counsel for Movant

☐    File with the Court, at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H)]. **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must also mail a copy to the persons listed below.

☐    Attend the hearing scheduled to be held on <u>June 6, 2024</u> at <u>11:00 am</u> in Courtroom <u>III</u>, United States Bankruptcy Court, 200 S. Washington St., Alexandria, VA 22314-5405. **If no timely response has been filed opposing the relief requested, the court my grant the relief without holding a hearing.**

☐    A copy of any written response must be mailed to the following persons:

Clerk of the Court
U.S. Bankruptcy Court
200 S. Washington St.
Alexandria, VA 22314-5405

Andrew S. Goldstein
Magee Goldstein Lasky & Sayers, PC
PO Box 404
Roanoke, VA 24003

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: May 1, 2024                                                         Respectfully Submitted,

GITSIT SOLUTIONS, LLC, its assignees and/or successors in interest

By: <u>/s/ Andrew S. Goldstein</u>

Andrew S. Goldstein, Esq. (VSB #28421)
Magee Goldstein Lasky & Sayers, P.C.
PO Box 404
Roanoke, VA 24003-0404
Telephone: (540) 343-9800
Facsimile: (540) 343-9898
Electronic Mail: agoldstein@mglspc.com
*Counsel for Movant*

## Certificate of Service

      I hereby certify that on May 1, 2024, the foregoing was filed via ECF with the United States Bankruptcy Court for the Eastern District of Virginia thereby causing electronic service upon the Chapter 7 Trustee and Debtor's Attorney. On this same date true copies of the foregoing were mailed by first class mail, postage prepaid to the Debtor listed below:

Eagle Properties and Investments LLC
Amit Jain Debtor Designee
445 Windover Ave North West
Vienna, VA 22180
Debtors

      By: /s/ Andrew S. Goldstein