IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (Alexandria)

| | | |
|---|---|---|
| In re: | * | |
| **EAGLE PROPERTIES AND INVESTMENTS, LLC** | * * | Case No. 23-10566-KHK (Chapter 11) |
| **Debtors.** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>LINE</u>**

The undersigned as counsel for MainStreet Bank along with MainStreet Bank request that they be removed from the mailing/distribution matrix in this matter as MainStreet Bank has transferred its claims to a third party.

Respectively submitted,

May 2, 2024

*/s/ Bradley J. Swallow*
Bradley J. Swallow (VSB No. 32170)
Funk & Bolton, P.A.
100 Light Street, Suite 1400
Baltimore, Maryland 21202
410.659.8320 (direct)
410.659.7773 (facsimile)
bswallow@fblaw.com

*/s/ Eric S. Schuster*
Eric S. Schuster (MD # 03417, *pro hac vice application granted*)
Funk & Bolton, P.A.
100 Light Street, Suite 1400
Baltimore, Maryland 21202
410.659.4983 (direct)
410.659.7773 (facsimile)
eschuster@fblaw.com

*Attorneys for MainStreet Bank*

---

Bradley J. Swallow (VSB No.32170)
Funk & Bolton, P.A.
100 Light Street, Suite 1400
Baltimore, Maryland 21202
(410) 659-8320
Attorneys for MainStreet Bank

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of May 2024, a copy of the foregoing was sent electronically through the CM/ECF system to:

Corey Simpson Booker, Esquire (corey.booker@atlanticunionbank.com)
Carl A. Eason, Esquire (bankruptcy@wolriv.com)
Justin Fasano, Esquire (jfasano@mhlawyers.com, jfasanoecf@gmail.com; jfasano@ecf.courtdrive.com; sshin@mhlawyers.com; dmoorehead@mhlawyers.com)
John P. Fitzgerald, III, Trustee (ustpregion04.ax.ecf@usdoj.gov)
Jack Frankel, Esquire (jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov; paula.f.blades@usdoj.gov)
Nancy Greene, Esquire (ndg@ndglaw.com)
Hannah White Hutman, Esquire (hhutman@hooverpenrod.com, scurtis@hooverpenrod.com; hooverpenrodplc@jubileebk.net)
Stephen W. Nichols, Esquire (snichols@offitkurman.com)
Jeremy B. Root, Esquire (jroot@bklawva.com, tjones@bklawva.com; mnoble@bklawva.com; wcasterlinejr@bklawva.com; jmeizanis@bklawva.com)
David S. Musgrave, Esquire (dmusgrave@gfrlaw.com)
J.P. McGuire Boyd, Jr., Esquire (mboyd@williamsmullen.com)
Christian K. Vogel, Esquire (kvogel@vogelandcromwell.com)
Mark E. Shaffer, Esquire (shaffermar@gtlaw.com)

/s/ Bradley J. Swallow
Bradley J. Swallow

13075.005:235231