**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

In re:

EAGLE PROPERTIES AND INVESTMENTS LLC

    Debtor.                                                           Case No. 23-10566-KHK
                                                                                                                  Chapter 7

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that Carl A. Eason withdraws his appearance and request for service of papers on behalf of Cab East LLC Indirect subsidiary of Lincoln Automotive Financial Services ("Lincoln").

                                        LINCOLN AUTOMOTIVE FINANCIAL SERVICES

                                          By:    /s/ Carl A. Eason
                                                          Of Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of May, 2024, I will electronically file the foregoing Notice with the Clerk using the CM/ECF system, which will then send electronic notification to all parties designated to receive service via the Court's CM/ECF system.

                                        By:    /s/ Carl A. Eason
                                                      Of Counsel

Carl A. Eason, Esquire (VSB #18636)
Wolcott Rivers Gates
200 Bendix Road, Ste 300
Virginia Beach, Virginia 23462
Phone: (757) 497-6633
Fax: (757) 497-7257
*Counsel for Lincoln Automotive Financial Services*