## Gus Goldsmith-Goldsmith Equity Group-BG Real Estate-C Store
18205 Biscayne Boulevard,
Suite #2226
Aventura, FL 33160
(786) 847-7229

04/09/2024

EAGLE PROPERTIES & INVESTMENTS LLC
445 Windover Ave
Vienna, VA 22180
Account: 8761

**BENEFICIARY'S PAYOFF STATEMENT – 1010 LYNN ST SW, VIENNA VA**

Dear EAGLE PROPERTIES & INVESTMENTS LLC
You are authorized to use the following amounts to payoff the above-mentioned loan. All necessary legal documents will be forwarded to the trustee for Full Reconveyance upon receipt of payment in full.

| Payoff Date | 04/30/2024 |
|---|---|
| Maturity Date | 02/01/2023 |
| Next Payment Due | 06/01/2023 |
| Interest Rate | 16.000% |
| Interest Paid-To Date | 05/01/2023 |
| Principal Balance | $258,428.65 |
| Unpaid Interest | $2,488.09 |
| Accrued Interest From 05/01/2023 To 04/30/2024 | $42,442.46 |
| Unpaid Late Charges | $0.00 |
| Accrued Late Charges | $0.00 |
| Unpaid Charges   *For additional details see itemization attached | $40,477.22 |
| Prepayment Penalty | $0.00 |
| Other Fees | $500.00 |
| Trust Balance | $0.00 |
| **Payoff Amount** | **$344,336.42** |

Please add **$128.10** for each additional day past **04/30/2024**.

We reserve the right to amend this demand should any changes occur that would increase the total amount for payoff. **Please note that this demand expires on 05/01/2024**, at which time you are instructed to contact this office for additional instructions (DEMAND FORWARDING FEES ARE DUE EVEN UPON CANCELLATION OF YOUR ESCROW).
**Once this loan has closed and funds have been wired, pleases forward a Mortgage Release (and any other required releases i.e. AOR, UCC, etc…) for recording.

Please wire funds to the following:

Sincerely,
Gus A. Goldsmith
502.262.2067
786.847.7229

::NOTICE – PAYOFF NOT VALID UNLESS SIGNED::

| ITEMIZATION OF UNPAID CHARGES | | | | | |
|---|---|---|---|---|---|
| Date | Description | Interest Rate | Unpaid Balance | Accrued Interest | Total Due |
| Apr 7, 2023 | NSF Payment Charge | 0.000% | $50.00 | $0.00 | $50.00 |
| Apr 11, 2023 | MCNAMEE HOSEA ATTORNEYS RETAINER FEE | 0.000% | $2,500.00 | $0.00 | $2,500.00 |
| Apr 25, 2023 | FAIRFAX COUNTY DTA C/O TACS 449 LAWYERS 2022 PROPERTY TAXES | 16.000% | $10,601.45 | $1,752.77 | $12,354.22 |
| Apr 25, 2023 | FAIRFAX COUNTY DTA C/O TACS 1010 LYNN ST 2022 PROPERTY TAXES | 16.000% | $11,223.59 | $1,855.63 | $13,079.22 |
| Aug 8, 2023 | FORCED PLACED INSURANCE JULY 2023 449 | 16.000% | $450.78 | $53.49 | $504.27 |
| Aug 8, 2023 | FORCED PLACED INSURANCE JULY 2023 1010 | 16.000% | $738.31 | $87.61 | $825.92 |
| Sep 13, 2023 | FORCED PLACED INSURANCE AUGUST 2023 449 | 16.000% | $210.77 | $21.64 | $232.41 |
| Sep 13, 2023 | FORCED PLACED INSURANCE AUGUST 2023 1010 | 16.000% | $336.31 | $34.53 | $370.84 |
| Oct 6, 2023 | FORCED PLACED INSURANCE SEPT 2023 1010 | 16.000% | $325.45 | $30.09 | $355.54 |
| Oct 6, 2023 | FORCED PLACED INSURANCE SEPT 2023 449 | 16.000% | $203.96 | $18.85 | $222.81 |
| Nov 6, 2023 | FORCED PLACED INSURANCE OCT 2023 1010 | 16.000% | $336.31 | $26.46 | $362.77 |
| Nov 6, 2023 | FORCED PLACED INSURANCE OCT 2023 449 | 16.000% | $210.77 | $16.58 | $227.35 |
| Dec 11, 2023 | FORCED PLACED INSURANCE NOV 2023 1010 | 16.000% | $325.45 | $20.54 | $345.99 |
| Dec 11, 2023 | FORCED PLACED INSURANCE NOV 2023 449 | 16.000% | $203.96 | $12.87 | $216.83 |
| Jan 3, 2024 | FORCED PLACED INSURANCE DEC 2023 449 | 16.000% | $210.77 | $11.15 | $221.92 |
| Jan 3, 2024 | FORCED PLACED INSURANCE DEC 2023 1010 | 16.000% | $336.31 | $17.79 | $354.10 |
| Feb 9, 2024 | FORCED PLACED INSURANCE JAN 2024 449 | 16.000% | $210.77 | $7.31 | $218.08 |
| Feb 9, 2024 | FORCED PLACED INSURANCE JAN 2024 1010 | 16.000% | $336.31 | $11.66 | $347.97 |
| Mar 7, 2024 | FORCED PLACED INSURANCE FEB 2024 1010 | 16.000% | $314.61 | $7.69 | $322.30 |

| Date | Description | Rate | Amount | Interest | Total |
|---|---|---|---|---|---|
| Mar 7, 2024 | FORCED PLACED INSURANCE FEB 2024 449 | 16.000% | $197.17 | $4.82 | $201.99 |
| Mar 25, 2024 | MCNAMEE HOSEA SMT ID #341300 | 0.000% | $6,417.85 | $0.00 | $6,417.85 |
| Apr 2, 2024 | FORCED PLACED INSURANCE MARCH 2024 1010 | 16.000% | $325.45 | $4.19 | $329.64 |
| Apr 2, 2024 | FORCED PLACED INSURANCE MARCH 2024 449 | 16.000% | $203.96 | $2.63 | $206.59 |
| Apr 9, 2024 | UNBILLED FORCED PLACE INSURANCE APRIL 2024 | 16.000% | $206.59 | $2.02 | $208.61 |
| | | | | Total | $$40,477.22 |

| ITEMIZATION OF OTHER FEES | |
|---|---|
| Description | Amount |
| Recording or Release Fee | $250.00 |
| Wire and Handling Fee | $250.00 |
| Total | $500.00 |