# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case |
| Eagle Properties and Investments, LLC ) | No. 23-10566-KHK |
| ) | Chapter 7 |
| ) | |
| Debtor, ) | |
| _____) | |
| ) | |
| Gitsit Solutions, LLC, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| Eagle Properties and Investments, LLC ) | |
| ) | |
| Debtor, ) | |
| ) | |
| and ) | |
| ) | |
| H. Jason Gold, Chapter 7 Trustee ) | |
| ) | |
| Respondent. ) | |

## TRUSTEE'S RESPONSE AND OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, H. Jason Gold, the Chapter 7 Trustee ("Trustee"), by counsel, and files this response and opposition to the Motion for Relief from Automatic Stay (the "Motion"), stating to the Court as follows:

1. As reflected on Schedule A, the Debtor owns real property commonly identified as 7213 Linglestown Road, Harrisburg, PA 17112 (the "Property").

Dylan G. Trache, Va. Bar No. 45939
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 712-2800
*Counsel to the Chapter 7 Trustee*

2. The Trustee has investigated of the value of the Property and the liens asserted against the Property. The Trustee is currently marketing the Property and desires additional time in order to present an acceptable contract to movant.

3. Accordingly, the Trustee opposes the relief from the automatic stay sought in the Motion and requests that he be given a reasonable period of time to market the property for sale.

4. The Trustee lacks sufficient information to form a response to the allegations in the Motion that cause exists to grant the relief sought in the Motion and therefore denies the same and demands strict proof.

WHEREFORE, having responded to the Motion, the Trustee prays (i) that the Court continue the hearing on the Motion until such time as the Trustee has had a reasonable period of time to market the Property for sale; and (ii) for such other and further relief as may be necessary.

Respectfully submitted,

H. JASON GOLD, TRUSTEE

By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 712-2800
Facsimile: (202) 712-2860

By:   /s/ Dylan G. Trache
      Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 15th day of May, 2024 the foregoing Trustee's Response and Opposition to Motion for Relief From Automatic Stay was served via CM/ECF to the parties registered to receive such notices, or by first class mail, postage prepaid, including:

      Andrew S. Goldstein, Esq.
      Magee Goldstein Lasky & Sayers, P.C.
      PO Box 404
      Roanoke, VA 24003-0404

      Nancy Greene
      N D Greene PC
      3977 Chain Bridge Rd, Suite 1
      Fairfax, VA 22030

      Christopher A. Jones
      Whiteford Taylor & Preston, LLP
      3190 Fairview Park Dr., Suite 800
      Falls Church, VA 22042

      Jeffery T. Martin, Jr.
      John E Reid
      Martin Law Group, P.C.
      8065 Leesburg Pike, Ste 750
      Vienna, VA 22182

      Joshua David Stiff
      Whiteford Taylor Preston LLP
      249 Central Park Avenue, Suite 300
      Virginia Beach, VA 23462

      Eagle Properties and Investments LLC
      445 Windover Ave North West
      Vienna, VA 22180

                                            /s/ Dylan G. Trache
                                        Dylan G. Trache

4861-5498-9502 v.2

Dylan G. Trache, Va. Bar No. 45939
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 712-2800
*Counsel to the Chapter 7 Trustee*