INST#: 20220024600 Recorded: 08/12/2022 at 11:34:46 AM 7 PAGES    JAMES M. ZUGAY, RECORDER   DAUPHIN COUNTY, PA

CASE 23-1956-AKHK IN DC COURT-2 Filed 05/16/24 BY DEPUTY 05/16/24 11:27:37 WASHINGTON CTAO TWEBB
Exhibit(s) B - Lis Pendens    Page 1 of 7

Prepared By and Mail To:
Alan V. Klein, Esq.
alan.klein@offitkurman.com
Attorney I.D. No. 57104
OFFIT KURMAN, P.A.
401 PLYMOUTH ROAD, SUITE 100
PLYMOUTH MEETING, PENNSYLVANIA 19462
(267) 338-1300

Parcel ID 24-052-102
UPI: 24-052-102-000-000

IN THE COURT OF COMMON PLEAS OF
DAUPHIN COUNTY, PENNSYLVANIA
12th JUDICIAL DISTRICT

| | |
|---|---|
| **BALA JAIN, LLC,**<br>**6007 Marilyn Drive**<br>**Alexandria, Virginia 22310,**<br><br>　　Plaintiff,<br><br>v.<br><br><br><br><br><br>**EAGLE PROPERTIES AND INVESTMENTS LLC**<br>445 Windover Avenue<br>Vienna, Virginia 22180<br>Serve:<br>Monika Jain, Managing Member<br>445 Windover Avenue<br>Vienna, VA 22180<br><br>And,<br><br>**MONIKA JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180<br><br>And,<br><br>**AMIT JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180<br><br>And, | IN THE CIRCUIT COURT<br>OF FAIRFAX COUNTY<br>VIRGINIA<br><br>No. [CL-2022-0009687] |

| | |
|---|---|
| **FIRST CLASS TITLE, INC.** | ) |
| 1803 Research Blvd, Suite 512 | ) |
| Rockville, Maryland 20850 | ) |
| Serve: Robert Kotz | ) |
| 11505 Hemingway Drive | ) |
| Reston, Virginia 20194 | ) |
| | ) |
| And, | ) |
| | ) |
| | ) |
| **DANIEL KOTZ, ESQ.** | ) |
| 1803 Research Blvd #512 | ) |
| Rockville, MD 20850 | ) |
| | ) |
| **Defendants.** | ) |

## PRAECIPE TO INDEX ACTION AS LIS PENDENS

TO THE PROTHONOTARY:

You are hereby notified that on the 18th day of July, 2022, suit was instituted by the undersigned in the above captioned and styled cause in the Circuit Court of Fairfax County, Virginia, and that the following are all the names of the parties to said suit:

| Name of Plaintiff | Name of Defendant | Kind of Suit |
|---|---|---|
| Bala Jain, LLC<br>6007 Marilyn Drive<br>Alexandria, Virginia 22310 | **EAGLE PROPERTIES AND INVESTMENTS LLC**<br>445 Windover Avenue<br>Vienna, Virginia 22180<br>Serve:<br>Monika Jain, Managing Member<br>445 Windover Avenue<br>Vienna, VA 22180 | The lawsuit alleges that one or more of the Defendants used money it borrowed from Bala Jain, LLC to acquire, improve, and/or develop the subject Property. The lawsuit alleges that the Defendants engaged in fraud, conspiracy to commit fraud, breach of contract, and seeks a declaratory judgment and injunctive relief establishing a constructive trust against this Property and such other relief as may be necessary to protect and prepare Bala Jain, LLC's interest in the Property. |
| | **MONIKA JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180 | |
| | **AMIT JAIN** | |

|  | 445 Windover Avenue<br>Vienna, VA 22180 |  |
|---|---|---|
|  | **FIRST CLASS TITLE, INC.**<br>1803 Research Blvd, Suite 512<br>Rockville, Maryland 20850<br>Serve: Robert Kotz<br>11505 Hemingway Drive<br>Reston, Virginia 20194 |  |
|  | **Daniel Kotz, Esq.**<br>1803 Research Blvd #512<br>Rockville, MD 20850 |  |

Please index this action filed in the Virginia state courts as a *lis pendens* against the property located at 1343 Church St., Hershey, PA 17033. Parcel ID 24-052-102 UPI: 24-052-102-000-000, more particularly described as:

ALL THAT CERTAIN LOT OF GROUND SITUATE IN DERRY TOWNSHIP, DAUPHIN COUNTY, PENNSYLVANIA, MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS, TO WIT:

BEGINNING AT A SQUARE HEAD BOLT NEAR THE INTERSECTION OF THE CENTER LINE OF ROUTES PENNSYLVANIA LEGISLATIVE ROUTE #22007 AND TOWNSHIP ROAD #568 NEAR THE FISHBURN CHURCH, SAID BOLT BEING 432 FEET SOUTH OF BOLT AT THE INTERSECTION OF THE CENTER LINES OF THE AFORESAID ROUTES; THENCE CLOCKWISE, ALONG THE SOUTHERN PROPERTY LINE NOW OR FORMERLY OF WALTER K. EBERSOLE, SR. AND CLARA RUTH EBERSOLE, HIS WIFE, SOUTH 77 DEGREES 00 MINUTES EAST, A DISTANCE OF 150 FEET TO AN OAK STAKE AT PROPERTY NOW OR FORMERLY OF HARVEY M. HERSHEY AND VERNA M. HERSHEY, OF WHICH THIS TRACT WAS FORMERLY A PART; THENCE ALONG PROPERTY NOW OR FORMERLY OF AFORESAID HARVEY M. AND VERNA M. HERSHEY, SOUTH 13 DEGREES 00 MINUTES WEST, A DISTANCE OF 161.40 FEET TO AN OAK STAKE ON PROPERTY LINE OF PROPERTY NOW OR FORMERLY OF THE AFORESAID HARVEY M. AND VERNA M. HERSHEY HEREIN; THENCE ALONG THE NORTHERN PROPERTY LINE OF THE AFORESAID HARVEY M. HERSHEY AND VERNA M. HERSHEY, NORTH 77 DEGREES 00 MINUTES WEST, A DISTANCE OF 150 FEET TO A STEEL STUD AT OR NEAR THE CENTER LINE OF THE AFORESAID TOWNSHIP ROAD #568; AND THENCE ALONG OR NEAR THE CENTER LINE OF THE AFORESAID TOWNSHIP ROAD #568, NORTH 13 DEGREES 00 MINUTES EAST, A DISTANCE OF 161.40 FEET TO A STEEL STUD AT OR NEAR THE CENTER OF TOWNSHIP ROAD #568, THE SOUTHWESTERN CORNER OF THE PROPERTY NOW OR FORMERLY OF WALTER . EBERSOLE AND CLARA RUTH EBERSOLE, HIS WIFE, THE PLACE OF BEGINNING.

THE DERIVATION OF SAME BEING:

The same being property conveyed by Deed executed by PANDA REAL ESTATE LLC, A PENNSYLVANIA LIMITED LIABILITY COMPANY on 7/28/2021, as recorded on 8/19/2021 at Instrument 20210029088 in the land records of DAUPHIN COUNTY, PENNMSYLVANIA

unto EAGLE PROPERTIES AND INVESTMENTS, A VIRGINIA LIMITED LIABILITY COMPANY

I certify that this action involves title to real estate and seeks relief in the form of imposition of a constructive trust based on Eagle Properties and Investments, LLC's ("Eagle") use of loan proceeds it obtained from Bala Jain, LLC for the purchase, improvement and development of the real estate at issue. Bala Jain, LLC has filed a lawsuit against Eagle, Amit Jain, Monika Jain, First Class Title, and Daniel Kotz. The lawsuit alleges, *inter alia*, that: Amit Jain, Monika Jain, First Class title and Daniel Kotz committed fraud and conspiracy to commit fraud in order to deceive Bala Jain, LLC to lend Eagle $7.5 million in loans to purchase, improve, and develop various real properties, including the real estate at issue (Counts I and II), and that Bala Jain is entitled to declaratory judgment that Eagle's failure to repay the loans combined with the other defendants to fraud entitles Bala Jain to seek imposition of a constructive trust on the real estate at issue (Count III).

Plaintiff is seeking a Constructive Trust on the property referenced herein.

Dated: July 29, 2022

Respectfully submitted,

*[signature]*

Alan V. Klein, Esq.
alan.klein@offitkurman.com
Attorney for Plaintiff
OFFIT KURMAN, P.A.
401 PLYMOUTH ROAD, SUITE 100
PLYMOUTH MEETING,
PENNSYLVANIA 19462
(267) 338-1300

4

## VERIFICATION

I, SHAIL BUTANI, verify that I am Managing Member of Bala Jain, LLC, a Virginia LLC, and I am authorized to make this verification on its behalf. The allegations in the foregoing praecipe to index an action as *lis pendens* are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

Bala Jain, LLC, a Virginia LLC,

By: *[signature]*
SHAIL BUTANI
Its: Managing Member

6

Alan V. Klein, Esq.
alan.klein@offitkurman.com
Attorney I.D. No. 57104
OFFIT KURMAN, P.A.
401 PLYMOUTH ROAD, SUITE 100
PLYMOUTH MEETING, PENNSYLVANIA 19462
(267) 338-1300

IN THE COURT OF COMMON PLEAS OF

DAUPHIN COUNTY, PENNSYLVANIA

12th JUDICIAL DISTRICT

Court Term: JULY, 2022

| | | |
|---|---|---|
| **BALA JAIN, LLC,** | ) | |
| | ) | IN THE CIRCUIT COURT |
| Plaintiff[s], | ) | OF FAIRFAX COUNTY VIRGINIA |
| | ) | No. [CL-2022-0009687] |
| v. | ) | |
| | ) | |
| **EAGLE PROPERTIES AND** | ) | |
| **INVESTMENTS LLC, ET AL.,** | ) | |
| | ) | |
| | ) | |
| Defendant[s]. | ) | |

## CERTIFICATION OF COMPLIANCE WITH
## CASE RECORDS PUBLIC ACCESS POLICY

I certify that this filing, which includes a Praecipe to Index as Lis Pendens, complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

7/29/2022

Alan V. Klein

4885-6112-1580, v. 6

6

| | | |
|---|---|---|
| **James M. Zugay, Esq.**<br>Recorder of Deeds<br>(717) 780-6560<br><br>**Candace E. Meck**<br>*First Deputy* | <br>**Recorder of Deeds**<br>Harrisburg, Pennsylvania | *Location:*<br>Dauphin County Courthouse<br>Room 102<br>Front & Market Streets<br>Harrisburg, PA 17101 |

## CERTIFIED END PAGE

INSTRUMENT #: 20220024600
RECORD DATE: 8/12/2022 11:34:46 AM
RECORDED BY: CWASHINGER
DOC TYPE: LIS PEND
AGENT: SIMPLIFILE
DIRECT NAME: EAGLE PROPERTIES & INVESTMENTS LLC
INDIRECT NAME: BALA JAIN, LLC


RECORDING FEES - State: $0.50
RECORDING FEES - County: $13.00
ACT 8 OF 1998: $5.00
ADDITIONAL NAME FEE: $4.00

DERRY TWP




UPICount:  1
UPIFee:    20
UPIList:   24-052-102-000-0000

I Certify This Document To Be Recorded
In Dauphin County, Pennsylvania.



James M. Zugay, *Recorder of Deeds*

**THIS IS A CERTIFICATION PAGE**

# PLEASE DO NOT DETACH

THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT