Prepared by and Mail To:
Alan V. Klein, Esq.
alan.klein@offitkurman.com
Attorney I.D. No. 57104
OFFIT KURMAN, P.A.
401 PLYMOUTH ROAD, SUITE 100
PLYMOUTH MEETING, PENNSYLVANIA 19462
(267) 338-1300

ID 24-063-089
UPI: 24-063-089-000-0000

IN THE COURT OF COMMON PLEAS OF

DAUPHIN COUNTY, PENNSYLVANIA

12th JUDICIAL DISTRICT

| | |
|---|---|
| **BALA JAIN, LLC,**<br>**6007 Marilyn Drive**<br>**Alexandria, Virginia 22310,**<br><br>    Plaintiff,<br><br>v.<br><br><br><br>**EAGLE PROPERTIES AND INVESTMENTS LLC**<br>445 Windover Avenue<br>Vienna, Virginia 22180<br>Serve:<br>Monika Jain, Managing Member<br>445 Windover Avenue<br>Vienna, VA 22180<br><br>And,<br><br>**MONIKA JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180<br><br>And,<br><br>**AMIT JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180 | IN THE CIRCUIT COURT<br>OF FAIRFAX COUNTY<br>VIRGINIA<br>No. [CL-2022-0009687] |

| | | |
|---|---|---|
| And, | ) | |
| | ) | |
| **FIRST CLASS TITLE, INC.** | ) | |
| 1803 Research Blvd, Suite 512 | ) | |
| Rockville, Maryland 20850 | ) | |
| Serve: Robert Kotz | ) | |
| 11505 Hemingway Drive | ) | |
| Reston, Virginia 20194 | ) | |
| | ) | |
| And, | ) | |
| | ) | |
| | ) | |
| **DANIEL KOTZ, ESQ.** | ) | |
| 1803 Research Blvd #512 | ) | |
| Rockville, MD 20850 | ) | |
| | ) | |
| **Defendants.** | ) | |

## PRAECIPE TO INDEX ACTION AS LIS PENDENS

TO THE PROTHONOTARY:

You are hereby notified that on the 18th day of July, 2022, suit was instituted by the undersigned in the above captioned and styled cause in the Circuit Court of Fairfax County, Virginia, and that the following are all the names of the parties to said suit:

| Name of Plaintiff | Name of Defendant | Kind of Suit |
|---|---|---|
| Bala Jain, LLC<br>6007 Marilyn Drive<br>Alexandria, Virginia 22310 | EAGLE PROPERTIES AND INVESTMENTS LLC<br>445 Windover Avenue<br>Vienna, Virginia 22180<br>Serve:<br>Monika Jain, Managing Member<br>445 Windover Avenue<br>Vienna, VA 22180 | The lawsuit alleges that one or more of the Defendants used money it borrowed from Bala Jain, LLC to acquire, improve, and/or develop the subject Property. The lawsuit alleges that the Defendants engaged in fraud, conspiracy to commit fraud, breach of contract, and seeks a declaratory judgment and injunctive relief establishing a constructive trust against this Property and such other relief as may be necessary to protect and prepare Bala Jain, LLC's interest in the Property. |
| | MONIKA JAIN<br>445 Windover Avenue<br>Vienna, VA 22180 | |

2

|  |  |  |
|---|---|---|
|  | **AMIT JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180 |  |
|  | **FIRST CLASS TITLE, INC.**<br>1803 Research Blvd, Suite 512<br>Rockville, Maryland 20850<br>Serve: Robert Kotz<br>11505 Hemingway Drive<br>Reston, Virginia 20194 |  |
|  | **Daniel Kotz, Esq.**<br>1803 Research Blvd #512<br>Rockville, MD 20850 |  |

Please index this action filed in the Virginia state courts as a *lis pendens* against the property located at 1635 Church Rd., Humelstown, PA 17036. Parcel ID 24-063-089 UPI: 24-063-089-000-0000, more particularly described as:

ALL THAT CERTAIN TRACT OF LAND SITUATE ALONG THE EAST SIDE OF CHURCH ROAD (T-588) IN DERRY TOWNSHIP, DAUPHIN COUNTY, PENNSYLVANIA AS SHOWN AS 1635 CHURCH ROAD ON THE PRELIMINARY/FINAL PLAT OF THE CAROL S. MEILY SUBDIVISION – 1635 & 1645 CHURCH ROAD AND RECORDED AS INSTRUMENT #20180003914 IN THE DAUPHIN COUNTY RECORDED OFFICE, SAID TRACT OF LAND BEING MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS, TO WIT:

BEGINNING AT A CONCRETE MONUMENT AT THE NORTHWEST CORNER OF 1645 CHURCH ROAD, SAID POINT ALSO BEING ON THE EASTERN DEDICATED RIGHT-OF-WAY LINE OF CHURCH ROAD; THENCE, ALONG SAID RIGHT-OF-WAY LINE, WITH A CURVE TURNING IN THE RIGHT WITH AN ARC LENGTH OF 100.11 FEET, WITH A RADIUS OF 1495.00 FEET, WITH A CHORD BEARING OF NORTH 08 DEGREES 28 MINUTES 37 SECONDS EAST, WHICH A CHORD DISTANCE OF 100.10 FEET TO AN IRON PIPE ON THE SOUTHERN PROPERTY LINE OF THE LANDS OF DANIEL H. JUHALA; THENCE

ALONG A PORTION OF SAID LANDS, SOUTH 84 DEGREES 01 MINUTE 27 SECONDS EAST A DISTANCE OF 122.92 FEET TO AN IRON PIPE ON THE WESTERN PROPERTY LINE OF THE LANDS OF STEVEN G. WEIKEL; THENCE ALONG A PORTION OF SAID LANDS AND A PORTION OF THE LANDS OF DAVID L. HYATT, SOUTH 05 DEGREES 58 MINUTES 33 SECONDS EAST A DISTANCE OF 100.00 FEET TO A CONCRETE MONUMENT AT THE NORTHEAST CORNER OF 1645 CHURCH ROAD; THENCE ALONG SAID LANDS, NORTH 84 DEGREES 01 MINUTE 27 SECONDS WEST A DISTANCE OF 127.29 FEET TO A CONCRETE MONUMENT, WHICH IS THE POINT OF BEGINNING.

CONTAINING IN AREA 12,691 SQUARE FEET, 0.292 ACRES.

THE DERIVATION OF SAME BEING:

Being the same property acquired by deed at instrument No. 20210026835 dated 7/9/2021, and recorded 8/2/2021 from ROBERT R. CHURCH AND LINDA E. CHURCH CO-TRUSTEES OF THE JERRY M. CHURCH GST TRUST UNDER AGREEMENT DATED SEPTEMBER 9, 1997.

I certify that this action involves title to real estate and seeks relief in the form of imposition of a constructive trust based on Eagle Properties and Investments, LLC's ("Eagle") use of loan proceeds it obtained from Bala Jain, LLC for the purchase, improvement and development of the real estate at issue. Bala Jain, LLC has filed a lawsuit against Eagle, Amit Jain, Monika Jain, First Class Title, and Daniel Kotz. The lawsuit alleges, *inter alia,* that: Amit Jain, Monika Jain, First Class title and Daniel Kotz committed fraud and conspiracy to commit fraud in order to deceive Bala Jain, LLC to lend Eagle $7.5 million in loans to purchase, improve, and develop various real properties, including the real estate at issue (Counts I and II), and that Bala Jain is entitled to declaratory judgment that Eagle's failure to repay the loans combined with the other defendants to fraud entitles Bala Jain to seek imposition of a constructive trust on the real estate at issue (Count III).

Plaintiff is seeking a Constructive Trust on the property referenced herein.

Dated: July 29, 2022

Respectfully submitted,

*/s/ Alan V. Klein*

Alan V. Klein, Esq.
alan.klein@offitkurman.com
Attorney for Plaintiff
OFFIT KURMAN, P.A.
401 PLYMOUTH ROAD, SUITE 100
PLYMOUTH MEETING, PENNSYLVANIA 19462
(267) 338-1300

5

## VERIFICATION

I, SHAIL BUTANI, verify that I am Managing Member of Bala Jain, LLC, a Virginia LLC, and I am authorized to make this verification on its behalf. The allegations in the foregoing praecipe to index an action as *lis pendens* are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

Bala Jain, LLC, a Virginia LLC,

By: _____
SHAIL BUTANI
Its: Managing Member

Alan V. Klein, Esq.
alan.klein@offitkurman.com
Attorney I.D. No. 57104
OFFIT KURMAN, P.A.
401 PLYMOUTH ROAD, SUITE 100
PLYMOUTH MEETING, PENNSYLVANIA 19462
(267) 338-1300

IN THE COURT OF COMMON PLEAS OF<br>
DAUPHIN COUNTY, PENNSYLVANIA<br>
12th JUDICIAL DISTRICT

Court Term: JULY, 2022

| | |
|---|---|
| **BALA JAIN, LLC,** | IN THE CIRCUIT COURT |
| Plaintiff[s], | OF FAIRFAX COUNTY VIRGINIA |
| | No. [CL-2022-0009687] |
| v. | |
| **EAGLE PROPERTIES AND INVESTMENTS LLC, ET AL.,** | |
| Defendant[s]. | |

**CERTIFICATION OF COMPLIANCE WITH
CASE RECORDS PUBLIC ACCESS POLICY**

I certify that this filing, which includes a Praecipe to Index as Lis Pendens, complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

_/s/ Alan V. Klein_
Alan V. Klein

7/29/2022

4873-8710-9676, v. 4

7

**James M. Zugay, Esq.**
Recorder of Deeds
(717) 780-6560
jzugay@dauphinc.org

**Candace E. Meck**
*First Deputy*
www.dauphinc.org/deeds



# Dauphin County
# Recorder of Deeds

Harrisburg, Pennsylvania

## CERTIFIED END PAGE

*Location:*
Dauphin County Courthouse
Room 102
101 Market Street
Harrisburg, PA 17101

INSTRUMENT #: 20220024601
RECORD DATE: 8/12/2022 11:35:42 AM
RECORDED BY: CWASHINGER
DOC TYPE: LIS PEND
AGENT: SIMPLIFILE
DIRECT NAME: BALA JAIN, LLC
INDIRECT NAME:

RECORDING FEES - State: $0.50
RECORDING FEES - County: $13.00
ACT 8 OF 1998: $5.00
ADDITIONAL NAME FEE: $6.00

DERRY TWP

UPICount:  1
UPIFee:    20
UPIList:   24-063-089-000-0000

I Certify This Document To Be Recorded
In Dauphin County, Pennsylvania.



_____
**James M. Zugay**, *Recorder of Deeds*

---

# THIS IS A CERTIFICATION PAGE

# PLEASE DO NOT DETACH
## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT