

Executive Summary
Asset Management
Eagle Properties and Investments, LLC
April 2024

With the conversion of this case in late March 2024, we have been diligently working to get an understanding of the status of each property and take action to protect the properties for the benefit of the bankruptcy estate and the creditors. While these activities are a blend of asset management and marketing activities, I have included all activities for executive summary purposes. Action items included:

Transition Management from Chapter 11 to Chapter 7
Conversations with Chapter 11 professionals, obtain control of Chapter 11 Quickbooks account, review all outstanding invoices available and identify which invoices needed to be paid and which were not expenses that should be transitioned to the Chapter 7 case, have regularly scheduled meetings with Trustee and his counsel for guidance and decisions, conversations with the Debtor representative regarding each property and put utilities into the name of Eagle Properties and Investments, LLC as expeditiously as possible. I also participated in multiple conference calls with the Trustee, his counsel and attorneys representing creditors regarding next steps for managing and selling the properties.

Bankruptcy Motions
I reviewed and offered suggestions to the Trustee and his counsel regarding multiple filings, including employment applications, carve out agreements, and the cash collateral agreements.

Master Spreadsheet
To evaluate each property, we created a master spreadsheet with each property, an operating budget, an insurance tracker, a utility transition tracker, and a property equity analysis.

Insurance Review and Policy Purchases
Reviewed insurance status of each property, reached out to each insurance agent that has or had a policy with the Debtor, determined which policies were active and which had lapsed, obtained insurance policy for every property, notified several lenders of the status of the insurance and requested they terminate their forced placed policies, have policies on a monthly automatic billing cycle with exception of several policies that have been pre-paid until later this year.

Invoices
Prepared rent invoices for properties that have a history of past rental payment. There are multiple properties with tenants that have not paid rent over the past year. The severely delinquent tenants will be addressed in May and June. Given our limited time and resources, and the need to focus on where money was readily available, we focused our energy on those efforts.

Utilities
Reviewed utilities, made contact with utility companies to initiate, and in most cases, finalize, putting the utilities for vacant properties into the name of Eagle Properties and Investments, LLC (most accounts were in the name of Amit Jain, individually, and not the name of the Debtor), set up online accounts, when available, and submitted new account set up authorizations to initiate transfers.

Rekeying
The Debtor did not have access to 1203 Cottage Street, SW, Vienna, VA so we had to have it rekeyed to obtain access.  The property located at 7616 Grove Ave, Harrisburg, PA needed to get rekeyed and we coordinated that.

Landscaping
The Debtor was able to arrange to have the grass cut at several Vienna properties, saving the estate money.  The grass at the vacant homes in Pennsylvania needed to get cut.  After several unsuccessful attempts at finding a local vendor, we were able to identify a vendor that was able to cut the grass at eight (8) homes on May 2, 2024.  The job was ordered in late April.  The grass will be cut approximately every 10 days until the homes are sold.  The landscaper will also assist with removing trash at several locations.

Site Inspections
All the vacant homes have been inspected multiple times by Stephanie Young and Robert Walters.  The initial site inspection of the vacant Virginia homes was on April 1, 2024.  The initial site inspection of the vacant and occupied (drive by only) Pennsylvania homes was on April 5, 2024.  Stephanie Young and Robert Walters have been to the properties multiple times to remove previous lockboxes, add new lockboxes, take photographs of properties, coordinate professional photography and prepare notes for sale efforts.

Cleaning
We coordinated the cleaning of 1010 Lynn Street, SW, Vienna, Virginia.

Title Searches
We ordered and received an updated title search on every property.

Mortgage Payoffs
We ordered and received a mortgage payoff statement from all secured creditors.

Advanced Funding
RealMarkets funded a separate bank account that's only used for this case with its own working capital to advance all costs incurred to date.  The account is managed in Quickbooks.

Previous Agent Transition Management
The prior listing agent in Pennsylvania was notified that she would not continue as the listing agent for the Chapter 7 Trustee.  Initially, that conversation did not go over well, but eventually it worked out.  We stepped aside on the sale of 71 Lucy Ave, Hummelstown, PA so that she could continue as the listing agent and another agent was on the selling side.  We also returned her lockboxes to her office.

Marketing Efforts
While accomplishing the above tasks, we also put on the market three (3) properties:

- 449 Lawyers Road, NW, Vienna, Virginia
- 1010 Lynn Street, SE, Vienna, Virginia
- 1203 Cottage Street, SW, Vienna, Virginia

We negotiated the sale of 445 Windover Avenue, NW, Vienna, Virginia and 1630 E. Chocolate Avenue, Hershey, Pennsylvania, and facilitated the sale, for no additional compensation, the sale of 71 Lucy Avenue, Hummelstown, Pennsylvania.

We put on the market 2565 and 2567 Chain Bridge Road, Vienna, Virginia. We've received an offer that is pending review by the lender.

We also prepared to go on the market the following properties, but we were not able to make them Active until the grass was cut and the homes were ready for showing. They went on the market on or about May 1, 2024.

204 S. Fairville Ave, Harrisburg, Pennsylvania
249 Berkstone Drive, Harrisburg, Pennsylvania
1343 Church Road, Hershey, Pennsylvania
6958 New Oxford Road, Harrisburg, Pennsylvania
7180 Jonestown Road, Harrisburg, Pennsylvania
7213 Linglestown Road, Harrisburg, Pennsylvania
7167 Grove Ave, Harrisburg, Pennsylvania
7939 Rider Lane, Hummelstown, Pennsylvania

We expect to bring to market the remaining properties that are tenant occupied in May or June 2024 and/or recommend to the Trustee abandonment of select properties.

Sincerely,

Stephen Karbelk
Team Leader, RealMarkets, a CENTURY 21 New Millennium team
Court Appointed Asset Manager, Eagle Properties and Investments, LLC



**Income and Expense Analysis – March and April 2024**
**Eagle Properties and Investments, LLC**

This report is provided for properties that are occupied and rent was received prior to April 30, 2024. As noted on the Rent Roll, the following properties are tenant occupied but no rent was received:

- 2567 Chain Bridge Road, Vienna, VA
- 15474 Roxbury Road, Glenwood, MD
- 202 N. Port Street, Baltimore, MD
- 213 N. Port Street, Baltimore, MD

**580 W. Areba Ave, Hershey, PA**
**Lender: Fulton Bank, N.A.**

| Income | March 2024 | April 2024 | Payee | Notes |
|---|---|---|---|---|
| Rent | $2,500 | $2,500 | Tenant | |
| | | | | |
| Expenses | | | | |
| Insurance | $0.00 | $167.43 | State Farm | Paid 4/12/24 for April and May 2024 |
| Electric | Tenant Responsibility | Tenant Responsibility | | |
| Water/Sewer | Tenant Responsibility | Tenant Responsibility | | |
| Landscaping | Tenant Responsibility | Tenant Responsibility | | |
| Maintenance | $0.00 | $0.00 | | |
| Other | $0.00 | $0.00 | | |
| Net Proceeds | $2,500.00 | $2,332.57 | | |

Surplus Funds: $4,832.57

**1343 Church Road, Hershey, PA**
**Lender: Fulton Bank, N.A.**

| Income | March 2024 | April 2024 | Payee | Notes |
|---|---|---|---|---|
| Rent | $2,000 | $2,000 | Tenant | |
| | | | | |
| Expenses | | | | |
| Insurance | $0.00 | $160.50 | State Farm | Paid 4/12/24 for April and May 2024 |
| Electric | Tenant Responsibility | Tenant Responsibility | | |
| Water/Sewer | Tenant Responsibility | Tenant Responsibility | | |
| Landscaping | Tenant Responsibility | Tenant Responsibility | | |
| Maintenance | $0.00 | $0.00 | | |
| Other | $0.00 | $0.00 | | |
| Net Proceeds | $2,000.00 | $1,839.50 | | |

Surplus Funds: $3,839.50

**1635 Church Road, Hershey, PA**
**Lender: Bank of Clarke**

| Income | March 2024 | April 2024 | Payee | Notes |
|---|---|---|---|---|
| Rent | $2,500 | $2,500 | Tenant | |
| | | | | |
| Expenses | | | | |
| Insurance | $0.00 | $73.08 | State Farm | Paid 4/13/24 |
| Electric | Tenant Responsibility | Tenant Responsibility | | |
| Water/Sewer | Tenant Responsibility | Tenant Responsibility | | |
| Landscaping | Tenant Responsibility | Tenant Responsibility | | |
| Maintenance | $0.00 | $0.00 | | |
| Other | $0.00 | $0.00 | | |
| Net Proceeds | $2,500.00 | $2,426.92 | | |

Surplus Funds: $4,926.92

**1001 Manning Drive, Fredericksburg, VA**
**Lender: Fulton Bank, NA**

| Income | March 2024 | April 2024 | Payee | Notes |
|---|---|---|---|---|
| Rent | $1,100 | $1,100 | Tenant | |
| | | | | |
| Expenses | | | | |
| Insurance | $0.00 | $47.75 | State Farm | Paid 4/24/24 |
| Electric | Tenant Responsibility | Tenant Responsibility | | |
| Water/Sewer | Tenant Responsibility | Tenant Responsibility | | |
| Landscaping | Tenant Responsibility | Tenant Responsibility | | |
| Maintenance | $0.00 | $0.00 | | |
| Other | $0.00 | $0.00 | | |
| Net Proceeds | $1,100.00 | $1,052.25 | | |

Surplus Funds: $2,152.25

**449 Lawyers Road, NW, Vienna, VA**
**Lenders: Fulton Bank, NA and Gus Goldsmith**

| Income | March 2024 | April 2024 | Payee | Notes |
|---|---|---|---|---|
| Rent | $3,500 | $3,500 | Tenant | |
| | | | | |
| Expenses | | | | |
| Insurance | $0.00 | $84.75 | State Farm | Paid 4/24/24 |
| Electric | Tenant Responsibility | Tenant Responsibility | | |
| Water/Sewer | Tenant Responsibility | Tenant Responsibility | | |
| Landscaping | Tenant Responsibility | Tenant Responsibility | | |
| Maintenance | $0.00 | $0.00 | | |
| Other | $0.00 | $0.00 | | |
| Net Proceeds | $3,500.00 | $3,415.25 | | |

Surplus Funds: $6,915.25

**3012 Dupont Ave, Baltimore, MD**
**Lender: Bala Jain, LLC (purchased Main Street Bank mortgage)**

| Income | March 2024 | April 2024 | Payee | Notes |
|---|---|---|---|---|
| Rent | $1,300 | $1,300 | Tenant | |
| | | | | |
| Expenses | | | | |
| Insurance | $0.00 | $73.66 | State Farm | Paid 4/25/24 |
| Electric | Tenant Responsibility | Tenant Responsibility | | |
| Water/Sewer | Tenant Responsibility | Tenant Responsibility | | |
| Landscaping | Tenant Responsibility | Tenant Responsibility | | |
| Maintenance | $0.00 | $0.00 | | |
| Other | $0.00 | $0.00 | | |
| Net Proceeds | $1,300.00 | $1,226.34 | | |

Surplus Funds: $2,526.34

**6961 Sterling Road, Harrisburg, PA**
**Lender: ABL RPC Residential Credit Acquisition LLC**

| Income | March 2024 | April 2024 | Payee | Notes |
|---|---|---|---|---|
| Rent | $3,900 | $3,900 | Tenant | |
| | | | | |
| Expenses | | | | |
| Insurance | $0.00 | $111.82 | State Farm | Paid 4/24/24 – April and May 2024 |
| Electric | Tenant Responsibility | Tenant Responsibility | | |
| Water/Sewer | Tenant Responsibility | Tenant Responsibility | | |
| Landscaping | Tenant Responsibility | Tenant Responsibility | | |
| Maintenance | $0.00 | $0.00 | | |
| Other | $0.00 | $0.00 | | |
| Net Proceeds | $3,900.00 | $3,788.18 | | |

Surplus Funds: $7,688.18



**Expenses – April 2024**
**Eagle Properties and Investments, LLC**

| Date | Vendor | Amount | Property | Purpose |
|---|---|---|---|---|
| 3/27/24 | Round Table Title | $65.00 | 449 Lawyers Road | Title Search |
| 3/27/24 | Round Table Title | $65.00 | 2565 Chain Bridge Road | Title Search |
| 3/27/24 | Round Table Title | $65.00 | 2567 Chain Bridge Road | Title Search |
| 3/27/24 | Round Table Title | $65.00 | 445 Windover | Title Search |
| 3/27/24 | Round Table Title | $65.00 | 1010 Lynn Street | Title Search |
| 3/27/24 | Round Table Title | $65.00 | 1203 Cottage Street | Title Search |
| 3/27/24 | Round Table Title | $65.00 | 1001 Manning | Title Search |
| 4/2/24 | Mercury Abstracts, LLC | $80.00 | 213 E. Port Street | Title Search |
| 4/2/24 | Mercury Abstracts, LLC | $80.00 | 3012 Dupont | Title Search |
| 4/2/24 | Mercury Abstracts, LLC | $80.00 | 202 E. Port | Title Search |
| 4/2/24 | RL Title | $145.00 | 15474 Roxbury Road | Title Search |
| 4/12/24 | State Farm | $621.50 | 580 W. Areba, 7939 Rider Lane, 1630 E. Chocolate, 1343 Church Road | Insurance |
| 4/15/24 | H&W Cleaning | $275.00 | 1010 Lynn Street | Cleaning |
| 4/17/24 | Keyway Locksmith | $204.00 | 1203 Cottage Street | Rekeying |
| 4/18/24 | State Farm | $82.84 | 897 W. Lombard | Insurance |
| 4/18/24 | State Farm | $57.25 | 1010 Lynn Street | Insurance |
| 4/25/24 | DTMA | $219.25 | 1630 E. Chocolate | Utilities |
| 4/13/24 | State Farm | $73.08 | 1635 Church Road | Insurance |
| 4/15/24 | Rob Walters | $223.82 | 7616 Grove Road (reimbursement for paying | Rekeying |

| | | | | |
|---|---|---|---|---|
| | | | The Flying Locksmiths on-site) | |
| 4/15/24 | Rob Walters | $36.95 | Multiple Properties – New Batteries for keypad locks on doors | Maintenance |
| 4/18/24 | Virginia SCC | $75.00 | Virginia SCC Corporate Entity Reinstatement | Legal |
| 4/24/24 | State Farm | $709.32 | 7180 Jonestown Road, 7213 Linglestown Road, 6961 Sterling Road | Insurance |
| 4/25/24 | State Farm | $73.66 | 3012 Dupont | Insurance |
| 4/25/24 | State Farm | $79.91 | 213 N. Port | Insurance |
| 4/25/24 | State Farm | $87.75 | 15474 Roxbury | Insurance |
| 4/24/24 | State Farm | $47.75 | 1001 Manning | Insurance |
| 4/24/24 | State Farm | $81.33 | 1203 Cottage | Insurance |
| 4/24/24 | State Farm | $84.25 | 445 Windover | Insurance |
| 4/24/24 | State Farm | $84.75 | 449 Lawyers | Insurance |
| 4/24/24 | State Farm | $92.41 | 202 N. Port | Insurance |

Notes:
- Several insurance policies did not get billed until May but were in effect in April 2024.
- Multiple title search bills are being held until the properties go to closing.
- 897 W. Lombard was insured and then cancelled, abandoned during Chapter 11, credit pending.
- 1635 Church Road insured and then cancelled after finding out another policy was in effect, credit pending.



**Rent Roll and Receipts – March and April 2024**
**Eagle Properties and Investments, LLC**

| Property | Scheduled Rent | March 2024 Rent Received | April 2024 Rent Received | Comments |
|---|---|---|---|---|
| 580 W. Areba Ave, Hershey, PA | $2,500 | $2,500 | $2,500 | Initial lease term ended March 1, 2023, month to month, stated rent in lease is $2,600, per Debtor rent was verbally reduced to $2,500 |
| 1343 Church Road, Hershey, PA | $2,000 | $2,000 | $2,000 | Verbal Lease, property on market to be sold, Debtor representative used home as 2nd home. |
| 1635 Church Road, Hershey, PA | $2,500 | $2,500 | $2,500 | Initial lease term ended September 1, 2023 and renews annually, stated rent $3,000, need to investigate variance. |
| 1001 Manning Drive, Falmouth, VA | $1,100 | $1,100 | $1,100 | Initial lease term ended September 20, 2023, month to month. |
| 449 Lawyers Road, NW, Vienna, VA | $3,500 | $3,500 | $3,500 | Verbal Lease, per Debtor, 30 day notice given, under contract, pending Court approval, with a 5/30/24 closing date |
| 3012 Dupont Ave, Baltimore, MD | $1,300 | $1,300 | $1,300 | Verbal Lease, per Debtor |
| 6961 Sterling Road, Harrisburg, PA | $3,900 | $3,900 | $3,900 | Initial term ended May 15, 2024 |
| 2567 Chain Bridge Road, Vienna, VA | $5,400 | Not Received | Not Received | Verbal Lease, per Debtor, Tenant invoiced |
| 15474 Roxbury Road, Glenwood, MD | $4,100 | Not Received | Not Received | Initial term ended December 31, 2022, month to month, no record of rent received during Chapter 11 |
| 202 N. Port Street, Baltimore, MD | $1,250 | Not Received | Not Received | Initial term ended 10/31/20, month to month, no record of rent received during Chapter 11 |
| 213 N. Port Street, Baltimore, MD | $1,450 | Not Received | Not Received | Initial term ended 1/31/22, month to month, no record of rent received during Chapter 11 |
| Totals | **$29,000** | **$16,800** | **$16,800** | |

Additional Notes

- On Thursday, April 25, 2024, Robert Walters picked up a certified check for $33,600 from Amit Jain and delivered it to the Trustee.



**Security Deposits and Rent Due Date – April 2024**
**Eagle Properties and Investments, LLC**

| Property | Security Deposit | Rent Due Date | Comments |
|---|---|---|---|
| 580 W. Areba Ave, Hershey, PA | $2,600 | 1st of the month | Lease says security deposit held at Capital One in Vienna, VA |
| 1343 Church Road, Hershey, PA | $0.00 | | No written lease |
| 1635 Church Road, Hershey, PA | $3,000 | 1st of the month | Lease says security deposit held at Capital One Bank, 246 Maple Ave E, Vienna, VA 22180. |
| 1001 Manning Drive, Falmouth, VA | $1,100 | 1st of the month | No indication of where security deposit shall be held. |
| 449 Lawyers Road, NW, Vienna, VA | $0.00 | | No written lease, vacating 5/30/24 |
| 3012 Dupont Ave, Baltimore, MD | $0.00 | | No written lease |
| 6961 Sterling Road, Harrisburg, PA | $3,900 | 16th of the month | Lease says deposit held at Axos Bank, 4350 La Jolla Village Drive, San Diego, CA 92112 |
| 2567 Chain Bridge Road, Vienna, VA | $5,400 | | No written lease |
| 15474 Roxbury Road, Glenwood, MD | $4,100 | 1st of the month | Leases says security deposit held at Capital One in Vienna, VA |
| 202 N. Port Street, Baltimore, MD | $1,250 | 1st of the month | Lease Landlord is Stephanie Adler, dated November 1, 2018 |
| 213 N. Port Street, Baltimore, MD | $1,450 | 1st of the month | Lease indicates security deposit transferred from previous lease executed July 2020 |
| Total | **$22,800** | | |



## Insurance Schedule - April 2024
## Eagle Properties and Investments, LLC

| Property | Insurance Carrier | Paid Date |
| --- | --- | --- |
| 580 W. Areba Ave, Hershey, PA | State Farm | 4/12/24 |
| 1343 Church Road, Hershey, PA | Mason Erwin Insurance | Paid in Chapter 11 thru 11/27/24 |
| 1635 Church Road, Hershey, PA | State Farm | 4/13/24 |
| 1001 Manning Drive, Falmouth, VA | State Farm | 4/24/24 |
| 449 Lawyers Road, NW, Vienna, VA | State Farm | 4/24/24 |
| 6961 Sterling Road, Harrisburg, PA | State Farm | 4/24/24 |
| 2567 Chain Bridge Road, Vienna, VA | The Hartford | Due 5/23/24 |
| 2565 Chain Bridge Road, Vienna, VA | The Hartford | Due 5/23/24 |
| 15474 Roxbury Road, Glenwood, MD | State Farm | 4/25/24 |
| 3012 Dupont, Baltimore, MD | State Farm | 4/24/24 |
| 213 N. Port Street, Baltimore, MD | State Farm | 4/25/24 |
| 1010 Lynn Street, Vienna, VA | State Farm | 4/18/24 |
| 7180 Jonestown Road, Harrisburg, PA | State Farm | 4/24/24 |
| 7213 Linglestown Road, Harrisburg, PA | State Farm | 4/24/24 |
| 1203 Cottage Street, Vienna, VA | State Farm | 4/24/24 |
| 445 Windover Ave, Vienna, VA | State Farm | 4/24/24 |
| 202 N. Port, Baltimore, MD | State Farm | 4/24/24 |
| 6958 New Oxford Road, Harrisburg, PA | State Farm | 4/30/24 |
| 249 Berkstone Drive, Harrisburg, PA | State Farm | 4/30/24 |
| 204 S. Fairville Ave, Harrisburg, PA | State Farm | 4/30/24 |
| 7616 Grove Ave, Harrisburg, PA | State Farm | 4/30/24 |
| 1630 E. Chocolate Avenue, Hershey, PA | State Farm | 4/12/24 |

| 71 Lucy Ave, Hummellstown, PA | Mason Erwin Insurance | Paid in Chapter 11 thru 11/27/24 |
| 7939 Rider Lane, Hummellstown, PA | State Farm | 4/12/24 |