IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| EAGLE PROPERTIES AND ) | Bankruptcy Case |
| INVESTMENTS, LLC, ) | No. 23-10566-KHK |
| ) | Chapter 7 |
| Debtor. ) | |
| _____) | |

**ORDER APPROVING SALE OF 445 WINDOVER AVE, NW, VIENNA, VA FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(f)**

UPON CONSIDERATION of the motion (Docket No. 413) ("Motion") of H. Jason Gold, chapter 7 trustee ("Trustee"), to approve the sale of the property commonly known as 445 Windover Ave, NW, Vienna, VA ("Property"); and it appearing that proper and adequate notice of the Motion has been given and that no further notice is necessary; and it appearing that the sale of the Property as set forth in the Motion is in the best interest of the estate and its creditors, and it further appearing that based upon the endorsements of counsel set forth below that the first lien holder Atlantic Union Bank will be paid in full at closing and that Bala Jain; LLC has consented to the sale of the Property as set forth herein, free and clear of all liens claims and interests, accordingly:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Trustee is authorized to sell the Property[1] to Wellset LLC (the "Purchaser") for

---

[1] Having the following legal description:

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*

$865,000.00 consistent with the sales contract attached to the Motion as Exhibit A.

3. The Trustee is authorized to pay the secured claim of Atlantic Union Bank in full at closing.

4. At closing, the Trustee shall receive, for the benefit of the estate the sum of $25,950.00 representing his commission under Section 326 of the Bankruptcy Code plus $78,250.00 as additional consideration for the bankruptcy estate free and clear of all liens, claims and interests.

5. The Trustee is authorized to pay a four and one half percent (4.5%) commission his broker Century 21 New Millennium at closing for services rendered in representing the Trustee in connection with the sale.

6. The Trustee is authorized to reimburse Auction Markets, LLC at closing in an amount not to exceed $1,000.00 for any utility and property preservation expenses as needed.

7. The Trustee is authorized to pay all past-due real estate taxes with respect to the Property.

8. The Trustee is authorized to pay the remaining net proceeds of sale after payment of costs to Bala Jain, LLC consistent with the draft ALTA attached hereto as Exhibit A.

9. The Trustee is authorized to request and receive all information concerning the liens and debt held by any secured creditor necessary to close on the sale including but not limited to the loan payoff balance, proof of lien perfection, hazard insurance coverage, escrow account balance and other information. Secured creditors are authorized and directed to promptly provide

---

Lot 5, of the Resubdivision of Block Seventeen, WINDOVER HEIGHTS, as the same appears duly dedicated, platted and recorded in Deed Book 2016 at Page 243, original Dedication recorded in Deed Book R-5 at page 82, and Plats recorded in Plat Book 5 at page 46 and 47, among the Land Records of Fairfax County, Virginia.

said information to the Trustee upon request of the Trustee, subject to the right of any secured creditor to oppose the request.

10. This Order may be recorded in the land records wherein the subject Property is located.

11. This Court retains jurisdiction with respect to any disputes regarding the Property following the sale.

12. This Order shall be effective immediately and shall not be subject to the stay provided in Federal Rule of Bankruptcy Procedure 6004(h) or any other applicable stay.

Dated: May 20 2024

/s/ Klinette H Kindred
United States Bankruptcy Judge

Entered On Docket: May 21 2024

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax: (202) 689-2860
Email: dylan.trache@nelsonmullins.com

By:   /s/ Dylan G. Trache
      Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

SEEN:

ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176
Phone No. (703) 777-8850
Fax No: (703) 777-8854
E-mail: crogan@RMZLawFirm.com


BY:    /s/Christopher L. Rogan (by DGT with authority)
       Christopher L. Rogan (Bar No. 30344)

*Attorneys for Bala Jain, LLC*


### CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I HEREBY CERTIFY that this Order has been endorsed by all necessary parties.

/s/ Dylan G. Trache
Dylan G. Trache


### LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY PURSUANT TO LOCAL RULE 9022-1


Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael Freeman
OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
Century 21 Commercial New Millennium
6629 Old Dominion Drive
McLean, VA 22101

Corey S. Booker
1051 East Cary Street, Suite 1200
Richmond, VA 23219

J.P. McGuire Boyd, Jr.
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, VA 23218-1320

Christopher Rogan
ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176

4859-2533-4975

# **Exhibit A**

## A. Settlement Statement (HUD-1)

### B. Type of Loan

| | | | | |
|---|---|---|---|---|
| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File No. **2024-040903** | 7. Loan No. | 8. Mortgage Insurance Case No. |
| 4. ☐ VA | 5. ☐ Conv Ins. | | | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: **Wellset LLC**<br>**2567 Chain Bridge Road**<br>**Suite 2E**<br>**Vienna, VA 22181** | E. Name & Address of Seller: **H. Jason Gold, Chapter 7 Bankruptcy Trustee of The Bankruptcy Estate of Eagle Properties and Investments, LLC**<br>**P.O. Box 57359**<br>**Washington, DC 20037** | F. Name & Address of Lender: |
|---|---|---|
| G. Property Location:<br>**445 Windover Avenue Northwest**<br>**Vienna, VA 22180** | H. Settlement Agent:<br>**RL Title and Escrow, Inc.**<br>Place of Settlement:<br>**8229 Boone Boulevard Suite 610 Vienna, VA 22182** | I. Settlement Date:<br>**05/21/2024**<br>Funding Date:<br>**05/21/2024**<br>Disbursement Date:<br>**05/21/2024** |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | $865,000.00 | 401. Contract sales price | $865,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $11,194.08 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustment for items paid by seller in advance** | | **Adjustment for items paid by seller in advance** | |
| 106. City/Town Taxes 05/21/2024 to 06/30/2024 | $188.39 | 406. City/Town Taxes 05/21/2024 to 06/30/2024 | $188.39 |
| 107. County Taxes 05/21/2024 to 06/30/2024 | $1,036.93 | 407. County Taxes 05/21/2024 to 06/30/2024 | $1,036.93 |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due from Borrower** | **$877,419.40** | **420. Gross Amount Due to Seller** | **$866,225.32** |
| **200. Amount Paid by or in Behalf of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit | $50,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | $500,000.00 | 502. Settlement charges to seller (line 1400) | $176,727.63 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff to Atlantic Union Bank | $397,647.38 |
| 205. | | 505. Payoff to Bala Jain | $290,850.31 |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. Seller Credit | $1,000.00 | 508. Seller Credit | $1,000.00 |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid by/for Borrower** | **$551,000.00** | **520. Total Reduction Amount Due Seller** | **$866,225.32** |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement to/from Seller** | |
| 301. Gross amount due from borrower (line 120) | $877,419.40 | 601. Gross amount due to seller (line 420) | $866,225.32 |
| 302. Less amounts paid by/for borrower (line 220) | $551,000.00 | 602. Less reductions in amounts due seller (line 520) | $866,225.32 |
| 303. Cash  ☒ From  ☐ To Borrower | $326,419.40 | 603. Cash  ☒ To  ☐ From Seller | |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

| L. Settlement Charges | | | |
|---|---|---|---|
| **700. Total Real Estate Broker Fees** | | **Paid From Borrower's Funds at Settlement** | **Paid From Seller's Funds at Settlement** |
| Division of commission (line 700) as follows : | | | |
| 701. $38,925.00 to Century 21 New Millennium | | | |
| 702. $ | | | |
| 703. Commission paid at settlement | | | $38,925.00 |
| 704. | | | |
| **800. Items Payable in Connection with Loan** | | | |
| 801. Our origination charge | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | (from GFE #2) | | |
| 803. Your adjusted origination charges | (from GFE #A) | | |
| 804. Appraisal fee | (from GFE #3) | | |
| 805. Credit report | (from GFE #3) | | |
| 806. Tax service | (from GFE #3) | | |
| 807. Flood certification | (from GFE #3) | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| **900. Items Required by Lender to be Paid in Advance** | | | |
| 901. Daily interest charges from 05/21/2024 to 06/01/2024 @ $90.28 /day | (from GFE #10) | $993.08 | |
| 902. Mortgage insurance premium | (from GFE #3) | | |
| 903. Homeowner's insurance | (from GFE #11) | | |
| 904. 1st half 2024 Town of Vienna RE Taxes to Town of Vienna | | | $847.74 |
| 905. 1st half 2024 Fairfax County RE Taxes to Department of Tax Administration | | | $4,666.17 |
| **1000. Reserves Deposited with Lender** | | | |
| 1001. Initial deposit for your escrow account | (from GFE #9) | | |
| 1002. Homeowner's insurance | | | |
| 1003. Mortgage insurance | | | |
| 1004. Property taxes | | | |
| 1005. | | | |
| 1006. | | | |
| 1007. Aggregate Adjustment $0.00 | | | |
| **1100. Title Charges** | | | |
| 1101. Title services and lender's title insurance | (from GFE #4) | $1,475.00 | |
| 1102. Settlement or closing fee to RL Title and Escrow, Inc. | | | |
| 1103. Owner's title insurance to Fidelity National Title Insurance Company | (from GFE #5) | $2,039.00 | |
| 1104. Lender's title insurance to Fidelity National Title Insurance Company $1,475.00 | | | |
| 1105. Lender's title policy limit $500,000.00 | | | |
| 1106. Owner's title policy limit $865,000.00 | | | |
| 1107. Agent's portion of the total title insurance premium to RL Title and Escrow, Inc. | | | |
| 1108. Underwriter's portion of the total title insurance premium to Fidelity National Title Insurance Company | | | |
| 1109. Settlement and Closing Fee to RL Title and Escrow, Inc. | | $895.00 | |
| 1110. Title Binder and Policy to RL Title and Escrow, Inc. | | $225.00 | |
| 1111. Title Search to Round Table Title, Inc. | | $110.00 | |
| 1112. Attorney Title Examination Fee to RL Title and Escrow, Inc. | | $150.00 | |
| 1113. Courier/Wire Fees to RL Title and Escrow, Inc. | | | $150.00 |
| 1114. E-Recording Fee to Simplifile | | $10.00 | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Government recording charges | (from GFE #7) | $107.00 | |
| 1202. Deed $47.00 Mortgage $60.00 Release $ to Fairfax County Recording Office | | | |
| 1203. Transfer taxes | (from GFE #8) | $4,565.00 | |
| 1204. City/County tax/stamps Deed $724.58 Mortgage $416.67 to Fairfax County Recording Office | | | |
| 1205. State tax/stamps Deed $2,173.75 Mortgage $1,250.00 to Fairfax County Recording Office | | | |
| 1206. Regional WMTA Fee (Deed) to Fairfax County Recording Office | | | $869.50 |
| 1207. Regional Congestion Relief Fee (Deed) to Fairfax County Recording Office | | | $869.50 |
| 1208. County Grantor Tax (Deed) to Fairfax County Recording Office | | | $434.75 |
| 1209. State Grantor Tax (Deed) to Fairfax County Recording Office | | | $434.75 |
| 1210. | | $625.00 | |
| **1300. Additional Settlement Charges** | | | |
| 1301. Required services that you can shop for | (from GFE #6) | | |
| 1302. Bankruptcy Estate Payment to H. Jason Gold, Trustee | | | $78,250.00 |
| 1303. Expense Reimbursement to RealMarkets | | | $65.00 |
| 1304. Past Due Fairfax Co. RE Taxes 2021-2022 to Fairfax County DTA | | | $14,510.95 |
| 1305. Town of Vienna Past Due Real Estate Taxes to Town of Vienna | | | $415.96 |
| 1306. 326(a) Bankruptcy Trustee Commission to H. Jason Gold, Trustee | | | $25,950.00 |
| 1307. Past Due Fairfax County RE Taxes 2023 to Department of Tax Administration | | | $10,338.31 |
| 1308. | | | |
| 1309. | | | |
| 1310. | | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | **$11,194.08** | **$176,727.63** |

**See signature addendum**

Signature Addendum

| Wellset LLC, a Virginia Limited Liability Company | The Bankruptcy Estate of Eagle Properties and Investments, LLC |
|---|---|
| By: _____ | By: _____ |
| Monika Jain, Sole Member                    Date | H. Jason Gold, Chapter 7 Bankruptcy Trustee    Date |

The HUD-1 settlement statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement

_____

Settlement Agent                                                                                                                      Date