**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| EAGLE PROPERTIES AND ) | Bankruptcy Case |
| INVESTMENTS, LLC, ) | No. 23-10566-KHK |
| ) | Chapter 7 |
| Debtor. ) | |
| _____ ) | |

**ORDER APPROVING SALE OF
<u>71 LUCY AVENUE, HUMMELSTOWN, PENNSYLVANIA</u>**

UPON CONSIDERATION of the motion (Docket No. 412) ("Motion") of H. Jason Gold, chapter 7 trustee ("Trustee"), to approve the sale of the property commonly known as 71 Lucy Avenue, Hummelstown, Pennsylvania 17036 ("Property"); and it appearing that proper and adequate notice of the Motion has been given and that no further notice is necessary; and it appearing that the sale of the Property as set forth in the Motion is in the best interest of the estate and its creditors, and it further appearing that based upon the endorsements of counsel set forth below that Bala Jain; LLC has consented to the sale of the Property as set forth herein, free and clear of all liens claims and interests, accordingly:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Trustee is authorized to sell the Property[1] to Monica Trejo or her designee (the

---

[1] Having the following legal description:

All that certain lot or tract of land with improvements thereon situate in Derry Township, Dauphin County, Pennsylvania, more fully bounded and described as follows, To Wit:

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*

"Purchaser") for $205,000.00 consistent with the sales contract attached to the Motion as Exhibit A.

3. At closing, the Trustee shall receive, for the benefit of the estate the sum of $6,150.00 representing his commission under Section 326 of the Bankruptcy Code plus $10,250.00 as additional consideration for the bankruptcy estate free and clear of all liens, claims and interests.

4. The Trustee is authorized to pay a three percent (3%) commission to Protus Realty at closing for services rendered in representing the Trustee in connection with the sale.

5. The Trustee is authorized to pay a two-and-a-half percent (2.5%) commission to Coldwell Banker Realty at closing for services rendered in representing the Purchaser in connection with the sale.

6. The Trustee is authorized to pay all real estate taxes and customary costs at closing.

7. The Trustee is authorized to pay Bala Jain, LLC the remaining net proceeds of sale after all costs.

8. The Trustee is authorized to reimburse Auction Markets, LLC at closing in an amount not to exceed $1,000.00 for any utility and property preservation expenses as needed.

---

Beginning at a stone marker which is 288.11 Feet North of the point where the Eastern line of Lucy Avenue intersects the Northern right of way line of Pennsylvania L.R. 139 at corner of land now or late of Albert M. Bell; Thence North 80 degrees 13 Minutes 30 Seconds East along land of same 127.35 feet to a stone marker; thence South 25 Degrees 35 Minutes 10 Seconds East along land now or late of Casare Cifani, 50.06 feet, more or less, to a stone marker; Thence South 79 Degrees, 23 Minutes 30 Seconds West along land now or late of Quentin Gleim, 132.62 feet to a wood marker on the East side of Lucy Avenue; thence North 19 Degrees 16 Minutes 50 Seconds West along the same 50.79 feet,
more or less, to the place of beginning. The foregoing description is in accordance with a survey by Gannett, Fleming, Conddry and Carpenter, Inc., dated December 5, 1952.

Said property being known for purposes of assessment and taxation purposes as Property Identification No. 24-031-051-000-0000..

9. The Trustee is authorized to request and receive all information concerning the liens and debt held by any secured creditor necessary to close on the sale including but not limited to the loan payoff balance, proof of lien perfection, hazard insurance coverage, escrow account balance and other information. Secured creditors are authorized and directed to promptly provide said information to the Trustee upon request of the Trustee, subject to the right of any secured creditor to oppose the request.

10. This Order may be recorded in the land records wherein the subject Property is located.

11. This Court retains jurisdiction with respect to any disputes regarding the Property following the sale.

12. This Order shall be effective immediately and shall not be subject to the stay provided in Federal Rule of Bankruptcy Procedure 6004(h) or any other applicable stay.

Dated: May 20 2024

/s/ Klinette H Kindred
United States Bankruptcy Judge

Entered On Docket: May 21 2024

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax: (202) 689-2860
Email: dylan.trache@nelsonmullins.com

By:  /s/ Dylan G. Trache
     Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

SEEN:

ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176
Phone No. (703) 777-8850
Fax No: (703) 777-8854
E-mail: crogan@RMZLawFirm.com

BY:    /s/Christopher L. Rogan (by DGT with authority)
       Christopher L. Rogan (Bar No. 30344)

*Attorneys for Bala Jain, LLC*


### CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I HEREBY CERTIFY that this Order has been endorsed by all necessary parties.

/s/ Dylan G. Trache
Dylan G. Trache


### LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
### PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael Freeman
OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Stephen Karbelk
Team Leader, RealMarkets

Century 21 New Millennium
Century 21 Commercial New Millennium
6629 Old Dominion Drive
McLean, VA 22101

Christopher Rogan
ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176

4863-1258-7711