IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re: )
) Bankruptcy Case
EAGLE PROPERTIES AND INVESTMENTS LLC ) No. 23-10566-KHK
) Chapter 7
)
Debtor. )

**<u>ORDER TO EMPLOY ACCOUNTANT</u>**

UPON APPLICATION of H. Jason Gold, the duly qualified Trustee herein, to employ Barry Strickland & Company, Certified Public Accountants as accountant to assist the Trustee in the preparation of necessary tax returns and to provide other accounting services;

IT APPEARING to the Court that said employment is in the best interest of the estate and should be authorized; it is hereby

ORDERED that the Trustee be, and hereby is authorized to employ Barry Strickland & Company, Certified Public Accountants upon the terms and conditions set forth in the Application with payment to be made only upon further order of this Court.

Dated:_____    /s/_____
Klinette H. Kindred
United States Bankruptcy Judge

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 689-2800
Counsel to the Chapter 7 Trustee

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: 202.689.2800
Fax: 202.689.2860
Email: dylan.trache@nelsonmullins.com


By:     /s/ Dylan G. Trache
        Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*



SEEN AND NO OBJECTION:

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
703.557.7176


By:     /s/ Jack I. Frankel (by DGT with authority)
        Jack I. Frankel



CERTIFICATE PURSUANT TO LOCAL RULE 9022-1: ENDORSEMENT

I HEREBY CERTIFY that all necessary parties have endorsed the above-referenced Order.

                                        /s/ Dylan G. Trache
                                        Dylan G. Trache

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Jack I. Frankel
OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Nancy Greene
N D Greene PC
3977 Chain Bridge Road, Suite 1
Fairfax, VA 22030

Christopher A. Jones
Whiteford Taylor & Preston, LLP
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042

Jeffery T. Martin, Jr.
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182

John E. Reid
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182

Joshua David Stiff
Whiteford Taylor & Preston, LLP
249 Central Park Avenue, Suite 300
Virginia Beach, VA 23462