**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| EAGLE PROPERTIES AND ) | Bankruptcy Case |
| INVESTMENTS, LLC, ) | No. 23-10566-KHK |
| ) | Chapter 7 |
| Debtor. ) | |
| _____ ) | |

**ORDER APPROVING SALE OF 1010 LYNN ST., SW, VIENNA, VA FREE AND
CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f)**

UPON CONSIDERATION of the motion (Docket No. 414) ("Motion") of H. Jason Gold,

chapter 7 trustee ("Trustee"), to approve the sale of the property commonly known as 1010 Lynn St.,

SW, Vienna, VA ("Property"); and it appearing that proper and adequate notice of the Motion has been

given and that no further notice is necessary; and it appearing that the sale of the Property as set forth in

the Motion is in the best interest of the estate and its creditors, and it further appearing that based upon

the endorsements of counsel set forth below that Shore United Bank, Gus Goldsmith and Bala Jain, LLC

have consented to the sale of the Property as set forth herein, free and clear of all liens claims and interests,

accordingly:

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED.

2.      The Trustee is authorized to sell the Property[1] to Ronald Navarro (the "Purchaser")

---

[1] Having the following legal description:

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*

for $875,000.00 consistent with the sales contract attached to the Motion as Exhibit A.

3.     The Trustee is authorized to pay the secured claim of Shore United Bank, N.A. in full at closing as set forth in the draft ALTA attached hereto as Exhibit A ("ALTA").

4.     The Trustee is authorized to pay the secured claim of Gus Goldsmith in the amount of $175,000.00 consistent with the ALTA.  Gus Goldsmith's consent to this sale and release of liens is conditioned upon receipt of total proceeds of $338,647.88 from the sale of the Property and the sale of the property located at 449 Lawyers Road, SW, Vienna, Virginia with such sales closing contemporaneously.

5.     At closing, the Trustee shall receive, for the benefit of the estate the sum of $26,250.00 representing his commission under Section 326 of the Bankruptcy Code plus $43,750.00 as additional consideration for the bankruptcy estate free and clear of all liens, claims and interests.

6.     The Trustee is authorized to pay a three percent (3%) commission to his broker Century 21 New Millennium at closing for services rendered in representing the Trustee in connection with the sale.

7.     The Trustee is authorized to pay a two-and-a-half percent (2.5%) commission to Proplocate Realty LLC at closing for services rendered in representing the Purchaser in connection with the sale.

8.     The Trustee is authorized to pay all outstanding real estate taxes and other customary closing costs consistent with the ALTA.

---

All of Lot Two Thousand, Fifty-Five (2055), Section Ten (10), Vienna Woods, as the same appears duly dedicated, platted and recorded in Deed Book 1741 at Page 322 of the land records of Fairfax County, Virginia.

Less and Except that portion of said lot conveyed to the Town of Vienna in Deed Book 1801 at Page 594 of the aforesaid county land records.

9.      The Trustee is authorized to pay Bala Jain, LLC the remaining net proceeds of sale after all costs, consistent with the ALTA.

10.     The Trustee is authorized to reimburse Auction Markets, LLC at closing in an amount not to exceed $1,000.00 for any utility and property preservation expenses as needed.

11.     The Trustee is authorized to request and receive all information concerning the liens and debt held by any secured creditor necessary to close on the sale including but not limited to the loan payoff balance, proof of lien perfection, hazard insurance coverage, escrow account balance and other information.  Secured creditors are authorized and directed to promptly provide said information to the Trustee upon request of the Trustee, subject to the right of any secured creditor to oppose the request.

12.     This Order may be recorded in the land records wherein the subject Property is located.

13.     This Court retains jurisdiction with respect to any disputes regarding the Property following the sale.

14.     This Order shall be effective immediately and shall not be subject to the stay provided in Federal Rule of Bankruptcy Procedure 6004(h) or any other applicable stay.


Dated: May 22 2024

/s/ Klinette H Kindred
United States Bankruptcy Judge

Entered On Docket: May 23 2024

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax:  (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:     /s/ Dylan G. Trache
          Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

SEEN AND AGREED:

WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5800
Facsimile: (410) 545-5801
Email: lisa.tancredi@wbd-us.com
Email: robert.hockenbury@wbd-us.com

By:      /s/ Lisa Bittle Tancredi (by DGT with authority)
Lisa Bittle Tancredi, Esq. (admitted pro hac vice)
Robert L. Hockenbury, Esq. (VA Bar 97675)

*Counsel to Shore United Bank, N.A.*

AND

ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176
Phone No. (703) 777-8850
Fax No: (703) 777-8854
E-mail: crogan@RMZLawFirm.com


BY:     /s/Christopher L. Rogan (by DGT with authority)
          Christopher L. Rogan (Bar No. 30344)

*Attorneys for Bala Jain, LLC*

AND

MCNAMEE, HOSEA, P.A
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone No.: (301) 441-2420
E-mail: jfasano@mhlawyers.com

BY:    /s/ Justin P. Fasano (by DGT with authority)
       Justin P. Fasano (Bar No. 75983)

*Attorneys for Gus Goldsmith*

## CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I HEREBY CERTIFY that this Order has been endorsed by all necessary parties.

/s/ Dylan G. Trache
Dylan G. Trache

## LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
## PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael Freeman
OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
Century 21 Commercial New Millennium
6629 Old Dominion Drive
McLean, VA 22101

Lisa Bittle Tancredi
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202

Justin Fasano
MCNAMEE, HOSEA, P.A
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770

Christopher Rogan
ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176

4862-6121-1071

# **Exhibit A**

| 1. | ☐ | FHA | 2. | ☐ | RHS | 3. | ☐ | Conv. Unins. | 2024-041801 | 7. Loan No. | 8. Mortgage Insurance Case No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4. | ☐ | VA | 5. | ☐ | Conv Ins. | | | | | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: **Ronald Navarro** | E. Name & Address of Seller: **H. Jason Gold, Chapter 7 Bankruptcy Trustee of The Bankruptcy Estate of Eagle Properties and Investments LLC Case No. 23-10566-KHK P.O. Box 57359 Washington, DC 20037** | F. Name & Address of Lender: **Founders Bank 5101 Wisconsin Avenue NW Suite 400 Washington, DC 20016** |
|---|---|---|
| G. Property Location: **1010 Lynn Street Southwest Vienna, VA 22180** | H. Settlement Agent: **RL Title and Escrow, Inc.** Place of Settlement: **8229 Boone Boulevard Suite 610 Vienna, VA 22182** | I. Settlement Date: **05/30/2024** Funding Date: **05/30/2024** Disbursement Date: **05/30/2024** |

## J. Summary of Borrower's Transaction

| 100. Gross Amount Due from Borrower | |
|---|---|
| 101. Contract sales price | $875,000.00 |
| 102. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $10,811.34 |
| 104. | |
| 105. | |
| **Adjustment for items paid by seller in advance** | |
| 106. City/Town Taxes 05/30/2024 to 06/30/2024 | $145.29 |
| 107. County Taxes 05/30/2024 to 06/30/2024 | $848.13 |
| 108. Assessments | |
| 109. | |
| 110. | |
| 111. | |
| 112. | |
| **120. Gross Amount Due from Borrower** | **$886,804.76** |
| **200. Amount Paid by or in Behalf of Borrower** | |
| 201. Deposit | $10,000.00 |
| 202. Principal amount of new loan(s) | $656,250.00 |
| 203. Existing loan(s) taken subject to | |
| 204. | |
| 205. | |
| 206. | |
| 207. | |
| 208. Seller Closing Cost Credit | $1,000.00 |
| 209. | |
| **Adjustments for items unpaid by seller** | |
| 210. City/Town Taxes | |
| 211. County Taxes | |
| 212. Assessments | |
| 213. | |
| 214. | |
| 215. | |
| 216. | |
| 217. | |
| 218. | |
| 219. | |
| **220. Total Paid by/for Borrower** | **$667,250.00** |
| **300. Cash at Settlement from/to Borrower** | |
| 301. Gross amount due from borrower (line 120) | $886,804.76 |
| 302. Less amounts paid by/for borrower (line 220) | $667,250.00 |
| 303. Cash ☒ From ☐ To Borrower | $219,554.76 |

## K. Summary of Seller's Transaction

| 400. Gross Amount Due to Seller | |
|---|---|
| 401. Contract sales price | $875,000.00 |
| 402. Personal property | |
| 403. | |
| 404. | |
| 405. | |
| **Adjustment for items paid by seller in advance** | |
| 406. City/Town Taxes 05/30/2024 to 06/30/2024 | $145.29 |
| 407. County Taxes 05/30/2024 to 06/30/2024 | $848.13 |
| 408. Assessments | |
| 409. | |
| 410. | |
| 411. | |
| 412. | |
| **420. Gross Amount Due to Seller** | **$875,993.42** |
| **500. Reductions in Amount Due to Seller** | |
| 501. Excess deposit (see instructions) | |
| 502. Settlement charges to seller (line 1400) | $138,538.52 |
| 503. Existing loan(s) taken subject to | |
| 504. Payoff to Shore United Bank | $542,109.91 |
| 505. Payoff to Gus Goldsmith-Goldsmith Equity Group-BG Real Estate-C Store | $175,000.00 |
| 506. Payoff Bala Jain | $19,344.99 |
| 507. | |
| 508. Seller Closing Cost Credit | $1,000.00 |
| 509. | |
| **Adjustments for items unpaid by seller** | |
| 510. City/Town Taxes | |
| 511. County Taxes | |
| 512. Assessments | |
| 513. | |
| 514. | |
| 515. | |
| 516. | |
| 517. | |
| 518. | |
| 519. | |
| **520. Total Reduction Amount Due Seller** | **$875,993.42** |
| **600. Cash at Settlement to/from Seller** | |
| 601. Gross amount due to seller (line 420) | $875,993.42 |
| 602. Less reductions in amounts due seller (line 520) | $875,993.42 |
| 603. Cash ☒ To ☐ From Seller | |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

| | | | |
|---|---|---|---|
| 704. | | | |
| **800. Items Payable in Connection with Loan** | | | |
| 801. Our origination charge | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | (from GFE #2) | | |
| 803. Your adjusted origination charges | (from GFE #A) | | |
| 804. Appraisal fee | (from GFE #3) | | |
| 805. Credit report | (from GFE #3) | | |
| 806. Tax service | (from GFE #3) | | |
| 807. Flood certification | (from GFE #3) | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| **900. Items Required by Lender to be Paid in Advance** | | | |
| 901. Daily interest charges from 05/30/2024 to 06/01/2024 | (from GFE #10) | | |
| 902. Mortgage insurance premium | (from GFE #3) | | |
| 903. Homeowner's insurance | (from GFE #11) | | |
| 904. 1st half 2024 Real Estate Taxes to Department of Tax Administration | | | $4,924.60 |
| 905. 1st half 2024 Real Estate Taxes to Town of Vienna | | | $843.60 |
| **1000. Reserves Deposited with Lender** | | | |
| 1001. Initial deposit for your escrow account | (from GFE #9) | | |
| 1002. Homeowner's insurance | | | |
| 1003. Mortgage insurance | | | |
| 1004. Property taxes | | | |
| 1005. | | | |
| 1006. | | | |
| 1007. Aggregate Adjustment $0.00 | | | |
| **1100. Title Charges** | | | |
| 1101. Title services and lender's title insurance | (from GFE #4) | $1,851.80 | |
| 1102. Settlement or closing fee to RL Title and Escrow, Inc. | | | |
| 1103. Owner's title insurance to Fidelity National Title Insurance Company | (from GFE #5) | $2,368.20 | |
| 1104. Lender's title insurance to Fidelity National Title Insurance Company $1,851.80 | | | |
| 1105. Lender's title policy limit $656,250.00 | | | |
| 1106. Owner's title policy limit $875,000.00 | | | |
| 1107. Agent's portion of the total title insurance premium to RL Title and Escrow, Inc. $0.00 | | | |
| 1108. Underwriter's portion of the total title insurance premium to Fidelity National Title Insurance Company $0.00 | | | |
| 1109. Settlement and Closing Fee to RL Title and Escrow, Inc. | | $895.00 | $150.00 |
| 1110. Title Binder and Policy to RL Title and Escrow, Inc. | | $225.00 | |
| 1111. Title Search to Round Table Title, Inc. | | $110.00 | |
| 1112. Attorney Title Examination Fee to RL Title and Escrow, Inc. | | $150.00 | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Government recording charges | (from GFE #7) | $107.00 | |
| 1202. Deed $47.00 Mortgage $60.00 Release $ to Fairfax County Recording Office | | | |
| 1203. Transfer taxes | (from GFE #8) | $5,104.34 | |
| 1204. City/County tax/stamps Deed $729.17 Mortgage $546.92 to Fairfax County Recording Office | | | |
| 1205. State tax/stamps Deed $2,187.50 Mortgage $1,640.75 to Fairfax County Recording Office | | | |
| 1206. Regional WMTA Fee (Deed) to Fairfax County Recording Office | | | $875.00 |
| 1207. Regional Congestion Relief Fee (Deed) to Fairfax County Recording Office | | | $875.00 |
| 1208. County Grantor Tax (Deed) to Fairfax County Recording Office | | | $437.50 |
| 1209. State Grantor Tax (Deed) to Fairfax County Recording Office | | | $437.50 |
| **1300. Additional Settlement Charges** | | | |
| 1301. Required services that you can shop for | (from GFE #6) | | |
| 1302. Town of Vienna Delinquent Taxes to Town of Vienna | | | $353.34 |
| 1303. 2023 Fairfax County Delinquent Real Estate Taxes to Department of Tax Administration | | | $10,516.98 |
| 1304. 326(a) Trustee Commission to H. Jason Gold, Trustee | | | $26,250.00 |
| 1305. Bankruptcy Estate Payment to H. Jason Gold, Trustee | | | $43,750.00 |
| 1306. Expense Reimbursement to RealMarkets | | | $1,000.00 |
| 1307. | | | |
| 1308. | | | |
| 1309. | | | |
| 1310. | | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | $10,811.34 | $138,538.52 |

**See signature addendum**

Ronald Navarro

Date

By: _____

Klinette Kindred, Chapter 7 Bankruptcy Trustee

Date

The HUD-1 settlement statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement

_____

Settlement Agent                                                                                                        Date