# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) |
| EAGLE PROPERTIES AND | ) Bankruptcy Case |
| INVESTMENTS, LLC, | ) No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |
| _____ | ) |

### ORDER APPROVING SALE OF 449 LAWYERS RD, NW, VIENNA, VA FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(f)

UPON CONSIDERATION of the motion (Docket No. 415) ("Motion") of H. Jason Gold, chapter 7 trustee ("Trustee"), to approve the sale of the property commonly known as 449 Lawyers Rd., NW, Vienna, VA ("Property"); and it appearing that proper and adequate notice of the Motion has been given and that no further notice is necessary; and it appearing that the sale of the Property as set forth in the Motion is in the best interest of the estate and its creditors, and it further appearing that based upon the endorsements of counsel set forth below that Fulton Bank, N.A., Gus Goldsmith and Bala Jain, LLC have consented to the sale of the Property as set forth herein, free and clear of all liens, claims and interests, accordingly:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Trustee is authorized to sell the Property[1] to Anchor Homes LLC (the

---

[1] Having the following legal description:

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*
GFRDOCS\42372\149975\10885865.v2-5/17/24

"Purchaser") for $850,000.00 consistent with the sales contract attached to the Motion as Exhibit A.

3. The Trustee is authorized to pay the secured claim of Fulton Bank, N.A. in full at closing, including the payment of attorney's fees in the amount of $18,085 as set forth in the draft ALTA attached hereto as Exhibit A ("ALTA").

4. Upon the Trustee's payment to Fulton Bank, N.A. of cash collateral from the Property in the amount of $6,915, Fulton Bank, N.A. shall apply such cash to its attorney's fees.

5. Fulton Bank, N.A.'s consent to this sale is conditioned on receipt of full payment of principal, interest, late charges, and legal fees of $25,000.00.

6. The Trustee is authorized to pay the secured claim of Gus Goldsmith in the amount of $163,647.88 consistent with the ALTA. Gus Goldsmith's consent to this sale and release of liens is conditioned upon receipt of total proceeds of $338,647.88 from the sale of the Property and the sale of the property located at 1010 Lynn Street, SW, Vienna, Virginia with such sales closing contemporaneously.

7. At closing, the Trustee shall receive, for the benefit of the estate the sum of $25,500.00 representing his commission under Section 326 of the Bankruptcy Code plus $42,500.00 as additional consideration for the bankruptcy estate free and clear of all liens, claims

---

Lot Ninety-Seven (97) and part of Lot Ninety-Six (96), Section Two (2), VIENNA HILLS and a Resubdivision of Out Lot of a Resubdivision of Lots 10, 11 and 12, and Out Lot of Section One, Vienna Hills, Town of Vienna, Fairfax County, Virginia, as the same appears duly dedicated, platted and recorded in Deed Book 1235 at Page 357, among the Fairfax County, Virginia, Land Records; the description of the portion of Lot 96 hereby conveyed being described as follows:

BEGINNING at a point on the Southeasterly line of Upham Place, a corner to Lots 96 and 97, Section 2, VIENNA HILLS; thence with the said line of Upham Place, N. 33 degrees 38' 57" E. 10.00 feet to a point; thence through the said Lot 96, S. 54 degrees 14' 23 " E. 103.75 feet to a point in the line of Lot 66; thence with Lot 97, N. 54 degrees 14' 23 " W. 103.38 feet to the point of beginning, containing 1,036 square feet, lying and being in the County of Fairfax, Virginia.

2

GFRDOCS\42372\149975\10885865.v2-5/17/24

and interests.

8. The Trustee is authorized to pay a three percent (3%) commission to his broker Century 21 New Millennium at closing for services rendered in representing the Trustee in connection with the sale.

9. The Trustee is authorized to pay a two-and-a-half percent (2.5%) commission to Innovation at closing for services rendered in representing the Purchaser in connection with the sale.

10. The Trustee is authorized to pay all outstanding real estate taxes and other customary closing costs consistent with the ALTA.

11. The Trustee is authorized to pay Bala Jain, LLC the remaining net proceeds of sale after all costs, consistent with the ALTA.

12. The Trustee is authorized to reimburse Auction Markets, LLC at closing in an amount not to exceed $1,000.00 for any utility and property preservation expenses as needed.

13. The Trustee is authorized to request and receive all information concerning the liens and debt held by any secured creditor necessary to close on the sale including but not limited to the loan payoff balance, proof of lien perfection, hazard insurance coverage, escrow account balance and other information. Secured creditors are authorized and directed to promptly provide said information to the Trustee upon request of the Trustee, subject to the right of any secured creditor to oppose the request.

14. This Order may be recorded in the land records wherein the subject Property is located.

15. This Court retains jurisdiction with respect to any disputes regarding the Property following the sale.

3

16. This Order shall be effective immediately and shall not be subject to the stay provided in Federal Rule of Bankruptcy Procedure 6004(h) or any other applicable stay.

Dated: May 22 2024

/s/ Klinette H Kindred
United States Bankruptcy Judge

Entered On Docket: May 23 2024

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax: (202) 689-2860
Email: dylan.trache@nelsonmullins.com

By:  /s/ Dylan G. Trache
     Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

SEEN AND AGREED:

GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
Phone/Fax No. (410) 576-4194
E-mail: dmusgrave@gfrlaw.com

BY:  /s/David S. Musgrave (by DGT with authority)
     David S. Musgrave (Bar No. 35327)

*Attorneys for Fulton Bank, N.A.*

AND

ROGAN MILLER ZIMMERMAN, PLLC

4

50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176
Phone No. (703) 777-8850
Fax No: (703) 777-8854
E-mail: crogan@RMZLawFirm.com


BY:   /s/Christopher L. Rogan (by DGT with authority)
      Christopher L. Rogan (Bar No. 30344)

*Attorneys for Bala Jain, LLC*

AND


MCNAMEE, HOSEA, P.A
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone No.: (301) 441-2420
E-mail: jfasano@mhlawyers.com

BY:   /s/ Justin P. Fasano (by DGT with authority)
      Justin P. Fasano (Bar No. 75983)

*Attorneys for Gus Goldsmith*


### CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I HEREBY CERTIFY that this Order has been endorsed by all necessary parties.

                                              /s/ Dylan G. Trache
                                              Dylan G. Trache

**LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1**

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael Freeman
OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
Century 21 Commercial New Millennium
6629 Old Dominion Drive
McLean, VA 22101

David S. Musgrave
GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202

Justin Fasano
MCNAMEE, HOSEA, P.A
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770

Christopher Rogan
ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176

GFRDOCS\42372\149975\10885865.v2-5/17/24

4859-2288-3006

# **Exhibit A**

| 4. ☐ VA | 5. ☐ Conv. Ins. | 1-23493 | | ------------------------ | | ------------------------ |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| ANCHOR HOMES LLC<br>6862 Elm Street, #100<br>McLean, VA 22101 | H. Jason Gold,<br>Chapter 7 Trustee in<br>Bankruptcy in re:<br>Eagle Properties and Investments LLC | NOT APPLICABLE (CASH TRANSACTION) |

| G. Property Location | H. Settlement Agent | |
|---|---|---|
| 449 Lawyers Road, NW<br>Vienna, VA 22180<br>Lot 97 & Pt of Lot 96, Section 2, VIENNA HILLS<br>Town of Vienna, Fairfax County, VA | William A. Marshall, Attorney-at-Law<br>7006-G Little River Turnpike, Annandale, VA 22003 | |
| | Place of Settlement<br>7006 Little River Turnpike, Suite G<br>Annandale, Virginia 22003 | I. Settlement Date<br>05/30/2024<br>DD: 05/30/2024 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---:|---|---:|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 850,000.00 | 401. Contract sales price | 850,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 6,467.33 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. City/town taxes  05/30/24 to 06/30/24 | 145.11 | 406. City/town taxes  05/30/24 to 06/30/24 | 145.11 |
| 107. County taxes  05/30/24 to 06/30/24 | 869.52 | 407. County taxes  05/30/24 to 06/30/24 | 869.52 |
| 108. Assessments  to | | 408. Assessments  to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 857,481.96 | **420. GROSS AMOUNT DUE TO SELLER** | 851,014.63 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT TO SELLER** | |
| 201. Deposit or earnest money | 50,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 153,045.72 |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | 532,997.08 |
| | | FULTON BANK, N.A. | |
| 205. | | 505. Payoff of second mortgage loan | 163,647.88 |
| | | GUS GOLDSMITH | |
| 206. | | 506. Payoff to BALA JAIN LLC | 1,323.95 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. Agent Credit | 21,250.00 | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/town taxes  to | | 510. City/town taxes  to | |
| 211. County taxes  to | | 511. County taxes  to | |
| 212. Assessments  to | | 512. Assessments  to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY / FOR BORROWER** | 71,250.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 851,014.63 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 857,481.96 | 601. Gross amount due to seller (line 420) | 851,014.63 |
| 302. Less amounts paid by/for borrower (line 220) | 71,250.00 | 602. Less reduction amount due to seller (line 520) | 851,014.63 |
| **303. CASH    FROM    BORROWER** | 786,231.96 | **603. CASH    TO    SELLER** | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 800. | **ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | P.O.C. |
| 801. | Loan Origination Fee | % | | | |
| 802. | Loan Discount | % | | | |
| 803. | Appraisal Fee | to | | | |
| 804. | Credit Report | to | | | |
| 805. | Lender's Inspection Fee | to | | | |
| 806. | Document Prep.Fee | to | | | |
| 807. | Tax Service Fee | to | | | |
| 808. | | | | | |
| 809. | | | | | |
| 810. | | | | | |
| 811. | | | | | |
| 812. | | | | | |
| 813. | | | | | |
| 814. | | | | | |
| 815. | | | | | |
| 900. | **ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. | Interest  from         to         @$         /day | | | | |
| 902. | Mortgage Insurance Premium         to | | | | |
| 903. | Hazard Insurance Premium         yrs. to | | | | |
| 904. | | | | | |
| 905. | | | | | |
| 1000. | **RESERVES DEPOSITED WITH LENDER FOR** | | | | |
| 1001. | Hazard Insurance         mo. @$         / mo. | | | | |
| 1002. | Mortgage Insurance         mo. @$         / mo. | | | | |
| 1003. | City property taxes         mo. @$         / mo. | | | | |
| 1004. | County property taxes         mo. @$         / mo. | | | | |
| 1005. | Annual Assessments         mo. @$         / mo. | | | | |
| 1006. |         mo. @$         / mo. | | | | |
| 1007. |         mo. @$         / mo. | | | | |
| 1008. | Aggregate Reserve for Hazard/Flood Ins, City/Count | | | | |
| 1100. | **TITLE CHARGES** | | | | |
| 1101. | Settlement or closing fee | to | William A. Marshall, Attorney-at-Law | 375.00 | 150.00 |
| 1102. | Abstract or title search | to | AHA, LLC | 225.00 | |
| 1103. | Title examination | to | William A. Marshall, Attorney-at-Law | 150.00 | |
| 1104. | Title insurance binder | to | | | |
| 1105. | Document preparation | to | William A. Marshall, Attorney-at-Law | 185.00 | |
| 1106. | Notary fees | to | | | |
| 1107. | Attorney's fees | to | | | |
| | (includes above item No:                                   ) | | | | |
| 1108. | Title insurance | to | Guarantee Title Insurance Agency, Inc./CWL | 2,082.00 | |
| | (includes above item No:                                   ) | | | | |
| 1109. | Lender's coverage | | | | |
| 1110. | Owner's coverage     850,000.00 -- 2,082.00 Standard Policy/Reissue Rate/Nego Premium (Optional) | | | | |
| 1111. | Overnight Delivery Svc & Hndlg | | William A. Marshall, Attorney-at-Law | 50.00 | |
| 1112. | Reconveyance Tracking Service | | William A. Marshall, Attorney-at-Law | 85.00 | |
| 1113. | Additional Charges   *** See Attached Addendum *** | | | 85.00 | |
| 1200. | **GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. | Recording fees    Deed $   47.00   ; Mortgage $         ; Releases $ | | | 47.00 | |
| 1202. | City/county/stamps    Deed $   708.33   ; Mortgage $ | | | 708.33 | |
| 1203. | State tax/stamps    Deed $   2,125.00   ; Mortgage $ | | | 2,125.00 | |
| 1204. | GRANTORS TAX    Deed $   850.00   ; Mortgage $ | | | | 850.00 |
| 1205. | Additional Charges   *** See Attached Addendum *** | | | | 1,700.00 |
| 1300. | **ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. | Survey | to | N/A | | |
| 1302. | Pest inspection | to | N/A | | |
| 1303. | Expense Reimbursement | | RealMarkets | | 1,000.00 |
| 1304. | Bankruptcy Estate Payment | | H. Jason Gold, Trustee | | 42,500.00 |
| 1305. | 326(a) Trustee Commission | | H. Jason Gold, Trustee | | 25,500.00 |
| 1306. | Legal Fees | | Gordon Feinblatt LLC                               6915S | | 18,085.00 |
| 1307. | Delinquent 2023 RE Taxes | | Town of Vienna | | 332.64 |
| 1308. | Additional Charges   *** See Attached Addendum *** | | | | 16,178.08 |
| 1400. | **TOTAL SETTLEMENT CHARGES**     (enter on lines 103 and 502, Sections J and K) | | | 6,467.33 | 153,045.72 |

| File Number: T-23493 | Settlement Date: 05/30/24 | Proration Date: 05/30/24 |
|---|---|---|

**SELLER(S):**
H. Jason Gold, and Chapter 7 Trustee in
Bankruptcy in re: and Eagle Properties and Investments LLC

**PURCHASER(S):**
ANCHOR HOMES LLC

**LENDER:**
NOT APPLICABLE (CASH TRANSACTION)

Loan Amount:                    Loan Number: -------------------------

**PROPERTY:**
449 Lawyers Road, NW, Vienna, VA 22180
Lot 97 & Pt of Lot 96, Section 2, VIENNA HILLS, Town of Vienna, Fairfax County, VA

|  |  | Borrower | Seller |
|---|---|---:|---:|
| **ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 816. | | | |
| 817. | | | |
| 818. | | | |
| 819. | | | |
| | TOTALS | | |
| **TITLE CHARGES** | | | |
| 1114. Technology & Storage Fee | Landtech | 35.00 | |
| 1115. Wire Fee | William A. Marshall, Attorney-at-Law | 45.00 | |
| 1116. e-Record Fee | Simplifile | 5.00 | |
| 1117. | | | |
| 1118. | | | |
| 1119. | | | |
| 1120. | | | |
| 1121. | | | |
| | TOTALS | 85.00 | |
| **GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | |
| 1206. REG. WMATA CAPITAL FEE Deed $ 850.00  Mortgage $ | | | 850.00 |
| 1207. REG. CONG. RELIEF FEE Deed $ 850.00  Mortgage $ | | | 850.00 |
| 1208. | | | |
| 1209. | | | |
| 1210. | | | |
| 1211. | | | |
| 1212. | | | |
| | TOTALS | | 1,700.00 |
| **ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1309. Delinquent 2023 RE Taxes | Fairfax County, Dept. of Tax Admin. | | 10,407.41 |
| 1310. Town RE Taxes 2024 EST | Town of Vienna | | 825.29 |
| 1311. County RE Taxes 2024 EST | Fairfax County, Dept. of Tax Admin. | | 4,945.38 |
| 1312. | | | |
| 1313. | | | |
| | TOTALS | | 16,178.08 |

# P R E L I M I N A R Y