# INVOICE



Invoice # 304
Date: 04/10/2024
Due On: 05/10/2024

## Martin Law Group, P.C.

8065 Leesburg Pike, Suite 750
Vienna, VA 22182

Eagle Properties and Investments, LLC
445 Windover Ave. NW
Vienna, VA 22180

### 00053-Eagle Properties and Investments, LLC

### Chapter 11 Representation

| Type | Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 02/01/2024 | JTM | z7 - Financing: Emails and phone calls regarding cash collateral issues | 0.50 | $550.00 | $275.00 |
| Service | 02/05/2024 | EK | z4 - Fee/Employment Applications: Put together Fee Application, fee application order, fee application notice, and fee application certificate. | 2.80 | $310.00 | $868.00 |
| Service | 02/05/2024 | JR | z4 - Fee/Employment Applications: Review second fee application. | 0.60 | $485.00 | $291.00 |
| Service | 02/07/2024 | JR | z3 - Asset Disposition: Coordinate seller documents with title company for execution by CRO re: 3002 Williamsburg. | 0.20 | $485.00 | $97.00 |
| Service | 02/08/2024 | JR | z4 - Fee/Employment Applications: App to employ VA broker Rule 2014 Statements | 0.30 | $485.00 | $145.50 |
| Service | 02/12/2024 | JR | z4 - Fee/Employment Applications: Finalize listing agreement for 2565 Chain Bridge Road and send to CRO for execution. | 0.20 | $485.00 | $97.00 |
| Service | 02/12/2024 | EK | z2 - Case Administration: Draft motion for approval of sale for 1203 cottage | 1.80 | $310.00 | $558.00 |
| Service | 02/12/2024 | JTM | z2 - Case Administration: Phone calls and emails regarding adequate protection payments and other issues | 0.40 | $550.00 | $220.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 02/13/2024 | JTM | z3 - Asset Disposition: Attend hearing on Motion to Abandon; related meetings and phone calls | 1.50 | $550.00 | $825.00 |
| Service | 02/13/2024 | JR | z4 - Fee/Employment Applications: Review commercial broker's revisions to Verified Statement and Listing Agreement. Accept redlines and send final execution copies. | 0.30 | $485.00 | $145.50 |
| Service | 02/16/2024 | JTM | z8 - Relief from Stay Proceedings: Emails regarding Shore United motion for relief from stay | 0.20 | $550.00 | $110.00 |
| Service | 02/19/2024 | JTM | z3 - Asset Disposition: Phone call and emails with C. Rogan and others regarding Cottage Street and Lucy | 0.70 | $550.00 | $385.00 |
| Service | 02/19/2024 | JR | z10 - Litigation: Draft oppositions to motions to dismiss. | 3.50 | $485.00 | $1,697.50 |
| Service | 02/20/2024 | JTM | z10 - Litigation: Phone calls regarding Bala Jain adversary discovery and scheduling issues; attend pre-trial conference; review and comment on scheduling order | 3.00 | $550.00 | $1,650.00 |
| Service | 02/20/2024 | JTM | z3 - Asset Disposition: Emails regarding sales of PA properties | 0.30 | $550.00 | $165.00 |
| Service | 02/20/2024 | JR | z10 - Litigation: Shore United Opposition | 1.50 | $485.00 | $727.50 |
| Service | 02/20/2024 | JR | z10 - Litigation: Opposition to Motion to Dismiss and Answers to Counter-Complaint. | 2.80 | $485.00 | $1,358.00 |
| Service | 02/20/2024 | EK | z4 - Fee/Employment Applications: Review fee application prior to filing | 0.20 | $310.00 | $62.00 |
| Service | 02/20/2024 | EK | z10 - Litigation: Start draft of answer to counterclaim. | 1.00 | $310.00 | $310.00 |
| Service | 02/20/2024 | SP | z4 - Fee/Employment Applications: Prepare Fee Application package: Notice, Certificate (review attorney fees/hours, re-calculate time), Second Interim Application and Order. File with Court. | 1.50 | $180.00 | $270.00 |
| Service | 02/21/2024 | EK | z2 - Case Administration: Research and draft business conspiracy portion of motion to dismiss opposition | 4.70 | $310.00 | $1,457.00 |
| Service | 02/22/2024 | JTM | z3 - Asset Disposition: Phone calls and emails regarding Cottage St and Lucy Rd properties | 0.20 | $550.00 | $110.00 |
| Service | 02/23/2024 | JTM | z3 - Asset Disposition: Emails regarding Lucy and Cottage sales | 0.40 | $550.00 | $220.00 |
| Service | 02/26/2024 | JTM | z3 - Asset Disposition: Phone calls and | 0.30 | $550.00 | $165.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | emails regarding sale of Lucy and other PA properties | | | |
| Service | 02/26/2024 | JTM | z8 - Relief from Stay Proceedings: Revise and file opposition to Motion for Relief from Stay - related emails | 0.60 | $550.00 | $330.00 |
| Service | 02/26/2024 | JTM | z3 - Asset Disposition: Emails and phone calls regarding Williamsburg Rd sale | 0.40 | $550.00 | $220.00 |
| Service | 02/26/2024 | JR | z10 - Litigation: Additional research and drafting of opposition to motion to dismiss. | 1.20 | $485.00 | $582.00 |
| Service | 02/27/2024 | JTM | z8 - Relief from Stay Proceedings: Revise Shore United lift stay order; related emails | 0.20 | $550.00 | $110.00 |
| Service | 02/27/2024 | JR | z3 - Asset Disposition: Draft motion to sell 71 Lucy Ave and 1203 Cottage Street; assemble exhibits; draft notice and order. | 2.80 | $485.00 | $1,358.00 |
| Service | 02/27/2024 | JR | z4 - Fee/Employment Applications: Review and revise Application to Employ Broker for 1010 Lynn Street. | 0.90 | $485.00 | $436.50 |
| Service | 02/27/2024 | JR | z4 - Fee/Employment Applications: Communication with Broker and CRO regarding signing of the Listing Agreement. | 0.40 | $485.00 | $194.00 |
| Service | 02/27/2024 | JR | z3 - Asset Disposition: Send three new listings to PA broker - 204 S. Fairville, 249 Berkstone and 1630 E. Chocolate. | 0.40 | $485.00 | $194.00 |
| Service | 02/27/2024 | EK | z4 - Fee/Employment Applications: Draft Application to employ broker and corresponding documents required for submission. | 2.50 | $310.00 | $775.00 |
| Service | 02/28/2024 | JR | z11 - Business Operations: Research re: 15474 Roxbury; need rental license, need to reinstate LLC and appoint registered agent; draft necessary documents. | 1.00 | $485.00 | $485.00 |
| Service | 02/28/2024 | JTM | z3 - Asset Disposition: Emails regarding Fulton Bank and Mainstreet Bank motions to approve sale | 0.10 | $550.00 | $55.00 |
| Service | 02/28/2024 | JTM | z10 - Litigation: Emails regarding Bala Jain scheduling order; review oppositions to motions to dismiss | 0.10 | $550.00 | $55.00 |
| Service | 02/28/2024 | JR | z3 - Asset Disposition: Draft/revise Motion to Approve Compromise. | 1.80 | $485.00 | $873.00 |
| Service | 02/28/2024 | EK | z11 - Business Operations: Conduct research on collecting rent in Maryland | 1.00 | $310.00 | $310.00 |
| Service | 02/29/2024 | JTM | z3 - Asset Disposition: Phone calls regarding sale of PA properties | 0.20 | $550.00 | $110.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 02/29/2024 | EK | z4 - Fee/Employment Applications: Draft App to Employ Broker and corresponding documents | 1.70 | $310.00 | $527.00 |
| Service | 03/01/2024 | JTM | z10 - Litigation: Review and comment on Opposition to Motion to Dismiss | 0.10 | $550.00 | $55.00 |
| Service | 03/01/2024 | EK | z12 - Employee Benefits/Pensions: Update app to employ for Pennsylvania Properties. | 0.30 | $310.00 | $93.00 |
| Service | 03/01/2024 | EK | z10 - Litigation: Review and make edits to opposition to Motion to Dismiss | 1.20 | $310.00 | $372.00 |
| Service | 03/04/2024 | EK | z4 - Fee/Employment Applications: Correct app to employ and create exhibits. | 0.80 | $310.00 | $248.00 |
| Service | 03/04/2024 | JR | z3 - Asset Disposition: Summarize PA Offers for Mac; speak with realtor to get terms. | 0.30 | $485.00 | $145.50 |
| Service | 03/05/2024 | JTM | z2 - Case Administration: Phone calls and emails regarding insurance certificates and other issues ⬚ | 0.50 | $550.00 | $275.00 |
| Service | 03/07/2024 | JTM | z3 - Asset Disposition: Emails regarding property sale issues | 0.30 | $550.00 | $165.00 |
| Service | 03/07/2024 | JR | z3 - Asset Disposition: Finalize Application to Employ for 1010 Lynn. | 0.60 | $485.00 | $291.00 |
| Service | 03/07/2024 | JR | z10 - Litigation: Review answers and motions to dismiss filed by Bala Jain, Shail Butani and Ishwer Butani. | 0.50 | $485.00 | $242.50 |
| Service | 03/07/2024 | EK | z10 - Litigation: Search for and download notice of hearings from opposing parties and look up rules for deadline to respond to counter-complaint.. | 0.60 | $310.00 | $186.00 |
| Service | 03/08/2024 | EK | z13 - Plan and Disclosure Statement: Review the 4 objections to the plan and summarize basis for objection, specific subsections of the plan that are objected to, and allegations of plan's infeasibility. | 3.10 | $310.00 | $961.00 |
| Service | 03/11/2024 | JR | z10 - Litigation: Oppositions to Motions to Dismiss in adversary proceeding. | 0.40 | $485.00 | $194.00 |
| Service | 03/11/2024 | JTM | z13 - Plan and Disclosure Statement: Phone call with D. Musgrave regarding abandonment and disclosure statement issues;<br>prepare for disclosure statement hearing | 1.60 | $550.00 | $880.00 |
| Service | 03/11/2024 | JTM | z3 - Asset Disposition: Work on issues related to sales motions | 0.70 | $550.00 | $385.00 |
| Service | 03/11/2024 | JR | z10 - Litigation: Opposition to Motion to | 0.40 | $485.00 | $194.00 |

|         |            |     |                                                                                                                                                                                      |      |          |           |
|---------|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|-----------|
|         |            |     | Dismiss filed by Shail Butani.                                                                                                                                                       |      |          |           |
| Service | 03/11/2024 | JR  | z3 - Asset Disposition: Motions to Sell for 1203 Cottage and 71 Lucy.                                                                                                                | 1.10 | $485.00  | $533.50   |
| Service | 03/11/2024 | JR  | z4 - Fee/Employment Applications: Applications to Employ VA and PA Brokers.                                                                                                          | 0.60 | $485.00  | $291.00   |
| Service | 03/11/2024 | JR  | z3 - Asset Disposition: Motions to Sell 1001 Manning, 213 N. Port, 202 N. Port and 3012 Dupont back to secured lenders.                                                              | 1.30 | $485.00  | $630.50   |
| Service | 03/11/2024 | JR  | z3 - Asset Disposition: Chain Bridge - Listing Agreement/App to Employ; send reminder to CRO to sign listing agreement.                                                              | 0.30 | $485.00  | $145.50   |
| Service | 03/11/2024 | EK  | z10 - Litigation: Assist in drafting the opposition to Shail's and Ishwer's Motion to Dismiss                                                                                        | 6.00 | $310.00  | $1,860.00 |
| Service | 03/11/2024 | EK  | z2 - Case Administration: Draft Notice of withdrawal                                                                                                                                 | 0.60 | $310.00  | $186.00   |
| Service | 03/12/2024 | JTM | z13 - Plan and Disclosure Statement: Prepare for and attend hearing on disclosure statement                                                                                          | 3.60 | $550.00  | $1,980.00 |
| Service | 03/12/2024 | JTM | z3 - Asset Disposition                                                                                                                                                               | 0.90 | $550.00  | $495.00   |
| Service | 03/12/2024 | JR  | z3 - Asset Disposition: Motion to Sell 202 N. Port.                                                                                                                                  | 0.50 | $485.00  | $242.50   |
| Service | 03/12/2024 | JR  | z2 - Case Administration: Motion for Reconsideration of Court's Order Converting Case to Chapter 7                                                                                   | 2.00 | $485.00  | $970.00   |
| Service | 03/12/2024 | EK  | z2 - Case Administration: Make edits to App to employ real estate broker for VA and PA including corresponding documents. Additionally make edits to motion for approval of Sale for 1203 Cottage and 71 Lucy. | 1.00 | $310.00  | $310.00   |
| Service | 03/13/2024 | JR  | z2 - Case Administration: Further revisions on Motion for Reconsideration.                                                                                                           | 1.10 | $485.00  | $533.50   |
| Service | 03/13/2024 | JTM | z2 - Case Administration: Work on Motion to Reconsider                                                                                                                               | 2.20 | $550.00  | $1,210.00 |
| Service | 03/13/2024 | JR  | z2 - Case Administration: Review and respond to broker's email (Subject: Jonestown and Linglestown)                                                                                  | 0.20 | $485.00  | $97.00    |
| Service | 03/13/2024 | JR  | z3 - Asset Disposition: Review offer on 204 S. Fairville                                                                                                                             | 0.20 | $485.00  | $97.00    |
| Service | 03/13/2024 | JR  | z2 - Case Administration: Review emails from JTM (Subject: Eagle - Motion to                                                                                                         | 0.20 | $485.00  | $97.00    |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Reconsider v1) | | | |
| Service | 03/14/2024 | JR | z2 - Case Administration: Revisions to Motion for Reconsideration; draft motion for expedited hearing; file both motions. | 1.10 | $485.00 | $533.50 |
| Service | 03/14/2024 | SP | Review emails on Motion for Reconsideration/ email regarding approval for filing. | 0.20 | $180.00 | $36.00 |
| Service | 03/14/2024 | SP | z2 - Case Administration: Prepare motion for filing/ review exhibits/ review expedited hearing motion/ file with Court/ email to Jack. | 1.50 | $180.00 | $270.00 |
| Service | 03/14/2024 | EK | z9 - Claims Administration and Objections: Assist with filing motion for reconsideration, meet with Steph to discuss, and edit motion to expedite hearing. | 0.60 | $310.00 | $186.00 |
| Service | 03/14/2024 | JR | z2 - Case Administration: Telephone calls to chambers re: expedited hearing dates. | 0.10 | $485.00 | $48.50 |
| Service | 03/14/2024 | JR | z2 - Case Administration: Coordinate filing of motions (Subject: Fw: Eagle - Motion to Reconsider) | 0.20 | $485.00 | $97.00 |
| Service | 03/14/2024 | JR | z2 - Case Administration: Draft email to David Musgrave (Subject: Fw: Eagle Properties Motion for Reconsideration Combined Filed) | 0.20 | $485.00 | $97.00 |
| Service | 03/14/2024 | JR | z2 - Case Administration: Calls to Judge's chambers to set hearing on Motion for Reconsideration. | 0.20 | $485.00 | $97.00 |
| Service | 03/15/2024 | JTM | z2 - Case Administration: Phone calls and emails regarding expedited hearing on motion to reconsider | 0.30 | $550.00 | $165.00 |
| Service | 03/15/2024 | SP | z2 - Case Administration: Review and revise notice of motion and hearing/ file with court | 0.60 | $180.00 | $108.00 |
| Service | 03/15/2024 | JR | z2 - Case Administration: Coordinate filing of Notice of Motion (Subject: URGENT: MAILING COMPLETED | CERTIFICATE READY FOR YOU TO FILE | CASE NO: 23-10566-KHK | NAME: Eagle Properties & Investment, LLC |TRACKING NUMBER: 7332253684) | 0.20 | $485.00 | $97.00 |
| Service | 03/18/2024 | JTM | z2 - Case Administration: Meet with M. Jain regarding Motion to Reconsider; prepare for hearing | 1.80 | $550.00 | $990.00 |
| Service | 03/18/2024 | SP | z2 - Case Administration: Prepare exhibit binders for motion to reconsider. | 1.20 | $180.00 | $216.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 03/19/2024 | JTM | z2 - Case Administration: Hearing on motion to convert | 3.90 | $550.00 | $2,145.00 |
| **Non-billable entries** | | | | | | |
| Service | 01/09/2024 | JTM | z10 - Litigation: Attend hearing on sale and broker employment motions | ~~1.50~~ | ~~$550.00~~ | ~~$825.00~~ |
| | | | | **Subtotal** | | **$38,275.00** |
| | | | | **Total** | | **$38,275.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 244 | 03/06/2024 | $65,882.56 | $0.00 | $65,882.56 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 304 | 05/10/2024 | $38,275.00 | $0.00 | $38,275.00 |
| | | | **Outstanding Balance** | **$104,157.56** |
| | | | **Total Amount Outstanding** | **$104,157.56** |

Please make all amounts payable to: Martin Law Group, P.C.

Please pay within 30 days.

# Martin Law Group, P.C.     INVOICE

8065 Leesburg Pike, Suite 750
Vienna, VA 22182

Invoice # 304
Date: 04/10/2024
Due On: 05/10/2024



## Pay your invoice online

**To pay your invoice, open the camera on your mobile device and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.