**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 7** |
| **EAGLE PROPERTIES &** | : | |
| **INVESTMENT, LLC,** | : | **Case No. 23-10566-KHK** |
| | : | |
| **Debtor** | : | |

| CURRENT APPLICATION | |
|---|---|
| FEES REQUESTED | $ 37,606.50 |
| EXPENSES REQUESTED | $ 0.00 |

CERTIFICATE FOR REQUEST FOR FEES AND EXPENSES

The Applicant herein, Martin Law Group, P.C., was appointed by order of this Court, as counsel for the Debtor with the following hourly rates being applicable during the pendency of this case:

| Attorney | Admitted | Hourly Rate |
|---|---|---|
| Jeffery T. Martin, Jr. | 2006 | $550 |
| John E. Reid | 2000 | $485 |
| Elizabeth Korbut | 2023 | $310 |
| | | |
| Paralegal | | |
| Stephanie Putney | N/A | $150-180 |

| | |
|---|---|
| Retainer | $85,000.00 |
| Fees Previously Requested | $112,092.00 |
| Fees Previously Awarded | $112,092.00 |
| Expenses Previously Requested | $1,275.47 |
| Expenses Previously Awarded | $1,275.47 |

Compensation for legal service rendered to the Debtor is requested in the total amount of $37,606.50 for the period of February 1, 2024 through March 19, 2024.

| NAME | TOTAL HOURS EXPENDED | ALLOWED HOURLY RATE | AMOUNT |
|---|---|---|---|
| Jeffery T. Martin, Jr. | 25 | $550 | $13,750.00 |
| John E. Reid | 28.5 | $485 | $13,822.50 |
| Elizabeth Korbut | 29.9 | $310 | $9,269.00 |
| Stephanie Putney | 3.3 | $150 | $495.00 |
|  | 1.5 | $180 | $270.00 |
| TOTAL |  |  | $37,606.50 |

|  | EXPLANATION OF SERVICES RENDERED BY CATEGORY | AMOUNT |
|---|---|---|
| 1 | <u>Asset Analysis and Recovery</u>.  Identification and review of potential assets including causes of action and non-litigation recoveries. | $0.00 |
| 2 | <u>Case Administration</u>.  Coordination and compliance activities, including preparation of statement of financial affairs; schedules; list of contracts; United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquiries | $10,415.00 |
| 3 | <u>Asset Disposition</u>.  Sales, leases ('365 matters), abandonment and related transaction work. | $7,907.50 |
| 4 | <u>Fee/Employment Applications</u>.  Preparations of employment and fee applications for self or others; motions to establish interim procedures. | $4,173.50 |
| 5 | <u>Fee Employment/Objections</u>. Review of and objections to the employment and fee applications of others. | $0.00 |
| 6 | <u>Meetings of Creditors</u>.  Preparing for and attending the conference of creditors, the '341 (a) meeting and other creditors' committee meetings. | $0.00 |
| 7 | <u>Financing</u>.  Matters under '' 361, 363 and 364 including cash collateral and secured claims; loan document analysis. | $275.00 |

2

| | | |
|---|---|---|
| 8 | Relief from Stay Proceedings. Matters relating to termination or continuation of the automatic stay under '362. | $550.00 |
| 9 | Claims Administration and Objections. Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | $186.00 |
| 10 | Litigation. Court appearances on contested matters and adversary proceedings and work related thereto. | $9,483.50 |
| 11 | Business Operations. Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and similar problems. | $795.00 |
| 12 | Employee Benefits/Pensions. Review issues such as severance, retention, 401K coverage and continuance of pension plan. | $0.00 |
| 13 | Plan and Disclosure Statement. Formulation, presentation and confirmation; compliance with plan confirmation order, related orders and rules; disbursement and case closing activities except those related to the allowance and objections to allowance of claims. | $3,821.00 |
| | TOTAL | $37,606.50 |

Compensation is requested in the total amount of $0.00 for the period of February 1, 2024 through March 19, 2024 for the following categories of expenses:

| | |
|---|---|
| Mailing Expense | $0.00 |
| Service of Process | $0.00 |
| TOTAL | $0.00 |

  I HEREBY CERTIFY, AS A MEMBER OF THIS BAR, THAT THE FOREGOING IS TRUE AND CORRECT.

DATED:  May 24, 2024   /s/ Jeffery T. Martin, Jr.
           Jeffery T. Martin, Jr., VSB No. 71860
           Martin Law Group, P.C.
           8065 Leesburg Pike, Suite 750
           Vienna, VA 22182
           (703) 834-5550
           Counsel for the Debtor