**UNITED STATES BANKRUPTCY COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: | : |
| | :     **Chapter 7** |
| **EAGLE PROPERTIES &** | : |
| **INVESTMENT, LLC,** | :     **Case No. 23-10566-KHK** |
| | : |
| **Debtor** | : |

**NOTICE OF APPLICATION FOR COMPENSATION AND HEARING**

     PLEASE TAKE NOTICE that the Debtor, Eagle Properties & Investment, LLC ("Debtor"), has filed papers with this Court asking the Court to enter an order authorizing payment of <u>compensation in the amount of $37,606.50 and expenses in the amount of $0.00 to Martin Law Group, P.C.</u> for professional services rendered as counsel for the Debtor. The Application is on file with the Clerk of the U.S. Bankruptcy Court and may be reviewed therein or copies may be obtained by making a written request upon the undersigned counsel to the Debtor. Payment of such fees and expenses are sought from funds currently being held on retainer or from income of the Debtor.

     <u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

     If you do not wish this Honorable Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then on or before <u>June 25, 2024</u>, you or your attorney must:

  **X**   File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

    Clerk of the Court
    United States Bankruptcy Court
    200 S. Washington St.
    Alexandria, Virginia 22314

You must also mail a copy to:

    Jeffery T. Martin, Jr.
    Martin Law Group, P.C.
    8065 Leesburg Pike, Suite 750
    Vienna, Virginia 22182
    (Counsel for the Debtor)

   X   Attend the hearing on the motion scheduled to be held on <u>July 2, 2024 at 11:00 a.m.</u>, at the United States Bankruptcy Court, Courtroom III, 200 South Washington Street, Alexandria, Virginia 22314.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:   May 24, 2024        Signature, name, address and telephone
                                    number of person giving notice:

                                    <u>/s/ Jeffery T. Martin, Jr.</u>
                                    Jeffery T. Martin, Jr., VSB No. 71860
                                    Martin Law Group, P.C.
                                    8065 Leesburg Pike, Suite 750
                                    Vienna, Virginia 22182
                                    703-834-5550
                                    Counsel for the Debtor

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this 24th day of May 2024, mailed a true and correct copy of the foregoing Notice of Motion and Hearing to the parties listed on the attached mailing matrix. Pursuant to Local Rule 5005-1(C)(8), the attached Service List is being filed with the original of this Notice filed with the court but is not being served on all entities served with this notice.

                                      <u>/s/ Jeffery T. Martin, Jr.</u>
                                      Jeffery T. Martin, Jr.