UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: | : |
| | :    Chapter 7 |
| **EAGLE PROPERTIES &** | : |
| **INVESTMENT, LLC,** | :    Case No. 23-10566-KHK |
| | : |
| **Debtor** | : |

### ORDER APPROVING THIRD AND FINAL APPLICATION OF MARTIN LAW GROUP, P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR

THIS CAUSE came to be heard upon the Attorney's Third and Final Application for Payment of Fees and Costs of Martin Law Group, P.C. ("MLG"), as Counsel to the Debtor-in-Possession, Eagle Properties & Investment, LLC ("Debtor"), and

IT APPEARING TO THE COURT that MLG is requesting approval and payment of its first interim application for compensation for its legal services rendered to the Debtor-in-Possession in this proceeding in the amount of $37,606.50 for the period of February 1, 2024 through March 19, 2024 and reimbursement for out-of-pocket costs and expenses of $0.00 for total fees and costs through said date in the amount of $37,606.50; and

IT FURTHER APPEARING that good cause exists for granting such requests, it is hereby:

ORDERED that fees in the amount of $37,606.50 and expenses in the amount of $0.00 are hereby approved and the Debtor is hereby directed to make payment to MLG of the fees and expenses awarded herein.

Date: _____, 2024

_____
Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: _____

WE ASK FOR THIS:

MARTIN LAW GROUP, P.C.

By:  /s/ Jeffery T. Martin, Jr.
     Jeffery T. Martin, Jr., VSB No. 71860
     Martin Law Group, P.C.
     8065 Leesburg Pike, Suite 750
     Vienna, VA 22182
     (703) 834-5550; jeff@martinlawgroupva.com
     Counsel for the Debtor


     Michael T. Freeman
     Office of the U.S. Trustee
     1725 Duke Street, Suite 650
     Alexandria, VA 22314
     703-557-7274