# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) |
| EAGLE PROPERTIES AND | ) Bankruptcy Case |
| INVESTMENTS, LLC, | ) No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |
| _____ | ) |

### ORDER APPROVING SALE OF 1630 E. CHOCOLATE AVE, HERSHEY, PA
### FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS
### <u>PURSUANT TO 11 U.S.C. § 363(f)</u>

UPON CONSIDERATION of the motion (Docket No. 416) ("Motion") of H. Jason Gold, chapter 7 trustee ("Trustee"), to approve the sale of the property commonly known as 1630 E. Chocolate Ave, Hershey, PA ("Property"); and it appearing that proper and adequate notice of the Motion has been given and that no further notice is necessary; and it appearing that the sale of the Property as set forth in the Motion is in the best interest of the estate and its creditors, and it further appearing that based upon the endorsements of counsel set forth below that Fulton Bank, N.A. and Bala Jain, LLC have consented to the sale of the Property as set forth herein, free and clear of all liens, claims and interests, accordingly:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Trustee is authorized to sell the Property[1] to Bikram Phuyel and Thakur

---

[1] Having the following legal description:

ALL THAT CERTAIN messuage, tenement and tract of ground, thereon erected a two and one-half story frame

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*
GFRDOCS\42372\149975\10886131.v2-5/17/24

Neopaney (the "Purchaser") for $265,000.00 consistent with the sales contract attached to the Motion as Exhibit A.

3. The Trustee is authorized to pay the secured claim of Fulton Bank, N.A. in full at closing, including the payment of attorney's fees in the amount of $25,000 as set forth in the draft ALTA attached hereto as Exhibit A ("ALTA"), and the consent of Fulton Bank, N.A. to the sale is conditioned on such receipt.

4. At closing, the Trustee shall receive, for the benefit of the estate the sum of $7,950.00 representing his commission under Section 326 of the Bankruptcy Code plus $13,250.00 as additional consideration for the bankruptcy estate free and clear of all liens, claims and interests.

5. The Trustee is authorized to pay a three percent (3%) commission to his broker Century 21 New Millennium at closing for services rendered in representing the Trustee in connection with the sale.

6. The Trustee is authorized to pay a two-and-a-half percent (2.5%) commission to Protus Realty at closing for services rendered in representing the Purchaser in connection with the sale.

7. The Trustee is authorized to pay all outstanding real estate taxes and other customary closing costs consistent with the ALTA.

8. The Trustee is authorized to reimburse Auction Markets, LLC at closing in an amount

---

dwelling house, situate in Derry Township, Dauphin County, Commonwealth of Pennsylvania, more particularly bounded and described as follows, to wit:

BEGINNING at a point on the middle of U.S. Route #422; thence by an alley 10 feet wide clear on the east side 183 feet to a corner; thence on the south by land now or late of Raymond Miller et. al, in a westerly direction from the alley, 45 feet, more or less, to a point; thence by land now or late of Raymond Miller et. al, on the west, 180 feet to the middle of the aforesaid public road; thence along the middle of said public road eastwardly 45 feet more or less to a point, the place of BEGINNING.

BEING FURTHER identified as Tax Parcel #24-007-112.

2

GFRDOCS\42372\149975\10886131.v2-5/17/24

not to exceed $1,000.00 for any utility and property preservation expenses as needed.

9. All remaining net proceeds of sale shall be held by the Trustee pending resolution of the claims of Bala Jain, LLC and further order of this Court.

10. The Trustee is authorized to request and receive all information concerning the liens and debt held by any secured creditor necessary to close on the sale including but not limited to the loan payoff balance, proof of lien perfection, hazard insurance coverage, escrow account balance and other information. Secured creditors are authorized and directed to promptly provide said information to the Trustee upon request of the Trustee, subject to the right of any secured creditor to oppose the request.

11. This Order may be recorded in the land records wherein the subject Property is located.

12. This Court retains jurisdiction with respect to any disputes regarding the Property following the sale.

13. This Order shall be effective immediately and shall not be subject to the stay provided in Federal Rule of Bankruptcy Procedure 6004(h) or any other applicable stay.

Dated: May 22 2024

/s/ Klinette H Kindred
United States Bankruptcy Judge

PREPARED BY:

Entered On Docket: May 23 2024

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax: (202) 689-2860
Email: dylan.trache@nelsonmullins.com

By: /s/ Dylan G. Trache
Dylan G. Trache, Va. Bar No. 45939

3

GFRDOCS\42372\149975\10886131.v2-5/17/24

*Counsel to the Chapter 7 Trustee*

SEEN AND AGREED:

GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
Phone/Fax No. (410) 576-4194
E-mail: dmusgrave@gfrlaw.com


BY:     /s/David S. Musgrave (by DGT with authority)
        David S. Musgrave (Bar No. 35327)

*Attorneys for Fulton Bank, N.A.*

SEEN:

ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176
Phone No. (703) 777-8850
Fax No: (703) 777-8854
E-mail: crogan@RMZLawFirm.com

                                05/20/2024
BY:     /s/Christopher L. Rogan (by DGT with authority)
        Christopher L. Rogan (Bar No. 30344)

*Attorneys for Bala Jain, LLC*


**CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)**

    I HEREBY CERTIFY that this Order has been endorsed by all necessary parties.

                                          /s/ Dylan G. Trache
                                          Dylan G. Trache

GFRDOCS\42372\149975\10886131.v2-5/17/24

# LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
## PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael Freeman
OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
Century 21 Commercial New Millennium
6629 Old Dominion Drive
McLean, VA 22101

David S. Musgrave
GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202

Christopher Rogan
ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176

5

# **Exhibit A**

RL Title and Escrow, Inc.  
1176111  
8229 Boone Boulevard  
Suite 610  
Vienna, VA 22182  
(703) 942-6464

ALTA Combined Settlement Statement

| File #: | 2024-041802 | Property | 1630 East Chocolate Avenue Hershey, PA 17033 | Settlement Date | 05/29/2024 |
|---|---|---|---|---|---|
| Prepared: | 05/16/2024 | | | Disbursement Date | 05/29/2024 |
| Escrow Officer: | Amir Raminpour | Buyer | Bikram Phuyel and Thakur Neopaney | | |
| | | Seller | H. Jason Gold, Bankruptcy Trustee of The Bankruptcy Estate of Eagle Properties and Investments, LLC PO Box 57359 Washington, DC 20037 | | |
| | | Lender | Movement Mortgage, LLC 8024 Calvin Hall Road Indian Land, SC 29707 | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $265,000.00 | Sales Price of Property | $265,000.00 | |
| | | Deposit | | $10,000.00 |
| | | Loan Amount | | $212,000.00 |
| $1,000.00 | | Seller Credit | | $1,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | $130.15 | Assessments 05/29/2024 to 06/30/2024 | $130.15 | |
| | $414.34 | City/Town Taxes 05/29/2024 to 12/31/2024 | $414.34 | |
| | | | | |
| | | **Loan Charges** | | |
| | | Attorney Title Examination Fee to RL Title and Escrow, Inc. | $150.00 | |
| $100.00 | | Bringdown Title Search to Universal Settlement Services of PA | | |
| $60.00 | | Courier/Wire Fees to RL Title and Escrow, Inc. | | |
| | | CPL Fee to Fidelity National Title Insurance Company | $125.00 | |
| $150.00 | | Deed Preparation Fee to Universal Settlement Services of PA | | |
| $150.00 | | Settlement and Closing Fee to RL Title and Escrow, Inc. | $895.00 | |
| | | TIRBOP Endorsement 100 to Universal Settlement Services of PA | $100.00 | |
| | | TIRBOP Endorsement 300 to Universal Settlement Services of PA | $100.00 | |
| | | TIRBOP Endorsement 900 to Universal Settlement Services of PA | $100.00 | |
| | | Prepaid Interest ($41.22 per day from 05/29/2024 to 06/01/2024) | $123.66 | |
| | | | | |
| | | **Payoff(s)** | | |
| $141,172.08 | | Payoff to Fulton Bank | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees | $281.50 | |
| | | ---Deed: $132.75 | | |
| | | ---Mortgage: $148.75 | | |
| $1,325.00 | | Local Transfer Tax (Deed) to Dauphin County Recorder of Deeds | $1,325.00 | |
| $1,325.00 | | State Retail Transfer Tax (Deed) to Dauphin County Recorder of Deeds | $1,325.00 | |
| | | | | |
| | | **Commission** | | |

Produced by RL Title and Escrow, Inc.  
Using Qualia

Page 1 of 2

2024-041802  
Printed on 05/16/2024

| Seller | | | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| $7,950.00 | | Listing Agent Commission to CENTURY 21 New Millennium | | |
| $6,625.00 | | Selling Agent Commission to Protus Realty Inc. | | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title Binder and Policy to RL Title and Escrow, Inc. | $225.00 | |
| | | Title - Owner's Title Policy to Fidelity National Title Insurance Company | $2,162.05 | |
| | | | | |
| | | **Miscellaneous** | | |
| $716.41 | | 2024/County twp taxes/good thru 5/31/24 to Dauphin County Treasurer | | |
| $3,596.97 | | 21 & 22 Delinquent Real Estate Taxes to Dauphin County Treasurer | | |
| $7,950.00 | | 326(a) Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| $13,250.00 | | Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| $25,000.00 | | Legal Fees to Gordon Feinblatt LLC | | |
| $37.50 | | Tax Cert Fee to Universal Settlement Services of PA | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| $210,407.96 | $265,544.49 | Subtotals | $272,456.70 | $223,000.00 |
| | | Due from Buyer | | $49,456.70 |
| $55,136.53 | | Due to Seller | | |
| $265,544.49 | $265,544.49 | Totals | $272,456.70 | $272,456.70 |

**See signature addendum**

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.

We/I authorize RL Title and Escrow, Inc. to cause the funds to be disbursed in accordance with this statement.

_____  
Bikram Phuyel                                            Date

_____  
Thakur Neopaney                                      Date

The Bankruptcy Estate of Eagle Properties and Investments, LLC

By: _____  
H. Jason Gold, Bankruptcy Trustee            Date

_____  
Settlement Agent                                       Date

United States Bankruptcy Court
Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-10566-KHK |
| Eagle Properties and Investments LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: TaiGlennB | Page 1 of 3 |
| Date Rcvd: May 23, 2024 | Form ID: pdford11 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| RE | + Stephen Karbelk, Team Leader, RealMarkets, Century 21 New Millennium, 6629 Old Dominion Dr, McLean, VA 22101-4516 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | May 24 2024 00:23:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| prof | Email/Text: stephen@realmarkets.com | May 24 2024 00:22:00 | Stephen Karbelk, Team Leader, RealMarkets, Century 21 New Millennium, 20405 Exchange St, Suite 221, Ashburn, VA 20147 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew S Goldstein | on behalf of Creditor GITSIT Solutions  LLC AGoldstein@mglspc.com, jcoffman@mglspc.com |
| Barry W. Spear | on behalf of Creditor Aero Mortgage Loan Trust 2019- 1 Barry.Spear@bww-law.com  bankruptcy@bww-law.com |

| | | |
|---|---|---|
| District/off: 0422-9 | User: TaiGlennB | Page 2 of 3 |
| Date Rcvd: May 23, 2024 | Form ID: pdford11 | Total Noticed: 3 |

Bradley J. Swallow
    on behalf of Defendant Main Street Bank bswallow@fblaw.com

Christian K. Vogel
    on behalf of Interested Party Primis Bank kvogel@vogelandcromwell.com

Christian K. Vogel
    on behalf of Defendant Primis Bank f/k/a Sona Bank kvogel@vogelandcromwell.com

Christopher A. Jones
    on behalf of Debtor Eagle Properties and Investments LLC cajones@whitefordlaw.com
    clano@whitefordlaw.com,dchaney@whitefordlaw.com

Christopher L. Rogan
    on behalf of Defendant Shail Butani crogan@rmzlawfirm.com

Christopher L. Rogan
    on behalf of Creditor Bala Jain LLC crogan@rmzlawfirm.com

Christopher L. Rogan
    on behalf of Defendant Ishwer Butani crogan@rmzlawfirm.com

Christopher L. Rogan
    on behalf of Defendant Bala Jain LLC crogan@rmzlawfirm.com

Corey Simpson Booker
    on behalf of Creditor Atlantic Union Bank corey.booker@atlanticunionbank.com

Craig M. Palik
    on behalf of Creditor Trinity Universal Insurance Company cpalik@mhlawyers.com
    cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnickerson@mhlawyers.com

David S. Musgrave
    on behalf of Creditor Fulton Bank  N.A. dmusgrave@gfrlaw.com, vhilbun@gfrlaw.com

David S. Musgrave
    on behalf of Defendant Fulton Financial Corporation dmusgrave@gfrlaw.com vhilbun@gfrlaw.com

Dylan G. Trache
    on behalf of Trustee H. Jason Gold dylan.trache@nelsonmullins.com
    linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Elizabeth Husebo
    on behalf of Defendant Daniel J. Kotz ehusebo@grsm.com

Elizabeth Husebo
    on behalf of Defendant First Class Title  Inc. ehusebo@grsm.com

Erik W. Fox
    on behalf of Creditor Vienna Oaks Office Center Condominium efox@reesbroome.com
    rhurley@reesbroome.com;rchambers@reesbroome.com;pgoodwine@reesbroome.com

Gerard R. Vetter
    ustpregion04.ax.ecf@usdoj.gov

H. Jason Gold
    goldtrustee@fiduciaryservicesgroup.com VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com

Hannah White Hutman
    on behalf of Creditor Bank of Clarke County hhutman@hooverpenrod.com
    scurtis@hooverpenrod.com;hooverpenrodplc@jubileebk.net

J. P. McGuire Boyd, Jr
    on behalf of Defendant Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
    on behalf of Creditor Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
    on behalf of Defendant Bank of Clarke County mboyd@williamsmullen.com

Jack Frankel
    on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov
    USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

James R. Meizanis, Jr.
    on behalf of Creditor Virginia Partners Bank jmeizanis@bklawva.com jroot@bklawva.com;mnoble@bklawva.com

Jeffery T. Martin, Jr.
    on behalf of Debtor Eagle Properties and Investments LLC jeff@martinlawgroupva.com
    martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

| | |
|---|---|
| Jeffery T. Martin, Jr. | on behalf of Plaintiff Eagle Properties and Investments LLC jeff@martinlawgroupva.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com |
| Jeffery T. Martin, Jr. | on behalf of Counter-Defendant Eagle Properties and Investments LLC jeff@martinlawgroupva.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com |
| Jeremy B. Root | on behalf of Creditor Virginia Partners Bank jroot@bklawva.com tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com |
| John E Reid | on behalf of Debtor Eagle Properties and Investments LLC jack@martinlawgroupva.com |
| John Tucker Farnum | on behalf of Interested Party SC&H Group jfarnum@milesstockbridge.com jfarnumecfnotices@gmail.com;dbernard@milesstockbridge.com |
| Joshua David Stiff | on behalf of Debtor Eagle Properties and Investments LLC jstiff@wtplaw.com eslate@wtplaw.com;dchaney@whitefordlaw.com |
| Justin Fasano | on behalf of Creditor Gus Goldsmith jfasano@mhlawyers.com jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;sshin@mhlawyers.com;dmoorehead@mhlawyers.com |
| Lee S Raphael | on behalf of Creditor Gitsit Solutions LLC ecf1@ecf.courtdrive.com, cmartin@pralc.com |
| Maurice Belmont VerStandig | on behalf of Professional Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Nancy Greene | on behalf of Debtor Eagle Properties and Investments LLC ndg@ndglaw.com |
| Nancy Greene | on behalf of Plaintiff Eagle Properties and Investments LLC ndg@ndglaw.com |
| Nancy Greene | on behalf of Professional N D Greene PC ndg@ndglaw.com |
| Richard E. Hagerty | on behalf of Defendant Navy Federal Financial Group LLC richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;natalya.diamond@troutman.com |
| Robert Hockenbury | on behalf of Creditor Shore United Bank robert.hockenbury@wbd-us.com |
| Robert M. Marino | on behalf of Defendant Shail Butani rmmarino@rpb-law.com rmmarino1@aol.com |
| Robert M. Marino | on behalf of Defendant Ishwer Butani rmmarino@rpb-law.com rmmarino1@aol.com |
| Robert M. Marino | on behalf of Creditor Bala Jain LLC rmmarino@rpb-law.com rmmarino1@aol.com |
| Stephanie Gardner Bortnick | on behalf of Defendant Daniel Kotz sbortnick@grsm.com |
| Stephanie Gardner Bortnick | on behalf of Defendant Daniel J. Kotz sbortnick@grsm.com |
| Stephanie Gardner Bortnick | on behalf of Defendant First Class Title Inc. sbortnick@grsm.com |
| Stephen W. Nichols | on behalf of Creditor Orrstown Bank snichols@offitkurman.com |

TOTAL: 48