IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) |
| EAGLE PROPERTIES AND | ) Bankruptcy Case |
| INVESTMENTS, LLC, | ) No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |
| _____ | ) |

**ORDER APPROVING SALE OF 1203 COTTAGE STREET, SW, VIENNA, VA
FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS
<u>PURSUANT TO 11 U.S.C. § 363(f)</u>**

UPON CONSIDERATION of the motion (Docket No.421) ("Motion") of H. Jason Gold, chapter 7 trustee ("Trustee"), to approve the sale of the property commonly known 1203 Cottage Street, SW, Vienna, VA ("Property"); and it appearing that proper and adequate notice of the Motion has been given and that no further notice is necessary; and it appearing that the sale of the Property as set forth in the Motion is in the best interest of the estate and its creditors, and it further appearing that based upon the endorsements of counsel set forth below that Fulton Bank, N.A. and Bala Jain; LLC have consented to the sale of the Property as set forth herein, free and clear of all liens claims and interests, accordingly:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Trustee is authorized to sell the Property[1] to Anchor Homes, LLC (the

---

[1] Having the following legal description:

All that certain lot or parcel of land, with improvements thereon, situate, lying and being in Fairfax County, Virginia,

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*

"Purchaser") for $900,000.00 consistent with the sales contract attached to the Motion as Exhibit A.

3. The Trustee is authorized to pay the secured claim of Fulton Bank, N.A. in full at closing, including the payment of attorney's fees in the amount of $30,000 as set forth in the draft ALTA attached hereto as Exhibit A ("ALTA").

4. Fulton Bank, N.A.'s consent to this sale is conditioned on receipt of full payment of principal, interest, late charges, force placed insurance charges, lien search fees and legal fees of $30,000.00, and the $70,000.00 escrow pursuant to paragraph 10 below.

5. At closing, the Trustee shall receive, for the benefit of the estate the sum of $48,250.00 representing his commission under Section 326 of the Bankruptcy Code plus $45,000.00 as additional consideration for the bankruptcy estate free and clear of all liens, claims and interests.

6. The Trustee is authorized to pay a three percent (3%) commission to his broker Century 21 New Millennium at closing for services rendered in representing the Trustee in connection with the sale.

7. The Trustee is authorized to pay a two-and-a-half percent (2.5%) commission to Innovation Properties at closing for services rendered in representing the Purchaser in connection with the sale.

8. The Trustee is authorized to pay all outstanding real estate taxes and other customary closing costs consistent with the ALTA.

---

and more particularly described as follows:

Lot 2370, Section 13, Vienna Woods, as the same appears duly dedicated, platted and recorded in Deed Book 1829 at page 79, among the land records of Fairfax County, Virginia.

2

9. The Trustee is authorized to reimburse Auction Markets, LLC at closing in an amount not to exceed $1,000.00 for any utility and property preservation expenses as needed.

10. An additional $70,000.00 shall be held in escrow by the Trustee in a segregated account pending further agreement among Bala Jain, Fulton Bank, N.A. and the Trustee or further order of the Court to be paid either to Fulton Bank in satisfaction of its claim for attorney's fees or to Bala Jain LLC in further satisfaction of its deed of trust on the Property. If the parties are in agreement with respect to the disposition of these funds, no further order shall be required.

11. All remaining net proceeds of sale shall be paid to Bala Jain LLC.

12. The Trustee is authorized to request and receive all information concerning the liens and debt held by any secured creditor necessary to close on the sale including but not limited to the loan payoff balance, proof of lien perfection, hazard insurance coverage, escrow account balance and other information. Secured creditors are authorized and directed to promptly provide said information to the Trustee upon request of the Trustee, subject to the right of any secured creditor to oppose the request.

13. This Order may be recorded in the land records wherein the subject Property is located.

14. This Court retains jurisdiction with respect to any disputes regarding the Property following the sale.

15. This Order shall be effective immediately and shall not be subject to the stay provided in Federal Rule of Bankruptcy Procedure 6004(h) or any other applicable stay.

Dated: May 24 2024

/s/ Klinette H Kindred
United States Bankruptcy Judge

Entered On Docket: May 28 2024

3

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax:  (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:     /s/ Dylan G. Trache
        Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*


SEEN AND AGREED:

GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
Phone/Fax No. (410) 576-4194
E-mail: dmusgrave@gfrlaw.com


BY:     */s/David S. Musgrave (by DGT with authority)*
        David S. Musgrave (Bar No. 35327)

*Attorneys for Fulton Bank, N.A.*

SEEN:

ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176
Phone No. (703) 777-8850
Fax No: (703) 777-8854
E-mail: crogan@RMZLawFirm.com

                                        5/20/2024
BY:     */s/Christopher L. Rogan (by DGT with authority)*
        Christopher L. Rogan (Bar No. 30344)

*Attorneys for Bala Jain, LLC*

4

## CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I HEREBY CERTIFY that this Order has been endorsed by all necessary parties.

/s/ Dylan G. Trache
Dylan G. Trache

## LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael Freeman
OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
Century 21 Commercial New Millennium
6629 Old Dominion Drive
McLean, VA 22101

David S. Musgrave
GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202

Christopher Rogan
ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176

# **Exhibit A**

| A. Settlement Statement | U.S. Department of Housing and Urban Development | OMB Approval No. 2502-0265 |
|---|---|---|

| B. Type of Loan | | | | | |
|---|---|---|---|---|---|
| 1. ☐ FHA  2. ☐ RHS  3. ☐ Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number | | |
| 4. ☐ VA  5. ☐ Conv. Ins. | T-23492 | ------------------------ | ------------------------ | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| ANCHOR HOMES LLC<br>6862 Elm Street, #100<br>McLean, VA 22101 | H. JASON GOLD<br>Chapter 7 Trustee in<br>Bankruptcy in re:<br>EAGLE PROPERTIES AND INVESTMENTS LLC | NOT APPLICABLE (CASH TRANSACTION) |

| G. Property Location | H. Settlement Agent | |
|---|---|---|
| 1203 Cottage Street, SW<br>Vienna, VA 22180<br>Lot 2370, Section 13, VIENNA WOODS<br>Town of Vienna, Fairfax County, VA | William A. Marshall, Attorney-at-Law<br>7006-G Little River Turnpike, Annandale, VA 22003 | |
| | Place of Settlement<br>7006 Little River Turnpike, Suite G<br>Annandale, Virginia 22003 | I. Settlement Date<br>05/30/2024<br>DD: 05/30/2024 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---:|---|---:|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 900,000.00 | 401. Contract sales price | 900,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 6,670.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes  05/30/24 to 06/30/24 | 143.53 | 406. City/town taxes  05/30/24 to 06/30/24 | 143.53 |
| 107. County taxes  05/30/24 to 06/30/24 | 860.10 | 407. County taxes  05/30/24 to 06/30/24 | 860.10 |
| 108. Assessments  to | | 408. Assessments  to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 907,673.63 | **420. GROSS AMOUNT DUE TO SELLER** | 901,003.63 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT TO SELLER** | |
| 201. Deposit or earnest money | 50,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 279,339.25 |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan<br>FULTON BANK, N.A. | 523,927.17 |
| 205. | | 505. Payoff of second mortgage loan<br>BALA JAIN, LLC | 97,737.21 |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. Agent Credit | 22,500.00 | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes  to | | 510. City/town taxes  to | |
| 211. County taxes  to | | 511. County taxes  to | |
| 212. Assessments  to | | 512. Assessments  to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY / FOR BORROWER** | 72,500.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 901,003.63 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 907,673.63 | 601. Gross amount due to seller (line 420) | 901,003.63 |
| 302. Less amounts paid by/for borrower (line 220) | 72,500.00 | 602. Less reduction amount due to seller (line 520) | 901,003.63 |
| **303. CASH        FROM        BORROWER** | 835,173.63 | **603. CASH        TO        SELLER** | 0.00 |

# P R E L I M I N A R Y

form HUD-1 (3/86) ref Handbook 4305.2

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT — SETTLEMENT STATEMENT

File Number: T-22492

## L. SETTLEMENT CHARGES:

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. | TOTAL SALES/BROKER'S COMMISSION based on price $ 900,000.00 @ 5.50 = 49,500.00 | | |
| | Division of commission (line 700) as follows: | | |
| 701. | $ 22,850.00 to Innovation Properties  (22,500.00 Plus 350.00) | | |
| 702. | $ 27,000.00 to Century 21 New Millenium | | |
| 703. | Commission paid at Settlement  $50,000 EMD held by William A. Marshall | 350.00 | 49,500.00 |
| 704. | | | |
| 800. | ITEMS PAYABLE IN CONNECTION WITH LOAN                                  P.O.C. | | |
| 801. | Loan Origination Fee          % | | |
| 802. | Loan Discount                 % | | |
| 803. | Appraisal Fee        to | | |
| 804. | Credit Report        to | | |
| 805. | Lender's Inspection Fee   to | | |
| 806. | Document Prep.Fee    to | | |
| 807. | Tax Service Fee      to | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 812. | | | |
| 813. | | | |
| 814. | | | |
| 815. | | | |
| 900. | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | |
| 901. | Interest from       to      @$       /day | | |
| 902. | Mortgage Insurance Premium       to | | |
| 903. | Hazard Insurance Premium    yrs. to | | |
| 904. | | | |
| 905. | | | |
| 1000. | RESERVES DEPOSITED WITH LENDER FOR | | |
| 1001. | Hazard Insurance       mo. @$       / mo. | | |
| 1002. | Mortgage Insurance     mo. @$       / mo. | | |
| 1003. | City property taxes    mo. @$       / mo. | | |
| 1004. | County property taxes  mo. @$       / mo. | | |
| 1005. | Annual Assessments     mo. @$       / mo. | | |
| 1006. |                        mo. @$       / mo. | | |
| 1007. |                        mo. @$       / mo. | | |
| 1008. | Aggregate Reserve for Hazard/Flood Ins, City/Count | | |
| 1100. | TITLE CHARGES | | |
| 1101. | Settlement or closing fee   to William A. Marshall, Attorney-at-Law | 375.00 | 150.00 |
| 1102. | Abstract or title search    to AHA, LLC | 135.00 | |
| 1103. | Title examination           to William A. Marshall, Attorney-at-Law | 150.00 | |
| 1104. | Title insurance binder      to Guarantee Title Insurance Agency, Inc. | | |
| 1105. | Document preparation        to William A. Marshall, Attorney-at-Law | 185.00 | |
| 1106. | Notary fees                 to | | |
| 1107. | Attorney's fees             to | | |
| | (includes above item No:                              ) | | |
| 1108. | Title insurance             to Guarantee Title Insurance Agency, Inc./CWL | 2,208.00 | |
| | (includes above item No:                              ) | | |
| 1109. | Lender's coverage | | |
| 1110. | Owner's coverage     900,000.00 --- 2,208.00 Standard Policy/Reissue Rate/Nego Premium (Optional) | | |
| 1111. | Overnight Delivery Svc & Hndlg   William A. Marshall, Attorney-at-Law | 50.00 | |
| 1112. | Reconveyance Tracking Service    William A. Marshall, Attorney-at-Law | 85.00 | |
| 1113. | Additional Charges  *** See Attached Addendum *** | 85.00 | |
| 1200. | GOVERNMENT RECORDING AND TRANSFER CHARGES | | |
| 1201. | Recording fees   Deed $ 47.00   ; Mortgage $       ; Releases $ | 47.00 | |
| 1202. | City/county/stamps   Deed $ 750.00   ; Mortgage $ | 750.00 | |
| 1203. | State tax/stamps     Deed $ 2,250.00 ; Mortgage $ | 2,250.00 | |
| 1204. | GRANTORS TAX         Deed $ 900.00   ; Mortgage $ | | 900.00 |
| 1205. | Additional Charges  *** See Attached Addendum *** | | 1,800.00 |
| 1300. | ADDITIONAL SETTLEMENT CHARGES | | |
| 1301. | Survey             to N/A | | |
| 1302. | Pest inspection    to N/A | | |
| 1303. | Expense Reimbursement    RealMarkets | | 1,000.00 |
| 1304. | Bankruptcy Estate Payment    H. Jason Gold, Trustee | | 45,000.00 |
| 1305. | 326(a) Trustee Commission    H. Jason Gold, Trustee | | 48,250.00 |
| 1306. | Legal Fees               Gordon Feinblatt LLC | | 30,000.00 |
| 1307. | Delinq '23 Town RE Tax   Town of Vienna | | 331.87 |
| 1308. | Additional Charges  *** See Attached Addendum *** | | 102,407.38 |
| 1400. | TOTAL SETTLEMENT CHARGES    (enter on lines 103 and 502, Sections J and K) | 6,670.00 | 279,339.25 |

# P R E L I M I N A R Y

form HUD-1 (3/86) ref Handbook 4305.2

# HUD PAGE 2 ADDENDUM

Prepared by
**William A. Marshall, Attorney-at-Law**
**7006 Little River Turnpike, Suite G**
**Annandale, Virginia  22003**
**703-354-7700**

File Number: T-23492     Settlement Date: 05/30/24     Proration Date: 05/30/24

**SELLER(S):**
H. JASON GOLD and Chapter 7 Trustee in
Bankruptcy in re: and EAGLE PROPERTIES AND INVESTMENTS LLC

**PURCHASER(S):**
ANCHOR HOMES LLC

**LENDER:**
NOT APPLICABLE (CASH TRANSACTION)

Loan Amount:          Loan Number: ------------------------

**PROPERTY:**
1203 Cottage Street, SW, Vienna, VA 22180
Lot 2370, Section 13, VIENNA WOODS, Town of Vienna, Fairfax County, VA

| | | | Borrower | Seller |
|---|---|---|---:|---:|
| **ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 816. | | | | |
| 817. | | | | |
| 818. | | | | |
| 819. | | | | |
| | | TOTALS | | |
| **TITLE CHARGES** | | | | |
| 1114. | Technology & Storage Fee | Landtech | 35.00 | |
| 1115. | Wire Fee | William A. Marshall, Attorney-at-Law | 45.00 | |
| 1116. | e-Record Fee | Simplifile | 5.00 | |
| 1117. | | | | |
| 1118. | | | | |
| 1119. | | | | |
| 1120. | | | | |
| 1121. | | | | |
| | | TOTALS | 85.00 | |
| **GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1206. | REG. WMATA CAPITAL FEE Deed $ 900.00 | Mortgage $ | | 900.00 |
| 1207. | REG. CONG. RELIEF FEE Deed $ 900.00 | Mortgage $ | | 900.00 |
| 1208. | | | | |
| 1209. | | | | |
| 1210. | | | | |
| 1211. | | | | |
| 1212. | | | | |
| | | TOTALS | | 1,800.00 |
| **ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1309. | Est. 1st 1/2 '24 Town RE Tax | Town of Vienna | | 816.34 |
| 1310. | Delinq '21 & '22 County RE Tax | Fairfax County DTA | | 16,530.67 |
| 1311. | Delinq '23 County RE Tax | Fairfax County, Dept. of Tax Admin. | | 10,168.56 |
| 1312. | Est. 1st 1/2 '24 County RE Tax | Fairfax County, Dept. of Tax Admin. | | 4,891.81 |
| 1313. | Held In Escrow | H. Jason Gold, Trustee | | 70,000.00 |
| | | TOTALS | | 102,407.38 |

# P R E L I M I N A R Y

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-10566-KHK |
| Eagle Properties and Investments LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: LilianPal | Page 1 of 3 |
| Date Rcvd: May 28, 2024 | Form ID: pdford11 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| RE | + | Stephen Karbelk, Team Leader, RealMarkets, Century 21 New Millennium, 6629 Old Dominion Dr, McLean, VA 22101-4516 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | May 29 2024 04:06:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 30, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew S Goldstein | |
| | on behalf of Creditor GITSIT Solutions LLC AGoldstein@mglspc.com, jcoffman@mglspc.com |
| Barry W. Spear | |
| | on behalf of Creditor Aero Mortgage Loan Trust 2019- 1 Barry.Spear@bww-law.com bankruptcy@bww-law.com |
| Bradley J. Swallow | |
| | on behalf of Defendant Main Street Bank bswallow@fblaw.com |
| Christian K. Vogel | |

| | | |
|---|---|---|
| District/off: 0422-9 | User: LilianPal | Page 2 of 3 |
| Date Rcvd: May 28, 2024 | Form ID: pdford11 | Total Noticed: 2 |

    on behalf of Interested Party Primis Bank kvogel@vogelandcromwell.com

Christian K. Vogel
    on behalf of Defendant Primis Bank f/k/a Sona Bank kvogel@vogelandcromwell.com

Christopher A. Jones
    on behalf of Debtor Eagle Properties and Investments LLC cajones@whitefordlaw.com
    clano@whitefordlaw.com,dchaney@whitefordlaw.com

Christopher L. Rogan
    on behalf of Defendant Shail Butani crogan@rmzlawfirm.com

Christopher L. Rogan
    on behalf of Creditor Bala Jain LLC crogan@rmzlawfirm.com

Christopher L. Rogan
    on behalf of Defendant Ishwer Butani crogan@rmzlawfirm.com

Christopher L. Rogan
    on behalf of Defendant Bala Jain LLC crogan@rmzlawfirm.com

Corey Simpson Booker
    on behalf of Creditor Atlantic Union Bank corey.booker@atlanticunionbank.com

Craig M. Palik
    on behalf of Creditor Trinity Universal Insurance Company cpalik@mhlawyers.com
    cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnickerson@mhlawyers.com

David S. Musgrave
    on behalf of Creditor Fulton Bank  N.A. dmusgrave@gfrlaw.com, vhilbun@gfrlaw.com

David S. Musgrave
    on behalf of Defendant Fulton Financial Corporation dmusgrave@gfrlaw.com  vhilbun@gfrlaw.com

Dylan G. Trache
    on behalf of Trustee H. Jason Gold dylan.trache@nelsonmullins.com
    linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Elizabeth Husebo
    on behalf of Defendant Daniel J. Kotz ehusebo@grsm.com

Elizabeth Husebo
    on behalf of Defendant First Class Title  Inc. ehusebo@grsm.com

Erik W. Fox
    on behalf of Creditor Vienna Oaks Office Center Condominium efox@reesbroome.com
    rhurley@reesbroome.com;rchambers@reesbroome.com;pgoodwine@reesbroome.com

Gerard R. Vetter
    ustpregion04.ax.ecf@usdoj.gov

H. Jason Gold
    goldtrustee@fiduciaryservicesgroup.com  VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com

Hannah White Hutman
    on behalf of Creditor Bank of Clarke County hhutman@hooverpenrod.com
    scurtis@hooverpenrod.com;hooverpenrodplc@jubileebk.net

J. P. McGuire Boyd, Jr
    on behalf of Defendant Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
    on behalf of Creditor Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
    on behalf of Defendant Bank of Clarke County mboyd@williamsmullen.com

Jack Frankel
    on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov
    USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

James R. Meizanis, Jr.
    on behalf of Creditor Virginia Partners Bank jmeizanis@bklawva.com  jroot@bklawva.com;mnoble@bklawva.com

Jeffery T. Martin, Jr.
    on behalf of Debtor Eagle Properties and Investments LLC jeff@martinlawgroupva.com
    martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

Jeffery T. Martin, Jr.
    on behalf of Plaintiff Eagle Properties and Investments LLC jeff@martinlawgroupva.com
    martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

Case 23-10566-KHK   Doc 485   Filed 05/30/24   Entered 05/31/24 00:14:07   Desc
Imaged Certificate of Notice   Page 12 of 12

| District/off: 0422-9 | User: LilianPal | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 28, 2024 | Form ID: pdford11 | Total Noticed: 2 |

Jeffery T. Martin, Jr.
    on behalf of Counter-Defendant Eagle Properties and Investments LLC jeff@martinlawgroupva.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

Jeremy B. Root
    on behalf of Creditor Virginia Partners Bank jroot@bklawva.com tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com

John E Reid
    on behalf of Debtor Eagle Properties and Investments LLC jack@martinlawgroupva.com

John Tucker Farnum
    on behalf of Interested Party SC&H Group jfarnum@milesstockbridge.com jfarnumecfnotices@gmail.com;dbernard@milesstockbridge.com

Joshua David Stiff
    on behalf of Debtor Eagle Properties and Investments LLC jstiff@wtplaw.com eslate@wtplaw.com;dchaney@whitefordlaw.com

Justin Fasano
    on behalf of Creditor Gus Goldsmith jfasano@mhlawyers.com jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;sshin@mhlawyers.com;dmoorehead@mhlawyers.com

Lee S Raphael
    on behalf of Creditor Gitsit Solutions  LLC ecf1@ecf.courtdrive.com, cmartin@pralc.com

Maurice Belmont VerStandig
    on behalf of Professional Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Nancy Greene
    on behalf of Debtor Eagle Properties and Investments LLC ndg@ndglaw.com

Nancy Greene
    on behalf of Plaintiff Eagle Properties and Investments LLC ndg@ndglaw.com

Nancy Greene
    on behalf of Professional N D Greene PC ndg@ndglaw.com

Richard E. Hagerty
    on behalf of Defendant Navy Federal Financial Group  LLC richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Robert Hockenbury
    on behalf of Creditor Shore United Bank robert.hockenbury@wbd-us.com

Robert M. Marino
    on behalf of Defendant Shail Butani rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino
    on behalf of Defendant Ishwer Butani rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino
    on behalf of Creditor Bala Jain LLC rmmarino@rpb-law.com  rmmarino1@aol.com

Stephanie Gardner Bortnick
    on behalf of Defendant Daniel J. Kotz sbortnick@grsm.com

Stephanie Gardner Bortnick
    on behalf of Defendant First Class Title  Inc. sbortnick@grsm.com

Stephanie Gardner Bortnick
    on behalf of Defendant Daniel Kotz sbortnick@grsm.com

Stephen W. Nichols
    on behalf of Creditor Orrstown Bank snichols@offitkurman.com

TOTAL: 48