## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case |
| EAGLE PROPERTIES AND INVESTMENTS LLC | ) | No. 23-10566-KHK |
| | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |

### TRUSTEE'S REPORT OF SALE

Pursuant to Fed. R. Bankr. P. 6004(f) and Local Bankruptcy Rule 6004-2(D), H. Jason Gold, the Chapter 7 Trustee ("Trustee") for the above-captioned Debtor, files this Report of Sale (including attached Settlement Statement). On 05/21/2024, this Court entered an order approving the Motion to Approve Sale of Property Free and Clear of Liens, being real property at 445 Windover Ave, NW, Vienna, Virginia ("Property") held by the Debtor's bankruptcy estate.

| | |
|---|---|
| Settlement (or Closing) Date: | 5/21/2024 |
| Property Sold: | 445 Windover Ave, NW, Vienna VA |
| Purchasers: | Wellset LLC |
| Purchase Price: | $865,000.00 |
| Exemptions paid to Debtor: | $0.00 |
| Net Proceeds to Estate: | **$104,200.00** |

Dated: 6/3/2024

Respectfully submitted,

*/s/ H. Jason Gold*
H. JASON GOLD, CH. 7 TRUSTEE

H. Jason Gold, Va. Bar No. 19117
PO Box 57359
Washington DC  20037
*Chapter 7 Trustee*

OMB Approval No 2502-0265



## A. Settlement Statement (HUD-1)

### B. Type of Loan

| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File No. 2024-040903 | 7. Loan No. | 8. Mortgage Insurance Case No. |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv Ins. | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: **Wellset LLC** 2567 Chain Bridge Road Suite 2E Vienna, VA 22181 | E. Name & Address of Seller: **H. Jason Gold, Chapter 7 Bankruptcy Trustee of The Bankruptcy Estate of Eagle Properties and Investments, LLC, Case No. 23-10566-KHK** P.O. Box 57359 Washington, DC 20037 | F. Name & Address of Lender: **Decisive Investment Group LLC** 1765 Greensboro Station Place Suite 900 McLean, VA 22102 |
|---|---|---|
| G. Property Location: **445 Windover Avenue Northwest Vienna, VA 22180** | H. Settlement Agent: **RL Title and Escrow, Inc.** Place of Settlement: **8229 Boone Boulevard Suite 610 Vienna, VA 22182** | I. Settlement Date: **05/21/2024** Funding Date: **05/21/2024** Disbursement Date: **05/21/2024** |

### J. Summary of Borrower's Transaction

| 100. Gross Amount Due from Borrower | |
|---|---|
| 101. Contract sales price | $865,000.00 |
| 102. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $27,350.37 |
| 104. | |
| 105. | |
| Adjustment for items paid by seller in advance | |
| 106. City/Town Taxes 05/21/2024 to 06/30/2024 | $188.39 |
| 107. County Taxes 05/21/2024 to 06/30/2024 | $1,036.93 |
| 108. Assessments | |
| 109. | |
| 110. | |
| 111. | |
| 112. | |
| **120. Gross Amount Due from Borrower** | **$893,575.69** |
| 200. Amount Paid by or in Behalf of Borrower | |
| 201. Deposit | $50,000.00 |
| 202. Principal amount of new loan(s) | $680,000.00 |
| 203. Existing loan(s) taken subject to | |
| 204. Lender Credit | $750.00 |
| 205. | |
| 206. | |
| 207. | |
| 208. Seller Credit | $1,000.00 |
| 209. | |
| Adjustments for items unpaid by seller | |
| 210. City/Town Taxes | |
| 211. County Taxes | |
| 212. Assessments | |
| 213. | |
| 214. | |
| 215. | |
| 216. | |
| 217. | |
| 218. | |
| 219. | |
| **220. Total Paid by/for Borrower** | **$731,750.00** |
| 300. Cash at Settlement from/to Borrower | |
| 301. Gross amount due from borrower (line 120) | $893,575.69 |
| 302. Less amounts paid by/for borrower (line 220) | $731,750.00 |
| 303. Cash ☒ From  ☐ To Borrower | $161,825.69 |

### K. Summary of Seller's Transaction

| 400. Gross Amount Due to Seller | |
|---|---|
| 401. Contract sales price | $865,000.00 |
| 402. Personal property | |
| 403. | |
| 404. | |
| 405. | |
| Adjustment for items paid by seller in advance | |
| 406. City/Town Taxes 05/21/2024 to 06/30/2024 | $188.39 |
| 407. County Taxes 05/21/2024 to 06/30/2024 | $1,036.93 |
| 408. Assessments | |
| 409. | |
| 410. | |
| 411. | |
| 412. | |
| **420. Gross Amount Due to Seller** | **$866,225.32** |
| 500. Reductions in Amount Due to Seller | |
| 501. Excess deposit (see instructions) | |
| 502. Settlement charges to seller (line 1400) | $176,727.63 |
| 503. Existing loan(s) taken subject to | |
| 504. Payoff to Atlantic Union Bank | $397,647.38 |
| 505. Payoff to Bala Jain | $290,850.31 |
| 506. | |
| 507. | |
| 508. Seller Credit | $1,000.00 |
| 509. | |
| Adjustments for items unpaid by seller | |
| 510. City/Town Taxes | |
| 511. County Taxes | |
| 512. Assessments | |
| 513. | |
| 514. | |
| 515. | |
| 516. | |
| 517. | |
| 518. | |
| 519. | |
| **520. Total Reduction Amount Due Seller** | **$866,225.32** |
| 600. Cash at Settlement to/from Seller | |
| 601. Gross amount due to seller (line 420) | $866,225.32 |
| 602. Less reductions in amounts due seller (line 520) | $866,225.32 |
| 603. Cash ☒ To  ☐ From Seller | |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

## L. Settlement Charges

| | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| **700. Total Real Estate Broker Fees** | | | |
| Division of commission (line 700) as follows : | | | |
| 701. $38,925.00 to Century 21 New Millennium | | | |
| 702. $ | | | |
| 703. Commission paid at settlement | | | $38,925.00 |
| 704. | | | |
| **800. Items Payable in Connection with Loan** | | | |
| 801. Our origination charge $13,600.00 | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | (from GFE #2) | | |
| 803. Your adjusted origination charges | (from GFE #A) | $13,600.00 | |
| 804. Appraisal fee | (from GFE #3) | | |
| 805. Credit report | (from GFE #3) | | |
| 806. Tax service | (from GFE #3) | | |
| 807. Flood certification | (from GFE #3) | | |
| 808. | | | |
| 809. Wire Fee to Decisive Investment Group LLC | | $50.00 | |
| 810. Legal Document Preparation Fee to Decisive Investment Group LLC | | $950.00 | |
| 811. | | | |
| **900. Items Required by Lender to be Paid in Advance** | | | |
| 901. Daily interest charges from 05/21/2024 to 06/01/2024 @ $226.67 /day | (from GFE #10) | $2,493.37 | |
| 902. Mortgage insurance premium | (from GFE #3) | | |
| 903. Homeowner's insurance | (from GFE #11) | | |
| 904. 1st half 2024 Town of Vienna RE Taxes to Town of Vienna | | | $847.74 |
| 905. 1st half 2024 Fairfax County RE Taxes to Department of Tax Administration | | | $4,666.17 |
| **1000. Reserves Deposited with Lender** | | | |
| 1001. Initial deposit for your escrow account | (from GFE #9) | | |
| 1002. Homeowner's insurance | | | |
| 1003. Mortgage insurance | | | |
| 1004. Property taxes | | | |
| 1005. | | | |
| 1006. | | | |
| 1007. Aggregate Adjustment $0.00 | | | |
| **1100. Title Charges** | | | |
| 1101. Title services and lender's title insurance | (from GFE #4) | $1,942.00 | |
| 1102. Settlement or closing fee to RL Title and Escrow, Inc. | | | |
| 1103. Owner's title insurance to Fidelity National Title Insurance Company | (from GFE #5) | $1,607.00 | |
| 1104. Lender's title insurance to Fidelity National Title Insurance Company $1,907.00 | | | |
| 1105. Lender's title policy limit $680,000.00 | | | |
| 1106. Owner's title policy limit $865,000.00 | | | |
| 1107. Agent's portion of the total title insurance premium to RL Title and Escrow, Inc. | | | |
| 1108. Underwriter's portion of the total title insurance premium to Fidelity National Title Insurance Company | | | |
| 1109. Settlement and Closing Fee to RL Title and Escrow, Inc. | | $895.00 | |
| 1110. Title Binder and Policy to RL Title and Escrow, Inc. | | $225.00 | |
| 1111. Title Search to Round Table Title, Inc. | | $110.00 | |
| 1112. Attorney Title Examination Fee to RL Title and Escrow, Inc. | | $150.00 | |
| 1113. Courier/Wire Fees to RL Title and Escrow, Inc. | | | $150.00 |
| 1114. E-Recording Fee to Simplifile | | $10.00 | |
| 1115. Title - CPL Premium (Lender) to Fidelity National Title Insurance Company $35.00 | | | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Government recording charges | (from GFE #7) | $107.00 | |
| 1202. Deed $47.00 Mortgage $60.00 Release $ to Fairfax County Recording Office | | | |
| 1203. Transfer taxes | (from GFE #8) | $5,165.00 | |
| 1204. City/County tax/stamps Deed $724.58 Mortgage $566.67 to Fairfax County Recording Office | | | |
| 1205. State tax/stamps Deed $2,173.75 Mortgage $1,700.00 to Fairfax County Recording Office | | | |
| 1206. Regional WMTA Fee (Deed) to Fairfax County Recording Office | | | $869.50 |
| 1207. Regional Congestion Relief Fee (Deed) to Fairfax County Recording Office | | | $869.50 |
| 1208. County Grantor Tax (Deed) to Fairfax County Recording Office | | | $434.75 |
| 1209. State Grantor Tax (Deed) to Fairfax County Recording Office | | | $434.75 |
| 1210. UCC Recording Fee to Fairfax County Recording Office | | $46.00 | |
| **1300. Additional Settlement Charges** | | | |
| 1301. Required services that you can shop for | (from GFE #6) | | |
| 1302. Bankruptcy Estate Payment to H. Jason Gold, Trustee | | | $78,250.00 |
| 1303. Expense Reimbursement to RealMarkets | | | $65.00 |
| 1304. Past Due Fairfax Co. RE Taxes 2021-2022 to Fairfax County DTA | | | $14,510.95 |
| 1305. Town of Vienna Past Due Real Estate Taxes to Town of Vienna | | | $415.96 |
| 1306. 326(a) Bankruptcy Trustee Commission to H. Jason Gold, Trustee | | | $25,950.00 |
| 1307. Past Due Fairfax County RE Taxes 2023 to Department of Tax Administration | | | $10,338.31 |
| 1308. | | | |
| 1309. | | | |
| 1310. | | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | $27,350.37 | $176,727.63 |

See signature addendum

**Signature Addendum**

Wellset, LLC, a Virginia Limited Liability Company

By: _____    5/21/24
Monika Jain, Sole Member                  Date

The Bankruptcy Estate of Eagle Properties and Investments, LLC, Case No. 23-10566-KHK

By: _____    5/21/24
H. Jason Gold, Chapter 7 Bankruptcy Trustee    Date

The HUD-1 settlement statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement

_____    5/21/24
Settlement Agent                        Date