# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy |
| EAGLE PROPERTIES AND | ) | Case No. |
| INVESTMENTS LLC | ) | 23-10566-KHK |
| | ) | |
| Debtor | ) | Chapter 7 |

## TRUSTEE'S REPORT OF SALE

Pursuant to Fed. R. Bankr. P. 6004(f) and Local Bankruptcy Rule 6004-2(D), H. Jason Gold, the Chapter 7 Trustee ("Trustee") for the above-captioned Debtor, files this Report of Sale (including attached Settlement Statement). On 04/25/2024, this Court entered an order approving the Motion to Approve Sale of Property Free and Clear of Liens, being real property at 1630 East Chocolate Avenue, Hershey, Pennsylvania ("Property") held by the Debtor's bankruptcy estate.

| | |
|---|---|
| Settlement (or Closing) Date: | 5/24/2024 |
| Property Sold: | 1630 East Chocolate Avenue, Hershey, PA |
| Purchasers: | Bikram Phuyel & Thakur Neopany |
| Purchase Price: | $265,000.00 |
| Exemptions paid to Debtor: | $0.00 |
| Net Proceeds to Estate: | **$75,432.44** |

Dated: 6/3/2024

Respectfully submitted,

*/s/ H. Jason Gold*
H. JASON GOLD, CH. 7 TRUSTEE

H. Jason Gold, Va. Bar No. 19117
PO Box 57359
Washington DC  20037
*Chapter 7 Trustee*

| American Land Title Association | ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

**Universal Settlement Services of PA**
**ALTA Universal ID:**
**1423 N Atherton Street**
**2nd Floor**
**State College, PA 16803**

| | |
|---|---|
| File No./Escrow No. : | PA-24-1004 |
| Print Date & Time: | May 24, 2024  12:04 pm |
| Officer/Escrow Officer : | |
| Settlement Location : | 1423 N Atherton Street, 2nd Floor |
| | State College, PA 16803 |
| Property Address: | 1630 E Chocolate Avenue |
| | Hershey, PA 17033 |
| Borrower: | Bikram Phuyel |
| | 416 Rabuck Drive |
| | Harrisburg, PA 17112 |
| Seller: | The Bankruptcy Estate of Eagle Properties and Investments LLC |
| | 445 Windover Avenue NW |
| | Vienna, VA 22180 |
| Lender: | Movement Mortgage, LLC, ISAOA/ATIMA |
| Settlement Date: | May 24, 2024 |
| Disbursement Date: | May 24, 2024 |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | 265,000.00 | Sale Price of Property | 265,000.00 | |
| | | Deposit | | 10,000.00 |
| | | Loan Amount | | 212,000.00 |
| 1,000.00 | | Seller Credit | | 1,000.00 |
| | | **Prorations/Adjustments** | | |
| | 425.85 | City/Town Taxes | 425.85 | |
| | | 05/24/24 - 12/31/24 | | |
| | 154.55 | Assessments | 154.55 | |
| | | 05/24/24 - 06/30/24 | | |
| | | **Loan Charges to Movement Mortgage, LLC, ISAOA/ATIMA** | | |
| | | Processing Fee | 600.00 | |
| | | Underwriting Fee | 995.00 | |
| | | Appraisal Fee | 550.00 | |
| | | Credit Report | 159.84 | |

| Seller Debit | Seller Credit | Description | Borrower Debit | Borrower Credit |
|---|---|---|---|---|
| | | **Loan Charges to Movement Mortgage, LLC, ISAOA/ATIMA (continued)** | | |
| | | Flood Cert | 7.00 | |
| | | Tax Service Fee | 72.00 | |
| | | VOE Fee | 75.00 | |
| | | Prepaid Interest<br>$40.60 per day from 05/24/24 to 06/01/24<br>Movement Mortgage, LLC, ISAOA/ATIMA | 324.80 | |
| | | **Other Loan Charges** | | |
| | | Attorney Title Exam Fee to RL Title and Escrow Inc. | 150.00 | |
| | | Settlement and Closing Fee to RL Title and Escrow Inc. | 895.00 | |
| | | **Impounds** | | |
| | | Homeowner's Insurance to Movement Mortgage, LLC, ISAOA/ATIMA<br>3.000 months at $102.25/month | 306.75 | |
| | | Property Taxes to Movement Mortgage, LLC, ISAOA/ATIMA<br>5.000 months at $59.70/month | 298.50 | |
| | | Assessments to Movement Mortgage, LLC, ISAOA/ATIMA<br>12.000 months at $126.58/month | 1,518.96 | |
| | | Aggregate Adjustment to Movement Mortgage, LLC, ISAOA/ATIMA | | 605.25 |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| | | CPL to Universal Settlement Services of PA | 125.00 | |
| | | TIRBOP Endorsement 100 (Covenants, Conditions and Restrictions) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 300 (Mortgage Survey Exception) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 900 (Environmental Protection Lien - Residential) to Universal Settlement Services of PA | 100.00 | |
| 100.00 | | Bringdown Title Search to Universal Settlement Services of PA | | |
| 150.00 | | Deed Prep to The Nittany Group | | |
| | | Owner's Title Insurance to Universal Settlement Services of PA<br>Coverage: 265,000.00<br>Premium: 1,965.50 | 1,965.50 | |
| 37.50 | | Tax Cert Fee to Universal Settlement Services of PA | | |
| | | **Commissions** | | |

| Seller Debit | Seller Credit | Description | Borrower Debit | Borrower Credit |
|---|---|---|---|---|
| | | **Commissions (continued)** | | |
| | | Broker/Transaction Fee - Selling Agent to Protus Realty, Inc. | 495.00 | |
| 7,950.00 | | Commission - Listing Agent to New Millennium | | |
| 6,625.00 | | Commission - Selling Agent to Protus Realty, Inc. | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees to Dauphin County Recorder of Deeds | 281.50 | |
| 1,325.00 | | Transfer Tax to Dauphin County Recorder of Deeds | 1,325.00 | |
| 1,325.00 | | Transfer Tax to Dauphin County Recorder of Deeds | 1,325.00 | |
| | | **Payoff(s)** | | |
| 141,172.08 | | Payoff of First Mortgage Loan to Fulton Bank  Loan Payoff       141,172.08  Total Payoff     141,172.08 | | |
| | | **Miscellaneous** | | |
| | | Homeowner's Insurance Premium to Grain Dealers Mutual Insurance Company  12 months | 1,227.00 | |
| 716.41 | | 2024 county/twp taxes/good thru 5/31/24 to Dauphin County Treasurer | | |
| 3,596.97 | | 21 & 22 delinquent taxes to Dauphin County Tax Claim | | |
| 7,950.00 | | 326(a) Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| 13,250.00 | | Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| 1,000.00 | | Expense Reimbursement to to RealMarkets | | |
| 25,000.00 | | Legal Fee to Gordon Feinblatt LLC | | |
| 150.00 | | Settlement and Closing Fee to RL Title and Escrow Inc. | | |
| | | Gift Funds | | 30,000.00 |
| | | Gift Funds | | 40,000.00 |

| Seller Debit | Seller Credit | Description | Borrower Debit | Borrower Credit |
|---|---|---|---|---|
| 211,347.96 | 265,580.40 | Subtotals | 278,577.25 | 293,605.25 |
| 54,232.44 | | Due to Seller/Borrower | 15,028.00 | |
| 265,580.40 | 265,580.40 | Totals | 293,605.25 | 293,605.25 |

## Acknowledgement

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Universal Settlement Services of PA to cause the funds to be disbursed in accordance with this statement.

Borrower

*Bikram Phuyel*
Bikram Phuyel

Seller

The Bankruptcy Estate of Eagle Properties and Investments LLC

BY: _____

_____
Escrow Officer

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Universal Settlement Services of PA to cause the funds to be disbursed in accordance with this statement.

Borrower

_____
Bikram Phuyel

Seller

The Bankruptcy Estate of Eagle Properties and Investments LLC

BY: *H. Jason Gold*       05/24/2024 02:56 PM EDT
         Chapter 7 Bankruptcy Trustee

_____
Brandy McAulay
Escrow Officer