David S. Musgrave, Esquire (VSB No. 35327)
GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
(410) 576-4194
dmusgrave@gfrlaw.com
*Attorneys for Fulton Bank, N.A.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-10566-KHK |
| EAGLE PROPERTIES AND INVESTMENTS, LLC, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

## RESPONSE OF FULTON BANK, N.A. TO MOTION TO APPROVE
## SALE OF 7939 RIDER LANE, HUMMELSTOWN, PENNSYLVANIA
## <u>FREE AND CLEAR OF LIS PENDENS</u>

Fulton Bank, N.A. responds to the Chapter 7 Trustee's Motion to Approve Sale of 7939 Rider Lane, Hummelstown, Pennsylvania 17036 (the "Real Property") Free and Clear of Lis Pendens Pursuant to 11 U.S.C. Section 363(f) (Doc 458) as follows:

1.      Fulton Bank, N.A. has a first priority mortgage against the Real Property.

2.      The proposed sale price of $340,000.00 is sufficient to result in full payment of all amounts due to Fulton Bank, N.A. under its mortgage, including interest to the date of payment and legal fees and expenses.

3.      Fulton Bank, N.A. consents to the sale proposed by the trustee as long as Fulton Bank, N.A. is paid in full all amounts secured by its mortgage against the Real Property at closing, which must occur within twenty days after court approval.

GFRDOCS\42372\149975\10916735.v1-6/3/24

4.    The sale should be free and clear of the lis pendens claimed by Bala Jain, LLC because the lis pendens is in bona fide dispute.  The underlying legal action described in the lis pendens was dismissed and is no longer pending.  As a result, the lis pendens is invalid.


Dated:  June 3, 2024                                    /s/ David S. Musgrave

David S. Musgrave (Bar No. 35327)
GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
Phone/Fax No. (410) 576-4194
E-mail:  dmusgrave@gfrlaw.com

*Attorneys for Fulton Bank, N.A.*

## CERTIFICATE OF SERVICE

I certify that on June 3, 2024, copies of the foregoing were served via CM/ECF to all parties receiving notice thereby.

/s/ David S. Musgrave

David S. Musgrave

GFRDOCS\42372\149975\10916735.v1-6/3/24