# VIRGINIA

## IN THE CIRCUIT COURT FOR THE COUNTY OF FAIRFAX

| | |
|---|---|
| BALA JAIN, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: CL-2022-0009687 |
| | ) |
| EAGLE PROPERTIES AND INVESTMENTS LLC, ET AL., | ) |
| | ) |
| Defendants. | ) |

### NOTICE AND MEMORANDUM OF LIS PENDENS

STATE OF VIRGINIA
COUNTY OF FAIRFAX

TO THE CLERK OF THE CIRCUIT COURT OF SAID COUNTY:

You are hereby notified that on the 18th day of July, 2022, suit was instituted by the undersigned in the above captioned and styled cause in the Circuit Court of Fairfax County, Virginia, and that the following are all the names of the parties to said suit:

| Name of Plaintiff | Name of Defendant | Kind of Suit |
|---|---|---|
| Bala Jain, LLC<br>6007 Marilyn Drive<br>Alexandria, Virginia 22310 | **EAGLE PROPERTIES AND INVESTMENTS LLC**<br>445 Windover Avenue<br>Vienna, Virginia 22180<br>Serve:<br>Monika Jain, Managing Member<br>445 Windover Avenue<br>Vienna, VA 22180 | The lawsuit alleges that one or more of the Defendants used money it borrowed from Bala Jain, LLC to acquire, improve, and/or develop the subject Property. The lawsuit alleges that the Defendants engaged in fraud, conspiracy to commit fraud, breach of contract, and seeks a declaratory judgment and injunctive relief establishing a constructive trust against this Property and such other relief |

| | | |
|---|---|---|
| | | as may be necessary to protect and prepare Bala Jain, LLC's interest in the Property. |
| | **MONIKA JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180 | |
| | **AMIT JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180 | |
| | **FIRST CLASS TITLE, INC.**<br>1803 Research Blvd, Suite 512<br>Rockville, Maryland 20850<br>Serve: Robert Kotz<br>11505 Hemingway Drive<br>Reston, Virginia 20194 | |
| | **Daniel Kotz, Esq.**<br>1803 Research Blvd #512<br>Rockville, MD 20850 | |

The following described real estate located at 2565 Chain Bridge Rd #2F, Vienna, VA 22180, Tax Map # 0383 45 0002F Book 26452 Page 0077 of Fairfax County, and situated in Fairfax County, Virginia (the "Property") is involved in said suit, to-wit:

Condominium Unit 2-F of the Vienna Oaks Office Center Condominium, as the same is established pursuant to the Virginia Condominium Act by Declaration recorded in Deed Book 5724 at Page 790 and any amendments thereto recorded among the Land Records of Fairfax County, Virginia.

TOGETHER WITH a 9.420 percentage interest in the common elements and SUBJECT to the terms and conditions of the Declaration, Exhibits, Plats and Plans and By-laws recorded in Deed Book 5724 at Page 790, et. Seq. among the aforesaid Land Records. Further SUBJECT TO a maintenance covenant recorded in Deed Book 5666 at Page 1470 in the aforesaid Land Records.

The nature of the lien, right or interest sought to be enforced is as follows: In response to Eagle

Properties and Investments, LLC's breach of the loan documents, and fraud claims against its owners Amit Jain and Monika Jain, Bala Jain brings this action and asserts claims for fraud and conspiracy to commit fraud against Amit Jain, Monika Jain and Daniel Kotz; declaratory judgment and injunctive relief that Bala Jain is granted a constructive trust against the properties that Eagle Properties and Investments, LLC purchased and/or improved with a $7.5 million loan it fraudulently obtained from Bala Jain; an accounting of the proceeds from the $7.5 million loan Eagle Properties and Investments, LLC fraudulently obtained from Bala Jain; to disregard and pierce Eagle Properties and Investments, LLC's corporate veil; and breach of contract against Eagle Properties and Investments, LLC.

Plaintiffs claim damages of at least $7,500,000.00, plus punitive damages and attorneys' fees.

Dated: July 20, 2022

Respectfully submitted,

_____
Mark E. Shaffer (VSB No. 75407)
OFFIT KURMAN
8000 Towers Crescent Drive, Suite 1400
Tysons Corner, Virginia 22182
Telephone: 703.745.1820
Facsimile: 703.745.1835
mark.shaffer@offitkurman.com
*Counsel for Plaintiff Bala Jain, LLC*

COMMONWEALTH/STATE OF Virginia ,
COUNTY/CITY OF Fairfax , to-wit:

I, the undersigned Notary Public, in and for the State and County aforesaid, do hereby certify that Mark E. Shaffer, whose name is signed to the Memorandum of Lis Pendens, has acknowledged the same before me as Notary in my State and County aforesaid.

Given under my hand and seal this 20 July 2022.

_____
Notary Public

[Notary Seal: VICTORIA YVONNE TAYLOR, COMMONWEALTH, REGISTRATION NO. 7825163, MY COMM. EXPIRES 05/30/2023, NOTARY PUBLIC, VIRGINIA]

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 20 July 2022, sent by Federal Express, postage prepaid, a true copy of the foregoing to:

**EAGLE PROPERTIES AND INVESTMENTS LLC**
445 Windover Avenue
Vienna, Virginia 22180
Serve:
Monika Jain, Managing Member
445 Windover Avenue
Vienna, VA 22180

**MONIKA JAIN**
445 Windover Avenue
Vienna, VA 22180

**AMIT JAIN**
445 Windover Avenue
Vienna, VA 22180

**FIRST CLASS TITLE, INC.**
1803 Research Blvd, Suite 512
Rockville, Maryland 20850
Serve: Robert Kotz
11505 Hemingway Drive
Reston, Virginia 20194

**Daniel Kotz, Esq.**
1803 Research Blvd #512
Rockville, MD 20850

_/s/ Mark E. Shaffer_
Mark E. Shaffer

4866-5116-1386, v. 2


07/21/2022
RECORDED FAIRFAX CO VA
TESTE:
CLERK

Case 23-10566-KHK    Doc 492-2    Filed 06/06/24    Entered 06/06/24 12:07:20    Desc
Exhibit(s) Exhibit B - Lis Pendens    Page 5 of 14

2022082065.001    BK 27815 1077    12/12/2022 12:53:59

# VIRGINIA

## IN THE CIRCUIT COURT FOR THE COUNTY OF HENRICO

| | |
|---|---|
| BALA JAIN, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EAGLE PROPERTIES AND INVESTMENTS LLC, ET AL., <br><br> Defendants. | ) <br> ) <br> ) <br> ) **FAIRFAX CIRCUIT COURT** <br> ) **Case No.: CL-2022-0009687** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE AND MEMORANDUM OF LIS PENDENS

STATE OF VIRGINIA
COUNTY OF PRINCE WILLIAM

TO THE CLERK OF THE CIRCUIT COURT OF SAID COUNTY:

You are hereby notified that on the 18th day of July, 2022, suit was instituted by the undersigned and on November 22, 2022, an amended complaint was filed, in the above captioned and styled cause in the Circuit Court of Fairfax County, Virginia, and that the following are all the names of the parties to said suit:

| Name of Plaintiff | Name of Defendant | Kind of Suit |
|---|---|---|
| Bala Jain, LLC<br>6007 Marilyn Drive<br>Alexandria, Virginia 22310 | **EAGLE PROPERTIES AND INVESTMENTS LLC**<br>445 Windover Avenue<br>Vienna, Virginia 22180<br>Serve: J. Chapman Petersen, Esq.<br>Chap Petersen & Associates, PLC<br>3970 Chain Bridge Road<br>Fairfax, Virginia 22030<br>*Counsel for Eagle Properties and Investments, LLC, Monika Jain and Amit Jain* | The lawsuit alleges that one or more of the Defendants used money it borrowed from Bala Jain, LLC to acquire, improve, and/or develop the subject Property. The lawsuit alleges that the Defendants engaged |

| | | |
|---|---|---|
| | **MONIKA JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180<br>Serve: J. Chapman Petersen, Esq.<br>Chap Petersen & Associates, PLC<br>3970 Chain Bridge Road<br>Fairfax, Virginia 22030<br>*Counsel for Eagle Properties and Investments, LLC, Monika Jain and Amit Jain* | in fraud, conspiracy to commit fraud, breach of contract, and seeks a declaratory judgment and injunctive relief establishing a constructive trust against this Property and such other relief as may be necessary to protect and prepare Bala Jain, LLC's interest in the Property. |
| | **AMIT JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180<br>Serve: J. Chapman Petersen, Esq.<br>Chap Petersen & Associates, PLC<br>3970 Chain Bridge Road<br>Fairfax, Virginia 22030<br>*Counsel for Eagle Properties and Investments, LLC, Monika Jain and Amit Jain* | |
| | **FIRST CLASS TITLE, INC.**<br>1803 Research Blvd, Suite 512<br>Rockville, Maryland 20850<br>Serve: Jessica Summers, Esq.<br>The Law Firm of Paley Rothman<br>4800 Hampden Lane, 6th Floor<br>Bethesda, MD 20814<br>jsummers@paleyrothman.com<br>*Counsel for First Class Title, Inc. and Daniel Kotz, Esq.* | |
| | **Daniel Kotz, Esq.**<br>1803 Research Blvd #512<br>Rockville, MD 20850<br>Serve: Jessica Summers, Esq.<br>The Law Firm of Paley Rothman<br>4800 Hampden Lane, 6th Floor<br>Bethesda, MD 20814<br>jsummers@paleyrothman.com<br>*Counsel for First Class Title, Inc. and Daniel Kotz, Esq.* | |
| | **ARPAAGRO GENERAL TRADING, LLC,**<br>2567 Chain Bridge Rd Unit 2E<br>Vienna, VA 22182<br>SERVE: Monika Jain, registered agent<br>2567 Chain Bridge Road, Unite 2E<br>Vienna, Virginia 22182, | |
| | **EAGLE PROPERTIES, LLC,**<br>445 Windover Ave.<br>Vienna, VA 22180<br>SERVE: Monika Jain, registered agent<br>445 Windover Avenue, NW<br>Vienna, Virginia 22180 | |

Case 23-10566-KHK    Doc 492-2    Filed 06/06/24    Entered 06/06/24 12:07:20    Desc
Exhibit(s) Exhibit B - Lis Pendens    Page 7 of 14

BK 27815 1079

|  | EAGLE INVESTMENTS, LLC,<br>445 Windover Ave.<br>Vienna, VA 22180 |  |
|---|---|---|
|  | TRUE PROPERTIES, LLC<br>2567 Chain Bridge Road, Unite 2E<br>Vienna, Virginia 22182,<br>SERVE: Monika Jain, registered agent<br>2567 Chain Bridge Road, Unite 2E<br>Vienna, Virginia 22182 |  |
|  | TRUE PROPERTIES, LL<br>2567 Chain Bridge Road, Unite 2E<br>Vienna, Virginia 22182,<br>SERVE: Monika Jain, registered agent<br>2567 Chain Bridge Road, Unite 2E<br>Vienna, Virginia 22182 |  |
|  | Sell USA LLC ,<br>445 Windover Ave.<br>Vienna, VA 22180<br>SERVE: Monika Jain, registered agent<br>445 Windover Avenue, NW<br>Vienna, Virginia 22180 |  |
|  | **495 REAL ESTATE, LLC,**<br>**2567 Chain Bridge Road, Unite 2E**<br>**Vienna, Virginia 22182**<br>2567 Chain Bridge Road, Unite 2E<br>Vienna, Virginia 22182,<br>SERVE: Monika Jain, registered agent<br>2567 Chain Bridge Road, Unite 2E<br>Vienna, Virginia 22182 |  |
|  | SHEHLA JARRAL,<br>SERVE: 514 Bond Avenue<br>Reisterstown, Maryland 21136 |  |
|  | MUHAMMAD JARRAL,<br>SERVE: 514 Bond Avenue<br>Reisterstown, Maryland 21136 |  |
|  | SPSVA, LLC ,<br>SERVE: Satpal Singh, registered agent<br>10313 Henderson Road<br>Fairfax Station, Virginia 22039 |  |
|  | DOLBI USA, LLC,<br>13306 Smoketown Road<br>Woodbridge, Virginia 22192<br>SERVE: Shaikh R. Rahim, Managing Member<br>13306 Smoketown Road<br>Woodbridge, Virginia 22192 |  |
|  | SHAIKH M. RAHIM,<br>SERVE: 145 W Ostend Street, Suite 600<br>Baltimore, Maryland 21230 |  |
|  | MOHEED RAHIM,<br>SERVE: 145 W Ostend Street, Suite 600<br>Baltimore, Maryland 21230 |  |

|  | JACQUELINE ALEXANDER,<br>SERVE: 1009 Sweetgrass Circle<br>La Plata, Maryland 20646 |  |
|---|---|---|
|  | CAPITAL ONE, NATIONAL ASSOCIATION,<br>1680 Capital One Dr.<br>Mc Lean, VA, 22102<br>SERVE: Corporation Service Company<br>100 Shockoe Slip Fl. 2<br>Richmond, Virginia 23219-4100 |  |
|  | FULTON FINANCIAL CORPORATION,<br>1 Penn Sq, PO Box 4887<br>Lancaster, PA, 17602<br>SERVE: Michael Paulson, registered agent<br>625 Elden Street<br>Herndon, Virginia 20170 |  |
|  | MAIN STREET BANK,<br>10089 Fairfax Boulevard<br>Fairfax, Virginia 22030<br>SERVE: Kagan, Stern, Marinello and Beard, PLLC, registered agent<br>10089 Fairfax Boulevard<br>Fairfax, Virginia 22030 |  |
|  | BANK OF CLARKE COUNTY,<br>2 East Main Street<br>Berryville, Virginia 22611<br>SERVE: Kathleen J. Chappell, registered agent<br>2 East Main Street<br>Berryville, Virginia 22611 |  |
|  | NAVY FEDERAL FINANCIAL GROUP, LLC,<br>1007 Electric Ave,<br>Vienna, VA, 22180<br>SERVE: Corporation Service Company<br>100 Shockoe Slip Fl. 2<br>Richmond, Virginia 23219-4100 |  |
|  | SAPTAL SINGH,<br>SERVE: 10313 Henderson Road<br>Fairfax Station, Virginia 22039 |  |
|  | ATLANTIC UNION BANK,<br>f./k/a UNION BANK & TRUST<br>1051 E Cary St Ste 1200, Richmond, VA, 23219<br>SERVE: RACHAEL LAPE, registered agent<br>Union Bankshares Corporation<br>1051 E. Cary Street, Suite 1200<br>Richmond, Virginia, 23219 |  |
|  | PNC BANK, N.A.,<br>249 Fifth Avenue<br>Pittsburgh, Pennsylvania 15222<br>SERVE: Corporation Service Company<br>Registered Agent<br>100 Shockoe Slip, 2nd Floor<br>Richmond, Virginia 23219 |  |

|  | **PRIMIS BANK D/B/A/ SONA BANK.**<br>10900 Nuckols Road, Suite 325<br>Glen Allen, Virginia 23060<br>SERVE: Kimberly Lipscomb,<br>Registered Agent<br>9706 Atlee Commons Drive<br>Ashland, Virginia 23005 |  |

The following described real estate located at 2567 Chain Bridge Road, Suite 2-E. Parcel ID: 0383 45 0002E Deed Book 26452 Page 0077 of Fairfax County, and situated in Fairfax County, Virginia (the "Property") is involved in said suit, to-wit:

> Condominium Unite 2-E of the Vienna Oaks Office Center Condominium, as the same is more particularly described int eh Declaration recorded in Deed Book 5724 at page 790 and any amendments thereto recorded among the Land Records of Fairfax County, Virginia.

> TOGETHER WITH a 9.420 percentage interest in the common elements and subject to the terms and conditions of the Declaration, Exhibits Plats and Plans and By-laws recorded in Deed Book 5724 at Page 790.

> The improvements thereon being known as 2567 Chain Bridge Road, Suite 2-E, Fairfax, VA 22030.

The nature of the lien, right or interest sought to be enforced is as follows: In response to Eagle Properties and Investments, LLC's breach of the loan documents and fraud claims against its owners Amit Jain and Monika Jain, Bala Jain brings this action and asserts claims for fraud and conspiracy to commit fraud against Amit Jain, Monika Jain and Daniel Kotz; declaratory judgment and injunctive relief that Bala Jain is granted a constructive trust against the properties that Eagle Properties and Investments, LLC purchased and/or improved with a $7.5 million loan

it fraudulently obtained from Bala Jain; an accounting of the proceeds from the $7.5 million loan Eagle Properties and Investments, LLC fraudulently obtained from Bala Jain; to disregard and pierce Eagle Properties and Investments, LLC's corporate veil; and breach of contract against Eagle Properties and Investments, LLC.

Plaintiffs claim damages of at least $7,500,000.00, plus punitive damages and attorneys' fees.

Dated: December 12, 2022

Respectfully submitted,

_____
Mark E. Shaffer (VSB No. 75407)
OFFIT KURMAN
8000 Towers Crescent Drive, Suite 1400
Tysons Corner, Virginia 22182
Telephone: 703.745.1820
Facsimile: 703.745.1835
mark.shaffer@offitkurman.com
*Counsel for Plaintiff Bala Jain, LLC*

COMMONWEALTH/STATE OF Virginia,
COUNTY/CITY OF Fairfax, to-wit:

I, the undersigned Notary Public, in and for the State and County aforesaid, do hereby certify that Mark E. Shaffer, whose name is signed to the Memorandum of Lis Pendens, has acknowledged the same before me as Notary in my State and County aforesaid.

Given under my hand and seal this 12 December 2022.

_____
Notary Public

[Notary Seal: VICTORIA YVONNE TAYLOR, COMMONWEALTH, REGISTRATION NO. 7825163, MY COMM. EXPIRES 09/30/2023, NOTARY PUBLIC OF VIRGINIA]

Case 23-10566-KHK    Doc 492-2    Filed 06/06/24    Entered 06/06/24 12:07:20    Desc
Exhibit(s) Exhibit B - Lis Pendens    Page 11 of 14

BK 27815 1083

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 12 December 2022, sent by Federal Express, postage prepaid, a true copy of the foregoing to:

| |
|---|
| **EAGLE PROPERTIES AND INVESTMENTS LLC**<br>445 Windover Avenue<br>Vienna, Virginia 22180<br>Serve: J. Chapman Petersen, Esq.<br>Chap Petersen & Associates, PLC<br>3970 Chain Bridge Road<br>Fairfax, Virginia 22030<br>*Counsel for Eagle Properties and Investments, LLC, Monika Jain and Amit Jain* |
| **MONIKA JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180<br>Serve: J. Chapman Petersen, Esq.<br>Chap Petersen & Associates, PLC<br>3970 Chain Bridge Road<br>Fairfax, Virginia 22030<br>*Counsel for Eagle Properties and Investments, LLC, Monika Jain and Amit Jain* |
| **AMIT JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180<br>Serve: J. Chapman Petersen, Esq.<br>Chap Petersen & Associates, PLC<br>3970 Chain Bridge Road<br>Fairfax, Virginia 22030<br>*Counsel for Eagle Properties and Investments, LLC, Monika Jain and Amit Jain* |
| **FIRST CLASS TITLE, INC.**<br>1803 Research Blvd, Suite 512<br>Rockville, Maryland 20850<br>Serve: Jessica Summers, Esq.<br>The Law Firm of Paley Rothman<br>4800 Hampden Lane, 6th Floor<br>Bethesda, MD 20814<br>jsummers@paleyrothman.com<br>*Counsel for First Class Title, Inc. and Daniel Kotz, Esq.* |
| **Daniel Kotz, Esq.**<br>1803 Research Blvd #512<br>Rockville, MD 20850<br>Serve: Jessica Summers, Esq.<br>The Law Firm of Paley Rothman<br>4800 Hampden Lane, 6th Floor |

| |
|---|
| Bethesda, MD 20814<br>jsummers@paleyrothman.com<br>*Counsel for First Class Title, Inc. and Daniel Kotz, Esq.* |
| **ARPAAGRO GENERAL TRADING, LLC,**<br>2567 Chain Bridge Rd Unit 2E<br>Vienna, VA 22182<br>SERVE: Monika Jain, registered agent<br>2567 Chain Bridge Road, Unite 2E<br>Vienna, Virginia 22182, |
| **EAGLE PROPERTIES, LLC,**<br>445 Windover Ave.<br>Vienna, VA 22180<br>SERVE: Monika Jain, registered agent<br>445 Windover Avenue, NW<br>Vienna, Virginia 22180 |
| **EAGLE INVESTMENTS, LLC,**<br>445 Windover Ave.<br>Vienna, VA 22180 |
| **TRUE PROPERTIES, LLC**<br>2567 Chain Bridge Road, Unite 2E<br>Vienna, Virginia 22182,<br>SERVE: Monika Jain, registered agent<br>2567 Chain Bridge Road, Unite 2E<br>Vienna, Virginia 22182 |
| **TRUE PROPERTIES, LL**<br>2567 Chain Bridge Road, Unite 2E<br>Vienna, Virginia 22182,<br>SERVE: Monika Jain, registered agent<br>2567 Chain Bridge Road, Unite 2E<br>Vienna, Virginia 22182 |
| Sell USA LLC ,<br>445 Windover Ave.<br>Vienna, VA 22180<br>SERVE: Monika Jain, registered agent<br>445 Windover Avenue, NW<br>Vienna, Virginia 22180 |
| **495 REAL ESTATE, LLC,**<br>**2567 Chain Bridge Road, Unite 2E**<br>**Vienna, Virginia 22182**<br>2567 Chain Bridge Road, Unite 2E<br>Vienna, Virginia 22182,<br>SERVE: Monika Jain, registered agent<br>2567 Chain Bridge Road, Unite 2E<br>Vienna, Virginia 22182 |
| **SHEHLA JARRAL,**<br>SERVE: 514 Bond Avenue<br>Reisterstown, Maryland 21136 |
| **MUHAMMAD JARRAL,**<br>SERVE: 514 Bond Avenue |

| |
|---|
| Reisterstown, Maryland 21136 |
| **SPSVA, LLC,** <br> SERVE: Satpal Singh, registered agent <br> 10313 Henderson Road <br> Fairfax Station, Virginia 22039 |
| **DOLBI USA, LLC,** <br> 13306 Smoketown Road <br> Woodbridge, Virginia 22192 <br> SERVE: Shaikh R. Rahim, Managing Member <br> 13306 Smoketown Road <br> Woodbridge, Virginia 22192 |
| **SHAIKH M. RAHIM,** <br> SERVE: 145 W Ostend Street, Suite 600 <br> Baltimore, Maryland 21230 |
| **MOHEED RAHIM,** <br> SERVE: 145 W Ostend Street, Suite 600 <br> Baltimore, Maryland 21230 |
| **JACQUELINE ALEXANDER,** <br> SERVE: 1009 Sweetgrass Circle <br> La Plata, Maryland 20646 |
| **CAPITAL ONE, NATIONAL ASSOCIATION,** <br> 1680 Capital One Dr. <br> Mc Lean, VA, 22102 <br> SERVE: Corporation Service Company <br> 100 Shockoe Slip Fl. 2 <br> Richmond, Virginia 23219-4100 |
| **FULTON FINANCIAL CORPORATION,** <br> 1 Penn Sq, PO Box 4887 <br> Lancaster, PA, 17602 <br> SERVE: Michael Paulson, registered agent <br> 625 Elden Street <br> Herndon, Virginia 20170 |
| **MAIN STREET BANK,** <br> 10089 Fairfax Boulevard <br> Fairfax, Virginia 22030 <br> SERVE: Kagan, Stern, Marinello and Beard, PLLC, registered agent <br> 10089 Fairfax Boulevard <br> Fairfax, Virginia 22030 |
| **BANK OF CLARKE COUNTY,** <br> 2 East Main Street <br> Berryville, Virginia 22611 <br> SERVE: Kathleen J. Chappell, registered agent <br> 2 East Main Street <br> Berryville, Virginia 22611 |
| **NAVY FEDERAL FINANCIAL GROUP, LLC,** <br> 1007 Electric Ave, <br> Vienna, VA, 22180 <br> SERVE: Corporation Service Company <br> 100 Shockoe Slip Fl. 2 <br> Richmond, Virginia 23219-4100 |

| |
|---|
| **SAPTAL SINGH,**<br>SERVE: 10313 Henderson Road<br>Fairfax Station, Virginia 22039 |
| **ATLANTIC UNION BANK,**<br>**f./k/a UNION BANK & TRUST**<br>1051 E Cary St Ste 1200, Richmond, VA, 23219<br>SERVE: RACHAEL LAPE, registered agent<br>Union Bankshares Corporation<br>1051 E. Cary Street, Suite 1200<br>Richmond, Virginia, 23219 |
| **PNC BANK, N.A.,**<br>249 Fifth Avenue<br>Pittsburgh, Pennsylvania 15222<br>SERVE: Corporation Service Company<br>Registered Agent<br>100 Shockoe Slip, 2nd Floor<br>Richmond, Virginia 23219 |
| **PRIMIS BANK D/B/A/ SONA BANK.**<br>10900 Nuckols Road, Suite 325<br>Glen Allen, Virginia 23060<br>SERVE: Kimberly Lipscomb,<br>Registered Agent<br>9706 Atlee Commons Drive<br>Ashland, Virginia 23005 |

_____
Mark E. Shaffer

4871-5417-1203, v. 1

12/12/2022
RECORDED FAIRFAX CO VA
TESTE:
CLERK