```
Label Matrix for local noticing        Aero Mortgage Loan Trust 2019- 1       Atlantic Union Bank
0422-1                                  8100 Three Chopt Rd.                   1051 E. Cary Street
Case 23-10566-KHK                       Suite 240                              Suite 1200
Eastern District of Virginia            Richmond, VA 23229-4833                Richmond, VA 23219-4044
Alexandria
Thu Jun  6 09:47:08 EDT 2024

Bala Jain LLC                           Bank of Clarke County                  Eagle Properties and Investments LLC
6007 Marilyn Dr.                        c/o Hannah W. Hutman, Esq.             445 Windover Ave North West
Alexandria, VA 22310-1516               Hoover Penrod, PLC                     Vienna, VA 22180-4232
                                        342 S. Main Street
                                        Harrisonburg, VA 22801-3628

Fulton Bank, N.A.                       GITSIT Solutions, LLC                  Gitsit Solutions, LLC
c/o David S. Musgrave, Esquire          c/o Andrew S. Goldstein                c/o Prober & Raphael, A Law Corporation
Gordon Feinblatt LLC                    PO Box 404                             20750 Ventura Boulevard, Suite 100
1001 Fleet Street, Suite 700            Roanoke, VA 24003-0404                 Woodland Hills, CA 91364-6207
Baltimore, MD 21202-4363

N D Greene PC                           Orrstown Bank                          SC&H Group
N D Greene PC                           c/o Stephen Nichols, Esq.              c/o Miles & Stockbridge P.C.
3977 Chain Bridge Rd                    Offit Kurman PA                        1201 Pennsylvania Ave., NW
Suite 1                                 7501 Wisconsin Ave. Suite 1000W        Ste. 900
Faifax, VA 22030-3308                   Bethesda, MD 20814-6604                Washington, DC 20004-2464

Shore United Bank                       Trinity Universal Insurance Company    Vienna Oaks Office Center Condominium
200 West Gate Circle                    c/o Man Global Private Mkts. (USA), Inc.  c/o Rees Broome, PC
Suite 200                               1345 Avenue of the Americas 21st Floor Suite 700
Annapolis, MD 21401-3377                New York, NY 10105-0199                Tysons Corner, VA 22182

Virginia Partners Bank                  United States Bankruptcy Court         3977 Chain Bridge Rd, Suite 1
410 William St.                         200 South Washington Street            Faifax, VA 22030-3308
Fredericksburg, VA 22401-5834           Alexandria, VA 22314-5405


ADT                                     American Express National Bank         Asset Based Lending
P O Box 371878                          c/o Becket and Lee LLP                 PO BOX 27370
Pittsburgh, PA 15250-7878               PO Box 3001                            Anaheim, CA 92809-0112
                                        Malvern  PA 19355-0701


Atlantic Union Bank                     (p)ATLANTIC UNION BANK                 Bala Jain
8221 Old Courthouse Rd Ste 100,         P O BOX 176                            Christopher L. Rogan, Esq.
Tysons, VA 22182-3839                   BLACKSBURG VA 24063-0176               50 Catoctin Circle, NE, Suite 300
                                                                               Leesburg, VA 20176-3101


Bala Jain LLC                           Bank Of Clarke                         Bank Of Clarke County
6007 Marilyn Drive                      110 Crock Wells Mill Drive             2 East Main Street
Alexandria, VA 2231- 22310-1516         Winchester, VA 22603-3943              Berryville, VA 22611-1338


Bank of Clarke                          Betsy Dalton                           COUNTY OF HENRICO, VIRGINIA
c/o Hannah W. Hutman, Esq.              1003 Lynn St SW                        SARA L. MAYNARD, ASST. COUNTY ATTORNEY
Hoover Penrod, PLC                      Vienna, VA 22180-6428                  P. O. BOX 90775
342 S. Main Street                                                             HENRICO, VIRGINIA 23273-0775
Harrisonburg, VA 22801-3628
```

| | | |
|---|---|---|
| Candice Goodman<br>15474 Roxbury Rd<br>Glenwood, MD 21738-9306 | Capital One N.A<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | City of Richmond<br>Division of Collections PO Box 26505<br>Richmond, VA 23261-6505 |
| City of Richmond  City Hall<br>Room 109 Delinquent Taxes<br>900 East Broad Street<br>Richmond VA 23219-1907 | Community Bank Of Chesapeake<br>202 Centennial St,<br>La Plata, MD 20646 | Community Bank of the Chesapeake<br>Atten: Jared Krahler<br>3035 Leonardtown Road<br>Waldorf, MD 20601-3112<br>, |
| County of Fairfax<br>Department of Tax Administration, Revenu<br>Suite 223<br>Fairfax, VA 22035 | County of Henrico<br>Department of Finance, PO Box 90775<br>Henrico, VA 23273-0775 | DTMA<br>670 Clearwater RD<br>Hershey, PA 17033-2453 |
| Dauphin County Office of Tax Claim Bureau<br>Dauphin County Administration Building,<br>PO Box No 1295<br>Harrisburg, PA 17108 | Dauphin County Tax Claim Bureau<br>P. O. Box 1295<br>Harrisburg, PA 17108-1295 | Department of Finance Howard county<br>Property Tax Division, 3430, Court House<br>Ellicott City, MD 21043-4300 |
| Devon England<br>213 N Port St<br>Baltimore , MD 21224-1027 | (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 | Fulton Bank<br>625 Elden St,<br>Herndon, VA 20170-4739 |
| Fulton Bank, N.A.<br>c/o David S. Musgrave, Esquire<br>Gordon Feinblatt LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, Maryland 21202-4363 | Gitsit Solutions, LLC<br>333 South Anita Drive, Suite 400<br>Orange, CA 92868-3314 | Gus Goldsmith<br>18205 Biscayne Blvd, Suite 2226<br>Aventura, FL 33160-2149 |
| Gus Goldsmith<br>Justin P. Fasano<br>6411 Ivy Lane, Suite 200<br>Greenbelt, MD 20770-1405 | Howard County Maryland<br>Gary Kuc, Esq/Kristen Bowen Perry, Esq.<br>3450 Court House Drive<br>Ellicott City, MD 21043-4330 | Internal Revenue Service<br>Special Procedures Support Staff<br>P. O. Box 10025<br>Richmond, VA 23240 |
| Joshua Fowlers<br>580 W Areba Ave<br>Hershey , PA 17033-1605 | LINKBANK<br>1250 Camphill Bypass, Suite 202<br>Camp Hill, PA 17011-3718 | Lincoin Financing<br>9030 Stony Point Pkwy<br>Richmond, VA 23235-1957 |
| Lincoln Automotive Financial Services<br>P.O. Box 62180<br>Colorado Springs, CO 80962-2180 | Lincoln Automotive Financial Services<br>PO Box 2400, Edmonton, Alberta, T5J 5C7, | Main Street Bank<br>10089 Fairfax Blvd.<br>Fairfax, VA 22030-1742 |
| MainStreet Bank<br>c/o Eric S. Schuster, Esq.<br>100 Light Street, Suite 1400<br>Baltimore, Maryland 21202-1188 | Mayor and City Council Baltimore<br>Bureau of Revenue Collections<br>200 Holliday Street Room #1<br>Bankruptcy<br>Baltimore, MD 21202-6295 | Monika Jain<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 |

| | | |
|---|---|---|
| Monika Jain<br>445 Windover Drive<br>Vienna<br>VA 22180-4232 | N. D. Greene PC<br>3977 Chain Bridge Rd, Suite 1<br>Fairfax, VA 22030-3308 | NP Master Trust I (Cayman) LLC<br>c/o Andrea C. Davison<br>2311 Wilson Blvd Suite 500<br>Arlington VA 22201-5422 |
| Orrstown Bank<br>Offit/Kuman PA<br>7501 Wisconsin Ave #1000W<br>Bethesda, MD 20814-6604 | PPL Electric Utilities<br>827 Hausman Rd<br>Allentown, PA 18104-9392 | Pennsylvania American Water<br>P O Box 371412<br>Pittsburgh, PA 15250-7412 |
| SC&H Group, Inc.<br>c/o Robert Patrick<br>910 Ridgebrook Road<br>Sparks, MD 21152-9390 | Stafford County<br>Laura M Rudy, Treasurer, PO Box 68<br>Stafford, VA 22555-0068 | Stafford County Attorney's Office<br>1300 Courthouse Road<br>P.O. Box 339<br>Stafford, VA 22555-0339 |
| Town Of Vienna Water and Sewer Bill<br>127 Center St<br>Vienna, VA 22180-5719 | Trinity Universal Insurance Company<br>c/o Man Global Private Mkts. (USA) Inc.<br>Attn: Legal<br>1345 Avenue of the Americas, 21st Floor<br>New York, NY 10105-0199 | Troy Mason<br>3002 Williamsburg Rd<br>Richmond , VA 23231-2128 |
| Turkey Hill<br>1635 Church Rd<br>Hershey , PA 17033-1812 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Rd, Suite 900<br>Atlanta, GA 30326-1382 | U.S. Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314-3489 |
| (p)UGI UTILITIES INC<br>ATTN CREDIT & COLLECTIONS<br>P O BOX 13009<br>READING PA 19612-3009 | Verizon Fios<br>1430 Walnut St<br>Philadelphia, PA 19102-4021 | Vienna Oaks Office Center Condominium<br>c/o Erik W. Fox, Rees Broome<br>1900 Gallows Road, Sutie 700<br>Tysons Corner, VA 22182-3886 |
| Virginia Partners Bank<br>LINKBANK<br>1250 Camphill Bypass, Suite 202<br>Camp Hill, PA 17011-3718 | Washington Gas<br>6801 Industrial Rd<br>Springfield, VA 22151-4205 | Waste Management<br>P O Box 13577<br>Philadelphia, PA 19101-3577 |
| West Hanover Tap Water and Sewer<br>7091 Jonestown Rd<br>Harrisburg, PA 17112 | West Hanover Township Water & Sewer Authorit<br>Steven P. Miner, Esquire<br>3631 N. Front Street<br>Harrisburg, PA 17110-1533 | Wilmington Savings Fund Society, FSB<br>FCI Lender Services, Inc.<br>P.O. Box 27370<br>Anaheim Hills, CA 92809-0112 |
| Amit Jain<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 | Christopher A. Jones<br>Whiteford Taylor & Preston, LLP<br>3190 Fairview Park Dr.<br>Suite 800<br>Falls Church, VA 22042-4558 | Gerard R. Vetter<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| H. Jason Gold<br>H. Jason Gold, Trustee<br>P.O. Box 57359<br>Washington, DC 20037-0359 | Jeffery T. Martin Jr.<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Ste 750<br>Vienna, VA 22182-2702 | John E Reid<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Suite 750<br>Vienna, VA 22182-2702 |

```
Joshua David Stiff                      Nancy Greene                            (p)REALMARKETS
Whiteford Taylor Preston LLP            N D Greene PC                           20333 MEDALIST DRIVE
249 Central Park Avenue                 3977 Chain Bridge Rd                    ASHBURN VA 20147-4184
Suite 300                               Suite 1
Virginia Beach, VA 23462-3271           Fairfax, VA 22030-3308


Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
6629 Old Dominion Dr
McLean, VA 22101-4516
```

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Atlantic Union Bank                     Dominion Energy                         UGI Utilities Inc
PO Box 176                              P O Box 26543                           400 Stewart Rd
Blacksburg, VA 24063                    Richmond, VA 23290                      Hanover, PA 18706



(d)UGI Utilities, Inc.                  Stephen Karbelk
PO Box 13009                            Team Leader, RealMarkets
Reading, PA 19612                       Century 21 New Millennium
                                        20405 Exchange St, Suite 221
                                        Ashburn, VA 20147
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Lincoln Automotive Financial Services    (u)MainStreet Bank                  (u)Primis Bank




(u)Bala Jain LLC                        (d)Bala Jain LLC                        (d)Bala Jain LLC
                                        6007 Marilyn Drive                      6007 Marilyn Drive
                                        Alexandria, VA 22310-1516               Alexandria, VA 22310-1516



(d)Bala Jain LLC                        (u)Isidoro Pulido Luna                  (u)Gus Goldsmith
Christopher L. Rogan, Esq.              202 N Port St
50 Catoctin Circle, NE Suite 300
Leesburg, VA 20176-3101


(u)Maurice VerStandig                   End of Label Matrix
                                        Mailable recipients    93
                                        Bypassed recipients    10
                                        Total                 103
```