```
Label Matrix for local noticing          Aero Mortgage Loan Trust 2019-1            Atlantic Union Bank
0422-1                                    8100 Three Chopt Rd.                       1051 E. Cary Street
Case 23-10566-KHK                         Suite 240                                  Suite 1200
Eastern District of Virginia              Richmond, VA 23229-4833                    Richmond, VA 23219-4044
Alexandria
Thu Jun  6 09:47:08 EDT 2024

Bala Jain LLC                             Bank of Clarke County                      Eagle Properties and Investments LLC
6007 Marilyn Dr.                          c/o Hannah W. Hutman, Esq.                 445 Windover Ave North West
Alexandria, VA 22310-1516                 Hoover Penrod, PLC                         Vienna, VA 22180-4232
                                          342 S. Main Street
                                          Harrisonburg, VA 22801-3628

Fulton Bank, N.A.                         GITSIT Solutions, LLC                      Gitsit Solutions, LLC
c/o David S. Musgrave, Esquire            c/o Andrew S. Goldstein                    c/o Prober & Raphael, A Law Corporation
Gordon Feinblatt LLC                      PO Box 404                                 20750 Ventura Boulevard, Suite 100
1001 Fleet Street, Suite 700              Roanoke, VA 24003-0404                     Woodland Hills, CA 91364-6207
Baltimore, MD 21202-4363

N D Greene PC                             Orrstown Bank                              SC&H Group
N D Greene PC                             c/o Stephen Nichols, Esq.                  c/o Miles & Stockbridge P.C.
3977 Chain Bridge Rd                      Offit Kurman PA                            1201 Pennsylvania Ave., NW
Suite 1                                   7501 Wisconsin Ave. Suite 1000W            Ste. 900
Faifax, VA 22030-3308                     Bethesda, MD 20814-6604                    Washington, DC 20004-2464

Shore United Bank                         Trinity Universal Insurance Company        Vienna Oaks Office Center Condominium
200 West Gate Circle                      c/o Man Global Private Mkts. (USA), Inc.   c/o Rees Broome, PC
Suite 200                                 1345 Avenue of the Americas 21st Floor     Suite 700
Annapolis, MD 21401-3377                  New York, NY 10105-0199                    Tysons Corner, VA 22182

Virginia Partners Bank                    United States Bankruptcy Court             3977 Chain Bridge Rd, Suite 1
410 William St.                           200 South Washington Street                Faifax, VA 22030-3308
Fredericksburg, VA 22401-5834             Alexandria, VA 22314-5405

ADT                                       American Express National Bank             Asset Based Lending
P O Box 371878                            c/o Becket and Lee LLP                     PO BOX 27370
Pittsburgh, PA 15250-7878                 PO Box 3001                                Anaheim, CA 92809-0112
                                          Malvern  PA 19355-0701

Atlantic Union Bank                       (p)ATLANTIC UNION BANK                     Bala Jain
8221 Old Courthouse Rd Ste 100,           P O BOX 176                                Christopher L. Rogan, Esq.
Tysons, VA 22182-3839                     BLACKSBURG VA 24063-0176                   50 Catoctin Circle, NE, Suite 300
                                                                                     Leesburg, VA 20176-3101

Bala Jain LLC                             Bank Of Clarke                             Bank Of Clarke County
6007 Marilyn Drive                        110 Crock Wells Mill Drive                 2 East Main Street
Alexandria, VA 2231- 22310-1516           Winchester, VA 22603-3943                  Berryville, VA 22611-1338

Bank of Clarke                            Betsy Dalton                               COUNTY OF HENRICO, VIRGINIA
c/o Hannah W. Hutman, Esq.                1003 Lynn St SW                            SARA L. MAYNARD, ASST. COUNTY ATTORNEY
Hoover Penrod, PLC                        Vienna, VA 22180-6428                      P. O. BOX 90775
342 S. Main Street                                                                   HENRICO, VIRGINIA 23273-0775
Harrisonburg, VA 22801-3628
```

| | | |
|---|---|---|
| Candice Goodman<br>15474 Roxbury Rd<br>Glenwood, MD 21738-9306 | Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | City of Richmond<br>Division of Collections PO Box 26505<br>Richmond, VA 23261-6505 |
| City of Richmond  City Hall<br>Room 109 Delinquent Taxes<br>900 East Broad Street<br>Richmond VA 23219-1907 | Community Bank Of Chesapeake<br>202 Centennial St,<br>La Plata, MD 20646 | Community Bank of the Chesapeake<br>Atten: Jared Krahler<br>3035 Leonardtown Road<br>Waldorf, MD 20601-3112 |
| County of Fairfax<br>Department of Tax Administration, Revenu<br>Suite 223<br>Fairfax, VA 22035 | County of Henrico<br>Department of Finance, PO Box 90775<br>Henrico, VA 23273-0775 | DTMA<br>670 Clearwater RD<br>Hershey, PA 17033-2453 |
| Dauphin County Office of Tax Claim Bureau<br>Dauphin County Administration Building,<br>PO Box No 1295<br>Harrisburg, PA 17108 | Dauphin County Tax Claim Bureau<br>P. O. Box 1295<br>Harrisburg, PA 17108-1295 | Department of Finance Howard county<br>Property Tax Division, 3430, Court House<br>Ellicott City, MD 21043-4300 |
| Devon England<br>213 N Port St<br>Baltimore , MD 21224-1027 | (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 | Fulton Bank<br>625 Elden St,<br>Herndon, VA 20170-4739 |
| Fulton Bank, N.A.<br>c/o David S. Musgrave, Esquire<br>Gordon Feinblatt LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, Maryland 21202-4363 | Gitsit Solutions, LLC<br>333 South Anita Drive, Suite 400<br>Orange, CA 92868-3314 | Gus Goldsmith<br>18205 Biscayne Blvd, Suite 2226<br>Aventura, FL 33160-2149 |
| Gus Goldsmith<br>Justin P. Fasano<br>6411 Ivy Lane, Suite 200<br>Greenbelt, MD 20770-1405 | Howard County Maryland<br>Gary Kuc, Esq/Kristen Bowen Perry, Esq.<br>3450 Court House Drive<br>Ellicott City, MD 21043-4330 | Internal Revenue Service<br>Special Procedures Support Staff<br>P. O. Box 10025<br>Richmond, VA 23240 |
| Joshua Fowlers<br>580 W Areba Ave<br>Hershey , PA 17033-1605 | LINKBANK<br>1250 Camphill Bypass, Suite 202<br>Camp Hill, PA 17011-3718 | Lincoin Financing<br>9030 Stony Point Pkwy<br>Richmond, VA 23235-1957 |
| Lincoln Automotive Financial Services<br>P.O. Box 62180<br>Colorado Springs, CO 80962-2180 | Lincoln Automotive Financial Services<br>PO Box 2400, Edmonton, Alberta, T5J 5C7, | Main Street Bank<br>10089 Fairfax Blvd.<br>Fairfax, VA 22030-1742 |
| MainStreet Bank<br>c/o Eric S. Schuster, Esq.<br>100 Light Street, Suite 1400<br>Baltimore, Maryland 21202-1188 | Mayor and City Council Baltimore<br>Bureau of Revenue Collections<br>200 Holliday Street Room #1<br>Bankruptcy<br>Baltimore, MD 21202-6295 | Monika Jain<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 |

| | | |
|---|---|---|
| Monika Jain<br>445 Windover Drive<br>Vienna<br>VA 22180-4232 | N. D. Greene PC<br>3977 Chain Bridge Rd, Suite 1<br>Fairfax, VA 22030-3308 | NP Master Trust I (Cayman) LLC<br>c/o Andrea C. Davison<br>2311 Wilson Blvd Suite 500<br>Arlington VA 22201-5422 |
| Orrstown Bank<br>Offit/Kuman PA<br>7501 Wisconsin Ave #1000W<br>Bethesda, MD 20814-6604 | PPL Electric Utilities<br>827 Hausman Rd<br>Allentown, PA 18104-9392 | Pennsylvania American Water<br>P O Box 371412<br>Pittsburgh, PA 15250-7412 |
| SC&H Group, Inc.<br>c/o Robert Patrick<br>910 Ridgebrook Road<br>Sparks, MD 21152-9390 | Stafford County<br>Laura M Rudy, Treasurer, PO Box 68<br>Stafford, VA 22555-0068 | Stafford County Attorney's Office<br>1300 Courthouse Road<br>P.O. Box 339<br>Stafford, VA 22555-0339 |
| Town Of Vienna Water and Sewer Bill<br>127 Center St<br>Vienna, VA 22180-5719 | Trinity Universal Insurance Company<br>c/o Man Global Private Mkts. (USA) Inc.<br>Attn: Legal<br>1345 Avenue of the Americas, 21st Floor<br>New York, NY 10105-0199 | Troy Mason<br>3002 Williamsburg Rd<br>Richmond , VA 23231-2128 |
| Turkey Hill<br>1635 Church Rd<br>Hershey , PA 17033-1812 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Rd, Suite 900<br>Atlanta, GA 30326-1382 | U.S. Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314-3489 |
| (p)UGI UTILITIES INC<br>ATTN CREDIT & COLLECTIONS<br>P O BOX 13009<br>READING PA 19612-3009 | Verizon Fios<br>1430 Walnut St<br>Philadelphia, PA 19102-4021 | Vienna Oaks Office Center Condominium<br>c/o Erik W. Fox, Rees Broome<br>1900 Gallows Road, Sutie 700<br>Tysons Corner, VA 22182-3886 |
| Virginia Partners Bank<br>LINKBANK<br>1250 Camphill Bypass, Suite 202<br>Camp Hill, PA 17011-3718 | Washington Gas<br>6801 Industrial Rd<br>Springfield, VA 22151-4205 | Waste Management<br>P O Box 13577<br>Philadelphia, PA 19101-3577 |
| West Hanover Tap Water and Sewer<br>7091 Jonestown Rd<br>Harrisburg, PA 17112 | West Hanover Township Water & Sewer Authorit<br>Steven P. Miner, Esquire<br>3631 N. Front Street<br>Harrisburg, PA 17110-1533 | Wilmington Savings Fund Society, FSB<br>FCI Lender Services, Inc.<br>P.O. Box 27370<br>Anaheim Hills, CA 92809-0112 |
| Amit Jain<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 | Christopher A. Jones<br>Whiteford Taylor & Preston, LLP<br>3190 Fairview Park Dr.<br>Suite 800<br>Falls Church, VA 22042-4558 | Gerard R. Vetter<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| H. Jason Gold<br>H. Jason Gold, Trustee<br>P.O. Box 57359<br>Washington, DC 20037-0359 | Jeffery T. Martin Jr.<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Ste 750<br>Vienna, VA 22182-2702 | John E Reid<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Suite 750<br>Vienna, VA 22182-2702 |

| | | |
|---|---|---|
| Joshua David Stiff<br>Whiteford Taylor Preston LLP<br>249 Central Park Avenue<br>Suite 300<br>Virginia Beach, VA 23462-3271 | Nancy Greene<br>N D Greene PC<br>3977 Chain Bridge Rd<br>Suite 1<br>Fairfax, VA 22030-3308 | (p)REALMARKETS<br>20333 MEDALIST DRIVE<br>ASHBURN VA 20147-4184 |
| Stephen Karbelk<br>Team Leader, RealMarkets<br>Century 21 New Millennium<br>6629 Old Dominion Dr<br>McLean, VA 22101-4516 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlantic Union Bank<br>PO Box 176<br>Blacksburg, VA 24063 | Dominion Energy<br>P O Box 26543<br>Richmond, VA 23290 | UGI Utilities Inc<br>400 Stewart Rd<br>Hanover, PA 18706 |
| (d)UGI Utilities, Inc.<br>PO Box 13009<br>Reading, PA 19612 | Stephen Karbelk<br>Team Leader, RealMarkets<br>Century 21 New Millennium<br>20405 Exchange St, Suite 221<br>Ashburn, VA 20147 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Lincoln Automotive Financial Services | (u)MainStreet Bank | (u)Primis Bank |
| (u)Bala Jain LLC | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 |
| (d)Bala Jain LLC<br>Christopher L. Rogan, Esq.<br>50 Catoctin Circle, NE Suite 300<br>Leesburg, VA 20176-3101 | (u)Isidoro Pulido Luna<br>202 N Port St | (u)Gus Goldsmith |
| (u)Maurice VerStandig | End of Label Matrix<br>Mailable recipients    93<br>Bypassed recipients   10<br>Total                 103 | |