IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| EAGLE PROPERTIES AND ) | Bankruptcy Case |
| INVESTMENTS, LLC, ) | No. 23-10566-KHK |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

**ORDER APPROVING SALE OF 1635 CHURCH ROAD, HERSHEY, PA FREE AND CLEAR OF LIS PENDENS PURSUANT TO 11 U.S.C. §§ 363(f)**

UPON CONSIDERATION of the motion (Docket No. 460) ("Motion") of H. Jason Gold, chapter 7 trustee ("Trustee"), to approve the sale of the property commonly known as 1635 Church Road, Hershey, Pennsylvania ("Property"); and it appearing that proper and adequate notice of the Motion has been given and that no further notice is necessary; and it appearing that the sale of the Property as set forth in the Motion is in the best interest of the estate and its creditors, and it further appearing that based upon the endorsements of counsel set forth below that Bala Jain; LLC has consented to the sale of the Property as set forth herein, free and clear of all liens claims and interests, accordingly:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Trustee is authorized to sell the Property[1] to ANNN Investment or its designee

---

[1] Having the following legal description:

All that certain tract of land situate along the east side of Church Road (T-588) in Derry Township, Dauphin County, Pennsylvania as shown on 1635 Church Road on the Preliminary/Final Plat of the Carol S. Meily Subdivision – 1635

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*

(the "Purchaser") for $325,000.00 consistent with the sales contract attached to the Motion as Exhibit A.

3. At closing, the Trustee shall receive, for the benefit of the estate the sum of $9,750.00 representing his commission under Section 326 of the Bankruptcy Code plus the remaining net proceeds of sale after payment of all closing costs and secured claims up to $16,250.00 as additional consideration for the bankruptcy estate free and clear of all liens, claims and interests. All remaining net proceeds of sale, if any, shall be held by the Trustee pending resolution of the claims of Bala Jain, LLC and further order of this Court.

4. The Trustee is authorized to pay a three percent (3%) commission to Protus Realty at closing for services rendered in representing the Trustee in connection with the sale.

5. The Trustee is authorized to pay a two-and-a-half percent (2.5%) commission to Prime Realty Services at closing for services rendered in representing the Purchaser in connection with the sale.

6. The Trustee is authorized to pay the secured claim of the Bank of Clark County in full at closing.

7. The Trustee is authorized to pay all real estate taxes and customary costs at closing.

---

& 1645 Church Road and recorded as Instrument #20180003914 in the Dauphin County Recorder Office, said Tract of Land being more particularly bounded and described as follows, to wit:

Beginning at a concrete monument at the Northwest Corner of 1645 Church Road, said point also being on the eastern dedicated Right-of-Way line of Church Road; Thence, along said Right-of-Way line, with a curve turning in the right with an arc length of 100.11 feet, with a radius of 1495.00 feet, with a chord bearing of North 08 Degrees 28 Minutes 37 Seconds East, which a chord distance of 100.10 feet to an iron pipe on the southern property line of the lands of Daniel H. Juhala; Thence along a portion of said lands, South 84 Degrees 01 Minute 27 Seconds East a distance of 122.92 feet to an iron pipe on the western property line of the lands of Steven G. Weikel; Thence along a portion of said lands and a portion of the lands of David L. Hyatt, South 05 Degrees 58 Minutes 33 Seconds West a distance of 100.00 feet to a concrete monument at the northeast corner of 1645 Church Road; Thence along said lands, North 84 Degrees 01 Minute 27 Seconds West a distance of 127.29 feet to a concrete monument, which is the point of beginning.

Parcel Identification No. 24-063-089
UPI: 24-03-089-000-0000

8. The Trustee is authorized to reimburse Auction Markets, LLC at closing in an amount not to exceed $1,000.00 for any utility and property preservation expenses as needed.

9. The Trustee is authorized to request and receive all information concerning the liens and debt held by any secured creditor necessary to close on the sale including but not limited to the loan payoff balance, proof of lien perfection, hazard insurance coverage, escrow account balance and other information. Secured creditors are authorized and directed to promptly provide said information to the Trustee upon request of the Trustee, subject to the right of any secured creditor to oppose the request.

10. This Order may be recorded in the land records wherein the subject Property is located.

11. The sale shall be free and clear of that certain Praecipe to Index Action as Lis Pendens filed by Bala Jain, LLC in the Land Records of Dauphin County, Pennsylvania as Instrument Number 20220024601.

12. Following closing, the net proceeds of sale and any cash collateral associated with the Property shall become property of the estate, free and clear of all liens claims and interests.

13. This Court retains jurisdiction with respect to any disputes regarding the Property following the sale.

14. This Order shall be effective immediately and shall not be subject to the stay provided in Federal Rule of Bankruptcy Procedure 6004(h) or any other applicable stay.

Dated: Jun 14 2024

/s/ Klinette H Kindred
United States Bankruptcy Judge

Entered On Docket: Jun 17 2024

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax: (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:    /s/ Dylan G. Trache
       Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*


SEEN AND AGREED:

HOOVER PENROD PLC
342 South Main Street
Harrisonburg, Virginia 22801
540/433-2444
540/433-3916 (Facsimile)
hhutman@hooverpenrod.com


By:    /s/Hannah W. Hutman (by DGT with authority)
       Hannah W. Hutman, (VSB No. 79635)

*Counsel to Bank of Clarke*

SEEN:

ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176
Phone No. (703) 777-8850
Fax No: (703) 777-8854
E-mail: crogan@RMZLawFirm.com


BY:    /s/Christopher L. Rogan (by DGT with authority)
       Christopher L. Rogan (Bar No. 30344)

*Attorneys for Bala Jain, LLC*

## CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I HEREBY CERTIFY that this Order has been endorsed by all necessary parties.

/s/ Dylan G. Trache
Dylan G. Trache

## LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael Freeman
OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
Century 21 Commercial New Millennium
6629 Old Dominion Drive
McLean, VA 22101

Christopher Rogan
ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176

Hannah W. Hutman
HOOVER PENROD PLC
342 South Main Street
Harrisonburg, Virginia 22801

4864-6264-7237