IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re: )
)
EAGLE PROPERTIES AND ) CASE NO. 23-10566-KHK
INVESTMENTS, LLC )
) CHAPTER 7
)
Debtor. )

**SUPPLEMENTAL DECLARATION OF REAL ESTATE AGENT and ASSET MANAGER**

I, Stephen Karbelk, declare as follows:

1. I am the real estate agent and asset manager retained by the Trustee with Court approval.

2. In June 2023, I ran as a candidate for the position of Chair of the Loudoun County Board of Supervisors. While running for the position, my campaign, Friends of Stephen Karbelk (the "Campaign"), a separate corporate entity created for the purpose of financing my election efforts, received a $500 contribution from Mr. Gold. I subsequently withdrew from the election. I did not personally receive any of the funds donated to the Campaign.

I declare under penalty of perjury that the foregoing is true and correct.

Stephen Karbelk

Date: 6/6/24

1