# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| In re:<br><br>IN RE:<br><br>EAGLE PROPERTIES AND INVESTMENTS LLC and AMIT JAIN DEBTOR DESIGNEE,<br>    Debtor. | Case No. 23-10566-KHK<br>(Chapter 7) |
| GITSIT SOLUTIONS, LLC, its assignees and/or successors in interest,<br>    Movant,<br><br>v.<br><br>EAGLE PROPERTIES AND INVESTMENTS LLC and AMIT JAIN DEBTOR DESIGNEE; H. JASON GOLD, Trustee,<br>    Respondents. | |

## **AGREED ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

This matter was before the court on the motion of GITSIT Solutions, LLC, its assignees and/or successors in interest, for relief from the automatic stay of 11 U.S.C. § 362(a) with respect to the real property located at **7213 Linglestown Road, Harrisburg, PA 17112** and more particularly described as follows:

Andrew S. Goldstein, Esq. (VSB #28421)
Magee Goldstein Lasky & Sayers, P.C.
PO Box 404
Roanoke, VA 24003-0404
Telephone:  (540) 343-9800
Facsimile:  (540) 343-9898
Electronic Mail: agoldstein@mglspc.com
Counsel for Movant

ALL THAT CERTAIN TRACT OF UNIMPROVED REAL ESTATE SITUATE IN WEST HANOVER TOWNSHIP, DAUPHIN COUNTY, PENNSYLVANIA, BOUNDED AND DESCRIBED AS FOLLOWS, TO WIT:

BEGINNING AT A RAILROAD SPIKE IN THE CENTER LINE OF PENNSYLVANIA ROUTE NO. 39 (HAVING AN ORDAINED WIDTH OF 33 FEET) AT EASTERN PROPERTY LINE NOW OR FORMERLY OF HALLEY CHUBB; THENCE ALONG SAID CENTER LINE, NORTH 88 DEGREES 00 MINUTES EAST 150 FEET TO A RAILROAD SPIKE IN SAID CENTER LINE AT WESTERN PROPERTY LINE NOW OR LATE OF WALTER J. BASEHORE, ET UX: THENCE ALONG SAID BASEHORE PROPERTY LINE, SOUTH 09 DEGREES 36 MINUTES 43 SECONDS WEST 663.55 FEET TO AN IRON PIPE ON THE NORTHERN PROPERTY LINE OF A. E. WATSON; THENCE ALONG SAID WATSON PROPERTY LINE, NORTH 73 DEGREES 01 MINUTE 00 SECONDS WEST, 150 FEET TO AN EXISTING ANGLE IRON IN EASTERN PROPERTY LINE NOW OR LATE OF HALLEY CHUBB; THENCE ALONG CHUBB PROPERTY NORTH 9 DEGREES 47 MINUTES 01 SECONDS EAST 614.12 FEET TO RAILROAD SPIKE, THE PLACE OF BEGINNING.

CONTAINING 2.168 ACRES, MORE OR LESS.

ALL ACCORDING TO SURVEY OF WILLIAM E. SEES, JR., REGISTERED ENGINEER, NO. 8846, DATED 6/19/67, DRAWING NO. S-3563.

Parcel Identification Number: 68-016-050-000-0000
UPI: 68-016-050-000-0000

Upon consideration of which, it is

**ORDERED:**

1. That the Automatic Stay in the above-entitled Bankruptcy proceeding be, and is hereby immediately vacated and extinguished for all purposes as to GITSIT Solutions, LLC, its assignees and/or successors in interest ("Movant" herein), and Movant, its assignees and/or successors in interest may proceed with any actions necessary to take possession of the subject real property located at **7213 Linglestown Road, Harrisburg, PA 17112**, pursuant to applicable statutory law and to dispose of same in a commercially reasonable manner.

2. In addition to foreclosure, this Relief Order permits activity necessary to obtain

    possession of said collateral. Relief is also granted to permit loss mitigation and/or negotiations with regards to the subject debt/collateral.

3.    In the event the instant bankruptcy proceeding is dismissed or discharged, this Agreed Relief Order shall be terminated and have no further force or effect.

Dated: Jun 23 2024             /s/ Klinette H Kindred
                                             Hon. Klinette H. Kindred
                                     United States Bankruptcy Judge

I ASK FOR THIS:             Entered On Docket: Jun 24 2024

GITSIT Solutions, LLC, it assignees and/or successors in interest

By /s/ Andrew S. Goldstein
Andrew S. Goldstein, Esq. (VSB #28421)
Magee Goldstein Lasky & Sayers, P.C.
PO Box 404
Roanoke, VA 24003-0404
Telephone: (540) 343-9800
Facsimile: (540) 343-9898
Electronic Mail: agoldstein@mglspc.com
Counsel for Movant

SEEN AND AGREED:

Eagle Properties and Investments LLC

By: /s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., Esq.
Martin Law Group, P.C.
8065 Leesburg Pike, Ste. 750
Vienna, VA 22182
Debtor's Counsel

By: /s/ Dylan G. Trache
Dylan G. Trache, Esq.
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, N.W., Suite 900
Washington, DC 20001
Attorney for Chapter 7 Trustee

Parties to receive copies:

Andrew S. Goldstein (#28421)
Magee Goldstein Lasky & Sayers, PC
PO Box 404
Roanoke, VA 24003
*Attorney for Movant*

Eagle Properties and Investments LLC
Amit Jain Debtor Designee
445 Windover Ave North West
Vienna, VA 22180
*Debtors*

Jeff Martin
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
*Attorney for Debtors*

Dylan G. Trache
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, N.W., Suite 900
Washington, DC 20001
*Attorney for Chapter 7 Trustee*

H. Jason Gold
H. Jason Gold, Trustee
P.O. Box 57359
Washington, DC 20037
*Chapter 7 Trustee*

## CERTIFICATION

The undersigned certifies that the foregoing Order is identical to the form order required by Administrative Order 10-2 and that no modifications, additions, or deletions have been made.

By: /s/ Andrew S. Goldstein

**Local Rule 9022-1(C) Certification**

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

By: /s/ Andrew S. Goldstein

4