IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EAGLE PROPERTIES AND | ) | |
| INVESTMENTS LLC | ) | CASE NO. 23-10566-KHK |
| | ) | CHAPTER 7 |
| Debtor | ) | |

**TRUSTEE'S OPERATING REPORT FOR PERIOD MAY 1, 2024 TO MAY 31, 2024**

H. Jason Gold, Trustee, pursuant to the Court's Order entered April 25, 2024 (ECF 424) submits this Monthly Operating Report for the period commencing May 1, 2024 and ending May 31, 2024. Attached to this report are (1) a detailed report of the disposition of the case and the various rental properties;  (2) a detailed statement of rent receipts and management fees and expenses for each property from RealMarkets; and (3) other receipts and expenses incurred by the trustee.

Respectfully submitted,

H. JASON GOLD, TRUSTEE

By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax:  (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:      /s/ Dylan G. Trache
         Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

4854-2288-5579 v.1



**Executive Summary**
**Asset Management**
**Eagle Properties and Investments, LLC**
**May 2024**

In May 2024, our strategy focused on the continued stabilization of our portfolio. We concentrated on gathering comprehensive information, taking control of utility accounts, and identifying a vendor for grass cutting. Additionally, we worked closely with the Trustee to ensure our reporting was accurate and prioritized high-priority properties.

**Transition Management from Chapter 11 to Chapter 7**
We have successfully taken over nearly all the necessary vendor accounts, with a few remaining accounts pending transition for ease of payment and management. Some lower-priority accounts were not immediately transitioned as services continued to be provided and payments could still be made. We expect to complete the full transition by June 2024.

**Insurance Update**
Insurance remains a challenging issue. While we have coverage on all properties, several received cancellation notices. We promptly addressed concerns raised by lenders and insurance companies regarding property conditions, resolving these to their satisfaction. We also encountered issues with new policies receiving cancellation notices for non-payment due to the insurance agent's oversight in setting up the authorized ACH autopay, which has since been resolved.

**Invoices**
Efforts are ongoing to redirect tenant rent payments from the Debtor entity to the Trustee. Given the complexity of the bankruptcy process, several tenants required additional documentation to validate the change in payment direction. We anticipate that by June or July, tenants will begin directing their rent to the Trustee. The Debtor representative has been cooperative in turning over any received rent to the Trustee.

**Tenant Issues**
- 6961 Sterling Road, Harrisburg, PA: Resolved HVAC issue.
- 580 W. Areba Ave, Hershey, PA: Addressed tenant concern about rent payment management.

**Short-Term Rental Inspection**
Before Chapter 7 proceedings, the Debtor engaged in short-term rentals. West Hanover Township initiated legal action to halt this activity. The Trustee and his counsel negotiated an agreement to resolve the litigation, requiring contract buyers to acknowledge in writing the prohibition on short-term rentals and mandate property inspections for unpermitted work. The inspection report is expected in June 2024. Impacted properties include:
- 249 Berkstone Drive, Harrisburg, PA
- 204 S. Fairville Ave, Harrisburg, PA
- 6958 New Oxford Road, Harrisburg, PA
- 6961 Sterling Road, Harrisburg, PA

**Closings and Termination of Services**
- **Sold and Services Terminated**:
  - 1630 E. Chocolate Ave, Hershey, PA
  - 445 Windover Ave NW, Vienna, VA

**Advanced Funding**

The Trustee reimbursed RealMarkets for the following out-of-pocket expenses:

- $390.00 – March 2024
- $3,733.15 – April 2024
- $3,919.58 – May 2024

We will continue to work closely with the Trustee and his counsel for the required approvals and decisions.

**Sincerely,**


**Stephen Karbelk**
Team Leader RealMarkets, a CENTURY 21 New Millennium team
Court Appointed Asset Manager, Eagle Properties and Investments LLC



### Income and Expense Analysis – May 2024
### Eagle Properties and Investments, LLC

This report is provided for properties that are occupied and rent was received prior to May 31, 2024.  As noted on the Rent Roll, the following properties are tenant occupied but no rent was received:

- 2567 Chain Bridge Road, Vienna, VA – Hearing to approve sale scheduled for July 2, 2024

- 15474 Roxbury Road, Glenwood, MD – Collection efforts attempted, no response, tenant has a history of non-payment, recommend engaging eviction counsel.

- 202 N. Port Street, Baltimore, MD – Collection efforts attempted, no response, tenant has a history of non-payment

- 213 N. Port Street, Baltimore, MD – Based on conversation with tenant, expect to start receiving rent in June 2024

- 1635 Church Road, Hershey, PA – Based on conversation with tenant, expect to receive the May and June rent in June 2024, property under contract, expect a late June or early July 2024 closing.

- 6961 Sterling Road, Harrisburg, PA – Received the May 2024 rent in June, will include in June status report

**580 W. Areba Ave, Hershey, PA**
**Lender: Fulton Bank, N.A.**

| Income | May 2024 | Payee | Notes |
|---|---|---|---|
| Rent | $2,500 | Tenant | |
| | | | |
| Expenses | | | |
| Insurance | $0.00 | State Farm | Paid for April and May with April payment |
| Electric | Tenant Responsibility | | |
| Water/Sewer | Tenant Responsibility | | |
| Landscaping | Tenant Responsibility | | |
| Maintenance | $0.00 | | |
| Other | $0.00 | | |
| Net Proceeds | $2,500.00 | | |

Surplus Funds:  $2,500.00.  Note: Property under contract, sale hearing on 7/2/24.  If approved, we anticipate a late July 2024 closing

**1343 Church Road, Hershey, PA**
**Lender: Fulton Bank, N.A.**

| Income | May 2024 | Payee | Notes |
|---|---|---|---|
| Rent | $2,000 | Tenant | |
| | | | |
| Expenses | | | |
| Insurance | $0.00 | State Farm | Paid for April and May with April payment |
| Electric | Tenant Responsibility | | |
| Water/Sewer | Tenant Responsibility | | |
| Landscaping | $150.00 | | Mowed 5/4 and 5/18 |
| Maintenance | $0.00 | | |
| Other | $0.00 | | |
| Net Proceeds | $1,850.00 | | |

Surplus Funds: $1,850.00.  Note: Property is under contract, expect an early July 2024 closing.

**1001 Manning Drive, Fredericksburg, VA**
**Lender: Fulton Bank, NA**

| Income | May 2024 | Payee | Notes |
|---|---|---|---|
| Rent | $1,100 | Tenant | |
| | | | |
| Expenses | | | |
| Insurance | $0.00 | State Farm | ACH stopped by State Farm when Lender added as Additional Insured, premium cured in June 2024 |
| Electric | Tenant Responsibility | | |
| Water/Sewer | Tenant Responsibility | | |
| Landscaping | Tenant Responsibility | | |
| Maintenance | $0.00 | | |
| Other | $0.00 | | |
| Net Proceeds | | | |

Surplus Funds: $1,100.00

**3012 Dupont Ave, Baltimore, MD**
**Lender: Bala Jain, LLC (purchased Main Street Bank mortgage)**

| Income | May 2024 | Payee | Notes |
|---|---|---|---|
| Rent | $1,300 | Tenant | |
| | | | |
| Expenses | | | |
| Insurance | $73.66 | State Farm | |
| Electric | Tenant Responsibility | | |
| Water/Sewer | Tenant Responsibility | | |
| Landscaping | Tenant Responsibility | | |
| Maintenance | $0.00 | | |
| Other | $0.00 | | |
| Net Proceeds | $1,226.34 | | |

Surplus Funds: $1,226.34



**Insurance Schedule - May 2024**
**Eagle Properties and Investments, LLC**

| Property | Insurance Carrier | Status |
|---|---|---|
| 580 W. Areba Ave, Hershey, PA | State Farm | Active – 609-3 |
| 1343 Church Road, Hershey, PA | State Farm | Active – 851-5 |
| 1635 Church Road, Hershey, PA | Mason Erwin Insurance | Active - 593-1 |
| 1001 Manning Drive, Falmouth, VA | State Farm | Active – 683-07 |
| 449 Lawyers Road, NW, Vienna, VA | State Farm | Active – 686-07 |
| 6961 Sterling Road, Harrisburg, PA | State Farm | Active – 837-5 |
| 2567 Chain Bridge Road, Vienna, VA | The Hartford | Active – 7CYL |
| 2565 Chain Bridge Road, Vienna, VA | The Hartford | Active – 7CYL |
| 15474 Roxbury Road, Glenwood, MD | State Farm | Active – 071-21 |
| 3012 Dupont, Baltimore, MD | State Farm | Active – 069-21 |
| 213 N. Port Street, Baltimore, MD | State Farm | Active – 073-21 |
| 1010 Lynn Street, Vienna, VA | State Farm | Active – 383-07 |
| 7180 Jonestown Road, Harrisburg, PA | State Farm (Cancellation pending 7/2/24) | Active – 828-6 |
| 7213 Linglestown Road, Harrisburg, PA | State Farm | Active – 831-2 |
| 1203 Cottage Street, Vienna, VA | State Farm | Active – 691-07 |
| 202 N. Port, Baltimore, MD | State Farm | Active – 073-21 |
| 6958 New Oxford Road, Harrisburg, PA | State Farm | Active – 903-5 |
| 249 Berkstone Drive, Harrisburg, PA | State Farm | Active – 013-8 |
| 204 S. Fairville Ave, Harrisburg, PA | State Farm | Active – 196-4 |
| 7616 Grove Ave, Harrisburg, PA | State Farm (Cancellation pending 7/4/24) | Active – 216-8 |
| 7939 Rider Lane, Hummellstown, PA | State Farm | Active – 610-5 |
| 1630 E. Chocolate Avenue, Hershey, PA | State Farm | Cancelled – Sold |

| | | |
|---|---|---|
| 445 Windover Ave, Vienna, VA | State Farm | Cancelled – Sold |
| 71 Lucy Ave, Hummellstown, PA | Mason Erwin Insurance | Cancelled - Sold |



**Rent Roll and Receipts – May 2024**
**Eagle Properties and Investments, LLC**

| Property | Scheduled Rent | May 2024 Rent Received | Comments |
|---|---|---|---|
| 580 W. Areba Ave, Hershey, PA | $2,500 | $2,500 | Under contract pending Court approval, sale hearing on July 2, 2024, tenant gave notice to move out by July 7, 2024, tenant will not be paying rent for June and tenant will be filing a POC for their security deposit. |
| 1343 Church Road, Hershey, PA | $2,000 | $2,000 | Under contract, Court approved sale on June 11, 2024, expect end of June 2024 closing |
| 1635 Church Road, Hershey, PA | $2,500 | $0.00 | Under contract, Court approved sale on June 11, 2024, expect end of June 2024 closing, expect to receive May and June rent in June 2024 |
| 1001 Manning Drive, Falmouth, VA | $1,100 | $1,100 | Property going on the market in June 2024. |
| 449 Lawyers Road, NW, Vienna, VA | $0.00 | $0.00 | Vacant as of April 30, 2024, property under contract, expect June 2024 closing |
| 3012 Dupont Ave, Baltimore, MD | $1,300 | $1,300 | Verbal Lease, per Debtor |
| 6961 Sterling Road, Harrisburg, PA | $3,900 | $0.00 | Received the May 2024 rent in June, will include in June status report |
| 2567 Chain Bridge Road, Vienna, VA | $5,400 | $0.00 | Under contract pending Court sale hearing on July 2, 2024, anticipate July 2024 closing |
| 15474 Roxbury Road, Glenwood, MD | $4,100 | $0.00 | Collection efforts attempted, no response, tenant has a history of non-payment, recommend engaging eviction counsel. |
| 202 N. Port Street, Baltimore, MD | $1,250 | $0.00 | Collection efforts attempted, no response, tenant has a history of non-payment, |
| 213 N. Port Street, Baltimore, MD | $1,450 | $0.00 | Based on conversation with tenant, expect to start receiving rent in June 2024 |
| Totals | **$25,500** | **$6,900** | |

Auction Markets, LLC
May 2024 Transaction Report
Eagle Properties and Investments LLC

| Inv Ref | Date | Name | Memo/Description | Rental Income Received | 1st DOT Cash Collateral Order | Account | Amount | Property Totals |
|---|---|---|---|---|---|---|---|---|
| 42 | 05/18/2024 | Edward Bradley | 1010 Lynn Street, SW, Fredericksburg, VA | No | No | Lawn Mowing | 75.00 | |
| 33 | 05/10/2024 | Washington Gas | 1010 Lynn Street, SW, Fredericksburg, VA | No | No | Utilities - Listings | 108.27 | |
| 40 | 05/15/2024 | Town of Vienna | 1010 Lynn Street, SW, Fredericksburg, VA | No | No | Utilities - Listings | 496.43 | |
| 41 | 05/15/2024 | Washington Gas | 1010 Lynn Street, SW, Fredericksburg, VA | No | No | Utilities - Listings | 50.90 | |
| 51 | 05/23/2024 | State Farm | 1010 Lynn Street, SW, Fredericksburg, VA | No | No | Property Insurance - Client Property | 47.75 | 778.35 |
| | | | | | | | | |
| 39 | 05/11/2024 | Town of Vienna | 1203 Cottage Street, SW, Vienna, VA | No | Yes - Fulton Bank | Utilities - Listings | 73.50 | |
| 42 | 05/18/2024 | Edward Bradley | 1203 Cottage Street, SW, Vienna, VA | No | Yes - Fulton Bank | Lawn Mowing | 75.00 | |
| 48 | 05/23/2024 | State Farm | 1203 Cottage Street, SW, Vienna, VA | No | Yes - Fulton Bank | Property Insurance - Client Property | 81.33 | 229.83 |
| | | | | | | | | |
| 35 | 05/10/2024 | DTMA | 1343 Church Road, Hershey, PA | Yes | Yes - Fulton Bank | Utilities - Listings | 69.76 | |
| 42 | 05/18/2024 | Edward Bradley | 1343 Church Road, Hershey, PA | Yes | Yes - Fulton Bank | Lawn Mowing | 75.00 | |
| 31 | 05/04/2024 | Edward Bradley | 1343 Church Road, Hershey, PA | Yes | Yes - Fulton Bank | Lawn Mowing - Paid Check #1086 - $600 | 75.00 | 219.76 |
| | | | | | | | | |
| 45 | 05/23/2024 | State Farm | 15474 Roxbury Road, Glenwood, MD | No | No | Property Insurance - Client Property | 87.75 | 87.75 |
| | | | | | | | | |
| 35 | 05/10/2024 | DTMA | 1630 E. Chocolate Ave, Hershey, PA | No | Yes - Fulton Bank | Utilities - Listings | 22.50 | 22.50 |
| | | | | | | | | |
| 35 | 05/10/2024 | DTMA | 1635 Church Road, Hershey, PA | Yes | No - Bank of Clarke | Utilities - Listings | 108.27 | 108.27 |
| | | | | | | | | |
| 44 | 05/23/2024 | State Farm | 202 N. Port Street, Baltimore MD | No | TBD - Bala Jain Only | Property Insurance - Client Property | 92.41 | 92.41 |
| | | | | | | | | |
| 31 | 05/04/2024 | Edward Bradley | 204 S. Fairville Ave, Harrisburg, PA | No | No | Lawn Mowing | 75.00 | |
| 34 | 05/10/2024 | Keystone Collections Group | 204 S. Fairville Ave, Harrisburg, PA | No | No | Utilities - Listings | 66.95 | |
| 42 | 05/18/2024 | Edward Bradley | 204 S. Fairville Ave, Harrisburg, PA | No | No | Lawn Mowing - Paid $750 - single check - #1091 | 75.00 | |
| 54 | 05/27/2024 | PPL Electric Utilities | 204 S. Fairville Ave, Harrisburg, PA | No | No | Utilities - Listings | 11.64 | 228.59 |
| | | | | | | | | |
| 49 | 05/23/2024 | State Farm | 213 N. Port Street, Baltimore, MD | No | Yes - Fulton Bank | Property Insurance - Client Property | 79.91 | 79.91 |
| | | | | | | | | |
| 42 | 05/18/2024 | Edward Bradley | 249 Berkstone Drive, Harrisburg, PA | No | No | Lawn Mowing | 75.00 | |
| 31 | 05/04/2024 | Edward Bradley | 249 Berkstone Drive, Harrisburg, PA | No | No | Lawn Mowing | 75.00 | 150.00 |
| | | | | | | | | |
| 43 | 05/18/2024 | County of Henrico VA-Utility | 3002 Williamsburg Road, Richmond, VA | No | No | Utilities - Listings - Sold During Chapter 11 - Final Bill | 35.83 | 35.83 |
| | | | | | | | | |
| 50 | 05/23/2024 | State Farm | 3012 Dupont Street, Baltimore, MD | Yes | TBD - Bala Jain Only | Property Insurance - Client Property | 73.66 | 73.66 |
| | | | | | | | | |
| 47 | 05/23/2024 | State Farm | 445 Windover Ave, NW, Vienna, VA | No | No | Property Insurance - Client Property | 84.25 | 84.25 |
| | | | | | | | | |
| 46 | 05/23/2024 | State Farm | 449 Lawyers Road, NW, Vienna, VA | Yes | Yes - Fulton Bank / No - Gus Goldsmith | Property Insurance - Client Property | 84.75 | 84.75 |
| | | | | | | | | |
| 36 | 05/11/2024 | The Hartford | 4565 & 4567 Chain Bridge Road, Vienna, VA | No | No | Property Insurance - Client Property | 263.93 | 263.93 |
| | | | | | | | | |
| 35 | 05/10/2024 | DTMA | 580 W. Areba Ave, Hersney, PA | Yes | Yes - Fulton Bank | Utilities - Listings | 108.27 | 108.27 |
| | | | | | | | | |
| 42 | 05/18/2024 | Edward Bradley | 6957 New Oxford Road, Harrisburg, PA | No | No | Lawn Mowing | 75.00 | |
| 31 | 05/04/2024 | Edward Bradley | 6957 New Oxford Road, Harrisburg, PA | No | No | Lawn Mowing | 75.00 | 150.00 |

Auction Markets, LLC
May 2024 Transaction Report
Eagle Properties and Investments LLC

| | | | | | No - ABL RPC Residential Acquisition LLC | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 38 | 05/11/2024 | Lower Paxton Township | 6961 Sterling Road, Harrisburg, VA | Yes | | Utilities - Listings | | 162.66 | **162.66** |
| | | | | | | | | | |
| 35 | 05/10/2024 | DTMA | 71 Lucy Ave, Hummelstown, PA | No | TBD - Bala Jain Only | Utilities - Listings | | 22.50 | |
| 53 | 05/27/2024 | PPL Electric Utilities | 71 Lucy Ave, Hummelstown, PA | No | TBD - Bala Jain Only | Utilities - Listings | | 12.39 | |
| 35 | 05/10/2024 | DTMA | 71 Lucy Ave, Hummelstown, PA | No | TBD - Bala Jain Only | Utilities - Listings - Service Fee for Online Payment | | 1.50 | **36.39** |
| 32 | 05/10/2024 | Keystone Collections Group | 7180 Jonestown Road, Harrisburg, PA | No | No | Utilities - Listings | | 152.75 | |
| 42 | 05/18/2024 | Edward Bradley | 7180 Jonestown Road, Harrisburg, PA | No | No | Lawn Mowing | | 75.00 | |
| 52 | 05/27/2024 | PPL Electric Utilities | 7180 Jonestown Road, Harrisburg, PA | No | No | Utilities - Listings | | 14.52 | |
| 31 | 05/04/2024 | Edward Bradley | 7180 Jonestown Road, Harrisburg, PA | No | No | Lawn Mowing | | 75.00 | **317.27** |
| | | | | | | | | | |
| 42 | 05/18/2024 | Edward Bradley | 7213 Linglestown Road, Harrisburg, PA | No | No | Lawn Mowing | | 75.00 | |
| 31 | 05/04/2024 | Edward Bradley | 7213 Linglestown Road, Harrisburg, PA | No | No | Lawn Mowing | | 75.00 | **150.00** |
| | | | | | | | | | |
| 42 | 05/18/2024 | Edward Bradley | 7616 Grove Ave, Harrisburg, PA | No | Yes - Fulton Bank | Lawn Mowing | | 75.00 | |
| 37 | 05/11/2024 | Keystone Collections Group | 7616 Grove Ave, Harrisburg, PA | No | Yes - Fulton Bank | Paid $177.70 invoice total - Utilities | | 66.95 | |
| 31 | 05/04/2024 | Edward Bradley | 7616 Grove Ave, Harrisburg, PA | No | Yes - Fulton Bank | Lawn Mowing | | 75.00 | **216.95** |
| | | | | | | | | | |
| 37 | 05/11/2024 | Keystone Collections Group | 7939 Rider Lane, Hummelstown, PA | No | Yes - Fulton Bank | Utilities - Listings | | 110.75 | |
| 42 | 05/18/2024 | Edward Bradley | 7939 Rider Lane, Hummelstown, PA | No | Yes - Fulton Bank | Lawn Mowing | | 75.00 | |
| 31 | 05/04/2024 | Edward Bradley | 7939 Rider Lane, Hummelstown, PA | No | Yes - Fulton Bank | Lawn Mowing | | 75.00 | **260.75** |
| | | | | | | | $ | 3,942.08 | 3,942.08 |
| | | | | | | | | | |
| Reimbursements and Credits Received | | | | | | | | | |
| 35 | 05/10/2024 | DTMA | 1630 E. Chocolate Ave, Hershey, PA | | | Reimbursement received at closing | | -22.50 | |
| | | | | | | Balance Due to RealMarkets | $ | 3,919.58 | |