# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| In re:<br><br>IN RE:<br><br>EAGLE PROPERTIES AND INVESTMENTS LLC and AMIT JAIN DEBTOR DESIGNEE,<br>      Debtor.<br><br>---<br><br>GITSIT SOLUTIONS, LLC, its assignees and/or successors in interest,<br>      Movant,<br><br>v.<br><br>EAGLE PROPERTIES AND INVESTMENTS LLC and AMIT JAIN DEBTOR DESIGNEE; H. JASON GOLD, Trustee,<br>      Respondents. | Case No. 23-10566-KHK<br>(Chapter 7) |

### AGREED ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This matter was before the court on the motion of GITSIT Solutions, LLC, its assignees and/or successors in interest, for relief from the automatic stay of 11 U.S.C. § 362(a) with respect to the real property located at **7213 Linglestown Road, Harrisburg, PA 17112** and more particularly described as follows:

Andrew S. Goldstein, Esq. (VSB #28421)
Magee Goldstein Lasky & Sayers, P.C.
PO Box 404
Roanoke, VA 24003-0404
Telephone: (540) 343-9800
Facsimile: (540) 343-9898
Electronic Mail: agoldstein@mglspc.com
Counsel for Movant

ALL THAT CERTAIN TRACT OF UNIMPROVED REAL ESTATE SITUATE IN WEST HANOVER TOWNSHIP, DAUPHIN COUNTY, PENNSYLVANIA, BOUNDED AND DESCRIBED AS FOLLOWS, TO WIT:

BEGINNING AT A RAILROAD SPIKE IN THE CENTER LINE OF PENNSYLVANIA ROUTE NO. 39 (HAVING AN ORDAINED WIDTH OF 33 FEET) AT EASTERN PROPERTY LINE NOW OR FORMERLY OF HALLEY CHUBB; THENCE ALONG SAID CENTER LINE, NORTH 88 DEGREES 00 MINUTES EAST 150 FEET TO A RAILROAD SPIKE IN SAID CENTER LINE AT WESTERN PROPERTY LINE NOW OR LATE OF WALTER J. BASEHORE, ET UX: THENCE ALONG SAID BASEHORE PROPERTY LINE, SOUTH 09 DEGREES 36 MINUTES 43 SECONDS WEST 663.55 FEET TO AN IRON PIPE ON THE NORTHERN PROPERTY LINE OF A. E. WATSON; THENCE ALONG SAID WATSON PROPERTY LINE, NORTH 73 DEGREES 01 MINUTE 00 SECONDS WEST, 150 FEET TO AN EXISTING ANGLE IRON IN EASTERN PROPERTY LINE NOW OR LATE OF HALLEY CHUBB; THENCE ALONG CHUBB PROPERTY NORTH 9 DEGREES 47 MINUTES 01 SECONDS EAST 614.12 FEET TO RAILROAD SPIKE, THE PLACE OF BEGINNING.

CONTAINING 2.168 ACRES, MORE OR LESS.

ALL ACCORDING TO SURVEY OF WILLIAM E. SEES, JR., REGISTERED ENGINEER, NO. 8846, DATED 6/19/67, DRAWING NO. S-3563.

Parcel Identification Number: 68-016-050-000-0000

UPI: 68-016-050-000-0000

Upon consideration of which, it is

**ORDERED:**

1. That the Automatic Stay in the above-entitled Bankruptcy proceeding be, and is hereby immediately vacated and extinguished for all purposes as to GITSIT Solutions, LLC, its assignees and/or successors in interest ("Movant" herein), and Movant, its assignees and/or successors in interest may proceed with any actions necessary to take possession of the subject real property located at **7213 Linglestown Road, Harrisburg, PA 17112**, pursuant to applicable statutory law and to dispose of same in a commercially reasonable manner.

2. In addition to foreclosure, this Relief Order permits activity necessary to obtain

2

possession of said collateral. Relief is also granted to permit loss mitigation and/or negotiations with regards to the subject debt/collateral.

3. In the event the instant bankruptcy proceeding is dismissed or discharged, this Agreed Relief Order shall be terminated and have no further force or effect.

Dated: Jun 23 2024                    /s/ Klinette H Kindred
                                      Hon. Klinette H. Kindred
                                      United States Bankruptcy Judge

I ASK FOR THIS:                       Entered On Docket: Jun 24 2024

GITSIT Solutions, LLC, it assignees and/or successors in interest

By /s/ Andrew S. Goldstein
Andrew S. Goldstein, Esq. (VSB #28421)
Magee Goldstein Lasky & Sayers, P.C.
PO Box 404
Roanoke, VA 24003-0404
Telephone: (540) 343-9800
Facsimile: (540) 343-9898
Electronic Mail: agoldstein@mglspc.com
Counsel for Movant

SEEN AND AGREED:

Eagle Properties and Investments LLC

By: /s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., Esq.
Martin Law Group, P.C.
8065 Leesburg Pike, Ste. 750
Vienna, VA 22182
Debtor's Counsel

By: /s/ Dylan G. Trache
Dylan G. Trache, Esq.
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, N.W., Suite 900
Washington, DC 20001
Attorney for Chapter 7 Trustee

Parties to receive copies:

Andrew S. Goldstein (#28421)
Magee Goldstein Lasky & Sayers, PC
PO Box 404
Roanoke, VA 24003
*Attorney for Movant*

Eagle Properties and Investments LLC
Amit Jain Debtor Designee
445 Windover Ave North West
Vienna, VA 22180
*Debtors*

Jeff Martin
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
*Attorney for Debtors*

Dylan G. Trache
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, N.W., Suite 900
Washington, DC 20001
*Attorney for Chapter 7 Trustee*

H. Jason Gold
H. Jason Gold, Trustee
P.O. Box 57359
Washington, DC 20037
*Chapter 7 Trustee*

## CERTIFICATION

The undersigned certifies that the foregoing Order is identical to the form order required by Administrative Order 10-2 and that no modifications, additions, or deletions have been made.

By: /s/ Andrew S. Goldstein

### Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

By: /s/ Andrew S. Goldstein

4

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-10566-KHK |
| Eagle Properties and Investments LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: TaiGlennB | Page 1 of 3 |
| Date Rcvd: Jun 24, 2024 | Form ID: pdford1 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| desig | + Amit Jain, 445 Windover Ave North West, Vienna, VA 22180-4232 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jun 26, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew S Goldstein | on behalf of Creditor GITSIT Solutions LLC AGoldstein@mglspc.com, jcoffman@mglspc.com |
| Barry W. Spear | on behalf of Creditor Aero Mortgage Loan Trust 2019- 1 Barry.Spear@bww-law.com bankruptcy@bww-law.com |
| Bradley J. Swallow | on behalf of Defendant Main Street Bank bswallow@fblaw.com |
| Christian K. Vogel | on behalf of Interested Party Primis Bank kvogel@vogelandcromwell.com |
| Christian K. Vogel | on behalf of Defendant Primis Bank f/k/a Sona Bank kvogel@vogelandcromwell.com |
| Christopher A. Jones | on behalf of Debtor Eagle Properties and Investments LLC cajones@whitefordlaw.com clano@whitefordlaw.com,dchaney@whitefordlaw.com |

Case 23-10566-KHK   Doc 514   Filed 06/26/24   Entered 06/27/24 00:15:58   Desc
Imaged Certificate of Notice   Page 6 of 7

| | | |
|---|---|---|
| District/off: 0422-9 | User: TaiGlennB | Page 2 of 3 |
| Date Rcvd: Jun 24, 2024 | Form ID: pdford1 | Total Noticed: 1 |

Christopher L. Rogan
    on behalf of Defendant Shail Butani crogan@rmzlawfirm.com

Christopher L. Rogan
    on behalf of Creditor Bala Jain LLC crogan@rmzlawfirm.com

Christopher L. Rogan
    on behalf of Defendant Ishwer Butani crogan@rmzlawfirm.com

Christopher L. Rogan
    on behalf of Defendant Bala Jain LLC crogan@rmzlawfirm.com

Corey Simpson Booker
    on behalf of Creditor Atlantic Union Bank corey.booker@atlanticunionbank.com

Craig M. Palik
    on behalf of Creditor Trinity Universal Insurance Company cpalik@mhlawyers.com
    cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnickerson@mhlawyers.com

David S. Musgrave
    on behalf of Creditor Fulton Bank  N.A. dmusgrave@gfrlaw.com, vhilbun@gfrlaw.com

David S. Musgrave
    on behalf of Defendant Fulton Financial Corporation dmusgrave@gfrlaw.com  vhilbun@gfrlaw.com

Dylan G. Trache
    on behalf of Trustee H. Jason Gold dylan.trache@nelsonmullins.com
    linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Elizabeth Husebo
    on behalf of Defendant First Class Title  Inc. ehusebo@grsm.com

Elizabeth Husebo
    on behalf of Defendant Daniel J. Kotz ehusebo@grsm.com

Erik W. Fox
    on behalf of Creditor Vienna Oaks Office Center Condominium efox@reesbroome.com
    rhurley@reesbroome.com;rchambers@reesbroome.com;pgoodwine@reesbroome.com

Gerard R. Vetter
    ustpregion04.ax.ecf@usdoj.gov

H. Jason Gold
    goldtrustee@fiduciaryservicesgroup.com  VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com

Hannah White Hutman
    on behalf of Creditor Bank of Clarke County hhutman@hooverpenrod.com
    scurtis@hooverpenrod.com;hooverpenrodplc@jubileebk.net

J. P. McGuire Boyd, Jr
    on behalf of Defendant Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
    on behalf of Creditor Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
    on behalf of Defendant Bank of Clarke County mboyd@williamsmullen.com

Jack Frankel
    on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov
    USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

James R. Meizanis, Jr.
    on behalf of Creditor Virginia Partners Bank jmeizanis@bklawva.com  jroot@bklawva.com;mnoble@bklawva.com

Jeffery T. Martin, Jr.
    on behalf of Debtor Eagle Properties and Investments LLC jeff@martinlawgroupva.com
    martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

Jeffery T. Martin, Jr.
    on behalf of Plaintiff Eagle Properties and Investments LLC jeff@martinlawgroupva.com
    martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

Jeffery T. Martin, Jr.
    on behalf of Counter-Defendant Eagle Properties and Investments LLC jeff@martinlawgroupva.com
    martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com

Jeremy B. Root
    on behalf of Creditor Virginia Partners Bank jroot@bklawva.com
    tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com

John E Reid

Case 23-10566-KHK    Doc 514    Filed 06/26/24    Entered 06/27/24 00:15:58    Desc
Imaged Certificate of Notice    Page 7 of 7

| District/off: 0422-9 | User: TaiGlennB | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Jun 24, 2024 | Form ID: pdford1 | Total Noticed: 1 |

| | |
| --- | --- |
| | on behalf of Debtor Eagle Properties and Investments LLC jack@martinlawgroup.com jack@martinlawgroupva.com |
| John Tucker Farnum | |
| | on behalf of Interested Party SC&H Group jfarnum@milesstockbridge.com jfarnumecfnotices@gmail.com;dbernard@milesstockbridge.com |
| Joshua David Stiff | |
| | on behalf of Debtor Eagle Properties and Investments LLC jstiff@wtplaw.com eslate@wtplaw.com;dchaney@whitefordlaw.com |
| Justin Fasano | |
| | on behalf of Creditor Gus Goldsmith jfasano@mhlawyers.com jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;sshin@mhlawyers.com;dmoorehead@mhlawyers.com |
| Lee S Raphael | |
| | on behalf of Creditor Gitsit Solutions  LLC ecf1@ecf.courtdrive.com, cmartin@pralc.com |
| Maurice Belmont VerStandig | |
| | on behalf of Professional Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Nancy Greene | |
| | on behalf of Debtor Eagle Properties and Investments LLC ndg@ndglaw.com |
| Nancy Greene | |
| | on behalf of Plaintiff Eagle Properties and Investments LLC ndg@ndglaw.com |
| Nancy Greene | |
| | on behalf of Professional N D Greene PC ndg@ndglaw.com |
| Richard E. Hagerty | |
| | on behalf of Defendant Navy Federal Financial Group  LLC richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;natalya.diamond@troutman.com |
| Robert Hockenbury | |
| | on behalf of Creditor Shore United Bank robert.hockenbury@wbd-us.com |
| Robert M. Marino | |
| | on behalf of Defendant Shail Butani rmmarino@rpb-law.com rmmarino1@aol.com |
| Robert M. Marino | |
| | on behalf of Defendant Ishwer Butani rmmarino@rpb-law.com rmmarino1@aol.com |
| Robert M. Marino | |
| | on behalf of Creditor Bala Jain LLC rmmarino@rpb-law.com rmmarino1@aol.com |
| Stephanie Gardner Bortnick | |
| | on behalf of Defendant Daniel J. Kotz sbortnick@grsm.com |
| Stephanie Gardner Bortnick | |
| | on behalf of Defendant First Class Title  Inc. sbortnick@grsm.com |
| Stephanie Gardner Bortnick | |
| | on behalf of Defendant Daniel Kotz sbortnick@grsm.com |
| Stephen W. Nichols | |
| | on behalf of Creditor Orrstown Bank snichols@offitkurman.com |

TOTAL: 48