# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case |
| EAGLE PROPERTIES AND ) | No. 23-10566-KHK |
| INVESTMENTS LLC ) | |
| ) | Chapter 7 |
| Debtor ) | |

## TRUSTEE'S REPORT OF SALE

Pursuant to Fed. R. Bankr. P. 6004(f) and Local Bankruptcy Rule 6004-2(D), H. Jason Gold, the Chapter 7 Trustee ("Trustee") for the above-captioned Debtor, files this Report of Sale (including attached Settlement Statement). On 5/21/2024, this Court entered an order approving the Motion to Approve Sale of Property Free and Clear of Liens, being real property at 71 Lucy Avenue, Hummelstown, Pennsylvania ("Property") held by the Debtor's bankruptcy estate.

| | |
|---|---|
| Settlement (or Closing) Date: | 6/6/2024 |
| Property Sold: | 71 Lucy Avenue, Hummelstown, PA |
| Purchasers: | Monica Casa, LLC |
| Purchase Price: | $205,000.00 |
| Exemptions paid to Debtor: | $0.00 |
| Net Proceeds to Estate: | **$16,400.00** |

Dated:  6/28/2024

Respectfully submitted,

*/s/ H. Jason Gold*
H. JASON GOLD, CH. 7 TRUSTEE

H. Jason Gold, Va. Bar No. 19117
PO Box 57359
Washington DC  20037
*Chapter 7 Trustee*

DigiSign Verified - 3048de6f-2ac1-47fb-a009-7ebf3ec47fcc



OMB Approval No 2502-0265

# A. Settlement Statement (HUD-1)

| B. Type of Loan | | | | | |
|---|---|---|---|---|---|
| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File No. CTIC-COM-10033 | 7. Loan No. N/A | 8. Mortgage Insurance Case No. |
| 4. ☐ VA | 5. ☐ Conv Ins. | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| Monica Casa, LLC<br>5538 General Knipe Drive<br>Mechanicsburg, PA 17050 | H. Jason Gold, Chapter 7 Bankruptcy Trustee Of The Bankruptcy Estate of Eagle Properties and Investments, LLC<br>PO Box 57359 Washington<br>Washington, DC 20037 | |
| G. Property Location:<br>71 Lucy Avenue<br>Hummelstown, PA 17036 | H. Settlement Agent:<br>Conestoga Title Insurance Co.<br><br>Place of Settlement:<br>27 South 34th Street Camp Hill, PA 17011 | I. Settlement Date:<br>06/06/2024<br>Funding Date:<br>06/06/2024<br>Disbursement Date:<br>06/06/2024 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due from Borrower | | 400. Gross Amount Due to Seller | |
| 101. Contract sales price | $205,000.00 | 401. Contract sales price | $205,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $4,456.05 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustment for items paid by seller in advance | | Adjustment for items paid by seller in advance | |
| 106. City/Town Taxes 06/06/2024 to 01/01/2025 | $71.06 | 406. City/Town Taxes 06/06/2024 to 01/01/2025 | $71.06 |
| 107. County Taxes 06/06/2024 to 01/01/2025 | $192.28 | 407. County Taxes 06/06/2024 to 01/01/2025 | $192.28 |
| 108. Assessments | | 408. Assessments | |
| 109. School Taxes 06/06/2024 to 07/01/2024 | $66.75 | 409. School Taxes 06/06/2024 to 07/01/2024 | $66.75 |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross Amount Due from Borrower | $209,786.14 | 420. Gross Amount Due to Seller | $205,330.09 |
| 200. Amount Paid by or In Behalf of Borrower | | 500. Reductions In Amount Due to Seller | |
| 201. Deposit | $10,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | $205,330.09 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff to Bala Jain, LLC | |
| 205. | | 505. Payoff of Second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid by/for Borrower | $10,000.00 | 520. Total Reduction Amount Due Seller | $205,330.09 |
| 300. Cash at Settlement from/to Borrower | | 600. Cash at Settlement to/from Seller | |
| 301. Gross amount due from borrower (line 120) | $209,786.14 | 601. Gross amount due to seller (line 420) | $205,330.09 |
| 302. Less amounts paid by/for borrower (line 220) | $10,000.00 | 602. Less reductions in amounts due seller (line 520) | $205,330.09 |
| 303. Cash  ☒ From  ☐ To Borrower | $199,786.14 | 603. Cash  ☒ To  ☐ From Seller | |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

## L. Settlement Charges

| | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| **700. Total Real Estate Broker Fees** | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $6,150.00 to Protus Realty, Inc. | | | |
| 702. $5,125.00 to Coldwell Banker Realty | | | |
| 703. Commission paid at settlement | | | $11,275.00 |
| 704. Broker Fee to Protus Realty, Inc. | | | $495.00 |
| 705. Broker Fee to Coldwell Banker Realty | | $395.00 | |
| **800. Items Payable in Connection with Loan** | | | |
| 801. Our origination charge | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | (from GFE #2) | | |
| 803. Your adjusted origination charges | (from GFE #A) | | |
| 804. Appraisal fee | (from GFE #3) | | |
| 805. Credit report | (from GFE #3) | | |
| 806. Tax service | (from GFE #3) | | |
| 807. Flood certification | (from GFE #3) | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| **900. Items Required by Lender to be Paid in Advance** | | | |
| 901. Daily interest charges from 06/06/2024 to 07/01/2024 | (from GFE #10) | | |
| 902. Mortgage insurance premium | (from GFE #3) | | |
| 903. Homeowner's insurance | (from GFE #11) | | |
| 904. | | | |
| **1000. Reserves Deposited with Lender** | | | |
| 1001. Initial deposit for your escrow account | (from GFE #9) | | |
| 1002. Homeowner's insurance | | | |
| 1003. Mortgage insurance | | | |
| 1004. Property taxes | | | |
| 1005. | | | |
| 1006. | | | |
| 1007. Aggregate Adjustment $0.00 | | | |
| **1100. Title Charges** | | | |
| 1101. Title services and lender's title insurance | (from GFE #4) | | |
| 1102. Settlement or closing fee to Conestoga Title Insurance Co. | | | |
| 1103. Owner's title insurance to Conestoga Title Insurance Co. | (from GFE #5) | $1,623.50 | |
| 1104. Lender's title insurance to Conestoga Title Insurance Co. | | | |
| 1105. Lender's title policy limit $ | | | |
| 1106. Owner's title policy limit $205,000.00 | | | |
| 1107. Agent's portion of the total title insurance premium to Conestoga Title Insurance Co. | | | |
| 1108. Underwriter's portion of the total title insurance premium to Conestoga Title Insurance Co. $1,623.50 | | | |
| 1109. | | | |
| 1110. | | | |
| 1111. | | | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Government recording charges | (from GFE #7) | $114.75 | |
| 1202. Deed $114.75 Mortgage $ Release $78.75 to Dauphin County Recording Office | | | $78.75 |
| 1203. Transfer taxes | (from GFE #8) | $2,050.00 | |
| 1204. City/County tax/stamps Deed $2,050.00 Mortgage $ to Dauphin County Recording Office | | | $1,025.00 |
| 1205. State tax/stamps Deed $2,050.00 Mortgage $ to Dauphin County Recording Office | | | $1,025.00 |
| 1206. | | | |
| **1300. Additional Settlement Charges** | | | |
| 1301. Required services that you can shop for | (from GFE #6) | | |
| 1302. 2024 County/Municipal Real Estate Taxes to Dauphin County Treasurer | | | $482.38 |
| 1303. Final Sewer Escrow to Derry Township Municipal Authority | | | $75.00 |
| 1304. Notary Fees to John N. Papoutsis | | $5.00 | |
| 1305. Tax Certification Fees to Conestoga Title Insurance Co. | | | $37.50 |
| 1306. Bankruptcy Estate Payment to H. Jason Gold, Trustee | | | $10,250.00 |
| 1307. 326(a) Trustee Commission to H. Jason Gold, Trustee | | | $6,150.00 |
| 1308. Net Proceeds to Bala Jain, LLC | | | $171,580.50 |
| 1309. Tax Claim to Dauphin County Tax Claim Bureau | | | $2,795.96 |
| 1310. Closing Location Fee to JMGN Realty, LLC | | $250.00 | |
| 1311. Overnight Shipping Fee to Conestoga Title Insurance Co. | | $17.80 | $60.00 |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | **$4,456.05** | **$205,330.09** |

Monica Casa, LLC, a Virginia Limited Liability Company

By: _Monica Trejo_ 6-5-24
Monica Trejo, Member          Date

H. Jason Gold, Chapter 7 Bankruptcy Trustee Of The Bankruptcy Estate of Eagle Properties and Investments, LLC, a Virginia Limited Liability Company

By: _H. Jason Gold Trustee_          06/04/2024
H. Jason Gold, Trustee          Date

The HUD-1 settlement statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement

_____, CTIC          6-6-24
Settlement Agent          Date