## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case |
| EAGLE PROPERTIES AND INVESTMENTS LLC | ) | No. 23-10566-KHK |
| | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |

### TRUSTEE'S REPORT OF SALE

Pursuant to Fed. R. Bankr. P. 6004(f) and Local Bankruptcy Rule 6004-2(D), H. Jason Gold, the Chapter 7 Trustee ("Trustee") for the above-captioned Debtor, files this Report of Sale (including attached Settlement Statement). On 5/28/2024, this Court entered an order approving the Motion to Approve Sale of Property Free and Clear of Liens, being real property at 1203 Cottage Street, SW, Vienna Virginia ("Property") held by the Debtor's bankruptcy estate.

| | |
|---|---|
| Settlement (or Closing) Date: | 6/17/2024 |
| Property Sold: | 1203 Cottage Street, SW, Vienna VA |
| Purchasers: | Anchor Homes LLC |
| Purchase Price: | $900,000.00 |
| Exemptions paid to Debtor: | $0.00 |
| Net Proceeds to Estate: | **$93,250.00** |

Dated: 6/27/2024

Respectfully submitted,

*/s/ H. Jason Gold*
H. JASON GOLD, CH. 7 TRUSTEE

H. Jason Gold, Va. Bar No. 19117
PO Box 57359
Washington DC  20037
*Chapter 7 Trustee*

# A. Settlement Statement

U.S. Department of Housing and Urban Development

OMB Approval No. 2502-0265

| B. Type of Loan | | | | | |
|---|---|---|---|---|---|
| 1. ☐ FHA  2. ☐ RHS  3. ☐ Conv. Unins.  4. ☐ VA  5. ☐ Conv. Ins. | | 6. File Number  T-23492 | 7. Loan Number  ------------------ | 8. Mortgage Insurance Case Number  ------------------ | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| ANCHOR HOMES LLC  6862 Elm Street, #100  McLean, VA 22101 | H. JASON GOLD  Chapter 7 Trustee in Bankruptcy  RE: EAGLE PROPERTIES AND INVESTMENTS LLC  P.O. Box 57359  Washington, DC 20037 | NOT APPLICABLE (CASH TRANSACTION) |

| G. Property Location | H. Settlement Agent | I. Settlement Date |
|---|---|---|
| 1203 Cottage Street, SW  Vienna, VA 22180  Lot 2370, Section 13, VIENNA WOODS  Town of Vienna, Fairfax County, VA | William A. Marshall, Attorney-at-Law  7006-G Little River Turnpike, Annandale, VA 22003  **Place of Settlement**  7006 Little River Turnpike, Suite G  Annandale, Virginia 22003 | 06/17/2024  DD: 06/17/2024 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---:|---|---:|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 900,000.00 | 401. Contract sales price | 900,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 6,684.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes    06/17/24 to 06/30/24 | 62.80 | 406. City/town taxes    06/17/24 to 06/30/24 | 62.80 |
| 107. County taxes    06/17/24 to 06/30/24 | 373.07 | 407. County taxes    06/17/24 to 06/30/24 | 373.07 |
| 108. Assessments    to | | 408. Assessments    to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 907,119.87 | **420. GROSS AMOUNT DUE TO SELLER** | 900,435.87 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT TO SELLER** | |
| 201. Deposit or earnest money | 50,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 279,297.34 |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan  Fulton Bank, N.A. | 523,927.17 |
| 205. | | 505. Payoff of second mortgage loan  Bala Jain, LLC | 97,211.36 |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. Agent Credit | 22,500.00 | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes    to | | 510. City/town taxes    to | |
| 211. County taxes    to | | 511. County taxes    to | |
| 212. Assessments    to | | 512. Assessments    to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY / FOR BORROWER** | 72,500.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 900,435.87 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 907,119.87 | 601. Gross amount due to seller (line 420) | 900,435.87 |
| 302. Less amounts paid by/for borrower (line 220) | 72,500.00 | 602. Less reduction amount due to seller (line 520) | 900,435.87 |
| **303. CASH    FROM    BORROWER** | 834,619.87 | **603. CASH    TO    SELLER** | 0.00 |

form HUD-1 (3/86) ref Handbook 4305.2

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT  SETTLEMENT STATEMENT  PAGE 2

File Number: T-23492

| L. SETTLEMENT CHARGES: | | | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|---|
| 700. | TOTAL SALES/BROKER'S COMMISSION based on price $ | 900,000.00 @ | 5.50 = | 49,500.00 | | |
| | Division of commission (line 700) as follows: | | | | | |
| 701. | $ 22,850.00 to Innovation Properties | | (22,500.00 Plus 350.00) | | | |
| 702. | $ 27,000.00 to Century 21 New Millenium | | | | | |
| 703. | Commission paid at Settlement    $50,000 EMD held by William A. Marshall | | | | 350.00 | 49,500.00 |
| 704. | | | | | | |
| 800. | ITEMS PAYABLE IN CONNECTION WITH LOAN | | | P.O.C. | | |
| 801. | Loan Origination Fee | % | | | | |
| 802. | Loan Discount | % | | | | |
| 803. | Appraisal Fee | to | | | | |
| 804. | Credit Report | to | | | | |
| 805. | Lender's Inspection Fee | to | | | | |
| 806. | Document Prep.Fee | to | | | | |
| 807. | Tax Service Fee | to | | | | |
| 808. | | | | | | |
| 809. | | | | | | |
| 810. | | | | | | |
| 811. | | | | | | |
| 812. | | | | | | |
| 813. | | | | | | |
| 814. | | | | | | |
| 815. | | | | | | |
| 900. | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | | |
| 901. | Interest  from    to    @$    /day | | | | | |
| 902. | Mortgage Insurance Premium    to | | | | | |
| 903. | Hazard Insurance Premium    yrs. to | | | | | |
| 904. | | | | | | |
| 905. | | | | | | |
| 1000. | RESERVES DEPOSITED WITH LENDER FOR | | | | | |
| 1001. | Hazard Insurance    mo. @$    / mo. | | | | | |
| 1002. | Mortgage Insurance    mo. @$    / mo. | | | | | |
| 1003. | City property taxes    mo. @$    / mo. | | | | | |
| 1004. | County property taxes    mo. @$    / mo. | | | | | |
| 1005. | Annual Assessments    mo. @$    / mo. | | | | | |
| 1006. | mo. @$    / mo. | | | | | |
| 1007. | mo. @$    / mo. | | | | | |
| 1008. | Aggregate Reserve for Hazard/Flood Ins, City/Count | | | | | |
| 1100. | TITLE CHARGES | | | | | |
| 1101. | Settlement or closing fee    to    William A. Marshall, Attorney-at-Law | | | | 375.00 | 150.00 |
| 1102. | Abstract or title search    to    AHA, LLC | | | | 135.00 | |
| 1103. | Title examination    to    William A. Marshall, Attorney-at-Law | | | | 150.00 | |
| 1104. | Title insurance binder    to | | | | | |
| 1105. | Document preparation    to    William A. Marshall, Attorney-at-Law | | | | 185.00 | |
| 1106. | Notary fees    to | | | | | |
| 1107. | Attorney's fees    to | | | | | |
| | (includes above item No:                                ) | | | | | |
| 1108. | Title insurance    to    Guarantee Title Insurance Agency, Inc./CWL | | | | 2,208.00 | |
| | (includes above item No:                                ) | | | | | |
| 1109. | Lender's coverage | | | | | |
| 1110. | Owner's coverage    900,000.00 --- 2,208.00 Standard Policy/Reissue Rate/Nego Premium (Optional) | | | | | |
| 1111. | Overnight Delivery Svc & Hndlg    William A. Marshall, Attorney-at-Law | | | | 50.00 | |
| 1112. | Reconveyance Tracking Service    William A. Marshall, Attorney-at-Law | | | | 85.00 | |
| 1113. | Additional Charges  *** See Attached Addendum *** | | | | 85.00 | |
| 1200. | GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | | |
| 1201. | Recording fees    Deed $    61.00    ; Mortgage $    ; Releases $ | | | | 61.00 | |
| 1202. | City/county/stamps    Deed $    750.00    ; Mortgage $ | | | | 750.00 | |
| 1203. | State tax/stamps    Deed $    2,250.00    ; Mortgage $ | | | | 2,250.00 | |
| 1204. | GRANTORS TAX    Deed $    900.00    ; Mortgage $ | | | | | 900.00 |
| 1205. | Additional Charges  *** See Attached Addendum *** | | | | | 1,800.00 |
| 1300. | ADDITIONAL SETTLEMENT CHARGES | | | | | |
| 1301. | Survey    to    N/A | | | | | |
| 1302. | Pest inspection    to    N/A | | | | | |
| 1303. | Expense Reimbursement    RealMarkets | | | | | 1,000.00 |
| 1304. | Bankruptcy Estate Payment    H. Jason Gold, Trustee | | | | | 45,000.00 |
| 1305. | 326(a) Trustee Commission    H. Jason Gold, Trustee | | | | | 48,250.00 |
| 1306. | Legal Fees    Gordon Feinblatt LLC | | | | | 30,000.00 |
| 1307. | Delinq '23 Town RE Tax    Town of Vienna | | | | | 331.87 |
| 1308. | Additional Charges  *** See Attached Addendum *** | | | | | 102,365.47 |
| 1400. | TOTAL SETTLEMENT CHARGES    (enter on lines 103 and 502, Sections J and K) | | | | 6,684.00 | 279,297.34 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement. In the event of a reproration of taxes is necessary for the current tax year said reprorations will be settled between the buyers and sellers.

ANCHOR HOMES LLC,
a Virginia limited liability company

By:_____
Yue Wang, Manager/Member

H. JASON GOLD, CHAPTER 7 TRUSTEE IN BANKRUPTCY
RE: EAGLE PROPERTIES AND INVESTMENTS LLC

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction.have caused or will cause the funds to be disbursed in accordance with this statement.

_____
William A. Marshall, Attorney-at-Law

Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form.  Penalties upon conviction can include a fine or imprisonment. For details see:  Title 18 U.S. Code Section 1001 and Section 1010.

# HUD PAGE2 ADDENDUM

Prepared by
**William A. Marshall, Attorney-at-Law**
7006 Little River Turnpike, Suite G
Annandale, Virginia 22003
703-354-7700

File Number: T-23492   Settlement Date: 06/17/24   Proration Date: 06/17/24

**SELLER(S):**
H. JASON GOLD and Chapter 7 Trustee in Bankruptcy
RE: EAGLE PROPERTIES AND and INVESTMENTS LLC

**PURCHASER(S):**
ANCHOR HOMES LLC

**LENDER:**
NOT APPLICABLE (CASH TRANSACTION)

Loan Amount:   Loan Number: ------------------------

**PROPERTY:**
1203 Cottage Street, SW, Vienna, VA 22180
Lot 2370, Section 13, VIENNA WOODS, Town of Vienna, Fairfax County, VA

| | | | Borrower | Seller |
|---|---|---|---:|---:|
| **ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 816. | | | | |
| 817. | | | | |
| 818. | | | | |
| 819. | | | | |
| | | TOTALS | | |
| **TITLE CHARGES** | | | | |
| 1114. | Technology & Storage Fee | Landtech | 35.00 | |
| 1115. | Wire Fee | William A. Marshall, Attorney-at-Law | 45.00 | |
| 1116. | e-Record Fee | Simplifile | 5.00 | |
| 1117. | | | | |
| 1118. | | | | |
| 1119. | | | | |
| 1120. | | | | |
| 1121. | | | | |
| | | TOTALS | 85.00 | |
| **GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1206. | REG. WMATA CAPITAL FEE Deed $ | 900.00   Mortgage $ | | 900.00 |
| 1207. | REG. CONG. RELIEF FEE Deed $ | 900.00   Mortgage $ | | 900.00 |
| 1208. | | | | |
| 1209. | | | | |
| 1210. | | | | |
| 1211. | | | | |
| 1212. | | | | |
| | | TOTALS | | 1,800.00 |
| **ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1309. | EST 1st 1/2 2024 Town RE Taxes | Town of Vienna | | 816.34 |
| 1310. | Delinq '21 & '22 County RE Tax | Fairfax County DTA | | 16,530.67 |
| 1311. | Delinq '23 County RE Tax | Fairfax County, Dept. of Tax Admin. | | 10,168.56 |
| 1312. | 1st 1/2 '24 County RE Tax | Fairfax County, Dept. of Tax Admin. | | 4,849.90 |
| 1313. | Held In Escrow | H. Jason Gold, Trustee | | 70,000.00 |
| | | TOTALS | | 102,365.47 |

## ADDITIONAL SHEET TO SETTLEMENT STATEMENT

| To: Fulton Bank | (PAYOFF) | Bala Jain, LLC | (PAYOFF) |
|---|---|---|---|
| Total Payoff | $523,927.17 | Total Payoff | $97,211.36 |

All Payoff figures shown above are subject to verification and adjustment of interest to date of receipt by lender

Real Estate Taxes have been adjusted on a 2024 tax assessment and a 2024 rate. If the assessment and/or rate is raised or lowered, or a supplemental assessment is billed, any readjustment shall be the sole responsibility of Seller(s) and Purchaser(s).

Additional amount of owner's title insurance: $2,208.00, Standard Reissue Rate/Negotiated Premium (Optional)

Yes __X__ No_____

Please be advised that William A. Marshall, Attorney-at-Law, is the owner of a 100% interest in Guarantee Title Insurance Agency, Incorporated; and furthermore, that Mr. Marshall earns income, e.g., consulting fees, from the premiums that are paid by the Purchaser(s) to Guarantee Title.

I/we, as the Purchaser(s) hereby acknowledge that the Settlement Agent has explained the difference between the Standard Owner's Title Insurance Policy and the Enhanced Owner's Title Insurance Policy, both of which are optional and are not required by law.

The undersigned hereby acknowledge and agree that no charges and/or seller fees have been paid to the lender other than those fees and charges which are shown on the attached settlement statement.

This law firm assumes no responsibility for the accuracy of assumption, escrow, payoff or other figures as provided by the lending institutions, nor for taxes or assessments, except as recorded in the land records. Homeowners Association fees or condominium dues have been obtained and adjusted based upon a "best effort" basis.

The settlement statement, which is attached hereto, is hereby approved and disbursements shown therein are authorized by the undersigned. I/we hereby certify that I/we have received a copy of the settlement statement.

PURCHASER(S)/BORROWER(S):                SELLER(S):

ANCHOR HOMES LLC,
a Virginia limited liability company


By:_____
    Yue Wang, Manager/Member

                                            _____
                                            H. JASON GOLD, TRUSTEE IN
                                            BANKRUPTCY
                                            RE: EAGLE PROPERTIES AND
                                            INVESTMENTS LLC

Settlement Secretary
Sara L. Hammer

                                            _____
                                            Settlement Attorney

## ACKNOWLEDGEMENT

I/WE have carefully reviewed the HUD-1 Settlement Statement, Closing Disclosure and/or Borrower's and Seller's Combined Closing Statement and find it to be a true and accurate statement of all receipts and disbursement made on my account or by me in this transaction and further certify that I have received a copy of the HUD-1 Settlement Statement, Closing Disclosure and/or Borrower's and Seller's Combined Closing Statement. I/We authorize William A. Marshall, Attorney at Law to cause the funds to be disbursed in accordance with this statement.

PURCHASERS/BORROWERS:                    SELLERS:

ANCHOR HOMES LLC,
a Virginia limited liability company

By:_____
    Yue Wang, Manager/Member

_____
H. JASON GOLD, TRUSTEE IN
BANKRUPTCY
RE: EAGLE PROPERTIES AND
INVESTMENTS LLC

The HUD-1 Settlement Statement, Closing Disclosure and/or Borrower's and Seller's Combined Closing Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____        _____
Settlement Attorney                                                    Date