# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case |
| EAGLE PROPERTIES AND INVESTMENTS LLC | ) | No. 23-10566-KHK |
| | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |

## TRUSTEE'S REPORT OF SALE

Pursuant to Fed. R. Bankr. P. 6004(f) and Local Bankruptcy Rule 6004-2(D), H. Jason Gold, the Chapter 7 Trustee ("Trustee") for the above-captioned Debtor, files this Report of Sale (including attached Settlement Statement). On 5/23/2024, this Court entered an order approving the Motion to Approve Sale of Property Free and Clear of Liens, being real property at 449 Lawyers Rd, NW, Vienna, Virginia ("Property") held by the Debtor's bankruptcy estate.

Settlement (or Closing) Date:

Property Sold:            449 Lawyers Rd, NW, Vienna VA

Purchasers:               Anchor Homes LLC

Purchase Price:           $850,000.00

Exemptions paid to Debtor:   $0.00

Net Proceeds to Estate:   **$68,000.00**

Dated: 6/27/2024                    Respectfully submitted,

                                    */s/ H. Jason Gold*
                                    H. JASON GOLD, CH. 7 TRUSTEE

H. Jason Gold, Va. Bar No. 19117
PO Box 57359
Washington DC  20037
*Chapter 7 Trustee*



| A. Settlement Statement | U.S. Department of Housing and Urban Development | | OMB Approval No. 2502-0265 |
|---|---|---|---|

### B. Type of Loan

| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File Number T-23493 | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower<br>ANCHOR HOMES LLC<br>6862 Elm Street, #100<br>McLean, VA 22101 | E. Name and Address of Seller<br>H. Jason Gold<br>Chapter 7 Trustee in Bankruptcy<br>RE: EAGLE PROPERTIES AND INVESTMENTS LLC<br>P.O. Box 57359<br>Washington, DC 20037 | F. Name and Address of Lender<br>NOT APPLICABLE (CASH TRANSACTION) |
|---|---|---|

| G. Property Location<br>449 Lawyers Road, NW<br>Vienna, VA 22180<br>Lot 97 & Pt of Lot 96, Section 2, VIENNA HILLS<br>Town of Vienna, Fairfax County, VA | H. Settlement Agent<br>William A. Marshall, Attorney-at-Law<br>7006-G Little River Turnpike, Annandale, VA 22003 | |
|---|---|---|
| | Place of Settlement<br>7006 Little River Turnpike, Suite G<br>Annandale, Virginia 22003 | I. Settlement Date<br>06/20/2024<br>DD: 06/20/2024 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 850,000.00 | 401. Contract sales price | 850,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 6,481.33 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes  06/20/24 to 06/30/24 | 49.88 | 406. City/town taxes  06/20/24 to 06/30/24 | 49.88 |
| 107. County taxes   06/20/24 to 06/30/24 | 296.34 | 407. County taxes   06/20/24 to 06/30/24 | 296.34 |
| 108. Assessments      to | | 408. Assessments       to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 856,827.55 | 420. GROSS AMOUNT DUE TO SELLER | 850,346.22 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT TO SELLER | |
| 201. Deposit or earnest money | 50,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 134,927.04 |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | 552,835.62 |
| | | Fulton Bank, N.A. | |
| 205. | | 505. Payoff of second mortgage loan | 161,259.61 |
| | | GUS GOLDSMITH | |
| 206. | | 506. Payoff to BALA JAIN LLC | 1,323.95 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. Agent Credit | 21,250.00 | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes      to | | 510. City/town taxes      to | |
| 211. County taxes       to | | 511. County taxes       to | |
| 212. Assessments       to | | 512. Assessments       to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY / FOR BORROWER | 71,250.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 850,346.22 |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 856,827.55 | 601. Gross amount due to seller (line 420) | 850,346.22 |
| 302. Less amounts paid by/for borrower (line 220) | 71,250.00 | 602. Less reduction amount due to seller (line 520) | 850,346.22 |
| 303. CASH   FROM   BORROWER | 785,577.55 | 603. CASH   TO   SELLER | 0.00 |

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT — SETTLEMENT STATEMENT — PAGE 2

File Number: T-23493

| Line | L. SETTLEMENT CHARGES | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|
| 700. | TOTAL SALES/BROKER'S COMMISSION based on price $ 850,000.00 @ 5.50 = | | 46,750.00 | | |
| | Division of commission (line 700) as follows: | | | | |
| 701. | $ 21,600.00 to Innovation Properties | (21,250.00 Plus 350.00) | | | |
| 702. | $ 25,500.00 to Century 21 New Millennium | | | | |
| 703. | Commission paid at Settlement $50,000 EMD held by William A. Marshall | | | 350.00 | 46,750.00 |
| 704. | | | | | |
| 800. | ITEMS PAYABLE IN CONNECTION WITH LOAN | | P.O.C. | | |
| 801. | Loan Origination Fee | % | | | |
| 802. | Loan Discount | % | | | |
| 803. | Appraisal Fee | to | | | |
| 804. | Credit Report | to | | | |
| 805. | Lender's Inspection Fee | to | | | |
| 806. | Document Prep.Fee | to | | | |
| 807. | Tax Service Fee | to | | | |
| 808. | | | | | |
| 809. | | | | | |
| 810. | | | | | |
| 811. | | | | | |
| 812. | | | | | |
| 813. | | | | | |
| 814. | | | | | |
| 815. | | | | | |
| 900. | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | |
| 901. | Interest from to @$ /day | | | | |
| 902. | Mortgage Insurance Premium to | | | | |
| 903. | Hazard Insurance Premium yrs. to | | | | |
| 904. | | | | | |
| 905. | | | | | |
| 1000. | RESERVES DEPOSITED WITH LENDER FOR | | | | |
| 1001. | Hazard Insurance mo. @$ | / mo. | | | |
| 1002. | Mortgage Insurance mo. @$ | / mo. | | | |
| 1003. | City property taxes mo. @$ | / mo. | | | |
| 1004. | County property taxes mo. @$ | / mo. | | | |
| 1005. | Annual Assessments mo. @$ | / mo. | | | |
| 1006. | mo. @$ | / mo. | | | |
| 1007. | mo. @$ | / mo. | | | |
| 1008. | Aggregate Reserve for Hazard/Flood Ins, City/Count | | | | |
| 1100. | TITLE CHARGES | | | | |
| 1101. | Settlement or closing fee to William A. Marshall, Attorney-at-Law | | | 375.00 | 150.00 |
| 1102. | Abstract or title search to AHA, LLC | | | 225.00 | |
| 1103. | Title examination to William A. Marshall, Attorney-at-Law | | | 150.00 | |
| 1104. | Title insurance binder to | | | | |
| 1105. | Document preparation to William A. Marshall, Attorney-at-Law | | | 185.00 | |
| 1106. | Notary fees to | | | | |
| 1107. | Attorney's fees to | | | | |
| | (includes above item No: ) | | | | |
| 1108. | Title insurance to Guarantee Title Insurance Agency, Inc./CWL | | | 2,082.00 | |
| | (includes above item No: ) | | | | |
| 1109. | Lender's coverage | | | | |
| 1110. | Owner's coverage 850,000.00 – 2,082.00 Standard Policy/Reissue Rate/Nego Premium (Optional) | | | | |
| 1111. | Overnight Delivery Svc & Hndlg William A. Marshall, Attorney-at-Law | | | 50.00 | |
| 1112. | Reconveyance Tracking Service William A. Marshall, Attorney-at-Law | | | 85.00 | |
| 1113. | Additional Charges *** See Attached Addendum *** | | | 85.00 | |
| 1200. | GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | |
| 1201. | Recording fees Deed $ 61.00 ; Mortgage $ ; Releases $ | | | 61.00 | |
| 1202. | City/county/stamps Deed $ 708.33 ; Mortgage $ | | | 708.33 | |
| 1203. | State tax/stamps Deed $ 2,125.00 ; Mortgage $ | | | 2,125.00 | |
| 1204. | GRANTORS TAX Deed $ 850.00 ; Mortgage $ | | | | 850.00 |
| 1205. | Additional Charges *** See Attached Addendum *** | | | | 1,700.00 |
| 1300. | ADDITIONAL SETTLEMENT CHARGES | | | | |
| 1301. | Survey to N/A | | | | |
| 1302. | Pest inspection to N/A | | | | |
| 1303. | Expense Reimbursement RealMarkets | | | | 1,000.00 |
| 1304. | Bankruptcy Estate Payment H. Jason Gold, Trustee | | | | 42,500.00 |
| 1305. | 326(a) Trustee Commission H. Jason Gold, Trustee | | | | 25,500.00 |
| 1306. | | | | | |
| 1307. | Delinq '23 Town RE Taxes Town of Vienna | | | | 332.64 |
| 1308. | Additional Charges *** See Attached Addendum *** | | | | 16,144.40 |
| 1400. | TOTAL SETTLEMENT CHARGES (enter on lines 103 and 502, Sections J and K) | | | 6,481.33 | 134,927.04 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement. In the event of a reproration of taxes is necessary for the current tax year said reprorations will be settled between the buyers and sellers.

ANCHOR HOMES LLC,
a Virginia limited liability company
By: _____
Yue Wang, Manager/Member

H. Jason Gold Trustee
H. JASON GOLD, CHAPTER 7 TRUSTEE IN BANKRUPTCY
RE: EAGLE PROPERTIES AND INVESTMENTS LLC

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. have caused or will cause the funds to be disbursed in accordance with this statement.

_____        6-28-2024
William A. Marshall, Attorney-at-Law        Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

# HUD PAGE2 ADDENDUM

Prepared by
**William A. Marshall, Attorney-at-Law**
7006 Little River Turnpike, Suite G
Annandale, Virginia 22003
703-354-7700

File Number: T-23493    Settlement Date: 06/20/24    Proration Date: 06/20/24

**SELLER(S):**
H. Jason Gold and Chapter 7 Trustee in Bankruptcy
RE: EAGLE PROPERTIES AND and INVESTMENTS LLC

**PURCHASER(S):**
ANCHOR HOMES LLC

**LENDER:**
NOT APPLICABLE (CASH TRANSACTION)

Loan Amount:    Loan Number: ------------------------

**PROPERTY:**
449 Lawyers Road, NW, Vienna, VA 22180
Lot 97 & Pt of Lot 96, Section 2, VIENNA HILLS, Town of Vienna, Fairfax County, VA

| | | | Borrower | Seller |
|---|---|---|---|---|
| **ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 816. | | | | |
| 817. | | | | |
| 818. | | | | |
| 819. | | | | |
| | | TOTALS | | |
| **TITLE CHARGES** | | | | |
| 1114. Technology & Storage Fee | Landtech | | 35.00 | |
| 1115. Wire Fee | William A. Marshall, Attorney-at-Law | | 45.00 | |
| 1116. e-Record Fee | Simplifile | | 5.00 | |
| 1117. | | | | |
| 1118. | | | | |
| 1119. | | | | |
| 1120. | | | | |
| 1121. | | | | |
| | | TOTALS | 85.00 | |
| **GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1206. REG. WMATA CAPITAL Deed $ | 850.00 | Mortgage $ | | 850.00 |
| 1207. REG. CONG. RELIEF FEDeed $ | 850.00 | Mortgage $ | | 850.00 |
| 1208. | | | | |
| 1209. | | | | |
| 1210. | | | | |
| 1211. | | | | |
| 1212. | | | | |
| | | TOTALS | | 1,700.00 |
| **ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1309. Delinq '23 RE Taxes County | Fairfax County, Dept. of Tax Admin. | | | 10,416.05 |
| 1310. 1st 1/2 '24 Town RE Taxes | Town of Vienna | | | 825.29 |
| 1311. 1st 1/2 '24 County RE Taxes | Fairfax County, Dept. of Tax Admin. | | | 4,903.06 |
| 1312. | | | | |
| 1313. | | | | |
| | | TOTALS | | 16,144.40 |

## ADDITIONAL SHEET TO SETTLEMENT STATEMENT

| To: Fulton Bank | | To: Gus Goldsmith | | To: Baa Jain LLC | |
|---|---|---|---|---|---|
| Total Payoff | $552,835.62 | Total Payoff | $161,259.61 | Total Payoff | $1,323.95 |

All Payoff figures shown above are subject to verification and adjustment of interest to date of receipt by lender

Real Estate Taxes have been adjusted on a 2024 tax assessment and a 2024 rate. If the assessment and/or rate is raised or lowered, or a supplemental assessment is billed, any readjustment shall be the sole responsibility of Seller(s) and Purchaser(s).

Additional amount of owner's title insurance: $2,082.00, Standard Policy/Reissue Rate/Negotiated Premium (Optional)

Yes __X__  No_____

Please be advised that William A. Marshall, Attorney-at-Law, is the owner of a 100% interest in Guarantee Title Insurance Agency, Incorporated; and furthermore, that Mr. Marshall earns income, e.g., consulting fees, from the premiums that are paid by the Purchaser(s) to Guarantee Title.

I/we, as the Purchaser(s) hereby acknowledge that the Settlement Agent has explained the difference between the Standard Owner's Title Insurance Policy and the Enhanced Owner's Title Insurance Policy, both of which are optional and are not required by law.

The undersigned hereby acknowledge and agree that no charges and/or seller fees have been paid to the lender other than those fees and charges which are shown on the attached settlement statement.

This law firm assumes no responsibility for the accuracy of assumption, escrow, payoff or other figures as provided by the lending institutions, nor for taxes or assessments, except as recorded in the land records. Homeowners Association fees or condominium dues have been obtained and adjusted based upon a "best effort" basis.

The settlement statement, which is attached hereto, is hereby approved and disbursements shown therein are authorized by the undersigned. I/we hereby certify that I/we have received a copy of the settlement statement.

PURCHASER(S)/BORROWER(S):                    SELLER(S):

ANCHOR HOMES LLC,
a Virginia limited liability company

By: _____
   Yue Wang/Manager/Member

                                              *H. Jason Gold Trustee*
                                              _____
                                              H. JASON GOLD, CHAPTER 7 TRUSTEE
                                              IN BANKRUPTCY
                                              RE: EAGLE PROPERTIES AND
                                              INVESTMENTS LLC

Settlement Secretary
Sara L. Hammer
                                              _____
                                              Settlement Attorney