220015743

**VIRGINIA**

**IN THE CIRCUIT COURT FOR THE COUNTY OF STAFFORD**

| | | |
|---|---|---|
| **BALA JAIN, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **FAIRFAX CIRCUIT COURT** |
| **v.** | ) | **Case No.: CL-2022-0009687** |
| | ) | |
| **EAGLE PROPERTIES AND INVESTMENTS** | ) | |
| **LLC, ET AL.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>**NOTICE AND MEMORANDUM OF LIS PENDENS**</u>

STATE OF VIRGINIA

COUNTY OF STAFFORD

TO THE CLERK OF THE CIRCUIT COURT OF SAID COUNTY:

You are hereby notified that on the 18th day of July, 2022, suit was instituted by the

undersigned in the above captioned and styled cause in the Circuit Court of Fairfax County,

Virginia, and that the following are all the names of the parties to said suit:

| Name of Plaintiff | Name of Defendant | Kind of Suit |
|---|---|---|
| Bala Jain, LLC<br>6007 Marilyn Drive<br>Alexandria, Virginia<br>22310 | **EAGLE PROPERTIES AND INVESTMENTS LLC**<br>445 Windover Avenue<br>Vienna, Virginia 22180<br>Serve:<br>Monika Jain, Managing Member<br>445 Windover Avenue<br>Vienna, VA 22180 | The lawsuit alleges that one or more of the Defendants used money it borrowed from Bala Jain, LLC to acquire, improve, and/or develop the subject Property.  The lawsuit alleges that the Defendants engaged in fraud, conspiracy to commit fraud, breach of contract, and seeks a declaratory judgment and injunctive relief establishing a |

| | | constructive trust against this Property and such other relief as may be necessary to protect and prepare Bala Jain, LLC's interest in the Property. |
|---|---|---|
| | **MONIKA JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180 | |
| | **AMIT JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180 | |
| | **FIRST CLASS TITLE, INC.**<br>1803 Research Blvd, Suite 512<br>Rockville, Maryland 20850<br>Serve:  Robert Kotz<br>11505 Hemingway Drive<br>Reston, Virginia 20194 | |
| | **Daniel Kotz, Esq.**<br>1803 Research Blvd #512<br>Rockville, MD 20850 | |

The following described real estate located at 1001 Manning Dr., Fredericksburg, VA 22405,

Property ID 46 40 PIN 29103 Document Number 170023168 of Stafford County, and situated in

Stafford County, Virginia (the "Property") is involved in said suit, to-wit:

**All that certain lot, piece or parcel of land situate, lying and being in the Leeland District of Stafford County, Virginia, containing 31,928 square feet of land, as shown on plat of Gary S. Cooke, L.S., dated October 31, 1998, which plat is attached to and made a part of that certain Deed dated November 2, 1988, of record in Deed Book 646, Page 554, in the Clerk's Office of the Circuit Court of Stafford County, Virginia.**

The improvements thereon commonly known as 1001 Manning Dr.,

Fredericksburg, VA 22405.

The nature of the lien, right or interest sought to be enforced is as follows: In response to Eagle

Properties and Investments, LLC's breach of the loan documents and fraud claims against its

owners Amit Jain and Monika Jain, Bala Jain brings this action and asserts claims for fraud and

conspiracy to commit fraud against Amit Jain, Monika Jain and Daniel Kotz; declaratory

judgment and injunctive relief that Bala Jain is granted a constructive trust against the properties

that Eagle Properties and Investments, LLC purchased and/or improved with a $7.5 million loan

it fraudulently obtained from Bala Jain; an accounting of the proceeds from the $7.5 million loan

Eagle Properties and Investments, LLC fraudulently obtained from Bala Jain; to disregard and

pierce Eagle Properties and Investments, LLC's corporate veil; and breach of contract against

Eagle Properties and Investments, LLC.

Plaintiffs claim damages of at least $7,500,000.00, plus punitive damages and attorneys'

fees.

Dated: July 27, 2022                                        Respectfully submitted,

                                        Mark E. Shaffer (VSB No. 75407)
                                        OFFIT KURMAN
                                        8000 Towers Crescent Drive, Suite 1400
                                        Tysons Corner, Virginia 22182
                                        Telephone: 703.745.1820
                                        Facsimile: 703.745.1835
                                        mark.shaffer@offitkurman.com
                                        *Counsel for Plaintiff Bala Jain, LLC*

COMMONWEALTH/STATE OF Virginia        ,
COUNTY/CITY OF Fairfax        , to-wit:

I, the undersigned Notary Public, in and for the State and County aforesaid, do hereby
certify that Mark E. Shaffer, whose name is signed to the Memorandum of Lis Pendens, has
acknowledged the same before me as Notary in my State and County aforesaid.

Given under my hand and seal this 27 July 2022.



                                        Notary Public

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 27 July 2022, sent by Federal Express, postage prepaid, a true copy of the foregoing to:

**EAGLE PROPERTIES AND INVESTMENTS LLC**
445 Windover Avenue
Vienna, Virginia 22180
Serve:
Monika Jain, Managing Member
445 Windover Avenue
Vienna, VA 22180

**MONIKA JAIN**
445 Windover Avenue
Vienna, VA 22180

**AMIT JAIN**
445 Windover Avenue
Vienna, VA 22180

**FIRST CLASS TITLE, INC.**
1803 Research Blvd, Suite 512
Rockville, Maryland 20850
Serve: Robert Kotz
11505 Hemingway Drive
Reston, Virginia 20194

**Daniel Kotz, Esq.**
1803 Research Blvd #512
Rockville, MD 20850

Mark E. Shaffer

4863-6509-4442, v. 7

INSTRUMENT # 220015743
E-RECORDED IN THE CLERK'S OFFICE OF
STAFFORD COUNTY ON
JULY 28, 2022 AT 08:09AM

KATHY M. STERNE, CLERK
RECORDED BY: TJD