IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EAGLE PROPERTIES AND INVESTMENTS, LLC, | ) ) ) | Bankruptcy Case No. 23-10566-KHK Chapter 7 |
| Debtor. | ) ) | |

**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION TO (I) APPROVE SALE OF 249 BERKSTONE DRIVE, HARRISBURG, PA FREE AND CLEAR OF LIS PENDENS AND JUDGMENT PURSUANT TO 11 U.S.C. §§ 363(f) AND (II) APPROVE SETTLEMENT OF CLAIMS OF WEST HANOVER TOWNSHIP, PENNSYLVANIA RELATED TO SHORT-TERM RENTALS AND NOTICE OF HEARING THEREON**

PLEASE TAKE NOTICE that H. Jason Gold, the Chapter 7 Trustee ("Trustee"), by counsel, has filed with the clerk of the United States Bankruptcy Court a motion for entry of an order approving the sale of the property commonly known as 249 Berkstone Drive, Harrisonburg, Pennsylvania and for approval of settlement with West Hanover Township ("Motion").

**UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND TREAT THE MOTION AS CONCEDED.**

**A HEARING TO CONSIDER THE RELIEF REQUESTED IN THIS MOTION IS SCHEDULED FOR JULY 30, 2024 AT 11:00 A.M. IN COURTROOM III OF THE UNITED STATES BANKRUPTCY COURT, 200 SOUTH WASHINGTON STREET, ALEXANDRIA, VIRGINA 22314.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter7 Trustee*

Respectfully submitted,

H. Jason Gold, TRUSTEE

By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email: dylan.trache@nelsonmullins.com

By:  /s/ Dylan G. Trache
     Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of July, 2024, the foregoing Motion was served via U.S. mail upon the creditors and parties in interest on the attached service list[1] and to:

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA  22314

Elizabeth L. Kramer
Salzmann Hughes, P.C.
1801 Market Street, Suite 300
Camp Hill, PA 17011

/s/ Dylan G. Trache
Dylan G. Trache

---

[1] Pursuant to Local Rule 5005-1(C)(8), the attached service list is not being served on each of the parties, but is attached to the original Certificate of Service filed with the Court.