## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case |
| EAGLE PROPERTIES AND | ) | No. 23-10566-KHK |
| INVESTMENTS LLC | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |

### TRUSTEE'S REPORT OF SALE

Pursuant to Fed. R. Bankr. P. 6004(f) and Local Bankruptcy Rule 6004-2(D), H. Jason Gold, the Chapter 7 Trustee ("Trustee") for the above-captioned Debtor, files this Report of Sale (including attached Settlement Statement). On 6/24/2024, this Court entered an order approving the Motion to Approve Sale of Property Free and Clear of Liens, being real property at  7939 Rider Lane, Hummelstown PA ("Property") held by the Debtor's bankruptcy estate.

| | |
|---|---|
| Settlement (or Closing) Date: | 6/27/2024 |
| Property Sold: | 7939 Rider Lane, Hummelstown PA |
| Purchasers: | Vannak Chim & Vuochleang Ea |
| Purchase Price: | $340,000.00 |
| Exemptions paid to Debtor: | $0.00 |
| Net Proceeds to Estate: | **$46,209.77** |

Dated:  7/11/2024

Respectfully submitted,

*/s/ H. Jason Gold*
H. JASON GOLD, CH. 7 TRUSTEE

H. Jason Gold, Va. Bar No. 19117
PO Box 57359
Washington DC  20037
*Chapter 7 Trustee*

| American Land Title Association | ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

**Universal Settlement Services of PA**
**ALTA Universal ID:**
**1423 N Atherton Street**
**2nd Floor**
**State College, PA 16803**

| | |
|---|---|
| File No./Escrow No. : | PA-24-1260 |
| Print Date & Time: | June 26, 2024   1:43 pm |
| Officer/Escrow Officer : | |
| Settlement Location : | 1423 N Atherton Street, 2nd Floor |
| | State College, PA 16803 |
| Property Address: | 7939 Rider Lane |
| | Hummelstown, PA 17036 |
| Borrower: | Vannak Chim and Vuochleang Ea |
| | 1322 East Caracas Avenue |
| | Hershey, PA 17033 |
| Seller: | H. Jason Gold, Chapter 7 Bankruptcy Trustee of the Bankruptcy Estate of Eagle Properties and Investments LLC |
| | PO Box 57359 |
| | Washington, DC 20037 |
| Lender: | NFM, Inc. dba NFM Lending and/or the Department of Housing and Urban Development, ISAOA/ATIMA |
| Settlement Date: | June 27, 2024 |
| Disbursement Date: | June 27, 2024 |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | | Lender Credits from NFM, Inc. dba NFM Lending and/or the Department of Housing and Urban Development, ISAOA/ATIMA | | 38.59 |
| | 340,000.00 | Sale Price of Property | 340,000.00 | |
| | | Deposit | | 10,000.00 |
| | | Loan Amount | | 333,841.00 |
| 1,000.00 | | Seller Credit | | 1,000.00 |
| | | **Prorations/Adjustments** | | |
| | 6.93 | Sewer | 6.93 | |
| | | 06/27/24-07/01/24 | | |
| | 462.75 | City/Town Taxes | 462.75 | |
| | | 06/27/24 - 12/31/24 | | |
| | 20.11 | Assessments | 20.11 | |
| | | 06/27/24 - 06/30/24 | | |

Copyright 2015 American Land Title Association
All rights reserved

File # PA-24-1260 / 43
Printed on 06/26/24 at  1:43:22PM by jcole

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Loan Charges to NFM, Inc. dba NFM Lending and/or the Department of Housing and Urban Development, ISAOA/ATIMA** | | |
| | | 2.932% of Loan Amount (Points) to NFM, Inc. dba NFM Lending and/or the Department of | 9,788.22 | |
| | | Application Fee to NFM, Inc. dba NFM Lending and/or the Department of | 1,495.00 | |
| | | Appraisal Managment/Review to NFM, Inc. dba NFM Lending and/or the Department of | 75.00 | |
| | | Validation Services Fee to NFM, Inc. dba NFM Lending and/or the Department of | 175.00 | |
| | | Appraisal Fee to NFM, Inc. dba NFM Lending and/or the Department of | 575.00 | |
| | | Credit Report to NFM, Inc. dba NFM Lending and/or the Department of | 213.59 | |
| | | Mortgage Insurance Premium to NFM, Inc. dba NFM Lending and/or the Department of | 5,741.75 | |
| | | Prepaid Interest<br>$66.31 per day from 06/27/24 to 07/01/24 NFM, Inc. dba NFM Lending and/or the Department of Housing and Urban Development, ISAOA/ATIMA | 265.24 | |
| | | **Other Loan Charges** | | |
| | | Title Binder and Policy to RL Title and Escrow, Inc. | 225.00 | |
| | | Title Search to RL Title and Escrow, Inc. | 110.00 | |
| | | **Impounds** | | |
| | | Homeowner's Insurance to NFM, Inc. dba NFM Lending and/or the Department of<br>3.000 months at $141.67/month | 425.01 | |
| | | Property Taxes to NFM, Inc. dba NFM Lending and/or the Department of<br>5.000 months at $76.61/month | 383.05 | |
| | | 12.000 months at $156.45/month | 1,877.40 | |
| | | Aggregate Adjustment to NFM, Inc. dba NFM Lending and/or the Department of | | 808.06 |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| | | CPL to Fidelity National Title Insurance Company | 125.00 | |
| | | Lender's Title Insurance to Universal Settlement Services of PA<br>Coverage: 333,841.00<br>Disclosed Premium: 2,358.80 | 2,358.80 | |
| | | TIRBOP Endorsement 100 (Covenants, Conditions and Restrictions) to Universal Settlement Services of PA | 100.00 | |

Copyright 2015 American Land Title Association
All rights reserved

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Title Charges and Escrow/Settlement Charges (continued)** | | |
| | | TIRBOP Endorsement 300 (Mortgage Survey Exception) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 900 (Environmental Protection Lien - Residential) to Universal Settlement Services of PA | 100.00 | |
| 2.00 | | Lien Cert Fee to Universal Settlement Services of PA | | |
| | | Owner's Title Insurance to Universal Settlement Services of PA Coverage: 340,000.00 Disclosed Premium:  34.20 | 34.20 | |
| 55.00 | | Tax Cert Fee to Universal Settlement Services of PA | | |
| | | **Commissions** | | |
| 10,200.00 | | Commission - Listing Agent to Century 21 New Millennium | | |
| 8,500.00 | | Commission - Selling Agent to Keller Williams Elite | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees to Dauphin County Recorder of Deeds | 267.50 | |
| 1,700.00 | | Transfer Tax to Dauphin County Recorder of Deeds | 1,700.00 | |
| 1,700.00 | | Transfer Tax to Dauphin County Recorder of Deeds | 1,700.00 | |
| | | **Payoff(s)** | | |
| 227,042.48 | | Payoff of First Mortgage Loan to Fulton Bank Loan Payoff 205,814.63 Additional Interest From: 1,227.85 04/30/24 Through: 06/27/24 @ 18.890000 Per Diem plus 5 Extra Days Legal Fees 20,000.00 Total Payoff 227,042.48 | | |
| | | **Miscellaneous** | | |
| | | Homeowner's Insurance Premium to The Philadelphia 12 months | 1,700.00 | |
| 965.24 | | 2024 County/Township Taxes/good thru 12/31/24 to West Hanover Township | | |
| 10,200.00 | | 326(a) Trustee Commission to H. Jason Gold, Bankruptcy Trustee | | |

Copyright 2015 American Land Title Association
All rights reserved

File # PA-24-1260 / 43
Printed on 06/26/24 at 1:43:22PM by jcole

| Seller | | Description | Borrower | |
| Debit | Credit | | Debit | Credit |
|---|---|---|---|---|
| | | **Miscellaneous (continued)** | | |
| | | Attorney Title Exam Fee to RL Title and Escrow, Inc. | 150.00 | |
| 17,000.00 | | Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| 8,912.73 | | delinquent taxes/good thru 6/30/24 to Dauphin County Tax Claim | | |
| 1,000.00 | | Expense Reimbursement to Auction Markets LLC | | |
| 852.57 | | Final Sewer good thru 6/30/2024 to West Hanover Towhship | | |
| 5,000.00 | | Funds held by Bankruptcy Estate to H. Jason Gold, Bankruptcy Trustee | | |
| 150.00 | | Settlement and Closing Fee to RL Title and Escrow, Inc. | | |
| | | Settlement and Closing Fee to RL Title and Escrow, Inc. | 895.00 | |

| Seller | | | Borrower | |
| Debit | Credit | | Debit | Credit |
|---|---|---|---|---|
| 294,280.02 | 340,489.79 | **Subtotals** | 371,069.55 | 345,687.65 |
| | | **Due from Borrower** | | 25,381.90 |
| 46,209.77 | | **Due to Seller** | | |
| 340,489.79 | 340,489.79 | **Totals** | 371,069.55 | 371,069.55 |

Copyright 2015 American Land Title Association
All rights reserved

File # PA-24-1260 / 43
Printed on 06/26/24 at  1:43:22PM by jcole

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement.  We/I authorize Universal Settlement Services of PA to cause the funds to be disbursed in accordance with this statement.

Borrower

_____
Vannak Chim

_____
Vuochleang Ea

Seller

H. Jason Gold, Chapter 7 Bankruptcy Trustee of the Bankruptcy Estate of Eagle Properties and Investments LLC

BY:_____

_____
Escrow Officer

Copyright 2015 American Land Title Association
All rights reserved

File # PA-24-1260 / 43
Printed on 06/26/24 at 1:43:22PM by jcole

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement.  We/I authorize Universal Settlement Services of PA to cause the funds to be disbursed in accordance with this statement.

Borrower

_____
Vannak Chim

_____
Vuochleang Ea

Seller

H. Jason Gold, Chapter 7 Bankruptcy Trustee of the Bankruptcy Estate of Eagle Properties and Investments LLC

BY:____*H. Jason Gold Trustee*____

_____
Brandy McAulay
Escrow Officer