IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| EAGLE PROPERTIES AND ) | Bankruptcy Case |
| INVESTMENTS, LLC, ) | No. 23-10566-KHK |
| ) | Chapter 7 |
| Debtor. ) | |
| _____ ) | |

### ORDER APPROVING SALE OF 580 W. AREBA AVE, HERSHEY, PA FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f)

UPON CONSIDERATION of the motion (Docket No. 490) ("Motion") of H. Jason Gold, chapter 7 trustee ("Trustee"), to approve the sale of the property commonly known as 580 W. Areba Avenue, Hershey, PA ("Property"); and it appearing that proper and adequate notice of the Motion has been given and that no further notice is necessary; and it appearing that the proposed sale is in the best interest of the estate and its creditors, and it further appearing that based upon the endorsements of counsel set forth below that Fulton Bank, N.A. and Bala Jain, LLC have consented to the sale of the Property as set forth herein, free and clear of all liens, claims and interests, accordingly:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Trustee is authorized to sell the Property[1] to ANNN Investment LLC (the

---

[1] Having the following legal description:

ALL THAT CERTAIN tract of land situate in Derry Township, Dauphin County, Commonwealth of Pennsylvania,

---

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*

"Purchaser") for $337,000 consistent with the sales contract attached to the Motion.

3. The Trustee is authorized to pay the secured claim of Fulton Bank, N.A. in full at closing, including the payment of attorney's fees in the amount of $20,000.00 as set forth in the draft ALTA attached hereto as Exhibit A ("ALTA"), and the consent of Fulton Bank, N.A. to the sale is conditioned on such receipt.

4. At closing, the Trustee shall receive, for the benefit of the estate the sum of $10,110.00 representing his commission under Section 326 of the Bankruptcy Code plus $16,850.00 as additional consideration for the bankruptcy estate free and clear of all liens, claims and interests.

5. The Trustee is authorized to pay a three percent (3%) commission to his broker Century 21 New Millennium at closing for services rendered in representing the Trustee in connection with the sale.

6. The Trustee is authorized to pay a two and one half percent (2.5%) commission to Prime Realty Services at closing for services rendered in representing the Buyer in connection with the sale.

---

designated and known as Lot 20 and the Easterly 25 feet of Lot 19, Block 29, Subdivision D bounded and described as follows:

BEGINNING at a point on the Southerly Street line of West Areba Avenue, said point being a distance of 94.70 feet in a Northeasterly direction from the Southeasterly Street corner of West Areba Avenue and Mill Street; thence extending along the Southerly Street line of West Areba Avenue and along a curve to the right having a radius of 355.54 feet, a chord of North 60 degrees, 29 minutes East for a distance of 74/85 feet to a point; thence extending along Lot No. 21, South 23 degrees, 57 minutes East for a distance of 147.39 feet to a point on the Northerly side of a 15 feet wide public alley; thence extending along the Northerly side of said alley, South 75 degrees, 45 minutes West for a distance of 48.08 feet to a point; thence extending along the remaining portion of Lot No. 19, North 35 degrees, 33 minutes West for a distance of 134.79 feet to a point on the Southerly Street line of West Areba Avenue, the place beginning.

Being known as 580 West Areba Avenue, Hershey, PA.

BEING FURTHER identified as Tax Parcel #24-035-040.

2

7. The Trustee is authorized to pay all outstanding real estate taxes and other customary closing costs consistent with the ALTA.

8. The Trustee is authorized to reimburse Auction Markets, LLC at closing in an amount not to exceed $1,000.00 for any utility and property preservation expenses as needed.

9. An additional $5,000.00 shall be held in escrow by the Trustee in a segregated account pending further agreement among Bala Jain, Fulton Bank, N.A. and the Trustee or further order of the Court to be paid either to Fulton Bank in satisfaction of its claim for attorney's fees or to the estate to be included with the funds described in paragraph 10 hereof. If the parties are in agreement with respect to the disposition of these funds, no further order shall be required.

10. All remaining net proceeds of sale shall be held by the Trustee pending resolution of the claims of Bala Jain, LLC and further order of this Court.

11. The Trustee is authorized to request and receive all information concerning the liens and debt held by any secured creditor necessary to close on the sale including but not limited to the loan payoff balance, proof of lien perfection, hazard insurance coverage, escrow account balance and other information. Secured creditors are authorized and directed to promptly provide said information to the Trustee upon request of the Trustee, subject to the right of any secured creditor to oppose the request.

12. This Order may be recorded in the land records wherein the subject Property is located.

13. This Court retains jurisdiction with respect to any disputes regarding the Property following the sale.

14. This Order shall be effective immediately and shall not be subject to the stay provided in Federal Rule of Bankruptcy Procedure 6004(h) or any other applicable stay.

Dated: Jul 9 2024

/s/ Klinette H Kindred
_____
United States Bankruptcy Judge

PREPARED BY:

Entered On Docket: Jul 10 2024

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax: (202) 689-2860
Email: dylan.trache@nelsonmullins.com

By: /s/ Dylan G. Trache
    Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

SEEN AND AGREED:

GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
Phone/Fax No. (410) 576-4194
E-mail: dmusgrave@gfrlaw.com

BY: /s/David S. Musgrave (by DGT with authority)
    David S. Musgrave (Bar No. 35327)

*Attorneys for Fulton Bank, N.A.*

4

SEEN:

ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176
Phone No. (703) 777-8850
Fax No: (703) 777-8854
E-mail: crogan@RMZLawFirm.com


BY:    /s/Christopher L. Rogan (by DGT with authority)
       Christopher L. Rogan (Bar No. 30344)

*Attorneys for Bala Jain, LLC*


### CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I HEREBY CERTIFY that this Order has been endorsed by all necessary parties.

                                        /s/ Dylan G. Trache
                                        Dylan G. Trache


Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*

## LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
## PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael Freeman
OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
Century 21 Commercial New Millennium
6629 Old Dominion Drive
McLean, VA 22101

David S. Musgrave
GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202

Christopher Rogan
ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*

# **Exhibit A**

| American Land Title Association | Estimated ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

**Universal Settlement Services of PA**
**ALTA Universal ID:**
**1423 N Atherton Street**
**2nd Floor**
**State College, PA 16803**

| | |
|---|---|
| File No./Escrow No. : | PA-24-1529 |
| Print Date & Time: | June 24, 2024  12:52 pm |
| Officer/Escrow Officer : | Brandy McAulay |
| Settlement Location : | 1423 N Atherton Street, 2nd Floor |
| | State College, PA 16803 |
| Property Address: | 580 W Areba Avenue |
| | Hershey, PA 17033 |
| Borrower: | Annn Investment LLC |
| | Amgad Saad |
| | 4919 Shasta Way |
| | Mechanicsburg, PA 17050 |
| Seller: | H. Jason Gold, Bankruptcy Trustee of The Bankruptcy Estate of Eagle Properties and Investments LLC |
| | 445 Windover Avenue NW |
| | Vienna, VA 22180 |
| Lender: | First Alliance Home Mortgage, LLC ISAOA/ATIMA |
| Settlement Date: | July 19, 2024 |
| Disbursement Date: | July 19, 2024 |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | 337,000.00 | Sale Price of Property | 337,000.00 | |
| | | Deposit | | 10,000.00 |
| | | Loan Amount | | 252,750.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | 600.87 | City/Town Taxes | 600.87 | |
| | | 07/19/24 - 12/31/24 | | |
| | 2,721.46 | Assessments | 2,721.46 | |
| | | 07/19/24 - 06/30/25 | | |
| | | | | |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| | | CPL to Fidelity National Title Insurance Company | 125.00 | |
| | | Lender's Title Insurance to Universal Settlement Services of PA | 1,897.10 | |
| | |     Coverage:  252,750.00 | | |
| | |     Disclosed Premium:  1,897.10 | | |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Title Charges and Escrow/Settlement Charges (continued)** | | |
| | | TIRBOP Endorsement 100 (Covenants, Conditions and Restrictions) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 300 (Mortgage Survey Exception) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 900 (Environmental Protection Lien - Residential) to Universal Settlement Services of PA | 100.00 | |
| 150.00 | | Deed Prep to The Nittany Group | | |
| 250.00 | | Final Sewer to Universal Escrow | | |
| 250.00 | | Final Water to Universal Escrow | | |
| | | Owner's Title Insurance to Universal Settlement Services of PA<br>    Coverage:  337,000.00<br>    Disclosed Premium:   478.80 | 478.80 | |
| 30.00 | | Tax Cert Fee to Universal Settlement Services of PA | | |
| 100.00 | | Title Search Fee to Universal Settlement Services of PA | | |
| | | | | |
| | | **Commissions** | | |
| 10,110.00 | | Commission - Listing Agent to Century 21 New Millennium | | |
| 8,425.00 | | Commission - Selling Agent to Prime Realty Services | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees to Dauphin County Recorder of Deeds | 307.50 | |
| 1,685.00 | | Transfer Tax to Dauphin County Recorder of Deeds | 1,685.00 | |
| 1,685.00 | | Transfer Tax to Dauphin County Recorder of Deeds | 1,685.00 | |
| | | | | |
| | | **Payoff(s)** | | |
| 216,514.65 | | Payoff of First Mortgage Loan to Fulton Bank<br>    Loan Payoff                              191,468.68<br>    Additional Interest From:            4,230.40<br>    07/22/24 Through:<br>    07/19/24 @ 0.000000 Per<br>    Diem<br>    Late charges                               688.32<br>    Legal Fees                              20,000.00<br>    Satisfaction Fees                        127.25<br>            Total Payoff           216,514.65 | | |
| | | | | |
| | | **Miscellaneous** | | |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Miscellaneous (continued)** | | |
| 6,593.62 | | 2021 & 2022 delinquent taxes/good thru to Dauphin County Tax Claim | | |
| 1,419.45 | | 2024 county/twp taxes/good thru 7/31/24 to Dauphin County Treasurer | | |
| 2,862.23 | | 2024 school taxes/good thru 8/31/24 to Dauphin County Treasurer | | |
| 10,110.00 | | 326(a) Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| | | Attorney Title Exam Fee to RL Title and Escrow, Inc. | 150.00 | |
| 16,850.00 | | Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| 1,000.00 | | Expense Reimbursement to to RealMarkets | | |
| 5,000.00 | | Funds held by Trustee to H. Jason Gold, Bankruptcy Trustee of The Bankruptc | | |
| 300.00 | | Past Due Sewer Acct #2856-0 to Derry Township Municipal Authority | | |
| 150.00 | | Settlement and Closing Fee to RL Title and Escrow, Inc. | 895.00 | |

| Seller | | | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| 283,484.95 | 340,322.33 | **Subtotals** | 347,845.73 | 262,750.00 |
| | | **Due from Borrower** | | 85,095.73 |
| 56,837.38 | | **Due to Seller** | | |
| 340,322.33 | 340,322.33 | **Totals** | 347,845.73 | 347,845.73 |

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                                          Case No. 23-10566-KHK
Eagle Properties and Investments LLC                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9                    User: TaiGlennB                               Page 1 of 3
Date Rcvd: Jul 10, 2024                 Form ID: pdford11                             Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| RE | + Stephen Karbelk, Team Leader, RealMarkets, Century 21 New Millennium, 6629 Old Dominion Dr, McLean, VA 22101-4516 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jul 11 2024 00:51:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| prof | Email/Text: stephen@realmarkets.com | Jul 11 2024 00:49:00 | Stephen Karbelk, Team Leader, RealMarkets, Century 21 New Millennium, 20405 Exchange St, Suite 221, Ashburn, VA 20147 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2024                 Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew S Goldstein | on behalf of Creditor GITSIT Solutions LLC AGoldstein@mglspc.com, jcoffman@mglspc.com |
| Barry W. Spear | on behalf of Creditor Aero Mortgage Loan Trust 2019- 1 Barry.Spear@bww-law.com bankruptcy@bww-law.com |

| | | |
|---|---|---|
| District/off: 0422-9 | User: TaiGlennB | Page 2 of 3 |
| Date Rcvd: Jul 10, 2024 | Form ID: pdford11 | Total Noticed: 3 |

Bradley J. Swallow
    on behalf of Defendant Main Street Bank bswallow@fblaw.com

Christian K. Vogel
    on behalf of Interested Party Primis Bank kvogel@vogelandcromwell.com

Christian K. Vogel
    on behalf of Defendant Primis Bank f/k/a Sona Bank kvogel@vogelandcromwell.com

Christopher A. Jones
    on behalf of Debtor Eagle Properties and Investments LLC cajones@whitefordlaw.com
    clano@whitefordlaw.com,dchaney@whitefordlaw.com

Christopher L. Rogan
    on behalf of Defendant Shail Butani crogan@rmzlawfirm.com

Christopher L. Rogan
    on behalf of Creditor Bala Jain LLC crogan@rmzlawfirm.com

Christopher L. Rogan
    on behalf of Defendant Ishwer Butani crogan@rmzlawfirm.com

Christopher L. Rogan
    on behalf of Defendant Bala Jain LLC crogan@rmzlawfirm.com

Corey Simpson Booker
    on behalf of Creditor Atlantic Union Bank corey.booker@atlanticunionbank.com

Craig M. Palik
    on behalf of Creditor Trinity Universal Insurance Company cpalik@mhlawyers.com
    cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnickerson@mhlawyers.com

David S. Musgrave
    on behalf of Creditor Fulton Bank  N.A. dmusgrave@gfrlaw.com, vhilbun@gfrlaw.com

David S. Musgrave
    on behalf of Defendant Fulton Financial Corporation dmusgrave@gfrlaw.com  vhilbun@gfrlaw.com

Dylan G. Trache
    on behalf of Trustee H. Jason Gold dylan.trache@nelsonmullins.com
    linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Elizabeth Husebo
    on behalf of Defendant Daniel J. Kotz ehusebo@grsm.com

Elizabeth Husebo
    on behalf of Defendant First Class Title  Inc. ehusebo@grsm.com

Erik W. Fox
    on behalf of Creditor Vienna Oaks Office Center Condominium efox@reesbroome.com
    rhurley@reesbroome.com;rchambers@reesbroome.com;pgoodwine@reesbroome.com

Gerard R. Vetter
    ustpregion04.ax.ecf@usdoj.gov

H. Jason Gold
    goldtrustee@fiduciaryservicesgroup.com  VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com

Hannah White Hutman
    on behalf of Creditor Bank of Clarke County hhutman@hooverpenrod.com
    scurtis@hooverpenrod.com;hooverpenrodplc@jubileebk.net

J. P. McGuire Boyd, Jr
    on behalf of Defendant Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
    on behalf of Creditor Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
    on behalf of Defendant Bank of Clarke County mboyd@williamsmullen.com

Jack Frankel
    on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov
    USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

James R. Meizanis, Jr.
    on behalf of Creditor LINKBANK jmeizanis@bklawva.com  jroot@bklawva.com;mnoble@bklawva.com

James R. Meizanis, Jr.
    on behalf of Creditor Virginia Partners Bank jmeizanis@bklawva.com  jroot@bklawva.com;mnoble@bklawva.com

Jeffery T. Martin, Jr.

Case 23-10566-KHK    Doc 539    Filed 07/12/24    Entered 07/13/24 00:29:28    Desc
Imaged Certificate of Notice    Page 13 of 13

| District/off: 0422-9 | User: TaiGlennB | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 10, 2024 | Form ID: pdford11 | Total Noticed: 3 |

| | |
|---|---|
| | on behalf of Debtor Eagle Properties and Investments LLC jeff@martinlawgroupva.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com |
| Jeffery T. Martin, Jr. | |
| | on behalf of Plaintiff Eagle Properties and Investments LLC jeff@martinlawgroupva.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com |
| Jeffery T. Martin, Jr. | |
| | on behalf of Counter-Defendant Eagle Properties and Investments LLC jeff@martinlawgroupva.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com |
| Jeremy B. Root | |
| | on behalf of Creditor Virginia Partners Bank jroot@bklawva.com tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com |
| John E Reid | |
| | on behalf of Debtor Eagle Properties and Investments LLC jack@martinlawgroup.com jack@martinlawgroupva.com |
| John Tucker Farnum | |
| | on behalf of Interested Party SC&H Group jfarnum@milesstockbridge.com jfarnumecfnotices@gmail.com;dbernard@milesstockbridge.com |
| Joshua David Stiff | |
| | on behalf of Debtor Eagle Properties and Investments LLC jstiff@wtplaw.com eslate@wtplaw.com;dchaney@whitefordlaw.com |
| Justin Fasano | |
| | on behalf of Creditor Gus Goldsmith jfasano@mhlawyers.com jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;sshin@mhlawyers.com;dmoorehead@mhlawyers.com |
| Lee S Raphael | |
| | on behalf of Creditor Gitsit Solutions  LLC ecf1@ecf.courtdrive.com, cmartin@pralc.com |
| Maurice Belmont VerStandig | |
| | on behalf of Professional Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Nancy Greene | |
| | on behalf of Debtor Eagle Properties and Investments LLC ndg@ndglaw.com |
| Nancy Greene | |
| | on behalf of Plaintiff Eagle Properties and Investments LLC ndg@ndglaw.com |
| Nancy Greene | |
| | on behalf of Professional N D Greene PC ndg@ndglaw.com |
| Richard E. Hagerty | |
| | on behalf of Defendant Navy Federal Financial Group  LLC richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;natalya.diamond@troutman.com |
| Robert Hockenbury | |
| | on behalf of Creditor Shore United Bank robert.hockenbury@wbd-us.com |
| Robert M. Marino | |
| | on behalf of Defendant Shail Butani rmmarino@rpb-law.com  rmmarino1@aol.com |
| Robert M. Marino | |
| | on behalf of Defendant Ishwer Butani rmmarino@rpb-law.com  rmmarino1@aol.com |
| Robert M. Marino | |
| | on behalf of Creditor Bala Jain LLC rmmarino@rpb-law.com  rmmarino1@aol.com |
| Stephanie Gardner Bortnick | |
| | on behalf of Defendant Daniel Kotz sbortnick@grsm.com |
| Stephanie Gardner Bortnick | |
| | on behalf of Defendant Daniel J. Kotz sbortnick@grsm.com |
| Stephanie Gardner Bortnick | |
| | on behalf of Defendant First Class Title  Inc. sbortnick@grsm.com |
| Stephen W. Nichols | |
| | on behalf of Creditor Orrstown Bank snichols@offitkurman.com |

TOTAL: 49