Prepared By and Mail To:
Alan V. Klein, Esq.
alan.klein@offitkurman.com
Attorney I.D. No. 57104
OFFIT KURMAN, P.A.
401 PLYMOUTH ROAD, SUITE 100
PLYMOUTH MEETING, PENNSYLVANIA 19462
(267) 338-1300

Parcel ID: 68-031-098
UPI: 68-031-098-000-0000

IN THE COURT OF COMMON PLEAS OF

DAUPHIN COUNTY, PENNSYLVANIA

12th JUDICIAL DISTRICT

| | |
|---|---|
| **BALA JAIN, LLC,** <br> **6007 Marilyn Drive** <br> **Alexandria, Virginia 22310,** <br><br> Plaintiff, <br><br> v. <br><br><br><br> **EAGLE PROPERTIES AND INVESTMENTS LLC** <br> 445 Windover Avenue <br> Vienna, Virginia 22180 <br> Serve: <br> Monika Jain, Managing Member <br> 445 Windover Avenue <br> Vienna, VA 22180 <br><br> And, <br><br> **MONIKA JAIN** <br> 445 Windover Avenue <br> Vienna, VA 22180 <br><br> And, <br><br> **AMIT JAIN** <br> 445 Windover Avenue <br> Vienna, VA 22180 <br><br> And, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) IN THE CIRCUIT COURT <br> ) OF FAIRFAX COUNTY <br> ) VIRGINIA <br> ) No. [CL-2022-0009687] <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

| | | |
|---|---|---|
| **FIRST CLASS TITLE, INC.** | ) | |
| 1803 Research Blvd, Suite 512 | ) | |
| Rockville, Maryland 20850 | ) | |
| Serve: Robert Kotz | ) | |
| 11505 Hemingway Drive | ) | |
| Reston, Virginia 20194 | ) | |
| | ) | |
| And, | ) | |
| | ) | |
| | ) | |
| **DANIEL KOTZ, ESQ.** | ) | |
| 1803 Research Blvd #512 | ) | |
| Rockville, MD 20850 | ) | |
| | ) | |
| **Defendants.** | ) | |

## PRAECIPE TO INDEX ACTION AS LIS PENDENS

TO THE PROTHONOTARY:

You are hereby notified that on the 18th day of July, 2022, suit was instituted by the undersigned in the above captioned and styled cause in the Circuit Court of Fairfax County, Virginia, and that the following are all the names of the parties to said suit:

| Name of Plaintiff | Name of Defendant | Kind of Suit |
|---|---|---|
| Bala Jain, LLC<br>6007 Marilyn Drive<br>Alexandria, Virginia 22310 | **EAGLE PROPERTIES AND INVESTMENTS LLC**<br>445 Windover Avenue<br>Vienna, Virginia 22180<br>Serve:<br>Monika Jain, Managing Member<br>445 Windover Avenue<br>Vienna, VA 22180 | The lawsuit alleges that one or more of the Defendants used money it borrowed from Bala Jain, LLC to acquire, improve, and/or develop the subject Property. The lawsuit alleges that the Defendants engaged in fraud, conspiracy to commit fraud, breach of contract, and seeks a declaratory judgment and injunctive relief establishing a constructive trust against this Property and such other relief as may be necessary to protect and prepare Bala Jain, LLC's interest in the Property. |
| | **MONIKA JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180 | |
| | **AMIT JAIN** | |

2

|  | 445 Windover Avenue<br>Vienna, VA 22180 |  |
|--|--|--|
|  | **FIRST CLASS TITLE, INC.**<br>1803 Research Blvd, Suite 512<br>Rockville, Maryland 20850<br>Serve: Robert Kotz<br>11505 Hemingway Drive<br>Reston, Virginia 20194 |  |
|  | **Daniel Kotz, Esq.**<br>1803 Research Blvd #512<br>Rockville, MD 20850 |  |

Please index this action filed in the Virginia state courts as a *lis pendens* against the property located at 7616 Grove Ave., Harrisburg, PA 17112. Parcel ID 24-052-102 UPI: 24-052-102-000-0000, more particularly described as:

ALL THAT CERTAIN PIECE OR PARCEL OF LAND SITUATE IN THE TOWNSHIP OF WEST HANOVER, COUNTY OF DAUPHIN AND STATE OF PENNSYLVANIA, BOUNDED AND DESCRIBED AS FOLLOWS, TO WIT:

BEGINNING AT A POINT IN THE NORTHERLY LINE OF GROVE AVENUE PLOTTED FORTY (40) FEET WIDE, WHICH POINT IS IN THE EASTERLY LINE OF LOT NO. 8 ON THE PLAN HEREINAFTER REFERRED TO; THENCE ALONG THE EASTERLY LINE OF SAID LOT NO. 8 NORTH FIVE DEGREES FORTY-THREE MINUTES WEST (N 5 43 W) EIGHTY-FOUR AND TWENTY-FIVE HUNDREDTH (84.25) FEET TO A POINT IN THE SOUTHERLY LINE OF LOT NO. 64 NOW OWNED BY JOHN E. MINEHOFF NORTH EIGHTY-ONE DEGREES SEVENTEEN (17) MINUTES EAST (M 81 17 E) ONE HUNDRED THIRTY-NINE AND FORTY-EIGHT HUNDREDTH (139.48) FEET TO A POINT IN THE WESTERLY LINE OF LANDS NOW OR LATE OF PAUL E. MYERS; THENCE ALONG SAID MYERS PROPERTY SOUTH NO DEGREES FORTY-FOUR MINUTES EAST (S 0 44 E) EIGHTY-FIVE AND TWENTY-SEVEN HUNDREDTH (85.27) FEET TO A POINT IN THE NORTHERLY LINE OF GROVE AVENUE;

3

THENCE ALONG SAID GROVE AVENUE SOUTH EIGHTY-EIGHT DEGREES THIRTY-ONE MINUTES WEST (S 88 31 W) THIRTY-NINE AND FORTY-FIVE HUNDREDTH (39.45) FEET TO A POINT; THENCE STILL ALONG SAID GROVE AVENUE SOUTH SEVENTY-NINE DEGREES TWENTY MINUTES WEST (S 79 20 W) SIXTY-FIVE AND SEVENTEEN HUNDREDTH (65.17) FEET TO A POINT AND THENCE STILL ALONG SAID GROVE AVENUE SOUTH SEVENTY-SIX DEGREES NINETEEN MINUTES WEST (S76 19 W) TWENTY EIGHT AND EIGHT HUNDREDTH (28.08) FEET TO A POINT, THE PLACE OF BEGINNING.

THE ABOVE DESCRIBED PREMISES ARE SUBJECT TO A RIGHT-OF-WAY HELD BY THE PENNSYLVANIA POWER AND LIGHT COMPANY AND ANOTHER RIGHT-OF-WAY BY THE BELL TELEPHONE COMPANY AS NOW EXISTING.

ALSO, TOGETHER WITH AND SUBJECT OT THE TERMS AND PROVISIONS OF MAINTENANCE AGREEMENT (PRIVATE ROAD) DATED 7-1-1993, IN BOOK 2059, PAGE 145.

SAID PROPERTY BEING KNOWN FOR PURPOSES OF ASSESSMENT AND TAXATION PURPOSES AS PROPERTY IDENTIFICATION NO. 68-031-098-000-0000.

Being the same property acquired by deed at Instrument No. 20210044893 dated 12/6/2021, and recorded 12/20/2021 from AVAN HUYNH, INCORRECTLY VESTED ON TITLE AS A. VAN HUYNH, SURVIVING TENANT BY THE ENTIRETY OF BARBARA J. HUYNH, DECEASED, WHO DEPARTED THIS LIFE ON OR ABOUT 9-30-2012, AND AU TRAN, HIS WIFE.

I certify that this action involves title to real estate and seeks relief in the form of imposition of a constructive trust based on Eagle Properties and Investments, LLC's ("Eagle") use of loan

proceeds it obtained from Bala Jain, LLC for the purchase, improvement and development of the real estate at issue. Bala Jain, LLC has filed a lawsuit against Eagle, Amit Jain, Monika Jain, First Class Title, and Daniel Kotz. The lawsuit alleges, *inter alia*, that: Amit Jain, Monika Jain, First Class title and Daniel Kotz committed fraud and conspiracy to commit fraud in order to deceive Bala Jain, LLC to lend Eagle $7.5 million in loans to purchase, improve, and develop various real properties, including the real estate at issue (Counts I and II), and that Bala Jain is entitled to declaratory judgment that Eagle's failure to repay the loans combined with the other defendants to fraud entitles Bala Jain to seek imposition of a constructive trust on the real estate at issue (Count III).

Plaintiff is seeking a Constructive Trust on the property referenced herein.

Dated: July 29, 2022

Respectfully submitted,

*[signature]*

Alan V. Klein, Esq.
alan.klein@offitkurman.com
Attorney for Plaintiff
OFFIT KURMAN, P.A.
401 PLYMOUTH ROAD, SUITE 100
PLYMOUTH MEETING, PENNSYLVANIA 19462
(267) 338-1300

## VERIFICATION

I, SHAIL BUTANI, verify that I am Managing Member of Bala Jain, LLC, a Virginia LLC, and I am authorized to make this verification on its behalf. The allegations in the foregoing praecipe to index an action as *lis pendens* are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

Bala Jain, LLC, a Virginia LLC,

By: *[signature]*

SHAIL BUTANI
Its: Managing Member

5

Alan V. Klein, Esq.
alan.klein@offitkurman.com
Attorney I.D. No. 57104
OFFIT KURMAN, P.A.
401 PLYMOUTH ROAD, SUITE 100
PLYMOUTH MEETING, PENNSYLVANIA 19462
(267) 338-1300

IN THE COURT OF COMMON PLEAS OF

DAUPHIN COUNTY, PENNSYLVANIA

12th JUDICIAL DISTRICT

Court Term: JULY, 2022

| | |
|---|---|
| **BALA JAIN, LLC,** | IN THE CIRCUIT COURT |
| Plaintiff[s], | OF FAIRFAX COUNTY VIRGINIA |
| | No. [CL-2022-0009687] |
| v. | |
| **EAGLE PROPERTIES AND INVESTMENTS LLC, ET AL.,** | |
| Defendant[s]. | |

**CERTIFICATION OF COMPLIANCE WITH**
**CASE RECORDS PUBLIC ACCESS POLICY**

I certify that this filing, which includes a Praecipe to Index as Lis Pendens, complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

7/29/2022

_____
Alan V. Klein

4855-9358-1099, v. 9

6

**James M. Zugay, Esq.**
Recorder of Deeds
(717) 780-6560

**Candace E. Meck**
*First Deputy*



*Location:*
Dauphin County Courthouse
Room 102
Front & Market Streets
Harrisburg, PA 17101

## Recorder of Deeds

Harrisburg, Pennsylvania

## CERTIFIED END PAGE

INSTRUMENT #: 20220024614
RECORD DATE: 8/12/2022 1:32:22 PM
RECORDED BY: JSTAZNIK
DOC TYPE: LIS PEND
AGENT: SIMPLIFILE
DIRECT NAME: EAGLE PROPERTIES & INVESTMENTS LLC
INDIRECT NAME:

RECORDING FEES - State: $0.50
RECORDING FEES - County: $13.00
ACT 8 OF 1998: $5.00
ADDITIONAL NAME FEE: $4.00

WEST HANOVER TWP

UPICount: 1
UPIFee:   20
UPIList:  68-031-098-000-0000

I Certify This Document To Be Recorded
In Dauphin County, Pennsylvania.



James M. Zugay, *Recorder of Deeds*

## THIS IS A CERTIFICATION PAGE

# PLEASE DO NOT DETACH

THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT