| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-1<br>Case 23-10566-KHK<br>Eastern District of Virginia<br>Alexandria<br>Wed Jul 17 09:38:31 EDT 2024 | 3977 Chain Bridge Rd, Suite 1<br>Faifax, VA 22030-3308 | ADT<br>P O Box 371878<br>Pittsburgh, PA 15250-7878 |
| Aero Mortgage Loan Trust 2019- 1<br>8100 Three Chopt Rd.<br>Suite 240<br>Richmond, VA 23229-4833 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Asset Based Lending<br>PO BOX 27370<br>Anaheim, CA 92809-0112 |
| Atlantic Union Bank<br>1051 E. Cary Street<br>Suite 1200<br>Richmond, VA 23219-4044 | Atlantic Union Bank<br>8221 Old Courthouse Rd Ste 100,<br>Tysons, VA 22182-3839 | (p)ATLANTIC UNION BANK<br>P O BOX 176<br>BLACKSBURG VA 24063-0176 |
| Bala Jain<br>Christopher L. Rogan, Esq.<br>50 Catoctin Circle, NE, Suite 300<br>Leesburg, VA 20176-3101 | Bala Jain LLC<br>6007 Marilyn Dr.<br>Alexandria, VA 22310-1516 | Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 2231- 22310-1516 |
| Bank Of Clarke<br>110 Crock Wells Mill Drive<br>Winchester, VA 22603-3943 | Bank Of Clarke County<br>2 East Main Street<br>Berryville, VA 22611-1338 | Bank of Clarke<br>c/o Hannah W. Hutman, Esq.<br>Hoover Penrod, PLC<br>342 S. Main Street<br>Harrisonburg, VA 22801-3628 |
| Bank of Clarke County<br>c/o Hannah W. Hutman, Esq.<br>Hoover Penrod, PLC<br>342 S. Main Street<br>Harrisonburg, VA 22801-3628 | Betsy Dalton<br>1003 Lynn St SW<br>Vienna, VA 22180-6428 | Corey Simpson Booker<br>1051 East Cary Street<br>Suite 1200<br>Richmond, VA 23219-4044 |
| J. P. McGuire Boyd Jr<br>Williams Mullen, P.C.<br>200 South 10th Street<br>Richmond, VA 23219-4091 | COUNTY OF HENRICO, VIRGINIA<br>SARA L. MAYNARD, ASST. COUNTY ATTORNEY<br>P. O. BOX 90775<br>HENRICO, VIRGINIA 23273-0775 | Candice Goodman<br>15474 Roxbury Rd<br>Glenwood, MD 21738-9306 |
| Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | City of Richmond<br>Division of Collections PO Box 26505<br>Richmond, VA 23261-6505 | City of Richmond  City Hall<br>Room 109 Delinquent Taxes<br>900 East Broad Street<br>Richmond VA 23219-1907 |
| Community Bank Of Chesapeake<br>202 Centennial St,<br>La Plata, MD 20646 | Community Bank of the Chesapeake<br>Atten: Jared Krahler<br>3035 Leonardtown Road<br>Waldorf, MD 20601-3112 | County of Fairfax<br>Department of Tax Administration, Revenu<br>Suite 223<br>Fairfax, VA 22035 |
| County of Henrico<br>Department of Finance, PO Box 90775<br>Henrico, VA 23273-0775 | DTMA<br>670 Clearwater RD<br>Hershey, PA 17033-2453 | Dauphin County Office of Tax Claim Bureau<br>Dauphin County Administration Building,<br>PO Box No 1295<br>Harrisburg, PA 17108 |

```
Dauphin County Tax Claim Bureau          Department of Finance Howard county    Devon England
P. O. Box 1295                           Property Tax Division, 3430, Court House   213 N Port St
Harrisburg, PA 17108                     Ellicott City, MD 21043-4300             Baltimore , MD 21224-1027


(p)DOMINION ENERGY VIRGINIA NORTH CAROLINA   Eagle Properties and Investments LLC    John Tucker Farnum
PO BOX 26666                             445 Windover Ave North West              Miles and Stockbridge PC
RICHMOND VA 23261-6666                   Vienna, VA 22180-4232                    1201 Pennsylvania Ave
                                                                                  Suite 900
                                                                                  Washington, DC 20004-2464


Justin Fasano                            Erik W. Fox                              Jack Frankel
McNamee Hosea, P.A.                      Rees Broome, PC                          Office of the U.S. Trustee
6404 Ivy Lane                            1900 Gallows Road                        1725 Duke Street, Suite 650
Ste 820                                  Suite 700                                Alexandria, VA 22314-3489
Greenbelt, MD 20770-1416                 Vienna, VA 22182-3886


Fulton Bank                              Fulton Bank, N.A.                        Fulton Bank, N.A.
625 Elden St,                            c/o David S. Musgrave, Esquire           c/o David S. Musgrave, Esquire
Herndon, VA 20170-4739                   Gordon Feinblatt LLC                     Gordon Feinblatt LLC
                                         1001 Fleet Street, Suite 700             1001 Fleet Street, Suite 700
                                         Baltimore, MD 21202-4363                 Baltimore, Maryland 21202-4363


GITSIT Solutions, LLC                    Gitsit Solutions, LLC                    Gitsit Solutions, LLC
c/o Andrew S. Goldstein                  c/o Prober & Raphael, A Law Corporation  333 South Anita Drive, Suite 400
PO Box 404                               20750 Ventura Boulevard, Suite 100       Orange, CA 92868-3314
Roanoke, VA 24003-0404                   Woodland Hills, CA 91364-6207


H. Jason Gold                            Andrew S Goldstein                       Nancy Greene
H. Jason Gold, Trustee                   Magee Goldstein Lasky & Sayers, P.C.     N D Greene PC
P.O. Box 57359                           PO Box 404                               3977 Chain Bridge Rd
Washington, DC 20037-0359                Roanoke, VA 24003-0404                   Suite 1
                                                                                  Fairfax, VA 22030-3308


Gus Goldsmith                            Gus Goldsmith                            Robert Hockenbury
18205 Biscayne Blvd, Suite 2226          Justin P. Fasano                         Womble Bond Dickinson (US) LLP
Aventura, FL 33160-2149                  6411 Ivy Lane, Suite 200                 100 Light Street, 26th Floor
                                         Greenbelt, MD 20770-1405                 Baltimore, MD 21202-1153


Howard County Maryland                   Hannah White Hutman                      Internal Revenue Service
Gary Kuc, Esq/Kristen Bowen Perry, Esq.  Hoover Penrod, PLC                       Special Procedures Support Staff
3450 Court House Drive                   342 S. Main Street                       P. O. Box 10025
Ellicott City, MD 21043-4330             Harrisonburg, VA 22801-3628              Richmond, VA 23240


Amit Jain                                Christopher A. Jones                     Joshua Fowlers
445 Windover Ave North West              Whiteford Taylor & Preston, LLP          580 W Areba Ave
Vienna, VA 22180-4232                    3190 Fairview Park Dr.                   Hershey , PA 17033-1605
                                         Suite 800
                                         Falls Church, VA 22042-4558


(p)REALMARKETS                           Stephen Karbelk                          LINKBANK
20333 MEDALIST DRIVE                     Team Leader, RealMarkets                 1250 Camphill Bypass, Suite 202
ASHBURN VA 20147-4184                    Century 21 New Millennium                Camp Hill, PA 17011-3718
                                         6629 Old Dominion Dr
                                         McLean, VA 22101-4516
```

```
Lincoin Financing                Lincoln Automotive Financial Services    Lincoln Automotive Financial Services
9030 Stony Point Pkwy            P.O. Box 62180                           PO Box 2400, Edmonton, Alberta, T5J 5C7,
Richmond, VA 23235-1957          Colorado Springs, CO 80962-2180


Main Street Bank                 MainStreet Bank                          Robert M. Marino
10089 Fairfax Blvd.              c/o Eric S. Schuster, Esq.               Redmon Peyton & Braswell, LLP
Fairfax, VA 22030-1742           100 Light Street, Suite 1400             510 King Street
                                 Baltimore, Maryland 21202-1188           Suite 301
                                                                          Alexandria, VA 22314-3184


Jeffery T. Martin Jr.            Mayor and City Council Baltimore         James R. Meizanis Jr.
Martin Law Group, P.C.           Bureau of Revenue Collections            Blankingship & Keith, PC
8065 Leesburg Pike               200 Holliday Street Room #1              4020 University Drive
Ste 750                          Bankruptcy                               Suite 300
Vienna, VA 22182-2702            Baltimore, MD 21202-6295                 Fairfax, VA 22030-6802


Monika Jain                      Monika Jain                              David S. Musgrave
445 Windover Ave North West      445 Windover Drive                       Gordon Feinblatt LLC
Vienna, VA 22180-4232            Vienna                                   233 East Redwood Street
                                 VA 22180-4232                            Baltimore, MD 21202-3332


N D Greene PC                    N D Greene PC                            NP Master Trust I (Cayman) LLC
N D Greene PC                    3977 Chain Bridge Rd, Suite 1            c/o Andrea C. Davison
3977 Chain Bridge Rd             Fairfax, VA 22030-3308                   2311 Wilson Blvd Suite 500
Suite 1                                                                   Arlington VA 22201-5422
Faifax, VA 22030-3308


Stephen W. Nichols               Orrstown Bank                            Orrstown Bank
Offit Kurman, P.A.               c/o Stephen Nichols, Esq.                Offit/Kuman PA
7501 Wisconsin Avenue            Offit Kurman PA                          7501 Wisconsin Ave #1000W
Suite 1000w                      7501 Wisconsin Ave. Suite 1000W          Bethesda, MD 20814-6604
Bethesda, MD 20814-6604          Bethesda, MD 20814-6604


PPL Electric Utilities           Craig M. Palik                           Pennsylvania American Water
827 Hausman Rd                   McNamee Hosea                            P O Box 371412
Allentown, PA 18104-9392         6404 Ivy Lane                            Pittsburgh, PA 15250-7412
                                 Suite 820
                                 Greenbelt, MD 20770-1416


Lee S Raphael                    John E Reid                              Christopher L. Rogan
Prober & Raphael, Law Corporation Martin Law Group, P.C.                  RoganMillerZimmerman, PLLC
20750 Ventura BLVD., Suite 100   8065 Leesburg Pike                       50 Catoctin Circle, N.E., Suite 300
Woodland Hills, CA 91364-6207    Suite 750                                Leesburg, VA 20176-3101
                                 Vienna, VA 22182-2702


Jeremy B. Root                   SC&H Group                               SC&H Group, Inc.
Blankingship & Keith, P.C.       c/o Miles & Stockbridge P.C.             c/o Robert Patrick
4020 University Dr. Ste. 300     1201 Pennsylvania Ave., NW               910 Ridgebrook Road
Fairfax, VA 22030-6802           Ste. 900                                 Sparks, MD 21152-9390
                                 Washington, DC 20004-2464


Shore United Bank                Barry W. Spear                           Stafford County
200 West Gate Circle             BWW Law Group, LLC                       Laura M Rudy, Treasurer, PO Box 68
Suite 200                        8100 Three Chopt Road                    Stafford, VA 22555-0068
Annapolis, MD 21401-3377         Suite 240
                                 Richmond, VA 23229-4833
```

```
Stafford County Attorney's Office      Joshua David Stiff                     Town Of Vienna Water and Sewer Bill
1300 Courthouse Road                   Whiteford Taylor Preston LLP           127 Center St
P.O. Box 339                           249 Central Park Avenue                Vienna, VA 22180-5719
Stafford, VA 22555-0339                Suite 300
                                       Virginia Beach, VA 23462-3271


Dylan G. Trache                        Trinity Universal Insurance Company    Trinity Universal Insurance Company
Nelson Mullins Riley & Scarborough LLP c/o Man Global Private Mkts. (USA), Inc. c/o Man Global Private Mkts. (USA) Inc.
101 Constitution Avenue, N.W.          1345 Avenue of the Americas 21st Floor Attn: Legal
Suite 900                              New York, NY 10105-0199                1345 Avenue of the Americas, 21st Floor
Washington, DC 20001-2133                                                     New York, NY 10105-0199


Troy Mason                             Turkey Hill                            U.S. Securities and Exchange Commission
3002 Williamsburg Rd                   1635 Church Rd                         Office of Reorganization
Richmond , VA 23231-2128               Hershey , PA 17033-1812                950 East Paces Ferry Rd, Suite 900
                                                                              Atlanta, GA 30326-1382


U.S. Trustee                           (p)UGI UTILITIES INC                   UST smg Alexandria
1725 Duke Street, Suite 650            ATTN CREDIT & COLLECTIONS              Office of the U. S. Trustee
Alexandria, VA 22314-3489              P O BOX 13009                          1725 Duke Street
                                       READING PA 19612-3009                  Suite 650
                                                                              Alexandria, VA 22314-3489


Maurice Belmont VerStandig             Verizon Fios                           Gerard R. Vetter
The VerStandig Law Firm, LLC           1430 Walnut St                         Office of the U.S. Trustee - Region 4
9812 Falls Roads, #114-160             Philadelphia, PA 19102-4021            1725 Duke Street
Potomac, MD 20854-3976                                                        Suite 650
                                                                              Alexandria, VA 22314-3489


Vienna Oaks Office Center Condominium  Vienna Oaks Office Center Condominium  Virginia Partners Bank
c/o Rees Broome, PC                    c/o Erik W. Fox, Rees Broome           410 William St.
Suite 700                              1900 Gallows Road, Sutie 700           Fredericksburg, VA 22401-5834
Tysons Corner, VA 22182                Tysons Corner, VA 22182-3886


Virginia Partners Bank                 Christian K. Vogel                     Washington Gas
LINKBANK                               Vogel Law Group, PLC                   6801 Industrial Rd
1250 Camphill Bypass, Suite 202        513 Forest Ave.                        Springfield, VA 22151-4205
Camp Hill, PA 17011-3718               Suite 205
                                       Richmond, VA 23229-6850


Waste Management                       West Hanover Tap Water and Sewer       West Hanover Township Water & Sewer Authorit
P O Box 13577                          7091 Jonestown Rd                      Steven P. Miner, Esquire
Philadelphia, PA 19101-3577            Harrisburg, PA 17112                   3631 N. Front Street
                                                                              Harrisburg, PA 17110-1533


Wilmington Savings Fund Society, FSB
FCI Lender Services, Inc.
P.O. Box 27370
Anaheim Hills, CA 92809-0112
```

                    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlantic Union Bank<br>PO Box 176<br>Blacksburg, VA 24063 | Dominion Energy<br>P O Box 26543<br>Richmond, VA 23290 | Stephen Karbelk<br>Team Leader, RealMarkets<br>Century 21 New Millennium<br>20405 Exchange St, Suite 221<br>Ashburn, VA 20147 |
| UGI Utilities Inc<br>400 Stewart Rd<br>Hanover, PA 18706 | (d)UGI Utilities, Inc.<br>PO Box 13009<br>Reading, PA 19612 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bala Jain LLC | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 |
| (d)Bala Jain LLC<br>Christopher L. Rogan, Esq.<br>50 Catoctin Circle, NE Suite 300<br>Leesburg, VA 20176-3101 | (u)Gus Goldsmith | (u)Isidoro Pulido Luna<br>202 N Port St |
| (u)LINKBANK | (u)Lincoln Automotive Financial Services | (u)MainStreet Bank |
| (u)Primis Bank | (u)Maurice VerStandig | End of Label Matrix<br>Mailable recipients   114<br>Bypassed recipients    11<br>Total                 125 |