# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| EAGLE PROPERTIES AND ) | Bankruptcy Case |
| INVESTMENTS, LLC, ) | No. 23-10566-KHK |
| ) | Chapter 7 |
| Debtor. ) | |
| _____) | |

## NOTICE OF ABANDONMENT PURSUANT TO 11 U.S.C. § 554 AND FED. R. BANKR. P. 6007

Pursuant to 11 U.S.C. § 554 and Federal Rule of Bankruptcy Procedure 6007, H. Jason Gold, the Chapter 7 Trustee ("Trustee") for the estate of the above-captioned debtor, by his undersigned counsel, hereby abandons the estate's interest in 213 N. Port Street, Baltimore, Maryland 21224 (the "Property"), as the Property appears to have inconsequential value to the estate.

Unless an objection to the proposed abandonment is filed with the United States Bankruptcy Court for the Eastern District of Virginia (Alexandria Division), 200 South Washington Street, Alexandria, Virginia 22314, and served on the Trustee's undersigned counsel by **no later than July 31, 2024**, the estate's interest in the Property will be abandoned in accordance with 11 U.S.C. § 554, and without further Order of the Court.

Any questions may be directed to the undersigned.

Respectfully submitted,

H. JASON GOLD, TRUSTEE

By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email:  dylan.trache@nelsonmullins.com


By:     /s/ Dylan G. Trache
        H. Jason Gold, Va. Bar No. 19117
        Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*




## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of July, 2024, a copy of the foregoing Notice was served via first class mail, postage prepaid, upon the parties in interest on the attached service list[1] and to:

> Office of the United States Trustee
> 1725 Duke Street, Suite 650
> Alexandria, VA  22314


/s/  Dylan G. Trache
Dylan G. Trache

---

[1] Pursuant to Local Rule 5005-1(C)(8), the attached service list is not be served on each of the parties, but is attached to the original Certificate of Service filed with the Court.