IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EAGLE PROPERTIES AND | ) | |
| INVESTMENTS LLC | ) | CASE NO. 23-10566-KHK |
| | ) | CHAPTER 7 |
| Debtor | ) | |

## TRUSTEE'S OPERATING REPORT FOR PERIOD JUNE 1, 2024 TO JUNE 30, 2024

H. Jason Gold, Trustee, pursuant to the Court's Order entered April 25, 2024 (ECF 424) submits this Monthly Operating Report for the period commencing June 1, 2024 and ending June 30, 2024.  Attached to this report are (1) a detailed report of the disposition of the case and the various rental properties;  (2) a detailed statement of rent receipts and management fees and expenses for each property from RealMarkets; and (3) other receipts and expenses incurred by the trustee.

Respectfully submitted,

H. JASON GOLD, TRUSTEE

By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax:  (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:    /s/ Dylan G. Trache
        Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*



**Executive Summary**
**Asset Management**
**Eagle Properties and Investments, LLC**
**June 2024**

In June 2024, we focused on maintaining the properties while they went through the marketing and sales process.

**Transition Management from Chapter 11 to Chapter 7**
We have taken control of all accounts that we need to have control of.

**Insurance Update**
All properties are either insured or, if the insurance company has cancelled the policy due to insurability issues, the secured creditor has been notified so they can put forced placed insurance in place.

**Invoices**
To the best of my knowledge, all invoices that need to be paid by the bankruptcy estate are being directed or sent to my attention.

**Tenant Issues**
- 6961 Sterling Road, Harrisburg, PA: Their water bill was not being paid and they were at risk of having their water turned off. Their rent is being paid by a third-party agency. I had to pay their past due water bill to avoid an occupancy problem.
- 580 W. Areba Ave, Hershey, PA: The tenant gave notice and is moving out in early July.
- 15474 Roxbury Road, Glenwood, MD – The tenant is not paying rent. We have identified counsel to handle the eviction process and introduced him to the Trustee and his attorney for further consideration.

**Short-Term Rental Inspection**
Before Chapter 7 proceedings, the Debtor engaged in short-term rentals. West Hanover Township initiated legal action to halt this activity. The Trustee and his counsel negotiated an agreement to resolve the litigation, requiring contract buyers to acknowledge in writing the prohibition on short-term rentals and mandate property inspections for unpermitted work. The inspection report was completed. The result is that there is substantial non-permitted work in each home that either needs to be permitted (which requires opening up all of the walls and possibly removing walls) or having all of the improvements removed.

Impacted properties include:
- 249 Berkstone Drive, Harrisburg, PA
- 204 S. Fairville Ave, Harrisburg, PA
- 6958 New Oxford Road, Harrisburg, PA
- 6961 Sterling Road, Harrisburg, PA

**Advanced Funding**

The Trustee reimbursed RealMarkets for the following out-of-pocket expenses:

- $390.00 – March 2024
- $3,733.15 – April 2024
- $3,919.58 – May 2024
- $5,374.21 – June 2024 (Due but billed in July 2024)

We will continue to work closely with the Trustee and his counsel for the required approvals and decisions.

**Sincerely,**


**Stephen Karbelk**
Team Leader RealMarkets, a CENTURY 21 New Millennium team
Court Appointed Asset Manager, Eagle Properties and Investments LLC



**Income and Expense Analysis – June 2024**
**Eagle Properties and Investments, LLC**

This report is provided for properties that are occupied and rent was received in June 2024. As noted on the Rent Roll, the following properties are tenant occupied but no rent was received:

- 2567 Chain Bridge Road, Vienna, VA – Hearing to approve sale scheduled for July 2, 2024, expect closing in late July 2024.

- 15474 Roxbury Road, Glenwood, MD – Collection efforts attempted, no response, tenant has a history of non-payment, recommend engaging eviction counsel.

- 202 N. Port Street, Baltimore, MD – Collection efforts attempted, tenant has a history of non-payment

- 213 N. Port Street, Baltimore, MD – Collection efforts attempted, tenant has a history of non-payment

- 580 W. Areba Ave, Hershey, PA – Tenant moving out, did not pay June 2024 rent

- 6961 Sterling Road, Harrisburg, PA – Received the May 2024 rent on July 3, will include in July status report, we had an issue with setting up the new account with the housing agency, payments should resume on schedule in July 2024.

- 1001 Manning Drive, Fredericksburg, VA – This rent is past due and a request for payment has been sent.

**1635 Church Road, Hershey, PA**
**Lender: Bank of Clarke**

| Income | June 2024 | Payee | Notes |
|---|---|---|---|
| Rent – May 2024 | $2,750 | Tenant | |
| Rent – June 2024 | $2,500 | | |
| Expenses | | | |
| Insurance | $146.14 | State Farm | ACH |
| Electric | Tenant Responsibility | | |
| Water/Sewer | $9.00 | | |
| Landscaping | Tenant Responsibility | | |
| Maintenance | $0.00 | | |
| Other | $0.00 | | |
| Net Proceeds | $5,103.86 | | |

Surplus Funds: $5,103.86 – this property is not subject to a cash collateral order.

Auction Markets, LLC
June 2024 Transaction Report
Eagle Properties Investments LLC

| Inv Ref | Date | Name | Memo/Description | Rental Income Received | 1st DOT Cash Collateral Order | Account | Amount | Property total |
|---|---|---|---|---|---|---|---|---|
| 65 | 06/18/2024 | State Farm | 1001 Manning Drive, Fredericksburg, VA | No | Yes - Fulton Bank | Property Insurance | $ 47.75 | $ 47.75 |
| 86 | 06/23/2024 | H&W Cleaning Services LLC | 1010 Lynn Street, SW, Vienna, VA | No | No | Cleaning | $ 150.00 | |
| 101 | 06/17/2033 | Edward Bradley | 1010 Lynn Street, SW, Vienna, VA | No | No | Mowing - 5/25 | $ 75.00 | |
| 111 | 06/16/2033 | Edward Bradley | 1010 Lynn Street, SW, Vienna, VA | No | No | Mowing - 6/5 | $ 75.00 | |
| 73 | 06/02/2024 | State Farm | 1010 Lynn Street, SW, Vienna, VA | No | No | Property Insurance | $ 58.33 | $ 358.33 |
| 100 | 06/17/2032 | Edward Bradley | 1203 Cottage Street, SW, Vienna, VA | No | Yes - Fulton Bank | Mowing - 5/25 | $ 75.00 | |
| 110 | 06/16/2032 | Edward Bradley | 1203 Cottage Street, SW, Vienna, VA | No | Yes - Fulton Bank | Mowing - 6/5 | $ 75.00 | $ 150.00 |
| 57 | 06/10/2024 | PA American Water | 1343 Church Road, Hershey, PA | No | Yes - Fulton Bank | Utilties - Listings | $ 17.58 | |
| 99 | 06/17/2031 | Edward Bradley | 1343 Church Road, Hershey, PA | No | Yes - Fulton Bank | Mowing - 5/25 | $ 75.00 | |
| 109 | 06/16/2031 | Edward Bradley | 1343 Church Road, Hershey, PA | No | Yes - Fulton Bank | Mowing - 6/5 | $ 75.00 | |
| 112 | 06/28/2024 | State Farm | 1343 Church Road, Hershey, PA | No | Yes - Fulton Bank | Property Insurance | $ 80.25 | |
| 89 | 06/05/2024 | State Farm | 1343 Church Road, Hershey, PA | No | Yes - Fulton Bank | Property Insurance | $ 61.06 | |
| 114 | 06/17/2024 | DTMA | 1343 Church Road, Hershey, PA | No | Yes - Fulton Bank | Utilties - Listings | $ 22.50 | |
| 71 | 06/22/2024 | PA American Water | 1343 Church Road, Hershey, PA | No | Yes - Fulton Bank | Utilties - Listings | $ 19.46 | $ 350.85 |
| 123 | 06/26/2024 | State Farm | 15474 Roxbury Road, Glenwood, MD | No | No | Property Insurance | $ 87.75 | $ 87.75 |
| 115 | 06/10/2024 | PPL Electric Utilities | 1630 E. Chocolate, Hershey, PA | No | Yes - Fulton Bank | Utilties - Listings | $ 45.89 | |
| 89 | 06/05/2024 | State Farm | 1630 E. Chocolate, Hershey, PA | No | Yes - Fulton Bank | Property Insurance | $ 39.52 | |
| 112 | 06/28/2024 | State Farm | 1630 E. Chocolate, Hershey, PA | No | Yes - Fulton Bank | Property Insurance | $ (56.01) | |
| 122 | 06/10/2024 | PA American Water | 1630 E. Chocolate, Hershey, PA | No | Yes - Fulton Bank | Utilties - Listings | $ 79.58 | |
| 116 | 06/16/2024 | DTMA | 1630 E. Chocolate, Hershey, PA | No | Yes - Fulton Bank | Utilties - Listings | $ 46.50 | |
| 117 | 06/14/2024 | PA American Water | 1630 E. Chocolate, Hershey, PA | No | Yes - Fulton Bank | Utilties - Listings | $ 49.04 | $ 204.52 |
| 89 | 06/05/2025 | State Farm | 1635 Church Road, Hershey, PA | Yes | No - Bank of Clarke | Property Insurance | $ 73.08 | |
| 112 | 06/28/2024 | State Farm | 1635 Church Road, Hershey, PA | Yes | No - Bank of Clarke | Property Insurance | $ 73.06 | |
| 114 | 06/17/2024 | DTMA | 1635 Church Road, Hershey, PA | Yes | No - Bank of Clarke | Utilties - Listings | $ 9.00 | $ 155.14 |
| 79 | 06/23/2024 | State Farm | 202 N. Port, Baltimore, Maryland | No | TBD - Bala Jain Only | Property Insurance | $ 75.99 | |
| 72 | 06/23/2024 | City of Baltimore | 202 N. Port, Baltimore, Maryland | No | TBD - Bala Jain Only | Municipal Charge - Trash Fine | $ 50.00 | |
| 59 | 06/23/2024 | City of Baltimore | 202 N. Port, Baltimore, Maryland | No | TBD - Bala Jain Only | Municipal Charge - Placement of Trash Cans | $ 50.00 | $ 175.99 |
| 77 | 06/14/2024 | PA American Water | 204 S. Fairville Ave, Harrisburg, PA | No | No | Utilties - Listings | $ 74.29 | |
| 92 | 06/17/2024 | Edward Bradley | 204 S. Fairville Ave, Harrisburg, PA | No | No | Mowing - 5/25 | $ 75.00 | |
| 102 | 06/16/2024 | Edward Bradley | 204 S. Fairville Ave, Harrisburg, PA | No | No | Mowing - 6/5 | $ 75.00 | |
| 112 | 06/28/2024 | State Farm | 204 S. Fairville Ave, Harrisburg, PA | No | No | Property Insurance | $ 78.66 | |
| 118 | 06/14/2024 | PA American Water | 204 S. Fairville Ave, Harrisburg, PA | No | No | Utilties - Listings | $ 49.20 | |
| 68 | 06/10/2024 | PA American Water | 204 S. Fairville Ave, Harrisburg, PA | No | No | Utilties - Listings | $ 49.20 | |
| 121 | 06/20/2024 | PA American Water | 204 S. Fairville Ave, Harrisburg, PA | No | No | Utilties - Listings | $ 70.37 | |
| 75 | 06/22/2024 | PPL Electric Utilities | 204 S. Fairville Ave, Harrisburg, PA | No | No | Utilties - Listings | $ 62.85 | $ 534.57 |
| 98 | 06/17/2030 | Edward Bradley | 249 Berkstone Drive, Harrisburg, PA | No | No | Mowing - 5/25 | $ 75.00 | |
| 108 | 06/16/2030 | Edward Bradley | 249 Berkstone Drive, Harrisburg, PA | No | No | Mowing - 6/5 | $ 75.00 | |
| 112 | 06/28/2024 | State Farm | 249 Berkstone Drive, Harrisburg, PA | No | No | Property Insurance | $ 74.83 | |
| 81 | 06/10/2024 | PPL Electric Utilities | 249 Berkstone Drive, Harrisburg, PA | No | No | Utilties - Listings | $ 59.83 | $ 284.66 |

Auction Markets, LLC
June 2024 Transaction Report
Eagle Properties Investments LLC

| # | Date | Payee | Property | | | Category | Amount | Total |
|---|------|-------|----------|---|---|----------|--------|-------|
| 84 | 06/20/2024 | The Hartford | 2565 & 2567 Chain Bridge Road, Vienna, VA | No | No | Utilties - Listings | $ 129.23 | $ 129.23 |
| 120 | 06/26/2024 | State Farm | 3012 Dupont Ave, Batlimore, MD | No | TBD - Bala Jain Only | Property Insurance | $ 70.08 | $ 70.08 |
| 89 | 06/05/2024 | State Farm | 580 W. Areba Ave, Hershey, PA | No | Yes - Fulton Bank | Property Insurance | $ 53.48 | |
| 112 | 06/28/2024 | State Farm | 580 W. Areba Ave, Hershey, PA | No | Yes - Fulton Bank | Property Insurance | $ 72.66 | |
| 114 | 06/17/2024 | DTMA | 580 W. Areba Ave, Hershey, PA | No | Yes - Fulton Bank | Utilties - Listings | $ 10.50 | $ 136.64 |
| 93 | 06/17/2025 | Edward Bradley | 6958 New Oxford Road, Harrisburg, PA | No | No | Mowing - 5/25 | $ 75.00 | |
| 103 | 06/16/2025 | Edward Bradley | 6958 New Oxford Road, Harrisburg, PA | No | No | Mowing - 6/5 | $ 75.00 | |
| 112 | 06/28/2024 | State Farm | 6958 New Oxford Road, Harrisburg, PA | No | No | Property Insurance | $ 67.33 | |
| 88 | 06/10/2024 | PPL Electric Utilities | 6958 New Oxford Road, Harrisburg, PA | No | No | Utilties - Listings | $ 93.74 | |
| 62 | 06/14/2024 | PA American Water | 6958 New Oxford Road, Harrisburg, PA | No | No | Utilties - Listings | $ 47.58 | |
| 119 | 06/20/2024 | PA American Water | 6958 New Oxford Road, Harrisburg, PA | No | No | Utilties - Listings | $ 63.63 | |
| 64 | 06/10/2024 | PA American Water | 6958 New Oxford Road, Harrisburg, PA | No | No | Utilties - Listings | $ 47.58 | $ 469.86 |
| 80 | 06/17/2024 | WM Buffington | 6961 Sterling Road, Harrisburg, PA | No | No | Property Maintenance | $ 89.00 | |
| 112 | 06/28/2024 | State Farm | 6961 Sterling Road, Harrisburg, PA | No | No | Property Insurance | $ 55.91 | |
| 90 | 06/22/2024 | PA American Water | 6961 Sterling Road, Harrisburg, PA | No | No | Utilties - Listings | $ 56.28 | |
| 55 | 06/10/2024 | PA American Water | 6961 Sterling Road, Harrisburg, PA | No | No | Utilties - Listings | $ 1,317.52 | $1,518.71 |
| 70 | 06/18/2024 | PPL Electric Utilities | 71 Lucy Ave, Hummellstown, PA | No | Yes - Bala Jain | Utilties - Listings | $ 31.89 | |
| 59 | 06/16/2024 | DTMA | 71 Lucy Ave, Hummellstown, PA | No | Yes - Bala Jain | Utilties - Listings | $ 33.75 | $ 65.64 |
| 61 | 06/18/2024 | PPL Electric Utilities | 7180 Jonestown Road, Harrisburg, PA | No | No | Utilties - Listings | $ 39.18 | |
| 94 | 06/17/2026 | Edward Bradley | 7180 Jonestown Road, Harrisburg, PA | No | No | Mowing - 5/25 | $ 75.00 | |
| 104 | 06/16/2026 | Edward Bradley | 7180 Jonestown Road, Harrisburg, PA | No | No | Mowing - 6/5 | $ 75.00 | |
| 112 | 06/28/2024 | State Farm | 7180 Jonestown Road, Harrisburg, PA | No | No | Property Insurance | $ 30.89 | $ 220.07 |
| 95 | 06/17/2027 | Edward Bradley | 7213 Linglestown Road, Harrisburg, PA | No | No | Mowing - 5/25 | $ 75.00 | |
| 105 | 06/16/2027 | Edward Bradley | 7213 Linglestown Road, Harrisburg, PA | No | No | Mowing - 6/5 | $ 75.00 | |
| 112 | 06/28/2024 | State Farm | 7213 Linglestown Road, Harrisburg, PA | No | No | Property Insurance | $ 184.25 | |
| 63 | 06/10/2024 | PPL Electric Utilities | 7213 Linglestown Road, Harrisburg, PA | No | No | Utilties - Listings | $ 44.34 | $ 378.59 |
| 76 | 06/10/2024 | PA American Water | 7616 Grove Ave, Harrisburg, PA | No | Yes - Fulton Bank | Utilties - Listings | $ 71.69 | |
| 96 | 06/17/2028 | Edward Bradley | 7616 Grove Ave, Harrisburg, PA | No | Yes - Fulton Bank | Mowing - 5/25 | $ 75.00 | |
| 106 | 06/16/2028 | Edward Bradley | 7616 Grove Ave, Harrisburg, PA | No | Yes - Fulton Bank | Mowing - 6/5 | $ 75.00 | |
| 112 | 06/28/2024 | State Farm | 7616 Grove Ave, Harrisburg, PA | No | Yes - Fulton Bank | Property Insurance | $ 28.71 | |
| 74 | 06/10/2024 | PPL Electric Utilities | 7616 Grove Ave, Harrisburg, PA | No | Yes - Fulton Bank | Utilties - Listings | $ 59.43 | |
| 78 | 06/18/2024 | PPL Electric Utilities | 7616 Grove Ave, Harrisburg, PA | No | Yes - Fulton Bank | Utilties - Listings | $ 80.52 | $ 390.35 |
| 85 | 06/10/2024 | PPL Electric Utilities | 7939 Rider Lane, Hummellstown, PA | No | Yes - Fulton Bank | Utilties - Listings | $ 186.32 | |
| 66 | 06/10/2024 | PA American Water | 7939 Rider Lane, Hummellstown, PA | No | Yes - Fulton Bank | Utilties - Listings | $ 47.58 | |
| 60 | 06/10/2024 | PA American Water | 7939 Rider Lane, Hummellstown, PA | No | Yes - Fulton Bank | Utilties - Listings | $ 37.69 | |
| 89 | 06/05/2024 | State Farm | 7939 Rider Lane, Hummellstown, PA | No | Yes - Fulton Bank | Property Insurance | $ 52.26 | |
| 97 | 06/17/2029 | Edward Bradley | 7939 Rider Lane, Hummellstown, PA | No | Yes - Fulton Bank | Mowing - 5/25 | $ 75.00 | |
| 107 | 06/16/2029 | Edward Bradley | 7939 Rider Lane, Hummellstown, PA | No | Yes - Fulton Bank | Mowing - 6/5 | $ 75.00 | |
| 112 | 06/28/2024 | State Farm | 7939 Rider Lane, Hummellstown, PA | No | Yes - Fulton Bank | Property Insurance | $ 71.00 | |

Auction Markets, LLC
June 2024 Transaction Report
Eagle Properties Investments LLC

| 69 | 06/14/2024 | PA American Water | 7939 Rider Lane, Hummellstown, PA | No | Yes - Fulton Bank | Utilties - Listings | $ 47.58 | $ 592.43 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **Total Expenses** | | **$6,321.16** |
| **Reimbursements and Credits Received** | | | | | | | | |
| | | Universal Settlements | 7939 Rider Lane, Hummellstown, PA | | | Expense Reimbursement at Closing | $ 1,000.00 | |
| | | | | | | Outstanding Expenses - June 2024 | $ 592.43 | |
| | | | | | | Balance Paid to Bankruptcy Trustee | $ 407.57 | |
| | | Universal Settlements | 1630 E. Chocolate Ave, Hershey, PA | | | Expense Reimbursement at Closing | $ 1,000.00 | |
| | | | | | | Outstanding Expenses - June 2024 | $ 204.52 | |
| | | | | | | Outstanding Expense - May 2024 | $ 22.50 | |
| | | | | | | Balance Reimbursed to Bankruptcy Trustee | $ 772.98 | |
| | | William A. Marshall Settlements | 449 Lawyers Road, NW, Vienna, VA | | | Expense Reimbursement at Closing | $ 1,000.00 | |
| | | | | | | Outstanding Expenses - June 2024 | $ - | |
| | | | | | | Balance Reimbursed to Bankruptcy Trustee | $ 1,000.00 | |
| | | William A. Marshall Settlements | 1203 Cottage Street, SW, Vienna, VA | | | Expense Reimbursement at Closing | $ 1,000.00 | |
| | | | | | | Outstanding Expenses - June 2024 | $ 150.00 | |
| | | | | | | Balance Reimbursed to Bankruptcy Trustee | $ 850.00 | |
| | | | | | | Advances For Reimbursement | | |
| | | | | | | 1001 Manning Drive, Fredericksburg, VA | | $ 47.75 |
| | | | | | | 1010 Lynn Street, SW, Vienna, VA | | $ 358.33 |
| | | | | | | 1343 Church Road, Hershey, PA | | $ 350.85 |
| | | | | | | 15474 Roxbury Road, Glenwood, MD | | $ 87.75 |
| | | | | | | 1635 Church Road, Hershey, PA | | $ 155.14 |
| | | | | | | 202 N. Port, Baltimore, Maryland | | $ 175.99 |
| | | | | | | 204 S. Fairville Ave, Harrisburg, PA | | $ 534.57 |
| | | | | | | 249 Berkstone Drive, Harrisburg, PA | | $ 284.66 |
| | | | | | | 2565 & 2567 Chain Bridge Road, Vienna, VA | | $ 129.23 |
| | | | | | | 3012 Dupont Ave, Batlimore, MD | | $ 70.08 |
| | | | | | | 580 W. Areba Ave, Hershey, PA | | $ 136.64 |
| | | | | | | 6958 New Oxford Road, Harrisburg, PA | | $ 469.86 |
| | | | | | | 6961 Sterling Road, Harrisburg, PA | | $ 1,518.71 |
| | | | | | | 71 Lucy Ave, Hummellstown, PA | | $ 65.64 |
| | | | | | | 7180 Jonestown Road, Harrisburg, PA | | $ 220.07 |
| | | | | | | 7213 Linglestown Road, Harrisburg, PA | | $ 378.59 |
| | | | | | | 7616 Grove Ave, Harrisburg, PA | | $ 390.35 |
| | | | | | | Balance Due to RealMarkets | | **$5,374.21** |



**Insurance Schedule - June 2024**
**Eagle Properties and Investments, LLC**

| Property | Insurance Carrier | Status |
| --- | --- | --- |
| 580 W. Areba Ave, Hershey, PA | State Farm | Active – 609-3 |
| 1343 Church Road, Hershey, PA | State Farm | Active – 851-5 |
| 1635 Church Road, Hershey, PA | State Farm | Active - 593-1 |
| 1001 Manning Drive, Falmouth, VA | State Farm | Active – 683-07 |
| 6961 Sterling Road, Harrisburg, PA | State Farm | Active – 837-5 |
| 2567 Chain Bridge Road, Vienna, VA | The Hartford | Active – 7CYL |
| 2565 Chain Bridge Road, Vienna, VA | The Hartford | Active – 7CYL |
| 15474 Roxbury Road, Glenwood, MD | State Farm | Active – 071-21 |
| 3012 Dupont, Baltimore, MD | State Farm | Active – 848-21 |
| 213 N. Port Street, Baltimore, MD | State Farm | Active – 073-21 |
| 1010 Lynn Street, Vienna, VA | State Farm | Active – 383-07 |
| 7180 Jonestown Road, Harrisburg, PA | State Farm (Cancellation pending 7/2/24) | Active – 828-6 |
| 7213 Linglestown Road, Harrisburg, PA | State Farm | Active – 831-2 |
| 202 N. Port, Baltimore, MD | State Farm | Active – 073-21 |
| 6958 New Oxford Road, Harrisburg, PA | State Farm | Active – 903-5 |
| 249 Berkstone Drive, Harrisburg, PA | State Farm | Active – 013-8 |
| 204 S. Fairville Ave, Harrisburg, PA | State Farm | Active – 196-4 |
| 7616 Grove Ave, Harrisburg, PA | State Farm (Cancellation pending 7/4/24) | Active – 216-8 |
| 7939 Rider Lane, Hummellstown, PA | State Farm | Active – 610-5 |
| 1630 E. Chocolate Avenue, Hershey, PA | State Farm | Cancelled – Sold - 5/21/24 |
| 445 Windover Ave, Vienna, VA | State Farm | Cancelled – Sold - 5/21/24 |
| 71 Lucy Ave, Hummellstown, PA | Mason Erwin Insurance | Cancelled – Sold - 6/3/24 |

| | | |
|---|---|---|
| 449 Lawyers Road, NW, Vienna, VA | State Farm | Cancelled – Sold - 6/20/24 |
| 1203 Cottage Street, Vienna, VA | State Farm | Cancelled – Sold - 6/17/24 |