```
Label Matrix for local noticing        3977 Chain Bridge Rd, Suite 1         ADT
0422-1                                 Faifax, VA 22030-3308                 P O Box 371878
Case 23-10566-KHK                                                            Pittsburgh, PA 15250-7878
Eastern District of Virginia
Alexandria
Fri Jul 19 10:53:11 EDT 2024

Aero Mortgage Loan Trust 2019- 1       American Express National Bank        Asset Based Lending
8100 Three Chopt Rd.                   c/o Becket and Lee LLP                PO BOX 27370
Suite 240                              PO Box 3001                           Anaheim, CA 92809-0112
Richmond, VA 23229-4833                Malvern  PA 19355-0701


Atlantic Union Bank                    Atlantic Union Bank                   (p)ATLANTIC UNION BANK
1051 E. Cary Street                    8221 Old Courthouse Rd Ste 100,       P O BOX 176
Suite 1200                             Tysons, VA 22182-3839                 BLACKSBURG VA 24063-0176
Richmond, VA 23219-4044


Bala Jain                              Bala Jain LLC                         Bala Jain LLC
Christopher L. Rogan, Esq.             6007 Marilyn Dr.                      6007 Marilyn Drive
50 Catoctin Circle, NE, Suite 300      Alexandria, VA 22310-1516             Alexandria, VA 2231- 22310-1516
Leesburg, VA 20176-3101


Bank Of Clarke                         Bank Of Clarke County                 Bank of Clarke
110 Crock Wells Mill Drive             2 East Main Street                    c/o Hannah W. Hutman, Esq.
Winchester, VA 22603-3943              Berryville, VA 22611-1338             Hoover Penrod, PLC
                                                                             342 S. Main Street
                                                                             Harrisonburg, VA 22801-3628

Bank of Clarke County                  Betsy Dalton                          Corey Simpson Booker
c/o Hannah W. Hutman, Esq.             1003 Lynn St SW                       1051 East Cary Street
Hoover Penrod, PLC                     Vienna, VA 22180-6428                 Suite 1200
342 S. Main Street                                                           Richmond, VA 23219-4044
Harrisonburg, VA 22801-3628


J. P. McGuire Boyd Jr                  COUNTY OF HENRICO, VIRGINIA           Candice Goodman
Williams Mullen, P.C.                  SARA L. MAYNARD, ASST. COUNTY ATTORNEY 15474 Roxbury Rd
200 South 10th Street                  P. O. BOX 90775                       Glenwood, MD 21738-9306
Richmond, VA 23219-4091                HENRICO, VIRGINIA 23273-0775


Capital One N.A.                       City of Richmond                      City of Richmond  City Hall
by American InfoSource as agent        Division of Collections PO Box 26505  Room 109 Delinquent Taxes
4515 N Santa Fe Ave                    Richmond, VA 23261-6505               900 East Broad Street
Oklahoma City, OK 73118-7901                                                 Richmond VA 23219-1907


Community Bank Of Chesapeake           Community Bank of the Chesapeake      County of Fairfax
202 Centennial St,                     Atten: Jared Krahler                  Department of Tax Administration, Revenu
La Plata, MD 20646                     3035 Leonardtown Road                 Suite 223
                                       Waldorf, MD 20601-3112                Fairfax, VA 22035
                                       ,

County of Henrico                      DTMA                                  Dauphin County Office of Tax Claim Bureau
Department of Finance, PO Box 90775    670 Clearwater RD                     Dauphin County Administration Building,
Henrico, VA 23273-0775                 Hershey, PA 17033-2453                PO Box No 1295
                                                                             Harrisburg, PA 17108
```

| | | |
|---|---|---|
| Dauphin County Tax Claim Bureau<br>P. O. Box 1295<br>Harrisburg, PA 17108 | Department of Finance Howard County<br>Property Tax Division, 3430, Court House<br>Ellicott City, MD 21043-4300 | Devon England<br>213 N Port St<br>Baltimore, MD 21224-1027 |
| (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 | Eagle Properties and Investments LLC<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 | John Tucker Farnum<br>Miles and Stockbridge PC<br>1201 Pennsylvania Ave<br>Suite 900<br>Washington, DC 20004-2464 |
| Justin Fasano<br>McNamee Hosea, P.A.<br>6404 Ivy Lane<br>Ste 820<br>Greenbelt, MD 20770-1416 | Erik W. Fox<br>Rees Broome, PC<br>1900 Gallows Road<br>Suite 700<br>Vienna, VA 22182-3886 | Jack Frankel<br>Office of the U.S. Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314-3489 |
| Fulton Bank<br>625 Elden St,<br>Herndon, VA 20170-4739 | Fulton Bank, N.A.<br>c/o David S. Musgrave, Esquire<br>Gordon Feinblatt LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, MD 21202-4363 | Fulton Bank, N.A.<br>c/o David S. Musgrave, Esquire<br>Gordon Feinblatt LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, Maryland 21202-4363 |
| GITSIT Solutions, LLC<br>c/o Andrew S. Goldstein<br>PO Box 404<br>Roanoke, VA 24003-0404 | Gitsit Solutions, LLC<br>c/o Prober & Raphael, A Law Corporation<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, CA 91364-6207 | Gitsit Solutions, LLC<br>333 South Anita Drive, Suite 400<br>Orange, CA 92868-3314 |
| H. Jason Gold<br>H. Jason Gold, Trustee<br>P.O. Box 57359<br>Washington, DC 20037-0359 | Andrew S Goldstein<br>Magee Goldstein Lasky & Sayers, P.C.<br>PO Box 404<br>Roanoke, VA 24003-0404 | Nancy Greene<br>N D Greene PC<br>3977 Chain Bridge Rd<br>Suite 1<br>Fairfax, VA 22030-3308 |
| Gus Goldsmith<br>18205 Biscayne Blvd, Suite 2226<br>Aventura, FL 33160-2149 | Gus Goldsmith<br>Justin P. Fasano<br>6411 Ivy Lane, Suite 200<br>Greenbelt, MD 20770-1405 | Robert Hockenbury<br>Womble Bond Dickinson (US) LLP<br>100 Light Street, 26th Floor<br>Baltimore, MD 21202-1153 |
| Howard County Maryland<br>Gary Kuc, Esq/Kristen Bowen Perry, Esq.<br>3450 Court House Drive<br>Ellicott City, MD 21043-4330 | Hannah White Hutman<br>Hoover Penrod, PLC<br>342 S. Main Street<br>Harrisonburg, VA 22801-3628 | Internal Revenue Service<br>Special Procedures Support Staff<br>P. O. Box 10025<br>Richmond, VA 23240 |
| Amit Jain<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 | Christopher A. Jones<br>Whiteford Taylor & Preston, LLP<br>3190 Fairview Park Dr.<br>Suite 800<br>Falls Church, VA 22042-4558 | Joshua Fowlers<br>580 W Areba Ave<br>Hershey, PA 17033-1605 |
| (p)REALMARKETS<br>20333 MEDALIST DRIVE<br>ASHBURN VA 20147-4184 | Stephen Karbelk<br>Team Leader, RealMarkets<br>Century 21 New Millennium<br>6629 Old Dominion Dr<br>McLean, VA 22101-4516 | LINKBANK<br>1250 Camphill Bypass, Suite 202<br>Camp Hill, PA 17011-3718 |

| | | |
|---|---|---|
| Lincoin Financing<br>9030 Stony Point Pkwy<br>Richmond, VA 23235-1957 | Lincoln Automotive Financial Services<br>P.O. Box 62180<br>Colorado Springs, CO 80962-2180 | Lincoln Automotive Financial Services<br>PO Box 2400, Edmonton, Alberta, T5J 5C7, |
| Main Street Bank<br>10089 Fairfax Blvd.<br>Fairfax, VA 22030-1742 | MainStreet Bank<br>c/o Eric S. Schuster, Esq.<br>100 Light Street, Suite 1400<br>Baltimore, Maryland 21202-1188 | Robert M. Marino<br>Redmon Peyton & Braswell, LLP<br>510 King Street<br>Suite 301<br>Alexandria, VA 22314-3184 |
| Jeffery T. Martin Jr.<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Ste 750<br>Vienna, VA 22182-2702 | Mayor and City Council Baltimore<br>Bureau of Revenue Collections<br>200 Holliday Street Room #1<br>Bankruptcy<br>Baltimore, MD 21202-6295 | James R. Meizanis Jr.<br>Blankingship & Keith, PC<br>4020 University Drive<br>Suite 300<br>Fairfax, VA 22030-6802 |
| Monika Jain<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 | Monika Jain<br>445 Windover Drive<br>Vienna<br>VA 22180-4232 | David S. Musgrave<br>Gordon Feinblatt LLC<br>233 East Redwood Street<br>Baltimore, MD 21202-3332 |
| N D Greene PC<br>N D Greene PC<br>3977 Chain Bridge Rd<br>Suite 1<br>Faifax, VA 22030-3308 | N D Greene PC<br>3977 Chain Bridge Rd, Suite 1<br>Fairfax, VA 22030-3308 | NP Master Trust I (Cayman) LLC<br>c/o Andrea C. Davison<br>2311 Wilson Blvd Suite 500<br>Arlington VA 22201-5422 |
| Stephen W. Nichols<br>Offit Kurman, P.A.<br>7501 Wisconsin Avenue<br>Suite 1000w<br>Bethesda, MD 20814-6604 | Orrstown Bank<br>c/o Stephen Nichols, Esq.<br>Offit Kurman PA<br>7501 Wisconsin Ave. Suite 1000W<br>Bethesda, MD 20814-6604 | Orrstown Bank<br>Offit/Kuman PA<br>7501 Wisconsin Ave #1000W<br>Bethesda, MD 20814-6604 |
| PPL Electric Utilities<br>827 Hausman Rd<br>Allentown, PA 18104-9392 | Craig M. Palik<br>McNamee Hosea<br>6404 Ivy Lane<br>Suite 820<br>Greenbelt, MD 20770-1416 | Pennsylvania American Water<br>P O Box 371412<br>Pittsburgh, PA 15250-7412 |
| Lee S Raphael<br>Prober & Raphael, Law Corporation<br>20750 Ventura BLVD., Suite 100<br>Woodland Hills, CA 91364-6207 | John E Reid<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Suite 750<br>Vienna, VA 22182-2702 | Christopher L. Rogan<br>RoganMillerZimmerman, PLLC<br>50 Catoctin Circle, N.E., Suite 300<br>Leesburg, VA 20176-3101 |
| Jeremy B. Root<br>Blankingship & Keith, P.C.<br>4020 University Dr. Ste. 300<br>Fairfax, VA 22030-6802 | SC&H Group<br>c/o Miles & Stockbridge P.C.<br>1201 Pennsylvania Ave., NW<br>Ste. 900<br>Washington, DC 20004-2464 | SC&H Group, Inc.<br>c/o Robert Patrick<br>910 Ridgebrook Road<br>Sparks, MD 21152-9390 |
| Shore United Bank<br>200 West Gate Circle<br>Suite 200<br>Annapolis, MD 21401-3377 | Barry W. Spear<br>BWW Law Group, LLC<br>8100 Three Chopt Road<br>Suite 240<br>Richmond, VA 23229-4833 | Stafford County<br>Laura M Rudy, Treasurer, PO Box 68<br>Stafford, VA 22555-0068 |

| | | |
|---|---|---|
| Stafford County Attorney's Office<br>1300 Courthouse Road<br>P.O. Box 339<br>Stafford, VA 22555-0339 | Joshua David Stiff<br>Whiteford Taylor Preston LLP<br>249 Central Park Avenue<br>Suite 300<br>Virginia Beach, VA 23462-3271 | Town Of Vienna Water and Sewer Bill<br>127 Center St<br>Vienna, VA 22180-5719 |
| Dylan G. Trache<br>Nelson Mullins Riley & Scarborough LLP<br>101 Constitution Avenue, N.W.<br>Suite 900<br>Washington, DC 20001-2133 | Trinity Universal Insurance Company<br>c/o Man Global Private Mkts. (USA), Inc.<br>1345 Avenue of the Americas 21st Floor<br>New York, NY 10105-0199 | Trinity Universal Insurance Company<br>c/o Man Global Private Mkts. (USA) Inc.<br>Attn: Legal<br>1345 Avenue of the Americas, 21st Floor<br>New York, NY 10105-0199 |
| Troy Mason<br>3002 Williamsburg Rd<br>Richmond, VA 23231-2128 | Turkey Hill<br>1635 Church Rd<br>Hershey, PA 17033-1812 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Rd, Suite 900<br>Atlanta, GA 30326-1382 |
| U.S. Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314-3489 | (p)UGI UTILITIES INC<br>ATTN CREDIT & COLLECTIONS<br>P O BOX 13009<br>READING PA 19612-3009 | UST smg Alexandria<br>Office of the U. S. Trustee<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Roads, #114-160<br>Potomac, MD 20854-3976 | Verizon Fios<br>1430 Walnut St<br>Philadelphia, PA 19102-4021 | Gerard R. Vetter<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| Vienna Oaks Office Center Condominium<br>c/o Rees Broome, PC<br>Suite 700<br>Tysons Corner, VA 22182 | Vienna Oaks Office Center Condominium<br>c/o Erik W. Fox, Rees Broome<br>1900 Gallows Road, Sutie 700<br>Tysons Corner, VA 22182-3886 | Virginia Partners Bank<br>410 William St.<br>Fredericksburg, VA 22401-5834 |
| Virginia Partners Bank<br>LINKBANK<br>1250 Camphill Bypass, Suite 202<br>Camp Hill, PA 17011-3718 | Christian K. Vogel<br>Vogel Law Group, PLC<br>513 Forest Ave.<br>Suite 205<br>Richmond, VA 23229-6850 | Washington Gas<br>6801 Industrial Rd<br>Springfield, VA 22151-4205 |
| Waste Management<br>P O Box 13577<br>Philadelphia, PA 19101-3577 | West Hanover Tap Water and Sewer<br>7091 Jonestown Rd<br>Harrisburg, PA 17112 | West Hanover Township Water & Sewer Authorit<br>Steven P. Miner, Esquire<br>3631 N. Front Street<br>Harrisburg, PA 17110-1533 |
| Wilmington Savings Fund Society, FSB<br>FCI Lender Services, Inc.<br>P.O. Box 27370<br>Anaheim Hills, CA 92809-0112 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlantic Union Bank<br>PO Box 176<br>Blacksburg, VA 24063 | Dominion Energy<br>P O Box 26543<br>Richmond, VA 23290 | Stephen Karbelk<br>Team Leader, RealMarkets<br>Century 21 New Millennium<br>20405 Exchange St, Suite 221<br>Ashburn, VA 20147 |
| UGI Utilities Inc<br>400 Stewart Rd<br>Hanover, PA 18706 | (d)UGI Utilities, Inc.<br>PO Box 13009<br>Reading, PA 19612 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bala Jain LLC | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 |
| (d)Bala Jain LLC<br>Christopher L. Rogan, Esq.<br>50 Catoctin Circle, NE Suite 300<br>Leesburg, VA 20176-3101 | (u)Gus Goldsmith | (u)Isidoro Pulido Luna<br>202 N Port St |
| (u)LINKBANK | (u)Lincoln Automotive Financial Services | (u)MainStreet Bank |
| (u)Primis Bank | (u)Maurice VerStandig | End of Label Matrix<br>Mailable recipients   114<br>Bypassed recipients    11<br>Total                 125 |