

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

Gold, Harris Jason - Chapter 7 Counsel  
ATTN: Gold, H. Jason  
Nelson Mullins Riley & Scarborough LLP  
101 Constitution Avenue, SW  
Suite 900  
Washington, DC  20001

June 30, 2024  
Invoice 2675673  Page  1

Our Matter #        045429/09040                          For Services Through 06/30/24
Name of Matter:    Eagle Properties and Investments LLC

**T0001 - Asset Analysis and Recovery**

| Date | Description | | | |
|---|---|---|---|---|
| 03/21/24 | Call with M. Verstandig regarding case status (.3).  Call with J. Gold re: same (.3). Review email from M. Verstandig re: case status and follow up emails with J. Gold, S. Karbelk and M. Verstandig (.5).  Review documents (.7). | | | |
| | D.G. TRACHE | 1.80 hrs. | 590.00/hr | $1,062.00 |
| 03/22/24 | Call with J. Gold re: case status (.4).  Review docket and filings re: same (1.0). Review and approve NOA, email correspondence with L. Hann re: same (.2).  Call with M. Verstandig regarding insurance and properties (.3).  Call with Trustee and S. Karbelk regarding sale strategy and next steps (1.0). Email to M. Verstandig (.1). | | | |
| | D.G. TRACHE | 3.00 hrs. | 590.00/hr | $1,770.00 |
| 03/24/24 | Review emails from M. Verstandig and J. Gold regarding real property. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 04/01/24 | Email correspondence with S. Karbelk, J. Gold, M. Verstandig and J. Hamilton regarding issues pertaining to sales and preservation of real property assets. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 04/02/24 | Review and analyze letter from C. Rogan re: AP v. Bala Jain et al. and related documents (.6)  Email correspondence with Trustee and S. Karbelk re: same (.2). | | | |
| | D.G. TRACHE | 0.80 hrs. | 590.00/hr | $472.00 |
| 04/03/24 | Review email from S. Karbelk and chart re: Bala Jain liens (.3).  Call with J. Martin and Trustee regarding lawsuit and related (.8).  Follow up call with J. Gold (.3).  Call with C. Rogan and D. Musgrave regarding real property sales (1.0).  Email correspondence with E. Fox regarding condo assessments (.1). | | | |
| | D.G. TRACHE | 2.50 hrs. | 590.00/hr | $1,475.00 |
| 04/04/24 | Draft cash collateral motion and order. | | | |
| | D.G. TRACHE | 2.00 hrs. | 590.00/hr | $1,180.00 |
| 04/05/24 | Review and revision of Motion and Order re: cash collateral, operation of business and related.  Email to D. Musgrave and C. Rogan. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 04/05/24 | Email correspondence with S. Karbelk re: lease and tenant info.  Review documents. | | | |

Gold, Harris Jason - Chapter 7 Counsel

June 30, 2024
Invoice 2675673  Page 2

|  |  |  |  |  |
|---|---|---|---|---|
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 04/08/24 | Review email and spreadsheet regarding rent collection.  Emails from A. Jain and J. Gold re: same. | | | |
|  | D.G. TRACHE | 0.40 hrs. | 590.00/hr | $236.00 |
| 04/09/24 | Review C. Rogan comments to cash collateral agreement (.2).  Email correspondence with J. Gold and S. Karbelk re: same (.3).  Call with J. Gold (.2). | | | |
|  | D.G. TRACHE | 0.70 hrs. | 590.00/hr | $413.00 |
| 04/10/24 | Review C. Rogan revisions to Order, further revise and respond (.4).  Call and email with J. Fasano regarding case status and liens of Goldsmith (.3).  Review email from S. Karbelk regarding insurance on Goldsmith properties (.1).  Review spreadsheet of liens, property values and related (.5).  Call with J. Gold regarding same (.3). | | | |
|  | D.G. TRACHE | 1.60 hrs. | 590.00/hr | $944.00 |
| 04/11/24 | Review emails and confer with Trustee and sales agent regarding listing prices, sale strategy and related. | | | |
|  | D.G. TRACHE | 0.70 hrs. | 590.00/hr | $413.00 |
| 04/11/24 | Email correspondence and call with D. Musgrave regarding cash collateral and sale issues (.4).  Confer with J. Gold re: same (.4).  Review C. Rogan revision to documents (.2).  Create Bala Jain version and email to C. Rogan (.5). | | | |
|  | D.G. TRACHE | 1.50 hrs. | 590.00/hr | $885.00 |
| 04/11/24 | Review motion to expedite operations motion and related documents.  Email correspondence with Trustee and S. Karbelk re: same. | | | |
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 04/12/24 | Review revisions to cash collateral order from D. Musgrave.  Email correspondence with J. Gold re: same.  Follow up email correspondence with C. Rogan and D. Musgrave. | | | |
|  | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 04/12/24 | Email correspondence from S. Karbelk regarding rent payments. | | | |
|  | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 04/15/24 | Call with S. Karbelk and Trustee regarding analysis of properties, marketing strategy and related. | | | |
|  | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 04/15/24 | Call and emails with C. Rogan and D. Musgrave regarding cash collateral and carve out (.5).  Revise documents and circulate (.5) | | | |
|  | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 04/16/24 | Email from D. Musgrave regarding Fulton Bank Motion, revise same (.3).  Revise Bala Jain motion and email to C. Rogan (.3).  Review motion to expedite and related papers (.3).  Final email exchange with C. Rogan and instructions to L. Hann regarding filing (.2).  Follow up email from L. Hann regarding expedited hearing and order to be uploaded (.1). | | | |
|  | D.G. TRACHE | 1.20 hrs. | 590.00/hr | $708.00 |
| 04/17/24 | Email correspondence with Fasano regarding Goldsmith carveout.  Review an analyze spreadsheet re: liens on properties. | | | |
|  | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 04/25/24 | Call with J. Gold regarding Bala Jain related matters.  Call with C. Rogan and R. | | | |

| | | | | |
|---|---|---|---|---|
| | Marino re: same. | | | |
| | D.G. TRACHE | 1.50 hrs. | 590.00/hr | $885.00 |
| 04/26/24 | Confer with S. Karbelk and J. Gold regarding Bala Jain settlement negotiations and property sales (.7).  Email correspondence with C. Rogan and J. Gold regarding same (.3). | | | |
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 05/06/24 | Email correspondence with C. Rogan and J. Gold regarding litigation settlement (.5).  Call with C. Rogan re: same (.3).  Emails regarding adjournment of hearing on Motions to Dismiss (.2). | | | |
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 05/16/24 | Confer with S. Karbelk and Trustee regarding sale strategy, closings and next steps. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 05/17/24 | Call with S. Karbelk and J. Gold regarding status of all properties. | | | |
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 06/04/24 | Email correspondence with S. Karbelk and J. Gold regarding rent collection. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| | **Subtotal T0001** | **26.10 hrs.** | | **$15,399.00** |

### T0004 - Case Administration

| | | | | |
|---|---|---|---|---|
| 03/22/24 | Prepare notice of appearance and ECF filing of same. | | | |
| | L.K. HANN | 0.70 hrs. | 260.00/hr | $182.00 |
| 03/26/24 | Email correspondence with M. Verstandig and Trustee re: Insurance related.  Review documents re: same.  Call with M. Verstandig.  Email correspondence with D. Musgrave and C. Rogan regarding meeting. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 03/27/24 | Docket upcoming 341 meeting information. | | | |
| | L.K. HANN | 0.10 hrs. | 260.00/hr | $26.00 |
| 04/08/24 | Incorporate property research from Broker into file. | | | |
| | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 04/10/24 | Email correspondence with S. Karbelk and others regarding insurance, rental income and other issues pertaining to operations. | | | |
| | D.G. TRACHE | 0.40 hrs. | 590.00/hr | $236.00 |
| 04/11/24 | Prepare motion to operate business (.7).  Email correspondence with J. Gold and S. Karbelk regarding same (.3).  Revise and email to M. Freeman (.3). | | | |
| | D.G. TRACHE | 1.30 hrs. | 590.00/hr | $767.00 |
| 04/12/24 | Final review and revision of Operations Motion, Order and Motion to Expedite (.4).  Review entered order on Motion to Expedite and email to L. Hann regarding same (.1).  Review Notice of hearing and emails re: service (.3). | | | |
| | D.G. TRACHE | 0.80 hrs. | 590.00/hr | $472.00 |
| 05/01/24 | Email correspondence with S. Karbelk regarding operations and administrative matters. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |

Gold, Harris Jason - Chapter 7 Counsel

June 30, 2024
Invoice 2675673  Page 4

| | | | | |
|---|---|---|---|---|
| 05/09/24 | Review draft monthly report.  Emails re: same. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 05/20/24 | Review operating report.  Call with J. Gold re: same and other matters. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 05/21/24 | Review report re: cash collateral and email correspondence with D. Musgrave and J. Gold. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 05/28/24 | Call with J. Gold and L. Grohl regarding sale closings and accounts consistent with various orders. | | | |
| | D.G. TRACHE | 0.40 hrs. | 590.00/hr | $236.00 |
| 06/05/24 | Email correspondence with J. Frankel and S. Karbelk re: insurance notices. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 06/07/24 | Call with M. Verstandig regarding check received.  Email correspondence re: 44 Galveston. | | | |
| | D.G. TRACHE | 0.40 hrs. | 590.00/hr | $236.00 |
| 06/18/24 | Review monthly report.  Emails re: same. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 06/24/24 | Review revised monthly report.  Email to L. Hann re: same. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 06/25/24 | Email correspondence with L. Hann regarding monthly operating report. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| | **Subtotal T0004** | **7.80 hrs.** | | **$4,272.00** |

**T0005 - Relief from Stay**

| | | | | |
|---|---|---|---|---|
| 04/03/24 | Review motion for relief from Orrstown Bank and docket response deadline. | | | |
| | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 04/08/24 | Draft response to motion for relief relating to 6958 New Oxford Road. | | | |
| | L.K. HANN | 0.50 hrs. | 260.00/hr | $130.00 |
| 04/15/24 | Review draft relief from stay objection.  Email correspondence with S. Nichols re: same. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 04/18/24 | Review tax sale notice.  Email correspondence with Trustee re: same. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 04/19/24 | Review correspondence from Howard County re: tax sale.  Correspondence regarding automatic stay. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 05/01/24 | Review lift stay re: Linglestown Road property.  Email to S. Karbelk. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 05/01/24 | Review Motion for Relief as to 7213 Linglestown Road. | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | L.K. HANN | 0.10 hrs. | 260.00/hr | $26.00 |
| 05/13/24 | Prepare Trustee's objection to motion for relief from stay as to Linglestown Road property. | | | |
|  | L.K. HANN | 0.50 hrs. | 260.00/hr | $130.00 |
| 05/14/24 | Draft letter to Baltimore re: notice of automatic stay. | | | |
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 05/14/24 | Review and revise Gitsit response.  Email correspondence with L. Hann re: same. | | | |
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 05/15/24 | ECF filing of response to motion for relief as to Linglestown Road property. | | | |
|  | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 06/04/24 | Email correspondence with secured creditor re 7213 Linglestown Road relief from stay order. | | | |
|  | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 06/05/24 | Review draft order (Linglestown Road).  Email correspondence with counsel to lender re: same and hearing. | | | |
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 06/19/24 | Email correspondence regarding relief from stay order on Linglestown. | | | |
|  | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
|  | **Subtotal T0005** | **4.20 hrs.** | | **$1,983.00** |

**T0006 - Trustee Employment Applications**

|  |  |  |  |  |
|---|---|---|---|---|
| 03/25/24 | Review S. Karbelk employment applications (.3). Review and revise NMRS application (.3). | | | |
|  | D.G. TRACHE | 0.60 hrs. | 590.00/hr | $354.00 |
| 03/25/24 | Prepare application to employ and proposed order. | | | |
|  | L.K. HANN | 1.00 hrs. | 260.00/hr | $260.00 |
| 03/26/24 | Email correspondence with Trustee and S. Karbelk regarding employment applications for trustee professionals. | | | |
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 03/28/24 | Prepare proposed orders to employ real estate agent and asset manager. | | | |
|  | L.K. HANN | 1.30 hrs. | 260.00/hr | $338.00 |
| 03/29/24 | Review and revise employment applications (.5). Call with M. Freeman re same and case strategy (.4). Email to M. Freeman re same (.1) | | | |
|  | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 04/01/24 | Email correspondence with M. Freeman and J. Gold regarding employment applications. | | | |
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 04/02/24 | Email with Mr. Karbelk regarding signed declaration and ECF filing of applications to employ. | | | |
|  | L.K. HANN | 0.90 hrs. | 260.00/hr | $234.00 |

Gold, Harris Jason - Chapter 7 Counsel

June 30, 2024
Invoice 2675673  Page 6

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/25/24 | Email correspondence with S. Karbelk re: Lisa Jalufka declaration. Review declaration. Instructions re: filing. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 05/22/24 | Review Strickland employment papers. Email correspondence with J. Frankel re: same. Instructions re: filing. | D.G. TRACHE | 0.40 hrs. | 590.00/hr | $236.00 |
| 05/23/24 | ECF filing of Motion to Employ Accountant. | L.K. HANN | 0.30 hrs. | 260.00/hr | $78.00 |
| 06/12/24 | Revisions to proposed order to employ Mr. Strickland. | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 06/17/24 | Email correspondence with L. Hann and J. Frankel regarding revisions to Strickland employment order. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 06/18/24 | Email with court regarding revised order to employ Mr. Strickland. | L.K. HANN | 0.10 hrs. | 260.00/hr | $26.00 |
| 06/28/24 | Email correspondence with S. Karbelk and potential eviction attorneys. | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| | **Subtotal T0006** | | **7.10 hrs.** | | **$2,935.00** |

**T0008 - Professional Fee Applications and Objections**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/20/24 | Review CRO fee application. Call with M. Verstandig re: same. | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 05/22/24 | Review Martin 2nd Fee application. Email correspondence re: same. | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 05/27/24 | Email correspondence with J. Martin and D. Musgrave regarding fee applications. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 05/29/24 | Review J. Martin fee applications (.4). Call with D. Musgrave and R. Marino re: same (.4). Email correspondence with M. Freeman and J. Martin re: same (.2) | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 06/03/24 | Review proposed order on Martin Law Group fees. Email correspondence with M. Freeman and J. Reid regarding revisions to order. | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 06/05/24 | Fee application preparation - May 2024. | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 06/11/24 | Review revised order on Martin Law fees. Emails re: same. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 06/14/24 | Email correspondence with Trustee and S. Karbelk regarding first interim fee application. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 06/19/24 | ECF filing of supplemental declaration of Mr. Karbelk. | | | | |

|  |  |  |  |
|---|---|---|---|
| L.K. HANN | 0.10 hrs. | 260.00/hr | $26.00 |
| **Subtotal T0008** | **3.50 hrs.** |  | **$2,032.00** |

### T0009 - Asset Disposition

| 03/25/24 | Email correspondence with team and M. Verstandig and review documents re: real estate sales. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |

| 03/27/24 | Email correspondence with S. Karbelk and J. Gold regarding sale of properties, preservation of assets and related (.3). Call with S. Karbelk and J. Gold re: same (1.0). Call with D. Musgrave, J. Gold, C. Rogan and S. Karbelk (1.0). | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 2.30 hrs. | 590.00/hr | $1,357.00 |

| 03/29/24 | Call trustee and S. Karbelk regarding real property sales. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |

| 04/02/24 | Call with J. Gold regarding various matters including upcoming call with counsel to creditors. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |

| 04/04/24 | Call with S. Karbelk and J. Gold re: property disposition. Review spreadsheet regarding properties. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |

| 04/05/24 | Email with Mr. Karbelk regarding title searches. | | | |
|---|---|---|---|---|
| | L.K. HANN | 0.10 hrs. | 260.00/hr | $26.00 |

| 04/05/24 | Email correspondence with S. Karbelk regarding property sales and payoffs. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |

| 04/08/24 | Email correspondence with S. Karbelk regarding Pennsylvania properties. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |

| 04/09/24 | Call with L. Tancredi re: Lynn street, emails re: same (.4). Email correspondence with S. Karbelk and J. Gold re: Windover (.4). Email correspondence re: insurance (.2). | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |

| 04/11/24 | Prepare motion to expedite notice and hearing on operations motion and proposed order for same. | | | |
|---|---|---|---|---|
| | L.K. HANN | 1.70 hrs. | 260.00/hr | $442.00 |

| 04/12/24 | ECF filing of operations motion and motion to expedite and coordinate service of same with administrative assistants. | | | |
|---|---|---|---|---|
| | L.K. HANN | 2.60 hrs. | 260.00/hr | $676.00 |

| 04/12/24 | Email correspondence with S. Karbelk regarding Windover sale. Review documents re: same. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |

| 04/16/24 | Review Fulton Bank Payoffs. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |

| 04/16/24 | Email correspondence with S. Karbelk and L. Tancredi regarding 1010 Lynn St. | | | |

Gold, Harris Jason - Chapter 7 Counsel

June 30, 2024
Invoice 2675673  Page 8

|            |                                                                                                                     |            |              |              |
|------------|---------------------------------------------------------------------------------------------------------------------|------------|--------------|--------------|
|            | D.G. TRACHE                                                                                                         | 0.20 hrs.  | 590.00/hr    | $118.00      |
| 04/16/24   | Prepare motion to expedite cash collateral motions, ECF filing of same and coordinate service of documents.         |            |              |              |
|            | L.K. HANN                                                                                                           | 3.00 hrs.  | 260.00/hr    | $780.00      |
| 04/17/24   | Review title report, sale contract and related documents and draft motion to sell 445 Windover (1.5). Email correspondence with S. Karbelk re: same (.2). Revise Motion and email to L. Hann regarding notice (.5). Review email and documents including title report re: 1630 E. Chocolate Ave sale, draft Motion (1.2). Email correspondence with Rogan, Karbelk and Trustee re: 71 Lucy (.3). |  |  |  |
|            | D.G. TRACHE                                                                                                         | 3.70 hrs.  | 590.00/hr    | $2,183.00    |
| 04/17/24   | Prepare notice of expedited hearing and coordinate service of same.                                                 |            |              |              |
|            | L.K. HANN                                                                                                           | 1.40 hrs.  | 260.00/hr    | $364.00      |
| 04/18/24   | Prepare notices of sale and revise motions to approve sale.                                                         |            |              |              |
|            | L.K. HANN                                                                                                           | 2.70 hrs.  | 260.00/hr    | $702.00      |
| 04/18/24   | Email correspondence with S. Karbelk regarding 1203 Cottage and 1010 Lynn (.3). Email correspondence and call with J. Fasano regarding 1010 Lynn and Goldsmith subordinate lien (.4). Review documents related to estimated proceeds of sale on 1010 Lynn and emails re: same (.3). Call with S. Karbelk and J. Gold regarding same and strategy for sale of 449 Lawyers (.4). Email correspondence with Trustee and S. Karbelk regarding 71 Lucy (.2). Review and revision of Motion to sell 1630 E. Chocolate (.5). Review title report and draft Motion to Sell 1010 Lynn (1.5). Email correspondence regarding property insurance (.2). |  |  |  |
|            | D.G. TRACHE                                                                                                         | 3.80 hrs.  | 590.00/hr    | $2,242.00    |
| 04/19/24   | Revisions to motion to approve sale of 1010 Lynn Street and update list of exhibits for sale motions.               |            |              |              |
|            | L.K. HANN                                                                                                           | 1.00 hrs.  | 260.00/hr    | $260.00      |
| 04/19/24   | Call with J. Gold and S. Karbelk regarding real property sales and related (.8). Review and revise motion to sell 1010 Lynn (.5). Review emails from S. Karbelk and team regarding pricing, payoffs and related (.5). |  |  |  |
|            | D.G. TRACHE                                                                                                         | 1.80 hrs.  | 590.00/hr    | $1,062.00    |
| 04/22/24   | Prepare motion, proposed order and notice to expedite hearing of sale motions and revisions to sale motion for 449 Lawyers. |  |  |  |
|            | L.K. HANN                                                                                                           | 2.90 hrs.  | 260.00/hr    | $754.00      |
| 04/22/24   | Review documents regarding Bala Jain disputed liens and related (.5). Email correspondence with J. Gold and S. Karbelk regarding same (.2). Call with J. Gold and S. Karbelk regarding sale related matters including Bala Jain (.5). Review follow up emails related to sales (.3). Email correspondence with L. Hann regarding sale motions and motion to expedite (.2) Review and revise motion to expedite hearing on sale motions (.3). Review revised master spreadsheet and ALTAs (.3). |  |  |  |
|            | D.G. TRACHE                                                                                                         | 2.30 hrs.  | 590.00/hr    | $1,357.00    |
| 04/23/24   | Revise motion to sell 1203 Cottage and revise motion to expedite hearing on same.    |            |              |              |
|            | L.K. HANN                                                                                                           | 1.20 hrs.  | 260.00/hr    | $312.00      |
| 04/23/24   | Preparation of Sale Motions (1.0). Email correspondence with team re: same.         |            |              |              |
|            | D.G. TRACHE                                                                                                         | 1.30 hrs.  | 590.00/hr    | $767.00      |
| 04/24/24   | Incorporate contract amendments into sale motion exhibits.                          |            |              |              |

|  |  |  |  |  |
|---|---|---|---|---|
|  | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |

04/24/24 Review and revision of sale motions and emails re: same.
D.G. TRACHE — 1.00 hrs. — 590.00/hr — $590.00

04/25/24 Assemble final versions of sale motions and motion to expedite hearing on same and ECF filing and service of same.
L.K. HANN — 3.00 hrs. — 260.00/hr — $780.00

04/25/24 Final review and revision of six sale motions and motion to expedite (1.2); email correspondence with team re: same (.3).  Email correspondence with C. Rogan and S. Karbelk re: Windover issues (.3).  Email correspondence with J. Fasano regarding G. Goldsmith properties (.2).
D.G. TRACHE — 2.00 hrs. — 590.00/hr — $1,180.00

04/26/24 ECF filing of notice of expedited hearing and coordinate service by email, fed ex and regular mail.
L.K. HANN — 1.00 hrs. — 260.00/hr — $260.00

04/29/24 Call with S. Karbelk regarding real property sale and related (.4).  Review email re: offer on Chain Bridge Road and email to counsel re: same (.3).  Review payoff re: Sterling Road and email correspondence with A. Davison re: same (.3).  Email correspondence with S. Karbelk and C. Rogan regarding pending sales (.5).  Email from R. Walters re: Lawyers road notice to vacate (.1).  Email correspondence with S. Karbelk re: Lucy Ave sale (.2).
D.G. TRACHE — 1.80 hrs. — 590.00/hr — $1,062.00

04/30/24 Email correspondence with S. Karbelk and various parties regarding sale related matters.
D.G. TRACHE — 0.40 hrs. — 590.00/hr — $236.00

05/01/24 Email correspondence with S. Karbelk regarding various sale related matters.
D.G. TRACHE — 0.30 hrs. — 590.00/hr — $177.00

05/02/24 Email correspondence with S. Karbelk regarding short sales on Pennsylvania properties (.2).  Email correspondence with lenders re: same (.4).  Call with counsel to first lien lender on Windover re: sale (.3).  Call with S. Karbelk and team regarding sale status (.5).
D.G. TRACHE — 1.40 hrs. — 590.00/hr — $826.00

05/04/24 Email correspondence and call with S. Karbelk re: sale of PA properties.
D.G. TRACHE — 0.30 hrs. — 590.00/hr — $177.00

05/06/24 Call with S. Karbelk regarding sale issues (.4). Call with C. Palik regarding carve-out (.2).  Review draft ALTAs and email with S. Karbelk re: same (.5).  Email to counsel re: Chain Bridge Road (.1).
D.G. TRACHE — 1.20 hrs. — 590.00/hr — $708.00

05/07/24 Email correspondence with S. Karbelk regarding ALTAs for May 14 hearing sales (.3).  Email correspondence with S. Karbelk regarding contracts on PA properties (.3).  Email correspondence with J. Meizanis and S. Karbelk regarding Chain Bridge properties (.2).
D.G. TRACHE — 0.80 hrs. — 590.00/hr — $472.00

05/08/24 Email correspondence with S. Karbelk regarding Lucy Ave and Chain Bridge properties.  Review documents related to same.
D.G. TRACHE — 0.50 hrs. — 590.00/hr — $295.00

Gold, Harris Jason - Chapter 7 Counsel
June 30, 2024
Invoice 2675673  Page 10

| Date | Description | | | |
|---|---|---|---|---|
| 05/09/24 | Call with S. Karbelk regarding pending sales (.5).  Review draft ALTAs and email correspondence with C. Rogan and D. Musgrave re: same (.5). | | | |
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 05/10/24 | Email exchange and call with C. Rogan regarding sale issues and litigation dismissal (.4).  Call with D. Musgrave regarding allocation of professional fees (.3).  Calls and emails regarding Linglestown Road property (.4).  Review contract on 1343 Church (.2).  Call and email correspondence with S. Karbelk regarding various sales (.5). | | | |
| | D.G. TRACHE | 1.80 hrs. | 590.00/hr | $1,062.00 |
| 05/13/24 | Call with S. Karbelk regarding asset sales and related (.5).  Call and email exchanges with C. Rogan and D. Musgrave regarding sales and fee allocation (1.0).  Email correspondence with Trustee (.2).  Hearing preparation (1.0) | | | |
| | D.G. TRACHE | 2.70 hrs. | 590.00/hr | $1,593.00 |
| 05/14/24 | Court appearance and preparation - Sale motions and Motions to Dismiss AP. | | | |
| | D.G. TRACHE | 3.50 hrs. | 590.00/hr | $2,065.00 |
| 05/14/24 | Review contract and title work on 1343 Church.  Draft sale motion. | | | |
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 05/14/24 | Follow up email correspondence and review documents following sale hearings.. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 05/15/24 | Proof and revise sale motion on 1323 Church Street and prepare notice of hearing on same. | | | |
| | L.K. HANN | 1.00 hrs. | 260.00/hr | $260.00 |
| 05/15/24 | Email correspondence with A. Davison regarding Sterling Road (.3). Email correspondence with S. Karbelk and A. Raminpour re: closings (.4).  Review revised ALTA on Windover and email correspondence with C. Rogan (.3).  Review 1343 Church motion and NOH, emails re: same (.5).  Revise Sale Orders (.3). | | | |
| | D.G. TRACHE | 1.80 hrs. | 590.00/hr | $1,062.00 |
| 05/16/24 | Assemble exhibits for and electronic filing of Motion to Sell 1323 Church Road. | | | |
| | L.K. HANN | 0.70 hrs. | 260.00/hr | $182.00 |
| 05/16/24 | Proof and revise motions to sell 7939 Rider and 1635 Church properties. | | | |
| | L.K. HANN | 1.30 hrs. | 260.00/hr | $338.00 |
| 05/16/24 | Finalize and submit orders approving sales of 445 Windover and 71 Lucy. | | | |
| | L.K. HANN | 0.30 hrs. | 260.00/hr | $78.00 |
| 05/16/24 | Preparation of Sale Orders related to May 11 hearings (2.5).  Preparation of sale motions (Rider/1635 Church/1343 Church (2.0).  Email correspondence with various parties regarding sale orders and related (.5). | | | |
| | D.G. TRACHE | 5.00 hrs. | 590.00/hr | $2,950.00 |
| 05/17/24 | Assemble exhibits and ECF filing of motions to sell 1635 Church Road and 7939 Rider Lane. | | | |
| | L.K. HANN | 1.40 hrs. | 260.00/hr | $364.00 |
| 05/17/24 | Review and revise various sale orders, review draft ALTAs and email correspondence with counsel to secured lenders (2.2). Email correspondence with S. Karbelk and buyer's agent regarding 1010 Lynn and review proposed addendum (.7).  Call with J. Fasano re: 1010 Lynn (.3).   Email correspondence with S. Karbelk | | | |

Gold, Harris Jason - Chapter 7 Counsel
June 30, 2024
Invoice 2675673  Page 11

|  |  |  |  |  |
|---|---|---|---|---|
|  | and C. Rogan regarding Pennsylvania sales (.3). | | | |
|  | D.G. TRACHE | 3.50 hrs. | 590.00/hr | $2,065.00 |
| 05/19/24 | Review and revision of sale orders.  Email correspondence with D. Musgrave and C. Rogan re: same. | | | |
|  | D.G. TRACHE | 0.40 hrs. | 590.00/hr | $236.00 |
| 05/20/24 | Revise order on Cottage sale, emails regarding same (.4).  Email correspondence with secured creditors regarding Lynn street (.2).  Email correspondence with A. Raminpour regarding Windover (.2).  Review status of orders on all sales (.3).  Review proposed seller's affidavit on Lucy sale and emails re: same (.4). | | | |
|  | D.G. TRACHE | 1.50 hrs. | 590.00/hr | $885.00 |
| 05/20/24 | Assemble final sale orders and submit same to the Court for filing. | | | |
|  | L.K. HANN | 1.30 hrs. | 260.00/hr | $338.00 |
| 05/20/24 | ECF filing of monthly operating report. | | | |
|  | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 05/21/24 | Email and call with S. Young regarding Chain Bridge Rd and other matters. | | | |
|  | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 05/21/24 | Review entered sale orders - Lynn and Windover.  Emails with closing agents. | | | |
|  | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 05/22/24 | Call and email correspondence with Trustee and S. Karbelk re: Lucy closing (.5).  Call with S. Young and review documents re: Chain Bridge properties (.3). | | | |
|  | D.G. TRACHE | 0.80 hrs. | 590.00/hr | $472.00 |
| 05/23/24 | Review entered orders on sales (.2).  Email correspondence with A. Raminpour regarding closings (.2).  Email and text with S. Young regarding Chain Bridge properties (.3).  Review documents related to PA closings (.3). | | | |
|  | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 05/24/24 | Call with J. Gold and S. Karbelk regarding various property sales.  Emails re: same. | | | |
|  | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 05/24/24 | Email correspondence with R. Walters, S. Karbelk and buyer's broker regarding 1010 Lynn issue. | | | |
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 05/24/24 | Call with lender regarding Linglestown Road.  Email to team re: same. | | | |
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 05/25/24 | Email correspondence with J. Gold and S. Karbelk regarding Lynn Street. | | | |
|  | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 05/28/24 | Review emails re: Lynn breach of contract and confer with J. Gold regarding same (.4).  Call with J. Fasano and follow up email (.4).  Review entered order on Cottage (.1).  Further email correspondence regarding sales of Pennsylvania and Chain Bridge properties (.3). | | | |
|  | D.G. TRACHE | 1.20 hrs. | 590.00/hr | $708.00 |
| 05/29/24 | Email correspondence with S. Karbelk and Title companies re: Cottage, Lynn and Lawyers sales. | | | |
|  | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |

Gold, Harris Jason - Chapter 7 Counsel

June 30, 2024
Invoice 2675673  Page 12

| | | | | |
|---|---|---|---|---|
| 05/30/24 | Confer with Trustee and S. Karbelk regarding pending sales and related matters (.5).  Email correspondence with C. Rogan re: PA properties (.2).  Email correspondence with J. Fasano and S. Karbelk re: Lynn (.2) Call with J. Fasano re: Lynn (.2).  Call with J. Gold re: Lynn (.2). | | | |
| | D.G. TRACHE | 1.30 hrs. | 590.00/hr | $767.00 |
| 05/31/24 | Review Deeds and requested affidavit on Lawyers and Cottage (.3).  Emails re: same (.3).  Review sale documents on Chain Bridge Road and email correspondence with S. Karbelk (.4).  Email correspondence with A. Raminpour regarding 7939 Rider (.2).  Email correspondence with S. Karbelk and J. Gold regarding Lynn and Linglestown properties (.3). | | | |
| | D.G. TRACHE | 1.50 hrs. | 590.00/hr | $885.00 |
| 06/03/24 | Call with Trustee and S. Karbelk regarding pending and anticipated property sales (.5).  Review contracts, title report and draft Motions for Chain Bridge Road and Areba (2.5).  Email correspondence with S. Karbelk and counsel to lenders regarding various sales (.5). | | | |
| | D.G. TRACHE | 3.50 hrs. | 590.00/hr | $2,065.00 |
| 06/04/24 | Preparation of sale motions for Chain Bridge and Areba, email correspondence with S. Karbelk re: same (1.4).  Email correspondence with S. Karbelk and H. Hutman regarding 1635 Church and review draft ALTA (.5). Email correspondence with S. Karbelk re: 71 Lucy and review ALTA (.3).  Email to C. Lai regarding 7213 Linglestown Road (.1).  Email correspondence and call with S. Karbelk and call to J. Fasano re: Lawyers (.3) | | | |
| | D.G. TRACHE | 2.60 hrs. | 590.00/hr | $1,534.00 |
| 06/05/24 | Call and email correspondence with Trustee and S. Karbelk regarding real property sales (.5).  Draft Orders for June 11 hearing (1.0).  Email correspondence with counsel to condo association (Chain Bridge) re: outstanding assessments (.2). Email correspondence with C. Rogan regarding pending sales (.2). | | | |
| | D.G. TRACHE | 1.90 hrs. | 590.00/hr | $1,121.00 |
| 06/06/24 | Attention to filing and service of sale motions, relating to the 580 West Areba and Chain Bridge Road properties and correspondence regarding same. | | | |
| | D.L. KAPLAN | 4.20 hrs. | 260.00/hr | $1,092.00 |
| 06/06/24 | Finalize Motions to sell Areba and Chain Bridge Road (.5).  Email correspondence and call with D. Kaplan re: filing and service (.4).  Email correspondence and call with J. Fasano re: Lawyers (.3).  Email correspondence with S. Karbelk and J. Gold regarding Lawyers and Lynn, review release (.5).  Email correspondence with C. Rogan regarding sale motions and proposed orders for June 11, revision of orders (.5). | | | |
| | D.G. TRACHE | 2.20 hrs. | 590.00/hr | $1,298.00 |
| 06/06/24 | Review of binder and documents for service; prepare service of process. | | | |
| | E.A. MARR | 3.40 hrs. | 240.00/hr | $816.00 |
| 06/07/24 | Email correspondence with S. Karbelk and review ALTA re: Linglestown (.4).  Email with J. Fasano and settlement agent regarding Lawyers (.3).  Email correspondence with C. Rogan and review ALTA re: 1343 Church, email correspondence with S. Karbelk and S. Young regarding competing bid (.5).  Email correspondence with E. Fox regarding Condo Fees on Chain Bridge properties (.2).  Email from S. Karbelk regarding tenant issue at 580 Areba (.1). | | | |
| | D.G. TRACHE | 1.50 hrs. | 590.00/hr | $885.00 |
| 06/10/24 | Call with S. Karbelk regarding status of various sales (.4).  Email correspondence | | | |

Gold, Harris Jason - Chapter 7 Counsel

June 30, 2024
Invoice 2675673  Page 13

|  |  |  |  |  |
|---|---|---|---|---|
|  | with S. Karbelk re: same (.3). Review ALTA on Linglestown property and email to lender re: same (.3). Review revised ALTA on 1343 Church and email correspondence with C. Rogan re: same (.3). Revise order on 1343 Church (.2). Email correspondence with L. Tancredi re: Lynn (.2). Email correspondence with E. Kramer regarding PA property inspections (.2). Prepare for hearings on sale motions (.5). |  |  |  |
|  | D.G. TRACHE | 2.40 hrs. | 590.00/hr | $1,416.00 |
| 06/11/24 | Court appearance and preparation - Sales of 1343 Church, 1635 Church and 7939 Rider (2.0). Revise orders regarding 6/11 hearing (.3). Call and email with C. Rogan re: sale issues (.3). Email correspondence with S. Karbelk and closing agent regarding Cottage (.2). Review emails from S. Karbelk regarding 202 N. Port and 3012 Dupont (.2). Email correspondence with L. Tancredi and S. Karbelk re: Lynn (.2). |  |  |  |
|  | D.G. TRACHE | 3.20 hrs. | 590.00/hr | $1,888.00 |
| 06/12/24 | Review ALTA and related documents re: Cottage, emails and call with S. Karbelk and closing attorney re: same (.8). Email correspondence and call with J. Fasano regarding Lawyers/Lynn issue (.3). Email correspondence with S. Karbelk and review documents re: 7616 Grove (.5). Email correspondence with C. Lai regarding Linglestown Road agreement (.1). Email correspondence with S. Karbelk and A. Raminpour regarding 1343 Church (.2). Email correspondence with A. Raminpour regarding 1630 E. Chocolate post closing (.1) |  |  |  |
|  | D.G. TRACHE | 2.00 hrs. | 590.00/hr | $1,180.00 |
| 06/13/24 | Call with S. Karbelk and team regarding status of property sales (.5). Email correspondence with counsel to secured lenders re: 1635 Church Sale Order and instructions to L. Hann re: submission of order (.3). Email correspondence with D. Musgrave and S. Karbelk re: 7616 Grove (.3). Email correspondence with S. Karbelk re: Lawyers sale closing (.3). Email correspondence with C. Rogan and S. Karbelk regarding Fulton properties and legal fees (.3). Email correspondence with S. Karbelk re: Linglestown Road sale to lender (.3). Review ALTA on Cottage Street and emails re: same (.5). Email from counsel to West Hanover Township and review inspection report (.5). |  |  |  |
|  | D.G. TRACHE | 3.00 hrs. | 590.00/hr | $1,770.00 |
| 06/14/24 | Submit proposed sale order for 1635 Church to the Court for entry. |  |  |  |
|  | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 06/14/24 | Email correspondence with A. Raminpour regarding Chain Bridge Road sale and review documents re: same (.4). Prepare supplement to sale motion (.8). Email correspondence with C. Rogan regarding Fulton attorneys fees (.2). Email correspondence and call with S. Karbelk regarding West Hanover properties and report (.6). Email correspondence with S. Karbelk and A. Raminpour regarding sales approved on June 11 (.2). Email correspondence with S. Karbelk re: Lawyers closing (.1). |  |  |  |
|  | D.G. TRACHE | 2.30 hrs. | 590.00/hr | $1,357.00 |
| 06/17/24 | Email correspondence with J. Fasano, S. Karbelk and settlement firm re: Lawyers Road (.3). Email correspondence with S. Karbelk and settlement firm re: Cottage closing (.2). Email correspondence with S. Karbelk and J. Gold regarding Linglestown (.2). Review email re: Fulton bank fees and email correspondence with C. Rogan re: same (.3). Instructions to L. Hann re: supplement to Chain Bridge motion and final review of same (.3). |  |  |  |
|  | D.G. TRACHE | 1.30 hrs. | 590.00/hr | $767.00 |
| 06/17/24 | Assemble and filing of supplement to motion to sell Chain Bridge Road property. |  |  |  |

Gold, Harris Jason - Chapter 7 Counsel

June 30, 2024
Invoice 2675673  Page 14

|  |  |  |  |  |
|---|---|---|---|---|
|  | L.K. HANN | 0.50 hrs. | 260.00/hr | $130.00 |

06/18/24  Email correspondence with C. Rogan regarding attorney fees of Fulton Bank (.2). Email correspondence with S. Karbelk regarding pending sales (.3). Review ALTA for Lawyers and emails re: same and other closing related matters (.5). Review executed ALTA for Cottage closing (.2). Email correspondence with counsel to lenders and township regarding Non-Permitted work in PA (.3).
    D.G. TRACHE         1.50 hrs.    590.00/hr    $885.00

06/19/24  Review and revise Rider sale order (.3). Email correspondence with C. Rogan and D. Musgrave regarding Fulton attorney fee allocation and Rider sale, review documents re: same (.7). Review ALTA for Rider sale and email to C. Rogan and D. Musgrave re: final order (.3). Email correspondence with S. Karbelk and C. Lai regarding Linglestown motion (.2). Review draft Altas on Areba sale and email correspondence with S. Karbelk (.4). Call with S. Karbelk regarding various sale related matters (.3).
    D.G. TRACHE         2.20 hrs.    590.00/hr    $1,298.00

06/20/24  Submit proposed sale order for Rider Lane electronically to the Court for filing.
    L.K. HANN           0.20 hrs.    260.00/hr    $52.00

06/20/24  Finalize Order on Rider and instruct L. Hann re: submission to Court (.3). Email correspondence with S. Karbelk and lender re: 7213 Linglestown (.3) Review draft bankruptcy addendum for W. Hanover T'ship and emails with S. Karbelk and E. Kramer regarding same (.6). Email correspondence with S. Karbelk regarding 580 W. Areba (.3). Email correspondence with S. Karbelk regarding Rider Lane (.2)
    D.G. TRACHE         1.70 hrs.    590.00/hr    $1,003.00

06/21/24  Email correspondence with S. Karbelk and C. Rogan regarding 1343 Church order and ALTA (.3). Email correspondence with S. Karbelk regarding Lawyers closing and review final ALTA (.2). Call with E. Kramer and S. Karbelk regarding inspection report and follow up emails re: same (.6). Email to J. Fasano regarding motion to release Lynn deposit (.1). Review Orrstown bank payoff and emails re: same (.3).
    D.G. TRACHE         1.50 hrs.    590.00/hr    $885.00

06/24/24  Call with S. Karbelk and J. Gold regarding various property sales (.5). Email correspondence with D. Musgrave and C. Rogan re 1343 Church, review revised ALTA and revised draft order (.6). Review Order on Rider and email correspondence with A. Raminpour (.2). Review draft Alta on 580 W. Areba (.2).
    D.G. TRACHE         1.50 hrs.    590.00/hr    $885.00

06/25/24  Assemble monthly operating report and ECF filing of same.
    L.K. HANN           0.30 hrs.    260.00/hr    $78.00

06/25/24  Assemble and submit Order Approving Sale of 1343 Church St.
    L.K. HANN           0.30 hrs.    260.00/hr    $78.00

06/25/24  Email correspondence with C. Rogan and D. Musgrave regarding 1343 Church, instructions to L. Hann regarding submission of order (.3). Review addendum for Chain Bridge Road and related emails, call with S. Karbelk re: same (.4). Review response of lender on Chain Bridge Road to sale motion (.1). Review final ALTA for Rider (.2).
    D.G. TRACHE         1.00 hrs.    590.00/hr    $590.00

06/26/24  Email correspondence with S. Karbelk, J. Gold and E. Kramer regarding revised addendum for West Hanover Township (.3). Draft Sale Order on W. Areba and email to C. Rogan and D. Musgrave re: same (.7). Email correspondence with A.

Gold, Harris Jason - Chapter 7 Counsel

June 30, 2024
Invoice 2675673  Page 15

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | Raminpour and B. McAulay regarding Rider lane closing (.3).  Finalize Goldsmith motion and email to L. Hann re: filing (.2). | D.G. TRACHE | 1.50 hrs. | 590.00/hr | $885.00 |
| 06/27/24 | Review title report and draft Linglestown motion (1.0), call with counsel to first lien on Lynn (.2).  Email correspondence with S. Karbelk and S. Young re: Manning (.3).  Email correspondence with A. Raminpour, S. Karbelk and J. Meizanis re: Chain Bridge road, review documents (.5).  Email correspondence with counsel to township re: addendum language (.2).  Email correspondence with S. Karbelk re: lease termination on Manning, review same and respond (.3). | D.G. TRACHE | 2.50 hrs. | 590.00/hr | $1,475.00 |
| 06/27/24 | ECF filing of Motion to Authorize Payment to Mr. Goldsmith and coordinate service of same. | L.K. HANN | 0.60 hrs. | 260.00/hr | $156.00 |
| 06/28/24 | Review and revise Linglestown Road motion, emails re: same (.6).  Review ALTA and Draft motion to sell 1001 Manning (1.0).  Review email from S. Karbelk and ALTA re: Lynn, email to J. Fasano re: same (.4). | D.G. TRACHE | 2.00 hrs. | 590.00/hr | $1,180.00 |
| | **Subtotal T0009** | | **139.00 hrs.** | | **$69,831.00** |

**T0011 - Bankruptcy Litigation**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/27/24 | Review filings in Eagle v. Bala Jain et al. | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 03/29/24 | Email correspondence with counsel to defendants and court regarding hearings on Motion to dismiss | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 04/01/24 | Email correspondence with court and C. Rogan regarding continuance of hearing on Motions to Dismiss AP. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 04/20/24 | Email correspondence with J. Gold and C. Rogan regarding Bala Jain issues. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 04/23/24 | Finalize orders approving use of cash collateral and carve outs and submit same to the Court for signing. | L.K. HANN | 0.30 hrs. | 260.00/hr | $78.00 |
| 04/23/24 | Court appearance and preparation - Motions on Fulton Bank, Bala Jain and Business Operations (1.5).  Review orders and email to L. Hann regarding same (.3). | D.G. TRACHE | 1.80 hrs. | 590.00/hr | $1,062.00 |
| 04/24/24 | Review documents related to Bala Jain AP and draft settlement framework for consideration by trustee (1.5).  Email correspondence with Trustee and S. Karbelk regarding same and follow up call (1.0). Call with C. Rogan and follow up email with proposal (1.3). | D.G. TRACHE | 3.80 hrs. | 590.00/hr | $2,242.00 |
| 04/29/24 | Email correspondence with C. Rogan regarding settlement offers - Bala Jain dispute. | | | | |

Gold, Harris Jason - Chapter 7 Counsel

June 30, 2024
Invoice 2675673  Page 16

|  |  |  |  |  |
|---|---|---|---|---|
|  | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 05/03/24 | Call with C. Rogan and R. Marino regarding settlement of litigation (.5). Review and analyze decision provided by C. Rogan (.5). Email correspondence to J. Gold re: settlement (.3) | | | |
|  | D.G. TRACHE | 1.30 hrs. | 590.00/hr | $767.00 |
| 05/04/24 | Email correspondence with J. Gold and C. Rogan regarding potential settlement. | | | |
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 05/07/24 | Call and email correspondence with C. Rogan regarding resolution of AP. | | | |
|  | D.G. TRACHE | 0.40 hrs. | 590.00/hr | $236.00 |
| 05/08/24 | Email correspondence with C. Rogan re: settlement of AP (.3). Review and revise draft stipulation (.7). Follow up email correspondence re: same (.3). Email to J. Gold (.2). | | | |
|  | D.G. TRACHE | 1.50 hrs. | 590.00/hr | $885.00 |
| 05/09/24 | Email correspondence with C. Rogan regarding stipulation. Email from J. Gold re: same. Review revised stipulation. | | | |
|  | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 05/13/24 | Review stipulation on Adversary Dismissal and email correspondence with C. Rogan and S. Bortnick re: dismissals. | | | |
|  | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 06/17/24 | Preparation of Motion to Pay Deposit to Goldsmith. | | | |
|  | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
|  | **Subtotal T0011** | **13.10 hrs.** |  | **$7,630.00** |

**T0015 - Claims Administration and Objections**

|  |  |  |  |  |
|---|---|---|---|---|
| 04/17/24 | Confer with C. Jones regarding West Hanover claim re: illegal operations. | | | |
|  | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 04/18/24 | Email to C. Jones regarding West Hanover claims. | | | |
|  | D.G. TRACHE | 0.10 hrs. | 590.00/hr | $59.00 |
| 04/30/24 | Review email and documents related sale of 3002 Williamsburg and delinquent tax bill. Email to S. Karbelk and J. Gold re: same. Follow up email correspondence with J.Reed. | | | |
|  | D.G. TRACHE | 0.40 hrs. | 590.00/hr | $236.00 |
| 05/08/24 | Call with C. Jones regarding West Hanover Township settlement. Review documents re: same. | | | |
|  | D.G. TRACHE | 0.70 hrs. | 590.00/hr | $413.00 |
| 05/09/24 | Email correspondence and call with C. Jones regarding West Hanover Township (.3). Email with E. Kramer re: settlement (.1) | | | |
|  | D.G. TRACHE | 0.40 hrs. | 590.00/hr | $236.00 |
| 05/10/24 | Email correspondence and call with Elizabeth Kramer regarding Township claims and settlement. Email correspondence with S. Karbelk and S. Young re: same. Review and revise contract addendum. | | | |
|  | D.G. TRACHE | 0.70 hrs. | 590.00/hr | $413.00 |

Gold, Harris Jason - Chapter 7 Counsel

June 30, 2024
Invoice 2675673  Page 17

|  |  |  |
|---|---|---|
| **Subtotal T0015** | **2.50 hrs.** | **$1,475.00** |

**Fees for Legal Services** ................................................................................................. **$105,557.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.G. TRACHE | 159.90 | 590.00 | 94,341.00 |
| D.L. KAPLAN | 4.20 | 260.00 | 1,092.00 |
| L.K. HANN | 35.80 | 260.00 | 9,308.00 |
| E.A. MARR | 3.40 | 240.00 | 816.00 |
| TOTAL | 203.30 | $519.22 | $105,557.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

**E101 - Copying**

| | | |
|---|---|---|
| 04/12/2024 | Copies 1,202 Page(s) | 60.10 |
| 04/16/2024 | Copies 2,958 Page(s) | 147.90 |
| 04/17/2024 | Copies 202 Page(s) | 10.10 |
| 04/25/2024 | Copies 15,049 Page(s) | 752.45 |
| 04/26/2024 | Copies 206 Page(s) | 10.30 |
| 05/16/2024 | Copies 2,910 Page(s) | 145.50 |
| 06/17/2024 | Copies 600 Page(s) | 30.00 |
| 06/27/2024 | Copies 600 Page(s) | 30.00 |
| **Total E101 - Copying** | | **$1,186.35** |

**E107 - Delivery Services/Messengers**

| | | |
|---|---|---|
| 04/12/2024 | Federal Express charge | 23.45 |
| 04/12/2024 | Federal Express charge | 23.45 |
| 04/12/2024 | Federal Express charge | 28.05 |
| 04/12/2024 | Federal Express charge | 23.45 |
| 04/12/2024 | Federal Express charge | 23.45 |
| 04/12/2024 | Federal Express charge | 23.45 |
| 04/12/2024 | Federal Express charge | 45.95 |
| 04/17/2024 | Federal Express charge | 26.99 |
| 04/19/2024 | Federal Express charge | 23.60 |
| 04/17/2024 | Federal Express charge | 22.36 |

Gold, Harris Jason - Chapter 7 Counsel

June 30, 2024
Invoice 2675673  Page 18

| Date | Description | Amount |
|---|---|---|
| 04/26/2024 | Federal Express charge | 22.36 |
| 04/26/2024 | Federal Express charge | 23.60 |
| 05/14/2024 | Federal Express charge | 22.31 |
| **Total E107 - Delivery Services/Messengers** | | **$332.47** |

**E112 - Court Fees**

| Date | Description | Amount |
|---|---|---|
| 04/27/2024 | Vendor: Hann, Linnea K. Invoice#: 6633355704270204 Date: 4/26/2024   - CREXP Efiling Fee for motion -  - Filing Fees 04/26/24 E-filing fee for motion | 796.00 |
| 04/27/2024 | Vendor: Hann, Linnea K. Invoice#: 6633361204270204 Date: 4/26/2024   - CREXP Efiling fee for motion -  - Filing Fees 04/26/24 Efiling fee for motion | 199.00 |
| 05/18/2024 | Vendor: Hann, Linnea K. Invoice#: 6679337105180204 Date: 5/17/2024   - CREXP E-filing fee -  - Filing Fees 05/17/24 E-filing fee VA Eastern Bankruptcy Court | 398.00 |
| 05/18/2024 | Vendor: Hann, Linnea K. Invoice#: 6678475205180204 Date: 5/17/2024   - CREXP e-filing fee -  - Filing Fees 05/16/24 efiling fee - Virginia Eastern Bankruptcy Court | 199.00 |
| 06/22/2024 | Vendor: Kaplan, David L. Invoice#: 6755104006220204 Date: 6/21/2024   - CREXP Filing Fee Reimbursement 06.06.2024 -  - Filing Fees 06/06/24 Filing Fee | 398.00 |
| **Total E112 - Court Fees** | | **$1,990.00** |

**E124 - Other**

| Date | Description | Amount |
|---|---|---|
| 05/13/2024 | Vendor: U.S. Courts: Pacer; Invoice#: PACER52024; Date: 5/13/2024 - Billing period - 4/1/2024 to 4/30/2024 | 91.60 |
| 06/11/2024 | Vendor: U.S. Courts: Pacer; Invoice#: PACER62024; Date: 6/11/2024 - Billing period - 5/1/2024 to 5/31/2024 | 11.40 |
| **Total E124 - Other** | | **$103.00** |

**E108 - Postage**

| Date | Description | Amount |
|---|---|---|
| 04/25/2024 | Postage | 4.27 |
| 04/25/2024 | Postage | 60.00 |
| 04/25/2024 | Postage | 185.00 |
| 04/25/2024 | Postage | 176.00 |
| 04/25/2024 | Postage | 4.00 |
| 04/25/2024 | Postage | 2.00 |
| 04/26/2024 | Postage | 7.68 |
| 04/26/2024 | Postage | 12.80 |
| 04/26/2024 | Postage | 19.84 |
| 04/26/2024 | Postage | 12.80 |

Gold, Harris Jason - Chapter 7 Counsel

June 30, 2024
Invoice 2675673  Page 19

| Date | Description | Amount |
|---|---|---|
| 04/26/2024 | Postage | 5.76 |
| 04/26/2024 | Postage | 7.04 |
| 05/30/2024 | Vendor: Johnna Gholston - Petty Cash; Invoice#: 05292024; Date: 5/30/2024 - Reimburse Columbia petty cash - Postage 4 pc mail | 102.00 |

**Total E124 - Other** — **$599.19**

**Total Charges for Other Services Provided/Expenses Incurred** .................................... **$4,211.01**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| E101 - Copying | 1,186.35 |
| E107 - Delivery Services/Messengers | 332.47 |
| E108 - Postage | 497.19 |
| E112 - Court Fees | 1,990.00 |
| E124 - Other | 205.00 |
| TOTAL | $4,211.01 |

**TOTAL FOR THIS INVOICE** ................................................................................ **$109,768.01**

Gold, Harris Jason - Chapter 7 Counsel

June 30, 2024
Invoice 2675673  Page 20

### REMITTANCE COPY

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000
accounts.receivable@nelsonmullins.com

Gold, Harris Jason - Chapter 7 Counsel
ATTN:  Gold, H. Jason
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, SW
Suite 900
Washington, DC  20001

| | | |
|---|---|---|
| Our Matter # | 045429/09040 | For Services Through 06/30/24 |
| Name of Matter: | Eagle Properties and Investments LLC | |

| | |
|---|---:|
| Fees for Professional Services | $105,557.00 |
| Charges for Other Services Provided/Expenses Incurred | 4,211.01 |
| **TOTAL FOR THIS INVOICE** ................................................................................ | **$109,768.01** |

**Terms of Payment:**  Balance due within thirty days of invoice date

### ELECTRONIC PAYMENT INSTRUCTIONS

*Domestic Wire And ACH Transfer*      *Foreign Wire (USD) Transfer*



### CREDIT CARD PAYMENTS
**http://www.nelsonmullins.com/pay**

**Reference Field:**  Note the Nelson Mullins Invoice and Matter Number.