# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) |
| EAGLE PROPERTIES AND INVESTMENTS, LLC, | ) Bankruptcy Case ) No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |

## NOTICE OF FIRST INTERIM APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH LLP, COUNSEL TO TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
## AND NOTICE OF HEARING THEREON

PLEASE TAKE NOTICE that H. Jason Gold, Chapter 7 Trustee ("Trustee"), by counsel, has filed with the clerk of the United States Bankruptcy Court a first interim application ("Application") requesting an award of compensation for the services performed by Nelson Mullins Riley & Scarborough LLP ("Nelson Mullins") and reimbursement of expenses. The Application seeks this award for services rendered to the Trustee and expenses incurred on the Trustee's behalf. Nelson Mullins seeks allowance of a total of $109,768.01 as compensation for attorneys' fees and reimbursement of expenses.

> **UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS APPLICATION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND TREAT THE APPLICATION AS CONCEDED.**
>
> **A HEARING TO CONSIDER THE RELIEF REQUESTED IN THIS APPLICATION IS SCHEDULED FOR AUGUST 13, 2024 AT 11:00 A.M. IN COURTROOM III OF THE UNITED STATES BANKRUPTCY COURT, 200 SOUTH WASHINGTON STREET, ALEXANDRIA, VIRGINA 22314.**

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter7 Trustee*

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.

                                          Respectfully submitted,

                                          H. JASON GOLD, TRUSTEE

                                          By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email:  dylan.trache@nelsonmullins.com


By:    /s/ Dylan G. Trache
         Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of July, 2024, the foregoing Notice was served via first class mail, postage prepaid, to the parties on the attached service list[1] and to:

                Office of the United States Trustee
                1725 Duke Street, Suite 650
                Alexandria, VA  22314


                                          /s/ Dylan G. Trache
                                          Dylan G. Trache

---

[1] Pursuant to Local Rule 5005-1(C)(8), the attached service list is not being served on each of the parties, but is attached to the original Certificate of Service filed with the Court.