RealMarkets
Asset Management Timesheet
3/29/24 to 6/30/24

| Date | Activity | Time (% of 60 minutes i.e. 0.25 = 15 minutes) | Rate | Cost | Provider |
|---|---|---|---|---|---|
| 3/29/24 | Reach out to State Farm Ins, J. Neely, to ask for a quote on 1635 Hershey Road, also asked her to confirm the expiration dates on the UST list | 0.10 | $ 225.00 | $ 22.50 | S. Karbelk |
| 4/1/24 | Review past due utility bills, update spreadsheet, notify Trustee. | 0.25 | $ 225.00 | $ 56.25 | S. Karbelk |
| 4/3/24 | Status Call with Trustee, DT, DM and CR | 1.00 | $ 225.00 | $ 225.00 | S. Karbelk |
| 4/5/24 | Review Insurance Status, create management spreadsheet for insurance, coordinate getting a quote from State Farm for all properties. | 0.35 | $ 225.00 | $ 78.75 | S. Karbelk |
| 4/8/24 | Follow up on insurance for 1635 Hershey Road, discuss with SF in VA, reach out to Rob Patrick to coordinate delivery of asset management documents | 0.25 | $ 225.00 | $ 56.25 | S. Karbelk |
| 4/8/24 | Email notification to A. Jain about sending rent payments to the Trustee, sent copies of my orders, and requested access to all accounts; call with Rob Patrick re: background | 0.45 | $ 225.00 | $ 101.25 | S. Karbelk |
| 4/9/24 | Review cash collateral orders, comments from C Rogan, respond to DT | 0.20 | $ 225.00 | $ 45.00 | S. Karbelk |
| 4/10/24 | Follow up with State Farm re: policies, only need to run loss run reprots, sent notice about 4 properties with lapsed insurance effective 4/1, plus one other, working through quotes, confirmed Additional Insured Language with Trustee, waiting on quotes | 0.25 | $ 225.00 | $ 56.25 | S. Karbelk |
| 4/10/24 | Review payoff quote from Goldsmith, noted forced placed insurance on 1010 Lynn and 449 Lawyers, emailed Trustee recommending to keep it in place since both properties are going to market | 0.15 | $ 225.00 | $ 33.75 | S. Karbelk |
| 4/11/24 | Review and record invoices received from Mac and Rob Patrick, add to management spreadsheet (26 invoices), review QB account for any other info on insurance, add insurance info from emails into insurance spreadsheet | 1.75 | $ 225.00 | $ 393.75 | S. Karbelk |
| 4/12/24 | Prepare Rent Invoices for March & April 2024, send to A. Jain, copy Trustee and counsel | 1.25 | $ 225.00 | $ 281.25 | S. Karbelk |

Eagle Properties and Investments, LLC
(23-10566-KHK)

**RealMarkets**
Asset Management Timesheet
3/29/24 to 6/30/24

| Date | Description | Hours | Rate | Amount | Person |
|---|---|---|---|---|---|
| 4/12/24 | Respond to Holly King re: 1635 Church Road questions for insurance, get answers from A. Jain | 0.25 | $ 225.00 | $ 56.25 | S. Karbelk |
| 4/12/24 | Review list of bills, Trustee authorized proceeding with payment of five PA insurance bills, emailed S. Farm agent with insructions, need to arrange payment, added additional insureds. | 0.35 | $ 225.00 | $ 78.75 | S. Karbelk |
| 4/13/24 | Record insurance payments in QB, send binder for 1635 Church to Trustee, counsel and counsel for lender, update tracking reports. | 0.45 | $ 225.00 | $ 101.25 | S. Karbelk |
| 4/15/24 | Call to Erwin Agency and Marshall & Sterling re: properties they have insured, requested status from both | 0.25 | $ 225.00 | $ 56.25 | S. Karbelk |
| 4/17/24 | Send Additional Insured info to Holly re: Bank of Clark, requested 3 more quotes from Holly, followed up with Salim re: VA and MD policies, need status of each | 0.35 | $ 225.00 | $ 78.75 | S. Karbelk |
| 4/18/24 | Follow up with insurance companies, requested more policy quotes from Holly at State Farm | 0.35 | $ 225.00 | $ 78.75 | S. Karbelk |
| 4/18/24 | Review dozens of invoices, add to Master Spreadsheet, cross check with info provided by A. Jain, identify bills to get into Debtor name and bills not needed to pay. Review all insurance status, review emails with cancellations, send follow up email to agents to get quotes, request COI on 1010 Lynn, send email re adding additional insureds | 2.75 | $ 225.00 | $ 618.75 | S. Karbelk |
| 4/19/24 | Set up multiple Water Accounts/Requested start service | 1.25 | $ 75.00 | $ 93.75 | S. Young |
| 4/22/24 | Review more insurance quotes, send to Trustee for approval, follow up with J. Lewis re: Chain Bridge Road policies, answer questions re: properties | 0.50 | $ 225.00 | $ 112.50 | S. Karbelk |
| 4/23/24 | Sign State Farm ACH authorizations, review office insurance policy with Trustee, authorize office policies, start on monthly operating budget | 0.75 | $ 225.00 | $ 168.75 | S. Karbelk |
| 4/24/24 | Send Sterling Rd photos to State Farm for coverage, review coverage with State Farm, obtain additional quotes for review | 0.30 | $ 225.00 | $ 67.50 | S. Karbelk |
| 4/25/24 | Pay DTMA invoice for E. Chocolate before turnoff, sign ACH authorization to SF, add payments to QB, add 71 Lucy to my DTMA account | 0.50 | $ 225.00 | $ 112.50 | S. Karbelk |

Eagle Properties and Investments, LLC
(23-10566-KHK)

**RealMarkets**
**Asset Management Timesheet**
3/29/24 to 6/30/24

| Date | Description | Hours | Rate | Amount | Person |
|---|---|---|---|---|---|
| 4/25/24 | Picked up check from Amit and drive to DC, deliver to trustee | 1.75 | $ 75.00 | $ 131.25 | R. Walters |
| 4/25/24 | Googled, called, and emailed four different landscape companies to arrange mowing for PA properties | 0.30 | $ 75.00 | $ 22.50 | R. Walters |
| 4/26/24 | Respond to Holly at SF re: fireplace type at 249 Berkstone, update Operating Budget, review insurance payments | 0.45 | $ 225.00 | $ 101.25 | S. Karbelk |
| 4/29/24 | Approve SF insurance on Fairville, coordinate backyard photographs for Grove, add rent payments to Operating Budget | 0.75 | $ 225.00 | $ 168.75 | S. Karbelk |
| 5/1/24 | Requested authoriztion form and sent to Trustee to be signed for Dominion Electric | 0.30 | $ 75.00 | $ 22.50 | S. Young |
| 5/1/24 | Sent Authorizatino form back to Dom Electric | 0.15 | $ 75.00 | $ 11.25 | S. Young |
| 5/2/24 | Sent authorization request, set up online account with PPL in PA Started Service for Jonestown, Linglestown, E. Chocolate, Rider, Berkstone, Fairville, New Oxford and Lucy | 1.25 | $ 75.00 | $ 93.75 | S. Young |
| 5/4/24 | Pay invoices, prepare monthly report | 2.75 | $ 225.00 | $ 618.75 | S. Karbelk |
| 5/6/24 | Finalize Monthly Report | 2.25 | $ 225.00 | $ 506.25 | S. Karbelk |
| 5/10/24 | Update Insurance management spreadsheet, add account numbers, review recurring monthly charges, review prior QB, inquire further about American Modern payment on 1/29/24 with A. Jain and M. Erwin, scan multiple State Farm receipts and entries into QB, pay water/sewer bill and Wash Gas bill. | 1.00 | $ 225.00 | $ 225.00 | S. Karbelk |
| 5/10/24 | Requested ACH auto payments from Holly at State Farm, received form, signed and returned, send notice of tax sale to Trustee and counsel re: 213 N. Port. | 0.15 | $ 225.00 | $ 33.75 | S. Karbelk |
| 5/11/24 | Pay Bills, record in QB | 1.25 | $ 225.00 | $ 281.25 | S. Karbelk |
| 5/12/24 | Record insurance payment in QB, prepare coverletter, review lease and rent invoice for 202 N. Port | 0.75 | $ 225.00 | $ 168.75 | S. Karbelk |
| 5/18/24 | Pay invoices, email Trustee with update, forward past due water/sewer invoice to Sterling Road tenant, request COI's for additional insured on Fulton Bank properties and coordinate delivery to their Insurance compliance service | 0.85 | $ 225.00 | $ 191.25 | S. Karbelk |

RealMarkets
Asset Management Timesheet
3/29/24 to 6/30/24

| Date | Description | Hours | Rate | Amount | Staff |
|---|---|---|---|---|---|
| 5/27/24 | Pay Bills, record in QB, respiond to insurance request from Orrstown Bank, respond to SF email re 7616 Grove questions from underwriter, review bills from R. Patrick and A. Jain. | 0.65 | $ 225.00 | $ 146.25 | S. Karbelk |
| 5/28/24 | Cancel insurance, email S. Young to cancel utilities on 1630 E. Chocolate, email A. Jain to cancel UGI and Waste Management (if he hadn't already) re: 1630 E. Chocolate; contact tenant on Sterling Road re: inspection, rent, and repairs, sent lease copy, discussed with SY re: her conversation | 0.50 | $ 225.00 | $ 112.50 | S. Karbelk |
| 5/28/24 | Contact Republic Services about a past due bill with no property address | 0.10 | $ 225.00 | $ 22.50 | S. Karbelk |
| 5/28/24 | Picked up check from Amit and drive to DC, deliver to trustee | 1.75 | $ 75.00 | $ 131.25 | R. Walters |
| 5/29/24 | Contact City of Baltimore re: tax sale status of 213 N. Port, confirmed flagged as bankruptcy, followed up with Trustee and counsel | 0.30 | $ 225.00 | $ 67.50 | S. Karbelk |
| 5/31/24 | Update master property management spreadsheet, discuss HVAC issue with Trustee, confirm utilities off at 1630 E. Chocolate | 0.30 | $ 225.00 | $ 67.50 | S. Karbelk |
| 5/31/24 | Invoice tenant on W. Areba, respond to tenant questions about bankruptcy and sale | 0.35 | $ 225.00 | $ 78.75 | S. Karbelk |
| 6/1/24 | Prepare March and April Expense Invoices, send to Trustee | 1.75 | $ 225.00 | $ 393.75 | S. Karbelk |
| 6/2/24 | Prepare May Expense Invoice, send to Trustee | 1.25 | $ 225.00 | $ 281.25 | S. Karbelk |
| 6/3/24 | Asset Management Status Call with Trustee, counsel, and paralegal; review asset management expense reports, update reports for Trustee | 2.65 | $ 225.00 | $ 596.25 | S. Karbelk |
| 6/3/24 | Scan and email SF agent re: autopay set, cancellation notices | 0.35 | $ 225.00 | $ 78.75 | S. Karbelk |
| 6/4/24 | Emaiil Trustee re: cancellation notices, update on Areba rent, send Trustee email re: cancellation of Jonestown insurance on 7/2 | 0.15 | $ 225.00 | $ 33.75 | S. Karbelk |
| 6/4/24 | Make requested updates to March 2024 expense report | 0.15 | $ 225.00 | $ 33.75 | S. Karbelk |
| 6/4/24 | Process tenant coverletters and invoices, email, as available, and mail, update rent notes - non-Amit tenant properties, review correct lease for Roxbury | 1.75 | $ 225.00 | $ 393.75 | S. Karbelk |

RealMarkets
Asset Management Timesheet
3/29/24 to 6/30/24

| Date | Description | Hours | Rate | Amount | Name |
|---|---|---|---|---|---|
| 6/10/24 | Call from Sterling Road tenant, water cut off, discussed with counsel, confirmed May 2024 rent received, contact Am Water, paid past due balance, reviewed other Am. Water accounts, pay multiple, electric and water bills, record, get control of A. Jain PA Am Water Account | 2.75 | $ 225.00 | $ 618.75 | S. Karbelk |
| 6/11/24 | Respond to email from Holly at SF re: roof age on Sterling Road, respond to cancellation notice re: pictures, sent to RW to send pics to Holly | 0.15 | $ 225.00 | $ 33.75 | S. Karbelk |
| 6/13/24 | Confirm autopay set up with Holly at SF, review insurance policy status, scan declaration pages, update insurance tracker spreadsheet | 1.25 | $ 225.00 | $ 281.25 | S. Karbelk |
| 6/14/24 | Pay water bills, contact PA American Water about accounts | 0.50 | $ 225.00 | $ 112.50 | S. Karbelk |
| 6/16/24 | Prepare monthly report, pay bills | 2.75 | $ 225.00 | $ 618.75 | S. Karbelk |
| 6/17/24 | Pay bills, record entries, send insurance notice from Orrstown Bank to State Farm, requested updated Declaration page | 0.40 | $ 225.00 | $ 90.00 | S. Karbelk |
| 6/19/24 | Review and pay bills, utilities and insurance, update insurance tracker, email Holly at SF with questions on notices | 2.00 | $ 225.00 | $ 450.00 | S. Karbelk |
| 6/20/24 | Respond to email from housing insurance company re: Sterling Road rent payment and Trustee W-9 info | 0.10 | $ 225.00 | $ 22.50 | S. Karbelk |
| 6/22/24 | Record, scan and pay invoices, review insurance notices, review invoices and pay received by A. Jain and R. Patrick, scan and record updated insurance declarations, update insurance tracker, notify A. Jain of pending Foremost Insurance refund and to turn it over to Trustee, multiple emails to SF agents regarding credits and policy status's. | 2.75 | $ 225.00 | $ 618.75 | S. Karbelk |
| 6/24/24 | Review monthly report with Trustee, submit final version to counsel for filing | 0.25 | $ 225.00 | $ 56.25 | S. Karbelk |
| 6/25/24 | Sign new ACH payment authorization for 3012 Manning | 0.10 | $ 225.00 | $ 22.50 | S. Karbelk |
| 6/26/24 | Call B. Pendergraft re: eviction of tenant at Roxbury Rd and both Port Road properties, left details with intake receptionist, updated Trustee and counsel, received response via email from B. Pendergraft, responded with detailed email regarding situation and proposed next steps | 0.50 | $ 225.00 | $ 112.50 | S. Karbelk |

Eagle Properties and Investments, LLC
(23-10566-KHK)

RealMarkets
Asset Management Timesheet
3/29/24 to 6/30/24

| Date | Description | Hours | Rate | Amount | Person |
|---|---|---|---|---|---|
| 6/27/24 | Prepare lease termination notice for 1001 Manning, send to Trustee and counsel to approve, call Penn American Water to correct water bill issues | 0.85 | $ 225.00 | $ 191.25 | S. Karbelk |
| 6/28/24 | Received approval from Trustee and counsel re: lease termination notice, sent to tenant, S. Sheth, Rob and Stephanie via text, Fredericksburg office will print and mail today; confirm lease termination date with tenant in Sterling Road, send invoice regarding past due utilities; cancel insurance on 7939 Rider | 0.60 | $ 225.00 | $ 135.00 | S. Karbelk |
| | | | **Total** | **$ 11,351.25** | |

Eagle Properties and Investments, LLC
(23-10566-KHK)