# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| EAGLE PROPERTIES AND ) | Bankruptcy Case |
| INVESTMENTS, LLC, ) | No. 23-10566-KHK |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

## ORDER APPROVING SALE OF 7213 LINGLESTOWN ROAD, HARRISBURG, PA FREE AND CLEAR OF LIS PENDENS PURSUANT TO 11 U.S.C. §§ 363(f)

UPON CONSIDERATION of the motion (Docket No. __) ("Motion") of H. Jason Gold, chapter 7 trustee ("Trustee"), to approve the sale of the property commonly known as 7213 Linglestown Road, Harrisburg, PA ("Property") to GITSIT Solutions, LLC, ("Buyer"), the first lien holder on the Property, free and clear of the Lis Pendens (hereafter defined) pursuant to 11 U.S.C. §§ 363(f), but subject to all other encumbrances via the form of special warranty deed and it appearing that proper and adequate notice of the Motion has been given and that no further notice is necessary; and it appearing that the sale of the Property as set forth in the Motion is in the best interest of the estate and its creditors, accordingly:

**IT IS HEREBY ORDERED THAT:**

1.     The Motion is GRANTED.

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*

      2.      The Trustee is authorized to sell the Property[1] to GITSIT Solutions, LLC or its designee (the "Purchaser") for $15,000.00 and to execute the special warranty deed attached to the Motion as Exhibit A.

      3.      The sale of the Property shall be free and clear of the Praecipe to Index Action as Lis Pendens filed in the Land Records of Dauphin County, Pennsylvania as Instrument Number 20220035760.

      4.      The sale shall be subject to all other liens, claims, encumbrances and interests.

      5.      This Order may be recorded in the land records wherein the subject Property is located.

      6.      This Court retains jurisdiction with respect to any disputes regarding the Property following the sale.

      7.      This Order shall be effective immediately and shall not be subject to the stay provided in Federal Rule of Bankruptcy Procedure 6004(h) or any other applicable stay.

Dated: _____

                                                                                              United States Bankruptcy Judge

---

[1] Having the following legal description:

All that certain tract of unimproved real estate situate in West Hanover Township, Dauphin County, Pennsylvania, bounded and described as follows, to wit: Beginning at a railroad spike in the center line of Pennsylvania Route No. 39 (having an Ordained width of 33 feet) at Eastern property line now or formerly of Halley Chubb; Thence along said center line, North 88 degrees 00 minutes East 150 feet to a railroad spike in said center line at Western property line now or late of Walter J. Basehore, et. ux: Thence along said Basehore property line, South 09 degrees 36 minutes 43 seconds West 663.55 feet to an iron pipe on the Northern Property line of A.E. Watson Thence along said Watson property line, North 73 degrees 01 minute 00 seconds East, 150 feet to an existing angle iron in Eastern property line now or late of Halley Chubb; Thence along Chubb property North 9 degrees 47 minutes 01 seconds East 614.12 feet to a Railroad Spike, the place of beginning. Containing 2.168 acres, more or less. All according to Survey of William E. Sees, Jr., Registered Engineer, No. 8846, dated 6/19/67, Drawing No. S-3563.

Parcel ID: 68-016-050-000-0000

GFRDOCS\42372\149975\10886131.v2-5/17/24

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax: (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:    /s/ Dylan G. Trache
       Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*


SEEN:

ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176
Phone No. (703) 777-8850
Fax No: (703) 777-8854
E-mail: crogan@RMZLawFirm.com


BY:    /s/Christopher L. Rogan (by DGT with authority)
       Christopher L. Rogan (Bar No. 30344)

*Attorneys for Bala Jain, LLC*


### CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I HEREBY CERTIFY that this Order has been endorsed by all necessary parties.

/s/ Dylan G. Trache
Dylan G. Trache

3

GFRDOCS\42372\149975\10886131.v2-5/17/24

# LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
# PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael Freeman
OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
Century 21 Commercial New Millennium
6629 Old Dominion Drive
McLean, VA 22101

Christopher Rogan
ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176