# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case |
| EAGLE PROPERTIES AND INVESTMENTS LLC | ) | No. 23-10566-KHK |
| | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |

## TRUSTEE'S REPORT OF SALE

Pursuant to Fed. R. Bankr. P. 6004(f) and Local Bankruptcy Rule 6004-2(D), H. Jason Gold, the Chapter 7 Trustee ("Trustee") for the above-captioned Debtor, files this Report of Sale (including attached Settlement Statement). On 6/27/2024, this Court entered an order approving the Motion to Approve Sale of Property Free and Clear of Liens, being real property at 1343 Church Rd, Hershey, PA  ("Property") held by the Debtor's bankruptcy estate.

| | |
|---|---|
| Settlement (or Closing) Date: | 7/12/2024 |
| Property Sold: | 1343 Church Rd, Hershey PA |
| Purchasers: | Dime & Penny LLC |
| Purchase Price: | $328,000.00 |
| Exemptions paid to Debtor: | $0.00 |
| Net Proceeds to Estate: | **$37,745.71** |

Dated:  7/29/2024

Respectfully submitted,

*/s/ H. Jason Gold*
H. JASON GOLD, CH. 7 TRUSTEE

H. Jason Gold, Va. Bar No. 19117
PO Box 57359
Washington DC  20037
*Chapter 7 Trustee*

| American Land Title Association | Final ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

Universal Settlement Services of PA
ALTA Universal ID:
1423 N Atherton Street
2nd Floor
State College, PA 16803

| | |
|---|---|
| File No./Escrow No. : | PA-24-1237 |
| Print Date & Time: | July 12, 2024  10:27 am |
| Officer/Escrow Officer : | |
| Settlement Location : | 1423 N Atherton Street, 2nd Floor<br>State College, PA 16803 |
| | |
| Property Address: | 1343 Church Road<br>Hershey, PA 17033 |
| Borrower: | Dime & Penny LLC<br>2567 Chain Bridge Road #2E<br>Vienna, VA 22181 |
| Seller: | H. Jason Gold, Bankruptcy Trustee of the Bankruptcy Estate of Eagle Properties and Investments, LLC<br>PO Box 57359<br>Washington, DC 20037 |
| Lender: | Decisive Investment Group LLC, ISAOA/ATIMA |
| Settlement Date: | July 12, 2024 |
| Disbursement Date: | July 12, 2024 |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | | Lender Credits from Decisive Investment Group LLC, ISAOA/ATIMA | | 750.00 |
| | 328,000.00 | Sale Price of Property | 328,000.00 | |
| | | Deposit | | 10,000.00 |
| | | Loan Amount | | 250,000.00 |
| 1,000.00 | | Seller Credit | | 1,000.00 |
| | | **Prorations/Adjustments** | | |
| | 740.47 | City/Town Taxes<br>07/12/24 - 12/31/24 | 740.47 | |
| | 3,221.52 | Assessments  (County School Taxes)<br>07/12/24 - 06/30/25 | 3,221.52 | |
| | | **Loan Charges to Decisive Investment Group LLC, ISAOA/ATIMA** | | |
| | | 3% of Loan Amount (Points) | 7,500.00 | |

| Seller Debit | Seller Credit | Description | Borrower Debit | Borrower Credit |
|---|---|---|---|---|
| | | **Loan Charges to Decisive Investment Group LLC, ISAOA/ATIMA (continued)** | | |
| | | Legal Document Preparation Fee | 950.00 | |
| | | Wire Fee | 50.00 | |
| | | Prepaid Interest<br>$83.33 per day from 07/12/24 to 08/01/24<br>Decisive Investment Group LLC, ISAOA/ATIMA | 1,666.60 | |
| | | **Other Loan Charges** | | |
| | | Attorney Title Exam Fee to RL Title & Escrow, Inc. | 150.00 | |
| 60.00 | | Courier/Wire fees to RL Title & Escrow, Inc. | | |
| | | Judgment Search to RL Title & Escrow, Inc. | 35.00 | |
| | | Settlement and Closing Fee to RL Title & Escrow, Inc. | 895.00 | |
| | | Title Binder and Policy to RL Title & Escrow, Inc. | 225.00 | |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| | | CPL to Universal Settlement Services of PA | 125.00 | |
| | | TIRBOP Endorsement 100 (Covenants, Conditions and Restrictions) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 300 (Mortgage Survey Exception) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 900 (Environmental Protection Lien - Residential) to Universal Settlement Services of PA | 100.00 | |
| 150.00 | | Deed Prep to The Nittany Group | | |
| 250.00 | | Final Sewer to Universal Escrow | | |
| 250.00 | | Final Water to Universal Escrow | | |
| | | Owner's Title Insurance to Universal Settlement Services of PA<br>Coverage: 328,000.00<br>Premium: 2,324.60 | 2,324.60 | |
| 100.00 | | Search Fee to Universal Settlement Services of PA | | |
| 30.00 | | Tax Cert Fee to Universal Settlement Services of PA | | |
| | | **Commissions** | | |
| 14,760.00 | | Commission - Listing Agent to Century 21 New Millennium | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees to Dauphin County Recorder of Deeds | 267.50 | |
| 1,640.00 | | Transfer Tax to Dauphin County Recorder of Deeds | 1,640.00 | |
| 1,640.00 | | Transfer Tax to Dauphin County Recorder of Deeds | 1,640.00 | |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Government Recording and Transfer Charges (continued)** | | |
| | | UCC Recording Fee to Dauphin County Recorder of Deeds | 100.00 | |
| | | **Payoff(s)** | | |
| 257,200.58 | | Payoff of First Mortgage Loan to Fulton Bank | | |
| | | Loan Payoff          237,200.58 | | |
| | | Legal Fees            20,000.00 | | |
| | | Total Payoff       257,200.58 | | |
| | | **Miscellaneous** | | |
| 5,669.65 | | 2022 Delinquent taxes to Dauphin County Tax Claim | | |
| 1,678.44 | | 2024 county/twp taxes to Dauphin County Treasurer | | |
| 3,928.03 | | 2024 school taxes to Dauphin County Treasurer | | |
| 9,597.00 | | 326(a) Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| 15,995.00 | | Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| 1,000.00 | | Expense Reimbursement to RealMarkets | | |
| 5,000.00 | | Funds held by Trustee to H. Jason Gold, Bankruptcy Trustee | | |

| Seller | | | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| 319,948.70 | 331,961.99 | Subtotals | 349,830.69 | 261,750.00 |
| | | Due from Borrower | | 88,080.69 |
| 12,013.29 | | Due to Seller | | |
| 331,961.99 | 331,961.99 | Totals | 349,830.69 | 349,830.69 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Universal Settlement Services of PA to cause the funds to be disbursed in accordance with this statement.

Borrower

Dime & Penny LLC

BY:_____

Seller

H. Jason Gold, Bankruptcy Trustee of the Bankruptcy Estate of Eagle Properties and Investments, LLC

BY:_____

_____
Escrow Officer

**Acknowledgement**
We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Universal Settlement Services of PA to cause the funds to be disbursed in accordance with this statement.

Borrower

Dime & Penny LLC

BY:_____

Seller

H. Jason Gold, Bankruptcy Trustee of the Bankruptcy Estate of Eagle Properties and Investments, LLC

BY: *H. Jason Gold, Trustee*   [SIGNED 07/12/2024 04:42 PM EDT]

_____
Escrow Officer

Copyright 2015 American Land Title Association
All rights reserved                                           Page 4 of 4                         File # PA-24-1237 / 65
                                                                                                  Printed on 07/12/24 at 10:27:31AM by bmcaulay