# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case |
| EAGLE PROPERTIES AND INVESTMENTS LLC | ) | No. 23-10566-KHK |
| | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |

## TRUSTEE'S REPORT OF SALE

Pursuant to Fed. R. Bankr. P. 6004(f) and Local Bankruptcy Rule 6004-2(D), H. Jason Gold, the Chapter 7 Trustee ("Trustee") for the above-captioned Debtor, files this Report of Sale (including attached Settlement Statement). On 6/17/2024, this Court entered an order approving the Motion to Approve Sale of Property Free and Clear of Liens, being real property at 1635 Church Rd, Hershey, PA  ("Property") held by the Debtor's bankruptcy estate.

| | |
|---|---|
| Settlement (or Closing) Date: | 7/12/2024 |
| Property Sold: | 1635 Church Rd, Hershey PA |
| Purchasers: | Annn Investment LLC |
| Purchase Price: | $325,000.00 |
| Exemptions paid to Debtor: | $0.00 |
| Net Proceeds to Estate: | **$18,557.14** |

Dated:  7/29/2024

Respectfully submitted,

*/s/ H. Jason Gold*
H. JASON GOLD, CH. 7 TRUSTEE

H. Jason Gold, Va. Bar No. 19117
PO Box 57359
Washington DC  20037
*Chapter 7 Trustee*

| American Land Title Association | ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

**Universal Settlement Services of PA**
**ALTA Universal ID:**
**1423 N Atherton Street**
**2nd Floor**
**State College, PA 16803**

| | |
|---|---|
| File No./Escrow No.: | PA-24-1235 |
| Print Date & Time: | July 11, 2024  12:30 pm |
| Officer/Escrow Officer: | |
| Settlement Location: | 1423 N Atherton Street, 2nd Floor |
| | State College, PA 16803 |
| Property Address: | 1635 Church Road |
| | Hershey, PA 17033 |
| Borrower: | Annn Investment LLC |
| | 818 Mountain View Street |
| | Harrisburg, PA 17112 |
| | Amgad Saad |
| | 4919 Shasta Way |
| | Mechanicsburg, PA 17050 |
| Seller: | H. Jason Gold, Bankruptcy Trustee of The Bankruptcy Estate of Eagle Properties and Investments LLC |
| | 445 Windover Avenue NW |
| | Vienna, VA 22180 |
| Lender: | United Wholesale Mortgage, LLC ISAOA/ATIMA |
| Settlement Date: | July 12, 2024 |
| Disbursement Date: | July 12, 2024 |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | 325,000.00 | Sale Price of Property | 325,000.00 | |
| | | Loan Amount | | 260,000.00 |
| 1,000.00 | | Seller Credit | | 1,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | 819.40 | City/Town Taxes | 819.40 | |
| | | 07/12/24 - 12/31/24 | | |
| | 3,564.92 | Assessments | 3,564.92 | |
| | | 07/12/24 - 06/30/25 | | |
| | | | | |
| | | **Loan Charges to United Wholesale Mortgage, LLC ISAOA/ATIMA** | | |
| | | % of Loan Amount (Points) | 5,850.00 | |
| | | Processing Fee | 905.00 | |

File # PA-24-1235 / 50

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Loan Charges to United Wholesale Mortgage, LLC ISAOA/ATIMA (continued)** | | |
| | | Underwriting Fee | 675.00 | |
| | | Appraisal Fee<br>$675.00 paid outside closing by Borrower | | |
| | | Credit Report | 137.53 | |
| | | Electronic Registration MERS Fee | 24.95 | |
| | | Final Inspection Fee<br>$175.00 paid outside closing by Borrower | | |
| | | Flood Cert | 8.00 | |
| | | Tax Service | 85.00 | |
| | | Prepaid Interest<br>$61.44 per day from 07/12/24 to 08/01/24<br>United Wholesale Mortgage, LLC ISAOA/ATIMA | 1,228.77 | |
| | | | | |
| | | **Other Loan Charges** | | |
| | | Attorney Title Exam Fee to RL Title & Escrow, Inc. | 150.00 | |
| | | Settlement and Closing fee to RL Title & Escrow, Inc. | 895.00 | |
| 150.00 | | Settlement and Closing Fee to RL Title & Escrow, Inc. | | |
| | | Title Binder and Policy to RL Title & Escrow, Inc. | 225.00 | |
| | | | | |
| | | **Impounds** | | |
| | | Homeowner's Insurance to United Wholesale Mortgage, LLC ISAOA/ATIMA<br>3.000 months at $80.75/month | 242.25 | |
| | | Property Taxes to United Wholesale Mortgage, LLC ISAOA/ATIMA<br>7.000 months at $144.46/month | 1,011.22 | |
| | | School Taxes to United Wholesale Mortgage, LLC ISAOA/ATIMA<br>2.000 months at $306.28/month | 612.56 | |
| | | Aggregate Adjustment to United Wholesale Mortgage, LLC ISAOA/ATIMA | | 803.02 |
| | | | | |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| | | CPL to Fidelity National Title Insurance Company | 125.00 | |
| | | Lender's Title Insurance to Universal Settlement Services of PA<br>Coverage: 260,000.00<br>Disclosed Premium: 1,937.00 | 1,937.00 | |
| | | TIRBOP Endorsement 100 (Covenants, Conditions and Restrictions) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 300 (Mortgage Survey Exception) to Universal Settlement Services of PA | 100.00 | |

File # PA-24-1235 / 50

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Title Charges and Escrow/Settlement Charges (continued)** | | |
| | | TIRBOP Endorsement 900 (Environmental Protection Lien - Residential) to Universal Settlement Services of PA | 100.00 | |
| 100.00 | | Title Search Fee to Universal Settlement Services of PA | | |
| 150.00 | | Deed Prep to The Nittany Group | | |
| 250.00 | | Final Water to Universal Escrow | | |
| 1,200.00 | | Past Due and Final Sewer to Universal Escrow | | |
| | | Lien Cert Fee to Universal Settlement Services of PA | 42.00 | |
| | | Owner's Title Insurance to Universal Settlement Services of PA<br>    Coverage: 325,000.00<br>    Disclosed Premium: 370.50 | 370.50 | |
| 40.00 | | Tax Cert Fee to Universal Settlement Services of PA | | |
| 20.00 | | Wire Fee to Universal Settlement Services of PA | | |
| | | | | |
| | | **Commissions** | | |
| 9,750.00 | | Commission - Listing Agent to Century 21 New Millennium | | |
| 8,125.00 | | Commission - Selling Agent to Prime Realty Services | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees to Dauphin County Recorder of Deeds | 350.00 | |
| 1,625.00 | | Transfer Tax to Dauphin County Recorder of Deeds | 1,625.00 | |
| 1,625.00 | | Transfer Tax to Dauphin County Recorder of Deeds | 1,625.00 | |
| | | | | |
| | | **Payoff(s)** | | |
| 272,511.69 | | Payoff of First Mortgage Loan to Bank of Clarke<br>    Loan Payoff                   272,090.76<br>    Additional Interest From:     420.93<br>    07/01/24 Through:<br>    07/12/24 @ 26.308300<br>    Per Diem plus 5 Extra<br>    Days<br>        Total Payoff      272,511.69 | | |
| | | | | |
| | | **Miscellaneous** | | |
| | | Homeowner's Insurance Premium to Obsidian Insurance Company<br>    12 months | 969.00 | |

File # PA-24-1235 / 50

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Miscellaneous (continued)** | | |
| 8,612.42 | | Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| 6,306.94 | | 2022 Delinquent taxes to Dauphin County Treasurer | | |
| 1,857.36 | | 2024 county/twp taxes to Dauphin County Treasurer | | |
| 4,325.43 | | 2024 school taxes to Dauphin County Treasurer | | |
| 9,750.00 | | 326(a) Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| 50.00 | | Expense Reimbursement to RealMarkets | | |
| 1,935.48 | | Transfer Balance of Tenant Security Deposit | | 1,935.48 |

| Seller | | | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| 329,384.32 | 329,384.32 | **Subtotals** | 348,778.10 | 263,738.50 |
| | | **Due from Borrower** | | 85,039.60 |
| 329,384.32 | 329,384.32 | **Totals** | 348,778.10 | 348,778.10 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Universal Settlement Services of PA to cause the funds to be disbursed in accordance with this statement.

Borrower

Annn Investment LLC

BY: _Amgad Saad_

_Amgad Saad_
Amgad Saad

Seller

H. Jason Gold, Bankruptcy Trustee of The Bankruptcy Estate of Eagle Properties and Investments LLC

BY:_____

Escrow Officer

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Miscellaneous (continued)** | | |
| 8,612.42 | | Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| 6,306.94 | | 2022 Delinquent taxes to Dauphin County Treasurer | | |
| 1,857.36 | | 2024 county/twp taxes to Dauphin County Treasurer | | |
| 4,325.43 | | 2024 school taxes to Dauphin County Treasurer | | |
| 9,750.00 | | 326(a) Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| 50.00 | | Expense Reimbursement to RealMarkets | | |
| 1,935.48 | | Transfer Balance of Tenant Security Deposit | | 1,935.48 |

| Seller | | | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| 329,384.32 | 329,384.32 | **Subtotals** | 348,778.13 | 257,488.50 |
| | | **Due from Borrower** | | 91,289.63 |
| 329,384.32 | 329,384.32 | **Totals** | 348,778.13 | 348,778.13 |

## Acknowledgement

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Universal Settlement Services of PA to cause the funds to be disbursed in accordance with this statement.

Borrower

Annn Investment LLC

BY:_____

_____
Amgad Saad

Seller

H. Jason Gold, Bankruptcy Trustee of The Bankruptcy Estate of Eagle Properties and Investments LLC

BY:___*H. Jason Gold Trustee*___

Brandy McAulay
Escrow Officer