**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-10566-KHK |
| EAGLE PROPERTIES AND INVESTMENTS, LLC, | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**FULTON BANK, N.A.'S EXHIBIT LIST FOR JULY 30, 2024 HEARING ON TRUSTEE'S MOTION TO APPROVE SALE OF 1001 MANNING DRIVE, FREDERICKSBURG VA FREE AND CLEAR OF LIS PENDENS**

Fulton Bank, N.A. (the "Fulton Bank") submits this list of exhibits ("Exhibit List") for use at the July 30, 2024 hearing on the Trustee's Motion to Approve Sale of 1001 Manning Drive, Fredericksburg, VA Free and Clear of Lis Pendens and Notice of Hearing Thereon [ECF No. 528].

**Fulton Bank's Exhibit List**

1. Amended proof of claim filed by Fulton Bank dated April 3, 2024 [Claim No. 6-2].

2. Proof of claim filed by Bala Jain, LLC dated August 3, 2023 [Claim No. 29-1].

3. Refinance Deed of Trust in favor of Fulton Bank dated April 17, 2020 against 1001 Manning Drive, Fredericksburg, Virginia, recorded in the Stafford County Land Records as Instrument No. 200008424.

4. Purchase Money Deed of Trust in favor of Bala Jain, LLC dated May 14, 2020 against 1001 Manning Drive, Fredericksburg, Virginia, recorded in the Stafford County Land Records as Instrument No. 2000011133.

5. Draft settlement statement dated July 9, 2024 for the sale of 1001 Manning Drive, Fredericksburg, Virginia.

6. Any document for the purpose of impeachment or rebuttal.

Fulton Bank reserves the right to amend these lists as necessary and appropriate.

Dated: July 29, 2024

/s/ David S. Musgrave
David S. Musgrave (Bar No. 0166)
GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202
dmusgrave@gfrlaw.com / (410) 576-4194
Attorneys for Fulton Bank, N.A.

## CERTIFICATE OF SERVICE

I certify that on July 29, 2024, copies of the foregoing were served via CM/ECF to all parties receiving notice thereby.

/s/ David S. Musgrave
David S. Musgrave

GFRDOCS\42372\149975\11037278.v1-7/29/24