Christopher A. Jones (VSB # 40064)
**WHITEFORD, TAYLOR & PRESTON LLP**
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042
Telephone: (703) 280-9260
Email: cajones@whitefordlaw.com

*Special Counsel to the Debtor*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| EAGLE PROPERTIES AND INVESTMENTS, LLC, | ) | Case No. 23-10566-KHK |
| Debtor. | ) | |

**SECOND AND FINAL APPLICATION OF WHITEFORD, TAYLOR & PRESTON LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

Name of Applicant:  **Whiteford, Taylor & Preston LLP**

Authorized to provide Professional Services to:  **Eagle Properties and Investments, LLC**

Date of Retention:  **Order entered August 2, 2023**

Period for Which Compensation and Reimbursement is Sought:

**June 22, 2023 to March 21, 2023**

Amount of Compensation Sought: **$46,353.70**

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: **$1,094.06**

This is a:  **Second and Final Application**

Dated:  **July 29, 2024**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EAGLE PROPERTIES AND INVESTMENTS, LLC, | ) | Case No. 23-10566-KHK |
| | ) | |
| Debtor. | ) | |
| | ) | |

**SECOND AND FINAL APPLICATION OF WHITEFORD, TAYLOR & PRESTON LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

Whiteford, Taylor & Preston LLP ("Whiteford"), special counsel to Eagle Properties and Investments, LLC (the "Debtor") files this Second and Final Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses (the "Application") pursuant to 11 U.S.C. § 328 and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). In the Application, Whiteford seeks final approval for payment of fees of $46,353.70 and expense reimbursement of $1,094.06.

**I.    JURISDICTION AND BACKGROUND**

1.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 1334 and 157. Venue in this Court is proper pursuant to 28 U.S.C. § 1409. This Application is a core proceeding within the meaning of 28 U.S.C. § 157.

2.    On April 6, 2023 (the "Petition Date"), the Debtor commenced this case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

3.    On March 21, 2024, the Court entered an order converting the case to one under Chapter 7 of the Bankruptcy Code and H. Jason Gold is the Chapter 7 Trustee (the "Trustee").

2

**II.    EMPLOYMENT OF WHITEFORD**

4. On August 2, 2023, the Court entered an Order approving the Debtor's retention of Whiteford. In this engagement, Whiteford has agreed to charge hourly rates at a discount of 10% off standard rates for the professionals designated to represent the Debtor in this case and its hourly rates also will be capped at the following amounts:

   a. Partners and counsel       $550.00[1]
   b. Associates                 $375.00
   c. Paralegals                 $250.00

5. In addition, Whiteford is entitled to be reimbursed for incurred and advanced expenses. The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, services of process costs, document retrieval, photocopying charges, computerized research, parking costs for attending court hearing, and transcription costs. Whiteford has charged the Debtor for these expenses in a manner and at rates consistent with charges made generally to Whiteford's other clients and consistent with the Court's local practice.

6. On March 15, 2024, the Court entered an order (Dkt. 350) approving Whiteford's *First Interim Application of Whiteford Taylor & Preston LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses* (Dkt. 240) which approved payment of fees in the amount of $39,796.20 and reimbursement of expenses in the amount of $744.20 for the period of June 22, 2023 through October 31, 2024 (the "First Interim Period"). These amounts remain unpaid.

---

[1] The hourly rate for Christopher A. Jones is slightly below $550.00 due to time that was recorded but not charged to the client.

7. This is Whiteford's second and final fee application which seeks approval of fees in the amount of $6,557.50 and reimbursement of expenses in the amount of $349.86 for the period of November 1, 2023 through March 21, 2024 (the "Second Interim Period").

### III. DESCRIPTION OF SERVICES RENDERED BY WHITEFORD

8. The professional services that Whiteford rendered to the Debtor during the Second Interim Period included the following:

   a. Case Administration (00100) – general administrative functions as necessary as special counsel to the Debtor;

   b. Professional Retention/Fee Applications (00101) – prepare and prosecute retention applications and fee applications as required by the applicable provisions of the Bankruptcy Code and Bankruptcy Rules;

   c. Claim Investigation and Avoidance Actions (00104) – pursue 2004 examinations to assist the Debtor with reconstructing its financial records; analyzing potential claims and causes of action related thereto;

   d. Eviction Actions (00106) – pursue various eviction actions for tenants in Maryland; and

   e. Pennsylvania Properties (00107) – address various issues related to the Debtor's properties in West Hanover Township PA.

9. A summary of fees by matter for Whiteford's entire engagement is below and detailed time entries for the Second Interim Period are attached as Exhibit A:

| Matter Name | Matter # | **First Interim Period** | **Second Interim Period** | **Total** |
|---|---|---|---|---|
| Case Administration | 100 | $6,930.00 | $935.00 | $7,865.00 |
| Prof. Retention and Fee Applications[2] | 101 | $6,522.50 | $3,355.00 | $9,877.50 |
| Chapter 11 Plan/Disclosure Statement | 103 | $0.00 | $0.00 | $ 0.00 |
| Claims Investigation/Avoidance Actions | 104 | $12,625.00 | $315.00 | $12,940.00 |
| Bala Jain Claims and Litigation | 105 | $3,410.00 | $0.00 | $3,410.00 |
| Eviction Actions | 106 | $5,345.85 | $742.50 | $6,088.35 |
| Pennsylvania Properties | 107 | $4,962.85 | $1,210.00 | $6,172.85 |
|  |  | $39,796.20 | $6,557.50 | $46,353.70 |

---

[2] As a courtesy, Whiteford is not charging the estate for time incurred for preparing and filing this Application.

4

10. A summary of fees by timekeeper for Whiteford's entire engagement is below:

| Timekeeper Name | Status | Work Hours | Rate | Work Amount |
|---|---|---|---|---|
| JONES, CHRISTOPHER A. | Partner | 57.7 | $527.12 | $30,415.00 |
| ENGLANDER, BRADFORD F. | Partner | 1.8 | $550.00 | $990.00 |
| SCHIMIZZI, DANIEL R. | Partner | 4.8 | $481.50 | $2311.20 |
| STIFF, JOSHUA D. | Counsel | 20.2 | $450.00 | $9,090.00 |
| BARNES, ANDREW | Associate | 1.5 | $315.00 | $472.50 |
| NEIFERT, ALEXANDRA L. | Associate | 7.6 | $375.00 | $2,850.00 |
| HARDING, SUSAN | Paralegal | .9 | $250.00 | $225.00 |
| | | | **Total** | **$46,353.70** |

**IV.    LEGAL BASIS FOR RELIEF REQUESTED**

11. Section 330(a)(1)(A) of the Bankruptcy Code provides that the court may award "reasonable compensation for actual, necessary services rendered" by professionals and paraprofessionals. Section 330(a)(3) provides certain factors for the Court to consider in determining reasonable compensation:

> In determining the amount of reasonable compensation to be awarded…[a] professional person, the court shall consider the nature, the extent, and the value of such services taking into account all relevant factors, including:
>
> a.    the time spent on such services;
>
> b.    the rates charged for such services;
>
> c.    whether the services were necessary to the administration of, or beneficial at the time which the service was rendered toward the completion of a case under this title;
>
> d.    whether services were performed within a reasonable amount of time commensurate with the complexity, important, and nature of the problem, issue or task addressed;
>
> e.    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and expertise in the bankruptcy field; and

5

    f. whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

*See* 11 U.S.C. § 330(a)(3).

  12. Throughout the course of Whiteford's employment as attorneys for the Debtor, Whiteford has been a disinterested person and has not represented or held an interest adverse to the interests of the estate with respect to the matters in which WTP was employed.

  13. In arriving at the amount of fees which are requested herein, Whiteford considered the labor and time required, results obtained, amount involved, responsibility imposed, the risks involved, the propositions of law involved, the skill and expertise required and whether or not WTP was precluded from other employment.

  14. The fees charged by Whiteford in these actions are billed in accordance with its existing procedures in effect during the course of Whiteford's engagement in this case. Whiteford submits that its fees are reasonable in light of the customary compensation charged by comparably skilled practitioners in a competitive legal market.

  15. The expenses incurred by Whiteford during the Second Interim Period totaling $349.86, as set forth on <u>Exhibit A</u>, include reasonable and necessary charges for PACER services and mileage reimbursement.

  16. No agreement or understanding exists between WTP and any other person for the sharing of compensation received or to be received for services rendered in or in connection with this case.

**V. CONCLUSION**

  17. By this Fee Application, Whiteford seeks final approval of fees in the amount of $46,353.70 and reimbursement of expenses in the amount of $1,094.06.

**WHEREFORE**, Whiteford, Taylor & Preston LLP respectfully requests that this Court enter an Order:

  A.  granting final approval of $46,353.70 in fees to Whiteford, Taylor & Preston LLP as a chapter 11 administrative expense, and authorizing the Trustee to pay these amounts;

  B.  granting final approval of $1,094.06 for expense reimbursement as a chapter 11 administrative expense and authorizing the Trustee to pay these amounts; and

  C.  granting such other and further relief which is just and equitable.

Dated: July 30, 2024        Respectfully submitted,

              */s/ Christopher A. Jones*
              Christopher A. Jones (VSB # 40064)
              **WHITEFORD, TAYLOR & PRESTON LLP**
              3190 Fairview Park Drive, Suite 800
              Falls Church, VA 22042
              Telephone: (703) 280-9260
              Email: cajones@whitefordlaw.com

              *Special Counsel to the Debtor*

**CERTIFICATE OF SERVICE**

    I hereby certify that the original of the foregoing Application was filed with the Court via the Clerk's CM/ECF electronic filing system on July 30, 2024. I further certify that on July 30, 2024, a true and correct copy of the foregoing Notice was served via (i) the Clerk's CM/ECF electronic filing system on all parties receiving such notification and (ii) U.S. Mail, First Class, Postage Prepaid upon the attached service list.

                                                    */s/ Christopher A. Jones*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-1<br>Case 23-10566-KHK<br>Eastern District of Virginia<br>Alexandria<br>Mon Jul 29 08:27:36 EDT 2024 | Aero Mortgage Loan Trust 2019-1<br>8100 Three Chopt Rd.<br>Suite 240<br>Richmond, VA 23229-4833 | Atlantic Union Bank<br>1051 E. Cary Street<br>Suite 1200<br>Richmond, VA 23219-4044 |
| Bala Jain LLC<br>6007 Marilyn Dr.<br>Alexandria, VA 22310-1516 | Bank of Clarke County<br>c/o Hannah W. Hutman, Esq.<br>Hoover Penrod, PLC<br>342 S. Main Street<br>Harrisonburg, VA 22801-3628 | Eagle Properties and Investments LLC<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 |
| Fulton Bank, N.A.<br>c/o David S. Musgrave, Esquire<br>Gordon Feinblatt LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, MD 21202-4363 | GITSIT Solutions, LLC<br>c/o Andrew S. Goldstein<br>PO Box 404<br>Roanoke, VA 24003-0404 | Gitsit Solutions, LLC<br>c/o Prober & Raphael, A Law Corporation<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, CA 91364-6207 |
| N D Greene PC<br>N D Greene PC<br>3977 Chain Bridge Rd<br>Suite 1<br>Faifax, VA 22030-3308 | Orrstown Bank<br>c/o Stephen Nichols, Esq.<br>Offit Kurman PA<br>7501 Wisconsin Ave. Suite 1000W<br>Bethesda, MD 20814-6604 | SC&H Group<br>c/o Miles & Stockbridge P.C.<br>1201 Pennsylvania Ave., NW<br>Ste. 900<br>Washington, DC 20004-2464 |
| Shore United Bank<br>200 West Gate Circle<br>Suite 200<br>Annapolis, MD 21401-3377 | Trinity Universal Insurance Company<br>c/o Man Global Private Mkts. (USA), Inc.<br>1345 Avenue of the Americas 21st Floor<br>New York, NY 10105-0199 | UST smg Alexandria<br>Office of the U. S. Trustee<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| Vienna Oaks Office Center Condominium<br>c/o Rees Broome, PC<br>Suite 700<br>Tysons Corner, VA 22182 | Virginia Partners Bank<br>410 William St.<br>Fredericksburg, VA 22401-5834 | United States Bankruptcy Court<br>200 South Washington Street<br>Alexandria, VA 22314-5405 |
| 3977 Chain Bridge Rd, Suite 1<br>Faifax, VA 22030-3308 | ADT<br>P O Box 371878<br>Pittsburgh, PA 15250-7878 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Asset Based Lending<br>PO BOX 27370<br>Anaheim, CA 92809-0112 | Atlantic Union Bank<br>8221 Old Courthouse Rd Ste 100,<br>Tysons, VA 22182-3839 | (p)ATLANTIC UNION BANK<br>P O BOX 176<br>BLACKSBURG VA 24063-0176 |
| Bala Jain<br>Christopher L. Rogan, Esq.<br>50 Catoctin Circle, NE, Suite 300<br>Leesburg, VA 20176-3101 | Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 2231- 22310-1516 | Bank Of Clarke<br>110 Crock Wells Mill Drive<br>Winchester, VA 22603-3943 |
| Bank Of Clarke County<br>2 East Main Street<br>Berryville, VA 22611-1338 | Bank of Clarke<br>c/o Hannah W. Hutman, Esq.<br>Hoover Penrod, PLC<br>342 S. Main Street<br>Harrisonburg, VA 22801-3628 | Betsy Dalton<br>1003 Lynn St SW<br>Vienna, VA 22180-6428 |

| | | |
|---|---|---|
| COUNTY OF HENRICO, VIRGINIA<br>SARA L. MAYNARD, ASST. COUNTY ATTORNEY<br>P. O. BOX 90775<br>HENRICO, VIRGINIA 23273-0775 | Candice Goodman<br>15474 Roxbury Rd<br>Glenwood, MD 21738-9306 | Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| City of Richmond<br>Division of Collections PO Box 26505<br>Richmond, VA 23261-6505 | City of Richmond  City Hall<br>Room 109 Delinquent Taxes<br>900 East Broad Street<br>Richmond VA 23219-1907 | Civic Ventures, LLC<br>Douglas M. Foley, Esquire<br>Kaufman & Canoles, P.C.<br>Two James Center<br>1021 East Cary Street, Suite 1400<br>Richmond, VA 23219-4031 |
| Community Bank Of Chesapeake<br>202 Centennial St,<br>La Plata, MD 20646 | Community Bank of the Chesapeake<br>Atten: Jared Krahler<br>3035 Leonardtown Road<br>Waldorf, MD 20601-3112<br>, | County of Fairfax<br>Department of Tax Administration, Revenu<br>Suite 223<br>Fairfax, VA 22035 |
| County of Henrico<br>Department of Finance, PO Box 90775<br>Henrico, VA 23273-0775 | DTMA<br>670 Clearwater RD<br>Hershey, PA 17033-2453 | Dauphin County Office of Tax Claim Bureau<br>Dauphin County Administration Building,<br>PO Box No 1295<br>Harrisburg, PA 17108 |
| Dauphin County Tax Claim Bureau<br>P. O. Box 1295<br>Harrisburg, PA 17108 | Department of Finance Howard county<br>Property Tax Division, 3430, Court House<br>Ellicott City, MD 21043-4300 | Devon England<br>213 N Port St<br>Baltimore , MD 21224-1027 |
| (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 | Fulton Bank<br>625 Elden St,<br>Herndon, VA 20170-4739 | Fulton Bank, N.A.<br>c/o David S. Musgrave, Esquire<br>Gordon Feinblatt LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, Maryland 21202-4363 |
| Gitsit Solutions, LLC<br>333 South Anita Drive, Suite 400<br>Orange, CA 92868-3314 | Gus Goldsmith<br>18205 Biscayne Blvd, Suite 2226<br>Aventura, FL 33160-2149 | Gus Goldsmith<br>Justin P. Fasano<br>6411 Ivy Lane, Suite 200<br>Greenbelt, MD 20770-1405 |
| Howard County Maryland<br>Gary Kuc, Esq/Kristen Bowen Perry, Esq.<br>3450 Court House Drive<br>Ellicott City, MD 21043-4330 | Internal Revenue Service<br>Special Procedures Support Staff<br>P. O. Box 10025<br>Richmond, VA 23240 | Joshua Fowlers<br>580 W Areba Ave<br>Hershey , PA 17033-1605 |
| Kaufman & Canoles, P.C.<br>Two James Center<br>1021 East Cary Street, Suite 1400<br>Richmond, Virginia 23219-4031 | LINKBANK<br>1250 Camphill Bypass, Suite 202<br>Camp Hill, PA 17011-3718 | Lincoin Financing<br>9030 Stony Point Pkwy<br>Richmond, VA 23235-1957 |
| Lincoln Automotive Financial Services<br>P.O. Box 62180<br>Colorado Springs, CO 80962-2180 | Lincoln Automotive Financial Services<br>PO Box 2400, Edmonton, Alberta, T5J 5C7, | Main Street Bank<br>10089 Fairfax Blvd.<br>Fairfax, VA 22030-1742 |

```
MainStreet Bank                         Mayor and City Council Baltimore       Monika Jain
c/o Eric S. Schuster, Esq.              Bureau of Revenue Collections          445 Windover Ave North West
100 Light Street, Suite 1400            200 Holliday Street Room #1            Vienna, VA 22180-4232
Baltimore, Maryland 21202-1188          Bankruptcy
                                        Baltimore, MD 21202-6295


Monika Jain                             N D Greene PC                          NP Master Trust I (Cayman) LLC
445 Windover Drive                      3977 Chain Bridge Rd, Suite 1          c/o Andrea C. Davison
Vienna                                  Fairfax, VA 22030-3308                 2311 Wilson Blvd Suite 500
VA 22180-4232                                                                  Arlington VA 22201-5422


Orrstown Bank                           PPL Electric Utilities                 Pennsylvania American Water
Offit/Kuman PA                          827 Hausman Rd                         P O Box 371412
7501 Wisconsin Ave #1000W               Allentown, PA 18104-9392               Pittsburgh, PA 15250-7412
Bethesda, MD 20814-6604


SC&H Group, Inc.                        Stafford County                        Stafford County Attorney's Office
c/o Robert Patrick                      Laura M Rudy, Treasurer, PO Box 68     1300 Courthouse Road
910 Ridgebrook Road                     Stafford, VA 22555-0068                P.O. Box 339
Sparks, MD 21152-9390                                                          Stafford, VA 22555-0339


Town Of Vienna Water and Sewer Bill     Trinity Universal Insurance Company    Troy Mason
127 Center St                           c/o Man Global Private Mkts. (USA) Inc. 3002 Williamsburg Rd
Vienna, VA 22180-5719                   Attn: Legal                            Richmond , VA 23231-2128
                                        1345 Avenue of the Americas, 21st Floor
                                        New York, NY 10105-0199


Turkey Hill                             U.S. Securities and Exchange Commission U.S. Trustee
1635 Church Rd                          Office of Reorganization                1725 Duke Street, Suite 650
Hershey , PA 17033-1812                 950 East Paces Ferry Rd, Suite 900      Alexandria, VA 22314-3489
                                        Atlanta, GA 30326-1382


(p)UGI UTILITIES INC                    Verizon Fios                           Vienna Oaks Office Center Condominium
ATTN CREDIT & COLLECTIONS               1430 Walnut St                         c/o Erik W. Fox, Rees Broome
P O BOX 13009                           Philadelphia, PA 19102-4021            1900 Gallows Road, Sutie 700
READING PA 19612-3009                                                          Tysons Corner, VA 22182-3886


Virginia Partners Bank                  Washington Gas                         Waste Management
LINKBANK                                6801 Industrial Rd                     P O Box 13577
1250 Camphill Bypass, Suite 202         Springfield, VA 22151-4205             Philadelphia, PA 19101-3577
Camp Hill, PA 17011-3718


West Hanover Tap Water and Sewer        West Hanover Township Water & Sewer Authorit  Wilmington Savings Fund Society, FSB
7091 Jonestown Rd                       Steven P. Miner, Esquire               FCI Lender Services, Inc.
Harrisburg, PA 17112                    3631 N. Front Street                   P.O. Box 27370
                                        Harrisburg, PA 17110-1533              Anaheim Hills, CA 92809-0112


Amit Jain                               Christopher A. Jones                   Gerard R. Vetter
445 Windover Ave North West             Whiteford Taylor & Preston, LLP        Office of the U.S. Trustee - Region 4
Vienna, VA 22180-4232                   3190 Fairview Park Dr.                 1725 Duke Street
                                        Suite 800                              Suite 650
                                        Falls Church, VA 22042-4558            Alexandria, VA 22314-3489
```

H. Jason Gold
H. Jason Gold, Trustee
P.O. Box 57359
Washington, DC 20037-0359

Jeffery T. Martin Jr.
Martin Law Group, P.C.
8065 Leesburg Pike
Ste 750
Vienna, VA 22182-2702

John E Reid
Martin Law Group, P.C.
8065 Leesburg Pike
Suite 750
Vienna, VA 22182-2702

Joshua David Stiff
Whiteford Taylor Preston LLP
249 Central Park Avenue
Suite 300
Virginia Beach, VA 23462-3271

Nancy Greene
N D Greene PC
3977 Chain Bridge Rd
Suite 1
Fairfax, VA 22030-3308

(p)REALMARKETS
20333 MEDALIST DRIVE
ASHBURN VA 20147-4184

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
6629 Old Dominion Dr
McLean, VA 22101-4516

# **Exhibit A**

```
***************************************************************************************Page1of(2)
                                          WHITEFORD, TAYLOR & PRESTON      THRU 03/21/24
BILLING ATTORNEY: 01643  CHRISTOPHER A. JONES  DETAILED  BILLING REPORT    AS OF 7/26/2024 1:04:35 PM
                                          PROFORMA NUMBER: 1789050         LAST DATE BILLED

CLIENT 105532            EAGLE PROPERTIES AND INVESTMENTS, LLC   ADDRESS: EAGLE PROPERTIES AND INVESTMENTS, LLC
MATTER 00100             CASE ADMINISTRATION                             C/O ROBERT L. PATRICK
CASE ID                                                                  RPATRICK@SCHGROUP.COM
INVOICE NUMBER _____   INVOICE DATE ____/____/____
```

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17389226 | 11/22/23 | | CALL WITH CRO AND J. MARTIN RE: VARIOUS ISSUES (EVICTIONS, ZONING, INVESTIGATION, FEE APPS, PLAN) AND PREP FOR SAME | | | .70 | 01643 | CAJ | 385.00 | 385.00 |
| 17389232 | 11/22/23 | | CALL WITH CLIENT RE: VARIOUS ISSUES (ADP, EQUIPMENT, LEASE) | | | .30 | 01643 | CAJ | 165.00 | 550.00 |
| 17406212 | 11/27/23 | | CALL WITH J. MARTIN RE: CASE ISSUES/FEE APP | | | .20 | 01643 | CAJ | 110.00 | 660.00 |
| 17617896 | 03/12/24 | | CALLS WITH J. MARTIN RE: HEARING ON DISCLOSURE STATEMENT | | | .50 | 01643 | CAJ | 275.00 | 935.00 |

```
                                                                    1.70**TIME VALUE TOTAL**    935.00

                ***DISBURSEMENTS ***
```

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | 94 | | | PACER SERVICE | 325.40 |
| 15352219 | 01/09/24 | | 87 | | 01643 | CHRIS JONES - 12/19/23 - PARKING IN ALEXANDRIA | 3.50 |
| | | | *87 | | | PARKING FOR COURT | 3.50 |
| 15352220 | 01/09/24 | | 90 | | 01643 | CHRIS JONES - 12/19/23 - MILEAGE (32 MILES) TO AND FROM ALEXANDRIA | 20.96 |
| | | | *90 | | | MILEAGE | 20.96 |

```
                                           *TOTAL DISBURSEMENTS*    349.86
```

```
-------- DISBURSEMENT SUMMARY ---------    --------------- ATTORNEY SUMMARY ---------------
Code  Description           Amount   Atty    Status         Attorney Name         Std Rt  Avg Rt  Hours   Value   Last Entry
----  -----------           ------   ----    ------         -------------         ------  ------  -----   -----   ----------
87    PARKING FOR COURT      3.50    01643   Partner        CHRISTOPHER A. JONES  795.00  550.00   1.70   935.00  03/12/24
90    MILEAGE               20.96                                            TOTAL FEE VALUE               935.00
94    PACER SERVICE        325.40
      TOTAL DISBURSEMENTS  349.86
```

```
*****************************************************************************************Page2of(2)
                                           WHITEFORD, TAYLOR & PRESTON     THRU 03/21/24
BILLING ATTORNEY: 01643  CHRISTOPHER A. JONES     DETAILED   BILLING REPORT    AS OF 7/26/2024 1:04:35 PM
                                           PROFORMA NUMBER: 1789050         LAST DATE BILLED
_____

CLIENT 105532            EAGLE PROPERTIES AND INVESTMENTS, LLC
MATTER 00100             CASE ADMINISTRATION
CASE ID
_____

                              TOTAL FEES AND DISBURSEMENTS        1,284.86

                              UNALLOCATED CREDITS                      .00

===================================================================================================
START-TO-DATE FEES BILLED =            .00    YTD FEES BILLED =          .00    A/R BALANCE THIS MATTER =       .00
START-TO-DATE DISB BILLED =            .00    YTD DISB BILLED =          .00    ESCROW BALANCE          =       .00
===================================================================================================
```

```
*****************************************************************************************Page1of(1)
                                   WHITEFORD, TAYLOR & PRESTON      THRU 03/21/24
BILLING ATTORNEY: 01643  CHRISTOPHER A. JONES    DETAILED  BILLING REPORT    AS OF 7/26/2024 1:04:35 PM
                                   PROFORMA NUMBER: 1789051       LAST DATE BILLED

CLIENT 105532           EAGLE PROPERTIES AND INVESTMENTS, LLC   ADDRESS: EAGLE PROPERTIES AND INVESTMENTS, LLC
MATTER 00101            PROF. RETENTION AND FEE APPLICATIONS             C/O ROBERT L. PATRICK
CASE ID                                                                  RPATRICK@SCHGROUP.COM
INVOICE NUMBER _____   INVOICE DATE ____/____/____
```

|  |  |  |  |  |  | HOURS | TKPR | TKPR | TIME VALUE | RUNNING |
|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | WORKED | NO | INIT. | THIS PERIOD | TOTAL |
| TEST |  |  |  |  |  |  |  |  |  |  |
| 17389233 | 11/22/23 |  | START WORK ON FEE APPLICATION |  |  | .20 | 01643 | CAJ | 110.00 | 110.00 |
| 17403894 | 11/27/23 |  | WORK ON 1ST FEE APPLICATION |  |  | 1.50 | 01643 | CAJ | 825.00 | 935.00 |
| 17403896 | 11/27/23 |  | CALL WITH J. MARTIN RE: FILING/SERVICE OF FEE APPLICATIONS |  |  | .20 | 01643 | CAJ | 110.00 | 1,045.00 |
| 17404402 | 11/28/23 |  | CONTINUE WORK ON 1ST FEE APPLICATION AND FINALIZE FOR FILING |  |  | 1.10 | 01643 | CAJ | 605.00 | 1,650.00 |
| 17455274 | 12/19/23 |  | PREP FOR AND ATTEND HEARING ON FEE APP |  |  | .80 | 01643 | CAJ | 440.00 | 2,090.00 |
| 17496905 | 01/23/24 |  | ATTEND HEARING ON FEE APPLICATION HEARING |  |  | 2.10 | 01643 | CAJ | 1,155.00 | 3,245.00 |
| 17620188 | 03/13/24 |  | EMAILS RE: FEE ORDER |  |  | .20 | 01643 | CAJ | 110.00 | 3,355.00 |

```
                                                                  6.10**TIME VALUE TOTAL**      3,355.00

                                    --------------- ATTORNEY SUMMARY ---------------
                           Atty      Status          Attorney Name           Std Rt Avg Rt  Hours      Value    Last Entry
                           ------    ---------       -----------------       ------ ------  -----   ---------  ---------
                           01643     Partner         CHRISTOPHER A. JONES    795.00 550.00   6.10    3,355.00   03/13/24
                                                                TOTAL FEE VALUE                      3,355.00

                      TOTAL FEES AND DISBURSEMENTS            3,355.00

                      UNALLOCATED CREDITS                          .00

=====================================================================================================================================
START-TO-DATE FEES BILLED =              .00    YTD FEES BILLED =            .00    A/R BALANCE THIS MATTER =             .00
START-TO-DATE DISB BILLED =              .00    YTD DISB BILLED =            .00    ESCROW BALANCE          =             .00
=====================================================================================================================================
```

```
****************************************************************************************************Page1of(1)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 03/21/24
BILLING ATTORNEY: 01643  CHRISTOPHER A. JONES      DETAILED  BILLING REPORT      AS OF 7/26/2024 1:04:35 PM
                                    PROFORMA NUMBER: 1789054        LAST DATE BILLED

CLIENT 105532        EAGLE PROPERTIES AND INVESTMENTS, LLC    ADDRESS: EAGLE PROPERTIES AND INVESTMENTS, LLC
MATTER 00104         CLAIMS INVESTIGATION AND AVOIDANCE ACTIONS          C/O ROBERT L. PATRICK
CASE ID                                                                  RPATRICK@SCHGROUP.COM
INVOICE NUMBER _____ INVOICE DATE ____/____/____

                                                                  HOURS    TKPR    TKPR    TIME VALUE     RUNNING
INDEX       DATE       CA    ***PROFESSIONAL SERVICES***    TASK  ACT  WORKED   NO    INIT.   THIS PERIOD    TOTAL
TEST
-------   --------   ----                                   ----  ---  ------  -----  -----  -----------  ---------

17405724  11/02/23         REVIEW / ORGANIZE PRODUCTION RECEIVED FROM       .50    02033    JDS      225.00       225.00
                           CAPITAL ONE (.3); DRAFT EMAIL TO CLIENT RE: SAME
                           (.2).

17398135  11/15/23         DRAFT EMAIL TO C JONES RE: CASE STATUS & STRATEGY .10   02033    JDS       45.00       270.00
                           MATTERS.

17397902  11/21/23         DRAFT EMAIL TO C JONES RE: FOLLOW-UP MATTERS     .10    02033    JDS       45.00       315.00
                           RELATED TO SDTS AND PRODUCTIONS FROM FINANCIAL
                           INSTITUTIONS.

                                                                   .70**TIME VALUE TOTAL**      315.00

                        --------------- ATTORNEY SUMMARY ---------------
                        Atty     Status           Attorney Name              Std Rt   Avg Rt  Hours    Value   Last Entry
                        ------   ---------------  --------------------------  ------  ------ ------  -------- ---------

                        02033    Counsel          JOSHUA D. STIFF             500.00  450.00    .70    315.00  11/21/23
                                                                        TOTAL FEE VALUE                315.00

                TOTAL FEES AND DISBURSEMENTS             315.00

                UNALLOCATED CREDITS                         .00

===============================================================================================================
START-TO-DATE FEES BILLED =           .00   YTD FEES BILLED =          .00    A/R BALANCE THIS MATTER =      .00
START-TO-DATE DISB BILLED =           .00   YTD DISB BILLED =          .00    ESCROW BALANCE          =      .00
===============================================================================================================
```

```
*************************************************************************************Page1of(1)
                                  WHITEFORD, TAYLOR & PRESTON      THRU 03/21/24
BILLING ATTORNEY: 01643  CHRISTOPHER A. JONES       DETAILED  BILLING REPORT       AS OF 7/26/2024 1:04:36 PM
                                  PROFORMA NUMBER: 1789055        LAST DATE BILLED

CLIENT 105532              EAGLE PROPERTIES AND INVESTMENTS, LLC    ADDRESS: EAGLE PROPERTIES AND INVESTMENTS, LLC
MATTER 00106               EVICTION ACTIONS                                  C/O ROBERT L. PATRICK
CASE ID                                                                      RPATRICK@SCHGROUP.COM
INVOICE NUMBER _____  INVOICE DATE ____/____/____

                                                                          HOURS    TKPR   TKPR   TIME VALUE      RUNNING
INDEX       DATE        CA    ***PROFESSIONAL SERVICES***      TASK  ACT  WORKED   NO     INIT.  THIS PERIOD     TOTAL
TEST
_____      _____    ____                                   ____  ___  _____   ____   _____  _____    _____

17372147    11/13/23          REVIEW STATUS OF PROCEEDING WITH TENANT HOLDOVER     .60    02116  ALN     253.80         253.80
                              PROCEEDINGS. REVIEW LICENSING REQUIREMENTS AND
                              EXEMPTION. ATTEND TO CORRESPONDENCE REGARDING
                              SAME.

17382024    11/21/23          CALL WITH C. JONES RE: STATUS OF MATTER. ATTEND      .50    02116  ALN     211.50         465.30
                              TO CORRESPONDENCE RE: SAME. PREPARE SUMMARY
                              CORRESPONDENCE TO NEW LEAD COUNSEL RE: STATUS OF
                              TNHO AND STATUS OF LICENSURE.

17403407    11/21/23          CALL WITH A. NEIFERT AND EMAIL TO CLIENT RE:         .20    01643  CAJ     110.00         575.30
                              STATUS

17474757    01/11/24          REVIEW NOTICE OF ABANDONMENT, EMAILS WITH A.         .40    01643  CAJ     220.00         795.30
                              NEIFERT RE: SAME AND EVICTIONS

                                                                          1.70**TIME VALUE TOTAL**       795.30
                              --------------- ATTORNEY SUMMARY ---------------
                              Atty    Status              Attorney Name             Std Rt  Avg Rt   Hours     Value    Last Entry
                              ------  ----------------    ----------------------    ------  ------   -------   -------  --------
                              01643   Partner             CHRISTOPHER A. JONES      795.00  550.00      .60     330.00  01/11/24
                              02116   Associate           ALEXANDRA L NEIFERT       470.00  423.00     1.10     465.30  11/21/23
                                                                       TOTAL FEE VALUE                           795.30

            TOTAL FEES AND DISBURSEMENTS            795.30

            UNALLOCATED CREDITS                        .00

==============================================================================================================
START-TO-DATE FEES BILLED =             .00   YTD FEES BILLED =          .00   A/R BALANCE THIS MATTER =        .00
START-TO-DATE DISB BILLED =             .00   YTD DISB BILLED =          .00   ESCROW BALANCE          =        .00
==============================================================================================================
```

```
*****************************************************************************************Page 1 of (1)
                                    WHITEFORD, TAYLOR & PRESTON        THRU 03/21/24
BILLING ATTORNEY: 01643  CHRISTOPHER A. JONES       DETAILED  BILLING REPORT   AS OF 7/26/2024 1:04:49 PM
                                    PROFORMA NUMBER: 1789056              LAST DATE BILLED

CLIENT 105532           EAGLE PROPERTIES AND INVESTMENTS, LLC    ADDRESS: EAGLE PROPERTIES AND INVESTMENTS, LLC
MATTER 00107            PENNSYLVANIA PROPERTIES                           C/O ROBERT L. PATRICK
CASE ID                                                                   RPATRICK@SCHGROUP.COM
INVOICE NUMBER _____  INVOICE DATE ____/____/____
```

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17424168 | 12/04/23 | | REVIEW EMAIL FROM TOWNSHIP'S COUNSEL AND RESPOND TO SAME; EMAIL TO CLIENT WITH QUESTIONS RE: PA PROPERTY | | | .30 | 01643 | CAJ | 165.00 | 165.00 |
| 17421107 | 12/08/23 | | EMAIL TO CLIENT RE: STERLING RD LEASE AND REVIEW LEASE; RESEARCH PROPERTY STATUS | | | .50 | 01643 | CAJ | 275.00 | 440.00 |
| 17517640 | 01/08/24 | | LENGTHY CALL WITH J. MARTIN RE: PLAN PROVISION FOR PA TOWNSHIP ISSUES AND OTHER ISSUES | | | .50 | 01643 | CAJ | 275.00 | 715.00 |
| 17517669 | 01/08/24 | | EMAILS WITH TOWNSHIP'S COUNSEL RE: INSPECTIONS (.3), EMAIL TO J. MARTIN RE: SAME (.2) | | | .50 | 01643 | CAJ | 275.00 | 990.00 |
| 17517560 | 01/17/24 | | EMAIL TO CO-COUNSEL RE: INSPECTION OF PROPERTIES | | | .20 | 01643 | CAJ | 110.00 | 1,100.00 |
| 17590985 | 03/01/24 | | REVIEW EMAIL FROM TOWNSHIP'S COUNSEL, FORWARD SAME TO J. MARTIN | | | .20 | 01643 | CAJ | 110.00 | 1,210.00 |

```
                                                                  2.20**TIME VALUE TOTAL**    1,210.00
                          --------------- ATTORNEY SUMMARY ---------------
           Atty    Status           Attorney Name              Std Rt   Avg Rt   Hours     Value   Last Entry
           ------  ---------------  --------------------------- -------  -------  -------   -------  ---------
           01643   Partner          CHRISTOPHER A. JONES        795.00   550.00   2.20     1,210.00  03/01/24
                                                TOTAL FEE VALUE                              1,210.00

           TOTAL FEES AND DISBURSEMENTS         1,210.00

           UNALLOCATED CREDITS                                       .00

==========================================================================================================
START-TO-DATE FEES BILLED =            .00    YTD FEES BILLED =          .00   A/R BALANCE THIS MATTER =     .00
START-TO-DATE DISB BILLED =            .00    YTD DISB BILLED =          .00   ESCROW BALANCE          =     .00
==========================================================================================================
```