INST#: 20220024597 Recorded: 08/12/2022 at 11:31:21 AM 7 PAGES JAMES M. ZUGAY, RECORDER OF DEEDS DAUPHIN COUNTY, PA

CASE 23-1956-AKHIN DOC NO. 2-2 Filed 08/02/24 Entered 08/02/24 09:47:19 Desc AKENNEDY Exhibit(s) B - Lis Pendens    Page 1 of 14

Prepared by and Mail To:
Alan V. Klein, Esq.
alan.klein@offitkurman.com
Attorney I.D. No. 57104
OFFIT KURMAN, P.A.
401 PLYMOUTH ROAD, SUITE 100
PLYMOUTH MEETING, PENNSYLVANIA 19462
(267) 338-1300

Parcel ID 68-040-125
UPI: 68-040-125-000-0000

IN THE COURT OF COMMON PLEAS OF

DAUPHIN COUNTY, PENNSYLVANIA

12th JUDICIAL DISTRICT

| | |
|---|---|
| **BALA JAIN, LLC,**<br>**6007 Marilyn Drive**<br>**Alexandria, Virginia 22310,**<br><br>**Plaintiff,**<br><br>v.<br><br><br><br><br><br>**EAGLE PROPERTIES AND INVESTMENTS LLC**<br>445 Windover Avenue<br>Vienna, Virginia 22180<br>Serve:<br>Monika Jain, Managing Member<br>445 Windover Avenue<br>Vienna, VA 22180<br><br>And,<br><br>**MONIKA JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180<br><br>And,<br><br>**AMIT JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180<br><br>And, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     IN THE CIRCUIT COURT<br><br>   OF FAIRFAX COUNTY<br>          VIRGINIA<br><br>   No. [CL-2022-0009687] |

| | | |
|---|---|---|
| **FIRST CLASS TITLE, INC.** | ) | |
| 1803 Research Blvd, Suite 512 | ) | |
| Rockville, Maryland 20850 | ) | |
| Serve: Robert Kotz | ) | |
| 11505 Hemingway Drive | ) | |
| Reston, Virginia 20194 | ) | |
| | ) | |
| And, | ) | |
| | ) | |
| | ) | |
| **DANIEL KOTZ, ESQ.** | ) | |
| 1803 Research Blvd #512 | ) | |
| Rockville, MD 20850 | ) | |
| | ) | |
| **Defendants.** | ) | |

## PRAECIPE TO INDEX ACTION AS LIS PENDENS

TO THE PROTHONOTARY:

You are hereby notified that on the 18th day of July, 2022, suit was instituted by the undersigned in the above captioned and styled cause in the Circuit Court of Fairfax County, Virginia, and that the following are all the names of the parties to said suit:

| Name of Plaintiff | Name of Defendant | Kind of Suit |
|---|---|---|
| Bala Jain, LLC<br>6007 Marilyn Drive<br>Alexandria, Virginia 22310 | **EAGLE PROPERTIES AND INVESTMENTS LLC**<br>445 Windover Avenue<br>Vienna, Virginia 22180<br>Serve:<br>Monika Jain, Managing Member<br>445 Windover Avenue<br>Vienna, VA 22180 | The lawsuit alleges that one or more of the Defendants used money it borrowed from Bala Jain, LLC to acquire, improve, and/or develop the subject Property. The lawsuit alleges that the Defendants engaged in fraud, conspiracy to commit fraud, breach of contract, and seeks a declaratory judgment and injunctive relief establishing a constructive trust against this Property and such other relief as may be necessary to protect and prepare Bala Jain, LLC's interest in the Property. |
| | **MONIKA JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180 | |

2

|  | **AMIT JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180 |  |
|---|---|---|
|  | **FIRST CLASS TITLE, INC.**<br>1803 Research Blvd, Suite 512<br>Rockville, Maryland 20850<br>Serve: Robert Kotz<br>11505 Hemingway Drive<br>Reston, Virginia 20194 |  |
|  | **Daniel Kotz, Esq.**<br>1803 Research Blvd #512<br>Rockville, MD 20850 |  |

Please index this action filed in the Virginia state courts as a *lis pendens* against the property located at 204 S. Fairville, Harrisburg, PA 17112 Parcel ID 68-040-125 UPI: 68-040-125-000-0000, more particularly described as:

THE FOLLOWING DESCRIBED REAL ESTATE, SITUATED IN DAUPHIN COUNTY, AND COMMONWEALTH OF PENNSYLVANIA, TO WIT:

ALL THAT CERTAIN PIECE OR PARCEL OF LAND SITUATE IN WEST HANOVER TOWNSHIP, DAUPHIN COUNTY, COMMONWEALTH OF PENNSYLVANIA, IN SKYLINE VIEW EXTENSION DEVELOPMENT AS RECORDED IN PLAN BOOK U PAGE 98, AS MORE PARTICULARLY BOUNDED AND DESCRIED AS FOLLOWS: BEGINNING AT THE SOUTHEASTERN CORNER OF LOT #419 ON SAID PLAN; THENCE SOUTHWARD ALONG THE WESTERN SIDE OF FAIRVILLE DRIVE, 100 FEET TO THE NORTHEASTERN CORNER OF LOT #4421 ON SAID PLAN; THENCE WESTWARD ALONG THE NORTHERN LINE OF SAID LOT, 189.28 FEET TO THE NORTHWESTERN CORNER OF LOT #421; THENCE NORTHWARDLY ALONG LANDS NOW OR LATE OF NOAH S. MYERS, 103.34 FEET TO THE SOUTHWESTERN CORNER OF LOT #419; THENCE ALONG THE SOUTHERN LINE OF SAID LOT, 215,35 FEET TO THE PLACE OF BEGINNING. BEING LOT #420 ON SAID PLAN. UPI:68-040-

3

125-000-0000

Being the same property acquired by deed at Instrument No. 20210033040 dated 9/17/2021 and recorded 9/21/2021 from FIRST CHOICE HOME BUYERS, LLC.

I certify that this action involves title to real estate and seeks relief in the form of imposition of a constructive trust based on Eagle Properties and Investments, LLC's ("Eagle") use of loan proceeds it obtained from Bala Jain, LLC for the purchase, improvement and development of the real estate at issue. Bala Jain, LLC has filed a lawsuit against Eagle, Amit Jain, Monika Jain, First Class Title, and Daniel Kotz. The lawsuit alleges, *inter alia*, that: Amit Jain, Monika Jain, First Class title and Daniel Kotz committed fraud and conspiracy to commit fraud in order to deceive Bala Jain, LLC to lend Eagle $7.5 million in loans to purchase, improve, and develop various real properties, including the real estate at issue (Counts I and II), and that Bala Jain is entitled to declaratory judgment that Eagle's failure to repay the loans combined with the other defendants to fraud entitles Bala Jain to seek imposition of a constructive trust on the real estate at issue (Count III).

Plaintiff is seeking a Constructive Trust on the property referenced herein.

Dated:  July 29, 2022                    Respectfully submitted,

                                         /s/ Alan Klein
                                         _____
                                         Alan V. Klein, Esq.
                                         alan.klein@offitkurman.com
                                         Attorney for Plaintiff
                                         OFFIT KURMAN, P.A.
                                         401 PLYMOUTH ROAD, SUITE 100
                                         PLYMOUTH MEETING, PENNSYLVANIA
                                         19462
                                         (267) 338-1300

4

## VERIFICATION

I, SHAIL BUTANI, verify that I am Managing Member of Bala Jain, LLC, a Virginia LLC, and I am authorized to make this verification on its behalf. The allegations in the foregoing praecipe to index an action as *lis pendens* are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

                                      Bala Jain, LLC, a Virginia LLC,

                                      By: _____
                                      SHAIL BUTANI
                                      Its: Managing Member

Alan V. Klein, Esq.
alan.klein@offitkurman.com
Attorney I.D. No. 57104
OFFIT KURMAN, P.A.
401 PLYMOUTH ROAD, SUITE 100
PLYMOUTH MEETING, PENNSYLVANIA 19462
(267) 338-1300

IN THE COURT OF COMMON PLEAS OF

DAUPHIN COUNTY, PENNSYLVANIA

12th JUDICIAL DISTRICT

Court Term: JULY, 2022

| | | |
|---|---|---|
| **BALA JAIN, LLC,** | ) | |
| | ) | IN THE CIRCUIT COURT |
| Plaintiff[s], | ) | OF FAIRFAX COUNTY VIRGINIA |
| | ) | No. [CL-2022-0009687] |
| v. | ) | |
| | ) | |
| **EAGLE PROPERTIES AND** | ) | |
| **INVESTMENTS LLC, ET AL.,** | ) | |
| | ) | |
| | ) | |
| Defendant[s]. | ) | |

**CERTIFICATION OF COMPLIANCE WITH
CASE RECORDS PUBLIC ACCESS POLICY**

I certify that this filing, which includes a Praecipe to Index as Lis Pendens, complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

7/29/2022

_____
Alan V. Klein

4863-4724-9964, v. 3

6

**James M. Zugay, Esq.**
Recorder of Deeds
(717) 780-6560
jzugay@dauphinc.org

**Candace E. Meck**
*First Deputy*
www.dauphinc.org/deeds



## Dauphin County

### Recorder of Deeds

Harrisburg, Pennsylvania

## CERTIFIED END PAGE

*Location:*
Dauphin County Courthouse
Room 102
101 Market Street
Harrisburg, PA 17101

```
INSTRUMENT #: 20220024597
RECORD DATE: 8/12/2022 11:31:21 AM
RECORDED BY: CWASHINGER
DOC TYPE: LIS PEND
AGENT: SIMPLIFILE
DIRECT NAME: BALA JAIN, LLC
INDIRECT NAME:


RECORDING FEES - State: $0.50
RECORDING FEES - County: $13.00
ACT 8 OF 1998: $5.00
ADDITIONAL NAME FEE: $4.00


 WEST HANOVER TWP
```

```
UPICount:  1
UPIFee:    20
UPIList:   68-040-125-000-0000
```

I Certify This Document To Be Recorded
In Dauphin County, Pennsylvania.

*[signature]*
_____
**James M. Zugay**, *Recorder of Deeds*



---

# THIS IS A CERTIFICATION PAGE

---

# PLEASE DO NOT DETACH

## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

INST#: 20220024598 Recorded: 08/12/2022 at 11:32:39 AM 7 PAGES  JAMES M. ZUGAY,
RECORDER OF DAUPHIN COUNTY, PA DEPUTY WASHINGER

CASE#23-1956 IN DOC NO 2 Filed: 08/02/24 Entered: 08/02/24 09:24:47 Desc TAO KKINSELLA    Exhibit(s) B - Lis Pendens    Page 8 of 14

Prepared by and Mail To:
Alan V. Klein, Esq.
alan.klein@offitkurman.com
Attorney I.D. No. 57104
OFFIT KURMAN, P.A.
401 PLYMOUTH ROAD, SUITE 100
PLYMOUTH MEETING, PENNSYLVANIA 19462
(267) 338-1300

Parcel ID 68-040-125
UPI: 68-040-125-000-0000

IN THE COURT OF COMMON PLEAS OF
DAUPHIN COUNTY, PENNSYLVANIA
12th JUDICIAL DISTRICT

| | |
|---|---|
| **BALA JAIN, LLC,**<br>**6007 Marilyn Drive**<br>**Alexandria, Virginia 22310,**<br><br>**Plaintiff,**<br><br>v.<br><br><br><br><br><br><br><br>**EAGLE PROPERTIES AND INVESTMENTS LLC**<br>445 Windover Avenue<br>Vienna, Virginia 22180<br>Serve:<br>Monika Jain, Managing Member<br>445 Windover Avenue<br>Vienna, VA 22180<br><br>And,<br><br>**MONIKA JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180<br><br>And,<br><br>**AMIT JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180<br><br>And, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | IN THE CIRCUIT COURT<br>OF FAIRFAX COUNTY<br>VIRGINIA<br>No. [CL-2022-0009687] |

| | |
|---|---|
| **FIRST CLASS TITLE, INC.** | ) |
| 1803 Research Blvd, Suite 512 | ) |
| Rockville, Maryland 20850 | ) |
| Serve: Robert Kotz | ) |
| 11505 Hemingway Drive | ) |
| Reston, Virginia 20194 | ) |
| | ) |
| And, | ) |
| | ) |
| | ) |
| **DANIEL KOTZ, ESQ.** | ) |
| 1803 Research Blvd #512 | ) |
| Rockville, MD 20850 | ) |
| | ) |
| **Defendants.** | ) |

## PRAECIPE TO INDEX ACTION AS LIS PENDENS

TO THE PROTHONOTARY:

You are hereby notified that on the 18th day of July, 2022, suit was instituted by the undersigned in the above captioned and styled cause in the Circuit Court of Fairfax County, Virginia, and that the following are all the names of the parties to said suit:

| Name of Plaintiff | Name of Defendant | Kind of Suit |
|---|---|---|
| Bala Jain, LLC<br>6007 Marilyn Drive<br>Alexandria, Virginia 22310 | **EAGLE PROPERTIES AND INVESTMENTS LLC**<br>445 Windover Avenue<br>Vienna, Virginia 22180<br>Serve:<br>Monika Jain, Managing Member<br>445 Windover Avenue<br>Vienna, VA 22180 | The lawsuit alleges that one or more of the Defendants used money it borrowed from Bala Jain, LLC to acquire, improve, and/or develop the subject Property. The lawsuit alleges that the Defendants engaged in fraud, conspiracy to commit fraud, breach of contract, and seeks a declaratory judgment and injunctive relief establishing a constructive trust against this Property and such other relief as may be necessary to protect and prepare Bala Jain, LLC's interest in the Property. |
| | **MONIKA JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180 | |

2

|  | **AMIT JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180 |  |
|---|---|---|
|  | **FIRST CLASS TITLE, INC.**<br>1803 Research Blvd, Suite 512<br>Rockville, Maryland 20850<br>Serve:  Robert Kotz<br>11505 Hemingway Drive<br>Reston, Virginia 20194 |  |
|  | **Daniel Kotz, Esq.**<br>1803 Research Blvd #512<br>Rockville, MD 20850 |  |

Please index this action filed in the Virginia state courts as a *lis pendens* against the property located at 204 S. Fairville, Harrisburg, PA 17112 Parcel ID 68-040-125 UPI: 68-040-125-000-0000, more particularly described as:

THE FOLLOWING DESCRIBED REAL ESTATE, SITUATED IN DAUPHIN COUNTY, AND COMMONWEALTH OF PENNSYLVANIA, TO WIT:

ALL THAT CERTAIN PIECE OR PARCEL OF LAND SITUATE IN WEST HANOVER TOWNSHIP, DAUPHIN COUNTY, COMMONWEALTH OF PENNSYLVANIA, IN SKYLINE VIEW EXTENSION DEVELOPMENT AS RECORDED IN PLAN BOOK U PAGE 98, AS MORE PARTICULARLY BOUNDED AND DESCRIED AS FOLLOWS: BEGINNING AT THE SOUTHEASTERN CORNER OF LOT #419 ON SAID PLAN; THENCE SOUTHWARD ALONG THE WESTERN SIDE OF FAIRVILLE DRIVE, 100 FEET TO THE NORTHEASTERN CORNER OF LOT #4421 ON SAID PLAN; THENCE WESTWARD ALONG THE NORTHERN LINE OF SAID LOT, 189.28 FEET TO THE NORTHWESTERN CORNER OF LOT #421; THENCE NORTHWARDLY ALONG LANDS NOW OR LATE OF NOAH S. MYERS, 103.34 FEET TO THE SOUTHWESTERN CORNER OF LOT #419; THENCE ALONG THE SOUTHERN LINE OF SAID LOT, 215,35 FEET TO THE PLACE OF BEGINNING. BEING LOT #420 ON SAID PLAN. UPI:68-040-

3

125-000-0000

Being the same property acquired by deed at Instrument No. 20210033040 dated 9/17/2021 and recorded 9/21/2021 from FIRST CHOICE HOME BUYERS, LLC.

I certify that this action involves title to real estate and seeks relief in the form of imposition of a constructive trust based on Eagle Properties and Investments, LLC's ("Eagle") use of loan proceeds it obtained from Bala Jain, LLC for the purchase, improvement and development of the real estate at issue. Bala Jain, LLC has filed a lawsuit against Eagle, Amit Jain, Monika Jain, First Class Title, and Daniel Kotz. The lawsuit alleges, *inter alia*, that: Amit Jain, Monika Jain, First Class title and Daniel Kotz committed fraud and conspiracy to commit fraud in order to deceive Bala Jain, LLC to lend Eagle $7.5 million in loans to purchase, improve, and develop various real properties, including the real estate at issue (Counts I and II), and that Bala Jain is entitled to declaratory judgment that Eagle's failure to repay the loans combined with the other defendants to fraud entitles Bala Jain to seek imposition of a constructive trust on the real estate at issue (Count III).

Plaintiff is seeking a Constructive Trust on the property referenced herein.

Dated: July 29, 2022

Respectfully submitted,

*[signature]*

Alan V. Klein, Esq.
alan.klein@offitkurman.com
Attorney for Plaintiff
OFFIT KURMAN, P.A.
401 PLYMOUTH ROAD, SUITE 100
PLYMOUTH MEETING, PENNSYLVANIA 19462
(267) 338-1300

4

## VERIFICATION

I, SHAIL BUTANI, verify that I am Managing Member of Bala Jain, LLC, a Virginia LLC, and I am authorized to make this verification on its behalf. The allegations in the foregoing praecipe to index an action as *lis pendens* are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

Bala Jain, LLC, a Virginia LLC,

By: _/s/ Shail Butani_
SHAIL BUTANI
Its: Managing Member

6

Alan V. Klein, Esq.
alan.klein@offitkurman.com
Attorney I.D. No. 57104
OFFIT KURMAN, P.A.
401 PLYMOUTH ROAD, SUITE 100
PLYMOUTH MEETING, PENNSYLVANIA 19462
(267) 338-1300

IN THE COURT OF COMMON PLEAS OF

DAUPHIN COUNTY, PENNSYLVANIA

12th JUDICIAL DISTRICT

Court Term: JULY, 2022

| | | |
|---|---|---|
| **BALA JAIN, LLC,** | ) | |
| | ) | IN THE CIRCUIT COURT |
| Plaintiff[s], | ) | OF FAIRFAX COUNTY VIRGINIA |
| | ) | No. [CL-2022-0009687] |
| v. | ) | |
| | ) | |
| **EAGLE PROPERTIES AND** | ) | |
| **INVESTMENTS LLC, ET AL.,** | ) | |
| | ) | |
| | ) | |
| Defendant[s]. | ) | |

**CERTIFICATION OF COMPLIANCE WITH
CASE RECORDS PUBLIC ACCESS POLICY**

I certify that this filing, which includes a Praecipe to Index as Lis Pendens, complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

7/29/2022

_____
Alan V. Klein

4863-4724-9964, v. 3

6

James M. Zugay, Esq.
Recorder of Deeds
(717) 780-6560
jzugay@dauphinc.org

**Candace E. Meck**
*First Deputy*
www.dauphinc.org/deeds



**Dauphin County**

**Recorder of Deeds**

Harrisburg, Pennsylvania

*Location:*
Dauphin County Courthouse
Room 102
101 Market Street
Harrisburg, PA 17101

## CERTIFIED END PAGE

INSTRUMENT #: 20220024598
RECORD DATE: 8/12/2022 11:32:39 AM
RECORDED BY: CWASHINGER
DOC TYPE: LIS PEND
AGENT: SIMPLIFILE
DIRECT NAME: BALA JAIN, LLC
INDIRECT NAME:

RECORDING FEES - State: $0.50
RECORDING FEES - County: $13.00
ACT 8 OF 1998: $5.00
ADDITIONAL NAME FEE: $4.00

WEST HANOVER TWP

UPICount:  1
UPIFee:    20
UPIList:   68-040-125-000-0000

I Certify This Document To Be Recorded
In Dauphin County, Pennsylvania.

*James M. Zugay*, Recorder of Deeds



---

# THIS IS A CERTIFICATION PAGE

---

# PLEASE DO NOT DETACH

THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT