```
Label Matrix for local noticing      3977 Chain Bridge Rd, Suite 1         ADT
0422-1                               Faifax, VA 22030-3308                 P O Box 371878
Case 23-10566-KHK                                                          Pittsburgh, PA 15250-7878
Eastern District of Virginia
Alexandria
Fri Aug  2 09:00:14 EDT 2024

Aero Mortgage Loan Trust 2019- 1     American Express National Bank        Asset Based Lending
8100 Three Chopt Rd.                 c/o Becket and Lee LLP                PO BOX 27370
Suite 240                            PO Box 3001                           Anaheim, CA 92809-0112
Richmond, VA 23229-4833              Malvern  PA 19355-0701


Atlantic Union Bank                  Atlantic Union Bank                   (p)ATLANTIC UNION BANK
1051 E. Cary Street                  8221 Old Courthouse Rd Ste 100,       P O BOX 176
Suite 1200                           Tysons, VA 22182-3839                 BLACKSBURG VA 24063-0176
Richmond, VA 23219-4044


Bala Jain                            Bala Jain LLC                         Bala Jain LLC
Christopher L. Rogan, Esq.           6007 Marilyn Dr.                      6007 Marilyn Drive
50 Catoctin Circle, NE, Suite 300    Alexandria, VA 22310-1516             Alexandria, VA 2231- 22310-1516
Leesburg, VA 20176-3101


Bank Of Clarke                       Bank Of Clarke County                 Bank of Clarke
110 Crock Wells Mill Drive           2 East Main Street                    c/o Hannah W. Hutman, Esq.
Winchester, VA 22603-3943            Berryville, VA 22611-1338             Hoover Penrod, PLC
                                                                           342 S. Main Street
                                                                           Harrisonburg, VA 22801-3628

Bank of Clarke County                Betsy Dalton                          Corey Simpson Booker
c/o Hannah W. Hutman, Esq.           1003 Lynn St SW                       1051 East Cary Street
Hoover Penrod, PLC                   Vienna, VA 22180-6428                 Suite 1200
342 S. Main Street                                                         Richmond, VA 23219-4044
Harrisonburg, VA 22801-3628

J. P. McGuire Boyd Jr                COUNTY OF HENRICO, VIRGINIA           Candice Goodman
Williams Mullen, P.C.                SARA L. MAYNARD, ASST. COUNTY ATTORNEY 15474 Roxbury Rd
200 South 10th Street                P. O. BOX 90775                       Glenwood, MD 21738-9306
Richmond, VA 23219-4091              HENRICO, VIRGINIA 23273-0775


Capital One N.A.                     City of Richmond                      City of Richmond  City Hall
by American InfoSource as agent      Division of Collections PO Box 26505  Room 109 Delinquent Taxes
4515 N Santa Fe Ave                  Richmond, VA 23261-6505               900 East Broad Street
Oklahoma City, OK 73118-7901                                               Richmond VA 23219-1907


Civic Ventures, LLC                  Community Bank Of Chesapeake          Community Bank of the Chesapeake
Douglas M. Foley, Esquire            202 Centennial St,                    Atten: Jared Krahler
Kaufman & Canoles, P.C.              La Plata, MD 20646                    3035 Leonardtown Road
Two James Center                                                           Waldorf, MD 20601-3112
1021 East Cary Street, Suite 1400                                          ,
Richmond, VA 23219-4031

County of Fairfax                    County of Henrico                     DTMA
Department of Tax Administration, Revenu  Department of Finance, PO Box 90775  670 Clearwater RD
Suite 223                            Henrico, VA 23273-0775                Hershey, PA 17033-2453
Fairfax, VA 22035
```

Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building,
PO Box No 1295
Harrisburg, PA 17108

Dauphin County Tax Claim Bureau
P. O. Box 1295
Harrisburg, PA 17108

Department of Finance Howard county
Property Tax Division, 3430, Court House
Ellicott City, MD 21043-4300

Devon England
213 N Port St
Baltimore , MD 21224-1027

(p)DOMINION ENERGY VIRGINIA NORTH CAROLINA
PO BOX 26666
RICHMOND VA 23261-6666

Eagle Properties and Investments LLC
445 Windover Ave North West
Vienna, VA 22180-4232

John Tucker Farnum
Miles and Stockbridge PC
1201 Pennsylvania Ave
Suite 900
Washington, DC 20004-2464

Justin Fasano
McNamee Hosea, P.A.
6404 Ivy Lane
Ste 820
Greenbelt, MD 20770-1416

Erik W. Fox
Rees Broome, PC
1900 Gallows Road
Suite 700
Vienna, VA 22182-3886

Jack Frankel
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314-3489

Fulton Bank
625 Elden St,
Herndon, VA 20170-4739

Fulton Bank, N.A.
c/o David S. Musgrave, Esquire
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202-4363

Fulton Bank, N.A.
c/o David S. Musgrave, Esquire
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202-4363

GITSIT Solutions, LLC
c/o Andrew S. Goldstein
PO Box 404
Roanoke, VA 24003-0404

Gitsit Solutions, LLC
c/o Prober & Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364-6207

Gitsit Solutions, LLC
333 South Anita Drive, Suite 400
Orange, CA 92868-3314

H. Jason Gold
H. Jason Gold, Trustee
P.O. Box 57359
Washington, DC 20037-0359

Andrew S Goldstein
Magee Goldstein Lasky & Sayers, P.C.
PO Box 404
Roanoke, VA 24003-0404

Nancy Greene
N D Greene PC
3977 Chain Bridge Rd
Suite 1
Fairfax, VA 22030-3308

Gus Goldsmith
18205 Biscayne Blvd, Suite 2226
Aventura, FL 33160-2149

Gus Goldsmith
Justin P. Fasano
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770-1405

Robert Hockenbury
Womble Bond Dickinson (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202-1153

Howard County Maryland
Gary Kuc, Esq/Kristen Bowen Perry, Esq.
3450 Court House Drive
Ellicott City, MD 21043-4330

Hannah White Hutman
Hoover Penrod, PLC
342 S. Main Street
Harrisonburg, VA 22801-3628

Internal Revenue Service
Special Procedures Support Staff
P. O. Box 10025
Richmond, VA 23240

Amit Jain
445 Windover Ave North West
Vienna, VA 22180-4232

Christopher A. Jones
Whiteford Taylor & Preston, LLP
3190 Fairview Park Dr.
Suite 800
Falls Church, VA 22042-4558

Joshua Fowlers
580 W Areba Ave
Hershey , PA 17033-1605

(p)REALMARKETS
20333 MEDALIST DRIVE
ASHBURN VA 20147-4184

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
6629 Old Dominion Dr
McLean, VA 22101-4516

| | | |
|---|---|---|
| Kaufman & Canoles, P.C.<br>Two James Center<br>1021 East Cary Street, Suite 1400<br>Richmond, Virginia 23219-4031 | LINKBANK<br>1250 Camphill Bypass, Suite 202<br>Camp Hill, PA 17011-3718 | Lincoin Financing<br>9030 Stony Point Pkwy<br>Richmond, VA 23235-1957 |
| Lincoln Automotive Financial Services<br>P.O. Box 62180<br>Colorado Springs, CO 80962-2180 | Lincoln Automotive Financial Services<br>PO Box 2400, Edmonton, Alberta, T5J 5C7, | Main Street Bank<br>10089 Fairfax Blvd.<br>Fairfax, VA 22030-1742 |
| MainStreet Bank<br>c/o Eric S. Schuster, Esq.<br>100 Light Street, Suite 1400<br>Baltimore, Maryland 21202-1188 | Robert M. Marino<br>Redmon Peyton & Braswell, LLP<br>510 King Street<br>Suite 301<br>Alexandria, VA 22314-3184 | Jeffery T. Martin Jr.<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Ste 750<br>Vienna, VA 22182-2702 |
| Mayor and City Council Baltimore<br>Bureau of Revenue Collections<br>200 Holliday Street Room #1<br>Bankruptcy<br>Baltimore, MD 21202-6295 | James R. Meizanis Jr.<br>Blankingship & Keith, PC<br>4020 University Drive<br>Suite 300<br>Fairfax, VA 22030-6802 | Monika Jain<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 |
| Monika Jain<br>445 Windover Drive<br>Vienna<br>VA 22180-4232 | David S. Musgrave<br>Gordon Feinblatt LLC<br>233 East Redwood Street<br>Baltimore, MD 21202-3332 | N D Greene PC<br>N D Greene PC<br>3977 Chain Bridge Rd<br>Suite 1<br>Faifax, VA 22030-3308 |
| N D Greene PC<br>3977 Chain Bridge Rd, Suite 1<br>Fairfax, VA 22030-3308 | NP Master Trust I (Cayman) LLC<br>c/o Andrea C. Davison<br>2311 Wilson Blvd Suite 500<br>Arlington VA 22201-5422 | Stephen W. Nichols<br>Offit Kurman, P.A.<br>7501 Wisconsin Avenue<br>Suite 1000w<br>Bethesda, MD 20814-6604 |
| Orrstown Bank<br>c/o Stephen Nichols, Esq.<br>Offit Kurman PA<br>7501 Wisconsin Ave. Suite 1000W<br>Bethesda, MD 20814-6604 | Orrstown Bank<br>Offit/Kuman PA<br>7501 Wisconsin Ave #1000W<br>Bethesda, MD 20814-6604 | PPL Electric Utilities<br>827 Hausman Rd<br>Allentown, PA 18104-9392 |
| Craig M. Palik<br>McNamee Hosea<br>6404 Ivy Lane<br>Suite 820<br>Greenbelt, MD 20770-1416 | Pennsylvania American Water<br>P O Box 371412<br>Pittsburgh, PA 15250-7412 | Lee S Raphael<br>Prober & Raphael, Law Corporation<br>20750 Ventura BLVD., Suite 100<br>Woodland Hills, CA 91364-6207 |
| John E Reid<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Suite 750<br>Vienna, VA 22182-2702 | Christopher L. Rogan<br>RoganMillerZimmerman, PLLC<br>50 Catoctin Circle, N.E., Suite 300<br>Leesburg, VA 20176-3101 | Jeremy B. Root<br>Blankingship & Keith, P.C.<br>4020 University Dr. Ste. 300<br>Fairfax, VA 22030-6802 |
| SC&H Group<br>c/o Miles & Stockbridge P.C.<br>1201 Pennsylvania Ave., NW<br>Ste. 900<br>Washington, DC 20004-2464 | SC&H Group, Inc.<br>c/o Robert Patrick<br>910 Ridgebrook Road<br>Sparks, MD 21152-9390 | Shore United Bank<br>200 West Gate Circle<br>Suite 200<br>Annapolis, MD 21401-3377 |

Barry W. Spear
BWW Law Group, LLC
8100 Three Chopt Road
Suite 240
Richmond, VA 23229-4833

Stafford County
Laura M Rudy, Treasurer, PO Box 68
Stafford, VA 22555-0068

Stafford County Attorney's Office
1300 Courthouse Road
P.O. Box 339
Stafford, VA 22555-0339

Joshua David Stiff
Whiteford Taylor Preston LLP
249 Central Park Avenue
Suite 300
Virginia Beach, VA 23462-3271

Town Of Vienna Water and Sewer Bill
127 Center St
Vienna, VA 22180-5719

Dylan G. Trache
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, N.W.
Suite 900
Washington, DC 20001-2133

Trinity Universal Insurance Company
c/o Man Global Private Mkts. (USA), Inc.
1345 Avenue of the Americas 21st Floor
New York, NY 10105-0199

Trinity Universal Insurance Company
c/o Man Global Private Mkts. (USA) Inc.
Attn: Legal
1345 Avenue of the Americas, 21st Floor
New York, NY 10105-0199

Troy Mason
3002 Williamsburg Rd
Richmond , VA 23231-2128

Turkey Hill
1635 Church Rd
Hershey , PA 17033-1812

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Rd, Suite 900
Atlanta, GA 30326-1382

U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314-3489

(p)UGI UTILITIES INC
ATTN CREDIT & COLLECTIONS
P O BOX 13009
READING PA 19612-3009

UST smg Alexandria
Office of the U. S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Roads, #114-160
Potomac, MD 20854-3976

Verizon Fios
1430 Walnut St
Philadelphia, PA 19102-4021

Gerard R. Vetter
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Vienna Oaks Office Center Condominium
c/o Rees Broome, PC
Suite 700
Tysons Corner, VA 22182

Vienna Oaks Office Center Condominium
c/o Erik W. Fox, Rees Broome
1900 Gallows Road, Sutie 700
Tysons Corner, VA 22182-3886

Virginia Partners Bank
410 William St.
Fredericksburg, VA 22401-5834

Virginia Partners Bank
LINKBANK
1250 Camphill Bypass, Suite 202
Camp Hill, PA 17011-3718

Christian K. Vogel
Vogel Law Group, PLC
513 Forest Ave.
Suite 205
Richmond, VA 23229-6850

Washington Gas
6801 Industrial Rd
Springfield, VA 22151-4205

Waste Management
P O Box 13577
Philadelphia, PA 19101-3577

West Hanover Tap Water and Sewer
7091 Jonestown Rd
Harrisburg, PA 17112

West Hanover Township Water & Sewer Authorit
Steven P. Miner, Esquire
3631 N. Front Street
Harrisburg, PA 17110-1533

Wilmington Savings Fund Society, FSB
FCI Lender Services, Inc.
P.O. Box 27370
Anaheim Hills, CA 92809-0112

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlantic Union Bank<br>PO Box 176<br>Blacksburg, VA 24063 | Dominion Energy<br>P O Box 26543<br>Richmond, VA 23290 | Stephen Karbelk<br>Team Leader, RealMarkets<br>Century 21 New Millennium<br>20405 Exchange St, Suite 221<br>Ashburn, VA 20147 |
| UGI Utilities Inc<br>400 Stewart Rd<br>Hanover, PA 18706 | (d)UGI Utilities, Inc.<br>PO Box 13009<br>Reading, PA 19612 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bala Jain LLC | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 |
| (d)Bala Jain LLC<br>Christopher L. Rogan, Esq.<br>50 Catoctin Circle, NE Suite 300<br>Leesburg, VA 20176-3101 | (u)Gus Goldsmith | (u)Isidoro Pulido Luna<br>202 N Port St |
| (u)LINKBANK | (u)Lincoln Automotive Financial Services | (u)MainStreet Bank |
| (u)Primis Bank | (u)Maurice VerStandig | End of Label Matrix<br>Mailable recipients   116<br>Bypassed recipients    11<br>Total                 127 |