Alan V. Klein, Esq.  
alan.klein@offitkurman.com  
Attorney I.D. No. 57104  
OFFIT KURMAN, P.A.  
401 PLYMOUTH ROAD, SUITE 100  
PLYMOUTH MEETING, PENNSYLVANIA 19462  
(267) 338-1300

Parcel ID: 68-045-050  
UPI: 68-045-050-000-0000

IN THE COURT OF COMMON PLEAS OF  
DAUPHIN COUNTY, PENNSYLVANIA  
12th JUDICIAL DISTRICT

| | |
|---|---|
| **12th JUDICIAL DISTRICT**<br>**BALA JAIN, LLC,**<br>**6007 Marilyn Drive**<br>**Alexandria, Virginia 22310,**<br><br>    **Plaintiff,**<br><br>v.<br>**EAGLE PROPERTIES AND INVESTMENTS**<br>**LLC, ET AL.,**<br><br><br>    **Defendants.** | **IN THE CIRCUIT COURT**<br>**OF FAIRFAX COUNTY**<br>**VIRGINIA**<br>**No. [CL-2022-0009687]** |

**PRAECIPE TO INDEX ACTION AS LIS PENDENS**

TO THE PROTHONOTARY:

You are hereby notified that on the 18th day of July, 2022, suit was instituted by the undersigned and on November 22, 2022 an amended complaint was filed, in the above captioned and styled cause in the Circuit Court of Fairfax County, Virginia, and that the following are all the names of the parties to said suit:

| Name of Plaintiff | Name of Defendant | Kind of Suit |
|---|---|---|
| Bala Jain, LLC<br>6007 Marilyn Drive<br>Alexandria, Virginia 22310 | **EAGLE PROPERTIES**<br>**AND INVESTMENTS LLC**<br>445 Windover Avenue<br>Vienna, Virginia 22180<br>Serve: J. Chapman Petersen, Esq.<br>Chap Petersen & Associates, PLC<br>3970 Chain Bridge Road<br>Fairfax, Virginia 22030<br>*Counsel for Eagle Properties and Investments, LLC,*<br>*Monika Jain and Amit Jain* | The lawsuit alleges that one or more of the Defendants used money it borrowed from Bala Jain, LLC to acquire, improve, and/or develop the subject Property.<br>The lawsuit alleges that the Defendants engaged |

| | | |
|---|---|---|
| | **MONIKA JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180<br>Serve: J. Chapman Petersen, Esq.<br>Chap Petersen & Associates, PLC<br>3970 Chain Bridge Road<br>Fairfax, Virginia 22030<br>*Counsel for Eagle Properties and Investments, LLC, Monika Jain and Amit Jain* | in fraud, conspiracy to commit fraud, breach of contract, and seeks a declaratory judgment and injunctive relief establishing a constructive trust against this Property and such other relief as may be necessary to protect and prepare Bala Jain, LLC's interest in the Property. |
| | **AMIT JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180<br>Serve: J. Chapman Petersen, Esq.<br>Chap Petersen & Associates, PLC<br>3970 Chain Bridge Road<br>Fairfax, Virginia 22030<br>*Counsel for Eagle Properties and Investments, LLC, Monika Jain and Amit Jain* | |
| | **FIRST CLASS TITLE, INC.**<br>1803 Research Blvd, Suite 512<br>Rockville, Maryland 20850<br>Serve: Jessica Summers, Esq.<br>The Law Firm of Paley Rothman<br>4800 Hampden Lane, 6th Floor<br>Bethesda, MD 20814<br>jsummers@paleyrothman.com<br>*Counsel for First Class Title, Inc. and Daniel Kotz, Esq.* | |
| | **Daniel Kotz, Esq.**<br>1803 Research Blvd #512<br>Rockville, MD 20850<br>Serve: Jessica Summers, Esq.<br>The Law Firm of Paley Rothman<br>4800 Hampden Lane, 6th Floor<br>Bethesda, MD 20814<br>jsummers@paleyrothman.com<br>*Counsel for First Class Title, Inc. and Daniel Kotz, Esq.* | |
| | **ARPAAGRO GENERAL TRADING, LLC**<br>2567 Chain Bridge Rd Unit 2E<br>Vienna, VA 22182 | |
| | **EAGLE PROPERTIES, LLC**<br>445 Windover Ave.<br>Vienna, VA 22180 | |
| | **EAGLE INVESTMENTS, LLC**<br>445 Windover Ave.<br>Vienna, VA 22180 | |
| | **TRUE PROPERTIES, LLC**<br>2567 Chain Bridge Road, Unite 2E<br>Vienna, Virginia 22182 | |

|  | TRUE PROPERTIES, LL<br>2567 Chain Bridge Road, Unite 2E<br>Vienna, Virginia 22182, |  |
|---|---|---|
|  | **Sell USA LLC**<br>445 Windover Ave.<br>Vienna, VA 22180 |  |
|  | **495 REAL ESTATE, LLC**<br>**2567 Chain Bridge Road, Unite 2E**<br>**Vienna, Virginia 22182**<br>2567 Chain Bridge Road, Unite 2E<br>Vienna, Virginia 22182, |  |
|  | **SHEHLA JARRAL**<br>514 Bond Avenue<br>Reisterstown, Maryland 21136 |  |
|  | **MUHAMMAD JARRAL**<br>514 Bond Avenue<br>Reisterstown, Maryland 21136 |  |
|  | **SPSVA, LLC**<br>c/O: Satpal Singh, registered agent<br>10313 Henderson Road<br>Fairfax Station, Virginia 22039 |  |
|  | **DOLBI USA, LLC**<br>c/o: Shaikh R. Rahim, Managing Member<br>13306 Smoketown Road<br>Woodbridge, Virginia 22192 |  |
|  | **SHAIKH M. RAHIM**<br>145 W Ostend Street, Suite 600<br>Baltimore, Maryland 21230 |  |
|  | **MOHEED RAHIM**<br>145 W Ostend Street, Suite 600<br>Baltimore, Maryland 21230 |  |
|  | **JACQUELINE ALEXANDER**<br>1009 Sweetgrass Circle<br>La Plata, Maryland 20646 |  |
|  | **CAPITAL ONE, NATIONAL ASSOCIATION**<br>1680 Capital One Dr.<br>Mc Lean, VA, 22102 |  |
|  | **FULTON FINANCIAL CORPORATION**<br>1 Penn Sq, PO Box 4887<br>Lancaster, PA, 17602 |  |
|  | **MAIN STREET BANK**<br>c/o: Kagan, Stern, Marinello and Beard,<br>PLLC, registered agent<br>10089 Fairfax Boulevard<br>Fairfax, Virginia 22030 |  |
|  | **BANK OF CLARKE COUNTY**<br>c/o: Kathleen J. Chappell, registered agent<br>2 East Main Street<br>Berryville, Virginia 22611 |  |
|  | **NAVY FEDERAL FINANCIAL GROUP, LLC**<br>1007 Electric Ave,<br>Vienna, VA, 22180 |  |

|  | SAPTAL SINGH,<br>10313 Henderson Road<br>Fairfax Station, Virginia 22039 |  |
|---|---|---|
|  | ATLANTIC UNION BANK<br>f./k/a UNION BANK & TRUST<br>c/o: RACHAEL LAPE, registered agent<br>Union Bankshares Corporation<br>1051 E. Cary Street, Suite 1200<br>Richmond, Virginia, 23219 |  |
|  | PNC BANK, N.A.<br>249 Fifth Avenue<br>Pittsburgh, Pennsylvania 15222 |  |
|  | PRIMIS BANK D/B/A/ SONA BANK<br>10900 Nuckols Road, Suite 325<br>Glen Allen, Virginia 23060 |  |

Please index this action filed in the Virginia state courts as a *lis pendens* against the property located at 6958 New Oxford Rd, Harrisburg, PA 17112. Parcel ID 68-045-050 UPI: 68-045-050-000-0000, more particularly described as:

ALL THAT CERTAIN PIECE OR PARCEL OF GROUND SITUATE IN WEST HANOVER TOWNSHIP, DAUPHIN COUNTY, PENNSYLVANIA, MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS: BEGINNING AT A POINT ON THE SOUTH SIDE OF NEW OXFORD ROAD AT THE DIVISION LINE BETWEEN LOTS #37 AND #38, SAID POINT BEING 588.01 FEET WEST OF THE INTERSECTION OF NEW OXFORD AND REGENT ROADS; THENCE ALONG LOT #38 S 23 DEGREES 08' E 100.0 FEET TO A POINT AT RECREATION LAND; THENCE ALONG RECREATION LANDS 57 DEGREES 46' 40" W 71.09 FEET TO A POINT AT LOT #36; THENCE ALONG LOT #36 N 30 DEGREES 14' 50" W 111.12 FEET TO A POINT ON THE SOUTH SIDE OF NEW OXFORD ROAD; THENCE ALONG THE SOUTH SIDE OF NEW OXFORD ROAD BY A CURVE TO THE RIGHT HAVING A RADIUS OF 125.0 FEET, AN ARC LENGTH OF 15.52 FEET; THENCE ALONG SAME N 66 DEGREES 52' E 68.47 FEET TO A POINT, THE PLACE OF BEGINNING. CONTAINING 8,180 SQUARE FEET. BEING LOT #37, PHASE II, WESTFORD CROSSING, RECORDED IN PLAN BOOK "W", VOLUME 3, PAGE 100. SAID PROPERTY BEING KNOWN FOR PURPOSES OF ASSESSMENT AND TAXATION PURPOSES AS PROPERTY IDENTIFICATION NO. 68-045-050-000-0000.

Being the same property acquired by deed at Liber/Book 1280, Folio/Page 275 dated 6/1/1989, and recorded 6/2/1989 from MICHAEL E. TULLI AND ROBERT E. HALL, TRADING AND DOING BUSINESS AS TULLI-HALL, A PARTNERSHIP to JOHN E. LUCAS AND SHARON A. LUCAS, HIS WIFE.

Parcel Identification Number: 68-045-050

I certify that this action involves title to real estate and seeks relief in the form of imposition of a constructive trust based on Eagle Properties and Investments, LLC's ("Eagle") use of loan proceeds it obtained from Bala Jain, LLC for the purchase, improvement and development of the real estate at issue. Bala Jain, LLC has filed a lawsuit against Eagle, Amit Jain, Monika Jain, First Class Title, and Daniel Kotz. The lawsuit alleges, *inter alia*, that: Amit Jain, Monika Jain, First Class title and Daniel Kotz committed fraud and conspiracy to commit fraud in order to deceive Bala Jain, LLC to lend Eagle $7.5 million in loans to purchase, improve, and develop

4

various real properties, including the real estate at issue (Counts I and II), and that Bala Jain is entitled to declaratory judgment that Eagle's failure to repay the loans combined with the other defendants to fraud entitles Bala Jain to seek imposition of a constructive trust on the real estate at issue (Count III).

Plaintiff is seeking a Constructive Trust on the property referenced herein.

Dated: December 12, 2022

Respectfully submitted,

_____
Alan V. Klein, Esq.
alan.klein@offitkurman.com
Attorney for Plaintiff
OFFIT KURMAN, P.A.
401 PLYMOUTH ROAD, SUITE 100
PLYMOUTH MEETING, PENNSYLVANIA 19462
(267) 338-1300

5

## VERIFICATION

I, SHAIL BUTANI, verify that I am Managing Member of Bala Jain, LLC, a Virginia LLC, and I am authorized to make this verification on its behalf. The allegations in the foregoing praecipe to index an action as *lis pendens* are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

Bala Jain, LLC, a Virginia LLC,

By: *[signature]*

SHAIL BUTANI
Its: Managing Member

6

Alan V. Klein, Esq.
alan.klein@offitkurman.com
Attorney I.D. No. 57104
OFFIT KURMAN, P.A.
401 PLYMOUTH ROAD, SUITE 100
PLYMOUTH MEETING, PENNSYLVANIA 19462
(267) 338-1300

IN THE COURT OF COMMON PLEAS OF

DAUPHIN COUNTY, PENNSYLVANIA

12th JUDICIAL DISTRICT

Court Term: JULY, 2022

| | | |
|---|---|---|
| **BALA JAIN, LLC,** | ) | |
| | ) | IN THE CIRCUIT COURT |
| Plaintiff[s], | ) | OF FAIRFAX COUNTY VIRGINIA |
| | ) | No. [CL-2022-0009687] |
| v. | ) | |
| | ) | |
| **EAGLE PROPERTIES AND** | ) | |
| **INVESTMENTS LLC, ET AL.,** | ) | |
| | ) | |
| | ) | |
| Defendant[s]. | ) | |

**CERTIFICATION OF COMPLIANCE WITH**
**CASE RECORDS PUBLIC ACCESS POLICY**

I certify that this filing, which includes a Praecipe to Index as Lis Pendens, complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

12/12/2022            Alan V. Klein

4856-2225-5411, v. 3

7

**James M. Zugay, Esq.**
Recorder of Deeds
(717) 780-6560

**Candace E. Meck**
*First Deputy*



## Recorder of Deeds

Harrisburg, Pennsylvania

### CERTIFIED END PAGE

*Location:*
Dauphin County Courthouse
Room 102
Front & Market Streets
Harrisburg, PA 17101

```
INSTRUMENT #: 20220035869
RECORD DATE: 12/14/2022 9:05:33 AM
RECORDED BY: CMECK
DOC TYPE: LIS PEND
AGENT: SIMPLIFILE
DIRECT NAME: BALA JAIN, LLC
INDIRECT NAME: EAGLE PROPERTIES & INVESTMENTS LLC


RECORDING FEES - State: $0.50
RECORDING FEES - County: $13.00
ACT 8 OF 1998: $5.00
ADDITIONAL NAME FEE: $6.00
TOTAL NAMES: $10.50
```

```
UPICount:  1
UPIFee:    20
UPIList:   68-045-050-000-0000
```

I Certify This Document To Be Recorded
In Dauphin County, Pennsylvania.



James M. Zugay, *Recorder of Deeds*

### THIS IS A CERTIFICATION PAGE

# PLEASE DO NOT DETACH

THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT