**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: | ) |
| | ) |
| EAGLE PROPERTIES AND | ) Bankruptcy Case |
| INVESTMENTS, LLC, | ) No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |
| _____ | ) |

**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SALE OF**
**6958 NEW OXFORD ROAD, HARRISBURG, PA FREE AND CLEAR OF LIENS,**
**CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(f)**
**AND NOTICE OF HEARING THEREON**

PLEASE TAKE NOTICE that H. Jason Gold, the Chapter 7 Trustee ("Trustee"), by

counsel, has filed with the clerk of the United States Bankruptcy Court a motion for entry of an

order approving the sale of the property commonly known as 6958 New Oxford Road, Harrisburg,

PA ("Motion").

> **UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN
> RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING
> MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND
> SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE
> SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY
> OPPOSITION WAIVED AND TREAT THE MOTION AS CONCEDED.**
>
> **A HEARING TO CONSIDER THE RELIEF REQUESTED IN THIS
> MOTION IS SCHEDULED FOR AUGUST 27, 2024 AT 11:00 A.M. IN
> COURTROOM III OF THE UNITED STATES BANKRUPTCY COURT,
> 200 SOUTH WASHINGTON STREET, ALEXANDRIA, VIRGINA 22314.**

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*

If you or your attorney do not take these steps, the Court may decide that you do not

oppose the relief sought in the Motion and may enter an order granting that relief.

Respectfully submitted,

H. Jason Gold, TRUSTEE

By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email:  dylan.trache@nelsonmullins.com


By:      /s/ Dylan G. Trache
         Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter7 Trustee*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of August, 2024, the foregoing Motion was served via U.S. mail upon the creditors and parties in interest on the attached service list.[1]


/s/ Dylan G. Trache
Dylan G. Trache

---

[1] Pursuant to Local Rule 5005-1(C)(8), the attached service list is not being served on each of the parties, but is attached to the original Certificate of Service filed with the Court.

4891-5643-5156