IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EAGLE PROPERTIES AND INVESTMENTS, LLC | ) ) | CASE NO. 23-10566-KHK |
| | ) ) | CHAPTER 7 |
| Debtor. | ) | |

**AMENDED DECLARATION OF REAL ESTATE AGENT and ASSET MANAGER**

I, Stephen Karbelk, amend my Declaration (Doc 375) as follows:

CENTURY 21 Commercial New Millennium, the RealMarkets team, and I have been engaged as Realtor and Business Broker to a Debtor In Possession in the case identified as *In Re BriteWash Auto Wash I, LLC, Case No. 24-11096-KHK*. The Debtor's counsel is Christopher L. Rogan, Esq. Mr. Rogan represents Bala Jain, a creditor in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Stephen Karbelk
Licensed Real Estate Agent

Date: 7/30/24

1