IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy Case |
| Eagle Properties and Investments LLC | ) No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |

**ORDER GRANTING MOTION TO AUTHORIZE PAYMENT OF
DEPOSIT FUNDS TO GUS GOLDSMITH PURSUANT TO 11 U.S.C. § 363**

UPON CONSIDERATION of the Trustee's motion pursuant to 11 U.S.C. § 363 to authorize the payment of $10,000 in deposit funds to Gus Goldsmith (the "Motion") (Doc. No. 515) and it appearing to the Court that the relief requested in the Motion is within the reasonable exercise of the Trustee's business judgment and in the best interests of the estate and creditors; it is hereby

ORDERED:

1. The Motion is GRANTED;

2. The Trustee is authorized and directed to pay Gus Goldsmith the sum of $10,000.00 to be applied against his secured claim in the case.

Dated: Aug 2 2024

/s/ Brian F Kenney
United States Bankruptcy Judge

Entered On Docket: August 2, 2024

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
202.689.2800


By: /s/ Dylan G. Trache
Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

1

SEEN AND AGREED:

MCNAMEE, HOSEA, P.A
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone No.: (301) 441-2420
E-mail: jfasano@mhlawyers.com

BY:  /s/ Justin P. Fasano (by DGT with authority)
     Justin P. Fasano (Bar No. 75983)

*Attorneys for Gus Goldsmith*


**CERTIFICATION PURSUANT TO LOCAL RULE 9022-1**

I HEREBY CERTIFY that all necessary parties have been served with or endorsed the above-referenced order.

 /s/ Dylan G. Trache
Dylan G. Trache

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael Freeman
OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Justin Fasano
MCNAMEE, HOSEA, P.A
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770