Maurice B. VerStandig, Esq.
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
*Former Chief Restructuring Officer*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-10566-KHK |
| | ) | (Chapter 7) |
| EAGLE PROPERTIES AND INVESTMENTS LLC | ) ) ) | |
| Debtor. | ) ) | |

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR
PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF
MAURICE B. VERSTANDIG AND REQUEST TO DIRECT DISBURSEMENT OF
UNUSED PORTION OF RETAINER AND HEARING THEREUPON**

Upon consideration of the First and Final Application for Payment of Fees and Reimbursement of Expenses of Maurice B. VerStandig and Request to Direct Disbursement of Unused Portion of Retainer (the "Application") filed by Maurice B. VerStandig (the "Applicant"), the lack of objection thereto, governing law, and the record herein, it is, by the United States Bankruptcy Court for the Eastern District of Virginia, hereby:

ORDERED, that the Application be, and hereby is, GRANTED subject to the modified terms set forth herein; and it is further

ORDERED, that expenses incurred by the Applicant are APPROVED for reimbursement in the sum of $131.00; and it is further

ORDERED, that fees charged by the Applicant are APPROVED in the reduced sum of $20,741.60, with the reduced sum being the byproduct of a voluntary reduction offered by the Applicant following discussions with the Office of the Untied States Trustee; and it is further

ORDERED, that the Applicant is permitted to take, from funds being held by the Applicant, in trust, the sum of $20,872.60, as and for approved fees and expenses; and it is further

ORDERED, that the Applicant shall, within five (5) business days of the docketing of this order, cause to be conveyed to H. Jason Gold, the Chapter 7 trustee herein, the residue of any funds the Applicant is holding in trust in connection with the Applicant's services in this case, as such funds are FOUND to be an asset of Eagle Properties and Investments LLC (the "Debtor"); and it is further

ORDERED, that the Applicant be, and hereby is, RELIEVED of any further obligations as chief restructuring officer of the Debtor.

Date: Aug 1 2024

/s/ Brian F Kenney
Hon. Brian F. Kenney
United States Bankruptcy Judge

Entered On Docket: August 2, 2024

**I ask for this:**

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com

**Seen:**

/s/ Michael Freeman (signed w/ express permission)
Michael Freeman, Esq.
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
Michael.T.Freeman@usdoj.gov
*Assistant United States Trustee*

/s/ Dyland G. Trache (signed w/ express permission)
Dylan G. Trache, Esq.
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, Suite 900
Washington, DC 20001
dylan.trache@nelsonmullins.com
*Counsel to the Chapter 7 Trustee*

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

I HEREBY CERTIFY that this proposed order has been signed by all necessary parties through their respective counsel.

/s/ Maurice B. VerStandig
Maurice B. VerStandig