**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case |
| EAGLE PROPERTIES AND | ) | No. 23-10566-KHK |
| INVESTMENTS LLC | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |

**TRUSTEE'S REPORT OF SALE**

Pursuant to Fed. R. Bankr. P. 6004(f) and Local Bankruptcy Rule 6004-2(D), H. Jason Gold, the Chapter 7 Trustee ("Trustee") for the above-captioned Debtor, files this Report of Sale (including attached Settlement Statement). On July 15, 2024, this Court entered an order approving the Motion to Approve Sale of Property Free and Clear of Liens, being real property at 2565 and 2567 Chain Bridge Road, Vienna VA ("Property") as a single transaction (See ECF 540).

| | |
|---|---|
| Settlement (or Closing) Date: | 7/30/2024 |
| Property Sold: | 2565 and 2567 Chain Bridge Rd, Vienna VA |
| Purchasers: | BEKK Holdings LLC and Pure Wellness Lifestyle LLC |
| Purchase Price: | $830,000.00 |
| Exemptions paid to Debtor: | $0.00 |
| Net Proceeds to Estate: | **$66,400.00** |

Dated: 8/7/2024

Respectfully submitted,

*/s/ H. Jason Gold*
H. JASON GOLD, CH. 7 TRUSTEE

H. Jason Gold, Va. Bar No. 19117
PO Box 57359
Washington DC 20037
*Chapter 7 Trustee*

OMB Approval No 2502-0265

# A. Settlement Statement (HUD-1)

## B. Type of Loan

| 1. ☐ FHA 2. ☐ RHS 3. ☐ Conv. Unins. 4. ☐ VA 5. ☐ Conv Ins. | 6. File No. 2024-050704(A) | 7. Loan No. | 8. Mortgage Insurance Case No. |
|---|---|---|---|

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| BEKK Holdings LLC<br>301 Maple Avenue West<br>Suite 515<br>Vienna, VA 22180 | H. Jason Gold, Chapter 7 Bankruptcy Trustee of The Bankruptcy Estate of Eagle Properties and Investments LLC, Case No. 23-10566-KHK<br>P.O. Box 57359<br>Washington, DC 20037 | United Bank<br>110 University Blvd<br>Harrisonburg, VA 22801 |
| G. Property Location:<br>2565 Chain Bridge Road<br>Unit 2F<br>Vienna, VA 22181 | H. Settlement Agent:<br>RL Title and Escrow, Inc.<br>Place of Settlement:<br>8229 Boone Boulevard Suite 610 Vienna, VA 22182 | I. Settlement Date:<br>07/30/2024<br>Funding Date:<br>07/30/2024<br>Disbursement Date:<br>07/30/2024 |

## J. Summary of Borrower's Transaction

| 100. Gross Amount Due from Borrower | |
|---|---|
| 101. Contract sales price | $390,588.24 |
| 102. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $11,926.85 |
| 104. | |
| 105. | |
| **Adjustment for items paid by seller in advance** | |
| 106. City/Town Taxes | |
| 107. County Taxes | |
| 108. Assessments | |
| 109. Condo Dues 07/30/2024 to 07/31/2024 | $17.83 |
| 110. | |
| 111. | |
| 112. | |
| **120. Gross Amount Due from Borrower** | $402,532.92 |
| **200. Amount Paid by or in Behalf of Borrower** | |
| 201. Deposit | $20,000.00 |
| 202. Principal amount of new loan(s) | $254,250.00 |
| 203. Existing loan(s) taken subject to | |
| 204. Principal amount of new loan (2) | $203,400.00 |
| 205. | |
| 206. | |
| 207. | |
| 208. Seller Closing Cost Credit to Buyer | $500.00 |
| 209. | |
| **Adjustments for items unpaid by seller** | |
| 210. City/Town Taxes | |
| 211. County Taxes 07/01/2024 to 07/30/2024 | $456.11 |
| 212. Assessments | |
| 213. | |
| 214. | |
| 215. | |
| 216. | |
| 217. | |
| 218. | |
| 219. | |
| **220. Total Paid by/for Borrower** | $478,606.11 |
| **300. Cash at Settlement from/to Borrower** | |
| 301. Gross amount due from borrower (line 120) | $402,532.92 |
| 302. Less amounts paid by/for borrower (line 220) | $478,606.11 |
| 303. Cash ☐ From ☒ To Borrower | $76,073.19 |

## K. Summary of Seller's Transaction

| 400. Gross Amount Due to Seller | |
|---|---|
| 401. Contract sales price | $390,588.24 |
| 402. Personal property | |
| 403. | |
| 404. | |
| 405. | |
| **Adjustment for items paid by seller in advance** | |
| 406. City/Town Taxes | |
| 407. County Taxes | |
| 408. Assessments | |
| 409. Condo Dues 07/30/2024 to 07/31/2024 | $17.83 |
| 410. | |
| 411. | |
| 412. | |
| **420. Gross Amount Due to Seller** | $390,606.07 |
| **500. Reductions in Amount Due to Seller** | |
| 501. Excess deposit (see instructions) | |
| 502. Settlement charges to seller (line 1400) | $98,494.46 |
| 503. Existing loan(s) taken subject to | |
| 504. Payoff to LinkBank | $291,155.50 |
| 505. Payoff of Second Mortgage | |
| 506. | |
| 507. | |
| 508. Seller Closing Cost Credit to Buyer | $500.00 |
| 509. | |
| **Adjustments for items unpaid by seller** | |
| 510. City/Town Taxes | |
| 511. County Taxes 07/01/2024 to 07/30/2024 | $456.11 |
| 512. Assessments | |
| 513. | |
| 514. | |
| 515. | |
| 516. | |
| 517. | |
| 518. | |
| 519. | |
| **520. Total Reduction Amount Due Seller** | $390,606.07 |
| **600. Cash at Settlement to/from Seller** | |
| 601. Gross amount due to seller (line 420) | $390,606.07 |
| 602. Less reductions in amounts due seller (line 520) | $390,606.07 |
| 603. Cash ☒ To ☐ From Seller | |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

## L. Settlement Charges

| 700. Total Real Estate Broker Fees | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| Division of commission (line 700) as follows : | | | |
| 701. $11,717.65 to Century 21 Commercial New Millennium | | | |
| 702. $11,717.65 to Verity Commercial, LLC | | | |
| 703. Commission paid at settlement | | | $23,435.30 |
| 704. | | | |
| **800. Items Payable in Connection with Loan** | | | |
| 801. Our origination charge | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | (from GFE #2) | | |
| 803. Your adjusted origination charges | (from GFE #A) | | |
| 804. Appraisal fee | (from GFE #3) | | |
| 805. Credit report | (from GFE #3) | | |
| 806. Tax service | (from GFE #3) | | |
| 807. Flood certification | (from GFE #3) | | |
| 808. Loan Documentation Fee | | $350.00 | |
| 809. Environmental Fee | | $201.00 | |
| 810. Paynet Score Fee | | $39.58 | |
| 811. Note 97987 Loan Origination Fee | | $1,017.00 | |
| 812. Note 97996 Loan Origination Fee | | $3,368.75 | |
| **900. Items Required by Lender to be Paid in Advance** | | | |
| 901. Daily interest charges from 07/30/2024 to 08/01/2024 | (from GFE #10) | | |
| 902. Mortgage insurance premium | (from GFE #3) | | |
| 903. Homeowner's insurance | (from GFE #11) | | |
| 904. | | | |
| **1000. Reserves Deposited with Lender** | | | |
| 1001. Initial deposit for your escrow account | (from GFE #9) | | |
| 1002. Homeowner's insurance | | | |
| 1003. Mortgage insurance | | | |
| 1004. Property taxes | | | |
| 1005. | | | |
| 1006. | | | |
| 1007. Aggregate Adjustment $0.00 | | | |
| **1100. Title Charges** | | | |
| 1101. Title services and lender's title insurance | (from GFE #4) | $1,355.30 | |
| 1102. Settlement or closing fee to RL Title and Escrow, Inc. | | | |
| 1103. Owner's title insurance to Fidelity National Title Insurance Company | (from GFE #5) | $610.55 | |
| 1104. Lender's title insurance to Fidelity National Title Insurance Company $1,355.30 | | | |
| 1105. Lender's title policy limit $254,250.00 | | | |
| 1106. Owner's title policy limit $390,588.24 | | | |
| 1107. Agent's portion of the total title insurance premium to RL Title and Escrow, Inc. $0.00 | | | |
| 1108. Underwriter's portion of the total title insurance premium to Fidelity National Title Insurance Company $0.00 | | | |
| 1109. Settlement and Closing Fee to RL Title and Escrow, Inc. | | $500.00 | $150.00 |
| 1110. Title Binder and Policy to RL Title and Escrow, Inc. | | $225.00 | |
| 1111. Title Search to Round Table Title, Inc. | | $175.00 | |
| 1112. Attorney Title Examination Fee to RL Title and Escrow, Inc. | | $150.00 | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Government recording charges | (from GFE #7) | $167.00 | |
| 1202. Deed $47.00 Mortgage $60.00 Release $ to Fairfax County Recording Office | | | |
| 1203. Transfer taxes | (from GFE #8) | $3,020.67 | |
| 1204. City/County tax/stamps Deed $373.75 Mortgage $381.42 to Fairfax County Recording Office | | | |
| 1205. State tax/stamps Deed $1,121.25 Mortgage $1,144.25 to Fairfax County Recording Office | | | |
| 1206. Regional WMTA Fee (Deed) to Fairfax County Recording Office | | | $448.50 |
| 1207. Regional Congestion Relief Fee (Deed) to Fairfax County Recording Office | | | $448.50 |
| 1208. County Grantor Tax (Deed) to Fairfax County Recording Office | | | $224.25 |
| 1209. State Grantor Tax (Deed) to Fairfax County Recording Office | | | $224.25 |
| 1210. Recording Fee (Deed of Trust 2) to Fairfax County Recording Office $60.00 | | | |
| 1211. Assignment of Rents (1st and 2nd) to Fairfax County Recording Office | | $62.00 | |
| 1212. | | | |
| **1300. Additional Settlement Charges** | | | |
| 1301. Required services that you can shop for | (from GFE #6) | | |
| 1302. 1st half 2024 RE Taxes to Fairfax County Department of Tax Administration | | | $3,308.85 |
| 1303. Bankruptcy Estate Payment (5%) to H. Jason Gold, Trustee | | | $19,529.41 |
| 1304. 326(a) Trustee Commission (3%) to H. Jason Gold, Trustee | | | $11,717.65 |
| 1305. Delinquent Condo Dues 2565 (F) Chain Bridge Rd. to Vienna Oaks Office Center Condominium | | | $14,213.00 |
| 1306. 2023 Delinquent Real Estate Taxes 2565 (F) Chain Bridge Rd. to Fairfax County Department of Tax Administration | | | $8,736.86 |
| 1307. Condo Transfer Fee 2565 (F) Chain Bridge Rd. to Trimark Corporation | | $150.00 | |
| 1308. Expense reimbursement to RealMarkets | | | $500.00 |
| 1309. August Condo Dues 2565 (F) Chain Bridge Rd. to Vienna Oaks Office Center Condominium | | $535.00 | |
| 1310. Condo Resale Package to Trimark Corporation | | | $62.50 |
| 1311. 2021-2022 Delinquent Real Estate Taxes 2565 (F) Chain Bridge Rd. to Fairfax County Department of Tax Administration | | | $14,900.39 |
| 1312. July Condo Dues Unit 2565 (F) to Vienna Oaks Office Center Condominium | | | $595.00 |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | **$11,926.85** | **$98,494.46** |

See signature addendum

## Signature Addendum

BEKK Holdings LLC, a Virginia Limited Liability Company

By:

Brandon R. Lemuel, Manager Date

By:

Eros Negrin Lemuel, Managing Member Date

The Bankruptcy Estate of Eagle Properties and Investments LLC, Case No. 23-10566-KHK

By: H. Jason Gold, Trustee DIGITALLY SIGNED 07/30/2024 09:49 AM EDT

H. Jason Gold, Chapter 7 Bankruptcy Trustee Date

The HUD-1 settlement statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement

Settlement Agent 7/30/24 Date

## Signature Addendum

BEKK Holdings LLC, a Virginia Limited Liability Company

By: 7/30/24 Date
Brandon R. Lemuel, Manager

By: 7/30/24 Date
Eros Negrin Lemuel, Managing Member

The Bankruptcy Estate of Eagle Properties and Investments LLC, Case No. 23-10566-KHK

By:
H. Jason Gold, Chapter 7 Bankruptcy Trustee Date

The HUD-1 settlement statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement

Settlement Agent 7/30/24 Date

OMB Approval No 2502-0265

# A. Settlement Statement (HUD-1)

## B. Type of Loan

| | | |
|---|---|---|
| 1. ☐ FHA 2. ☐ RHS 3. ☐ Conv. Unins. 4. ☐ VA 5. ☐ Conv Ins. | 6. File No. 2024-050704(B) | 7. Loan No. | 8. Mortgage Insurance Case No. |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| Pure Wellness Lifestyle, LLC<br>301 Maple Avenue West<br>Suite 515<br>Vienna, VA 22180 | H. Jason Gold, Chapter 7 Bankruptcy Trustee of The Bankruptcy Estate of Eagle Properties and Investments LLC, Case No. 23-10566-KHK<br>P.O. Box 57359<br>Washington, DC 20037 | United Bank<br>110 University Blvd<br>Harrisonburg, VA 22801 |
| G. Property Location:<br>2567 Chain Bridge Road<br>Unit 2E<br>Vienna, VA 22181 | H. Settlement Agent:<br>RL Title and Escrow, Inc.<br>Place of Settlement:<br>8229 Boone Boulevard Suite 610 Vienna, VA 22182 | I. Settlement Date:<br>07/30/2024<br>Funding Date:<br>07/30/2024<br>Disbursement Date:<br>07/30/2024 |

## J. Summary of Borrower's Transaction

| **100. Gross Amount Due from Borrower** | |
|---|---|
| 101. Contract sales price | $439,411.76 |
| 102. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $16,701.33 |
| 104. | |
| 105. | |
| **Adjustment for items paid by seller in advance** | |
| 106. City/Town Taxes | |
| 107. County Taxes | |
| 108. Assessments | |
| 109. Condo Dues 07/30/2024 to 07/31/2024 | $17.83 |
| 110. | |
| 111. | |
| 112. | |
| **120. Gross Amount Due from Borrower** | **$456,130.92** |
| **200. Amount Paid by or in Behalf of Borrower** | |
| 201. Deposit | $20,000.00 |
| 202. Principal amount of new loan(s) | $329,500.00 |
| 203. Existing loan(s) taken subject to | |
| 204. | |
| 205. | |
| 206. | |
| 207. | |
| 208. Seller Closing Cost Credit to Buyer | $500.00 |
| 209. | |
| **Adjustments for items unpaid by seller** | |
| 210. City/Town Taxes | |
| 211. County Taxes 07/01/2024 to 07/30/2024 | $456.11 |
| 212. Assessments | |
| 213. | |
| 214. | |
| 215. | |
| 216. | |
| 217. | |
| 218. | |
| 219. | |
| **220. Total Paid by/for Borrower** | **$350,456.11** |
| **300. Cash at Settlement from/to Borrower** | |
| 301. Gross amount due from borrower (line 120) | $456,130.92 |
| 302. Less amounts paid by/for borrower (line 220) | $350,456.11 |
| 303. Cash ☒ From ☐ To Borrower | $105,674.81 |

## K. Summary of Seller's Transaction

| **400. Gross Amount Due to Seller** | |
|---|---|
| 401. Contract sales price | $439,411.76 |
| 402. Personal property | |
| 403. | |
| 404. | |
| 405. | |
| **Adjustment for items paid by seller in advance** | |
| 406. City/Town Taxes | |
| 407. County Taxes | |
| 408. Assessments | |
| 409. Condo Dues 07/30/2024 to 07/31/2024 | $17.83 |
| 410. | |
| 411. | |
| 412. | |
| **420. Gross Amount Due to Seller** | **$439,429.59** |
| **500. Reductions in Amount Due to Seller** | |
| 501. Excess deposit (see instructions) | |
| 502. Settlement charges to seller (line 1400) | $105,329.97 |
| 503. Existing loan(s) taken subject to | |
| 504. Payoff to LinkBank | $333,143.51 |
| 505. Payoff of Second Mortgage | |
| 506. | |
| 507. | |
| 508. Seller Closing Cost Credit to Buyer | $500.00 |
| 509. | |
| **Adjustments for items unpaid by seller** | |
| 510. City/Town Taxes | |
| 511. County Taxes 07/01/2024 to 07/30/2024 | $456.11 |
| 512. Assessments | |
| 513. | |
| 514. | |
| 515. | |
| 516. | |
| 517. | |
| 518. | |
| 519. | |
| **520. Total Reduction Amount Due Seller** | **$439,429.59** |
| **600. Cash at Settlement to/from Seller** | |
| 601. Gross amount due to seller (line 420) | $439,429.59 |
| 602. Less reductions in amounts due seller (line 520) | $439,429.59 |
| 603. Cash ☒ To ☐ From Seller | |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

## L. Settlement Charges

| | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| **700. Total Real Estate Broker Fees** | | | |
| Division of commission (line 700) as follows : | | | |
| 701. $13,182.35 to Century 21 Commercial New Millennium | | | |
| 702. $13,182.35 to Verity Commercial, LLC | | | |
| 703. Commission paid at settlement | | | $26,364.70 |
| 704. | | | |
| **800. Items Payable in Connection with Loan** | | | |
| 801. Our origination charge $1,647.50 | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | (from GFE #2) | | |
| 803. Your adjusted origination charges | (from GFE #A) | $1,647.50 | |
| 804. Appraisal fee | (from GFE #3) | | |
| 805. Credit report | (from GFE #3) | | |
| 806. Tax service | (from GFE #3) | | |
| 807. Flood certification | (from GFE #3) | | |
| 808. Loan Doc Fee | | $750.00 | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| **900. Items Required by Lender to be Paid in Advance** | | | |
| 901. Daily interest charges from 07/30/2024 to 08/01/2024 | (from GFE #10) | | |
| 902. Mortgage insurance premium | (from GFE #3) | | |
| 903. Homeowner's insurance | (from GFE #11) | | |
| 904. | | | |
| **1000. Reserves Deposited with Lender** | | | |
| 1001. Initial deposit for your escrow account | (from GFE #9) | | |
| 1002. Homeowner's insurance | | | |
| 1003. Mortgage insurance | | | |
| 1004. Property taxes | | | |
| 1005. | | | |
| 1006. | | | |
| 1007. Aggregate Adjustment $0.00 | | | |
| **1100. Title Charges** | | | |
| 1101. Title services and lender's title insurance | (from GFE #4) | $990.50 | |
| 1102. Settlement or closing fee to RL Title and Escrow, Inc. | | | |
| 1103. Owner's title insurance to Fidelity National Title Insurance Company | (from GFE #5) | $975.50 | |
| 1104. Lender's title insurance to Fidelity National Title Insurance Company $990.50 | | | |
| 1105. Lender's title policy limit $329,500.00 | | | |
| 1106. Owner's title policy limit $439,411.76 | | | |
| 1107. Agent's portion of the total title insurance premium to RL Title and Escrow, Inc. $0.00 | | | |
| 1108. Underwriter's portion of the total title insurance premium to Fidelity National Title Insurance Company $0.00 | | | |
| 1109. Settlement and Closing Fee to RL Title and Escrow, Inc. | | $500.00 | $150.00 |
| 1110. Title Binder and Policy to RL Title and Escrow, Inc. | | $225.00 | |
| 1111. Title Search to Round Table Title, Inc. | | $175.00 | |
| 1112. Attorney Title Examination Fee to RL Title and Escrow, Inc. | | $150.00 | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Government recording charges | (from GFE #7) | $107.00 | |
| 1202. Deed $47.00 Mortgage $60.00 Release $ to Fairfax County Recording Office | | | |
| 1203. Transfer taxes | (from GFE #8) | $2,593.33 | |
| 1204. City/County tax/stamps Deed $373.75 Mortgage $274.58 to Fairfax County Recording Office | | | |
| 1205. State tax/stamps Deed $1,121.25 Mortgage $823.75 to Fairfax County Recording Office | | | |
| 1206. Regional WMTA Fee (Deed) to Fairfax County Recording Office | | | $448.50 |
| 1207. Regional Congestion Relief Fee (Deed) to Fairfax County Recording Office | | | $448.50 |
| 1208. County Grantor Tax (Deed) to Fairfax County Recording Office | | | $224.25 |
| 1209. State Grantor Tax (Deed) to Fairfax County Recording Office | | | $224.25 |
| 1210. Assignment of Rents to Fairfax County Recording Office | | $31.00 | |
| **1300. Additional Settlement Charges** | | | |
| 1301. Required services that you can shop for | (from GFE #6) | | |
| 1302. 1st half 2024 RE Taxes to Fairfax County Department of Tax Administration | | | $3,308.85 |
| 1303. Bankruptcy Estate Payment (5%) to H. Jason Gold, Trustee | | | $21,970.59 |
| 1304. 326(a) Trustee Commission (3%) to H. Jason Gold, Trustee | | | $13,182.35 |
| 1305. Delinquent Condo Dues 2567 (E) Chain Bridge Rd. to Vienna Oaks Office Center Condominium | | | $14,213.00 |
| 1306. 2023 Delinquent Real Estate Taxes 2567 (E) Chain Bridge Rd. to Fairfax County Department of Tax Administration | | | $8,736.86 |
| 1307. Condo Transfer Fee 2567(E) Chain Bridge Rd. to Trimark Corporation | | $150.00 | |
| 1308. Expense reimbursement to RealMarkets | | | $500.00 |
| 1309. August Condo Dues 2567(E) Chain Bridge Rd. to Vienna Oaks Office Center Condominium | | $535.00 | |
| 1310. Condo Resale Package to Trimark Corporation | | | $62.50 |
| 1311. 2021-2022 Delinquent Real Estate Taxes 2567 (E) Chain Bridge Rd. to Fairfax County Department of Tax Administration | | | $14,900.62 |
| 1312. July Condo Dues Unit 2567 (E) to Vienna Oaks Office Center Condominium | | | $595.00 |
| 1313. Loan Consulting/Placement Fee to Preferred Commercial Group | | $7,871.50 | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | **$16,701.33** | **$105,329.97** |

**See signature addendum**

## Signature Addendum

Pure Wellness Lifestyle, LLC, a Virginia Limited Liability Company

By:
Brandon R. Lemuel, Manager — Date

By:
Egros Negrin Lemuel, Managing Member — Date

The Bankruptcy Estate of Eagle Properties and Investments LLC, Case No. 23-10566-KHK

By: H. Jason Gold, Trustee — 07/30/2024 09:49 AM EDT
H. Jason Gold, Chapter 7 Bankruptcy Trustee — Date

The HUD-1 settlement statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement

Settlement Agent — 7/30/24 Date

## Signature Addendum

Pure Wellness Lifestyle, LLC, a Virginia Limited Liability Company

By: [signature] 7/30/24
Brandon R. Lemuel, Manager Date

By: [signature] 7/30/24
EN Eros Negrin Lemuel, Managing Member Date
EROS

The Bankruptcy Estate of Eagle Properties and Investments LLC, Case No. 23-10566-KHK

By:
H. Jason Gold, Chapter 7 Bankruptcy Trustee Date

The HUD-1 settlement statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement

Settlement Agent [signature] 7/30/24 Date