**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: | ) |
| | ) |
| **EAGLE PROPERTIES AND** | )   **CASE NO.   23-10566-KHK** |
| **INVESTMENTS, LLC** | ) |
| | )   **Chapter 7** |
| Debtor. | ) |

---

### APPLICATION FOR AUTHORITY TO EMPLOY BRIAN PENDERGRAFT AND THE PENDERGRAFT FIRM LLC AS SPECIAL COUNSEL TO THE TRUSTEE

COMES NOW H. Jason Gold, chapter 7 trustee ("Trustee"), and makes this application for authority to employ Brian Pendergraft ("Mr. Pendergraft") and the law firm of The Pendergraft Firm LLC ("TPF") as special counsel to the Trustee, stating to the Court as follows:

**I.      Background.**

1.      On April 6, 2023, Eagle Properties and Investments LLC (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code").

2.      On March 21, 2024, the Order of Conversion of Chapter 11 to Chapter 7 was filed (Docket No. 359).  H. Jason Gold was appointed Chapter 7 Trustee.

3.      The Debtor owns the property commonly identified as 15474 Roxbury Road, Glenwood, MD ("Property") which is currently occupied.

4.      The Trustee requires the experience and assistance of Mr. Pendergraft and TPF to assist with legal evictions, and advice for issues related to the rental license process, landlord/tenant rules and regulations, rent collection and other issues relating to the Property.

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*

5.      The employment of Mr. Pendergraft and TPF as special counsel will be limited to these matters.

6.      There will be no duplication of effort between Nelson Mullins as counsel to the Trustee and Mr. Pendergraft and TPF as special counsel to the Trustee.

**II.      Jurisdiction and Venue.**

7.      This Court has jurisdiction to consider this application pursuant to 28 U.S.C. §§ 157 and 1334.  Consideration of this application is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

**III.      Relief Requested.**

8.      The Trustee requests authority to employ Mr. Pendergraft and TPF as special counsel in the above-captioned case in order assist with legal evictions, and advice for issues related to the rental license process, landlord/tenant rules and regulations, rent collection and other issues relating to the Property.

9.      The Trustee has selected Mr. Pendergraft and TPF as his special counsel because of their general experience in litigation of this kind and familiarity with these issues.  The Trustee believes that Mr. Pendergraft and TPF are well qualified and uniquely able to represent his interests relating to the Property in the most efficient and timely manner.

10.     As set forth in the verified statement of Mr. Pendergraft, attached hereto as **Exhibit A**, neither Mr. Pendergraft nor TPF have any connection with any of the creditors or other parties in interest therein, their respective attorneys or accountants, or the United States Trustee's Office or any employee of the Office of the United States Trustee.

11.     As set forth in the verified statement of Mr. Pendergraft and TPF are disinterested persons within the meaning of 11 U.S.C. § 101(14).

12.     As set forth in the verified statement of Mr. Pendergraft, neither Mr. Pendergraft nor TPF represent any interest adverse to the Debtor's estate in the matters upon which they will be employed as special counsel.

13.     The employment of Mr. Pendergraft and TPF as special counsel is appropriate and necessary to enable the Trustee to execute faithfully his duties as Trustee.  The Trustee proposes that Mr. Pendergraft and TPF be employed as special counsel to take any and all actions that may be necessary to assist with legal evictions, and advice for issues related to the rental license process, landlord/tenant rules and regulations, rent collection and other issues relating to the Properties.

14.     Mr. Pendergraft and TPF will be paid a flat rate for the steps necessary to effect the evictions and an hourly rate for all other advice, as follows, along with other court costs and expenses:

| Part of Case | Attorney's Fees |
|---|---|
| Starting a new failure to pay rent, wrongful detainer, or breach of lease, or holdover action. | $225.00 per filing |
| In Person Failure to Pay Rent Hearings | $375.00 per hearing |
| In Person wrongful detainer, breach of lease, or holdover actions. | $500.00 per hearing. |
| Legal Notices | $75.00 per notice |
| Miscellaneous – Legal services for issues related to the rental license process landlord/tenant rules and regulations, collection issues, special counsel for bankruptcy appearance, and other related issues that may rise during the engagement. | $375.00 per hour |

The Trustee submits that such compensation amount is reasonable and consistent with the market.

15.     Mr. Pendergraft and TPF understand that the payment of their fees and costs shall only be made upon further order of the Court, following a motion by the Trustee in accordance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the local rules of the United States Bankruptcy Court for the Eastern District of Virginia.

WHEREFORE, for the reasons stated above, H. Jason Gold, chapter 7 trustee, respectfully seeks entry of an order by this Court (i) authorizing the Trustee to employ and appoint Brian Pendergraft and The Pendergraft Firm LLC as his special counsel to represent the Trustee in all matters relating to the Property as set forth herein; and (ii) for such further relief as this Court deems just and proper.

Respectfully Submitted,

H. JASON GOLD, TRUSTEE

By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW / Suite 900
Washington, DC  20001
Tel: 202.689.2800
Fax: 202.689.2860
Email:  dylan.trache@nelsonmullins.com

By:     /s/ Dylan G. Trache
        Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of August, 2024, the foregoing Application was served via CM/ECF to the parties registered to receive such notices, including:

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA  22314

/s/ Dylan G. Trache
Dylan G. Trache

4855-1266-1974