IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) |
| EAGLE PROPERTIES AND INVESTMENTS, LLC | ) CASE NO. 23-10566-KHK |
| | ) |
| | ) Chapter 7 |
| Debtor. | ) |

**VERIFIED STATEMENT OF BRIAN PENDERGRAFT
IN SUPPORT OF THE APPLICATION FOR AUTHORITY TO
EMPLOY SPECIAL COUNSEL TO THE TRUSTEE**

The Pendergraft Firm LLC ("TPF"), as the proposed special counsel for H. Jason Gold, the Chapter 7 Trustee, pursuant to Bankruptcy Rule 2014(a), respectfully represents:

1. I am an attorney in The Pendergraft Firm LLC.

2. In order to identify whether TPF has connections or adverse relationships to the bankruptcy estate, the Debtor, the creditors, other parties in interest, or the United States Trustee's Office, TPF searched its client database (the "Conflicts Search").

3. Neither I, TPF, nor any member or associate thereof, insofar as I have been able to ascertain from the Conflicts Search, has any connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except that TPF represents the following parties or affiliates thereof in matters wholly unrelated to the Debtor or the bankruptcy estate: None.

4. In addition, TPF previously represented the following parties or affiliates thereof in matters wholly unrelated to the Debtor or the bankruptcy estate: None.

5. Neither I nor any member or associate of TPF, insofar as I have been able to ascertain from the Conflicts Search, represents any interest adverse to the bankruptcy estate.

I verify under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 7th day of August 2024 at Greenbelt, Maryland.

*Brian Pendergraft*
_____
Brian Pendergraft