UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| EAGLE PROPERTIES & : | |
| INVESTMENT, LLC, : | Case No. 23-10566-KHK |
| : | |
| Debtor : | |

**ORDER APPROVING SECOND INTERIM APPLICATION OF MARTIN LAW GROUP, P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR**

THIS CAUSE came to be heard upon the Attorney's Second Interim Application for Payment of Fees and Costs of Martin Law Group, P.C. ("MLG"), as Counsel to the Debtor-in-Possession, Eagle Properties & Investment, LLC ("Debtor"), and

IT APPEARING TO THE COURT that MLG is requesting approval and payment of its first interim application for compensation for its legal services rendered to the Debtor-in-Possession in this proceeding in the amount of $65,199.50 for the period of November 27, 2023, through January 31, 2024, and reimbursement for out-of-pocket costs and expenses of $683.06 for total fees and costs through said date in the amount of $65,882.56; and

IT FURTHER APPEARING that good cause exists for granting such requests, it is hereby:

ORDERED that fees in the amount of $65,199.50 and expenses in the amount of $683.06, are hereby approved for a total of $65,882.56 and Counsel may apply its remaining retainer in the amount of $37,515.09 with the remaining unpaid amount of $28,367.47 deemed a Chapter 11 administrative expense subject to further order.

Date: _____Aug 7 2024_____, 2024

/s/ Klinette H Kindred
_____
Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: _Aug 7 2024_____

WE ASK FOR THIS:

MARTIN LAW GROUP, P.C.

By: /s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., VSB No. 71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
(703) 834-5550; jeff@martinlawgroupva.com
Counsel for the Debtor

/s/ Michael T. Freeman
Michael T. Freeman
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274
Michael.T.Freeman@usdoj.gov
Assistant United States Trustee

/s/ Dylan Trache
Dylan Trache
Neslon, Mullins, Riley & Scarborough LLP
101 Constitution Avenue, NW, Suite 900
Washington, D.C. 20001
(202) 689.2993
dylan.trache@nelsonmullins.com
Counsel for the Chapter 7 Trustee

CERTIFICATION

This Order was served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr.

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-10566-KHK |
| Eagle Properties and Investments LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: TaiGlennB | Page 1 of 3 |
| Date Rcvd: Aug 07, 2024 | Form ID: pdford9 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Aug 08 2024 00:32:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 09, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2024 at the address(es) listed below:

**Name**          **Email Address**

Andrew S Goldstein
    on behalf of Creditor GITSIT Solutions  LLC AGoldstein@mglspc.com, jcoffman@mglspc.com

Barry W. Spear
    on behalf of Creditor Aero Mortgage Loan Trust 2019- 1 Barry.Spear@bww-law.com  bankruptcy@bww-law.com

Bradley J. Swallow
    on behalf of Defendant Main Street Bank bswallow@fblaw.com

Christian K. Vogel
    on behalf of Interested Party Primis Bank kvogel@vogelandcromwell.com

Christian K. Vogel

Case 23-10566-KHK   Doc 592   Filed 08/09/24   Entered 08/10/24 00:15:14   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0422-9 | User: TaiGlennB | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 07, 2024 | Form ID: pdford9 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant Primis Bank f/k/a Sona Bank kvogel@vogelandcromwell.com |
| Christopher A. Jones | on behalf of Debtor Eagle Properties and Investments LLC cajones@whitefordlaw.com clano@whitefordlaw.com,dchaney@whitefordlaw.com |
| Christopher L. Rogan | on behalf of Defendant Shail Butani crogan@rmzlawfirm.com |
| Christopher L. Rogan | on behalf of Creditor Bala Jain LLC crogan@rmzlawfirm.com |
| Christopher L. Rogan | on behalf of Defendant Ishwer Butani crogan@rmzlawfirm.com |
| Christopher L. Rogan | on behalf of Defendant Bala Jain LLC crogan@rmzlawfirm.com |
| Corey Simpson Booker | on behalf of Creditor Atlantic Union Bank corey.booker@atlanticunionbank.com |
| Craig M. Palik | on behalf of Creditor Trinity Universal Insurance Company cpalik@mhlawyers.com cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnickerson@mhlawyers.com |
| David S. Musgrave | on behalf of Creditor Fulton Bank  N.A. dmusgrave@gfrlaw.com, vhilbun@gfrlaw.com |
| David S. Musgrave | on behalf of Defendant Fulton Financial Corporation dmusgrave@gfrlaw.com  vhilbun@gfrlaw.com |
| Dylan G. Trache | on behalf of Trustee H. Jason Gold dylan.trache@nelsonmullins.com linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com |
| Elizabeth Husebo | on behalf of Defendant First Class Title  Inc. ehusebo@grsm.com |
| Elizabeth Husebo | on behalf of Defendant Daniel J. Kotz ehusebo@grsm.com |
| Erik W. Fox | on behalf of Creditor Vienna Oaks Office Center Condominium efox@reesbroome.com rhurley@reesbroome.com;rchambers@reesbroome.com;pgoodwine@reesbroome.com |
| Gerard R. Vetter | ustpregion04.ax.ecf@usdoj.gov |
| H. Jason Gold | goldtrustee@fiduciaryservicesgroup.com  VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com |
| Hannah White Hutman | on behalf of Creditor Bank of Clarke County hhutman@hooverpenrod.com scurtis@hooverpenrod.com;hooverpenrodplc@jubileebk.net |
| J. P. McGuire Boyd, Jr | on behalf of Defendant Atlantic Union Bank mboyd@williamsmullen.com |
| J. P. McGuire Boyd, Jr | on behalf of Creditor Atlantic Union Bank mboyd@williamsmullen.com |
| J. P. McGuire Boyd, Jr | on behalf of Defendant Bank of Clarke County mboyd@williamsmullen.com |
| Jack Frankel | on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov |
| James R. Meizanis, Jr. | on behalf of Creditor LINKBANK jmeizanis@bklawva.com  jroot@bklawva.com;mnoble@bklawva.com |
| James R. Meizanis, Jr. | on behalf of Creditor Virginia Partners Bank jmeizanis@bklawva.com  jroot@bklawva.com;mnoble@bklawva.com |
| Jeffery T. Martin, Jr. | on behalf of Debtor Eagle Properties and Investments LLC jeff@martinlawgroup.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com;jeff@martinlawgroupva.com |
| Jeffery T. Martin, Jr. | on behalf of Plaintiff Eagle Properties and Investments LLC jeff@martinlawgroup.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com;jeff@martinlawgroupva.com |

District/off: 0422-9 | User: TaiGlennB | Page 3 of 3
Date Rcvd: Aug 07, 2024 | Form ID: pdford9 | Total Noticed: 1

Jeffery T. Martin, Jr.
    on behalf of Counter-Defendant Eagle Properties and Investments LLC jeff@martinlawgroup.com
    martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com;jeff@martinlawgroupva.com

Jeremy B. Root
    on behalf of Creditor Virginia Partners Bank jroot@bklawva.com
    tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com

John E Reid
    on behalf of Debtor Eagle Properties and Investments LLC jack@martinlawgroup.com jack@martinlawgroupva.com

John Tucker Farnum
    on behalf of Interested Party SC&H Group jfarnum@milesstockbridge.com
    jfarnumecfnotices@gmail.com;dbernard@milesstockbridge.com

Joshua David Stiff
    on behalf of Debtor Eagle Properties and Investments LLC jstiff@wtplaw.com eslate@wtplaw.com;dchaney@whitefordlaw.com

Justin Fasano
    on behalf of Creditor Gus Goldsmith jfasano@mhlawyers.com
    jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;sshin@mhlawyers.com;dmoorehead@mhlawyers.com

Lee S Raphael
    on behalf of Creditor Gitsit Solutions LLC ecf1@ecf.courtdrive.com, cmartin@pralc.com

Maurice Belmont VerStandig
    on behalf of Professional Maurice VerStandig mac@mbvesq.com
    lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Nancy Greene
    on behalf of Debtor Eagle Properties and Investments LLC ndg@ndglaw.com

Nancy Greene
    on behalf of Plaintiff Eagle Properties and Investments LLC ndg@ndglaw.com

Nancy Greene
    on behalf of Professional N D Greene PC ndg@ndglaw.com

Richard E. Hagerty
    on behalf of Defendant Navy Federal Financial Group LLC richard.hagerty@troutmansanders.com,
    sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Robert Hockenbury
    on behalf of Creditor Shore United Bank robert.hockenbury@wbd-us.com

Robert M. Marino
    on behalf of Defendant Shail Butani rmmarino@rpb-law.com rmmarino1@aol.com

Robert M. Marino
    on behalf of Defendant Ishwer Butani rmmarino@rpb-law.com rmmarino1@aol.com

Robert M. Marino
    on behalf of Creditor Bala Jain LLC rmmarino@rpb-law.com rmmarino1@aol.com

Stephanie Gardner Bortnick
    on behalf of Defendant Daniel J. Kotz sbortnick@grsm.com

Stephanie Gardner Bortnick
    on behalf of Defendant First Class Title Inc. sbortnick@grsm.com

Stephanie Gardner Bortnick
    on behalf of Defendant Daniel Kotz sbortnick@grsm.com

Stephen W. Nichols
    on behalf of Creditor Orrstown Bank snichols@offitkurman.com

TOTAL: 49