## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case |
| EAGLE PROPERTIES AND ) | No. 23-10566-KHK |
| INVESTMENTS LLC ) | |
| ) | Chapter 7 |
| Debtor ) | |

### TRUSTEE'S REPORT OF SALE

Pursuant to Fed. R. Bankr. P. 6004(f) and Local Bankruptcy Rule 6004-2(D), H. Jason Gold, the Chapter 7 Trustee ("Trustee") for the above-captioned Debtor, files this Report of Sale (including attached Settlement Statement). On 8/2/2024, this Court entered an order approving the Motion to Approve Sale of Property Free and Clear of Liens, being real property at 1001 Manning Drive, Fredericksburg VA ("Property") held by the Debtor's bankruptcy estate.

| | |
|---|---|
| Settlement (or Closing) Date: | 8/2/2024 |
| Property Sold: | 1001 Manning Drive, Fredericksburg VA |
| Purchasers: | Franklin Bonilla Cruz |
| Purchase Price: | $265,000.00 |
| Exemptions paid to Debtor: | $0.00 |
| Net Proceeds to Estate: | **$36,200.00** |

Dated: 8/12/2024

Respectfully submitted,

*/s/ H. Jason Gold*
H. JASON GOLD, CH. 7 TRUSTEE

H. Jason Gold, Va. Bar No. 19117
PO Box 57359
Washington DC  20037
*Chapter 7 Trustee*

**MBH Settlement Group, LC**
1956 William Street
Fredericksburg, VA 22401
(540) 373-1300

ALTA Combined Settlement Statement

| File #: | 99-24-12650 | Property | 1001 Manning Drive<br>Fredericksburg, VA 22405 | Settlement Date | 08/02/2024 |
|---|---|---|---|---|---|
| Prepared: | 08/02/2024 | | | Disbursement Date | 08/02/2024 |
| Processor: | Lauran Martin | Buyer | Franklin Bonilla CRUZ<br>17409 Joplin Road<br>Triangle, VA 22172 | | |
| | | Seller | Jason H. GOLD of H. Jason Gold, Trustee | | |
| | | Lender | Prosperity Home Mortgage, LLC<br>4440 Brookfield Corporate Drive<br>Chantilly, VA 20151 | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $265,000.00 | Sales Price of Property | $265,000.00 | |
| | | Deposit | | $1,500.00 |
| | | Loan Amount | | $257,050.00 |
| $7,950.00 | | Seller Credit | | $7,950.00 |
| | | Brokerage Flat Fee Credit | | $395.00 |
| | | HomeReady VLIP Grant (Fannie Mae) | | $2,500.00 |
| $40,480.20 | | 2nd DOT Payoff to Bala Jain LLC | | |
| | | | | |
| | | **Prorations/Adjustments** | | |
| $169.09 | | County Taxes 07/01/2024 to 08/02/2024 | | $169.09 |
| | | | | |
| | | **Loan Charges** | | |
| | | 0.25% of Loan Amount (Points) | $642.62 | |
| | | Origination Fee | $1,499.00 | |
| | | Appraisal Fee to All About Appraisals LLC ($525.00 POC by Borrower) | | |
| | | Credit Report Fee to CoreLogic | $79.15 | |
| | | Flood Certification Fee to CoreLogic | $11.50 | |
| | | Tax Service Fee to CoreLogic | $75.00 | |
| | | Technology Fee to ICE Mortgage | $87.00 | |
| | | Prepaid Interest ($50.87 per day from 08/02/2024 to 09/01/2024) | $1,526.10 | |
| | | | | |
| | | **Impounds** | | |
| | | Homeowner's insurance $142.67 per month for 3 mo. | $428.01 | |
| | | Property taxes $161.17 per month for 5 mo. | $805.85 | |
| | | Aggregate adjustment | | $322.34 |
| | | | | |
| | | **Payoff(s)** | | |
| $162,850.71 | | Payoff to Fulton Bank, N.A. | | |
| | | Principal : $147,566.47 | | |
| | | Interest : $4,495.23 | | |
| | | Additional Interest : $85.47 | | |
| | | Release : $127.25 | | |
| | | Late Charge : $576.29 | | |
| | | Legal Fees: $10,000.00 | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |

Produced by MBH Settlement Group, LC
Using Qualia

Page 1 of 2

99-24-12650
Printed on 08/02/2024

| Seller Debit | Seller Credit | Description | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | Recording Fees | $107.00 | |
| | | ---Deed: $47.00 | | |
| | | ---Mortgage: $60.00 | | |
| | | E-Recording Fee to Clerk of Court | $9.70 | |
| $132.50 | | Grantor Tax - County (Deed) to Clerk of Court | | |
| $132.50 | | Grantor Tax - State (Deed) to Clerk of Court | | |
| | | Recordation Tax - County (Deed of Trust) to Clerk of Court | $214.25 | |
| | | Recordation Tax - County (Deed) to Clerk of Court | $220.83 | |
| | | Recordation Tax - State (Deed of Trust) to Clerk of Court | $642.75 | |
| | | Recordation Tax - State (Deed) to Clerk of Court | $662.50 | |
| | | **Commission** | | |
| $7,950.00 | | Listing Agent Commission to Century 21 New Millennium | | |
| $6,625.00 | | Selling Agent Commission to Berkshire Hathaway HomeServices PenFed Realty (formerly Select Realty) | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - CPL Premium (Lender) to Chicago Title Insurance Company | $35.00 | |
| | | Title - Digital Archive Fee to MBH Settlement Group, LC | $60.00 | |
| | | Title - Exam Fee to Bryan K. Bledsoe | $100.00 | |
| | | Title - Lender's Title Policy to Chicago Title Insurance Company | $785.30 | |
| | | Title - Settlement Fee to MBH Settlement Group, LC | $795.00 | |
| | | Title - Title Binder Fee to Prestige Title & Escrow | $150.00 | |
| $60.00 | | Title - Digital Archive Fee to MBH Settlement Group, LC | | |
| | | Title - Owner's Title Policy to Chicago Title Insurance Company | $714.90 | |
| | | **Miscellaneous** | | |
| $7,950.00 | | 326(a) Trustee Payment to H. Jason Gold, Trustee | | |
| $13,250.00 | | Bankruptcy Estate Payment to H. Jason Gold, Trustee | | |
| | | Brokerage Flat Fee (Buyer) to Berkshire Hathaway HomeServices PenFed Realty (formerly Select Realty) | $395.00 | |
| | | Deed Preparation to Grace Stuart PLC | $195.00 | |
| $15,000.00 | | Funds Held by Trustee to H. Jason Gold, Trustee | | |
| $1,400.00 | | Home Warranty to United Home Warranty | | |
| $750.00 | | RealMarkets Expense Reimbursement to RealMarkets | | |
| $150.00 | | Release Tracking Fee (per payoff) to MBH Settlement Group, LC | | |
| $150.00 | | Settlement Services to MBH Settlement Group, LC | | |
| | | Homeowner's Insurance Premium to State Farm | $1,712.00 | |

| Seller Debit | Seller Credit | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| $265,000.00 | $265,000.00 | Subtotals | $276,953.46 | $269,886.43 |
| | | Due from Buyer | | $7,067.03 |
| | $0.00 | Due from Seller | | |
| $265,000.00 | $265,000.00 | Totals | $276,953.46 | $276,953.46 |

See signature addendum

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.
We/I authorize MBH Settlement Group, LC to cause the funds to be disbursed in accordance with this statement.

*Franklin Bonilla Cruz*    8-2-24
Franklin Bonilla CRUZ    Date

H. Jason Gold, Trustee
By: *H. Jason Gold Trustee*    08/02/2024
Jason H. GOLD    Date

*[signature]*    8/2/24
Settlement Agent    Date

H. Jason Gold, Chapter 7 Trustee, Not Individually but solely in his capacity as Chapter 7 Trustee, In Re Eagle Properties and Investments, LLC, Case No. 23-10566-KHK, EDVA, Alexandria Division