**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: | : |
| | :     **Chapter 7** |
| **EAGLE PROPERTIES &** | : |
| **INVESTMENT, LLC,** | :     Case No. 23-10566-KHK |
| | : |
|     **Debtor** | : |

## NOTICE OF APPLICATIONS FOR COMPENSATION AND HEARING

    PLEASE TAKE NOTICE that the Debtor, Eagle Properties & Investment, LLC ("Debtor"), has filed papers with this Court asking the Court to enter an order authorizing payment of (i) <u>compensation in the amount of $65,199.50 and expenses in the amount of $683.06 to Martin Law Group, P.C.; and (ii) compensation in the amount of $37,606.50 and expenses in the amount of $0.00 to Martin Law Group, P.C.</u> for professional services rendered as counsel for the Debtor. The Applications are on file with the Clerk of the U.S. Bankruptcy Court and may be reviewed therein or copies may be obtained by making a written request upon the undersigned counsel. Notices were previously sent on February 20, 2024, and May 24, 2024.

    <u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

    If you do not wish this Honorable Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, you or your attorney must:

    __X__ Attend the hearing on the motion scheduled to be held on <u>September 10, 2024, at 11:00 a.m.</u>, at the United States Bankruptcy Court, Courtroom III, 200 South Washington Street, Alexandria, Virginia 22314.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:   August 12, 2024          Signature, name, address and telephone
                                          number of person giving notice:

                                          <u>/s/ Jeffery T. Martin, Jr.</u>
                                          Jeffery T. Martin, Jr., VSB #71860
                                          Martin Law Group, P.C.
                                          8065 Leesburg Pike, Suite 750
                                          Vienna, Virginia 22182
                                          703-834-5550
                                          Counsel for the Debtor

## CERTIFICATE OF SERVICE

     I hereby certify that I have on this 12th day of August, 2024, mailed a true and correct copy of the foregoing Notice of Applications and Hearing to the parties listed on the attached mailing matrix. Pursuant to Local Rule 5005-1(C)(8), the attached Service List is being filed with the original of this Notice filed with the court but is not being served on all entities served with this notice.

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr.