```
Label Matrix for local noticing          Aero Mortgage Loan Trust 2019-1           Atlantic Union Bank
0422-1                                   8100 Three Chopt Rd.                      1051 E. Cary Street
Case 23-10566-KHK                        Suite 240                                 Suite 1200
Eastern District of Virginia             Richmond, VA 23229-4833                   Richmond, VA 23219-4044
Alexandria
Fri May 24 15:50:08 EDT 2024

Bala Jain LLC                            Bank of Clarke County                     Eagle Properties and Investments LLC
6007 Marilyn Dr.                         c/o Hannah W. Hutman, Esq.                445 Windover Ave North West
Alexandria, VA 22310-1516                Hoover Penrod, PLC                        Vienna, VA 22180-4232
                                         342 S. Main Street
                                         Harrisonburg, VA 22801-3628

Fulton Bank, N.A.                        GITSIT Solutions, LLC                     Gitsit Solutions, LLC
c/o David S. Musgrave, Esquire           c/o Andrew S. Goldstein                   c/o Prober & Raphael, A Law Corporation
Gordon Feinblatt LLC                     PO Box 404                                20750 Ventura Boulevard, Suite 100
1001 Fleet Street, Suite 700             Roanoke, VA 24003-0404                    Woodland Hills, CA 91364-6207
Baltimore, MD 21202-4363

N D Greene PC                            Orrstown Bank                             SC&H Group
N D Greene PC                            c/o Stephen Nichols, Esq.                 c/o Miles & Stockbridge P.C.
3977 Chain Bridge Rd                     Offit Kurman PA                           1201 Pennsylvania Ave., NW
Suite 1                                  7501 Wisconsin Ave. Suite 1000W           Ste. 900
Faifax, VA 22030-3308                    Bethesda, MD 20814-6604                   Washington, DC 20004-2464

Shore United Bank                        Trinity Universal Insurance Company       Vienna Oaks Office Center Condominium
200 West Gate Circle                     c/o Man Global Private Mkts. (USA), Inc.  c/o Rees Broome, PC
Suite 200                                1345 Avenue of the Americas 21st Floor    Suite 700
Annapolis, MD 21401-3377                 New York, NY 10105-0199                   Tysons Corner, VA 22182

Virginia Partners Bank                   United States Bankruptcy Court            3977 Chain Bridge Rd, Suite 1
410 William St.                          200 South Washington Street               Faifax, VA 22030-3308
Fredericksburg, VA 22401-5834            Alexandria, VA 22314-5405


ADT                                      American Express National Bank            Asset Based Lending
P O Box 371878                           c/o Becket and Lee LLP                    PO BOX 27370
Pittsburgh, PA 15250-7878                PO Box 3001                               Anaheim, CA 92809-0112
                                         Malvern  PA 19355-0701

Atlantic Union Bank                      (p)ATLANTIC UNION BANK                    Bala Jain
8221 Old Courthouse Rd Ste 100,          P O BOX 176                               Christopher L. Rogan, Esq.
Tysons, VA 22182-3839                    BLACKSBURG VA 24063-0176                  50 Catoctin Circle, NE, Suite 300
                                                                                   Leesburg, VA 20176-3101

Bala Jain LLC                            Bank Of Clarke                            Bank Of Clarke County
6007 Marilyn Drive                       110 Crock Wells Mill Drive                2 East Main Street
Alexandria, VA 2231- 22310-1516          Winchester, VA 22603-3943                 Berryville, VA 22611-1338

Bank of Clarke                           Betsy Dalton                              COUNTY OF HENRICO, VIRGINIA
c/o Hannah W. Hutman, Esq.               1003 Lynn St SW                           SARA L. MAYNARD, ASST. COUNTY ATTORNEY
Hoover Penrod, PLC                       Vienna, VA 22180-6428                     P. O. BOX 90775
342 S. Main Street                                                                 HENRICO, VIRGINIA 23273-0775
Harrisonburg, VA 22801-3628
```

Candice Goodman
15474 Roxbury Rd
Glenwood, MD 21738-9306

Capital One N.A.
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

City of Richmond
Division of Collections PO Box 26505
Richmond, VA 23261-6505

City of Richmond  City Hall
Room 109 Delinquent Taxes
900 East Broad Street
Richmond VA 23219-1907

Community Bank Of Chesapeake
202 Centennial St,
La Plata, MD 20646

Community Bank of the Chesapeake
Atten: Jared Krahler
3035 Leonardtown Road
Waldorf, MD 20601-3112
,

County of Fairfax
Department of Tax Administration, Revenu
Suite 223
Fairfax, VA 22035

County of Henrico
Department of Finance, PO Box 90775
Henrico, VA 23273-0775

DTMA
670 Clearwater RD
Hershey, PA 17033-2453

Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building,
PO Box No 1295
Harrisburg, PA 17108

Dauphin County Tax Claim Bureau
P. O. Box 1295
Harrisburg, PA 17108-1295

Department of Finance Howard county
Property Tax Division, 3430, Court House
Ellicott City, MD 21043-4300

Devon England
213 N Port St
Baltimore , MD 21224-1027

(p)DOMINION ENERGY VIRGINIA NORTH CAROLINA
PO BOX 26666
RICHMOND VA 23261-6666

Fulton Bank
625 Elden St,
Herndon, VA 20170-4739

Fulton Bank, N.A.
c/o David S. Musgrave, Esquire
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202-4363

Gitsit Solutions, LLC
333 South Anita Drive, Suite 400
Orange, CA 92868-3314

Gus Goldsmith
18205 Biscayne Blvd, Suite 2226
Aventura, FL 33160-2149

Gus Goldsmith
Justin P. Fasano
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770-1405

Internal Revenue Service
Special Procedures Support Staff
P. O. Box 10025
Richmond, VA 23240

Joshua Fowlers
580 W Areba Ave
Hershey , PA 17033-1605

LINKBANK
1250 Camphill Bypass, Suite 202
Camp Hill, PA 17011-3718

Lincoin Financing
9030 Stony Point Pkwy
Richmond, VA 23235-1957

Lincoln Automotive Financial Services
P.O. Box 62180
Colorado Springs, CO 80962-2180

Lincoln Automotive Financial Services
PO Box 2400, Edmonton, Alberta, T5J 5C7,

Main Street Bank
10089 Fairfax Blvd.
Fairfax, VA 22030-1742

MainStreet Bank
c/o Eric S. Schuster, Esq.
100 Light Street, Suite 1400
Baltimore, Maryland 21202-1188

Mayor and City Council Baltimore
Bureau of Revenue Collections
200 Holliday Street Room #1
Bankruptcy
Baltimore, MD 21202-6295

Monika Jain
445 Windover Ave North West
Vienna, VA 22180-4232

Monika Jain
445 Windover Drive
Vienna
VA 22180-4232

| | | |
|---|---|---|
| N D Greene PC<br>3977 Chain Bridge Rd, Suite 1<br>Fairfax, VA 22030-3308 | NP Master Trust L (Cayman) LLC<br>c/o Andrea C. Davison<br>2311 Wilson Blvd Suite 500<br>Arlington VA 22201-5422 | Orrstown Bank<br>Offit/Kuman PA<br>7501 Wisconsin Ave #1000W<br>Bethesda, MD 20814-6604 |
| PPL Electric Utilities<br>827 Hausman Rd<br>Allentown, PA 18104-9392 | Pennsylvania American Water<br>P O Box 371412<br>Pittsburgh, PA 15250-7412 | SC&H Group, Inc.<br>c/o Robert Patrick<br>910 Ridgebrook Road<br>Sparks, MD 21152-9390 |
| Stafford County<br>Laura M Rudy, Treasurer, PO Box 68<br>Stafford, VA 22555-0068 | Stafford County Attorney's Office<br>1300 Courthouse Road<br>P.O. Box 339<br>Stafford, VA 22555-0339 | Town Of Vienna Water and Sewer Bill<br>127 Center St<br>Vienna, VA 22180-5719 |
| Trinity Universal Insurance Company<br>c/o Man Global Private Mkts. (USA) Inc.<br>Attn: Legal<br>1345 Avenue of the Americas, 21st Floor<br>New York, NY 10105-0199 | Troy Mason<br>3002 Williamsburg Rd<br>Richmond , VA 23231-2128 | Turkey Hill<br>1635 Church Rd<br>Hershey , PA 17033-1812 |
| U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Rd, Suite 900<br>Atlanta, GA 30326-1382 | U.S. Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314-3489 | (p)UGI UTILITIES INC<br>ATTN CREDIT & COLLECTIONS<br>P O BOX 13009<br>READING PA 19612-3009 |
| Verizon Fios<br>1430 Walnut St<br>Philadelphia, PA 19102-4021 | Vienna Oaks Office Center Condominium<br>c/o Erik W. Fox, Rees Broome<br>1900 Gallows Road, Sutie 700<br>Tysons Corner, VA 22182-3886 | Virginia Partners Bank<br>LINKBANK<br>1250 Camphill Bypass, Suite 202<br>Camp Hill, PA 17011-3718 |
| Washington Gas<br>6801 Industrial Rd<br>Springfield, VA 22151-4205 | Waste Management<br>P O Box 13577<br>Philadelphia, PA 19101-3577 | West Hanover Tap Water and Sewer<br>7091 Jonestown Rd<br>Harrisburg, PA 17112 |
| West Hanover Township Water & Sewer Authorit<br>Steven P. Miner, Esquire<br>3631 N. Front Street<br>Harrisburg, PA 17110-1533 | Wilmington Savings Fund Society, FSB<br>FCI Lender Services, Inc.<br>P.O. Box 27370<br>Anaheim Hills, CA 92809-0112 | Amit Jain<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 |
| Christopher A. Jones<br>Whiteford Taylor & Preston, LLP<br>3190 Fairview Park Dr.<br>Suite 800<br>Falls Church, VA 22042-4558 | Gerard R. Vetter<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | H. Jason Gold<br>H. Jason Gold, Trustee<br>P.O. Box 57359<br>Washington, DC 20037-0359 |
| Jeffery T. Martin Jr.<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Ste 750<br>Vienna, VA 22182-2702 | John E Reid<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Suite 750<br>Vienna, VA 22182-2702 | Joshua David Stiff<br>Whiteford Taylor Preston LLP<br>249 Central Park Avenue<br>Suite 300<br>Virginia Beach, VA 23462-3271 |

| | | |
|---|---|---|
| Nancy Greene<br>N D Greene PC<br>3977 Chain Bridge Rd<br>Suite 1<br>Fairfax, VA 22030-3308 | (p)REALMARKETS<br>20333 MEDALIST DRIVE<br>ASHBURN VA 20147-4184 | Stephen Karbelk<br>Team Leader, RealMarkets<br>Century 21 New Millennium<br>6629 Old Dominion Dr<br>McLean, VA 22101-4516 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlantic Union Bank<br>PO Box 176<br>Blacksburg, VA 24063 | Dominion Energy<br>P O Box 26543<br>Richmond, VA 23290 | UGI Utilities Inc<br>400 Stewart Rd<br>Hanover, PA 18706 |
| (d)UGI Utilities, Inc.<br>PO Box 13009<br>Reading, PA 19612 | Stephen Karbelk<br>Team Leader, RealMarkets<br>Century 21 New Millennium<br>20405 Exchange St, Suite 221<br>Ashburn, VA 20147 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Lincoln Automotive Financial Services | (u)MainStreet Bank | (u)Primis Bank |
| (u)Bala Jain LLC | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 |
| (d)Bala Jain LLC<br>Christopher L. Rogan, Esq.<br>50 Catoctin Circle, NE Suite 300<br>Leesburg, VA 20176-3101 | (u)Isidoro Pulido Luna<br>202 N Port St | (u)Gus Goldsmith |
| (u)Maurice VerStandig | End of Label Matrix<br>Mailable recipients    92<br>Bypassed recipients    10<br>Total                 102 | |