IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EAGLE PROPERTIES AND INVESTMENTS, LLC, | ) ) ) | Bankruptcy Case No. 23-10566-KHK |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

**ORDER APPROVING FIRST INTERIM APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH LLP, COUNSEL TO TRUSTEE, FOR ALLOWANCE OF <u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

UPON CONSIDERATION of Nelson Mullins Riley & Scarborough LLP's ("Nelson Mullins") First Interim Application for Allowance of Compensation and Reimbursement of Expenses ("Application") as counsel to the Chapter 7 Trustee (Docket No. 550), the Court being satisfied that notice and an opportunity for hearing were given to creditors and parties in interest, and the Court having duly examined and considered the Application:

IT IS HEREBY ORDERED:

1. The Application is approved, and compensation for actual and necessary services rendered and reimbursement of actual and necessary expenses are allowed as follows, including a reduction in fees agreed upon by Nelson Mullins and the Office of the United States Trustee:

| | |
|---|---|
| Fees: | $105,557.00 |
| Expenses: | $  4,211.01 |
| Less Voluntary Reduction: | <u>($  3,400.00)</u> |
| Total: | $106,368.01 |

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*

2. H. Jason Gold, the Chapter 7 Trustee is authorized to pay this award, or any portion thereof, in his discretion from funds of the estate.

Date: Aug 12 2024

/s/ Klinette H Kindred

Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Aug 12 2024

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW / Suite 900
Washington, DC  20001
Tel: 202.689.2800
Fax: 202.689.2860
Email: dylan.trache@nelsonmullins.com

By:   /s/ Dylan G. Trache
      Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

**SEEN AND NO OBJECTION:**

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7176

By:   /s/Michael T. Freeman (by DGT with authority)
      Michael T. Freeman

2

## CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I HEREBY CERTIFY that this Order has been endorsed by all necessary parties.

      /s/ Dylan G. Trache
      Dylan G. Trache

### LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
### PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, VA 22314

4891-8846-3061 v.5

3