IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) |
| EAGLE PROPERTIES AND INVESTMENTS, LLC | ) CASE NO. 23-10566-KHK |
| | ) |
| | ) Chapter 7 |
| Debtor. | ) |

**ORDER AUTHORIZING EMPLOYMENT
OF SPECIAL COUNSEL TO THE TRUSTEE**

Upon the Application filed by H. Jason Gold, Chapter 7 Trustee (the "Trustee"), for authority to employ Brian Pendergraft ("Mr. Pendergraft") and The Pendergraft Firm LLC ("TPF") as special counsel to the Trustee in connection with assist with legal evictions, and advice for issues related to the rental license process, landlord/tenant rules and regulations, rent collection and other issues relating to the Properties, and

IT APPEARING that TPF does not hold or represent any interest adverse to the creditors or the bankruptcy estate and that the employment of Mr. Pendergraft and TPF is in the best interest of the estate, it is hereby

ORDERED that the Application is granted, and the Trustee is authorized to retain Mr. Pendergraft and PTF in the above-referenced case, pursuant to the terms of the Application, and with payment to be made only upon further order of this Court.

Date: Aug 12 2024

/s/ Klinette H Kindred

Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Aug 12 2024

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC  20001
Tel: 202.689.2800
Fax: 202.689.2860
Email: dylan.trache@nelsonmullins.com


By:     /s/ Dylan G. Trache
        Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*


SEEN AND NO OBJECTION:

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia  22314
703.557.7176


By:    /s/Michael T. Freeman (by DGT with authority)
        Michael T. Freeman


CERTIFICATION PURSUANT TO LOCAL RULE 9022-1: ENDORSEMENT

I HEREBY CERTIFY that all necessary parties have endorsed the above-referenced Order.


        /s/ Dylan G. Trache
        Dylan G. Trache

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael T. Freeman
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia  22314

Brian Pendergraft, Esq.
The Pendergraft Firm LLC
8787 Branch Avenue #245
Clinton, MD 20735

4885-3675-6182