# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) |
| EAGLE PROPERTIES AND | ) Bankruptcy Case |
| INVESTMENTS, LLC, | ) No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |
| _____ | ) |

## ORDER APPROVING FIRST INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION FOR ASSET MANAGER

Upon consideration of the Application filed by H. Jason Gold, the Chapter 7 Trustee ("Trustee"), for allowance of fees incurred by Stephen Karbelk as the team leader of Auction Markets, LLC DBA RealMarkets ("Asset Manager") ("Application") (Docket No. 552), the Court being satisfied that notice and an opportunity for hearing were given to creditors and parties in interest, and the Court having duly examined and considered the Application and any objections thereto;

IT IS HEREBY ORDERED:

1. The Application is approved and compensation for fees incurred are allowed in the amount of $11,351.25.

2. H. Jason Gold, the Chapter 7 Trustee is authorized to pay this award, or any portion thereof, in his discretion from funds of the estate.

Date: Aug 12 2024

/s/ Klinette H Kindred

Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Aug 12 2024

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 689-2800
Counsel to the Chapter 7 Trustee

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW / Suite 900
Washington, DC  20001
Tel: 202.689.2800
Fax: 202.689.2860
Email:  dylan.trache@nelsonmullins.com


By:     /s/ Dylan G. Trache
         Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*


**SEEN AND NO OBJECTION:**

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7176


By:     /s/Michael T. Freeman (by DGT with authority)
         Michael T. Freeman

CERTIFICATION PURSUANT TO LOCAL RULE 9022-1: ENDORSEMENT

I HEREBY CERTIFY that all necessary parties have endorsed the above-referenced Order.

    /s/ Dylan G. Trache
Dylan G. Trache

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, VA 22314

Stephen Karbelk
Team Leader, RealMarkets
6629 Old Dominion Drive
McLean, VA 22101

4871-8312-7253

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-10566-KHK |
| Eagle Properties and Investments LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: TaiGlennB | Page 1 of 3 |
| Date Rcvd: Aug 12, 2024 | Form ID: pdford9 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| RE | + Stephen Karbelk, Team Leader, RealMarkets, Century 21 New Millennium, 6629 Old Dominion Dr, McLean, VA 22101-4516 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Aug 13 2024 00:38:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| prof | Email/Text: stephen@realmarkets.com | Aug 13 2024 00:37:00 | Stephen Karbelk, Team Leader, RealMarkets, Century 21 New Millennium, 20405 Exchange St, Suite 221, Ashburn, VA 20147 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 14, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew S Goldstein | on behalf of Creditor GITSIT Solutions  LLC AGoldstein@mglspc.com, jcoffman@mglspc.com |
| Barry W. Spear | on behalf of Creditor Aero Mortgage Loan Trust 2019- 1 Barry.Spear@bww-law.com  bankruptcy@bww-law.com |

Case 23-10566-KHK   Doc 606   Filed 08/14/24   Entered 08/15/24 00:14:05   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0422-9 | User: TaiGlennB | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 12, 2024 | Form ID: pdford9 | Total Noticed: 3 |

Bradley J. Swallow
    on behalf of Defendant Main Street Bank bswallow@fblaw.com

Christian K. Vogel
    on behalf of Interested Party Primis Bank kvogel@vogelandcromwell.com

Christian K. Vogel
    on behalf of Defendant Primis Bank f/k/a Sona Bank kvogel@vogelandcromwell.com

Christopher A. Jones
    on behalf of Debtor Eagle Properties and Investments LLC cajones@whitefordlaw.com
    clano@whitefordlaw.com,dchaney@whitefordlaw.com

Christopher L. Rogan
    on behalf of Defendant Shail Butani crogan@rmzlawfirm.com

Christopher L. Rogan
    on behalf of Creditor Bala Jain LLC crogan@rmzlawfirm.com

Christopher L. Rogan
    on behalf of Defendant Ishwer Butani crogan@rmzlawfirm.com

Christopher L. Rogan
    on behalf of Defendant Bala Jain LLC crogan@rmzlawfirm.com

Corey Simpson Booker
    on behalf of Creditor Atlantic Union Bank corey.booker@atlanticunionbank.com

Craig M. Palik
    on behalf of Creditor Trinity Universal Insurance Company cpalik@mhlawyers.com
    cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnickerson@mhlawyers.com

David S. Musgrave
    on behalf of Creditor Fulton Bank  N.A. dmusgrave@gfrlaw.com, vhilbun@gfrlaw.com

David S. Musgrave
    on behalf of Defendant Fulton Financial Corporation dmusgrave@gfrlaw.com  vhilbun@gfrlaw.com

Dylan G. Trache
    on behalf of Trustee H. Jason Gold dylan.trache@nelsonmullins.com
    linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Elizabeth Husebo
    on behalf of Defendant Daniel J. Kotz ehusebo@grsm.com

Elizabeth Husebo
    on behalf of Defendant First Class Title  Inc. ehusebo@grsm.com

Erik W. Fox
    on behalf of Creditor Vienna Oaks Office Center Condominium efox@reesbroome.com
    rhurley@reesbroome.com;rchambers@reesbroome.com;pgoodwine@reesbroome.com

Gerard R. Vetter
    ustpregion04.ax.ecf@usdoj.gov

H. Jason Gold
    goldtrustee@fiduciaryservicesgroup.com  VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com

Hannah White Hutman
    on behalf of Creditor Bank of Clarke County hhutman@hooverpenrod.com
    scurtis@hooverpenrod.com;hooverpenrodplc@jubileebk.net

J. P. McGuire Boyd, Jr
    on behalf of Defendant Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
    on behalf of Creditor Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
    on behalf of Defendant Bank of Clarke County mboyd@williamsmullen.com

Jack Frankel
    on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov
    USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

James R. Meizanis, Jr.
    on behalf of Creditor LINKBANK jmeizanis@bklawva.com  jroot@bklawva.com;mnoble@bklawva.com

James R. Meizanis, Jr.
    on behalf of Creditor Virginia Partners Bank jmeizanis@bklawva.com  jroot@bklawva.com;mnoble@bklawva.com

Jeffery T. Martin, Jr.

Case 23-10566-KHK    Doc 606    Filed 08/14/24    Entered 08/15/24 00:14:05    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0422-9 | User: TaiGlennB | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 12, 2024 | Form ID: pdford9 | Total Noticed: 3 |

| | |
|---|---|
| | on behalf of Debtor Eagle Properties and Investments LLC jeff@martinlawgroup.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com;jeff@martinlawgroupva.com |
| Jeffery T. Martin, Jr. | on behalf of Plaintiff Eagle Properties and Investments LLC jeff@martinlawgroup.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com;jeff@martinlawgroupva.com |
| Jeffery T. Martin, Jr. | on behalf of Counter-Defendant Eagle Properties and Investments LLC jeff@martinlawgroup.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com;jeff@martinlawgroupva.com |
| Jeremy B. Root | on behalf of Creditor Virginia Partners Bank jroot@bklawva.com tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com |
| John E Reid | on behalf of Debtor Eagle Properties and Investments LLC jack@martinlawgroup.com jack@martinlawgroupva.com |
| John Tucker Farnum | on behalf of Interested Party SC&H Group jfarnum@milesstockbridge.com jfarnumecfnotices@gmail.com;dbernard@milesstockbridge.com |
| Joshua David Stiff | on behalf of Debtor Eagle Properties and Investments LLC jstiff@wtplaw.com eslate@wtplaw.com;dchaney@whitefordlaw.com |
| Justin Fasano | on behalf of Creditor Gus Goldsmith jfasano@mhlawyers.com jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;sshin@mhlawyers.com;dmoorehead@mhlawyers.com |
| Lee S Raphael | on behalf of Creditor Gitsit Solutions LLC ecf1@ecf.courtdrive.com, cmartin@pralc.com |
| Maurice Belmont VerStandig | on behalf of Professional Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Nancy Greene | on behalf of Debtor Eagle Properties and Investments LLC ndg@ndglaw.com |
| Nancy Greene | on behalf of Plaintiff Eagle Properties and Investments LLC ndg@ndglaw.com |
| Nancy Greene | on behalf of Professional N D Greene PC ndg@ndglaw.com |
| Richard E. Hagerty | on behalf of Defendant Navy Federal Financial Group LLC richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;natalya.diamond@troutman.com |
| Robert Hockenbury | on behalf of Creditor Shore United Bank robert.hockenbury@wbd-us.com |
| Robert M. Marino | on behalf of Defendant Shail Butani rmmarino@rpb-law.com rmmarino1@aol.com |
| Robert M. Marino | on behalf of Defendant Ishwer Butani rmmarino@rpb-law.com rmmarino1@aol.com |
| Robert M. Marino | on behalf of Creditor Bala Jain LLC rmmarino@rpb-law.com rmmarino1@aol.com |
| Stephanie Gardner Bortnick | on behalf of Defendant Daniel Kotz sbortnick@grsm.com |
| Stephanie Gardner Bortnick | on behalf of Defendant Daniel J. Kotz sbortnick@grsm.com |
| Stephanie Gardner Bortnick | on behalf of Defendant First Class Title Inc. sbortnick@grsm.com |
| Stephen W. Nichols | on behalf of Creditor Orrstown Bank snichols@offitkurman.com |

TOTAL: 49