# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case |
| EAGLE PROPERTIES AND | ) | No. 23-10566-KHK |
| INVESTMENTS LLC | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |

## TRUSTEE'S REPORT OF SALE

Pursuant to Fed. R. Bankr. P. 6004(f) and Local Bankruptcy Rule 6004-2(D), H. Jason Gold, the Chapter 7 Trustee ("Trustee") for the above-captioned Debtor, files this Report of Sale (including attached Settlement Statement). On 07/10/2024, this Court entered an order approving the Motion to Approve Sale of Property Free and Clear of Liens, being real property at 580 W. Areba Ave, Hershey PA ("Property") held by the Debtor's bankruptcy estate.

| | |
|---|---|
| Settlement (or Closing) Date: | 08/09/2024 |
| Property Sold: | 580 W. Areba Ave, Hershey PA |
| Purchasers: | Annn Investment LLC |
| Purchase Price: | $337,000.00 |
| Exemptions paid to Debtor: | $0.00 |
| Net Proceeds to Estate: | **$83,479.03\*** |

Dated: 08/23/2024

Respectfully submitted,

*/s/ H. Jason Gold*
H. JASON GOLD, CH. 7 TRUSTEE

H. Jason Gold, Va. Bar No. 19117
PO Box 57359
Washington DC  20037
*Chapter 7 Trustee*

\*trustee received $83,059.29 at closing, plus two refunds for tax and sewer escrow totaling $419.74 received shortly after closing, for a net to estate of $83,479.03

| American Land Title Association | ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

**Universal Settlement Services of PA**
**ALTA Universal ID:**
**1423 N Atherton Street**
**2nd Floor**
**State College, PA 16803**

| | |
|---|---|
| File No./Escrow No. : | PA-24-1529 |
| Print Date & Time: | August 8, 2024  12:34 pm |
| Officer/Escrow Officer : | Brandy McAulay |
| Settlement Location : | 1423 N Atherton Street, 2nd Floor |
| | State College, PA 16803 |
| Property Address: | 580 W Areba Avenue |
| | Hershey, PA 17033 |
| Borrower: | Annn Investment LLC |
| | 818 Mountain View Street |
| | Harrisburg, PA 17112 |
| Seller: | H. Jason Gold, Bankruptcy Trustee of The Bankruptcy Estate of Eagle Properties and Investments LLC |
| | PO Box 57359 |
| | Washington, DC 20037 |
| Lender: | First Alliance Home Mortgage, LLC ISAOA/ATIMA |
| Settlement Date: | August 09, 2024 |
| Disbursement Date: | August 09, 2024 |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | | Lender Credits from First Alliance Home Mortgage, LLC ISAOA/ATIMA | | 45.00 |
| | 337,000.00 | Sale Price of Property | 337,000.00 | |
| | | Deposit | | 10,000.00 |
| | | Loan Amount | | 269,600.00 |
| 1,000.00 | | Realtor commission credit | | 1,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | 524.86 | City/Town Taxes 08/09/24 - 12/31/24 | 524.86 | |
| | 2,557.24 | Assessments 08/09/24 - 06/30/25 | 2,557.24 | |
| | | | | |
| | | **Loan Charges to First Alliance Home Mortgage, LLC ISAOA/ATIMA** | | |
| | | 2.75% of Loan Amount (Points) | 7,414.00 | |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Loan Charges to First Alliance Home Mortgage, LLC ISAOA/ATIMA  (continued)** | | |
| | | Underwriting Fees | 1,595.00 | |
| | | Appraisal Fee<br>     $825.00 paid outside closing by Borrower | | |
| | | Credit Report | 295.00 | |
| | | Flood Cert | 18.00 | |
| | | Tax Service Fee | 70.00 | |
| | | Prepaid Interest<br>     $60.01 per day from 08/09/24 to 09/01/24<br>     First Alliance Home Mortgage, LLC<br>     ISAOA/ATIMA | 1,380.32 | |
| | | | | |
| | | **Impounds** | | |
| | | Homeowner's Insurance to First Alliance Home Mortgage, LLC ISAOA/ATIMA<br>     4.000 months at $72.83/month | 291.32 | |
| | | Property Taxes to First Alliance Home Mortgage, LLC ISAOA/ATIMA<br>     7.000 months at $118.28/month | 827.96 | |
| | | 2.000 months at $243.86/month | 487.72 | |
| | | Aggregate Adjustment to First Alliance Home Mortgage, LLC ISAOA/ATIMA | | 737.06 |
| | | | | |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| | | CPL to Fidelity National Title Insurance Company | 125.00 | |
| | | Lender's Title Insurance to Universal Settlement Services of PA<br>     Coverage:  269,600.00<br>     Disclosed Premium:   1,994.00 | 1,994.00 | |
| | | TIRBOP Endorsement 100 (Covenants, Conditions and Restrictions) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 300 (Mortgage Survey Exception) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 900 (Environmental Protection Lien - Residential) to Universal Settlement Services of PA | 100.00 | |
| 150.00 | | Deed Prep to The Nittany Group | | |
| | | Owner's Title Insurance to Universal Settlement Services of PA<br>     Coverage:  337,000.00<br>     Disclosed Premium:   381.90 | 381.90 | |
| 30.00 | | Tax Cert Fee to Universal Settlement Services of PA | | |
| 100.00 | | Title Search Fee to Universal Settlement Services of PA | | |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Title Charges and Escrow/Settlement Charges (continued)** | | |
| 30.00 | | Wire Fee - Payoff to Universal Settlement Services of PA | | |
| | | | | |
| | | **Commissions** | | |
| 9,110.00 | | Commission - Listing Agent to Century 21 New Millennium | | |
| 8,425.00 | | Commission - Selling Agent to Prime Realty Services | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees to Dauphin County Recorder of Deeds | 307.50 | |
| 1,685.00 | | Transfer Tax to Dauphin County Recorder of Deeds | 1,685.00 | |
| 1,685.00 | | Transfer Tax to Dauphin County Recorder of Deeds | 1,685.00 | |
| | | | | |
| | | **Payoff(s)** | | |
| 217,182.51 | | Payoff of First Mortgage Loan to Fulton Bank<br>  Loan Payoff                              191,468.68<br>  Additional Interest From:          4,783.54<br>  08/10/24 Through:<br>  08/09/24 @ 0.000000 Per<br>  Diem<br>  Late charges                             803.04<br>  Legal Fees                          20,000.00<br>  Satisfaction Fees                      127.25<br>          Total Payoff            217,182.51 | | |
| | | | | |
| | | **Miscellaneous** | | |
| | | Homeowner's Insurance Premium to Steadily Insurance Agency<br>   12 months | 874.00 | |
| 6,593.62 | | 2021 & 2022 delinquent taxes to Dauphin County Tax Claim | | |
| 1,419.45 | | 2024 county/twp taxes to Dauphin County Treasurer | | |
| 2,862.23 | | 2024-2025 school taxes to Dauphin County Treasurer | | |
| 10,110.00 | | 326(a) Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| | | Attorney Title Exam Fee to RL Title and Escrow, Inc. | 150.00 | |
| 16,850.00 | | Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| 600.00 | | Delinquent and Final Sewer and Stormwater Escrow to Derry Township Municipal Authority | | |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Miscellaneous (continued)** | | |
| 1,000.00 | | Expense Reimbursement to to RealMarkets | | |
| 5,000.00 | | Funds Held by Trustee to H. Jason Gold, Bankruptcy Trustee of The Bankruptc | | |
| 150.00 | | Settlement and Closing Fee to RL Title and Escrow, Inc. | 895.00 | |
| **Seller** | | | **Borrower** | |
| **Debit** | **Credit** | | **Debit** | **Credit** |
| 283,982.81 | 340,082.10 | Subtotals | 360,858.82 | 281,382.06 |
| | | Due from Borrower | | 79,476.76 |
| 56,099.29 | | Due to Seller | | |
| 340,082.10 | 340,082.10 | Totals | 360,858.82 | 360,858.82 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Universal Settlement Services of PA to cause the funds to be disbursed in accordance with this statement.

Borrower

Annn Investment LLC

BY:_____

Seller

H. Jason Gold, Bankruptcy Trustee of The Bankruptcy Estate of Eagle Properties and Investments LLC

BY: *H. Jason Gold, Trustee*    08/08/2024 06:35 PM EDT

_____
Brandy McAulay
Escrow Officer