**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: | ) |
| | ) |
| EAGLE PROPERTIES AND | ) Bankruptcy Case |
| INVESTMENTS, LLC, | ) No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |
| _____ | ) |

**ORDER GRANTING MOTION TO (I) APPROVE SALE OF
249 BERKSTONE DRIVE, HARRISBURG, PA FREE AND CLEAR OF LIS PENDENS
AND JUDGMENT PURSUANT TO 11 U.S.C. § 363(f) AND (II) APPROVE
SETTLEMENT OF CLAIMS OF WEST HANOVER TOWNSHIP,
PENNSYLVANIA RELATED TO SHORT-TERM RENTALS**

UPON CONSIDERATION of the motion (Docket No. 529) ("Motion") of H. Jason Gold,

chapter 7 trustee ("Trustee"), to (i) approve the sale of the property commonly known as 249 Berkstone

Drive, Harrisburg, PA free and clear of Lis Pendens and Judgment pursuant to 11 U.S.C. § 363(F) and

(ii) approve settlement of Claims of West Hanover Township, Pennsylvania related to short term rentals

("Property"); and it appearing that proper and adequate notice of the Motion has been given and that no

further notice is necessary; and it appearing that the proposed sale is in the best interest of the estate and

its creditors, and it further appearing that based upon the endorsements of counsel set forth below that

the Bank of Clarke County, West Hanover Township, Pennsylvania, and Bala Jain, LLC have consented

to the sale of the Property as set forth herein, free and clear of all liens, claims and interests, accordingly:

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is GRANTED.

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*

2.      The Trustee is authorized to sell the Property[1] to Scott A. and Donna Corbin (the "Purchaser") for $300,000 consistent with the sales contract attached to the Motion.

3.      The Trustee is authorized to pay the secured claim of the Bank of Clarke County in full at closing.as set forth in the draft ALTA attached hereto as Exhibit A ("ALTA").

4.      At closing, the Trustee shall receive, for the benefit of the estate the sum of $9,000.00 representing his commission under Section 326 of the Bankruptcy Code plus $15,000.00 as additional consideration for the bankruptcy estate free and clear of all liens, claims and interests.

5.      The Trustee is authorized to pay a three percent (3%) commission to his broker Century 21 New Millennium at closing for services rendered in representing the Trustee in connection with the sale.

6.      The Trustee is authorized to pay a two and one half percent (2.5%) commission to Keller Williams at closing for services rendered in representing the Purchaser in connection with the sale.

7.      The Trustee is authorized to pay all outstanding real estate taxes, water and sewer escrows and other customary closing costs consistent with the ALTA.

---

[1] Having the following legal description:
All that certain parcel or lot of ground situate in West Hanover Township, Dauphin County, Pennsylvania, Bounded and described as follows to wit:  Beginning at a point on the West Right-of-Way line of Berkstone Drive, said point being the Northeast Corner of Lot No. 10 on the hereinafter mentioned Plan of Lots, thence along the North side of said Lot No. 10, South Eighty-Eight Degrees Eight Minutes Twenty-Three Seconds West (S 88 Degrees 08'23" W), One Hundred Sixty-seven (167) Feet to a point; thence along land now or late of John Hinkle and William J. harper, Jr., North One Degree Fifty-One Minutes Thirty-Seven Seconds West (N 01 Degrees 51' 37" W), One Hundred Thirty (130) Feet to a point; Thence along the South side of Lot No. 12 on the hereinafter mentioned Plan of Lots North Eighty-Eight Degrees Eight Minutes Twenty-Three Seconds East (N 88 Degrees 08' 23" E), One Hundred Sixty-Seven (167) feet to a point on the West Right-of-Way line of the aforementioned Berkstone Drive; Thence along said Right-of-Way line, South One Degree Fifty-One Minutes Thirty-Seven Seconds East (S 01 Degrees 51' 37" E), One Hundred Thirty (130) Feet to a point, the place of beginning, being Lot 11 on a Plan of Lots for Manada Heights Development recorded in Dauphin County Plan Book X, Volume 2, Page 6.

Parcel Identification Number:  68-024-182-000-0000

2

8.      The Trustee is authorized to reimburse Auction Markets, LLC at closing in an amount not to exceed $1,000.00 for any utility and property preservation expenses as needed.

9.      The Trustee is authorized to pay West Hanover Township the sum of $8,000.00 at closing consistent with the Settlement described herein.

10.     All remaining net proceeds of sale shall be held by the Trustee pending resolution of the claims of Bala Jain, LLC and further order of this Court.

11.     The Trustee is authorized to request and receive all information concerning the liens and debt held by any secured creditor necessary to close on the sale including but not limited to the loan payoff balance, proof of lien perfection, hazard insurance coverage, escrow account balance and other information.  Secured creditors are authorized and directed to promptly provide said information to the Trustee upon request of the Trustee, subject to the right of any secured creditor to oppose the request.

12.     This Order may be recorded in the land records wherein the subject Property is located.

13.     This Court retains jurisdiction with respect to any disputes regarding the Property following the sale.

14.     The following Settlement between the Trustee and West Hanover Township regarding the claims arising out of Case Nos. 2023-cv-2753, 2023-CV-2752 and 2023-cv-2754 (each styled West Hanover Township v. Eagle Properties and Investments, LLC) and the Debtor's other alleged violations of local laws ("Settlement") is approved:

> a.   The Trustee had each of the properties located in West Hanover Township inspected, resulting in a report dated May 30, 2024.  Buyers of the properties will have until one hundred and eighty (180) days following closing to cure all unpermitted work violations and West Hanover Township has the right to re-inspect the properties.

3

b.   Buyers have been informed and have acknowledged in writing of the prohibition on short term rentals in West Hanover Township.

c.   The Trustee will pay the sum of $8,000.00 in full and complete settlement of the monetary claims of West Hanover Township related to the alleged violations. Upon payment, West Hanover Township will immediately release any judgments recorded on the land records against the properties that are the subject of the settlement, with the exception of Dauphin County docket 2023-CV-2752, which shall be released upon the sale of 6961 Sterling Road, Harrisburg, Pennsylvania.

d.   The Trustee will not violate the prohibition on short term rentals while in possession of the properties or rent to anyone under twenty-one (21) years of age.

15.    Purchasers shall have until one hundred and eighty (180) days following closing to cure all unpermitted work violations and West Hanover Township has the right to re-inspect the properties.

16.    Subject to Paragraphs 9 and 10 hereof, the Sale authorized by this Order shall be free and clear of the:

a.    Praecipe to Index Action as Lis Pendens filed by Bala Jain, LLC in the Land Records of Dauphin County, Pennsylvania as Instrument Number 20220035866. *See* Exhibit B. Property to be sold free and clear of the Lis Pendens; and the

b.   Default Judgment arising out of Case No. 2023-cv-2753, West Hanover Township v. Eagle Properties and Investments, LLC ("Judgment"). Property to be sold free and clear of the Judgment.

17.    This Order shall be effective immediately and shall not be subject to the stay provided in Federal Rule of Bankruptcy Procedure 6004(h) or any other applicable stay.

4

Dated: Aug 22 2024

_____

/s/ Klinette H Kindred
_____
United States Bankruptcy Judge

Entered On Docket: Aug 23 2024

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax:  (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:    /s/ Dylan G. Trache_____
        Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*


SEEN AND AGREED:

HOOVER PENROD PLC
342 South Main Street
Harrisonburg, Virginia 22801
540/433-2444
540/433-3916 (Facsimile)
hhutman@hooverpenrod.com


By:    /s/Hannah W. Hutman (by DGT with authority)
        Hannah W. Hutman, (VSB No. 79635)

*Counsel to Bank of Clarke County*

AND

5

SALZMANN HUGHES, P.C.
1801 Market Street, Suite 300
Camp Hill, PA 17011


By:     /s/ Elizabeth Kramer (by DGT with authority)
        Elizabeth Kramer

*Counsel to West Hanover Township*


SEEN:

ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176
Phone No. (703) 777-8850
Fax No: (703) 777-8854
E-mail: crogan@RMZLawFirm.com


BY:     /s/Christopher L. Rogan (by DGT with authority)
        Christopher L. Rogan (Bar No. 30344)

*Attorneys for Bala Jain, LLC*


## CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I HEREBY CERTIFY that this Order has been endorsed by all necessary parties.

                              /s/ Dylan G. Trache
                              Dylan G. Trache

6

## LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
## PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael Freeman
OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
Century 21 Commercial New Millennium
6629 Old Dominion Drive
McLean, VA 22101

Elizabeth L. Kramer
Salzmann Hughes, P.C.
1801 Market Street, Suite 300
Camp Hill, PA 17011

Christopher Rogan
ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176

4872-5146-2613

# **Exhibit A**

| American Land Title Association | ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

**Universal Settlement Services of PA**
**ALTA Universal ID:**
**1423 N Atherton Street**
**2nd Floor**
**State College, PA 16803**

File No./Escrow No. :   PA-24-1777
Print Date & Time:   August 12, 2024   3:23 pm
Officer/Escrow Officer :
Settlement Location :   1423 N Atherton Street, 2nd Floor
State College, PA 16803

Property Address:   249 Berkstone Dr
Harrisburg, PA 17112

Borrower:   Scott A. Corbin and Donna Corbin
113 Blue Mountain Dr.
Fredericksburg, PA 17026

Seller:   H. Jason Gold, Bankruptcy Trustee of the Bankruptcy Estate of Eagle Properties and
Investements, LLC
PO Box 57359
Washington, DC 20037

Lender:   The Ephrata National Bank, ISAOA/ATIMA

Settlement Date:   August 30, 2024
Disbursement Date:   August 30, 2024

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Financial** | | |
| | 300,000.00 | Sale Price of Property | 300,000.00 | |
| | | Deposit | | 5,000.00 |
| 1,000.00 | | Seller Credit | | 1,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | 54.26 | Sewer 08/30/24-10/01/24 | 54.26 | |
| | 353.20 | City/Town Taxes 08/30/24 - 12/31/24 | 353.20 | |
| | 1,780.03 | Assessments 08/30/24 - 06/30/25 | 1,780.03 | |
| | | | | |
| | | **Other Loan Charges** | | |
| | | Attorney Title Exam Fee to RL Title and Escrow Inc. | 150.00 | |
| 150.00 | | Settlement and Closing Fee to RL Title and Escrow Inc. | 895.00 | |
| | | | | |
| | | **Title Charges and Escrow/Settlement Charges** | | |

Copyright 2015 American Land Title Association
All rights reserved

File # PA-24-1777 / 15
Printed on 08/12/24 at 3:23:09PM by jmathuse

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Title Charges and Escrow/Settlement Charges (continued)** | | |
| | | CPL | 125.00 | |
| | | TIRBOP Endorsement 100 (Covenants, Conditions and Restrictions) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 300 (Mortgage Survey Exception) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 900 (Environmental Protection Lien - Residential) to Universal Settlement Services of PA | 100.00 | |
| 150.00 | | Deed Prep to The Nittany Group | | |
| 1,000.00 | | Final Sewer to Universal Escrow | | |
| 500.00 | | Final Water to Universal Escrow | | |
| 145.00 | | Tax Cert Fee to Universal Settlement Services of PA | | |
| | | Title Search Fee to Universal Settlement Services of PA | 100.00 | |
| | | | | |
| | | **Commissions** | | |
| 9,000.00 | | Commission - Listing Agent to Century 21 New millennium | | |
| 7,500.00 | | Commission - Selling Agent to Keller Williams Realty | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees to Dauphin County Recorder of Deeds | 281.50 | |
| 1,500.00 | | Transfer Tax to Dauphin County Recorder of Deeds | 1,500.00 | |
| 1,500.00 | | Transfer Tax to Dauphin County Recorder of Deeds | 1,500.00 | |
| | | | | |
| | | **Payoff(s)** | | |
| 201,538.83 | | Payoff of First Mortgage Loan to Bank of Clarke<br>Loan Payoff    201,264.61<br>Additional Interest From:    274.22<br>08/22/24 Through:<br>08/30/24 @ 19.587200<br>Per Diem plus 5 Extra<br>Days<br>Total Payoff    201,538.83 | | |
| | | | | |
| | | **Miscellaneous** | | |
| 1,170.17 | | 2024 county/twp taxes to West Hanover Township Tax Collector | | |
| 2,129.06 | | 2024-2025 school taxes to West Hanover Township Tax Collector | | |

Copyright 2015 American Land Title Association
All rights reserved

File # PA-24-1777 / 15
Printed on 08/12/24 at 3:23:09PM by jmathuse

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Miscellaneous (continued)** | | |
| 9,000.00 | | 326(a) Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| 15,000.00 | | Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| 7,664.94 | | delinquent taxes/good thru 8/30/24 to Dauphin County Tax Claim | | |
| 1,000.00 | | Expense Reimbursement to RealMarkets | | |
| 8,000.00 | | Judgment 2023-CV-2753 to West Hanover Township | | |

| Seller | | | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| 267,948.00 | 302,187.49 | **Subtotals** | 307,038.99 | 6,000.00 |
| | | **Due from Borrower** | | 301,038.99 |
| 34,239.49 | | **Due to Seller** | | |
| 302,187.49 | 302,187.49 | **Totals** | 307,038.99 | 307,038.99 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement.  We/I authorize Universal Settlement Services of PA to cause the funds to be disbursed in accordance with this statement.

Borrower

_____
Scott A. Corbin

_____
Donna Corbin

Seller

H. Jason Gold, Bankruptcy Trustee of the Bankruptcy Estate of Eagle Properties and Investements, LLC

BY:_____

_____
Escrow Officer

Copyright 2015 American Land Title Association
All rights reserved

File # PA-24-1777 / 15
Printed on 08/12/24 at 3:23:09PM by jmathuse

# **<u>Exhibit B</u>**

Alan V. Klein, Esq.
alan.klein@offitkurman.com
Attorney I.D. No. 57104
OFFIT KURMAN, P.A.
401 PLYMOUTH ROAD, SUITE 100
PLYMOUTH MEETING, PENNSYLVANIA 19462
(267) 338-1300

Parcel ID: 68-024-182
UPI: 68-024-182-000-0000

## IN THE COURT OF COMMON PLEAS OF
### DAUPHIN COUNTY, PENNSYLVANIA
#### 12th JUDICIAL DISTRICT

| | |
|---|---|
| **12th JUDICIAL DISTRICT** | |
| **BALA JAIN, LLC,** ) | |
| **6007 Marilyn Drive** ) | |
| **Alexandria, Virginia 22310,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **IN THE CIRCUIT COURT** |
| **EAGLE PROPERTIES AND INVESTMENTS** ) | **OF FAIRFAX COUNTY** |
| **LLC, ET AL.,** ) | **VIRGINIA** |
| ) | **No. [CL-2022-0009687]** |
| ) | |
| ) | |
| **Defendants.** ) | |

### PRAECIPE TO INDEX ACTION AS LIS PENDENS

TO THE PROTHONOTARY:

You are hereby notified that on the 18th day of July, 2022, suit was instituted by the undersigned

and on November 22, 2022 an amended complaint was filed, in the above captioned and styled

cause in the Circuit Court of Fairfax County, Virginia, that the following are all the names of

the parties to said suit:

| Name of Plaintiff | Name of Defendant | Kind of Suit |
|---|---|---|
| Bala Jain, LLC
6007 Marilyn Drive
Alexandria, Virginia
22310 | **EAGLE PROPERTIES
AND INVESTMENTS LLC**
445 Windover Avenue
Vienna, Virginia 22180
Serve: J. Chapman Petersen, Esq.
Chap Petersen & Associates, PLC
3970 Chain Bridge Road
Fairfax, Virginia 22030
*Counsel for Eagle Properties and Investments, LLC,
Monika Jain and Amit Jain* | The lawsuit alleges that
one or more of the
Defendants used money
it borrowed from Bala
Jain, LLC to acquire,
improve, and/or develop
the subject Property.
The lawsuit alleges that
the Defendants engaged |

| | | |
|---|---|---|
| | **MONIKA JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180<br>Serve: J. Chapman Petersen, Esq.<br>Chap Petersen & Associates, PLC<br>3970 Chain Bridge Road<br>Fairfax, Virginia 22030<br>*Counsel for Eagle Properties and Investments, LLC,*<br>*Monika Jain and Amit Jain* | in fraud, conspiracy to commit fraud, breach of contract, and seeks a declaratory judgment and injunctive relief establishing a constructive trust against this Property and such other relief as may be necessary to protect and prepare Bala Jain, LLC's interest in the Property. |
| | **AMIT JAIN**<br>445 Windover Avenue<br>Vienna, VA 22180<br>Serve: J. Chapman Petersen, Esq.<br>Chap Petersen & Associates, PLC<br>3970 Chain Bridge Road<br>Fairfax, Virginia 22030<br>*Counsel for Eagle Properties and Investments, LLC,*<br>*Monika Jain and Amit Jain* | |
| | **FIRST CLASS TITLE, INC.**<br>1803 Research Blvd, Suite 512<br>Rockville, Maryland 20850<br>Serve:  Jessica Summers, Esq.<br>The Law Firm of Paley Rothman<br>4800 Hampden Lane, 6th Floor<br>Bethesda, MD 20814<br>jsummers@paleyrothman.com<br>*Counsel for First Class Title, Inc. and*<br>*Daniel Kotz, Esq.* | |
| | **Daniel Kotz, Esq.**<br>1803 Research Blvd #512<br>Rockville, MD 20850<br>Serve: Jessica Summers, Esq.<br>The Law Firm of Paley Rothman<br>4800 Hampden Lane, 6th Floor<br>Bethesda, MD 20814<br>jsummers@paleyrothman.com<br>*Counsel for First Class Title, Inc. and*<br>*Daniel Kotz, Esq.* | |
| | **ARPAAGRO GENERAL TRADING, LLC**<br>2567 Chain Bridge Rd Unit 2E<br>Vienna, VA 22182 | |
| | **EAGLE PROPERTIES, LLC**<br>445 Windover Ave.<br>Vienna, VA 22180 | |
| | **EAGLE INVESTMENTS, LLC**<br>445 Windover Ave.<br>Vienna, VA 22180 | |
| | **TRUE PROPERTIES, LLC**<br>2567 Chain Bridge Road, Unite 2E<br>Vienna, Virginia 22182 | |

| | | |
|---|---|---|
| | **TRUE PROPERTIES, LL**<br>2567 Chain Bridge Road, Unite 2E<br>Vienna, Virginia 22182, | |
| | **Sell USA LLC**<br>445 Windover Ave.<br>Vienna, VA 22180 | |
| | **495 REAL ESTATE, LLC**<br>**2567 Chain Bridge Road, Unite 2E**<br>**Vienna, Virginia 22182**<br>2567 Chain Bridge Road, Unite 2E<br>Vienna, Virginia 22182, | |
| | **SHEHLA JARRAL**<br>514 Bond Avenue<br>Reisterstown, Maryland 21136 | |
| | **MUHAMMAD JARRAL**<br>514 Bond Avenue<br>Reisterstown, Maryland 21136 | |
| | **SPSVA, LLC**<br>c/O: Satpal Singh, registered agent<br>10313 Henderson Road<br>Fairfax Station, Virginia 22039 | |
| | **DOLBI USA, LLC**<br>c/o: Shaikh R. Rahim, Managing Member<br>13306 Smoketown Road<br>Woodbridge, Virginia 22192 | |
| | **SHAIKH M. RAHIM**<br>145 W Ostend Street, Suite 600<br>Baltimore, Maryland 21230 | |
| | **MOHEED RAHIM**<br>145 W Ostend Street, Suite 600<br>Baltimore, Maryland 21230 | |
| | **JACQUELINE ALEXANDER**<br>1009 Sweetgrass Circle<br>La Plata, Maryland 20646 | |
| | **CAPITAL ONE, NATIONAL ASSOCIATION**<br>1680 Capital One Dr.<br>Mc Lean, VA, 22102 | |
| | **FULTON FINANCIAL CORPORATION**<br>1 Penn Sq, PO Box 4887<br>Lancaster, PA, 17602 | |
| | **MAIN STREET BANK**<br>c/o: Kagan, Stern, Marinello and Beard,<br>PLLC, registered agent<br>10089 Fairfax Boulevard<br>Fairfax, Virginia 22030 | |
| | **BANK OF CLARKE COUNTY**<br>c/o: Kathleen J. Chappell, registered agent<br>2 East Main Street<br>Berryville, Virginia 22611 | |
| | **NAVY FEDERAL FINANCIAL GROUP, LLC**<br>1007 Electric Ave,<br>Vienna, VA, 22180 | |

3

|   | **SAPTAL SINGH,** <br> 10313 Henderson Road <br> Fairfax Station, Virginia 22039 |   |
|---|---|---|
|   | **ATLANTIC UNION BANK** <br> **f./k/a UNION BANK & TRUST** <br> c/o: RACHAEL LAPE, registered agent <br> Union Bankshares Corporation <br> 1051 E. Cary Street, Suite 1200 <br> Richmond, Virginia, 23219 |   |
|   | **PNC BANK, N.A.** <br> 249 Fifth Avenue <br> Pittsburgh, Pennsylvania 15222 |   |
|   | **PRIMIS BANK D/B/A/ SONA BANK** <br> 10900 Nuckols Road, Suite 325 <br> Glen Allen, Virginia 23060 |   |

Please index this action filed in the Virginia state courts as a *lis pendens* against the property located at 249 Berkstone Dr, Harrisburg, PA 17112. Parcel ID 68-024-182 UPI: 68-024-182-000-0000, more particularly described as:

ALL THAT CERTAIN PARCEL OR LOT OF GROUND SITUATE IN WEST HANOVER TOWNSHIP, DAUPHIN COUNTY, PENNSYLVANIA, BOUNDED AND DESCRIBED AS FOLLOWS TO WIT: BEGINNING AT A POINT ON THE WEST RIGHT-OF-WAY LINE OF BERKSTONE DRIVE, SAID POINT BEING THE NORTHEAST CORNER OF LOT NO. 10 ON THE HEREINAFTER MENTIONED PLAN OF LOTS, THENCE ALONG THE NORTH SIDE OF SAID LOT NO. 10, SOUTH EIGHTY-EIGHT DEGREES EIGHT MINUTES TWENTYTHREE SECONDS WEST (S 88 DEGREES 08' 23" W), ONE HUNDRED SIXTYSEVEN (167) FEET TO A POINT; THENCE ALONG LAND NOW OR LATE OF JOHN HINKLE AND WILLIAM J. HARPER, JR., NORTH ONE DEGREE FIFTYONE MINUTES THIRTY-SEVEN SECONDS WEST (N 01 DEGREES 51' 37" W), ONE HUNDRED THIRTY (130) FEET TO A POINT; THENCE ALONG THE SOUTH SIDE OF LOT NO. 12 ON THE HEREINAFTER MENTIONED PLAN OF LOTS, NORTH EIGHTY-EIGHT DEGREES EIGHT MINUTES TWENTYTHREE SECONDS EAST (N 88 DEGREES 08' 23" E), ONE HUNDRED SIXTYSEVEN (167) FEET TO A POINT ON THE WEST RIGHT-OF-WAY LINE OF THE AFOREMENTIONED BERKSTONE DRIVE; THENCE ALONG SAID RIGHTOF- WAY LINE, SOUTH ONE DEGREE FIFTY-ONE MINUTES THIRTY-SEVEN SECONDS EAST (S 01 DEGREES 51' 37" E), ONE HUNDRED THIRTY (130) FEET TO A POINT, THE PLACE OF BEGINNING. BEING LOT NO. 11 ON A PLAN OF LOTS FOR MANADA HEIGHTS DEVELOPMENT RECORDED IN DAUPHIN COUNTY PLAN BOOK X, VOLUME 2, PAGE 6.

THE DERIVATION OF SAME BEING:

The same being property conveyed by Deed executed by GLENN ZEAGER AND FLORENCE ZEAGER, HIS WIFE, AND PAUL G. LANDIS AND ANNA MARIE LANDIS, HIS WIFE, BY THEIR ATTORNEY-IN-FACT GLENN ZEAGER, on 3/29/1979, as recorded on 3/29/1979 at Book/Liber 20, Page/Folio 566, Instrument in the land records of DAUPHIN COUNTY, PENNSYLVANIA.

Parcel Identification Number: 68-024-182-000-0000

I certify that this action involves title to real estate and seeks relief in the form of imposition of a constructive trust based on Eagle Properties and Investments, LLC's ("Eagle") use of loan proceeds it obtained from Bala Jain, LLC for the purchase, improvement and development of the real estate at issue. Bala Jain, LLC has filed a lawsuit against Eagle, Amit Jain, Monika Jain, First Class Title, and Daniel Kotz. The lawsuit alleges, *inter alia*, that: Amit Jain, Monika Jain, First Class title and Daniel Kotz committed fraud and conspiracy to commit fraud in order to deceive Bala Jain, LLC to lend Eagle $7.5 million in loans to purchase, improve, and develop various real properties, including the real estate at issue (Counts I and II), and that Bala Jain is entitled to declaratory judgment that Eagle's failure to repay the loans combined with the other defendants to fraud entitles Bala Jain to seek imposition of a constructive trust on the real estate at issue (Count III).

Plaintiff is seeking a Constructive Trust on the property referenced herein.


Dated:  December 12, 2022                      Respectfully submitted,

                                              _____
                                              Alan V. Klein, Esq.
                                              alan.klein@offitkurman.com
                                              Attorney for Plaintiff
                                              OFFIT KURMAN, P.A.
                                              401 PLYMOUTH ROAD, SUITE 100
                                              PLYMOUTH MEETING, PENNSYLVANIA
                                              19462
                                              (267) 338-1300

**VERIFICATION**

I, SHAIL BUTANI, verify that I am Managing Member of Bala Jain, LLC, a Virginia LLC, and I am authorized to make this verification on its behalf. The allegations in the foregoing praecipe to index an action as *lis pendens* are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

Bala Jain, LLC, a Virginia LLC,

By: _Shail Butani_

SHAIL BUTANI

Its: Managing Member

6

Alan V. Klein, Esq.
alan.klein@offitkurman.com
Attorney I.D. No. 57104
OFFIT KURMAN, P.A.
401 PLYMOUTH ROAD, SUITE 100
PLYMOUTH MEETING, PENNSYLVANIA 19462
(267) 338-1300

IN THE COURT OF COMMON PLEAS OF

DAUPHIN COUNTY, PENNSYLVANIA

12th JUDICIAL DISTRICT

Court Term: JULY, 2022

| | | |
|---|---|---|
| **BALA JAIN, LLC,** | ) | |
| | ) | IN THE CIRCUIT COURT |
| Plaintiff[s], | ) | OF FAIRFAX COUNTY VIRGINIA |
| | ) | No. [CL-2022-0009687] |
| v. | ) | |
| | ) | |
| **EAGLE PROPERTIES AND** | ) | |
| **INVESTMENTS LLC, ET AL.,** | ) | |
| | ) | |
| | ) | |
| Defendant[s]. | ) | |

**CERTIFICATION OF COMPLIANCE WITH**
**CASE RECORDS PUBLIC ACCESS POLICY**

I certify that this filing, which includes a Praecipe to Index as Lis Pendens, complies with the

provisions of the *Case Records Public Access Policy of the Unified Judicial System of*

*Pennsylvania* that require filing confidential information and documents differently than non-

confidential information and documents.

12/12/2022                                    Alan V. Klein

4857-6794-1939, v. 3

7

**James M. Zugay, Esq.**
Recorder of Deeds
(717) 780-6560

**Candace E. Meck**
*First Deputy*



*Location:*
Dauphin County Courthouse
Room 102
Front & Market Streets
Harrisburg, PA 17101

## Recorder of Deeds

Harrisburg, Pennsylvania

### CERTIFIED END PAGE

INSTRUMENT #: 20220035866
RECORD DATE: 12/14/2022 8:56:01 AM
RECORDED BY: CMECK
DOC TYPE: LIS PEND
AGENT: SIMPLIFILE
DIRECT NAME: BALA JAIN, LLC
INDIRECT NAME: EAGLE PROPERTIES & INVESTMENTS LLC

RECORDING FEES - State: $0.50
RECORDING FEES - County: $13.00
ACT 8 OF 1998: $5.00
ADDITIONAL NAME FEE: $6.00
TOTAL NAMES: $10.50

UPICount: 1
UPIFee:   20
UPIList:  68-024-182-000-0000

I Certify This Document To Be Recorded
In Dauphin County, Pennsylvania.



James M. Zugay, *Recorder of Deeds*

## THIS IS A CERTIFICATION PAGE

# PLEASE DO NOT DETACH

## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                    Case No. 23-10566-KHK

Eagle Properties and Investments LLC                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: TaiGlennB | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 23, 2024 | Form ID: pdford11 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Elizabeth L. Kramer, Salzmann Hughes, P.C., 1801 Market Street, Suite 300, Camp Hill, PA 17011-4803 |
| RE | + | Stephen Karbelk, Team Leader, RealMarkets, Century 21 New Millennium, 6629 Old Dominion Dr, McLean, VA 22101-4516 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Aug 24 2024 00:28:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew S Goldstein | on behalf of Creditor GITSIT Solutions  LLC AGoldstein@mglspc.com, jcoffman@mglspc.com |
| Barry W. Spear | on behalf of Creditor Aero Mortgage Loan Trust 2019- 1 Barry.Spear@bww-law.com  bankruptcy@bww-law.com |
| Bradley J. Swallow | on behalf of Defendant Main Street Bank bswallow@fblaw.com |

District/off: 0422-9                                    User: TaiGlennB                                    Page 2 of 3
Date Rcvd: Aug 23, 2024                                 Form ID: pdford11                                 Total Noticed: 3

Christian K. Vogel
on behalf of Interested Party Primis Bank kvogel@vogelandcromwell.com

Christian K. Vogel
on behalf of Defendant Primis Bank f/k/a Sona Bank kvogel@vogelandcromwell.com

Christopher A. Jones
on behalf of Debtor Eagle Properties and Investments LLC cajones@whitefordlaw.com
clano@whitefordlaw.com,dchaney@whitefordlaw.com

Christopher L. Rogan
on behalf of Defendant Shail Butani crogan@rmzlawfirm.com

Christopher L. Rogan
on behalf of Creditor Bala Jain LLC crogan@rmzlawfirm.com

Christopher L. Rogan
on behalf of Defendant Ishwer Butani crogan@rmzlawfirm.com

Christopher L. Rogan
on behalf of Defendant Bala Jain LLC crogan@rmzlawfirm.com

Corey Simpson Booker
on behalf of Creditor Atlantic Union Bank corey.booker@atlanticunionbank.com

Craig M. Palik
on behalf of Creditor Trinity Universal Insurance Company cpalik@mhlawyers.com
cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnickerson@mhlawyers.com

David S. Musgrave
on behalf of Creditor Fulton Bank  N.A. dmusgrave@gfrlaw.com, vhilbun@gfrlaw.com

David S. Musgrave
on behalf of Defendant Fulton Financial Corporation dmusgrave@gfrlaw.com  vhilbun@gfrlaw.com

Dylan G. Trache
on behalf of Trustee H. Jason Gold dylan.trache@nelsonmullins.com
linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Elizabeth Husebo
on behalf of Defendant Daniel J. Kotz ehusebo@grsm.com

Elizabeth Husebo
on behalf of Defendant First Class Title  Inc. ehusebo@grsm.com

Erik W. Fox
on behalf of Creditor Vienna Oaks Office Center Condominium efox@reesbroome.com
rhurley@reesbroome.com;rchambers@reesbroome.com;pgoodwine@reesbroome.com

Gerard R. Vetter
ustpregion04.ax.ecf@usdoj.gov

H. Jason Gold
goldtrustee@fiduciaryservicesgroup.com  VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com

Hannah White Hutman
on behalf of Creditor Bank of Clarke County hhutman@hooverpenrod.com
scurtis@hooverpenrod.com;hooverpenrodplc@jubileebk.net

J. P. McGuire Boyd, Jr
on behalf of Defendant Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
on behalf of Creditor Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
on behalf of Defendant Bank of Clarke County mboyd@williamsmullen.com

Jack Frankel
on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov
USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

James R. Meizanis, Jr.
on behalf of Creditor LINKBANK jmeizanis@bklawva.com  jroot@bklawva.com;mnoble@bklawva.com

James R. Meizanis, Jr.
on behalf of Creditor Virginia Partners Bank jmeizanis@bklawva.com  jroot@bklawva.com;mnoble@bklawva.com

Jeffery T. Martin, Jr.
on behalf of Debtor Eagle Properties and Investments LLC jeff@martinlawgroup.com
martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com;jeff@martinlawgroupva.com

District/off: 0422-9
Date Rcvd: Aug 23, 2024

User: TaiGlennB

Form ID: pdford11

Page 3 of 3

Total Noticed: 3

| Jeffery T. Martin, Jr. | on behalf of Plaintiff Eagle Properties and Investments LLC jeff@martinlawgroup.com<br>martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com;jeff@martinlawgroupva.com |
|---|---|
| Jeffery T. Martin, Jr. | on behalf of Counter-Defendant Eagle Properties and Investments LLC jeff@martinlawgroup.com<br>martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com;jeff@martinlawgroupva.com |
| Jeremy B. Root | on behalf of Creditor Virginia Partners Bank jroot@bklawva.com<br>tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com |
| John E Reid | on behalf of Debtor Eagle Properties and Investments LLC jack@martinlawgroup.com  jack@martinlawgroupva.com |
| John Tucker Farnum | on behalf of Interested Party SC&H Group jfarnum@milesstockbridge.com<br>jfarnumecfnotices@gmail.com;dbernard@milesstockbridge.com |
| Joshua David Stiff | on behalf of Debtor Eagle Properties and Investments LLC jstiff@wtplaw.com  eslate@wtplaw.com;dchaney@whitefordlaw.com |
| Justin Fasano | on behalf of Creditor Gus Goldsmith jfasano@mhlawyers.com<br>jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;sshin@mhlawyers.com;dmoorehead@mhlawyers.com |
| Lee S Raphael | on behalf of Creditor Gitsit Solutions  LLC ecf1@ecf.courtdrive.com, cmartin@pralc.com |
| Maurice Belmont VerStandig | on behalf of Professional Maurice VerStandig mac@mbvesq.com<br>lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Nancy Greene | on behalf of Debtor Eagle Properties and Investments LLC ndg@ndglaw.com |
| Nancy Greene | on behalf of Plaintiff Eagle Properties and Investments LLC ndg@ndglaw.com |
| Nancy Greene | on behalf of Professional N D Greene PC ndg@ndglaw.com |
| Richard E. Hagerty | on behalf of Defendant Navy Federal Financial Group  LLC richard.hagerty@troutmansanders.com,<br>sharron.fay@troutmansanders.com;natalya.diamond@troutman.com |
| Robert Hockenbury | on behalf of Creditor Shore United Bank robert.hockenbury@wbd-us.com |
| Robert M. Marino | on behalf of Defendant Shail Butani rmmarino@rpb-law.com  rmmarino1@aol.com |
| Robert M. Marino | on behalf of Defendant Ishwer Butani rmmarino@rpb-law.com  rmmarino1@aol.com |
| Robert M. Marino | on behalf of Creditor Bala Jain LLC rmmarino@rpb-law.com  rmmarino1@aol.com |
| Stephanie Gardner Bortnick | on behalf of Defendant Daniel Kotz sbortnick@grsm.com |
| Stephanie Gardner Bortnick | on behalf of Defendant Daniel J. Kotz sbortnick@grsm.com |
| Stephanie Gardner Bortnick | on behalf of Defendant First Class Title  Inc. sbortnick@grsm.com |
| Stephen W. Nichols | on behalf of Creditor Orrstown Bank snichols@offitkurman.com |

TOTAL: 49