IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| EAGLE PROPERTIES AND ) | |
| INVESTMENTS LLC ) | CASE NO. 23-10566-KHK |
| ) | CHAPTER 7 |
| Debtor ) | |

## TRUSTEE'S OPERATING REPORT FOR PERIOD JULY 1, 2024 TO JULY 31, 2024

H. Jason Gold, Trustee, pursuant to the Court's Order entered April 25, 2024 (ECF 424) submits this Monthly Operating Report for the period commencing July 1, 2024 and ending July 31, 2024. Attached to this report are (1) a detailed report of the disposition of the case and the various rental properties; (2) a detailed statement of rent receipts and management fees and expenses for each property from RealMarkets; and (3) other receipts and expenses incurred by the trustee.

Respectfully submitted,

H. JASON GOLD, TRUSTEE

By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax: (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:   /s/ Dylan G. Trache
      Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

4864-6220-7709 v.1



**Executive Summary**
**Asset Management**
**Eagle Properties and Investments, LLC**
**July 2024**

In July 2024, we continued to maintain the properties while going through the marketing and sale process.

**Transition Management from Chapter 11 to Chapter 7**
We have taken control of all accounts that we need to have control of.

**Insurance Update**
All properties are either insured or, if the insurance company has cancelled the policy due to insurability issues, the secured creditor has been notified so they can put forced placed insurance in place.

**Invoices**
To the best of my knowledge, all invoices that need to be paid by the bankruptcy estate are being directed or sent to my attention.

**Tenant Issues**
- 15474 Roxbury Road, Glenwood, MD – Special counsel has been approved by the Court to pursue the eviction of the tenant.

**Short-Term Rental Inspection**
Before Chapter 7 proceedings, the Debtor engaged in short-term rentals. West Hanover Township initiated legal action to halt this activity. The Trustee and his counsel negotiated an agreement to resolve the litigation, requiring contract buyers to acknowledge in writing the prohibition on short-term rentals and mandate property inspections for unpermitted work. The inspection report was completed. The result is that there is substantial non-permitted work in each home that either needs to be permitted (which requires opening up all of the walls and possibly removing walls) or having all of the improvements removed.

Impacted properties include:
- 249 Berkstone Drive, Harrisburg, PA (Scheduled to close on 8/30/24)
- 204 S. Fairville Ave, Harrisburg, PA (Sale pending before Court, 8/27/24 hearing date)
- 6958 New Oxford Road, Harrisburg, PA (Sale pending before Court, 8/27/24 hearing date, anticipate an 8/30/24 closing date)
- 6961 Sterling Road, Harrisburg, PA (Tenant occupied)

**Advanced Funding**
The Trustee reimbursed RealMarkets for the following out-of-pocket expenses:

- $390.00 – March 2024
- $3,733.15 – April 2024
- $3,919.58 – May 2024
- $5,374.21 – June 2024
- $5,539.91 – July 2024 (billed with this report)

We will continue to work closely with the Trustee and his counsel for the required approvals and decisions.

**Sincerely,**


**Stephen Karbelk**
Team Leader RealMarkets, a CENTURY 21 New Millennium team
Court Appointed Asset Manager, Eagle Properties and Investments LLC



**Income and Expense Analysis – July 2024**
**Eagle Properties and Investments, LLC**

This report is provided for properties that are occupied and rent was received prior to July 31, 2024.  As noted on the Rent Roll, the following properties are tenant occupied but no rent was received:

- 2567 Chain Bridge Road, Vienna, VA – Sale approved on July 2, 2024, closed on July 31, 2024.
- 15474 Roxbury Road, Glenwood, MD – Collection efforts attempted, no response, tenant has a history of non-payment, eviction counsel engaged.
- 202 N. Port Street, Baltimore, MD – Collection efforts attempted, no response, tenant has a history of non-payment
- 213 N. Port Street, Baltimore, MD – Abandoned on July 31, 2024
- 1635 Church Road, Hershey, PA – Closed on July 12, 2024.
- 580 W. Areba Ave, Hershey, PA – Tenant moved out early July, closed on August 9, 2024.
- 1001 Manning Drive, Fredericksburg, VA – July 2024 tenant retained rent in exchange for security deposit and for tenant to move out by end of July 2024 and leave home in broom clean condition for closing.  Property closed on August 2, 2024.

**6961 Sterling Road, Harrisburg, PA**
**Lender: ABL PRC Residential Credit Acquisition**

| Income | June 2024 | July 2024 | Payee | Notes |
|---|---|---|---|---|
| Rent | $3,900 | $3,900 | Tenant | June rent received in July 2024 |
|  |  |  |  |  |
| Expenses |  |  |  |  |
| Insurance |  | $55.91 | State Farm |  |
| Electric | Tenant Responsibility |  |  |  |
| Water/Sewer | $162.66 | $316.65 | Lower Paxton Township/PA Am Water |  |
| Landscaping | Tenant Responsibility |  |  |  |
| Maintenance | $89.00 |  | WM Buffington |  |
| Other | $0.00 |  |  |  |
| Net Proceeds | $3,648.34 | $3,527.44 |  |  |

Surplus Funds:  $7,175.78

**3012 Dupont Ave, Baltimore, MD**
**Lender: Bala Jain, LLC (purchased Main Street Bank mortgage)**

| Income | June 2024 | July 2024 | Payee | Notes |
|---|---|---|---|---|
| Rent | $1,300.00 | $1,300.00 | Tenant | |
| | | | | |
| Expenses | | | | |
| Insurance | $70.08 | $70.08 | State Farm | |
| Electric | Tenant Responsibility | | | |
| Water/Sewer | Tenant Responsibility | | | |
| Landscaping | Tenant Responsibility | | | |
| Maintenance | $0.00 | | | |
| Other | $0.00 | | | |
| Net Proceeds | $1,229.92 | $1,229.92 | | |

Surplus Funds: $2,459.84

| Inv Ref | Date | Name | Property Address | Rental Income Received | 1st DOT Cash Collateral Order | Account | Amount | Property Total |
|---|---|---|---|---|---|---|---|---|
| 137 | 7/24/24 | State Farm | 1001 Manning Drive, Fredericksburg, VA | No | Yes - Fulton Bank | Property Insurance - Client Property | $ 47.75 | $ 47.75 |
|  |  |  |  |  |  |  |  |  |
| 126 | 6/27/24 | Edward Bradley | 1010 Lynn Street, SW, Vienna, VA | No | No | Property Maintenance - Mowing | $ 75.00 |  |
| 125 | 7/12/24 | Edward Bradley | 1010 Lynn Street, SW, Vienna, VA | No | No | Property Maintenance - Mowing | $ 75.00 |  |
| 131 | 7/29/24 | Dominion Power | 1010 Lynn Street, SW, Vienna, VA | No | No | Utilities - Listings | $ 87.79 |  |
| 127 | 7/26/24 | Edward Bradley | 1010 Lynn Street, SW, Vienna, VA | No | No | Property Maintenance - Mowing | $ 75.00 |  |
| 149 | 7/19/24 | Dominion Power | 1010 Lynn Street, SW, Vienna, VA | No | No | Utilities - Listings | $ 215.44 | $ 528.23 |
|  |  |  |  |  |  |  |  |  |
| 143 | 7/12/24 | State Farm | 1343 Church Road, Hershey, PA | No | Yes - Fulton Bank | Property Insurance - Client Property | $ 80.25 |  |
| 126 | 6/27/24 | Edward Bradley | 1343 Church Road, Hershey, PA | No | Yes - Fulton Bank | Property Maintenance - Mowing | $ 75.00 |  |
| 139 | 7/29/24 | PA American Water | 1343 Church Road, Hershey, PA | No | Yes - Fulton Bank | Utilities - Listings | $ 39.85 |  |
| 143 | 7/12/24 | State Farm | 1343 Church Road, Hershey, PA | No | Yes - Fulton Bank | Property Insurance - Client Property | $ 73.08 | $ 268.18 |
|  |  |  |  |  |  |  |  |  |
| 143 | 7/12/24 | State Farm | 204 S. Fairville Ave, Harrisburg, PA | No | No | Property Insurance - Client Property | $ 78.66 |  |
| 127 | 7/26/24 | Edward Bradley | 204 S. Fairville Ave, Harrisburg, PA | No | No | Property Maintenance - Mowing | $ 75.00 |  |
| 126 | 6/27/24 | Edward Bradley | 204 S. Fairville Ave, Harrisburg, PA | No | No | Property Maintenance - Mowing | $ 75.00 |  |
| 136 | 7/29/24 | PPL Electric Utilities | 204 S. Fairville Ave, Harrisburg, PA | No | No | Utilities - Listings | $ 159.34 |  |
| 125 | 7/12/24 | Edward Bradley | 204 S. Fairville Ave, Harrisburg, PA | No | No | Property Maintenance - Mowing | $ 75.00 | $ 463.00 |
|  |  |  |  |  |  |  |  |  |
| 143 | 7/12/24 | State Farm | 249 Berkstone Drive, Harrisburg, PA | No | No | Property Insurance - Client Property | $ 74.83 |  |
| 126 | 6/27/24 | Edward Bradley | 249 Berkstone Drive, Harrisburg, PA | No | No | Property Maintenance - Mowing | $ 75.00 |  |
| 125 | 7/12/24 | Edward Bradley | 249 Berkstone Drive, Harrisburg, PA | No | No | Property Maintenance - Mowing | $ 75.00 |  |
| 127 | 7/26/24 | Edward Bradley | 249 Berkstone Drive, Harrisburg, PA | No | No | Property Maintenance - Mowing | $ 75.00 |  |
| 130 | 7/10/24 | PPL Electric Utilities | 249 Berkstone Drive, Harrisburg, PA | No | No | Utilities - Listings | $ 108.27 | $ 408.10 |
|  |  |  |  |  |  |  |  |  |
| 141 | 7/19/24 | The Hartford | 2565 & 2567 Chain Bridge Road, Vienna, VA | No | No | Property Insurance - Client Property | $ 129.23 |  |
| 124 | 7/18/24 | Fast and Fair Junk Hauling | 2565 Chain Bridge Road, Vienna, VA | No | No | Maintenance - Trash Removal | $ 1,400.00 |  |
| 147 | 7/1/24 | AllTech Services | 2565 Chain Bridge Road, Vienna, VA | No | No | Property Maintenance | $ 135.00 |  |
| 150 | 7/19/24 | Dominion Power | 2565 Chain Bridge Road, Vienna, VA | No | No | Utilities - Listings | $ 288.85 | $ 1,953.08 |
|  |  |  |  |  |  |  |  |  |
| 138 | 7/25/24 | State Farm | 3012 Dupont Ave, Baltimore, MD | No | TBD - Bala Jain Only | Property Insurance - Client Property | $ 70.08 | $ 70.08 |
|  |  |  |  |  |  |  |  |  |
| 145 | 7/10/24 | State Farm | 445 Windover Ave, Vienna, VA | No | No | Property Insurance - Client Property | $ 74.11 | $ 74.11 |
|  |  |  |  |  |  |  |  |  |
| 151 | 7/19/24 | Dominion Power | 449 Lawyers Road, Vienna, VA | No | No | Utilities - Listings | $ 407.83 | $ 407.83 |
|  |  |  |  |  |  |  |  |  |
| 143 | 7/12/24 | State Farm | 580 W. Areba Ave, Hershey, PA | No | Yes - Fulton Bank | Property Insurance - Client Property | $ 72.66 |  |
| 128 | 7/29/24 | PPL Electric Utilities | 580 W. Areba Ave, Hershey, PA | No | Yes - Fulton Bank | Utilities - Listings | $ 4.82 |  |
| 125 | 7/12/24 | Edward Bradley | 580 W. Areba Ave, Hershey, PA | No | Yes - Fulton Bank | Property Maintenance - Trash Removal | $ 350.00 |  |
| 135 | 7/29/24 | DTMA | 580 W. Areba Ave, Hershey, PA | No | Yes - Fulton Bank | Utilities - Listings | $ 20.40 |  |
| 127 | 7/26/24 | Edward Bradley | 580 W. Areba Ave, Hershey, PA | No | Yes - Fulton Bank | Property Maintenance - Mowing | $ 75.00 | $ 522.88 |
|  |  |  |  |  |  |  |  |  |
| 146 | 7/10/24 | PPL Electric Utilities | 6958 New Oxford Road, Harrisburg, PA | No | No | Utilities - Listings | $ 110.13 |  |
| 143 | 7/12/24 | State Farm | 6958 New Oxford Road, Harrisburg, PA | No | No | Property Insurance - Client Property | $ 67.33 |  |
| 126 | 6/27/24 | Edward Bradley | 6958 New Oxford Road, Harrisburg, PA | No | No | Property Maintenance - Mowing | $ 75.00 |  |
| 125 | 7/12/24 | Edward Bradley | 6958 New Oxford Road, Harrisburg, PA | No | No | Property Maintenance - Mowing | $ 75.00 |  |
| 127 | 7/26/24 | Edward Bradley | 6958 New Oxford Road, Harrisburg, PA | No | No | Property Maintenance - Mowing | $ 75.00 | $ 402.46 |
|  |  |  |  |  |  |  |  |  |
| 142 | 7/10/24 | PA American Water | 6961 Sterling Road, Harrisburg, PA | Yes | No | Utilities - Listings | $ 153.99 |  |
| 143 | 7/12/24 | State Farm | 6961 Sterling Road, Harrisburg, PA | Yes | No | Property Insurance - Client Property | $ 55.91 |  |
| 148 | 7/29/24 | Lower Paxton Township | 6961 Sterling Road, Harrisburg, PA | Yes | No | Utilities - Listings | $ 162.66 | $ 372.56 |
|  |  |  |  |  |  |  |  |  |
| 126 | 6/27/24 | Edward Bradley | 7180 Jonestown Road, Harrisburg, PA | No | No | Property Maintenance - Mowing | $ 75.00 |  |
| 125 | 7/12/24 | Edward Bradley | 7180 Jonestown Road, Harrisburg, PA | No | No | Property Maintenance - Mowing | $ 75.00 |  |
| 127 | 7/26/24 | Edward Bradley | 7180 Jonestown Road, Harrisburg, PA | No | No | Property Maintenance - Mowing | $ 75.00 | $ 225.00 |
|  |  |  |  |  |  |  |  |  |
| 144 | 7/10/24 | PPL Electric Utilities | 7213 Linglestown Road, Harrsiburg, PA | No | No | Utilities - Listings | $ 51.67 |  |
| 143 | 7/12/24 | State Farm | 7213 Linglestown Road, Harrsiburg, PA | No | No | Property Insurance - Client Property | $ 184.25 |  |
| 126 | 6/27/24 | Edward Bradley | 7213 Linglestown Road, Harrsiburg, PA | No | No | Property Maintenance - Mowing | $ 75.00 |  |

| # | Date | Payee | Property | Col5 | Col6 | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 127 | 7/26/24 | Edward Bradley | 7213 Linglestown Road, Harrsiburg, PA | No | No | Property Maintenance - Mowing | $ 75.00 | $ 385.92 |
| 129 | 7/10/24 | PA American Water | 7616 Grove Ave, Harrisburg, PA | No | No | Utilities - Listings | $ 83.52 | |
| 126 | 6/27/24 | Edward Bradley | 7616 Grove Ave, Harrisburg, PA | No | No | Property Maintenance - Mowing | $ 75.00 | |
| 125 | 7/12/24 | Edward Bradley | 7616 Grove Ave, Harrisburg, PA | No | No | Property Maintenance - Mowing | $ 75.00 | |
| 132 | 7/29/24 | PPL Electric Utilities | 7616 Grove Ave, Harrisburg, PA | No | No | Utilities - Listings | $ 18.50 | |
| 127 | 7/26/24 | Edward Bradley | 7616 Grove Ave, Harrisburg, PA | No | No | Property Maintenance - Mowing | $ 75.00 | $ 327.02 |
| 143 | 7/12/24 | State Farm | 7939 Rider Lane, Hummellstown, PA | No | Yes - Fulton Bank | Property Insurance - Client Property | $ (52.82) | |
| 140 | 7/23/24 | PPL Electric Utilities | 7939 Rider Lane, Hummellstown, PA | No | Yes - Fulton Bank | Utilities - Listings | $ 452.36 | $ 399.54 |

**Reimbursements Received**

| Payee | Property | Description | Amount | Balance |
|---|---|---|---|---|
| RL Title & Escrow | 2565 & 2567 Chain Bridge Road, Vienna, VA | Outstanding Expenses - July 2024 | $ 1,953.08 | |
| | | Expense Reimbursement at Closing | $ 1,000.00 | |
| | | Balance Due **from** Bankruptcy Estate | | $ 953.08 |
| MBH Settlements | 1001 Manning Drive, Fredericksburg, VA | Expense Reimbursement at Closing | $ 750.00 | |
| | | Outstanding Expenses - July 2024 | $ 47.75 | |
| | | Balance Paid to Bankruptcy Trustee | $ 702.25 | |
| Universal Settlements | 1343 Church Road, Hershey, PA | Expense Reimbursement at Closing | $ 1,000.00 | |
| | | Outstanding Expenses - July 2024 | $ 268.18 | |
| | | Balance Paid to Bankruptcy Trustee | $ 731.82 | |
| Universal Settlements | 1635 Church Road, Hershey, PA | Expense Reimbursement at Closing | $ 50.00 | |
| | | Outstanding Expenses - July 2024 | $ - | |
| | | Balance Paid to Bankruptcy Trustee | $ 50.00 | |

<u>Advances For Reimbursement</u>

| Property | Amount |
|---|---|
| 1001 Manning Drive, Fredericksburg, VA | $ - |
| 1010 Lynn Street, SW, Vienna, VA | $ 528.23 |
| 204 S. Fairville Ave, Harrisburg, PA | $ 463.00 |
| 249 Berkstone Drive, Harrisburg, PA | $ 408.10 |
| 2565 & 2567 Chain Bridge Road, Vienna, VA | $ 953.08 |
| 1343 Church Road, Hershey, PA | $ - |
| 1635 Church Road, Hershey, PA | $ - |
| 3012 Dupont Ave, Baltimore, MD | $ 70.08 |
| 445 Windover Ave, Vienna, VA | $ 74.11 |
| 449 Lawyers Road, Vienna, VA | $ 407.83 |
| 580 W. Areba Ave, Hershey, PA | $ 522.88 |
| 6958 New Oxford Road, Harrisburg, PA | $ 402.46 |
| 6961 Sterling Road, Harrisburg, PA | $ 372.56 |
| 7180 Jonestown Road, Harrisburg, PA | $ 225.00 |
| 7213 Linglestown Road, Harrisburg, PA | $ 385.92 |
| 7616 Grove Ave, Harrisburg, PA | $ 327.02 |
| 7939 Rider Lane, Hummellstown, PA | $ 399.54 |
| **Balance Due to RealMarkets** | **$ 5,539.81** |

Document    Page 8 of 9



## Insurance Schedule - July 2024
## Eagle Properties and Investments, LLC

| Property | Insurance Carrier | Status |
|---|---|---|
| 580 W. Areba Ave, Hershey, PA | State Farm | Active – 609-3 |
| 1343 Church Road, Hershey, PA | State Farm | Cancelled – Sold, 7/12/24 |
| 1635 Church Road, Hershey, PA | State Farm | Canceled – Sold, 7/11/24 |
| 1001 Manning Drive, Falmouth, VA | State Farm | Active – 683-07 |
| 6961 Sterling Road, Harrisburg, PA | State Farm | Active – 837-5 |
| 2567 Chain Bridge Road, Vienna, VA | The Hartford | Canceled 7/31/24, property sold |
| 2565 Chain Bridge Road, Vienna, VA | The Hartford | Canceled 7/31/24, property sold |
| 15474 Roxbury Road, Glenwood, MD | State Farm | Active – 071-21 |
| 3012 Dupont, Baltimore, MD | State Farm, Cancelation Notice given, Debtor to obtain insurance an add lender and Trustee as additional insured | Active – 848-21 |
| 213 N. Port Street, Baltimore, MD | Cancellation notice received by State Farm, cancelling on August 13, 2024 | Canceled on 7/31/24 Property Abandoned |
| 1010 Lynn Street, Vienna, VA | State Farm | Active – 383-07 |
| 7180 Jonestown Road, Harrisburg, PA | State Farm | Canceled by State Farm on 7/2/24 |
| 7213 Linglestown Road, Harrisburg, PA | State Farm | Active – 831-2 |
| 202 N. Port, Baltimore, MD | State Farm | Active – 073-21 |
| 6958 New Oxford Road, Harrisburg, PA | State Farm | Active – 903-5 |
| 249 Berkstone Drive, Harrisburg, PA | State Farm | Active – 013-8 |
| 204 S. Fairville Ave, Harrisburg, PA | State Farm | Active – 196-4 |
| 7616 Grove Ave, Harrisburg, PA | State Farm | Canceled by State Farm 7/4/24 |
| 7939 Rider Lane, Hummellstown, PA | State Farm | Canceled, sold, 6/26/24 |
| 1630 E. Chocolate Avenue, Hershey, PA | State Farm | Cancelled – Sold - 5/21/24 |
| 445 Windover Ave, Vienna, VA | State Farm | Cancelled – Sold - 5/21/24 |

| | | |
|---|---|---|
| 71 Lucy Ave, Hummellstown, PA | Mason Erwin Insurance | Cancelled – Sold - 6/3/24 |
| 449 Lawyers Road, NW, Vienna, VA | State Farm | Cancelled – Sold - 6/20/24 |
| 1203 Cottage Street, Vienna, VA | State Farm | Cancelled – Sold - 6/17/24 |

Note: On July 10, 2024, State Farm mistakenly deducted $74.11 from my checking account for insurance on 445 Windover Ave, Vienna, VA even though that property was sold in May 2024. We received a refund check payable to Eagle Properties & Investments and I forwarded it to the Trustee to deposit. I've confirmed that policy is canceled.