IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EAGLE PROPERTIES AND INVESTMENTS, LLC, | ) ) ) | Bankruptcy Case No. 23-10566-KHK |
| | ) | Chapter 7 |
| Debtor. | ) ) | |

### ORDER APPROVING SALE OF 204 S. FAIRVILLE AVENUE, HARRISBURG, PA FREE AND CLEAR OF LIS PENDENS PURSUANT TO 11 U.S.C. § 363(f)

UPON CONSIDERATION of the motion (Docket No. 570) ("Motion") of H. Jason Gold, chapter 7 trustee ("Trustee"), to approve the sale of the property commonly known as 204 S. Fairville Avenue, Harrisburg, PA ("Property"); and it appearing that proper and adequate notice of the Motion has been given and that no further notice is necessary; and it appearing that the sale of the Property as set forth in the Motion is in the best interest of the estate and its creditors, and it further appearing that based upon the endorsements of counsel set forth below that Bala Jain, LLC has consented to the sale of the Property as set forth herein, free and clear of all liens claims and interests, accordingly:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Trustee is authorized to sell the Property[1] to Angles Gonzalez (the "Purchaser")

---

[1] Having the following legal description:

THE FOLLOWING DESCRIBED REAL ESTATE, SITUATED IN DAUPHIN COUNTY, COMMONWEALTH OF PENNSYLVANIA, TO WIT:

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*

for $285,000.00 consistent with the sales contract attached to the Motion as Exhibit A.

   3. At closing, the Trustee shall receive, for the benefit of the estate the sum of $8,550.00 representing his commission under Section 326 of the Bankruptcy Code plus the remaining net proceeds of sale after payment of all closing costs and secured claims up to $14,250.00 as additional consideration for the bankruptcy estate free and clear of all liens, claims and interests. In addition, the bankruptcy estate shall be reimbursed the sum of $2,000.00 related to the settlement payment to West Hanover Township. All remaining net proceeds of sale, if any, shall be held by the Trustee pending resolution of the claims of Bala Jain, LLC and further order of this Court.

   4. The Trustee is authorized to pay a three percent (3%) commission to Century 21 New Millenium at closing for services rendered in representing the Trustee in connection with the sale.

   5. The Trustee is authorized to pay a two-and-a-half percent (2.5%) commission to Home 1st Realty at closing for services rendered in representing the Purchaser in connection with the sale.

   6. The Trustee is authorized to pay the secured claim of the Bank of Clark County in full at closing.

   7. The Trustee is authorized to pay all real estate taxes and customary costs at closing.

---

ALL THAT CERTAIN PIECE OR PARCEL OF LAND SITUATE IN WEST HANOVER TOWNSHIP, DAUPHIN COUNTY, COMMONWEALTH OF PENNSYLVANIA, IN SKYLINE VIEW EXTENSION DEVELOPMENT AS RECORDED IN PLAN BOOK U PAGE 98, AS MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHEASTERN CORNER OF LOT #419 ON SAID PLAN; THENCE SOUTHWARD ALONG THE WESTERN SIDE OF FAIRVILLE DRIVE, 100 FEET TO THE NORTHEASTERN CORNER OF LOT #421 ON SAID PLAN; THENCE WESTWARD ALONG THE NORTHERN LINE OF SAID LOT, 189.28 FEET TO THE NORTHWESTERN CORNER OF LOT #421; THENCE NORTHWARDLY ALONG LANDS NOW OR LATE OF NOAH S. MYERS, 103.34 FEET TO THE SOUTHWESTERN CORNER OF LOT #419; THENCE ALONG THE SOUTHERN LINE OF SAID LOT, 215.35 FEET TO THE PLACE OF BEGINNING. BEING LOT #420 ON SAID PLAN. UPI: 68-040-125-000-0000.

8. The Trustee is authorized to reimburse Auction Markets, LLC at closing in an amount not to exceed $1,000.00 for any utility and property preservation expenses as needed.

9. The Trustee is authorized to request and receive all information concerning the liens and debt held by any secured creditor necessary to close on the sale including but not limited to the loan payoff balance, proof of lien perfection, hazard insurance coverage, escrow account balance and other information. Secured creditors are authorized and directed to promptly provide said information to the Trustee upon request of the Trustee, subject to the right of any secured creditor to oppose the request.

10. This Order may be recorded in the land records wherein the subject Property is located.

11. The sale shall be free and clear of that certain Praecipe to Index Action as Lis Pendens filed by Bala Jain, LLC in the Land Records of Dauphin County, Pennsylvania as Instrument Number 20220024597 and as Instrument Number 20220024598. All claims asserted by Bala Jain related to the Lis Pendens shall attach to the net proceeds of sale other than as set forth in paragraph 3 above.

12. This Court retains jurisdiction with respect to any disputes regarding the Property following the sale.

13. This Order shall be effective immediately and shall not be subject to the stay provided in Federal Rule of Bankruptcy Procedure 6004(h) or any other applicable stay.

Dated: Aug 26 2024

/s/ Klinette H Kindred
United States Bankruptcy Judge

Entered On Docket: Aug 26 2024

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax: (202) 689-2860
Email: dylan.trache@nelsonmullins.com

By:    /s/ Dylan G. Trache
       Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

SEEN AND AGREED:

HOOVER PENROD PLC
342 South Main Street
Harrisonburg, Virginia 22801
540/433-2444
540/433-3916 (Facsimile)
hhutman@hooverpenrod.com

By:    /s/ Hannah W. Hutman (by DGT with authority)
       Hannah W. Hutman, (VSB No. 79635)

*Counsel to Bank of Clarke*

SEEN:

ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176
Phone No. (703) 777-8850
Fax No: (703) 777-8854
E-mail: crogan@RMZLawFirm.com


BY:    /s/Christopher L. Rogan (by DGT with authority)
       Christopher L. Rogan (Bar No. 30344)

*Attorneys for Bala Jain, LLC*

## CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I HEREBY CERTIFY that this Order has been endorsed by all necessary parties.

                                         /s/ Dylan G. Trache
                                         Dylan G. Trache

## LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
## PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael Freeman
OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
Century 21 Commercial New Millennium
6629 Old Dominion Drive
McLean, VA 22101

Christopher Rogan
ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176

Hannah W. Hutman
HOOVER PENROD PLC
342 South Main Street
Harrisonburg, Virginia 22801

4891-2530-4026