Christopher A. Jones (VSB # 40064)
**WHITEFORD, TAYLOR & PRESTON LLP**
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042
Telephone: (703) 280-9260
Email: cajones@whitefordlaw.com

*Special Counsel to the Debtor*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| In re: ) <br> ) <br> EAGLE PROPERTIES AND INVESTMENTS, LLC, ) <br> ) <br> Debtor. ) <br> ) | Chapter 11 <br><br> Case No. 23-10566-KHK |

THIS CAUSE came to be heard upon the Second and Final Application of Whiteford, Taylor & Preston LLP (the "Applicant") for Allowance of Compensation for Services Rendered and Reimbursement of Expenses (Dkt. 561) (the "Application") and

IT APPEARING TO THE COURT that the Applicant is requesting approval of its second and final application for compensation for its legal services rendered to the Debtor-in-Possession as special counsel in this proceeding in the amount of $46,353.70 for the period of June 22, 2023 through March 21, 2024 and reimbursement for out-of-pocket costs and expenses of $1,094.06 for total fees and costs through said date in the amount of $47,447.76; and

IT APPEARING TO THE COURT that adequate notice of the Application has been provided and no objections have been filed; and it further appearing that good cause exists for granting the Application, it is hereby:

    1.    ORDERED that fees in the amount of $46,353.70 and expenses in the amount of $1,094.06 are hereby approved and allowed on a final basis as chapter 11 administrative expenses; and it is further

    2.    ORDERED that the H. Jason Gold, Chapter 7 Trustee, is hereby authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order; and it is further

    3.    ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

    4.    ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Aug 26 2024

/s/ Klinette H Kindred
_____
Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: August 27, 2024

2

WE ASK FOR THIS:

*/s/ Christopher A. Jones*
Christopher A. Jones (VSB # 40064)
**WHITEFORD, TAYLOR & PRESTON LLP**
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042
Telephone: (703) 280-9260
Email: cajones@whitefordlaw.com
*Special Counsel to the Debtor*

SEEN AND NO OBJECTION:

*/s/ Jack Frankel (with authorization)*
Jack Frankel, Esq.
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Telephone: (703) 557-7279
Email: jack.i.frankel@usdoj.gov
*Office of the United States Trustee*

*/s/ Dylan Trache (with authorization)*
Dylan Trache, Esq.
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, NW, Suite 900
Washington, D.C., 20001
Telephone: (202) 689-2993
Email: dylan.trache@nelsonmullins.com
*Counsel for the Chapter 7 Trustee*

## **CERTIFICATION**

This Order has been signed by all necessary parties pursuant to Local Rule 9022-1(C).

                                             */s/ Christopher A. Jones*
                                             Counsel