IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) |
| EAGLE PROPERTIES AND | ) Bankruptcy Case |
| INVESTMENTS, LLC, | ) No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |
| _____ | ) |

**ORDER APPROVING SALE OF 204 S. FAIRVILLE AVENUE, HARRISBURG, PA FREE AND CLEAR OF LIS PENDENS PURSUANT TO 11 U.S.C. § 363(f)**

UPON CONSIDERATION of the motion (Docket No. 570) ("Motion") of H. Jason Gold, chapter 7 trustee ("Trustee"), to approve the sale of the property commonly known as 204 S. Fairville Avenue, Harrisburg, PA ("Property"); and it appearing that proper and adequate notice of the Motion has been given and that no further notice is necessary; and it appearing that the sale of the Property as set forth in the Motion is in the best interest of the estate and its creditors, and it further appearing that based upon the endorsements of counsel set forth below that Bala Jain, LLC has consented to the sale of the Property as set forth herein, free and clear of all liens claims and interests, accordingly:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Trustee is authorized to sell the Property[1] to Angles Gonzalez (the "Purchaser")

---

[1] Having the following legal description:

THE FOLLOWING DESCRIBED REAL ESTATE, SITUATED IN DAUPHIN COUNTY, COMMONWEALTH OF PENNSYLVANIA, TO WIT:

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*

for $285,000.00 consistent with the sales contract attached to the Motion as Exhibit A.

3. At closing, the Trustee shall receive, for the benefit of the estate the sum of $8,550.00 representing his commission under Section 326 of the Bankruptcy Code plus the remaining net proceeds of sale after payment of all closing costs and secured claims up to $14,250.00 as additional consideration for the bankruptcy estate free and clear of all liens, claims and interests. In addition, the bankruptcy estate shall be reimbursed the sum of $2,000.00 related to the settlement payment to West Hanover Township. All remaining net proceeds of sale, if any, shall be held by the Trustee pending resolution of the claims of Bala Jain, LLC and further order of this Court.

4. The Trustee is authorized to pay a three percent (3%) commission to Century 21 New Millenium at closing for services rendered in representing the Trustee in connection with the sale.

5. The Trustee is authorized to pay a two-and-a-half percent (2.5%) commission to Home 1st Realty at closing for services rendered in representing the Purchaser in connection with the sale.

6. The Trustee is authorized to pay the secured claim of the Bank of Clark County in full at closing.

7. The Trustee is authorized to pay all real estate taxes and customary costs at closing.

---

ALL THAT CERTAIN PIECE OR PARCEL OF LAND SITUATE IN WEST HANOVER TOWNSHIP, DAUPHIN COUNTY, COMMONWEALTH OF PENNSYLVANIA, IN SKYLINE VIEW EXTENSION DEVELOPMENT AS RECORDED IN PLAN BOOK U PAGE 98, AS MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHEASTERN CORNER OF LOT #419 ON SAID PLAN; THENCE SOUTHWARD ALONG THE WESTERN SIDE OF FAIRVILLE DRIVE, 100 FEET TO THE NORTHEASTERN CORNER OF LOT #421 ON SAID PLAN; THENCE WESTWARD ALONG THE NORTHERN LINE OF SAID LOT, 189.28 FEET TO THE NORTHWESTERN CORNER OF LOT #421; THENCE NORTHWARDLY ALONG LANDS NOW OR LATE OF NOAH S. MYERS, 103.34 FEET TO THE SOUTHWESTERN CORNER OF LOT #419; THENCE ALONG THE SOUTHERN LINE OF SAID LOT, 215.35 FEET TO THE PLACE OF BEGINNING. BEING LOT #420 ON SAID PLAN. UPI: 68-040-125-000-0000.

8. The Trustee is authorized to reimburse Auction Markets, LLC at closing in an amount not to exceed $1,000.00 for any utility and property preservation expenses as needed.

9. The Trustee is authorized to request and receive all information concerning the liens and debt held by any secured creditor necessary to close on the sale including but not limited to the loan payoff balance, proof of lien perfection, hazard insurance coverage, escrow account balance and other information. Secured creditors are authorized and directed to promptly provide said information to the Trustee upon request of the Trustee, subject to the right of any secured creditor to oppose the request.

10. This Order may be recorded in the land records wherein the subject Property is located.

11. The sale shall be free and clear of that certain Praecipe to Index Action as Lis Pendens filed by Bala Jain, LLC in the Land Records of Dauphin County, Pennsylvania as Instrument Number 20220024597 and as Instrument Number 20220024598. All claims asserted by Bala Jain related to the Lis Pendens shall attach to the net proceeds of sale other than as set forth in paragraph 3 above.

12. This Court retains jurisdiction with respect to any disputes regarding the Property following the sale.

13. This Order shall be effective immediately and shall not be subject to the stay provided in Federal Rule of Bankruptcy Procedure 6004(h) or any other applicable stay.

Dated: Aug 26 2024

/s/ Klinette H Kindred
United States Bankruptcy Judge

Entered On Docket: Aug 26 2024

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax: (202) 689-2860
Email: dylan.trache@nelsonmullins.com

By:   /s/ Dylan G. Trache
      Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

SEEN AND AGREED:

HOOVER PENROD PLC
342 South Main Street
Harrisonburg, Virginia 22801
540/433-2444
540/433-3916 (Facsimile)
hhutman@hooverpenrod.com

By:   /s/ Hannah W. Hutman (by DGT with authority)
      Hannah W. Hutman, (VSB No. 79635)

*Counsel to Bank of Clarke*

SEEN:

ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176
Phone No. (703) 777-8850
Fax No: (703) 777-8854
E-mail: crogan@RMZLawFirm.com


BY:   /s/Christopher L. Rogan (by DGT with authority)
      Christopher L. Rogan (Bar No. 30344)

*Attorneys for Bala Jain, LLC*

4

## CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I HEREBY CERTIFY that this Order has been endorsed by all necessary parties.

                                        /s/ Dylan G. Trache
                                        Dylan G. Trache

## LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
## PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael Freeman
OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
Century 21 Commercial New Millennium
6629 Old Dominion Drive
McLean, VA 22101

Christopher Rogan
ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176

Hannah W. Hutman
HOOVER PENROD PLC
342 South Main Street
Harrisonburg, Virginia 22801

4891-2530-4026

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-10566-KHK |
| Eagle Properties and Investments LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: TaiGlennB | Page 1 of 3 |
| Date Rcvd: Aug 26, 2024 | Form ID: pdford11 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| RE | + Stephen Karbelk, Team Leader, RealMarkets, Century 21 New Millennium, 6629 Old Dominion Dr, McLean, VA 22101-4516 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Aug 27 2024 00:26:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| prof | Email/Text: stephen@realmarkets.com | Aug 27 2024 00:24:00 | Stephen Karbelk, Team Leader, RealMarkets, Century 21 New Millennium, 20405 Exchange St, Suite 221, Ashburn, VA 20147 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew S Goldstein | on behalf of Creditor GITSIT Solutions LLC AGoldstein@mglspc.com, jcoffman@mglspc.com |
| Barry W. Spear | on behalf of Creditor Aero Mortgage Loan Trust 2019- 1 Barry.Spear@bww-law.com bankruptcy@bww-law.com |

Case 23-10566-KHK  Doc 623  Filed 08/28/24  Entered 08/29/24 00:16:34  Desc
Imaged Certificate of Notice   Page 7 of 8

| District/off: 0422-9 | User: TaiGlennB | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 26, 2024 | Form ID: pdford11 | Total Noticed: 3 |

Bradley J. Swallow
 on behalf of Defendant Main Street Bank bswallow@fblaw.com

Christian K. Vogel
 on behalf of Interested Party Primis Bank kvogel@vogelandcromwell.com

Christian K. Vogel
 on behalf of Defendant Primis Bank f/k/a Sona Bank kvogel@vogelandcromwell.com

Christopher A. Jones
 on behalf of Debtor Eagle Properties and Investments LLC cajones@whitefordlaw.com
 clano@whitefordlaw.com,dchaney@whitefordlaw.com

Christopher L. Rogan
 on behalf of Defendant Shail Butani crogan@rmzlawfirm.com

Christopher L. Rogan
 on behalf of Creditor Bala Jain LLC crogan@rmzlawfirm.com

Christopher L. Rogan
 on behalf of Defendant Ishwer Butani crogan@rmzlawfirm.com

Christopher L. Rogan
 on behalf of Defendant Bala Jain LLC crogan@rmzlawfirm.com

Corey Simpson Booker
 on behalf of Creditor Atlantic Union Bank corey.booker@atlanticunionbank.com

Craig M. Palik
 on behalf of Creditor Trinity Universal Insurance Company cpalik@mhlawyers.com
 cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnickerson@mhlawyers.com

David S. Musgrave
 on behalf of Creditor Fulton Bank  N.A. dmusgrave@gfrlaw.com, vhilbun@gfrlaw.com

David S. Musgrave
 on behalf of Defendant Fulton Financial Corporation dmusgrave@gfrlaw.com vhilbun@gfrlaw.com

Dylan G. Trache
 on behalf of Trustee H. Jason Gold dylan.trache@nelsonmullins.com
 linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Elizabeth Husebo
 on behalf of Defendant Daniel J. Kotz ehusebo@grsm.com

Elizabeth Husebo
 on behalf of Defendant First Class Title  Inc. ehusebo@grsm.com

Erik W. Fox
 on behalf of Creditor Vienna Oaks Office Center Condominium efox@reesbroome.com
 rhurley@reesbroome.com;rchambers@reesbroome.com;pgoodwine@reesbroome.com

Gerard R. Vetter
 ustpregion04.ax.ecf@usdoj.gov

H. Jason Gold
 goldtrustee@fiduciaryservicesgroup.com VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com

Hannah White Hutman
 on behalf of Creditor Bank of Clarke County hhutman@hooverpenrod.com
 scurtis@hooverpenrod.com;hooverpenrodplc@jubileebk.net

J. P. McGuire Boyd, Jr
 on behalf of Defendant Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
 on behalf of Creditor Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
 on behalf of Defendant Bank of Clarke County mboyd@williamsmullen.com

Jack Frankel
 on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov
 USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

James R. Meizanis, Jr.
 on behalf of Creditor LINKBANK jmeizanis@bklawva.com jroot@bklawva.com;mnoble@bklawva.com

James R. Meizanis, Jr.
 on behalf of Creditor Virginia Partners Bank jmeizanis@bklawva.com jroot@bklawva.com;mnoble@bklawva.com

Jeffery T. Martin, Jr.

Case 23-10566-KHK   Doc 623   Filed 08/28/24   Entered 08/29/24 00:16:34   Desc
Imaged Certificate of Notice   Page 8 of 8

| District/off: 0422-9 | User: TaiGlennB | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 26, 2024 | Form ID: pdford11 | Total Noticed: 3 |

| | |
|---|---|
| | on behalf of Debtor Eagle Properties and Investments LLC jeff@martinlawgroup.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com;jeff@martinlawgroupva.com |
| Jeffery T. Martin, Jr. | on behalf of Plaintiff Eagle Properties and Investments LLC jeff@martinlawgroup.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com;jeff@martinlawgroupva.com |
| Jeffery T. Martin, Jr. | on behalf of Counter-Defendant Eagle Properties and Investments LLC jeff@martinlawgroup.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com;jeff@martinlawgroupva.com |
| Jeremy B. Root | on behalf of Creditor Virginia Partners Bank jroot@bklawva.com tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com |
| John E Reid | on behalf of Debtor Eagle Properties and Investments LLC jack@martinlawgroup.com  jack@martinlawgroupva.com |
| John Tucker Farnum | on behalf of Interested Party SC&H Group jfarnum@milesstockbridge.com jfarnumecfnotices@gmail.com;dbernard@milesstockbridge.com |
| Joshua David Stiff | on behalf of Debtor Eagle Properties and Investments LLC jstiff@wtplaw.com  eslate@wtplaw.com;dchaney@whitefordlaw.com |
| Justin Fasano | on behalf of Creditor Gus Goldsmith jfasano@mhlawyers.com jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;sshin@mhlawyers.com;dmoorehead@mhlawyers.com |
| Lee S Raphael | on behalf of Creditor Gitsit Solutions  LLC ecf1@ecf.courtdrive.com, cmartin@pralc.com |
| Maurice Belmont VerStandig | on behalf of Professional Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Nancy Greene | on behalf of Debtor Eagle Properties and Investments LLC ndg@ndglaw.com |
| Nancy Greene | on behalf of Plaintiff Eagle Properties and Investments LLC ndg@ndglaw.com |
| Nancy Greene | on behalf of Professional N D Greene PC ndg@ndglaw.com |
| Richard E. Hagerty | on behalf of Defendant Navy Federal Financial Group  LLC richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;natalya.diamond@troutman.com |
| Robert Hockenbury | on behalf of Creditor Shore United Bank robert.hockenbury@wbd-us.com |
| Robert M. Marino | on behalf of Defendant Shail Butani rmmarino@rpb-law.com  rmmarino1@aol.com |
| Robert M. Marino | on behalf of Defendant Ishwer Butani rmmarino@rpb-law.com  rmmarino1@aol.com |
| Robert M. Marino | on behalf of Creditor Bala Jain LLC rmmarino@rpb-law.com  rmmarino1@aol.com |
| Stephanie Gardner Bortnick | on behalf of Defendant Daniel Kotz sbortnick@grsm.com |
| Stephanie Gardner Bortnick | on behalf of Defendant Daniel J. Kotz sbortnick@grsm.com |
| Stephanie Gardner Bortnick | on behalf of Defendant First Class Title  Inc. sbortnick@grsm.com |
| Stephen W. Nichols | on behalf of Creditor Orrstown Bank snichols@offitkurman.com |

TOTAL: 49