IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| EAGLE PROPERTIES AND ) | Bankruptcy Case |
| INVESTMENTS, LLC, ) | No. 23-10566-KHK |
| ) | Chapter 7 |
| Debtor. ) | |
| _____ ) | |

### ORDER APPROVING SALE OF 6958 NEW OXFORD ROAD, HARRISBURG, PA FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f)

UPON CONSIDERATION of the motion (Docket No. 572) ("Motion") of H. Jason Gold, chapter 7 trustee ("Trustee"), to approve the sale of the property commonly known as 6958 New Oxford Road, Harrisburg, Pennsylvania ("Property"); and it appearing that proper and adequate notice of the Motion has been given and that no further notice is necessary; and it appearing that the proposed sale is in the best interest of the estate and its creditors, and it further appearing that based upon the endorsements of counsel set forth below that Orrstown Bank and Bala Jain, LLC have consented to the sale of the Property as set forth herein, free and clear of all liens, claims and interests, accordingly:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Trustee is authorized to sell the Property[1] to Heather Abdallah (the

---

[1] Having the following legal description:

THE FOLLOWING DESCRIBED REAL ESTATE, SITUATED IN DAUPHIN COUNTY, COMMONWEALTH

---

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*
4883-2717-8458 v.6 045429/09040 Documents DT1, 8/27/2024 1:24 PM

"Purchaser") for $250,000.00 consistent with the sales contract attached to the Motion.

3. The Trustee is authorized to pay the secured claim of Orrstown Bank at closing as set forth in the draft ALTA attached hereto as Exhibit A ("ALTA").

4. The sale shall be free and clear of that certain Praecipe to Index Action as Lis Pendens filed by Bala Jain, LLC in the Land Records of Dauphin County, Pennsylvania as Instrument Number 20220035869, pursuant to 11 U.S.C. § 363(f). All claims asserted by Bala Jain related to the Lis Pendens shall attach to the net proceeds of sale other than as set forth in paragraph 5 below.

5. At closing, the Trustee shall receive, for the benefit of the estate the sum of $7,500.00 representing his commission under Section 326 of the Bankruptcy Code plus $12,500.00 as additional consideration for the bankruptcy estate free and clear of all liens, claims and interests. In addition, the bankruptcy estate shall be reimbursed the sum of $2,000.00 related to the settlement payment to West Hanover Township. All remaining net proceeds of sale, if any, shall be held by the Trustee pending resolution of the claims of Bala Jain, LLC and further order of this Court.

---

OF PENNSYLVANIA, TO WIT:

ALL THAT CERTAIN PIECE OR PARCEL OF GROUND SITUATE IN WEST HANOVER TOWNSHIP, DAUPHIN COUNTY, PENNSYLVANIA, MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS: BEGINNING AT A POINT ON THE SOUTH SIDE OF NEW OXFORD ROAD AT THE DIVISION LINE BETWEEN LOTS #37 AND #38, SAID POINT BEING 588.01 FEET WEST OF THE INTERSECTION OF NEW OXFORD AND REGENT ROADS; THENCE ALONG LOT #38 S 23 DEGREES 08' E 100.0 FEET TO A POINT AT RECREATION LAND; THENCE ALONG RECREATION LAND S 57 DEGREES 46' 40" W 71.09 FEET TO A POINT AT LOT #36; THENCE ALONG LOT #36 N 30 DEGREES 14' 50" W 111.12 FEET TO A POINT ON THE SOUTH SIDE OF NEW OXFORD ROAD; THENCE ALONG THE SOUTH SIDE OF NEW OXFORD ROAD BY A CURVE TO THE RIGHT HAVING A RADIUS OF 125.0 FEET, AN ARC LENGTH OF 15.52 FEET; THENCE ALONG SAME N 66 DEGREES 52' E 68.47 FEET TO A POINT, THE PLACE OF BEGINNING. CONTAINING 8,180 SQUARE FEET. BEING LOT #37, PHASE II, WESTFORD CROSSING, RECORDED IN PLAN BOOK "W", VOLUME 3, PAGE 100. SAID PROPERTY BEING KNOWN FOR PURPOSES OF ASSESSMENT AND TAXATION PURPOSES AS PROPERTY IDENTIFICATION NO. 68-045-050-000-0000.

6. The Trustee is authorized to pay a three percent (3%) commission to his broker Century 21 New Millennium at closing for services rendered in representing the Trustee in connection with the sale.

7. The Trustee is authorized to pay a two and one half percent (2.5%) commission to Real Broker, LLC at closing for services rendered in representing the Buyer in connection with the sale.

8. The Trustee is authorized to pay all outstanding real estate taxes and other customary closing costs consistent with the ALTA.

9. The Trustee is authorized to reimburse Auction Markets, LLC at closing in an amount not to exceed $500.00 for any utility and property preservation expenses as needed.

10. The Trustee is authorized to request and receive all information concerning the liens and debt held by any secured creditor necessary to close on the sale including but not limited to the loan payoff balance, proof of lien perfection, hazard insurance coverage, escrow account balance and other information. Secured creditors are authorized and directed to promptly provide said information to the Trustee upon request of the Trustee, subject to the right of any secured creditor to oppose the request.

11. This Order may be recorded in the land records wherein the subject Property is located.

12. This Court retains jurisdiction with respect to any disputes regarding the Property following the sale.

13. This Order shall be effective immediately and shall not be subject to the stay provided in Federal Rule of Bankruptcy Procedure 6004(h) or any other applicable stay.

Dated: Aug 28 2024                                   /s/ Klinette H Kindred
                                                     United States Bankruptcy Judge

Entered On Docket: Aug 29 2024

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax: (202) 689-2860
Email: dylan.trache@nelsonmullins.com

By:    /s/ Dylan G. Trache
       Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

SEEN AND AGREED:

OFFIT KURMAN, P.A.
7501 Wisconsin Avenue
Suite 1000W
Bethesda, MD 20814
Tel: (240) 507-1700
Fax: (204) 507-1735
Email: snichols@offitkurman.com


By:    /s/Stephen Nichols (by DGT with authority)
       Stephen Nichols, Va. Bar No. 32443

*Attorneys for Orrstown Bank*

SEEN:

ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176
Phone No. (703) 777-8850
Fax No: (703) 777-8854
E-mail: crogan@RMZLawFirm.com


BY:     /s/Christopher L. Rogan (by DGT with authority)
        Christopher L. Rogan (Bar No. 30344)

*Attorneys for Bala Jain, LLC*


### CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I HEREBY CERTIFY that this Order has been endorsed by all necessary parties.

                                        /s/ Dylan G. Trache
                                        Dylan G. Trache

**LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1**

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael Freeman
OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
Century 21 Commercial New Millennium
6629 Old Dominion Drive
McLean, VA 22101

Christopher Rogan
ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176

Stephen Nichols
OFFIT KURMAN P.A.
7501 Wisconsin Avenue
Suite 1000W
Bethesda, MD 20814

# **Exhibit A**

| D. NAME AND ADDRESS OF BORROWER: Heather Abdalla | E. NAME AND ADDRESS OF SELLER: H. Jason Gold, Bankruptcy Trustee of the Bankruptcy Estate of Eagle Properties and Investments, LLC PO Box 57359 Washington, DC 20037 | F. NAME AND ADDRESS OF LENDER: One Real Mortgage |
|---|---|---|
| G. PROPERTY LOCATION: 6958 New Oxford Road Harrisburg, PA 17112 Dauphin County, Pennsylvania | H. SETTLEMENT AGENT:  87-1865232 Integrated Land Transfer, LLC PLACE OF SETTLEMENT: 3421 Market Street Camp Hill, PA 17011 | I. SETTLEMENT DATE: August 30, 2024 DISBURSEMENT DATE: August 30, 2024 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract sales price | 250,000.00 | 401. Contract sales price | 250,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 5,083.75 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/Town taxes | | 406. City/Town taxes | |
| 107. County/Township Taxes  08/30/24 to 12/31/24 | 372.46 | 407. County/Township Taxes  08/30/24 to 12/31/24 | 372.46 |
| 108. School Taxes  07/01/24 to 06/30/25 | 1,806.25 | 408. School Taxes  07/01/24 to 06/30/25 | 1,806.25 |
| 109. Quarterly Sewer  08/30/24-09/30/24 | 54.96 | 409. Quarterly Sewer  08/30/24-09/30/24 | 54.96 |
| 110. Yearly Stormwater  08/30/24-12/31/24 | 22.23 | 410. Yearly Stormwater  08/30/24-12/31/24 | 22.23 |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 257,339.65 | 420. GROSS AMOUNT DUE TO SELLER | 252,255.90 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 5,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 51,474.22 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | 200,781.68 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. Dep. disbursed as proceeds | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/Town taxes | | 510. City/Town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 5,000.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 252,255.90 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross amount due from Borrower (Line 120) | 257,339.65 | 601. Gross amount due to Seller (Line 420) | 252,255.90 |
| 302. Less amount paid by/for Borrower (Line 220) | ( 5,000.00) | 602. Less reductions due Seller (Line 520) | ( 252,255.90) |
| 303. CASH FROM BORROWER | 252,339.65 | 603. CASH TO/FROM SELLER | 0.00 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Borrower

_____
Heather Abdalla

Seller

H. Jason Gold, Bankruptcy Trustee of the Bankruptcy Estate of Eagle Properties and Investments, LLC

BY:_____

TO THE BEST OF MY KNOWLEDGE, THE HUD-1 SETTLEMENT STATEMENT WHICH I HAVE PREPARED IS A TRUE AND ACCURATE ACCOUNT OF THE FUNDS WHICH WERE RECEIVED AND HAVE BEEN OR WILL BE DISBURSED BY THE UNDERSIGNED AS PART OF THE SETTLEMENT OF THIS TRANSACTION.

Integrated Land Transfer, LLC

BY:_____
Settlement Agent

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE: TITLE 18 U.S. CODE SECTION 1001 & SECTION 1010.

| # | Description | to | | | | Borrower | Seller |
|---|---|---|---|---|---|---|---|
| 802. | Loan discount | to | | | | | |
| 803. | Appraisal fee | to | | | | | |
| 804. | Credit report | to | | | | | |
| 805. | Lender's inspection fee | to | | | | | |
| 806. | Mortgage insurance application fee | to | | | | | |
| 807. | Assumption fee | to | | | | | |
| 808. | | to | | | | | |
| 809. | | to | | | | | |
| 810. | | to | | | | | |
| 811. | | to | | | | | |
| **900.** | **ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | | | |
| 901. | Interest From 8/30/2024 to 9/1/2024 @ $         /day (2 days         %) | | | | | | |
| 902. | Mortgage insurance premium         for        month  to | | | | | | |
| 903. | Hazard insurance premium         for       year     to | | | | | | |
| 904. | | for       year     to | | | | | |
| 905. | | to | | | | | |
| **1000.** | **RESERVES DEPOSITED WITH LENDER** | | | | | | |
| 1001. | Hazard insurance |  | Months | @ $ |  | per Month | |
| 1002. | Mortgage insurance |  | Months | @ $ |  | per Month | |
| 1003. | City property taxes |  | Months | @ $ |  | per Month | |
| 1004. | County/Township Taxes |  | Months | @ $ |  | per Month | |
| 1005. | School Taxes |  | Months | @ $ |  | per Month | |
| 1006. |  |  | Months | @ $ |  | per Month | |
| 1007. |  |  | Months | @ $ |  | per Month | |
| 1008. |  |  | Months | @ $ |  | per Month | |
| **1100.** | **TITLE CHARGES** | | | | | | |
| 1101. | Settlement or closing fee | to | | | | | |
| 1102. | Abstract or title search | to | | | | | |
| 1103. | Title examination | to | | | | | |
| 1104. | Title insurance binder | to | | | | | |
| 1105. | Document preparation | to | | | | | |
| 1106. | Notary fees | to | | | | | |
| 1107. | Attorney's fees | to | | | | | |
|  | (includes above item numbers:      ) | | | | | | |
| 1108. | Owner's policy premium | to  Integrated Land Transfer, LLC | | | | 2,068.00 | |
|  | (includes above item numbers:      ) | | | | | | |
| 1109. | Lender's coverage | | | | | | |
| 1110. | Owner's coverage | $ 250,000.00 | | 2,068.00 | | | |
| 1111. | Wire Fee | to  Integrated Land Transfer, LLC | | | | 40.00 | |
| 1112. | Abstract Search Fee | to  Integrated Land Transfer, LLC | | | | 145.00 | |
| 1113. | ERecording Fee | to  Integrated Land Transfer, LLC | | | | 10.00 | |
| 1114. | Deed Prep Fee | to  Integrated Land Transfer, LLC | | | | 150.00 | 150.00 |
| 1115. | Notary Fee | to  Integrated Land Transfer, LLC | | | | 20.00 | |
| 1116. | Tax Cert Fee | to  Integrated Land Transfer, LLC | | | | | 80.00 |
| 1117. | Wire Fee | to  Integrated Land Transfer, LLC | | | | | 40.00 |
| 1118. | Overnight Label | to  Integrated Land Transfer, LLC | | | | | 50.00 |
| 1119. | Good Standing Cert | to  Integrated Land Transfer, LLC | | | | 40.00 | |
| 1120. | Storm Water Cert Fee | to  Integrated Land Transfer, LLC | | | | | 60.00 |
| 1121. | | to | | | | | |
| **1200.** | **GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | | | |
| 1201. | Recording fees;        Deed            ; Mortgage          $110.75;  Releases | | | | | 110.75 | |
| 1202. | City/County tax/stamps;      Deed    $2,500.00;  Mortgage | | | | | 2,500.00 | |
| 1203. | State tax/stamps;      Deed    $2,500.00;  Mortgage | | | | | | 2,500.00 |
| 1204. | | to | | | | | |
| 1205. | | to | | | | | |
| **1300.** | **ADDITIONAL SETTLEMENT CHARGES** | | | | | | |
| 1301. | Survey | to | | | | | |
| 1302. | Pest inspection | to | | | | | |
| 1303. | 2024 Cty/Twp Taxes | to  Aaron Hoke | | | | | 1,180.46 |
| 1304. | 2024-2025 School Tax | to  Aaron Hoke | | | | | 2,205.69 |
| 1305. | 326(a) Trustee Commission | to  H. Jason Gold, Trustee | | | | | 7,500.00 |
| 1306. | Past Due/3rd Qrtr Sewer | to  Lower Paxton Township Authority | | | | | 1,202.22 |
| 1307. | Bankruptcy Estate Payment | to  H. Jason Gold, Trustee | | | | | 12,500.00 |
| 1308. | Delinquent Taxes 2023 /2024 | to  Dauphin County Tax Claim Bureau | | | | | 7,682.20 |
| 1309. | RealMarkets Expense Reimbursement | to  RealMarkets | | | | | 500.00 |
| 1310. | West Hanover Settlement Reimbursement | to  H. Jason Gold, Trustee | | | | | 2,000.00 |
| 1311. | Annual Stormwater | to  Keystone Collections Group | | | | | 73.65 |
| 1312. | | to | | | | | |
| 1313. | | to | | | | | |
| **1400.** | **TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K)** | | | | | 5,083.75 | 51,474.22 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Borrower                                                                                       Seller

_____                          H. Jason Gold, Bankruptcy Trustee of the Bankruptcy Estate of
Heather Abdalla                                                              Eagle Properties and Investments, LLC

                                                                                                BY:_____

|   |   |
|---|---|
| **Lender:** | One Real Mortgage |
|  | Washington, DC 20037 |
| **Settlement Agent:** | Integrated Land Transfer, LLC |
|  | 717-614-8710 |
| **Place of Settlement:** | 3421 Market Street |
|  | Camp Hill, PA 17011 |
| **Settlement Date:** | August 30, 2024 |
| **Disbursement Date:** | August 30, 2024 |
| **Property Location:** | 6958 New Oxford Road |
|  | Harrisburg, PA 17112 |
|  | Dauphin County, Pennsylvania |

### Adjustments For Items Paid By Seller In Advance (Borrower Debit)

| Proration Date | Description | Amount |  | Proration Amount |
|---|---|---|---|---|
| 08/30/24 | Quarterly Sewer | 158.00 | 08/30/24-09/30/24 | 54.96 |
|  | Buyer pays 32 Days of 92, Seller pays 60 Days of 92 |  |  |  |
|  |  |  | **Total Line 109/409** | **54.96** |
| 08/30/24 | Yearly Stormwater | 65.61 | 08/30/24-12/31/24 | 22.23 |
|  | Buyer pays 124 Days of 366, Seller pays 242 Days of 366 |  |  |  |
|  |  |  | **Total Line 110/410** | **22.23** |

### Payoffs

| Payee/Description | Note/Ref. No. | Borrower | Seller |
|---|---|---|---|
| Orrstown Bank |  |  | 200,781.68 |
|     Payoff of first mortgage loan |  |  |  |

| | |
|---|---|
| Loan Payoff | $200,781.68 |
| Total Payoff | $200,781.68 |

_____

Heather Abdalla

H. Jason Gold, Bankruptcy Trustee of the Bankruptcy Estate of Eagle Properties and Investments, LLC

BY: _____