IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| EAGLE PROPERTIES AND ) | Bankruptcy Case |
| INVESTMENTS, LLC, ) | No. 23-10566-KHK |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

**ORDER APPROVING SALE OF 7616 GROVE AVE, HARRISBURG, PA
FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS
<u>PURSUANT TO 11 U.S.C. § 363(f)</u>**

UPON CONSIDERATION of the motion (Docket No. 542) ("Motion") of H. Jason Gold, chapter 7 trustee ("Trustee"), to approve the sale of the property commonly known as 7616 Grove Avenue, Harrisburg, Pennsylvania ("Property"); and it appearing that proper and adequate notice of the Motion has been given and that no further notice is necessary; and it appearing that the proposed sale is in the best interest of the estate and its creditors, and it further appearing that based upon the endorsements of counsel set forth below that Fulton Bank, N.A. and Bala Jain, LLC have consented to the sale of the Property as set forth herein, free and clear of all liens, claims and interests, accordingly:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Trustee is authorized to sell the Property[1] to ANNN Investment LLC (the

---

[1] Having the following legal description:

BEGINNING AT A POINT IN THE NORTHERLY LINE OF GROVE AVENUE PLOTTED FORTY (40) FEET

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*
GFRDOCS\42372\149975\10886131.v2-5/17/24

"Purchaser") for $267,500 consistent with the sales contract attached to the Motion.

3. The Trustee is authorized to pay the secured claim of Fulton Bank, N.A. at closing as set forth in the draft ALTA attached hereto as Exhibit A ("ALTA"), and the consent of Fulton Bank, N.A. to the sale is conditioned on such receipt.

4. The sale shall be free and clear of that certain Praecipe to Index Action as Lis Pendens filed by Bala Jain, LLC in the Land Records of Dauphin County, Pennsylvania as Instrument Number 20220024614 pursuant to 11 U.S.C. § 363(f).

5. At closing, the Trustee shall receive, for the benefit of the estate the sum of $8,025.00 representing his commission under Section 326 of the Bankruptcy Code plus $13,375.00 as additional consideration for the bankruptcy estate free and clear of all liens, claims and interests.

---

WIDE, WHICH POINT IS IN THE EASTERLY LINE OF LOT NO. 8 ON THE PLAN HEREINAFTER REFERRED TO; THENCE ALONG THE EASTERLY LINE OF SAID LOT NO. 8 NORTH FIVE DEGREES FORTY-THREE MINUTES WEST (N 5 43 W) EIGHTY-FOUR AND TWENTY-FIVE HUNDREDTH (84.25) FEET TO A POINT IN THE SOUTHERLY LINE OF LOT NO.64 NOW OWNED BY DR. E. D. LEIBY; THENCE ALONG SAID LEIBY PREMISES KNOWN AS LOT NO.64 AND ALONG LOT NO. 65 NOW OWNED BY JOHN E. MINEHOFF NORTH EIGHTY-ONE DEGREES SEVENTEEN (17) MINUTES EAST (N 81 17 E) ONE HUNDRED THIRTYNINE AND FORTY-EIGHT HUNDREDTH (139.48) FEET TO A POINT IN THE WESTERLY LINE OF LANDS NOW OR LATE OF PAUL E. MYERS; THENCE ALONG SAID MYERS PROPERTY SOUTH NO DEGREES FORTY-FOUR MINUTES EAST (S 0 44 E) EIGHTY-FIVE AND TWENTY-SEVEN HUNDREDTH (85.27) FEET TO A POINT IN THE NORTHERLY LINE OF GROVE AVENUE; THENCE ALONG SAID GROVE AVENUE SOUTH EIGHTY-EIGHT DEGREES THIRTY-ONE MINUTES WEST (S 88 31 W) THIRTY-NINE AND FORTY-FIVE HUNDREDTH (39.45) FEET TO A POINT; THENCE STILL ALONG SAID GROVE AVENUE SOUTH SEVENTY-NINE DEGREES TWENTY MINUTES WEST (S 79 20 W) SIXTY-FIVE AND SEVENTEEN HUNDREDTH (65.17) FEET TO A POINT AND THENCE STILL ALONG SAID GROVE AVENUE SOUTH SEVENTY-SIX DEGREES NINETEEN MINUTES WEST (S 76 19 W) TWENTYEIGHT AND EIGHT HUNDREDTH (28.08) FEET TO A POINT, THE PLACE OF BEGINNING.

THE ABOVE-DESCRIBED PREMISES ARE SUBJECT TO A RIGHT-OF-WAY HELD BY THE PENNSYLVANIA POWER AND LIGHT COMPANY AND ANOTHER RIGHTOF-WAY BY THE BELL TELEPHONE COMPANY AS NOW EXISTING.

ALSO, TOGETHER WITH AND SUBJECT TO THE TERMS AND PROVISIONS OF MAINTENANCE AGREEMENT (PRIVATE ROAD) DATED 7-1-1993, RECORDED 9-20-1993, IN BOOK 2059, PAGE 145.

SAID PROPERTY BEING KNOWN FOR PURPOSES OF ASSESSMENT AND TAXATION PURPOSES AS PROPERTY IDENTIFICATION NO. 68-031-098-000-0000.

6. The Trustee is authorized to pay a three percent (3%) commission to his broker Century 21 New Millennium at closing for services rendered in representing the Trustee in connection with the sale.

7. The Trustee is authorized to pay a two and one half percent (2.5%) commission to Prime Realty Services at closing for services rendered in representing the Buyer in connection with the sale.

8. The Trustee is authorized to pay all outstanding real estate taxes and other customary closing costs consistent with the ALTA.

9. The Trustee is authorized to request and receive all information concerning the liens and debt held by any secured creditor necessary to close on the sale including but not limited to the loan payoff balance, proof of lien perfection, hazard insurance coverage, escrow account balance and other information. Secured creditors are authorized and directed to promptly provide said information to the Trustee upon request of the Trustee, subject to the right of any secured creditor to oppose the request.

10. This Order may be recorded in the land records wherein the subject Property is located.

11. This Court retains jurisdiction with respect to any disputes regarding the Property following the sale.

12. This Order shall be effective immediately and shall not be subject to the stay provided in Federal Rule of Bankruptcy Procedure 6004(h) or any other applicable stay.

Dated: Aug 30 2024

/s/ Klinette H Kindred
United States Bankruptcy Judge

Entered On Docket: Aug 30 2024

3

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax: (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:   /s/ Dylan G. Trache
      Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*


SEEN AND AGREED:

GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
Phone/Fax No. (410) 576-4194
E-mail: dmusgrave@gfrlaw.com


BY:   /s/David S. Musgrave (by DGT with authority)
      David S. Musgrave (Bar No. 35327)

*Attorneys for Fulton Bank, N.A.*


SEEN:

ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176
Phone No. (703) 777-8850
Fax No: (703) 777-8854
E-mail: crogan@RMZLawFirm.com


BY:   /s/Christopher L. Rogan (by DGT with authority)
      Christopher L. Rogan (Bar No. 30344)

*Attorneys for Bala Jain, LLC*

4

## CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I HEREBY CERTIFY that this Order has been endorsed by all necessary parties.

/s/ Dylan G. Trache
Dylan G. Trache

## LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
## PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael Freeman
OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
Century 21 Commercial New Millennium
6629 Old Dominion Drive
McLean, VA 22101

David S. Musgrave
GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202

Christopher Rogan
ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176

4875-2821-7816

# **Exhibit A**

| American Land Title Association | ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

**Universal Settlement Services of PA**
**ALTA Universal ID:**
**1423 N Atherton Street**
**2nd Floor**
**State College, PA 16803**

| | |
|---|---|
| File No./Escrow No. : | PA-24-1282 |
| Print Date & Time: | August 29, 2024  10:57 am |
| Officer/Escrow Officer : | Brandy McAulay |
| Settlement Location : | 1423 N Atherton Street, 2nd Floor |
| | State College, PA 16803 |
| Property Address: | 7616 Grove Avenue |
| | Harrisburg, PA 17112 |
| Borrower: | Annn Investment LLC |
| | 818 Mountain View Street |
| | Harrisburg, PA 17112 |
| Seller: | H. Jason Gold, Bankruptcy Trustee of The Bankruptcy Estate of Eagle Properties and Investments, LLC |
| | PO Box 57359 |
| | Washington, DC 20037 |
| Lender: | The Lending Group Company |
| Settlement Date: | September 13, 2024 |
| Disbursement Date: | September 13, 2024 |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | 267,500.00 | Sale Price of Property | 267,500.00 | |
| | | Deposit | | 10,000.00 |
| | | Loan Amount | | 208,000.00 |
| 1,000.00 | | Seller Credit | | 1,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | 30.52 | Sewer | 30.52 | |
| | | 09/13/24-10/01/24 | | |
| | 328.44 | City/Town Taxes | 328.44 | |
| | | 09/13/24 - 12/31/24 | | |
| | 1,780.51 | Assessments | 1,780.51 | |
| | | 09/13/24 - 06/30/25 | | |
| | | | | |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| | | CPL to Fidelity National Title Insurance Company | 125.00 | |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Title Charges and Escrow/Settlement Charges (continued)** | | |
| | | Lender's Title Insurance to Universal Settlement Services of PA<br>    Coverage:  208,000.00<br>    Disclosed Premium:   1,640.60 | 1,640.60 | |
| | | TIRBOP Endorsement 100 (Covenants, Conditions and Restrictions) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 300 (Mortgage Survey Exception) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 900 (Environmental Protection Lien - Residential) to Universal Settlement Services of PA | 100.00 | |
| | | Deed Prep to The Nittany Group | 150.00 | |
| 1,100.00 | | Final Sewer to Universal Escrow | | |
| 250.00 | | Final Water to Universal Escrow | | |
| | | Owner's Title Insurance to Universal Settlement Services of PA<br>    Coverage:  267,500.00<br>    Disclosed Premium:   342.00 | 342.00 | |
| | | Tax Cert Fee to Universal Settlement Services of PA | 95.00 | |
| | | Title Search Fee to Universal Settlement Services of PA | 100.00 | |
| | | | | |
| | | **Commissions** | | |
| 8,025.00 | | Commission - Listing Agent to Century 21 New Millennium | | |
| 6,687.50 | | Commission - Selling Agent to Prime Realty Services | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees to Dauphin County Recorder of Deeds | 307.50 | |
| 2,675.00 | | Transfer Tax to Dauphin County Recorder of Deeds | 2,675.00 | |
| | | | | |
| | | **Miscellaneous** | | |
| 1,226.61 | | 2024 county/twp taxes to West Hanover Township Tax Collector | | |
| 2,752.02 | | 2024 school taxes to West Hanover Township Tax Collector | | |
| 8,025.00 | | 326(a) Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| | | Attorney Title Exam Fee to RL Title and Escrow, Inc. | 150.00 | |
| 13,375.00 | | Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Miscellaneous (continued)** | | |
| 7,964.40 | | delinquent taxes to Dauphin County Tax Claim | | |
| 150.00 | | Settlement and Closing Fee to RL Title and Escrow, Inc. | 895.00 | |
| 216,408.94 | | Short Sale Proceeds to Fulton Bank to Fulton Bank | | |

| Seller | | | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| 269,639.47 | 269,639.47 | Subtotals | 276,419.57 | 219,000.00 |
| | | Due from Borrower | | 57,419.57 |
| 269,639.47 | 269,639.47 | Totals | 276,419.57 | 276,419.57 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement.  We/I authorize Universal Settlement Services of PA to cause the funds to be disbursed in accordance with this statement.

Borrower

Annn Investment LLC

BY:_____

Seller

H. Jason Gold, Bankruptcy Trustee of The Bankruptcy Estate of Eagle Properties and Investments, LLC

BY:_____

_____
Brandy McAulay
Escrow Officer