# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case |
| EAGLE PROPERTIES AND | ) | No. 23-10566-KHK |
| INVESTMENTS LLC | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |

## TRUSTEE'S REPORT OF SALE

Pursuant to Fed. R. Bankr. P. 6004(f) and Local Bankruptcy Rule 6004-2(D), H. Jason Gold, the Chapter 7 Trustee ("Trustee") for the above-captioned Debtor, files this Report of Sale (including attached Settlement Statement). On 8/23/2024, this Court entered an order approving the Motion to Approve Sale of Property Free and Clear of Liens, being real property at 249 Berkstone Drive, Harrisburg PA ("Property") held by the Debtor's bankruptcy estate.

| | |
|---|---|
| Settlement (or Closing) Date: | 8/30/2024 |
| Property Sold: | 249 Berkstone Dr, Harrisburg PA |
| Purchasers: | Scott & Donna Corbin |
| Purchase Price: | $300,000.00 |
| Exemptions paid to Debtor: | $0.00 |
| Net Proceeds to Estate: | **$58,078.52** |

Dated: 9/5/2024

Respectfully submitted,

*/s/ H. Jason Gold*
H. JASON GOLD, CH. 7 TRUSTEE

H. Jason Gold, Va. Bar No. 19117
PO Box 57359
Washington DC  20037
*Chapter 7 Trustee*

| American Land Title Association | ALTA Settlement Statement - Combined |
| --- | --- |
| | Adopted 05-01-2015 |

**Universal Settlement Services of PA**
**ALTA Universal ID:**
**1423 N Atherton Street**
**2nd Floor**
**State College, PA 16803**

| | |
| --- | --- |
| File No./Escrow No. : | PA-24-1777 |
| Print Date & Time: | August 30, 2024   9:47 am |
| Officer/Escrow Officer : | |
| Settlement Location : | 1423 N Atherton Street, 2nd Floor |
| | State College, PA 16803 |
| Property Address: | 249 Berkstone Drive |
| | Harrisburg, PA 17112 |
| Borrower: | Scott A. Corbin and Donna Corbin |
| | 113 Blue Mountain View Drive |
| | Fredericksburg, PA 17026 |
| Seller: | Eagle Properties and Investements LLC |
| | 445 Windover Avenue NW |
| | Vienna, VA 22180 |
| Lender: | The Ephrata National Bank its successors and/or assigns appearing of record as Mortgage Electronic Registration Systems, Inc. |
| Settlement Date: | August 30, 2024 |
| Disbursement Date: | August 30, 2024 |

| Seller | | Description | Borrower | |
| --- | --- | --- | --- | --- |
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | 300,000.00 | Sale Price of Property | 300,000.00 | |
| | | Deposit | | 5,000.00 |
| | | Loan Amount | | 240,000.00 |
| 1,000.00 | | Seller Credit | | 1,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | 54.26 | Sewer  08/30/24-10/01/24 | 54.26 | |
| | 353.20 | City/Town Taxes  08/30/24 - 12/31/24 | 353.20 | |
| | 1,780.03 | Assessments  08/30/24 - 06/30/25 | 1,780.03 | |
| | | | | |
| | | **Loan Charges to The Ephrata National Bank its successors and/or assigns appearing of record as Mortgage Electronic Registration Systems, Inc.** | | |

| Seller Debit | Seller Credit | Description | Borrower Debit | Borrower Credit |
|---|---|---|---|---|
| | | **Loan Charges to The Ephrata National Bank its successors and/or assigns appearing of record as Mortgage Electronic Registration Systems, Inc. (continued)** | | |
| | | % of Loan Amount (Points) to The Ephrata National Bank its successors and/or as | 2,100.00 | |
| | | Loan Administration Fee to The Ephrata National Bank its successors and/or as | 995.00 | |
| | | Appraisal Fee to The Ephrata National Bank its successors and/or as<br>    $575.00 paid outside closing by Borrower | | |
| | | Appraisal Review Fee to The Ephrata National Bank its successors and/or as | 16.50 | |
| | | Credit Report to The Ephrata National Bank its successors and/or as | 148.89 | |
| | | Final Inspection to The Ephrata National Bank its successors and/or as | 150.00 | |
| | | Flood Certification to The Ephrata National Bank its successors and/or as | 12.50 | |
| | | Tax Service to The Ephrata National Bank its successors and/or as | 128.00 | |
| | | Verification of Employment to The Ephrata National Bank its successors and/or as | 130.38 | |
| | | Prepaid Interest<br>    $49.17 per day from 08/30/24 to 09/01/24<br>    The Ephrata National Bank its successors and/or assigns appearing of record as Mortgage Electronic Registration Systems, Inc. | 98.33 | |
| | | | | |
| | | **Other Loan Charges** | | |
| | | Attorney Title Exam Fee to RL Title and Escrow Inc. | 150.00 | |
| 150.00 | | Settlement and Closing Fee to RL Title and Escrow Inc. | 895.00 | |
| | | | | |
| | | **Impounds** | | |
| | | Homeowner's Insurance to The Ephrata National Bank its successors and/or as<br>    3.000 months at $86.58/month | 259.74 | |
| | | Property Taxes to The Ephrata National Bank its successors and/or as<br>    7.000 months at $86.88/month | 608.16 | |
| | | <br>    3.000 months at $177.42/month | 532.26 | |
| | | Aggregate Adjustment to The Ephrata National Bank its successors and/or as | | 347.52 |
| | | | | |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| | | CPL to Fidelity National Title Insurance Company | 125.00 | |

Copyright 2015 American Land Title Association
All rights reserved                        Page 2 of 5                        File # PA-24-1777 / 39
                                                                              Printed on 08/30/24 at 9:47:11AM by EBindas

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Title Charges and Escrow/Settlement Charges (continued)** | | |
| | | Lender's Title Insurance to Universal Settlement Services of PA<br>    Coverage: 240,000.00<br>    Disclosed Premium:  1,823.00 | 1,823.00 | |
| | | TIRBOP Endorsement 100 (Covenants, Conditions and Restrictions) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 1030 (Restrictions, Encroachments, Minerals) to Universal Settlement Services of PA | 216.50 | |
| | | TIRBOP Endorsement 300 (Mortgage Survey Exception) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 900 (Environmental Protection Lien - Residential) to Universal Settlement Services of PA | 100.00 | |
| 150.00 | | Deed Prep to The Nittany Group | | |
| 1,500.00 | | Final Sewer to Universal Escrow | | |
| | | Owner's Title Insurance to Universal Settlement Services of PA<br>    Coverage: 300,000.00<br>    Disclosed Premium:   342.00 | 342.00 | |
| 145.00 | | Tax Cert Fee to Universal Settlement Services of PA | | |
| | | Title Search Fee to Universal Settlement Services of PA | 100.00 | |
| | | | | |
| | | **Commissions** | | |
| | | Broker/Transaction Fee - Selling Agent to Keller Williams Realty | 350.00 | |
| 9,000.00 | | Commission - Listing Agent to Century 21 New millennium | | |
| 7,500.00 | | Commission - Selling Agent to Keller Williams Realty | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees to Dauphin County Recorder of Deeds | 273.50 | |
| 1,500.00 | | Transfer Tax to Dauphin County Recorder of Deeds | 1,500.00 | |
| 1,500.00 | | Transfer Tax to Dauphin County Recorder of Deeds | 1,500.00 | |
| | | | | |
| | | **Payoff(s)** | | |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Payoff(s) (continued)** | | |
| 201,656.35 | | Payoff of First Mortgage Loan to Bank of Clarke<br>    Loan Payoff                          201,264.61<br>    Additional Interest From:         391.74<br>    08/21/24 Through:<br>    08/30/24 @ 19.587200<br>    Per Diem plus 5 Extra<br>    Days<br>        Total Payoff                       201,656.35 | | |
| | | **Miscellaneous** | | |
| | | Homeowner's Insurance Premium to State Farm<br>    12 months | 1,039.00 | |
| 1,170.17 | | 2024 county/twp taxes to West Hanover Township Tax Collector | | |
| 2,172.51 | | 2024-2025 school taxes to West Hanover Township Tax Collector | | |
| 9,000.00 | | 326(a) Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| 15,000.00 | | Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| 7,664.94 | | delinquent taxes to Dauphin County Tax Claim | | |
| 1,000.00 | | Expense Reimbursement to RealMarkets | | |
| 8,000.00 | | Judgment 2023-CV-2753 to West Hanover Township | | |
| **Seller** | | | **Borrower** | |
| **Debit** | **Credit** | | **Debit** | **Credit** |
| 268,108.97 | 302,187.49 | **Subtotals** | 315,981.25 | 246,347.52 |
| | | **Due from Borrower** | | 69,633.73 |
| 34,078.52 | | **Due to Seller** | | |
| 302,187.49 | 302,187.49 | **Totals** | 315,981.25 | 315,981.25 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Universal Settlement Services of PA to cause the funds to be disbursed in accordance with this statement.

Borrower

*/s/ Scott A. Corbin*
Scott A. Corbin

*/s/ Donna Corbin*
Donna Corbin

Seller

Eagle Properties and Investements LLC

BY:_____

*/s/*
Escrow Officer

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Universal Settlement Services of PA to cause the funds to be disbursed in accordance with this statement.

Borrower

_____
Scott A. Corbin

_____
Donna Corbin

Seller

Eagle Properties and Investements LLC

BY: *H. Jason Gold, Trustee*    [DIGITALLY SIGNED]    08/30/2024 10:18 AM EDT
_____
H. Jason Gold, Chapter 7 Bankruptcy Trustee

_____
Escrow Officer