## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case |
| EAGLE PROPERTIES AND INVESTMENTS LLC | ) | No. 23-10566-KHK |
| | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |

### TRUSTEE'S REPORT OF SALE

Pursuant to Fed. R. Bankr. P. 6004(f) and Local Bankruptcy Rule 6004-2(D), H. Jason Gold, the Chapter 7 Trustee ("Trustee") for the above-captioned Debtor, files this Report of Sale (including attached Settlement Statement). On 8/26/2024, this Court entered an order approving the Motion to Approve Sale of Property Free and Clear of Liens, being real property at 204 S Fairville Avenue, Harrisburg PA ("Property") held by the Debtor's bankruptcy estate.

| | |
|---|---|
| Settlement (or Closing) Date: | 8/30/2024 |
| Property Sold: | 204 S Fairville Ave, Harrisburg PA |
| Purchasers: | Angles Gonzalez |
| Purchase Price: | $285,000.00 |
| Exemptions paid to Debtor: | $0.00 |
| Net Proceeds to Estate: | **$81,990.20** |

Dated: 9/5/2024

Respectfully submitted,

*/s/ H. Jason Gold*
H. JASON GOLD, CH. 7 TRUSTEE

H. Jason Gold, Va. Bar No. 19117
PO Box 57359
Washington DC  20037
*Chapter 7 Trustee*

| American Land Title Association | ALTA Settlement Statement - Combined |
| --- | --- |
| | Adopted 05-01-2015 |

**Universal Settlement Services of PA**
**ALTA Universal ID:**
**1423 N Atherton Street**
**2nd Floor**
**State College, PA 16803**

| | |
| --- | --- |
| File No./Escrow No. : | PA-24-2008 |
| Print Date & Time: | August 29, 2024  12:27 pm |
| Officer/Escrow Officer : | Brandy McAulay |
| Settlement Location : | 1423 N Atherton Street, 2nd Floor |
| | State College, PA 16803 |
| Property Address: | 204 S Fairville Avenue |
| | Harrisburg, PA 17112 |
| Borrower: | Angles Gonzalez Gonzalez |
| | 901 Rupp Avenue, Apt 12 |
| | Camp Hill, PA 17011 |
| Seller: | H. Jason Gold, Bankruptcy Trustee of The Bankruptcy Estate of Eagle Properties and Investments, LLC |
| | PO Box 57359 |
| | Washington, DC 20037 |
| Lender: | Fulton Bank N.A., ISAOA/ATIMA |
| Settlement Date: | August 29, 2024 |
| Disbursement Date: | August 29, 2024 |

| Seller | | Description | Borrower | |
| --- | --- | --- | --- | --- |
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | 285,000.00 | Sale Price of Property | 285,000.00 | |
| | | Deposit | | 5,000.00 |
| | | Loan Amount | | 228,000.00 |
| 1,000.00 | | Seller Credit | | 1,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | 55.96 | Sewer                08/29/24-10/01/24 | 55.96 | |
| | 311.40 | City/Town Taxes    08/29/24 - 12/31/24 | 311.40 | |
| | 1,411.47 | Assessments        08/29/24 - 06/30/25 | 1,411.47 | |
| | | | | |
| | | **Loan Charges to Fulton Bank N.A., ISAOA/ATIMA** | | |
| | | Origination Fee | 1,249.00 | |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Loan Charges to Fulton Bank N.A., ISAOA/ATIMA (continued)** | | |
| | | Appraisal Fee | 545.00 | |
| | | Credit Report | 130.00 | |
| | | Flood Cert | 12.50 | |
| | | Inspection Fee | 125.00 | |
| | | Prepaid Interest<br>    $42.95 per day from 08/29/24 to 09/01/24<br>    Fulton Bank N.A., ISAOA/ATIMA | 128.85 | |
| | | | | |
| | | **Impounds** | | |
| | | Homeowner's Insurance to Fulton Bank N.A., ISAOA/ATIMA<br>    3.000 months at $62.58/month | 187.74 | |
| | | Property Taxes to Fulton Bank N.A., ISAOA/ATIMA<br>    7.000 months at $77.53/month | 542.71 | |
| | | School Tax to Fulton Bank N.A., ISAOA/ATIMA<br>    3.000 months at $158.34/month | 475.02 | |
| | | Aggregate Adjustment to Fulton Bank N.A., ISAOA/ATIMA | | 310.06 |
| | | | | |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| | | CPL to Fidelity National Title Insurance Company | 125.00 | |
| | | Lender's Title Insurance to Universal Settlement Services of PA<br>    Coverage: 228,000.00<br>    Disclosed Premium: 1,754.60 | 1,754.60 | |
| | | TIRBOP Endorsement 100 (Covenants, Conditions and Restrictions) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 300 (Mortgage Survey Exception) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 900 (Environmental Protection Lien - Residential) to Universal Settlement Services of PA | 100.00 | |
| | | Deed Prep to The Nittany Group | 150.00 | |
| 1,000.00 | | Final Sewer Escrow to Universal Escrow | | |
| 500.00 | | Final Water Escrow to Universal Escrow | | |
| | | Owner's Title Insurance to Universal Settlement Services of PA<br>    Coverage: 285,000.00<br>    Disclosed Premium: 324.90 | 324.90 | |
| | | Tax Cert Fee to Universal Settlement Services of PA | 70.00 | |
| | | Wire Fee to Universal Settlement Services of PA | 50.00 | |
| | | | | |
| | | **Commissions** | | |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Commissions (continued)** | | |
| | | Broker/Transaction Fee - Selling Agent to Home 1st Realty | 450.00 | |
| 8,550.00 | | Commission - Listing Agent to Century 21 New millennium | | |
| 7,125.00 | | Commission - Selling Agent to Home 1st Realty | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees to Dauphin County Recorder of Deeds | 307.50 | |
| | | CCAP Recording Fee to Dauphin County Recorder of Deeds | 250.00 | |
| 2,850.00 | | Transfer Tax to Dauphin County Recorder of Deeds | 2,850.00 | |
| | | | | |
| | | **Payoff(s)** | | |
| 173,508.55 | | Payoff of First Mortgage Loan to Bank of Clarke<br>Loan Payoff                173,491.79<br>Additional Interest From:         16.76<br>09/20/24 Through:<br>08/29/24 @ 0.000000 Per<br>Diem plus 5 Extra Days<br>       Total Payoff        173,508.55 | | |
| | | | | |
| | | **Miscellaneous** | | |
| | | Homeowner's Insurance Premium<br>12 months | 751.00 | |
| 1,023.43 | | 2024 county/twp taxes to West Hanover Township Tax Collector | | |
| 1,717.07 | | 2024-2025 school taxes to West Hanover Township Tax Collector | | |
| 6,364.58 | | 22 & 23 delinquent taxes to Dauphin County Tax Claim | | |
| 8,550.00 | | 326(a) Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| | | Attorney Title Exam Fee to RL Title and Escrow, Inc. | 150.00 | |
| 14,250.00 | | Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| 1,000.00 | | Expense Reimbursement to Real Markets | | |
| 150.00 | | Settlement and Closing Fee to RL Title and Escrow, Inc. | 895.00 | |
| 2,000.00 | | West Hanover Settlement to H. Jason Gold, Bankruptcy Trustee | | |
| | | Second Mortgage | | 55,931.40 |
| | | CCAP Secured Net Proceeds | | 2,500.00 |

| Seller | | | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | Subtotals | 298,199.40 | 293,682.34 |
| 229,588.63 | 286,778.83 | Due from Borrower | | 4,517.06 |
| 57,190.20 | | Due to Seller | | |
| 286,778.83 | 286,778.83 | Totals | 298,199.40 | 298,199.40 |

## Acknowledgement

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Universal Settlement Services of PA to cause the funds to be disbursed in accordance with this statement.

Borrower

*[signature: Angles Gonzalez Gonzalez]*
Angles Gonzalez Gonzalez

Seller

H. Jason Gold, Bankruptcy Trustee of The Bankruptcy Estate of Eagle Properties and Investments, LLC

BY: _____

*[signature]*

Brandy McAulay
Escrow Officer

|  | Seller | |  | Borrower | |
|---|---|---|---|---|---|
|  | Debit | Credit |  | Debit | Credit |
|  | 229,588.63 | 286,778.83 | Subtotals | 298,602.65 | 292,741.46 |
|  |  |  | Due from Borrower |  | 5,861.19 |
|  | 57,190.20 |  | Due to Seller |  |  |
|  | 286,778.83 | 286,778.83 | Totals | 298,602.65 | 298,602.65 |

## Acknowledgement

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement.  We/I authorize Universal Settlement Services of PA to cause the funds to be disbursed in accordance with this statement.

Borrower

_____
Angles Gonzalez Gonzalez

Seller

H. Jason Gold, Bankruptcy Trustee of The Bankruptcy Estate of Eagle Properties and Investments, LLC

BY: *H. Jason Gold, Trustee*  DIGITALLY SIGNED  08/29/2024 07:25 PM EDT

_____
Brandy McAulay
Escrow Officer