# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (ALEXANDRIA DIVISION)

|   |   |
|---|---|
| In re | : |
| **EAGLE PROPERTIES AND AND INVESTMENTS, LLC** | : Case No. 23-10566-KHK<br>: (Chapter 7) |
| **Debtor.** | : |
| **ORRSTOWN BANK** | : |
| **Movant,**<br>vs. | : |
| **H. JASON GOLD, TRUSTEE,** | : |
| **Respondent.** | : |

## WITHDRAWAL OF DOCUMENT

Orrstown Bank ("Movant"), by its attorneys, Offit Kurman, P.A., hereby withdraws as moot its Motion to Obtain Relief From Automatic Stay (6958 New Oxford Road, Harrisburg, PA, 17112) (the "Motion") (DE 376) due to the Trustee's sale of the property that is the subject of the Motion.

Date:   September 10, 2024.

                        OFFIT | KURMAN, P.A.

                        By:   /s/ Stephen Nichols
                              Stephen Nichols
                              Va. Bar No. 32443
                              7501 Wisconsin Avenue, Suite 1000W
                              Bethesda, MD  20814

                        PHONE:       (240) 507-1700
                        FAX:             (240) 507-1735
                        EMAIL:          snichols@offitkurman.com

                        *Attorneys for Orrstown Bank*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 10, 2024 a copy of the foregoing Withdrawal of Document was served via electronic mail as a result of the e-filing of the document upon the following:

Office of the U.S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA, 22314

H. Jason Gold, Chapter 7 Trustee
PO Box 57359
Washington, DC  20037

Dylan Trache, Esq.
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, NW
Suite 900
Washington, DC  20001

Jeffery T. Martin, Jr., Esq.
Martin Law Group, PC
8065 Leesburg Pike
Suite 750
Vienna, VA  22182

Christopher Jones, Esq.
Whiteford Taylor & Preston LLP
3190 Fairview Park Drive
Suite 800
Falls Church, VA  22042

      /s/ Stephen Nichols
      Stephen Nichols, Esq.