UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: | : |
| | :    Chapter 7 |
| **EAGLE PROPERTIES &** | : |
| **INVESTMENT, LLC,** | :    Case No. 23-10566-KHK |
| | : |
| **Debtor** | : |

**ORDER APPROVING THIRD AND FINAL APPLICATION OF MARTIN LAW GROUP, P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR**

THIS CAUSE came to be heard upon the Attorney's Third and Final Application for Payment of Fees and Costs of Martin Law Group, P.C. ("MLG"), as Counsel to the Debtor-in-Possession, Eagle Properties & Investment, LLC ("Debtor"), and

IT APPEARING TO THE COURT that MLG is requesting approval and payment of its first interim application for compensation for its legal services rendered to the Debtor-in-Possession in this proceeding in the amount of $37,606.50 for the period of February 1, 2024 through March 19, 2024 and reimbursement for out-of-pocket costs and expenses of $0.00, and a voluntary reduction of $7,000.00 for total fees and costs through said date in the amount of $30,606.50; and

IT FURTHER APPEARING that good cause exists for granting such requests, it is hereby:

ORDERED that fees in the amount of $30,606.50 and expenses in the amount of $0.00 are hereby approved and deemed a Chapter 11 administrative expense subject to further order.

Date: _Sep 11 2024_, 2024

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: Sep 11 2024

WE ASK FOR THIS:

MARTIN LAW GROUP, P.C.

By: /s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., VSB No. 71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
(703) 834-5550; jeff@martinlawgroupva.com
Counsel for the Debtor

/s/ Michael T. Freeman
Michael T. Freeman
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274
Michael.T.Freeman@usdoj.gov
Assistant United States Trustee

/s/ Dylan Trache
Dylan Trache
Neslon, Mullins, Riley & Scarborough LLP
101 Constitution Avenue, NW, Suite 900
Washington, D.C. 20001
(202) 689.2993
dylan.trache@nelsonmullins.com
Counsel for the Chapter 7 Trustee

## CERTIFICATION

This Order was served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr.