# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case |
| EAGLE PROPERTIES AND INVESTMENTS LLC | ) ) | No. 23-10566-KHK |
| | ) | Chapter 7 |
| Debtor | ) | |

## TRUSTEE'S REPORT OF SALE

Pursuant to Fed. R. Bankr. P. 6004(f) and Local Bankruptcy Rule 6004-2(D), H. Jason Gold, the Chapter 7 Trustee ("Trustee") for the above-captioned Debtor, files this Report of Sale (including attached Settlement Statement). On 8/30/2024, this Court entered an order approving the Motion to Approve Sale of Property Free and Clear of Liens, being real property at 7616 Grove Ave, Harrisburg PA ("Property") held by the Debtor's bankruptcy estate.

| | |
|---|---|
| Settlement (or Closing) Date: | 9/4/2024 |
| Property Sold: | 7616 Grove Ave, Harrisburg PA |
| Purchasers: | Annn Investment LLC |
| Purchase Price: | $267,500.00 |
| Exemptions paid to Debtor: | $0.00 |
| Net Proceeds to Estate: | **$21,400.00** |

Dated: 9/10/2024

Respectfully submitted,

*/s/ H. Jason Gold*
H. JASON GOLD, CH. 7 TRUSTEE

H. Jason Gold, Va. Bar No. 19117
PO Box 57359
Washington DC  20037
*Chapter 7 Trustee*

| American Land Title Association | ALTA Settlement Statement - Combined |
| --- | --- |
|  | Adopted 05-01-2015 |

**Universal Settlement Services of PA**
ALTA Universal ID:
1423 N Atherton Street
2nd Floor
State College, PA 16803

| | |
| --- | --- |
| File No./Escrow No.: | PA-24-1282 |
| Print Date & Time: | September 3, 2024   3:29 pm |
| Officer/Escrow Officer: | Brandy McAulay |
| Settlement Location: | 1423 N Atherton Street, 2nd Floor<br>State College, PA 16803 |
| Property Address: | 7616 Grove Avenue<br>Harrisburg, PA 17112 |
| Borrower: | Annn Investment LLC<br>818 Mountain View Street<br>Harrisburg, PA 17112 |
| Seller: | H. Jason Gold, Bankruptcy Trustee of The Bankruptcy Estate of Eagle Properties and Investments, LLC<br>PO Box 57359<br>Washington, DC 20037 |
| Lender: | The Lending Group Company |
| Settlement Date: | September 04, 2024 |
| Disbursement Date: | September 04, 2024 |

| Seller | | Description | Borrower | |
| --- | --- | --- | --- | --- |
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | | Lender Credits from The Lending Group Company | | 75.00 |
| | 267,500.00 | Sale Price of Property | 267,500.00 | |
| | | Deposit | | 10,000.00 |
| | | Loan Amount | | 214,000.00 |
| 1,000.00 | | Seller Credit | | 1,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | 45.78 | Sewer<br>09/04/24-10/01/24 | 45.78 | |
| | 355.31 | City/Town Taxes<br>09/04/24 - 12/31/24 | 355.31 | |
| | 1,835.39 | Assessments<br>09/04/24 - 06/30/25 | 1,835.39 | |
| | | | | |
| | | **Loan Charges to The Lending Group Company** | | |
| | | % of Loan Amount (Points) | 5,243.00 | |

File # PA-24-1282 / 50

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | Loan Charges to The Lending Group Company (continued) | | |
| | | Processing Fee | 905.00 | |
| | | Underwriting Fee | 675.00 | |
| | | Credit Report | 153.43 | |
| | | Electronic Registration MERS Fee | 24.95 | |
| | | Flood Certification | 8.00 | |
| | | Tax Service | 85.00 | |
| | | Prepaid Interest $50.57 per day from 09/04/24 to 10/01/24 The Lending Group Company | 1,365.35 | |
| | | Other Loan Charges | | |
| | | Appraisal Fee to Appraisal Links, Inc | 675.00 | |
| | | Final Inspection Fee to Appraisal Links, Inc | 200.00 | |
| | | Impounds | | |
| | | Homeowner's Insurance to The Lending Group Company 4.000 months at $100.67/month | 402.68 | |
| | | Property Taxes to The Lending Group Company 9.000 months at $91.07/month | 819.63 | |
| | | 4.000 months at $185.98/month | 743.92 | |
| | | Aggregate Adjustment to The Lending Group Company | | 455.37 |
| | | Title Charges and Escrow/Settlement Charges | | |
| | | CPL to Fidelity National Title Insurance Company | 125.00 | |
| | | Lender's Title Insurance to Universal Settlement Services of PA Coverage: 214,000.00 Disclosed Premium: 1,674.80 | 1,674.80 | |
| | | TIRBOP Endorsement 100 (Covenants, Conditions and Restrictions) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 300 (Mortgage Survey Exception) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 900 (Environmental Protection Lien - Residential) to Universal Settlement Services of PA | 100.00 | |
| | | Deed Prep to The Nittany Group | 150.00 | |
| 1,100.00 | | Final Sewer to Universal Escrow | | |
| 250.00 | | Final Water to Universal Escrow | | |
| | | Owner's Title Insurance to Universal Settlement Services of PA Coverage: 267,500.00 Disclosed Premium: 307.80 | 307.80 | |

File # PA-24-1282 / 50
Printed on 09/03/24 at 3:29:08PM by jcole

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Title Charges and Escrow/Settlement Charges (continued)** | | |
| | | Tax Cert Fee to Universal Settlement Services of PA | 95.00 | |
| | | Title Search Fee to Universal Settlement Services of PA | 100.00 | |
| | | **Commissions** | | |
| 8,025.00 | | Commission - Listing Agent to Century 21 New Millennium | | |
| 6,687.50 | | Commission - Selling Agent to Prime Realty Services | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees to Dauphin County Recorder of Deeds | 350.00 | |
| 2,675.00 | | Transfer Tax to Dauphin County Recorder of Deeds | 2,675.00 | |
| | | **Miscellaneous** | | |
| | | Homeowner's Insurance Premium 12 months $1,208.00 paid outside closing by Borrower | | |
| 1,226.61 | | 2024 county/twp taxes to West Hanover Township Tax Collector | | |
| 2,752.02 | | 2024 school taxes to West Hanover Township Tax Collector | | |
| 8,025.00 | | 326(a) Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| | | Attorney Title Exam Fee to RL Title and Escrow, Inc. | 150.00 | |
| 13,375.00 | | Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| 7,964.40 | | delinquent taxes to Dauphin County Tax Claim | | |
| 150.00 | | Settlement and Closing Fee to RL Title and Escrow, Inc. | 895.00 | |
| 216,505.95 | | Short Sale Proceeds to Fulton Bank | | |

| Seller | | | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| 269,736.48 | 269,736.48 | Subtotals | 287,860.04 | 225,530.37 |
| | | Due from Borrower | | 62,329.67 |
| 269,736.48 | 269,736.48 | Totals | 287,860.04 | 287,860.04 |

### Acknowledgement

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Universal Settlement Services of PA to cause the funds to be disbursed in accordance with this statement.

Borrower

Annm Investment LLC

BY: *Amjad SAAD /member* (signature)

Seller

H. Jason Gold, Bankruptcy Trustee of The Bankruptcy Estate of Eagle Properties and Investments, LLC

BY: _____

_(signature)_
Brandy McAulay
Escrow Officer