# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case |
| EAGLE PROPERTIES AND INVESTMENTS LLC | ) | No. 23-10566-KHK |
| | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |

## TRUSTEE'S REPORT OF SALE

Pursuant to Fed. R. Bankr. P. 6004(f) and Local Bankruptcy Rule 6004-2(D), H. Jason Gold, the Chapter 7 Trustee ("Trustee") for the above-captioned Debtor, files this Report of Sale (including attached Settlement Statement). On 8/29/2024, this Court entered an order approving the Motion to Approve Sale of Property Free and Clear of Liens, being real property at 6958 New Oxford Rd, Harrisburg PA ("Property") held by the Debtor's bankruptcy estate.

| | |
|---|---|
| Settlement (or Closing) Date: | 8/30/24 |
| Property Sold: | 6958 New Oxford Rd, Harrisburg PA |
| Purchasers: | Heather Abdalla |
| Purchase Price: | $250,000.00 |
| Exemptions paid to Debtor: | $0.00 |
| Net Proceeds to Estate: | **$22,000.00** |

Dated: 9/10/2024

Respectfully submitted,

*/s/ H. Jason Gold*
H. JASON GOLD, CH. 7 TRUSTEE

H. Jason Gold, Va. Bar No. 19117
PO Box 57359
Washington DC  20037
*Chapter 7 Trustee*

# SETTLEMENT STATEMENT

| | | |
|---|---|---|
| | 6. FILE NUMBER: ILT-24-0046A | 7. LOAN NUMBER: |
| | 8. MORTGAGE INS CASE NUMBER: | |

1. ☐ FHA  2. ☐ FmHA  3. ☐ Conv. Unins  4. ☐ VA  5. ☐ Conv. Ins

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

1.0  3/98  (ILT-24-0046A/32)

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| Heather Abdalla | H. Jason Gold, Bankruptcy Trustee of the Bankruptcy Estate of Eagle Properties and Investments, LLC<br>PO Box 57359<br>Washington, DC 20037 | |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: 87-1865232 | I. SETTLEMENT DATE: |
|---|---|---|
| 6968 New Oxford Road<br>Harrisburg, PA 17112<br>Dauphin County, Pennsylvania | Integrated Land Transfer, LLC<br>PLACE OF SETTLEMENT:<br>3421 Market Street<br>Camp Hill, PA 17011 | August 30, 2024<br>DISBURSEMENT DATE:<br>August 30, 2024 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract sales price | 250,000.00 | 401. Contract sales price | 250,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 5,083.76 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/Town taxes | | 406. City/Town taxes | |
| 107. County/Township Taxes 08/30/24 to 12/31/24 | 372.46 | 407. County/Township Taxes 08/30/24 to 12/31/24 | 372.46 |
| 108. School Taxes 07/01/24 to 06/30/25 | 1,806.25 | 408. School Taxes 07/01/24 to 06/30/25 | 1,806.25 |
| 109. Quarterly Sewer 08/30/24-09/30/24 | 64.96 | 409. Quarterly Sewer 08/30/24-09/30/24 | 64.96 |
| 110. Yearly Stormwater 08/30/24-12/31/24 | 22.23 | 410. Yearly Stormwater 08/30/24-12/31/24 | 22.23 |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 257,339.65 | **420. GROSS AMOUNT DUE TO SELLER** | 252,255.90 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 5,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 46,474.22 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | 200,781.68 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. Dep. retained by Stephanie Young | 5,000.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/Town taxes | | 510. City/Town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 5,000.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 252,255.90 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross amount due from Borrower (Line 120) | 257,339.65 | 601. Gross amount due to Seller (Line 420) | 252,255.90 |
| 302. Less amount paid by/for Borrower (Line 220) | ( 5,000.00) | 602. Less reductions due Seller (Line 520) | ( 252,255.90) |
| **303. CASH FROM BORROWER** | 252,339.65 | **603. CASH TO/FROM SELLER** | 0.00 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1 & 2 of this statement & any attachments referred to herein.

Borrower                                                                                      Seller

*[signature]*                                                                                 H. Jason Gold, Bankruptcy Trustee of the Bankruptcy Estate of
Heather Abdalla                                                                               Eagle Properties and Investments, LLC

BY: *[signed: H. Jason Gold]*
        C2D30270FC50495

TO THE BEST OF MY KNOWLEDGE, THE HUD-1 SETTLEMENT STATEMENT WHICH I HAVE PREPARED IS A TRUE AND ACCURATE ACCOUNT OF THE FUNDS WHICH WERE RECEIVED AND HAVE BEEN OR WILL BE DISBURSED BY THE UNDERSIGNED AS PART OF THE SETTLEMENT OF THIS TRANSACTION.

Integrated Land Transfer, LLC
BY: *[signature]*
Settlement Agent

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE: TITLE 18 U.S. CODE SECTION 1001 & SECTION 1010.

## L. SETTLEMENT CHARGES

| | | | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|---|
| 700. | TOTAL COMMISSIONS based on Price $250,000.00 @ 6.00% = 15,000.00 | | | | | |
| | Division of Commission (line 700) as follows: | | | Less Deposit Retained | 5,000.00 | |
| 701. | $ 7,500.00 | to Century 21 New Millennium | | | | |
| 702. | $ 6,250.00 | to Real Broker, LLC | | | | 8,750.00 |
| 703. | Commission paid at settlement | | | | | |
| 704. | Dep. retained by Stephanie Young | to Century 21 New Millennium | | POC 5,000.00 | | |
| 800. | ITEMS PAYABLE IN CONNECTION WITH LOAN | | | | | |
| 801. | Loan origination fee | to | | | | |
| 802. | Loan discount | to | | | | |
| 803. | Appraisal fee | to | | | | |
| 804. | Credit report | to | | | | |
| 805. | Lender's inspection fee | to | | | | |
| 806. | Mortgage insurance application fee | to | | | | |
| 807. | Assumption fee | to | | | | |
| 808. | | to | | | | |
| 809. | | to | | | | |
| 810. | | to | | | | |
| 811. | | to | | | | |
| 900. | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | | |
| 901. | Interest From 8/30/2024 to 9/1/2024 @ $ | /day (2 days %) | | | | |
| 902. | Mortgage insurance premium | for month to | | | | |
| 903. | Hazard insurance premium | for year to | | | | |
| 904. | | for year to | | | | |
| 905. | | to | | | | |
| 1000. | RESERVES DEPOSITED WITH LENDER | | | | | |
| 1001. | Hazard insurance | Months @ $ | per Month | | | |
| 1002. | Mortgage insurance | Months @ $ | per Month | | | |
| 1003. | City property taxes | Months @ $ | per Month | | | |
| 1004. | County/Township Taxes | Months @ $ | per Month | | | |
| 1005. | School Taxes | Months @ $ | per Month | | | |
| 1006. | | Months @ $ | per Month | | | |
| 1007. | | Months @ $ | per Month | | | |
| 1008. | | Months @ $ | per Month | | | |
| 1100. | TITLE CHARGES | | | | | |
| 1101. | Settlement or closing fee | to | | | | |
| 1102. | Abstract or title search | to | | | | |
| 1103. | Title examination | to | | | | |
| 1104. | Title insurance binder | to | | | | |
| 1105. | Document preparation | to | | | | |
| 1106. | Notary fees | to | | | | |
| 1107. | Attorney's fees | to | | | | |
| | (includes above item numbers: ) | | | | | |
| 1108. | Owner's policy premium | to Integrated Land Transfer, LLC | | | 2,068.00 | |
| | (includes above item numbers: ) | | | | | |
| 1109. | Lender's coverage | | | | | |
| 1110. | Owner's coverage | $ 250,000.00 | 2,068.00 | | | |
| 1111. | Wire Fee | to Integrated Land Transfer, LLC | | | 40.00 | |
| 1112. | Abstract Search Fee | to Integrated Land Transfer, LLC | | | 145.00 | |
| 1113. | ERecording Fee | to Integrated Land Transfer, LLC | | | 10.00 | |
| 1114. | Deed Prep Fee | to Integrated Land Transfer, LLC | | | 150.00 | 150.00 |
| 1115. | Notary Fee | to Integrated Land Transfer, LLC | | | 20.00 | |
| 1116. | Tax Cert Fee | to Integrated Land Transfer, LLC | | | | 80.00 |
| 1117. | Wire Fee | to Integrated Land Transfer, LLC | | | | 40.00 |
| 1118. | Overnight Label | to Integrated Land Transfer, LLC | | | | 50.00 |
| 1119. | Good Standing Cert | to Integrated Land Transfer, LLC | | | 40.00 | |
| 1120. | Storm Water Cert Fee | to Integrated Land Transfer, LLC | | | | 60.00 |
| 1121. | | to | | | | |
| 1200. | GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | | |
| 1201. | Recording fees; | Deed ; Mortgage | $110.75; Releases | | 110.75 | |
| 1202. | City/County tax/stamps; | Deed $2,500.00; Mortgage | | | 2,500.00 | |
| 1203. | State tax/stamps; | Deed $2,500.00; Mortgage | | | | 2,500.00 |
| 1204. | | to | | | | |
| 1205. | | to | | | | |
| 1300. | ADDITIONAL SETTLEMENT CHARGES | | | | | |
| 1301. | Survey | to | | | | |
| 1302. | Pest Inspection | to | | | | |
| 1303. | 2024 Cty/Twp Taxes | to Aaron Hoke | | | | 1,180.46 |
| 1304. | 2024-2025 School Tax | to Aaron Hoke | | | | 2,205.69 |
| 1305. | 326(a) Trustee Commission | to H. Jason Gold, Trustee | | | | 7,500.00 |
| 1306. | Past Due/3rd Qrtr Sewer | to Lower Paxton Township Authority | | | | 1,202.22 |
| 1307. | Bankruptcy Estate Payment | to H. Jason Gold, Trustee | | | | 12,500.00 |
| 1308. | Delinquent Taxes 2023 /2024 | to Dauphin County Tax Claim Bureau | | | | 7,682.20 |
| 1309. | RealMarkets Expense Reimbursement | to RealMarkets | | | | 500.00 |
| 1310. | West Hanover Settlement Reimbursement | to H. Jason Gold, Trustee | | | | 2,000.00 |
| 1311. | Annual Stormwater | to Keystone Collections Group | | | | 73.65 |
| 1312. | | to | | | | |
| 1313. | | to | | | | |
| 1400. | TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K) | | | | 5,083.75 | 46,474.22 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Borrower

/s/ Heather Abdalla

Seller

H. Jason Gold, Bankruptcy Trustee of the Bankruptcy Estate of Eagle Properties and Investments, LLC

BY: /s/ H. Jason Gold
02030270FC50495...