```
Label Matrix for local noticing          3977 Chain Bridge Rd, Suite 1           ADT
0422-1                                   Faifax, VA 22030-3308                   P O Box 371878
Case 23-10566-KHK                                                                Pittsburgh, PA 15250-7878
Eastern District of Virginia
Alexandria
Wed Sep 18 09:18:53 EDT 2024

Aero Mortgage Loan Trust 2019- 1         American Express National Bank          Asset Based Lending
8100 Three Chopt Rd.                     c/o Becket and Lee LLP                  PO BOX 27370
Suite 240                                PO Box 3001                             Anaheim, CA 92809-0112
Richmond, VA 23229-4833                  Malvern  PA 19355-0701


Atlantic Union Bank                      Atlantic Union Bank                     (p)ATLANTIC UNION BANK
1051 E. Cary Street                      8221 Old Courthouse Rd Ste 100,         P O BOX 176
Suite 1200                               Tysons, VA 22182-3839                   BLACKSBURG VA 24063-0176
Richmond, VA 23219-4044


Bala Jain                                Bala Jain LLC                           Bala Jain LLC
Christopher L. Rogan, Esq.               6007 Marilyn Dr.                        6007 Marilyn Drive
50 Catoctin Circle, NE, Suite 300        Alexandria, VA 22310-1516               Alexandria, VA 2231- 22310-1516
Leesburg, VA 20176-3101


Bank Of Clarke                           Bank Of Clarke County                   Bank of Clarke
110 Crock Wells Mill Drive               2 East Main Street                      c/o Hannah W. Hutman, Esq.
Winchester, VA 22603-3943                Berryville, VA 22611-1338               Hoover Penrod, PLC
                                                                                 342 S. Main Street
                                                                                 Harrisonburg, VA 22801-3628

Bank of Clarke County                    Betsy Dalton                            Corey Simpson Booker
c/o Hannah W. Hutman, Esq.               1003 Lynn St SW                         1051 East Cary Street
Hoover Penrod, PLC                       Vienna, VA 22180-6428                   Suite 1200
342 S. Main Street                                                               Richmond, VA 23219-4044
Harrisonburg, VA 22801-3628


J. P. McGuire Boyd Jr                    COUNTY OF HENRICO, VIRGINIA             Candice Goodman
Williams Mullen, P.C.                    SARA L. MAYNARD, ASST. COUNTY ATTORNEY  15474 Roxbury Rd
200 South 10th Street                    P. O. BOX 90775                         Glenwood, MD 21738-9306
Richmond, VA 23219-4091                  HENRICO, VIRGINIA 23273-0775


Capital One N.A.                         City of Richmond                        City of Richmond  City Hall
by American InfoSource as agent          Division of Collections PO Box 26505    Room 109 Delinquent Taxes
4515 N Santa Fe Ave                      Richmond, VA 23261-6505                 900 East Broad Street
Oklahoma City, OK 73118-7901                                                     Richmond VA 23219-1907


Civic Ventures, LLC                      Community Bank Of Chesapeake            Community Bank of the Chesapeake
Douglas M. Foley, Esquire                202 Centennial St,                      Atten: Jared Krahler
Kaufman & Canoles, P.C.                  La Plata, MD 20646                      3035 Leonardtown Road
Two James Center                                                                 Waldorf, MD 20601-3112
1021 East Cary Street, Suite 1400
Richmond, VA 23219-4031

County of Fairfax                        County of Henrico                       DTMA
Department of Tax Administration, Revenu Department of Finance, PO Box 90775     670 Clearwater RD
Suite 223                                Henrico, VA 23273-0775                  Hershey, PA 17033-2453
Fairfax, VA 22035
```

| | | |
|---|---|---|
| Dauphin County Office of Tax Claim Bureau<br>Dauphin County Administration Building,<br>PO Box No 1295<br>Harrisburg, PA 17108 | Dauphin County Tax Claim Bureau<br>P. O. Box 1295<br>Harrisburg, PA 17108 | Department of Finance Howard county<br>Property Tax Division, 3430, Court House<br>Ellicott City, MD 21043-4300 |
| Devon England<br>213 N Port St<br>Baltimore , MD 21224-1027 | (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 | Eagle Properties and Investments LLC<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 |
| John Tucker Farnum<br>Miles and Stockbridge PC<br>1201 Pennsylvania Ave<br>Suite 900<br>Washington, DC 20004-2464 | Justin Fasano<br>McNamee Hosea, P.A.<br>6404 Ivy Lane<br>Ste 820<br>Greenbelt, MD 20770-1416 | Erik W. Fox<br>Rees Broome, PC<br>1900 Gallows Road<br>Suite 700<br>Vienna, VA 22182-3886 |
| Jack Frankel<br>Office of the U.S. Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314-3489 | Fulton Bank<br>625 Elden St,<br>Herndon, VA 20170-4739 | Fulton Bank, N.A.<br>c/o David S. Musgrave, Esquire<br>Gordon Feinblatt LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, MD 21202-4363 |
| Fulton Bank, N.A.<br>c/o David S. Musgrave, Esquire<br>Gordon Feinblatt LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, Maryland 21202-4363 | GITSIT Solutions, LLC<br>c/o Andrew S. Goldstein<br>PO Box 404<br>Roanoke, VA 24003-0404 | Gitsit Solutions, LLC<br>c/o Prober & Raphael, A Law Corporation<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, CA 91364-6207 |
| Gitsit Solutions, LLC<br>333 South Anita Drive, Suite 400<br>Orange, CA 92868-3314 | H. Jason Gold<br>H. Jason Gold, Trustee<br>P.O. Box 57359<br>Washington, DC 20037-0359 | Andrew S Goldstein<br>Magee Goldstein Lasky & Sayers, P.C.<br>PO Box 404<br>Roanoke, VA 24003-0404 |
| Nancy Greene<br>N D Greene PC<br>3977 Chain Bridge Rd<br>Suite 1<br>Fairfax, VA 22030-3308 | Gus Goldsmith<br>18205 Biscayne Blvd, Suite 2226<br>Aventura, FL 33160-2149 | Gus Goldsmith<br>Justin P. Fasano<br>6411 Ivy Lane, Suite 200<br>Greenbelt, MD 20770-1405 |
| Robert Hockenbury<br>Womble Bond Dickinson (US) LLP<br>100 Light Street, 26th Floor<br>Baltimore, MD 21202-1153 | Howard County Maryland<br>Gary Kuc, Esq/Kristen Bowen Perry, Esq.<br>3450 Court House Drive<br>Ellicott City, MD 21043-4330 | Hannah White Hutman<br>Hoover Penrod, PLC<br>342 S. Main Street<br>Harrisonburg, VA 22801-3628 |
| Internal Revenue Service<br>Special Procedures Support Staff<br>P. O. Box 10025<br>Richmond, VA 23240 | Amit Jain<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 | Christopher A. Jones<br>Whiteford Taylor & Preston, LLP<br>3190 Fairview Park Dr.<br>Suite 800<br>Falls Church, VA 22042-4558 |
| Joshua Fowlers<br>580 W Areba Ave<br>Hershey , PA 17033-1605 | (p)REALMARKETS<br>20333 MEDALIST DRIVE<br>ASHBURN VA 20147-4184 | Stephen Karbelk<br>Team Leader, RealMarkets<br>Century 21 New Millennium<br>6629 Old Dominion Dr<br>McLean, VA 22101-4516 |

Kaufman & Canoles, P.C.
Two James Center
1021 East Cary Street, Suite 1400
Richmond, Virginia 23219-4031

LINKBANK
1250 Camphill Bypass, Suite 202
Camp Hill, PA 17011-3718

Lincoin Financing
9030 Stony Point Pkwy
Richmond, VA 23235-1957

Lincoln Automotive Financial Services
P.O. Box 62180
Colorado Springs, CO 80962-2180

Lincoln Automotive Financial Services
PO Box 2400, Edmonton, Alberta, T5J 5C7,

Main Street Bank
10089 Fairfax Blvd.
Fairfax, VA 22030-1742

MainStreet Bank
c/o Eric S. Schuster, Esq.
100 Light Street, Suite 1400
Baltimore, Maryland 21202-1188

Robert M. Marino
Redmon Peyton & Braswell, LLP
510 King Street
Suite 301
Alexandria, VA 22314-3184

Jeffery T. Martin Jr.
Martin Law Group, P.C.
8065 Leesburg Pike
Ste 750
Vienna, VA 22182-2702

Mayor and City Council Baltimore
Bureau of Revenue Collections
200 Holliday Street Room #1
Bankruptcy
Baltimore, MD 21202-6295

James R. Meizanis Jr.
Blankingship & Keith, PC
4020 University Drive
Suite 300
Fairfax, VA 22030-6802

Monika Jain
445 Windover Ave North West
Vienna, VA 22180-4232

Monika Jain
445 Windover Drive
Vienna
VA 22180-4232

David S. Musgrave
Gordon Feinblatt LLC
233 East Redwood Street
Baltimore, MD 21202-3332

N D Greene PC
N D Greene PC
3977 Chain Bridge Rd
Suite 1
Faifax, VA 22030-3308

N D Greene PC
3977 Chain Bridge Rd, Suite 1
Fairfax, VA 22030-3308

NP Master Trust I (Cayman) LLC
c/o Andrea C. Davison
2311 Wilson Blvd Suite 500
Arlington VA 22201-5422

Stephen W. Nichols
Offit Kurman, P.A.
7501 Wisconsin Avenue
Suite 1000w
Bethesda, MD 20814-6604

Orrstown Bank
c/o Stephen Nichols, Esq.
Offit Kurman PA
7501 Wisconsin Ave. Suite 1000W
Bethesda, MD 20814-6604

Orrstown Bank
Offit/Kuman PA
7501 Wisconsin Ave #1000W
Bethesda, MD 20814-6604

PPL Electric Utilities
827 Hausman Rd
Allentown, PA 18104-9392

Craig M. Palik
McNamee Hosea
6404 Ivy Lane
Suite 820
Greenbelt, MD 20770-1416

Pennsylvania American Water
P O Box 371412
Pittsburgh, PA 15250-7412

Lee S Raphael
Prober & Raphael, Law Corporation
20750 Ventura BLVD., Suite 100
Woodland Hills, CA 91364-6207

John E Reid
Martin Law Group, P.C.
8065 Leesburg Pike
Suite 750
Vienna, VA 22182-2702

Christopher L. Rogan
RoganMillerZimmerman, PLLC
50 Catoctin Circle, N.E., Suite 300
Leesburg, VA 20176-3101

Jeremy B. Root
Blankingship & Keith, P.C.
4020 University Dr. Ste. 300
Fairfax, VA 22030-6802

SC&H Group
c/o Miles & Stockbridge P.C.
1201 Pennsylvania Ave., NW
Ste. 900
Washington, DC 20004-2464

SC&H Group, Inc.
c/o Robert Patrick
910 Ridgebrook Road
Sparks, MD 21152-9390

Shore United Bank
200 West Gate Circle
Suite 200
Annapolis, MD 21401-3377

```
Barry W. Spear                          Stafford County                          Stafford County Attorney's Office
BWW Law Group, LLC                      Laura M Rudy, Treasurer, PO Box 68       1300 Courthouse Road
8100 Three Chopt Road                   Stafford, VA 22555-0068                  P.O. Box 339
Suite 240                                                                        Stafford, VA 22555-0339
Richmond, VA 23229-4833


Joshua David Stiff                      Town Of Vienna Water and Sewer Bill      Dylan G. Trache
Whiteford Taylor Preston LLP            127 Center St                            Nelson Mullins Riley & Scarborough LLP
249 Central Park Avenue                 Vienna, VA 22180-5719                    101 Constitution Avenue, N.W.
Suite 300                                                                        Suite 900
Virginia Beach, VA 23462-3271                                                    Washington, DC 20001-2133


Trinity Universal Insurance Company     Trinity Universal Insurance Company      Troy Mason
c/o Man Global Private Mkts. (USA), Inc. c/o Man Global Private Mkts. (USA) Inc. 3002 Williamsburg Rd
1345 Avenue of the Americas 21st Floor  Attn: Legal                              Richmond , VA 23231-2128
New York, NY 10105-0199                 1345 Avenue of the Americas, 21st Floor
                                        New York, NY 10105-0199


Turkey Hill                             U.S. Securities and Exchange Commission  U.S. Trustee
1635 Church Rd                          Office of Reorganization                 1725 Duke Street, Suite 650
Hershey , PA 17033-1812                 950 East Paces Ferry Rd, Suite 900       Alexandria, VA 22314-3489
                                        Atlanta, GA 30326-1382


(p)UGI UTILITIES INC                    UST smg Alexandria                       Maurice Belmont VerStandig
ATTN CREDIT & COLLECTIONS               Office of the U. S. Trustee              The VerStandig Law Firm, LLC
P O BOX 13009                           1725 Duke Street                         9812 Falls Roads, #114-160
READING PA 19612-3009                   Suite 650                                Potomac, MD 20854-3976
                                        Alexandria, VA 22314-3489


Verizon Fios                            Gerard R. Vetter                         Vienna Oaks Office Center Condominium
1430 Walnut St                          Office of the U.S. Trustee - Region 4    c/o Rees Broome, PC
Philadelphia, PA 19102-4021             1725 Duke Street                         Suite 700
                                        Suite 650                                Tysons Corner, VA 22182
                                        Alexandria, VA 22314-3489


Vienna Oaks Office Center Condominium   Virginia Partners Bank                   Virginia Partners Bank
c/o Erik W. Fox, Rees Broome            410 William St.                          LINKBANK
1900 Gallows Road, Sutie 700            Fredericksburg, VA 22401-5834            1250 Camphill Bypass, Suite 202
Tysons Corner, VA 22182-3886                                                     Camp Hill, PA 17011-3718


Christian K. Vogel                      Washington Gas                           Waste Management
Vogel Law Group, PLC                    6801 Industrial Rd                       P O Box 13577
513 Forest Ave.                         Springfield, VA 22151-4205               Philadelphia, PA 19101-3577
Suite 205
Richmond, VA 23229-6850


West Hanover Tap Water and Sewer        West Hanover Township Water & Sewer Authorit   Whiteford Taylor & Preston LLP
7091 Jonestown Rd                       Steven P. Miner, Esquire                 3190 Fairview Park Drive
Harrisburg, PA 17112                    3631 N. Front Street                     Suite 800
                                        Harrisburg, PA 17110-1533                Falls Church, VA 22042-4558


Wilmington Savings Fund Society, FSB
FCI Lender Services, Inc.
P.O. Box 27370
Anaheim Hills, CA 92809-0112
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlantic Union Bank<br>PO Box 176<br>Blacksburg, VA 24063 | Dominion Energy<br>P O Box 26543<br>Richmond, VA 23290 | Stephen Karbelk<br>Team Leader, RealMarkets<br>Century 21 New Millennium<br>20405 Exchange St, Suite 221<br>Ashburn, VA 20147 |
| UGI Utilities Inc<br>400 Stewart Rd<br>Hanover, PA 18706 | (d)UGI Utilities, Inc.<br>PO Box 13009<br>Reading, PA 19612 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bala Jain LLC | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 |
| (d)Bala Jain LLC<br>Christopher L. Rogan, Esq.<br>50 Catoctin Circle, NE Suite 300<br>Leesburg, VA 20176-3101 | (u)Gus Goldsmith | (u)Isidoro Pulido Luna<br>202 N Port St |
| (u)LINKBANK | (u)Lincoln Automotive Financial Services | (u)MainStreet Bank |
| (u)Primis Bank | (u)Maurice VerStandig | End of Label Matrix<br>Mailable recipients    117<br>Bypassed recipients     11<br>Total                  128 |