| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-1<br>Case 23-10566-KHK<br>Eastern District of Virginia<br>Alexandria<br>Wed Sep 18 09:18:53 EDT 2024 | 3977 Chain Bridge Rd, Suite 1<br>Faifax, VA 22030-3308 | ADT<br>P O Box 371878<br>Pittsburgh, PA 15250-7878 |
| Aero Mortgage Loan Trust 2019- 1<br>8100 Three Chopt Rd.<br>Suite 240<br>Richmond, VA 23229-4833 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Asset Based Lending<br>PO BOX 27370<br>Anaheim, CA 92809-0112 |
| Atlantic Union Bank<br>1051 E. Cary Street<br>Suite 1200<br>Richmond, VA 23219-4044 | Atlantic Union Bank<br>8221 Old Courthouse Rd Ste 100,<br>Tysons, VA 22182-3839 | (p)ATLANTIC UNION BANK<br>P O BOX 176<br>BLACKSBURG VA 24063-0176 |
| Bala Jain<br>Christopher L. Rogan, Esq.<br>50 Catoctin Circle, NE, Suite 300<br>Leesburg, VA 20176-3101 | Bala Jain LLC<br>6007 Marilyn Dr.<br>Alexandria, VA 22310-1516 | Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 2231- 22310-1516 |
| Bank Of Clarke<br>110 Crock Wells Mill Drive<br>Winchester, VA 22603-3943 | Bank Of Clarke County<br>2 East Main Street<br>Berryville, VA 22611-1338 | Bank of Clarke<br>c/o Hannah W. Hutman, Esq.<br>Hoover Penrod, PLC<br>342 S. Main Street<br>Harrisonburg, VA 22801-3628 |
| Bank of Clarke County<br>c/o Hannah W. Hutman, Esq.<br>Hoover Penrod, PLC<br>342 S. Main Street<br>Harrisonburg, VA 22801-3628 | Betsy Dalton<br>1003 Lynn St SW<br>Vienna, VA 22180-6428 | Corey Simpson Booker<br>1051 East Cary Street<br>Suite 1200<br>Richmond, VA 23219-4044 |
| J. P. McGuire Boyd Jr<br>Williams Mullen, P.C.<br>200 South 10th Street<br>Richmond, VA 23219-4091 | COUNTY OF HENRICO, VIRGINIA<br>SARA L. MAYNARD, ASST. COUNTY ATTORNEY<br>P. O. BOX 90775<br>HENRICO, VIRGINIA 23273-0775 | Candice Goodman<br>15474 Roxbury Rd<br>Glenwood, MD 21738-9306 |
| Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | City of Richmond<br>Division of Collections PO Box 26505<br>Richmond, VA 23261-6505 | City of Richmond  City Hall<br>Room 109 Delinquent Taxes<br>900 East Broad Street<br>Richmond VA 23219-1907 |
| Civic Ventures, LLC<br>Douglas M. Foley, Esquire<br>Kaufman & Canoles, P.C.<br>Two James Center<br>1021 East Cary Street, Suite 1400<br>Richmond, VA 23219-4031 | Community Bank Of Chesapeake<br>202 Centennial St,<br>La Plata, MD 20646 | Community Bank of the Chesapeake<br>Atten: Jared Krahler<br>3035 Leonardtown Road<br>Waldorf, MD 20601-3112<br>, |
| County of Fairfax<br>Department of Tax Administration, Revenu<br>Suite 223<br>Fairfax, VA 22035 | County of Henrico<br>Department of Finance, PO Box 90775<br>Henrico, VA 23273-0775 | DTMA<br>670 Clearwater RD<br>Hershey, PA 17033-2453 |

| | | |
|---|---|---|
| Dauphin County Office of Tax Claim Bureau<br>Dauphin County Administration Building,<br>PO Box No 1295<br>Harrisburg, PA 17108 | Dauphin County Tax Claim Bureau<br>P. O. Box 1295<br>Harrisburg, PA 17108 | Department of Finance Howard county<br>Property Tax Division, 3430, Court House<br>Ellicott City, MD 21043-4300 |
| Devon England<br>213 N Port St<br>Baltimore , MD 21224-1027 | (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 | Eagle Properties and Investments LLC<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 |
| John Tucker Farnum<br>Miles and Stockbridge PC<br>1201 Pennsylvania Ave<br>Suite 900<br>Washington, DC 20004-2464 | Justin Fasano<br>McNamee Hosea, P.A.<br>6404 Ivy Lane<br>Ste 820<br>Greenbelt, MD 20770-1416 | Erik W. Fox<br>Rees Broome, PC<br>1900 Gallows Road<br>Suite 700<br>Vienna, VA 22182-3886 |
| Jack Frankel<br>Office of the U.S. Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314-3489 | Fulton Bank<br>625 Elden St,<br>Herndon, VA 20170-4739 | Fulton Bank, N.A.<br>c/o David S. Musgrave, Esquire<br>Gordon Feinblatt LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, MD 21202-4363 |
| Fulton Bank, N.A.<br>c/o David S. Musgrave, Esquire<br>Gordon Feinblatt LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, Maryland 21202-4363 | GITSIT Solutions, LLC<br>c/o Andrew S. Goldstein<br>PO Box 404<br>Roanoke, VA 24003-0404 | Gitsit Solutions, LLC<br>c/o Prober & Raphael, A Law Corporation<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, CA 91364-6207 |
| Gitsit Solutions, LLC<br>333 South Anita Drive, Suite 400<br>Orange, CA 92868-3314 | H. Jason Gold<br>H. Jason Gold, Trustee<br>P.O. Box 57359<br>Washington, DC 20037-0359 | Andrew S Goldstein<br>Magee Goldstein Lasky & Sayers, P.C.<br>PO Box 404<br>Roanoke, VA 24003-0404 |
| Nancy Greene<br>N D Greene PC<br>3977 Chain Bridge Rd<br>Suite 1<br>Fairfax, VA 22030-3308 | Gus Goldsmith<br>18205 Biscayne Blvd, Suite 2226<br>Aventura, FL 33160-2149 | Gus Goldsmith<br>Justin P. Fasano<br>6411 Ivy Lane, Suite 200<br>Greenbelt, MD 20770-1405 |
| Robert Hockenbury<br>Womble Bond Dickinson (US) LLP<br>100 Light Street, 26th Floor<br>Baltimore, MD 21202-1153 | Howard County Maryland<br>Gary Kuc, Esq/Kristen Bowen Perry, Esq.<br>3450 Court House Drive<br>Ellicott City, MD 21043-4330 | Hannah White Hutman<br>Hoover Penrod, PLC<br>342 S. Main Street<br>Harrisonburg, VA 22801-3628 |
| Internal Revenue Service<br>Special Procedures Support Staff<br>P. O. Box 10025<br>Richmond, VA 23240 | Amit Jain<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 | Christopher A. Jones<br>Whiteford Taylor & Preston, LLP<br>3190 Fairview Park Dr.<br>Suite 800<br>Falls Church, VA 22042-4558 |
| Joshua Fowlers<br>580 W Areba Ave<br>Hershey , PA 17033-1605 | (p)REALMARKETS<br>20333 MEDALIST DRIVE<br>ASHBURN VA 20147-4184 | Stephen Karbelk<br>Team Leader, RealMarkets<br>Century 21 New Millennium<br>6629 Old Dominion Dr<br>McLean, VA 22101-4516 |

Kaufman & Canoles, P.C.
Two James Center
1021 East Cary Street, Suite 1400
Richmond, Virginia 23219-4031

LINKBANK
1250 Camphill Bypass, Suite 202
Camp Hill, PA 17011-3718

Lincoin Financing
9030 Stony Point Pkwy
Richmond, VA 23235-1957

Lincoln Automotive Financial Services
P.O. Box 62180
Colorado Springs, CO 80962-2180

Lincoln Automotive Financial Services
PO Box 2400, Edmonton, Alberta, T5J 5C7,

Main Street Bank
10089 Fairfax Blvd.
Fairfax, VA 22030-1742

MainStreet Bank
c/o Eric S. Schuster, Esq.
100 Light Street, Suite 1400
Baltimore, Maryland 21202-1188

Robert M. Marino
Redmon Peyton & Braswell, LLP
510 King Street
Suite 301
Alexandria, VA 22314-3184

Jeffery T. Martin Jr.
Martin Law Group, P.C.
8065 Leesburg Pike
Ste 750
Vienna, VA 22182-2702

Mayor and City Council Baltimore
Bureau of Revenue Collections
200 Holliday Street Room #1
Bankruptcy
Baltimore, MD 21202-6295

James R. Meizanis Jr.
Blankingship & Keith, PC
4020 University Drive
Suite 300
Fairfax, VA 22030-6802

Monika Jain
445 Windover Ave North West
Vienna, VA 22180-4232

Monika Jain
445 Windover Drive
Vienna
VA 22180-4232

David S. Musgrave
Gordon Feinblatt LLC
233 East Redwood Street
Baltimore, MD 21202-3332

N D Greene PC
N D Greene PC
3977 Chain Bridge Rd
Suite 1
Faifax, VA 22030-3308

N D Greene PC
3977 Chain Bridge Rd, Suite 1
Fairfax, VA 22030-3308

NP Master Trust I (Cayman) LLC
c/o Andrea C. Davison
2311 Wilson Blvd Suite 500
Arlington VA 22201-5422

Stephen W. Nichols
Offit Kurman, P.A.
7501 Wisconsin Avenue
Suite 1000w
Bethesda, MD 20814-6604

Orrstown Bank
c/o Stephen Nichols, Esq.
Offit Kurman PA
7501 Wisconsin Ave. Suite 1000W
Bethesda, MD 20814-6604

Orrstown Bank
Offit/Kuman PA
7501 Wisconsin Ave #1000W
Bethesda, MD 20814-6604

PPL Electric Utilities
827 Hausman Rd
Allentown, PA 18104-9392

Craig M. Palik
McNamee Hosea
6404 Ivy Lane
Suite 820
Greenbelt, MD 20770-1416

Pennsylvania American Water
P O Box 371412
Pittsburgh, PA 15250-7412

Lee S Raphael
Prober & Raphael, Law Corporation
20750 Ventura BLVD., Suite 100
Woodland Hills, CA 91364-6207

John E Reid
Martin Law Group, P.C.
8065 Leesburg Pike
Suite 750
Vienna, VA 22182-2702

Christopher L. Rogan
RoganMillerZimmerman, PLLC
50 Catoctin Circle, N.E., Suite 300
Leesburg, VA 20176-3101

Jeremy B. Root
Blankingship & Keith, P.C.
4020 University Dr. Ste. 300
Fairfax, VA 22030-6802

SC&H Group
c/o Miles & Stockbridge P.C.
1201 Pennsylvania Ave., NW
Ste. 900
Washington, DC 20004-2464

SC&H Group, Inc.
c/o Robert Patrick
910 Ridgebrook Road
Sparks, MD 21152-9390

Shore United Bank
200 West Gate Circle
Suite 200
Annapolis, MD 21401-3377

```
Barry W. Spear                          Stafford County                          Stafford County Attorney's Office
BWW Law Group, LLC                      Laura M Rudy, Treasurer, PO Box 68       1300 Courthouse Road
8100 Three Chopt Road                   Stafford, VA 22555-0068                  P.O. Box 339
Suite 240                                                                        Stafford, VA 22555-0339
Richmond, VA 23229-4833


Joshua David Stiff                      Town Of Vienna Water and Sewer Bill      Dylan G. Trache
Whiteford Taylor Preston LLP            127 Center St                            Nelson Mullins Riley & Scarborough LLP
249 Central Park Avenue                 Vienna, VA 22180-5719                    101 Constitution Avenue, N.W.
Suite 300                                                                        Suite 900
Virginia Beach, VA 23462-3271                                                    Washington, DC 20001-2133


Trinity Universal Insurance Company     Trinity Universal Insurance Company      Troy Mason
c/o Man Global Private Mkts. (USA), Inc.  c/o Man Global Private Mkts. (USA) Inc. 3002 Williamsburg Rd
1345 Avenue of the Americas 21st Floor  Attn: Legal                              Richmond , VA 23231-2128
New York, NY 10105-0199                 1345 Avenue of the Americas, 21st Floor
                                        New York, NY 10105-0199


Turkey Hill                             U.S. Securities and Exchange Commission  U.S. Trustee
1635 Church Rd                          Office of Reorganization                 1725 Duke Street, Suite 650
Hershey , PA 17033-1812                 950 East Paces Ferry Rd, Suite 900       Alexandria, VA 22314-3489
                                        Atlanta, GA 30326-1382


(p)UGI UTILITIES INC                    UST smg Alexandria                       Maurice Belmont VerStandig
ATTN CREDIT & COLLECTIONS               Office of the U. S. Trustee              The VerStandig Law Firm, LLC
P O BOX 13009                           1725 Duke Street                         9812 Falls Roads, #114-160
READING PA 19612-3009                   Suite 650                                Potomac, MD 20854-3976
                                        Alexandria, VA 22314-3489


Verizon Fios                            Gerard R. Vetter                         Vienna Oaks Office Center Condominium
1430 Walnut St                          Office of the U.S. Trustee - Region 4    c/o Rees Broome, PC
Philadelphia, PA 19102-4021             1725 Duke Street                         Suite 700
                                        Suite 650                                Tysons Corner, VA 22182
                                        Alexandria, VA 22314-3489


Vienna Oaks Office Center Condominium   Virginia Partners Bank                   Virginia Partners Bank
c/o Erik W. Fox, Rees Broome            410 William St.                          LINKBANK
1900 Gallows Road, Sutie 700            Fredericksburg, VA 22401-5834            1250 Camphill Bypass, Suite 202
Tysons Corner, VA 22182-3886                                                     Camp Hill, PA 17011-3718


Christian K. Vogel                      Washington Gas                           Waste Management
Vogel Law Group, PLC                    6801 Industrial Rd                       P O Box 13577
513 Forest Ave.                         Springfield, VA 22151-4205               Philadelphia, PA 19101-3577
Suite 205
Richmond, VA 23229-6850


West Hanover Tap Water and Sewer        West Hanover Township Water & Sewer Authorit  Whiteford Taylor & Preston LLP
7091 Jonestown Rd                       Steven P. Miner, Esquire                 3190 Fairview Park Drive
Harrisburg, PA 17112                    3631 N. Front Street                     Suite 800
                                        Harrisburg, PA 17110-1533                Falls Church, VA 22042-4558


Wilmington Savings Fund Society, FSB
FCI Lender Services, Inc.
P.O. Box 27370
Anaheim Hills, CA 92809-0112
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlantic Union Bank<br>PO Box 176<br>Blacksburg, VA 24063 | Dominion Energy<br>P O Box 26543<br>Richmond, VA 23290 | Stephen Karbelk<br>Team Leader, RealMarkets<br>Century 21 New Millennium<br>20405 Exchange St, Suite 221<br>Ashburn, VA 20147 |
| UGI Utilities Inc<br>400 Stewart Rd<br>Hanover, PA 18706 | (d)UGI Utilities, Inc.<br>PO Box 13009<br>Reading, PA 19612 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bala Jain LLC | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 |
| (d)Bala Jain LLC<br>Christopher L. Rogan, Esq.<br>50 Catoctin Circle, NE Suite 300<br>Leesburg, VA 20176-3101 | (u)Gus Goldsmith | (u)Isidoro Pulido Luna<br>202 N Port St |
| (u)LINKBANK | (u)Lincoln Automotive Financial Services | (u)MainStreet Bank |
| (u)Primis Bank | (u)Maurice VerStandig | End of Label Matrix<br>Mailable recipients    117<br>Bypassed recipients     11<br>Total                  128 |