

---

**Executive Summary**
**Asset Management**
**Eagle Properties and Investments, LLC**
**August 2024**

In August 2024, we continued to maintain the properties while going through the marketing and sale process.

**Transition Management from Chapter 11 to Chapter 7**
We have taken control of all accounts that we need to have control of.

**Insurance Update**
All properties are either insured or, if the insurance company has cancelled the policy due to insurability issues, the secured creditor has been notified so they can put forced placed insurance in place.

**Invoices**
To the best of my knowledge, all invoices that need to be paid by the bankruptcy estate are being directed or sent to my attention.

**Tenant Issues**
- 15474 Roxbury Road, Glenwood, MD – Special counsel has been approved by the Court to pursue the eviction of the tenant.

**Advanced Funding**
The Trustee reimbursed RealMarkets for the following out-of-pocket expenses:

- $390.00 – March 2024
- $3,733.15 – April 2024
- $3,919.58 – May 2024
- $5,374.21 – June 2024
- $5,539.91 – July 2024
- $1,538.12 – August 2024 – Invoiced with this report

We will continue to work closely with the Trustee and his counsel for the required approvals.

**Sincerely,**

**Stephen Karbelk**
Team Leader RealMarkets, a CENTURY 21 New Millennium team
Court Appointed Asset Manager, Eagle Properties and Investments LLC



## Income and Expense Analysis – August 2024
## Eagle Properties and Investments, LLC

This report is provided for properties that are occupied and rent was received prior to August 31, 2024.

### 6961 Sterling Road, Harrisburg, PA
### Lender: ABL PRC Residential Credit Acquisition

| Income | August 2024 | Payee | Notes |
|---|---|---|---|
| Rent | $3,900.00 | Tenant | |
| | | | |
| Expenses | | | |
| Insurance | $55.91 | State Farm | |
| Electric | Tenant Responsibility | | |
| Water/Sewer | $208.64 | PA American Water | |
| Landscaping | Tenant Responsibility | | |
| Maintenance | $0.00 | | |
| Other | $0.00 | | |
| Net Proceeds | $3,635.45 | | |

### 3012 Dupont Ave, Baltimore, MD
### Lender: Bala Jain, LLC (purchased Main Street Bank mortgage)

| Income | June 2024 | Payee | Notes |
|---|---|---|---|
| Rent | $650.00 | Tenant | |
| | | | |
| Expenses | | | |
| Insurance | $0.00 | Contract Buyer | |
| Electric | Tenant Responsibility | | |
| Water/Sewer | Tenant Responsibility | | |
| Landscaping | Tenant Responsibility | | |
| Maintenance | $0.00 | | |
| Other | $0.00 | | |
| Net Proceeds | $650.00 | | |



**Insurance Schedule – August 2024**
**Eagle Properties and Investments, LLC**

| Property | Insurance Carrier | Status |
|---|---|---|
| 7213 Linglestown Road, Harrisburg, PA | State Farm | Active – 831-2 |
| 6961 Sterling Road, Harrisburg, PA | State Farm | Active – 837-5 |
| 15474 Roxbury Road, Glenwood, MD | State Farm | Active – 071-21 |
| 202. N. Port, Baltimore, MD | State Farm | Active – 130-04 |
| 580 W. Areba Ave, Hershey, PA | State Farm | Cancelled – Closed 8/9/24 |
| 3012 Dupont, Baltimore, MD | State Farm, Cancelation Notice given | Cancelled, Contract Purchaser placed insurance on property |
| 7180 Jonestown Road, Harrisburg, PA | State Farm | Cancelled by State Farm on 7/2/24 |
| 6958 New Oxford Road, Harrisburg, PA | State Farm | Cancelled – Closed 8/30/24 |
| 249 Berkstone Drive, Harrisburg, PA | State Farm | Cancelled – Closed 8/30/24 |
| 204 S. Fairville Ave, Harrisburg, PA | State Farm | Cancelled – Closed 8/29/24 |
| 7616 Grove Ave, Harrisburg, PA | State Farm | Cancelled by State Farm 7/4/24 – Closed 9/4/24 |



**Rent Roll and Receipts – August 2024**
**Eagle Properties and Investments, LLC**

| Property | Scheduled Rent | August 2024 Rent Received | Comments |
|---|---|---|---|
| 3012 Dupont Ave, Baltimore, MD | $650.00 | $650.00 | Rent reduced to $650.00 in exchange for contract buyer paying for insurance |
| 6961 Sterling Road, Harrisburg, PA | $3,900.00 | $3,900.00 | |
| 15474 Roxbury Road, Glenwood, MD | $4,100.00 | $0.00 | Collection attorney engaged |
| Totals | **$8,650.00** | **$4,550.00** | |

| Inv Ref | Date | Name | Property Address | Rental Income Received | 1st DOT Cash Collateral Order | Account | Amount | Property Total |
|---------|------|------|------------------|------------------------|-------------------------------|---------|--------|----------------|
| 155 | 8/19/2024 | Washington Gas | 1203 Cottage Street, SW, Vienna, VA | No | Yes | Gas Bill - Final | $ 232.73 | $ 232.73 |
| 152 | 8/12/2024 | State Farm | 1343 Church Road, Hershey, PA | No | Yes | Insurance Refund | $ (115.88) | $ (115.88) |
| 152 | 8/12/2024 | State Farm | 1635 Church Road, Hershey, PA | No | No | Insurance Refund | $ (292.32) | $ (292.32) |
| 152 | 8/12/2024 | State Farm | 204 S. Fairville Ave, Harrisburg, PA | No | No | Insurance Premium | $ 78.66 | |
| 158 | 8/24/2024 | PPL Electric Utilities | 204 S. Fairville Ave, Harrisburg, PA | No | No | Electric Bill | $ 231.30 | |
| 163 | 8/25/2024 | Edward Bradley | 204 S. Fairville Ave, Harrisburg, PA | No | No | Mowing | $ 75.00 | $ 384.96 |
| 152 | 8/12/2024 | State Farm | 249 Berkstone Drive, Harrisburg, PA | No | No | Insurance Premium | $ 74.83 | |
| 157 | 8/24/2024 | PPL Electric Utilities | 249 Berkstone Drive, Harrisburg, PA | No | No | Electric Bill | $ 791.88 | |
| 163 | 8/25/2024 | Edward Bradley | 249 Berkstone Drive, Harrisburg, PA | No | No | Mowing | $ 75.00 | $ 941.71 |
| 152 | 8/12/2024 | State Farm | 580 W Areba Ave, Hershey, PA | No | No | Insurance Premium | $ 72.66 | |
| 161 | 8/24/2024 | PPL Electric Utilities | 580 W Areba Ave, Hershey, PA | No | No | Electric Bill - Final Bill | $ 66.37 | $ 139.03 |
| 152 | 8/12/2024 | State Farm | 6958 New Oxford Road, Harrisburg, PA | No | No | Insurance Premium | $ 67.33 | |
| 159 | 8/24/2024 | PPL Electric Utilities | 6958 New Oxford Road, Harrisburg, PA | No | No | Electric Bill | $ 106.42 | |
| 163 | 8/25/2024 | Edward Bradley | 6958 New Oxford Road, Harrisburg, PA | No | No | Mowing | $ 75.00 | |
| 164 | 8/30/2024 | PPL Electric Utilities | 6958 New Oxford Road, Harrisburg, PA | No | No | Electric Bill | $ 105.17 | $ 353.92 |
| 152 | 8/12/2024 | State Farm | 6961 Sterling Road, Harrisburg, PA | Yes | No | Insurance Premium | $ 55.91 | |
| 154 | 8/19/2024 | PA American Water | 6961 Sterling Road, Harrisburg, PA | Yes | No | Water Bill | $ 208.64 | $ 264.55 |
| 153 | 8/4/2024 | PPL Electric Utilities | 7180 Jonestown Road, Harrisburg, PA | No | No | Electric Bill | $ 83.27 | |
| 156 | 8/24/2024 | PPL Electric Utilities | 7180 Jonestown Road, Harrisburg, PA | No | No | Electric Bill | $ 80.09 | |
| 163 | 8/25/2024 | Edward Bradley | 7180 Jonestown Road, Harrisburg, PA | No | No | Mowing | $ 75.00 | $ 238.36 |
| 152 | 8/12/2024 | State Farm | 7213 Linglestown Road, Harrisburg, PA | No | No | Insurance Premium | $ 184.25 | |
| 162 | 8/24/2024 | PPL Electric Utilities | 7213 Linglestown Road, Harrisburg, PA | No | No | Electric Bill | $ 57.01 | $ 241.26 |
| 163 | 8/25/2024 | Edward Bradley | 7616 Grove Ave, Harrisburg, PA | No | Yes | Mowing | $ 75.00 | $ 75.00 |
| 164 | 7/23/2024 | State Farm | 202 N. Port Street, Baltimore, MD | No | Yes | Insurance - July 2024 | $ 86.91 | |
| 165 | 8/27/2024 | State Farm | 202 N. Port Street, Baltimore, MD | No | Yes | Insurance - August 2024 | $ 86.91 | $ 173.82 |
| 166 | 7/25/2024 | State Farm | 15474 Roxbury Road, Glenwood, MD | No | No | Insurance - July 2024 | $ 87.75 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 167 | 8/27/2024 | State Farm | 15474 Roxbury Road, Glenwood, MD | No | No | Insurance - August 2024 | $ 87.75 | $ | 175.50 |
| 168 | 7/19/2024 | State Farm | 213 N. Port Street, Baltimore, MD | No | Yes | Insurance - July 2024 (Abandoned 7/31/24) | $ 136.90 | $ | 136.90 |

**Reimbursements Received**

| | | | | | |
|---|---|---|---|---|---|
| | Universal Settlements | 249 Berkstone Drive, Harrisburg, PA (closed 8.30.24) | Outstanding Expenses - August 2024<br>Expense Reimbursement at Closing<br>Balance Due TO Bankruptcy Estate<br>9/14/24 - check mailed to Trustee | $ 941.71<br>$1,000.00 | $ 58.29 |
| | Universal Settlements | 580 W Areba Ave, Hershey, PA (closed 8.9.24) | Outstanding Expenses - August 2024<br>Expense Reimbursement at Closing<br>Balance Due TO Bankruptcy Estate<br>9/14/24 - check mailed to Trustee | $ 139.03<br>$1,000.00 | $ 860.97 |
| | Universal Settlements | 204 S. Fairville Ave, Harrisburg, PA (closed 8.29.24) | Outstanding Expenses - August 2024<br>Expense Reimbursement at Closing<br>Balance Due TO Bankruptcy Estate<br>9/14/24 - check mailed to Trustee | $ 384.96<br>$1,000.00 | $ 615.04 |
| | Integrated Land Transfer LLC | 6958 New Oxford Road, Harrisburg, PA (closed 8.30.24) | Outstanding Expenses - August 2024<br>Expense Reimbursement at Closing<br>Balance Due TO Bankruptcy Estate<br>9/14/24 - check mailed to Trustee | $ 353.92<br>$ 500.00 | $ 146.08 |

Advances for Reimbursement

| | |
|---|---|
| 1203 Cottage Street, SW, Vienna, VA | $ 232.73 |
| 6961 Sterling Road, Harrisburg, PA | $ 264.55 |
| 7180 Jonestown Road, Harrisburg, PA | $ 238.36 |
| 7213 Linglestown Road, Harrisburg, PA | $ 241.26 |
| 7616 Grove Ave, Harrisburg, PA | $ 75.00 |
| 202 N. Port Street, Baltimore, MD | $ 173.82 |
| 15474 Roxbury Road, Glenwood, MD | $ 175.50 |
| 213 N. Port Street, Baltimore, MD | $ 136.90 |

| | |
|---|---|
| Amount Due to RealMarkets | $ 1,538.12 |