**Bankruptcy Court of the United States**
*Eastern District of Virginia, Alexandria Division*

IN THE MATTER OF

**Eagle Properties and Investments LLC**

Bond No: **7901159200**

In Bankruptcy

Case No. **23-10566-KHK**
Chapter **7**

*Bankrupt*

KNOW ALL MEN BY THESE PRESENTS:

That we, **H. Jason Gold of P.O. Box 57359, Washington, DC 20037**, as principal and the **Nationwide Mutual Insurance Company** a corporation of the State of **Ohio**, as surety, duly authorized to transact business pursuant to the Act of Congress, approved August 13, 1894, are held and firmly bound unto UNITED STATES OF AMERICA in the sum of **Ten Million Five Hundred Thousand ($10,500,000)** dollars, lawful money of the United States, to be paid to the said United States; for which payment, well and truly to be made, we bind ourselves, and our heirs, executors, administrators, successors, and assigns, jointly and severally, by these presents.

SIGNED and sealed, this **19th** day of **April, 2024.**

**THE CONDITION OF THIS OBLIGATION IS SUCH**, That, **WHEREAS** the above-named **H. Jason Gold** was on the **21st** day of **March, 2024**, appointed **Chapter 7 Trustee** in the case pending in bankruptcy in said Court, wherein **Eagle Properties and Investments LLC** bankrupt and he, the said **Chapter 7 Trustee** has accepted said trust with all the duties and obligations pertaining thereunto;

**NOW, THEREFORE**, if the said **Chapter 7 Trustee** as aforesaid, shall obey such orders as said Court may make in relation to said trust, and shall faithfully and truly account for all the monies, assets and effects of the estate of the said bankrupt which shall come into his hands and possession, and shall in all respects faithfully perform all his official duties as said **Chapter 7 Trustee** then this obligation to be void, otherwise to remain in full force and virtue.

Witness:

_____    _____(Seal)
                                  H. Jason Gold
                                  Principal

Bond Accepted By:                 Nationwide Mutual Insurance Company

_____    _____
Office of the United States Trustee    George H. Adams III-Attorney-In-Fact

Dated: 10/3/24

**Power of Attorney**

KNOW ALL MEN BY THESE PRESENTS THAT:

Nationwide Mutual Insurance Company, an Ohio corporation

hereinafter referred to severally as the "Company" and collectively as "the Companies" does hereby make, constitute and appoint:

GEORGE H ADAMS III; GEORGE H ADAMS IV;

each in their individual capacity, its true and lawful attorney-in-fact, with full power and authority to sign, seal, and execute on its behalf any and all bonds and undertakings, and other obligatory instruments of similar nature, in penalties not exceeding the sum of

**UNLIMITED**

and to bind the Company thereby, as fully and to the same extent as if such instruments were signed by the duly authorized officers of the Company; and all acts of said Attorney pursuant to the authority given are hereby ratified and confirmed.

This power of attorney is made and executed pursuant to and by authority of the following resolution duly adopted by the board of directors of the Company:

"RESOLVED, that the president, or any vice president be, and each hereby is, authorized and empowered to appoint attorneys-in-fact of the Company, and to authorize them to execute and deliver on behalf of the Company any and all bonds, forms, applications, memorandums, undertakings, recognizances, transfers, contracts of indemnity, policies, contracts guaranteeing the fidelity of persons holding positions of public or private trust, and other writings obligatory in nature that the business of the Company may require; and to modify or revoke, with or without cause, any such appointment or authority; provided, however, that the authority granted hereby shall in no way limit the authority of other duly authorized agents to sign and countersign any of said documents on behalf of the Company."

"RESOLVED FURTHER, that such attorneys-in-fact shall have full power and authority to execute and deliver any and all such documents and to bind the Company subject to the terms and limitations of the power of attorney issued to them, and to affix the seal of the Company thereto; provided, however, that said seal shall not be necessary for the validity of any such documents."

This power of attorney is signed and sealed under and by the following bylaws duly adopted by the board of directors of the Company.

Execution of Instruments. Any vice president, any assistant secretary or any assistant treasurer shall have the power and authority to sign or attest all approved documents, instruments, contracts, or other papers in connection with the operation of the business of the company in addition to the chairman of the board, the chief executive officer, president, treasurer or secretary; provided, however, the signature of any of them may be printed, engraved, or stamped on any approved document, contract, instrument, or other papers of the Company.

IN WITNESS WHEREOF, the Company has caused this instrument to be sealed and duly attested by the signature of its officer the 20th day of August, 2021.

Antonio C. Albanese, **Vice President** of Nationwide Mutual Insurance Company

**ACKNOWLEDGMENT**

STATE OF NEW YORK COUNTY OF NEW YORK: ss

On this 20th day of August, 2021, before me came the above-named officer for the Company aforesaid, to me personally known to be the officer described in and who executed the preceding instrument, and he acknowledged the execution of the same, and being by me duly sworn, deposes and says, that he is the officer of the Company aforesaid, that the seal affixed hereto is the corporate seal of said Company, and the said corporate seal and his signature were duly affixed and subscribed to said instrument by the authority and direction of said Company.

Stephanie Rubino McArthur
Notary Public, State of New York
No. 02MC6270117
Qualified in New York County
Commission Expires October 19, 2024

Notary Public
My Commission Expires
October 19, 2024

**CERTIFICATE**

I, Laura B. Guy, Assistant Secretary of the Company, do hereby certify that the foregoing is a full, true and correct copy of the original power of attorney issued by the Company; that the resolution included therein is a true and correct transcript from the minutes of the meetings of the boards of directors and the same has not been revoked or amended in any manner; that said Antonio C. Albanese was on the date of the execution of the foregoing power of attorney the duly elected officer of the Company, and the corporate seal and his signature as officer were duly affixed and subscribed to the said instrument by the authority of said board of directors; and the foregoing power of attorney is still in full force and effect.

IN WITNESS WHEREOF, I have hereunto subscribed my name as Assistant Secretary, and affixed the corporate seal of said Company this 19th day of _____, 2024.

Laura B. Guy

Assistant Secretary

BDJ 1(08-21)00