```
Label Matrix for local noticing          3977 Chain Bridge Rd, Suite 1              ADT
0422-1                                   Faifax, VA 22030-3308                      P O Box 371878
Case 23-10566-KHK                                                                   Pittsburgh, PA 15250-7878
Eastern District of Virginia
Alexandria
Tue Oct  8 09:53:02 EDT 2024

Aero Mortgage Loan Trust 2019- 1         American Express National Bank             Asset Based Lending
8100 Three Chopt Rd.                     c/o Becket and Lee LLP                     PO BOX 27370
Suite 240                                PO Box 3001                                Anaheim, CA 92809-0112
Richmond, VA 23229-4833                  Malvern  PA 19355-0701


Atlantic Union Bank                      Atlantic Union Bank                        (p)ATLANTIC UNION BANK
1051 E. Cary Street                      8221 Old Courthouse Rd Ste 100,            P O BOX 176
Suite 1200                               Tysons, VA 22182-3839                      BLACKSBURG VA 24063-0176
Richmond, VA 23219-4044


Bala Jain                                Bala Jain LLC                              Bala Jain LLC
Christopher L. Rogan, Esq.               6007 Marilyn Dr.                           6007 Marilyn Drive
50 Catoctin Circle, NE, Suite 300        Alexandria, VA 22310-1516                  Alexandria, VA 2231- 22310-1516
Leesburg, VA 20176-3101


Bank Of Clarke                           Bank Of Clarke County                      Bank of Clarke
110 Crock Wells Mill Drive               2 East Main Street                         c/o Hannah W. Hutman, Esq.
Winchester, VA 22603-3943                Berryville, VA 22611-1338                  Hoover Penrod, PLC
                                                                                    342 S. Main Street
                                                                                    Harrisonburg, VA 22801-3628

Bank of Clarke County                    Betsy Dalton                               Corey Simpson Booker
c/o Hannah W. Hutman, Esq.               1003 Lynn St SW                            1051 East Cary Street
Hoover Penrod, PLC                       Vienna, VA 22180-6428                      Suite 1200
342 S. Main Street                                                                  Richmond, VA 23219-4044
Harrisonburg, VA 22801-3628


J. P. McGuire Boyd Jr                    COUNTY OF HENRICO, VIRGINIA                Candice Goodman
Williams Mullen, P.C.                    SARA L. MAYNARD, ASST. COUNTY ATTORNEY     15474 Roxbury Rd
200 South 10th Street                    P. O. BOX 90775                            Glenwood, MD 21738-9306
Richmond, VA 23219-4091                  HENRICO, VIRGINIA 23273-0775


Capital One N.A.                         City of Richmond                           City of Richmond  City Hall
by American InfoSource as agent          Division of Collections PO Box 26505       Room 109 Delinquent Taxes
4515 N Santa Fe Ave                      Richmond, VA 23261-6505                    900 East Broad Street
Oklahoma City, OK 73118-7901                                                        Richmond VA 23219-1907


Civic Ventures, LLC                      Community Bank Of Chesapeake               Community Bank of the Chesapeake
Douglas M. Foley, Esquire                202 Centennial St,                         Atten: Jared Krahler
Kaufman & Canoles, P.C.                  La Plata, MD 20646                         3035 Leonardtown Road
Two James Center                                                                    Waldorf, MD 20601-3112
1021 East Cary Street, Suite 1400
Richmond, VA 23219-4031

County of Fairfax                        County of Henrico                          DTMA
Department of Tax Administration, Revenu Department of Finance, PO Box 90775        670 Clearwater RD
Suite 223                                Henrico, VA 23273-0775                     Hershey, PA 17033-2453
Fairfax, VA 22035
```

```
Dauphin County Office of Tax Claim Bureau      Dauphin County Tax Claim Bureau          Department of Finance Howard county
Dauphin County Administration Building,        P. O. Box 1295                           Property Tax Division, 3430, Court House
PO Box No 1295                                 Harrisburg, PA 17108                     Ellicott City, MD 21043-4300
Harrisburg, PA 17108


Devon England                                  (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA   Eagle Properties and Investments LLC
213 N Port St                                  PO BOX 26666                             445 Windover Ave North West
Baltimore , MD 21224-1027                      RICHMOND VA 23261-6666                   Vienna, VA 22180-4232


John Tucker Farnum                             Justin Fasano                            Erik W. Fox
Miles and Stockbridge PC                       McNamee Hosea, P.A.                      Rees Broome, PC
1201 Pennsylvania Ave                          6404 Ivy Lane                            1900 Gallows Road
Suite 900                                      Ste 820                                  Suite 700
Washington, DC 20004-2464                      Greenbelt, MD 20770-1416                 Vienna, VA 22182-3886

Jack Frankel                                   Michael T. Freeman                       Fulton Bank
Office of the U.S. Trustee                     Office of the US Trustee                 625 Elden St,
1725 Duke Street, Suite 650                    1725 Duke Street, Suite 650              Herndon, VA 20170-4739
Alexandria, VA 22314-3489                      Alexandria, VA 22314-3489


Fulton Bank, N.A.                              Fulton Bank, N.A.                        GITSIT Solutions, LLC
c/o David S. Musgrave, Esquire                 c/o David S. Musgrave, Esquire           c/o Andrew S. Goldstein
Gordon Feinblatt LLC                           Gordon Feinblatt LLC                     PO Box 404
1001 Fleet Street, Suite 700                   1001 Fleet Street, Suite 700             Roanoke, VA 24003-0404
Baltimore, MD 21202-4363                       Baltimore, Maryland 21202-4363


Gitsit Solutions, LLC                          Gitsit Solutions, LLC                    H. Jason Gold
c/o Prober & Raphael, A Law Corporation        333 South Anita Drive, Suite 400         H. Jason Gold, Trustee
20750 Ventura Boulevard, Suite 100             Orange, CA 92868-3314                    P.O. Box 57359
Woodland Hills, CA 91364-6207                                                           Washington, DC 20037-0359


Andrew S Goldstein                             Nancy Greene                             Gus Goldsmith
Magee Goldstein Lasky & Sayers, P.C.           N D Greene PC                            18205 Biscayne Blvd, Suite 2226
PO Box 404                                     3977 Chain Bridge Rd                     Aventura, FL 33160-2149
Roanoke, VA 24003-0404                         Suite 1
                                               Fairfax, VA 22030-3308


Gus Goldsmith                                  Robert Hockenbury                        Howard County Maryland
Justin P. Fasano                               Womble Bond Dickinson (US) LLP           Gary Kuc, Esq/Kristen Bowen Perry, Esq.
6411 Ivy Lane, Suite 200                       100 Light Street, 26th Floor             3450 Court House Drive
Greenbelt, MD 20770-1405                       Baltimore, MD 21202-1153                 Ellicott City, MD 21043-4330


Hannah White Hutman                            Internal Revenue Service                 Amit Jain
Hoover Penrod, PLC                             Special Procedures Support Staff         445 Windover Ave North West
342 S. Main Street                             P. O. Box 10025                          Vienna, VA 22180-4232
Harrisonburg, VA 22801-3628                    Richmond, VA 23240


Christopher A. Jones                           Joshua Fowlers                           (p)REALMARKETS
Whiteford Taylor & Preston, LLP                580 W Areba Ave                          20333 MEDALIST DRIVE
3190 Fairview Park Dr.                         Hershey , PA 17033-1605                  ASHBURN VA 20147-4184
Suite 800
Falls Church, VA 22042-4558
```

| | | |
|---|---|---|
| Stephen Karbelk<br>Team Leader, RealMarkets<br>Century 21 New Millennium<br>6629 Old Dominion Dr<br>McLean, VA 22101-4516 | Kaufman & Canoles, P.C.<br>Two James Center<br>1021 East Cary Street, Suite 1400<br>Richmond, Virginia 23219-4031 | LINKBANK<br>1250 Camphill Bypass, Suite 202<br>Camp Hill, PA 17011-3718 |
| Lincoin Financing<br>9030 Stony Point Pkwy<br>Richmond, VA 23235-1957 | Lincoln Automotive Financial Services<br>P.O. Box 62180<br>Colorado Springs, CO 80962-2180 | Lincoln Automotive Financial Services<br>PO Box 2400, Edmonton, Alberta, T5J 5C7, |
| Main Street Bank<br>10089 Fairfax Blvd.<br>Fairfax, VA 22030-1742 | MainStreet Bank<br>c/o Eric S. Schuster, Esq.<br>100 Light Street, Suite 1400<br>Baltimore, Maryland 21202-1188 | Robert M. Marino<br>Redmon Peyton & Braswell, LLP<br>510 King Street<br>Suite 301<br>Alexandria, VA 22314-3184 |
| Jeffery T. Martin Jr.<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Ste 750<br>Vienna, VA 22182-2702 | Mayor and City Council Baltimore<br>Bureau of Revenue Collections<br>200 Holliday Street Room #1<br>Bankruptcy<br>Baltimore, MD 21202-6295 | James R. Meizanis Jr.<br>Blankingship & Keith, PC<br>4020 University Drive<br>Suite 300<br>Fairfax, VA 22030-6802 |
| Monika Jain<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 | Monika Jain<br>445 Windover Drive<br>Vienna<br>VA 22180-4232 | David S. Musgrave<br>Gordon Feinblatt LLC<br>233 East Redwood Street<br>Baltimore, MD 21202-3332 |
| N D Greene PC<br>N D Greene PC<br>3977 Chain Bridge Rd<br>Suite 1<br>Faifax, VA 22030-3308 | N D Greene PC<br>3977 Chain Bridge Rd, Suite 1<br>Fairfax, VA 22030-3308 | NP Master Trust I (Cayman) LLC<br>c/o Andrea C. Davison<br>2311 Wilson Blvd Suite 500<br>Arlington VA 22201-5422 |
| Stephen W. Nichols<br>Offit Kurman, P.A.<br>7501 Wisconsin Avenue<br>Suite 1000w<br>Bethesda, MD 20814-6604 | Orrstown Bank<br>c/o Stephen Nichols, Esq.<br>Offit Kurman PA<br>7501 Wisconsin Ave. Suite 1000W<br>Bethesda, MD 20814-6604 | Orrstown Bank<br>Offit/Kuman PA<br>7501 Wisconsin Ave #1000W<br>Bethesda, MD 20814-6604 |
| PPL Electric Utilities<br>827 Hausman Rd<br>Allentown, PA 18104-9392 | Craig M. Palik<br>McNamee Hosea<br>6404 Ivy Lane<br>Suite 820<br>Greenbelt, MD 20770-1416 | Pennsylvania American Water<br>P O Box 371412<br>Pittsburgh, PA 15250-7412 |
| Lee S Raphael<br>Prober & Raphael, Law Corporation<br>20750 Ventura BLVD., Suite 100<br>Woodland Hills, CA 91364-6207 | John E Reid<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Suite 750<br>Vienna, VA 22182-2702 | Christopher L. Rogan<br>RoganMillerZimmerman, PLLC<br>50 Catoctin Circle, N.E., Suite 300<br>Leesburg, VA 20176-3101 |
| Jeremy B. Root<br>Blankingship & Keith, P.C.<br>4020 University Dr. Ste. 300<br>Fairfax, VA 22030-6802 | SC&H Group<br>c/o Miles & Stockbridge P.C.<br>1201 Pennsylvania Ave., NW<br>Ste. 900<br>Washington, DC 20004-2464 | SC&H Group, Inc.<br>c/o Robert Patrick<br>910 Ridgebrook Road<br>Sparks, MD 21152-9390 |

Shore United Bank
200 West Gate Circle
Suite 200
Annapolis, MD 21401-3377

Barry W. Spear
BWW Law Group, LLC
8100 Three Chopt Road
Suite 240
Richmond, VA 23229-4833

Stafford County
Laura M Rudy, Treasurer, PO Box 68
Stafford, VA 22555-0068

Stafford County Attorney's Office
1300 Courthouse Road
P.O. Box 339
Stafford, VA 22555-0339

Joshua David Stiff
Whiteford Taylor Preston LLP
249 Central Park Avenue
Suite 300
Virginia Beach, VA 23462-3271

Town Of Vienna Water and Sewer Bill
127 Center St
Vienna, VA 22180-5719

Dylan G. Trache
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, N.W.
Suite 900
Washington, DC 20001-2133

Trinity Universal Insurance Company
c/o Man Global Private Mkts. (USA), Inc.
1345 Avenue of the Americas 21st Floor
New York, NY 10105-0199

Trinity Universal Insurance Company
c/o Man Global Private Mkts. (USA) Inc.
Attn: Legal
1345 Avenue of the Americas, 21st Floor
New York, NY 10105-0199

Troy Mason
3002 Williamsburg Rd
Richmond , VA 23231-2128

Turkey Hill
1635 Church Rd
Hershey , PA 17033-1812

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Rd, Suite 900
Atlanta, GA 30326-1382

U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314-3489

(p)UGI UTILITIES INC
ATTN CREDIT & COLLECTIONS
P O BOX 13009
READING PA 19612-3009

UST smg Alexandria
Office of the U. S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Roads, #114-160
Potomac, MD 20854-3976

Verizon Fios
1430 Walnut St
Philadelphia, PA 19102-4021

Gerard R. Vetter
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Vienna Oaks Office Center Condominium
c/o Rees Broome, PC
Suite 700
Tysons Corner, VA 22182

Vienna Oaks Office Center Condominium
c/o Erik W. Fox, Rees Broome
1900 Gallows Road, Sutie 700
Tysons Corner, VA 22182-3886

Virginia Partners Bank
410 William St.
Fredericksburg, VA 22401-5834

Virginia Partners Bank
LINKBANK
1250 Camphill Bypass, Suite 202
Camp Hill, PA 17011-3718

Christian K. Vogel
Vogel Law Group, PLC
513 Forest Ave.
Suite 205
Richmond, VA 23229-6850

Washington Gas
6801 Industrial Rd
Springfield, VA 22151-4205

Waste Management
P O Box 13577
Philadelphia, PA 19101-3577

West Hanover Tap Water and Sewer
7091 Jonestown Rd
Harrisburg, PA 17112

West Hanover Township Water & Sewer Authorit
Steven P. Miner, Esquire
3631 N. Front Street
Harrisburg, PA 17110-1533

Whiteford Taylor & Preston LLP
3190 Fairview Park Drive
Suite 800
Falls Church, VA 22042-4558

Wilmington Savings Fund Society, FSB
FCI Lender Services, Inc.
P.O. Box 27370
Anaheim Hills, CA 92809-0112

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlantic Union Bank<br>PO Box 176<br>Blacksburg, VA 24063 | Dominion Energy<br>P O Box 26543<br>Richmond, VA 23290 | Stephen Karbelk<br>Team Leader, RealMarkets<br>Century 21 New Millennium<br>20405 Exchange St, Suite 221<br>Ashburn, VA 20147 |
| UGI Utilities Inc<br>400 Stewart Rd<br>Hanover, PA 18706 | (d)UGI Utilities, Inc.<br>PO Box 13009<br>Reading, PA 19612 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bala Jain LLC | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 |
| (d)Bala Jain LLC<br>Christopher L. Rogan, Esq.<br>50 Catoctin Circle, NE Suite 300<br>Leesburg, VA 20176-3101 | (u)Gus Goldsmith | (u)Isidoro Pulido Luna<br>202 N Port St |
| (u)LINKBANK | (u)Lincoln Automotive Financial Services | (u)MainStreet Bank |
| (u)Primis Bank | (u)Maurice VerStandig | End of Label Matrix<br>Mailable recipients   118<br>Bypassed recipients    11<br>Total                  129 |