IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EAGLE PROPERTIES AND | ) | |
| INVESTMENTS LLC | ) | CASE NO. 23-10566-KHK |
| | ) | CHAPTER 7 |
| Debtor | ) | |

## TRUSTEE'S OPERATING REPORT FOR PERIOD SEPTEMBER 1, 2024 TO SEPTEMBER 30, 2024

H. Jason Gold, Trustee, pursuant to the Court's Order entered April 25, 2024 (ECF 424) submits this Monthly Operating Report for the period commencing September 1, 2024 and ending September 30, 2024. Attached to this report are (1) a detailed report of the disposition of the case and the various rental properties; (2) a detailed statement of rent receipts and management fees and expenses for each property from RealMarkets; and (3) other receipts and expenses incurred by the trustee.

Respectfully submitted,

H. JASON GOLD, TRUSTEE

By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax: (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:  /s/ Dylan G. Trache
      Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

4864-6220-7709 v.3