

**Executive Summary
Asset Management
Eagle Properties and Investments, LLC
September 2024**

In September 2024, we continued to maintain the properties while going through the marketing and sale process.

**Transition Management from Chapter 11 to Chapter 7**
We have taken control of all accounts that we need to have control of.

**Insurance Update**
All properties are either insured or, if the insurance company has cancelled the policy due to insurability issues, the secured creditor has been notified so they can put forced placed insurance in place.

**Invoices**
To the best of my knowledge, all invoices that need to be paid by the bankruptcy estate are being directed or sent to my attention. State Farm mistakenly charged my bank account for $58.33 for a payment on 1001 Manning Drive, Fredericksburg, VA after closing occurred and the policy was cancelled. I received the refund check, payable to Eagle Properties & Investments, and sent it to the Trustee. I also had an issue with getting final utility bills issued for 1010 Lynn Street, Vienna, VA and 2565 Chain Bridge Road, Vienna, VA, but I finally received them and closed out the accounts. I also received a credit directly back to my bank account for an insurance payment made post-closing and post-policy cancellation on 2565 & 2567 Chain Bridge Road, Vienna, VA. I credited the refund against the final utility bill for that property.

**Tenant Issues**
- 15474 Roxbury Road, Glenwood, MD – Special counsel has been approved by the Court to pursue the eviction of the tenant. However, there's an issue with getting a rental license first, which is problematic since the home has squatters in it and we have no access. Trustee and his counsel are exploring other options for obtaining access.

- 6961 Sterling Road, Harrisburg, PA – The lease is due to expire on 11/15/24. The Trustee does not intend on extending the lease.

- 3012 Dupont Ave, Baltimore, MD – The September 2024 rent for $650.00 was not received by the Trustee.

**Advanced Funding**

The Trustee reimbursed RealMarkets for the following out-of-pocket expenses:

- $390.00 – March 2024
- $3,733.15 – April 2024
- $3,919.58 – May 2024
- $5,374.21 – June 2024
- $5,539.91 – July 2024
- $1,538.12 – August 2024
- $1,187.02 - September 2024

We will continue to work closely with the Trustee and his counsel for the required approvals.

**Sincerely,**


**Stephen Karbelk**
Team Leader RealMarkets, a CENTURY 21 New Millennium team
Court Appointed Asset Manager, Eagle Properties and Investments LLC



# Income and Expense Analysis – September 2024
## Eagle Properties and Investments, LLC

This report is provided for properties that are occupied and rent was received prior to September 30, 2024.

**6961 Sterling Road, Harrisburg, PA**
**Lender: ABL PRC Residential Credit Acquisition**

| Income | September 2024 | Payee | Notes |
|---|---|---|---|
| Rent | $3,900.00 | Tenant | |
| | | | |
| Expenses | | | |
| Insurance | $55.91 | State Farm | |
| Electric | Tenant Responsibility | | |
| Water | $221.57 | PA American Water | |
| Sewer | $162.66 | Lower Paxton Township | |
| Landscaping | Tenant Responsibility | | |
| Maintenance | $0.00 | | |
| Other | $0.00 | | |
| Net Proceeds | $3,459.86 | | |

**3012 Dupont Ave, Baltimore, MD**
**Lender: Bala Jain, LLC (purchased Main Street Bank mortgage)**

| Income | September 2024 | Payee | Notes |
|---|---|---|---|
| Rent | $0.00 | Tenant | $650 rent due |
| | | | |
| Expenses | | | |
| Insurance | $0.00 | Contract Buyer | |
| Electric | Tenant Responsibility | | |
| Water/Sewer | Tenant Responsibility | | |
| Landscaping | Tenant Responsibility | | |
| Maintenance | $0.00 | | |
| Other | $0.00 | | |
| Net Proceeds | $0.00 | | |



**Insurance Schedule – September 2024**
**Eagle Properties and Investments, LLC**

| Property | Insurance Carrier | Status |
|---|---|---|
| 6961 Sterling Road, Harrisburg, PA | State Farm | Active – 837-5 |
| 15474 Roxbury Road, Glenwood, MD | State Farm | Active – 071-21 |
| 202. N. Port, Baltimore, MD | State Farm | Cancelled by State Farm – 8/13/24, Lender Notified, Transfer to Lender Pending with Court |
| 7213 Linglestown Road, Harrisburg, PA | State Farm | Cancelled – 9/18/24 – Equity Sale to Lender |
| 3012 Dupont, Baltimore, MD | State Farm, Cancelation Notice given | Cancelled, Contract Purchaser placed insurance on property, closing scheduled for 10/3/24 |
| 7180 Jonestown Road, Harrisburg, PA | State Farm | Cancelled by State Farm on 7/2/24, Insured by Lender's Insurance, Pending Sale Motion 11/5/24 hearing date |
| 7616 Grove Ave, Harrisburg, PA | State Farm | Cancelled by State Farm 7/4/24 – Closed 9/4/24 |



**Rent Roll and Receipts – September 2024**
**Eagle Properties and Investments, LLC**

| Property | Scheduled Rent | September 2024 Rent Received | Comments |
|---|---|---|---|
| 3012 Dupont Ave, Baltimore, MD | $650.00 | $0.00 | Rent reduced to $650.00 in exchange for contract buyer paying for insurance, scheduled to close on 10/3/24 |
| 6961 Sterling Road, Harrisburg, PA | $3,900.00 | $3,900.00 | |
| 15474 Roxbury Road, Glenwood, MD | $4,100.00 | $0.00 | Collection attorney engaged |
| Totals | **$8,650.00** | **$4,550.00** | |

| Inv Ref | Date | Name | Property Address | Rental Income Received | 1st DOT Cash Collateral Order | Account | Amount | Property Total |
|---|---|---|---|---|---|---|---|---|
| 182 | 09/05/2024 | State Farm | 1001 Manning Drive, Fredericksburg, VA | No | No | Insurance | $ 58.33 | $ 58.33 |
| 176 | 09/12/2024 | Town of Vienna | 1010 Lynn Street, Vienna, VA | No | No | Utilities - Listings | $ 96.76 | |
| 175 | 09/12/2024 | Dominion Energy | 1010 Lynn Street, Vienna, VA | No | No | Final Utility Bill | $ 75.13 | $ 171.89 |
| 174 | 09/12/2024 | PPL Electric Utilities | 204 S. Fairville Ae, Harrisburg, PA | No | No | Final Utility Bill | $ 107.40 | $ 107.40 |
| 181 | 09/12/2024 | PPL Electric Utilities | 249 Berkstone Drive, Harrisburg, PA | No | No | Final Utility Bill | $ 14.87 | $ 14.87 |
| 178 | 09/03/2024 | PPL Electric Utilities | 6958 New Oxford Road, Harrisburg, PA | No | No | Final Utility Bill | $ 3.64 | |
| 170 | 09/03/2024 | PPL Electric Utilities | 6958 New Oxford Road, Harrisburg, PA | No | No | Electric bill | $ 105.17 | $ 108.81 |
| 173 | 09/03/2024 | Lower Paxton Township | 6961 Sterling Road, Harrisburg, PA | Yes | No | Quarterly Sewer bill payment | $ 162.66 | |
| 172 | 09/07/2024 | PA American Water | 6961 Sterling Road, Harrisburg, PA | Yes | No | Water Bill | $ 221.57 | $ 384.23 |
| 177 | 09/20/2024 | PPL Electric Utilities | 7180 Jonestown Road, Harrisburg, PA | No | No | Utility Bill (8/14/24 to 9/13/24) | $ 42.64 | $ 42.64 |
| 169 | 09/03/2024 | PPL Electric Utilities | 7213 Linglestown Road, Harrisburg, PA | No | No | Electric bill | $ 49.83 | |
| 180 | 09/20/2024 | PPL Electric Utilities | 7213 Linglestown Road, Harrisburg, PA | No | No | Final Utility Bill | $ 20.16 | $ 69.99 |
| 179 | 09/07/2024 | The Hartford | 2565 & 2567 Chain Bridge Road | No | No | Credit directly to Auction Markets Acct. insurance refund | -$ 100.39 | |
| 171 | 09/12/2024 | Town of Vienna | 2565 Chain Bridge Road, Vienna, VA | No | No | Final Utility Bill | $ 329.25 | $ 228.86 |

Amount Due to RealMarkets $ 1,187.02