# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case |
| EAGLE PROPERTIES AND ) | No. 23-10566-KHK |
| INVESTMENTS LLC ) | |
| ) | Chapter 7 |
| Debtor ) | |

## TRUSTEE'S REPORT OF SALE

Pursuant to Fed. R. Bankr. P. 6004(f) and Local Bankruptcy Rule 6004-2(D), H. Jason Gold, the Chapter 7 Trustee ("Trustee") for the above-captioned Debtor, files this Report of Sale. On 8/29/2024, this Court entered an order approving the Motion to Approve Sale of Property Free and Clear of Liens, being real property at 7213 Linglestown Rd, Harrisburg PA ("Property") held by the Debtor's bankruptcy estate.

| | |
|---|---|
| Settlement (or Closing) Date: | 10/10/2024 |
| Property Sold: | 7213 Linglestown Rd, Harrisburg PA |
| Purchasers: | GITSIT Solutions LLC |
| Purchase Price: | $15,000.00 |
| Exemptions paid to Debtor: | $0.00 |
| Net Proceeds to Estate: | **$15,000.00** |

Dated: 10/15/2024

Respectfully submitted,

*/s/ H. Jason Gold*
H. JASON GOLD, CH. 7 TRUSTEE

H. Jason Gold, Va. Bar No. 19117
PO Box 57359
Washington DC  20037
*Chapter 7 Trustee*