# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) |
| EAGLE PROPERTIES AND INVESTMENTS, LLC, | ) Bankruptcy Case ) No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |
| _____ | ) |

### ORDER APPROVING CHAPTER 7 TRUSTEE'S TRANSFER OF 202 PORT STREET, BALTIMORE, MARYLAND BY DEED IN LIEU OF FORECLOSURE

UPON CONSIDERATION of the motion (Docket No. 642) ("Motion") of H. Jason Gold, chapter 7 trustee ("Trustee"), to approve the transfer of the property commonly known as 202 Port Street, Baltimore, MD ("Property") to Bala Jain, LLC ("Buyer"), the first and second lien holder on the Property, by the execution of a deed in lieu of foreclosure and it appearing that proper and adequate notice of the Motion has been given and that no further notice is necessary; and it appearing that the transfer of the Property as set forth in the Motion is in the best interest of the estate and its creditors, accordingly:

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is GRANTED.

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*

2.  The Trustee is authorized to transfer the Property[1] to Bala Jain, LLC or its designee by executing the deed attached to the Motion as Exhibit A.

3.  This Order may be recorded in the land records wherein the subject Property is located.

4.  This Court retains jurisdiction with respect to any disputes regarding the Property following the transfer.

5.  This Order shall be effective immediately and shall not be subject to the stay provided in Federal Rule of Bankruptcy Procedure 6004(h) or any other applicable stay.

Dated: Oct 18 2024

/s/ Klinette H Kindred
United States Bankruptcy Judge

Entered On Docket: Oct 21 2024

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax: (202) 689-2860
Email: dylan.trache@nelsonmullins.com

---

[1] Having the following legal description:

All that lot of ground situate in the City of Baltimore, State of Maryland, and described as follows, that is to say:

Beginning for the same on the West side of Port Street at the distance of 80 feet North from the corner formed by the intersection of the West side of Port Street and the North side of Fayette Street and at the North side of an alley 10 feet wide thence Westerly binding on the North side of said alley with the use thereof in common 65 feet to the center of an alley 10 feet wide thence Northerly along the center of said alley with the use thereof in common 12 feet thence Easterly parallel with Fayette Street and through the center of a partition wall there situate 65 feet to the Port Street and thence Southerly binding thereon 12 feet to the place of beginning.

Subject to the payment of an annual ground rent of $57.00 payable in equal, semi-annual installments on the 1st day of January and July in each and every year.

The improvements thereon being known as 202 North Port Street, Baltimore, MD 21224.

By:   /s/ Dylan G. Trache
      Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

SEEN:

ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176
Phone No. (703) 777-8850
Fax No: (703) 777-8854
E-mail: crogan@RMZLawFirm.com

BY:   /s/Christopher L. Rogan (by DGT with authority)
      Christopher L. Rogan (Bar No. 30344)

*Attorneys for Bala Jain, LLC*

## CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I HEREBY CERTIFY that this Order has been endorsed by all necessary parties.

                    /s/ Dylan G. Trache
                    Dylan G. Trache

## LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
## PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael Freeman
OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
Century 21 Commercial New Millennium
6629 Old Dominion Drive
McLean, VA 22101

Christopher Rogan
ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-10566-KHK |
| Eagle Properties and Investments LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: MichelleS | Page 1 of 3 |
| Date Rcvd: Oct 21, 2024 | Form ID: pdford9 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| RE | + | Stephen Karbelk, Team Leader, RealMarkets, Century 21 New Millennium, 6629 Old Dominion Dr, McLean, VA 22101-4516 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew S Goldstein | on behalf of Creditor GITSIT Solutions LLC AGoldstein@mglspc.com, jcoffman@mglspc.com |
| Barry W. Spear | on behalf of Creditor Aero Mortgage Loan Trust 2019- 1 Barry.Spear@bww-law.com bankruptcy@bww-law.com |
| Bradley J. Swallow | on behalf of Defendant Main Street Bank bswallow@fblaw.com |
| Christian K. Vogel | on behalf of Interested Party Primis Bank kvogel@vogelandcromwell.com |
| Christian K. Vogel | on behalf of Defendant Primis Bank f/k/a Sona Bank kvogel@vogelandcromwell.com |
| Christopher A. Jones | on behalf of Debtor Eagle Properties and Investments LLC cajones@whitefordlaw.com |

Case 23-10566-KHK    Doc 653    Filed 10/23/24    Entered 10/24/24 00:16:48    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0422-9 | User: MichelleS | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 21, 2024 | Form ID: pdford9 | Total Noticed: 1 |

clano@whitefordlaw.com,dchaney@whitefordlaw.com

Christopher L. Rogan
on behalf of Defendant Shail Butani crogan@rmzlawfirm.com

Christopher L. Rogan
on behalf of Creditor Bala Jain LLC crogan@rmzlawfirm.com

Christopher L. Rogan
on behalf of Defendant Ishwer Butani crogan@rmzlawfirm.com

Christopher L. Rogan
on behalf of Defendant Bala Jain LLC crogan@rmzlawfirm.com

Corey Simpson Booker
on behalf of Creditor Atlantic Union Bank corey.booker@atlanticunionbank.com

Craig M. Palik
on behalf of Creditor Trinity Universal Insurance Company cpalik@mhlawyers.com
cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnickerson@mhlawyers.com

David S. Musgrave
on behalf of Creditor Fulton Bank  N.A. dmusgrave@gfrlaw.com, jojones@gfrlaw.com

David S. Musgrave
on behalf of Defendant Fulton Financial Corporation dmusgrave@gfrlaw.com  jojones@gfrlaw.com

Dylan G. Trache
on behalf of Trustee H. Jason Gold dylan.trache@nelsonmullins.com
linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Elizabeth Husebo
on behalf of Defendant First Class Title  Inc. ehusebo@grsm.com

Elizabeth Husebo
on behalf of Defendant Daniel J. Kotz ehusebo@grsm.com

Erik W. Fox
on behalf of Creditor Vienna Oaks Office Center Condominium efox@reesbroome.com
rhurley@reesbroome.com;Acruz@reesbroome.com

Gerard R. Vetter
ustpregion04.ax.ecf@usdoj.gov

H. Jason Gold
goldtrustee@fiduciaryservicesgroup.com  VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com

Hannah White Hutman
on behalf of Creditor Bank of Clarke County hhutman@hooverpenrod.com
scurtis@hooverpenrod.com;hooverpenrodplc@jubileebk.net

J. P. McGuire Boyd, Jr
on behalf of Defendant Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
on behalf of Creditor Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
on behalf of Defendant Bank of Clarke County mboyd@williamsmullen.com

Jack Frankel
on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov
USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

James R. Meizanis, Jr.
on behalf of Creditor LINKBANK jmeizanis@bklawva.com  jroot@bklawva.com;mnoble@bklawva.com

James R. Meizanis, Jr.
on behalf of Creditor Virginia Partners Bank jmeizanis@bklawva.com  jroot@bklawva.com;mnoble@bklawva.com

Jeffery T. Martin, Jr.
on behalf of Debtor Eagle Properties and Investments LLC jeff@martinlawgroup.com
martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com;jeff@martinlawgroupva.com

Jeffery T. Martin, Jr.
on behalf of Plaintiff Eagle Properties and Investments LLC jeff@martinlawgroup.com
martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com;jeff@martinlawgroupva.com

Jeffery T. Martin, Jr.
on behalf of Counter-Defendant Eagle Properties and Investments LLC jeff@martinlawgroup.com
martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com;jeff@martinlawgroupva.com

Case 23-10566-KHK   Doc 653   Filed 10/23/24   Entered 10/24/24 00:16:48   Desc
Imaged Certificate of Notice   Page 7 of 7

| District/off: 0422-9 | User: MichelleS | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 21, 2024 | Form ID: pdford9 | Total Noticed: 1 |

Jeremy B. Root
    on behalf of Creditor Virginia Partners Bank jroot@bklawva.com
    tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com

John E Reid
    on behalf of Debtor Eagle Properties and Investments LLC jack@martinlawgroup.com jack@martinlawgroupva.com

John Tucker Farnum
    on behalf of Interested Party SC&H Group jfarnum@milesstockbridge.com
    jfarnumecfnotices@gmail.com;dbernard@milesstockbridge.com

Joshua David Stiff
    on behalf of Debtor Eagle Properties and Investments LLC jstiff@wtplaw.com eslate@wtplaw.com;dchaney@whitefordlaw.com

Justin Fasano
    on behalf of Creditor Gus Goldsmith jfasano@mhlawyers.com
    jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;sshin@mhlawyers.com;dmoorehead@mhlawyers.com

Lee S Raphael
    on behalf of Creditor Gitsit Solutions  LLC ecf1@ecf.courtdrive.com, cmartin@pralc.com

Maurice Belmont VerStandig
    on behalf of Professional Maurice VerStandig mac@mbvesq.com
    lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman
    on behalf of U.S. Trustee Gerard R. Vetter michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov

Nancy Greene
    on behalf of Debtor Eagle Properties and Investments LLC ndg@ndglaw.com

Nancy Greene
    on behalf of Plaintiff Eagle Properties and Investments LLC ndg@ndglaw.com

Nancy Greene
    on behalf of Professional N D Greene PC ndg@ndglaw.com

Richard E. Hagerty
    on behalf of Defendant Navy Federal Financial Group  LLC richard.hagerty@troutmansanders.com,
    sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Robert Hockenbury
    on behalf of Creditor Shore United Bank robert.hockenbury@wbd-us.com

Robert M. Marino
    on behalf of Defendant Shail Butani rmmarino@rpb-law.com rmmarino1@aol.com

Robert M. Marino
    on behalf of Defendant Ishwer Butani rmmarino@rpb-law.com rmmarino1@aol.com

Robert M. Marino
    on behalf of Creditor Bala Jain LLC rmmarino@rpb-law.com rmmarino1@aol.com

Stephanie Gardner Bortnick
    on behalf of Defendant Daniel J. Kotz sbortnick@grsm.com

Stephanie Gardner Bortnick
    on behalf of Defendant First Class Title  Inc. sbortnick@grsm.com

Stephanie Gardner Bortnick
    on behalf of Defendant Daniel Kotz sbortnick@grsm.com

Stephen W. Nichols
    on behalf of Creditor Orrstown Bank snichols@offitkurman.com

TOTAL: 50