# Invoice

From | **RealMarkets**
20333 Medalist Drive
Ashburn, VA 20147

| Invoice # | **205** |
| Issue Date | 10/8/24 |
| Due Date | 10/23/24 |

To | **Eagle Properties**

| # | Description | Qty | Rate | Total |
|---|---|---|---|---|
| 1 | [Asset Management] – Real Estate<br>7/1/24<br>Reply to Atty Pendergast with info re evictions, reply to WTP to stand down. | 0.1 | 225 | $22.50 |
| 2 | [Asset Management] – Real Estate<br>7/2/24<br>Contact PPL to take water out of name of Eagle Properties, contact West Hanover Township about sewer bill. | 0.2 | 225 | $45.00 |
| 3 | [Asset Management] – Real Estate<br>7/2/24<br>Zoom meeting with B. Pendergraft, follow up email with engagement instructions, list of creditors, schedules and leases | 0.6 | 225 | $135.00 |
| 4 | [Asset Management] – Real Estate<br>7/3/24<br>Coordinate move-out with tenant on 580 W. Areba, recommend 7/8 utility transition date | 0.1 | 225 | $22.50 |
| 5 | [Asset Management] – Real Estate<br>7/10/24<br>Pay water and electric bills, update insurance status spreadsheet, address rent and security deposit issues regarding 1635 Church Road | 0.6 | 225 | $135.00 |
| 6 | [Asset Management] – Real Estate<br>7/10/24<br>Review insurance bills, record payments | 1.4 | 225 | $315.00 |
| 7 | [Asset Management] – Real Estate<br>7/11/24<br>Record QB entries for ACH insurance payment, follow up with PA State Farm agent. | 0.1 | 225 | $22.50 |
| 8 | [Asset Management] – Real Estate<br>7/13/24<br>Cancel Insurance on 1343 and 1645 Church Road | 0.1 | 225 | $22.50 |

| | | | | |
|---|---|---|---|---|
| 9 | [Asset Management] – Real Estate<br>7/15/24<br>Contact DTMA re: 1343 and 1635 Church Road, request refund checks on 1630 E. Choc and 71 Lucy, | 0.2 | 225 | $45.00 |
| 10 | [Asset Management] – Real Estate<br>7/16/24<br>Reconcile June 2024 expenses, consult with Trustee on expense questions, prepare monthly report | 4.6 | 225 | $1,035.00 |
| 11 | [Asset Management] – Real Estate<br>7/18/24<br>Respond to SF re: 213 Port Insurance Payment, contact Trustee re: rent collection on Sterling Road. respond to housing authority re: rent status, record receipt on Roxbury SF insurance payment | 0.2 | 225 | $45.00 |
| 12 | [Asset Management] – Real Estate<br>7/19/24<br>Pay utiility bills, insurance bills, lawn cutting bill, trash hauling invoice | 1.8 | 225 | $405.00 |
| 13 | [Asset Management] – Real Estate<br>7/20/24<br>Call with Tamara re: Sterling Road extension and toilet issue | 0.2 | 225 | $45.00 |
| 14 | [Asset Management] – Real Estate<br>7/20/24<br>Notify Trustee and C Rogan re: 3012 Dupont Insurance cancellation that's effective August 13, 2024, update insurance spreadsheet, update insurance info on 213 N. Port, call with T. Charlot re: running toilet, utility bills reimbursement and lease extension re: Sterling Road; email Trustee and counsel re: extending lease. | 0.5 | 225 | $112.50 |
| 15 | [Asset Management] – Real Estate<br>7/21/24<br>Send Notice to D. Musgrave re: abandonment on 7/31 re: 213 N. Port and cancellation of insurance. copy Trustee and counsel, notify State Farm | 0.1 | 225 | $22.50 |
| 16 | [Asset Management] – Real Estate<br>7/23/24<br>Stop service at 1343 Church Road re: PA American Water, notify purchaser; pay balance on 7939 Rider Lane PPL invoice, record in QB and DB Receipts; contact Waste Management to end Trash Service at 1630 E. Chocolate | 0.4 | 225 | $90.00 |
| 17 | [Asset Management] – Real Estate<br>7/25/24<br>Respond to insurance question from C. Rogan, follow up with SF, forward response re: 3012 Dupont | 0.2 | 225 | $45.00 |
| 18 | [Asset Management] – Real Estate<br>7/26/24<br>Contact tenant representative for 1001 Manning re: June rent and final utilities, cancel WM on 1630 E. Chocolate Ave, confirm closure to Republic Services account on 7180 Jonestown Road, received final trash bill. | 0.5 | 225 | $112.50 |

| | | | | |
|---|---|---|---|---|
| 19 | [Asset Management] – Real Estate<br>7/29/24<br>Return call from Derry Township Water Authority, Mary, vm, returned call, have refunds being sent to Trustee's PO Box, needed to confirm address, send cancelation notice to C. Rogan with explanation; record water bills in QB, pay and record bills, send water bill to Sterling Road tenant, send insurance notice to A. Jain, review emails from A. Jain with bills, review DTMA invoices, send final invoices to title company. Attempt to add Grove Ave PPL account to my online account, required to pay by check, issue check and pay. | 2.2 | 225 | $495.00 |
| 20 | [Asset Management] – Real Estate<br>7/31/24<br>Cancel insurance on Chain Bridge Road; record August State Farm payment in QB, notify Debtor of tax return documents needed | 0.3 | 225 | $67.50 |
| 21 | [Asset Management] – Real Estate<br>8/1/24<br>Review mowing bills, pay 7/26 bill, record in QB | 0.3 | 225 | $67.50 |
| 22 | [Asset Management] – Real Estate<br>8/4/24<br>Send Insurance refund check to Trustee, update records, review insurance policy status's, review bills and notices received from A. Jain, send bankruptcy notice to Republic Services, send bankruptcy notice to Howard county re: Roxbury notice with response, mail Howard county violation notice to tenants. | 1.2 | 225 | $270.00 |
| 23 | [Asset Management] – Real Estate<br>8/8/24<br>Review insurance and prepare rent invoice for 3012 Dupont, review ALTA, send ins. company instructions for additional insureds. | 0.2 | 225 | $45.00 |
| 24 | [Asset Management] – Real Estate<br>8/9/24<br>Cancel insurance on 580 W. Areba, cancel PPL Electric, update spreadsheet. | 0.4 | 225 | $90.00 |
| 25 | [Asset Management] – Real Estate<br>8/14/24<br>Cancel insurance on 1010 Lynn, verify cancellation of insurance of 1001 Manning, respond to email from B. Pendergrast re: Roxbury tenant communications and rental history. Review and send out COI for 3012 Dupont | 0.5 | 225 | $112.50 |
| 26 | [Asset Management] – Real Estate<br>8/15/24<br>Review and respond to B. Pendergast, prepare tax assessment spreadsheet for CPA, send to CPA, copy Trustee and counsel. | 0.7 | 225 | $157.50 |
| 27 | [Asset Management] – Real Estate<br>8/19/24<br>Pay bills, notify J. Lewis that insurance policy on Chain Bridge still hasn't bill cancelled. | 0.5 | 225 | $112.50 |

| | | | | |
|---|---|---|---|---|
| 28 | [Asset Management] – Real Estate<br>8/20/24<br>Prepare monthly asset management report | 2.3 | 225 | $517.50 |
| 29 | [Asset Management] – Real Estate<br>8/23/24<br>Finish July 2024 monthly report. | 0.7 | 225 | $157.50 |
| 30 | [Asset Management] – Real Estate<br>8/24/24<br>Deposit and Record Expense Checks, prepare and send surplus expense checks to Trustee re: 1001 Manning, 1343 Church and 1635 Church; review Chapter 11 MOR and prepare rental ledger for Roxbury Road. | 1.3 | 225 | $292.50 |
| 31 | [Asset Management] – Real Estate<br>8/25/24<br>Record cancellation confirmaiton of W Areba, pay and record mowing bill | 1 | 225 | $225.00 |
| 32 | [Asset Management] – Real Estate<br>8/28/24<br>Reach out to Rob Patrick regarding Roxbury history | 0.1 | 225 | $22.50 |
| 33 | [Asset Management] – Real Estate<br>8/29/24<br>Review email from R. Patrick re: Roxbury lease payments, update rent ledger, send to Brian. | 0.2 | 225 | $45.00 |
| 34 | [Asset Management] – Real Estate<br>8/30/24<br>Pay bills | 0.5 | 225 | $112.50 |
| 35 | [Asset Management] – Real Estate<br>9/3/24<br>Cancel insurance policies for closed transactions, review PPL invoices and other Eagle invoices, send final bill requests to Town of Vienna on multiple properties, send 2nd bankruptcy notices to Republic Services and Waste Management, record invoices. | 1.1 | 225 | $247.50 |
| 36 | [Asset Management] – Real Estate<br>9/4/24<br>Do formal termination notices with the Town of Vienna | 0.1 | 225 | $22.50 |
| 37 | [Asset Management] – Real Estate<br>9/5/24<br>Stop water service at 7616 Grove with PA American Water, text Debtor asking him to call PPL to turn off electric (account is in his name individually, not Eagle). | 0.2 | 225 | $45.00 |
| 38 | [Asset Management] – Real Estate<br>9/6/24<br>Pay bills, record expense deposits, update QB and master spreadsheet; requested end service on Linglestown Road for next Friday. | 0.3 | 225 | $67.50 |
| 39 | [Asset Management] – Real Estate<br>9/7/24 | 0.1 | 225 | $22.50 |

Pay water bill on Sterling Road. record in QB

| | | | | |
|---|---|---|---|---|
| 40 | [Asset Management] – Real Estate<br>9/12/24<br>Follow up with B. Pendergrast re: collection status, pay bills and final bills, record in QB and mail, record insurance cancellation notices | 0.7 | 225 | $157.50 |
| 41 | [Asset Management] – Real Estate<br>9/14/24<br>Record inactive policy status on CBR properties from The Hartford, pay Am Water bill, prepare August 2024 Monthly Report | 3 | 225 | $675.00 |
| 42 | [Asset Management] – Real Estate<br>9/17/24<br>Review bills from Amit, process as needed. Send stop collection notice to Republic Services, notify C. Rogan of fine on 202 N. Port Street; send D. Musgrave Fulton Bank insurance notice and past due water bill re 213 N. Port. | 0.3 | 225 | $67.50 |
| 43 | [Asset Management] – Real Estate<br>9/18/24<br>Respond to email from lender on Linglestown, cancel insurance. Call PA American Water re: New Oxford and Grove, confirm accounts are closed, final bills issued. | 0.2 | 225 | $45.00 |
| 44 | [Asset Management] – Real Estate<br>9/20/24<br>Pay PPL bill for Jonestown and Linglestown (Final), code and send State Farm refund checks to Trustee | 0.3 | 225 | $67.50 |
| 45 | [Asset Management] – Real Estate<br>9/22/24<br>Reissue check to PA Am Water damaged by maiil fr New Oxford | 0.2 | 225 | $45.00 |
| 46 | [Asset Management] – Real Estate<br>9/24/24<br>Record Insurance Cancelations, call Republic Services, email Tamara about water bills | 0.2 | 225 | $45.00 |
| 47 | [Asset Management] – Real Estate<br>9/28/24<br>Pay bills | 0.1 | 225 | $22.50 |
| 48 | [Asset Management] – Real Estate<br>9/30/24<br>Call Am Water about 204 S. Fairville bill | 0.3 | 225 | $67.50 |
| 49 | Quickbooks subscription (Eagle Chapter 11), assumed from Mac VerStandig<br>4.1.24 to 11.20.24 | 1 | 453 | $453.00 |

| | | |
|---|---|---|
| | Subtotal | $7,518.00 |
| | **Total** | **$7,518.00** |