**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: | ) |
| | ) |
| EAGLE PROPERTIES AND | ) Bankruptcy Case |
| INVESTMENTS, LLC, | ) No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |

**NOTICE OF SECOND INTERIM APPLICATION OF AUCTION MARKETS, LLC DBA REALMARKETS, ASSET MANAGER TO TRUSTEE, FOR ALLOWANCE OF <u>COMPENSATION AND NOTICE OF HEARING THEREON</u>**

PLEASE TAKE NOTICE that H. Jason Gold, Chapter 7 Trustee ("Trustee"), by counsel, has filed with the clerk of the United States Bankruptcy Court a second interim application ("Application") requesting an award of compensation for the services performed by Stephen Karbelk as the team leader of Auction Markets, LLC DBA RealMarkets ("Asset Manager"). The Application seeks this award for services rendered to the Trustee. The Asset Manager seeks allowance of a total of $7,518.00 as compensation for fees.

> **UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS APPLICATION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND TREAT THE APPLICATION AS CONCEDED.**
>
> **A HEARING TO CONSIDER THE RELIEF REQUESTED IN THIS APPLICATION IS SCHEDULED FOR DECEMBER 3, 2024 AT 11:00 A.M. IN COURTROOM III OF THE UNITED STATES BANKRUPTCY COURT, 200 SOUTH WASHINGTON STREET, ALEXANDRIA, VIRGINA 22314.**

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter7 Trustee*
4862-0510-9714 v.2

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.

                        Respectfully submitted,

                        H. JASON GOLD, TRUSTEE

                        By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email:  dylan.trache@nelsonmullins.com

By:  /s/ Dylan G. Trache
      Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of November, 2024, the foregoing Notice was served via first class mail, postage prepaid, to the parties on the attached service list[1] and to:

        Office of the United States Trustee
        1725 Duke Street, Suite 650
        Alexandria, VA  22314

                        /s/ Dylan G. Trache
                        Dylan G. Trache

---

[1] Pursuant to Local Rule 5005-1(C)(8), the attached service list is not being served on each of the parties, but is attached to the original Certificate of Service filed with the Court.