```
Label Matrix for local noticing         3977 Chain Bridge Rd, Suite 1          ADT
0422-1                                  Faifax, VA 22030-3308                  P O Box 371878
Case 23-10566-KHK                                                              Pittsburgh, PA 15250-7878
Eastern District of Virginia
Alexandria
Mon Nov 11 11:01:04 EST 2024

Aero Mortgage Loan Trust 2019- 1        American Express National Bank         Asset Based Lending
8100 Three Chopt Rd.                    c/o Becket and Lee LLP                 PO BOX 27370
Suite 240                               PO Box 3001                            Anaheim, CA 92809-0112
Richmond, VA 23229-4833                 Malvern  PA 19355-0701


Atlantic Union Bank                     Atlantic Union Bank                    (p)ATLANTIC UNION BANK
1051 E. Cary Street                     8221 Old Courthouse Rd Ste 100,        P O BOX 176
Suite 1200                              Tysons, VA 22182-3839                  BLACKSBURG VA 24063-0176
Richmond, VA 23219-4044


Bala Jain                               Bala Jain LLC                          Bala Jain LLC
Christopher L. Rogan, Esq.              6007 Marilyn Dr.                       6007 Marilyn Drive
50 Catoctin Circle, NE, Suite 300       Alexandria, VA 22310-1516              Alexandria, VA 2231- 22310-1516
Leesburg, VA 20176-3101


Bank Of Clarke                          Bank Of Clarke County                  Bank of Clarke
110 Crock Wells Mill Drive              2 East Main Street                     c/o Hannah W. Hutman, Esq.
Winchester, VA 22603-3943               Berryville, VA 22611-1338              Hoover Penrod, PLC
                                                                               342 S. Main Street
                                                                               Harrisonburg, VA 22801-3628

Bank of Clarke County                   Betsy Dalton                           Corey Simpson Booker
c/o Hannah W. Hutman, Esq.              1003 Lynn St SW                        1051 East Cary Street
Hoover Penrod, PLC                      Vienna, VA 22180-6428                  Suite 1200
342 S. Main Street                                                             Richmond, VA 23219-4044
Harrisonburg, VA 22801-3628


J. P. McGuire Boyd Jr                   COUNTY OF HENRICO, VIRGINIA            Candice Goodman
Williams Mullen, P.C.                   SARA L. MAYNARD, ASST. COUNTY ATTORNEY 15474 Roxbury Rd
200 South 10th Street                   P. O. BOX 90775                        Glenwood, MD 21738-9306
Richmond, VA 23219-4091                 HENRICO, VIRGINIA 23273-0775


Capital One N.A.                        City of Richmond                       City of Richmond  City Hall
by American InfoSource as agent         Division of Collections PO Box 26505   Room 109 Delinquent Taxes
4515 N Santa Fe Ave                     Richmond, VA 23261-6505                900 East Broad Street
Oklahoma City, OK 73118-7901                                                   Richmond VA 23219-1907


Civic Ventures, LLC                     Community Bank Of Chesapeake           Community Bank of the Chesapeake
Douglas M. Foley, Esquire               202 Centennial St,                     Atten: Jared Krahler
Kaufman & Canoles, P.C.                 La Plata, MD 20646                     3035 Leonardtown Road
Two James Center                                                               Waldorf, MD 20601-3112
1021 East Cary Street, Suite 1400
Richmond, VA 23219-4031

County of Fairfax                       County of Henrico                      DTMA
Department of Tax Administration, Revenu Department of Finance, PO Box 90775   670 Clearwater RD
Suite 223                               Henrico, VA 23273-0775                 Hershey, PA 17033-2453
Fairfax, VA 22035
```

| | | |
|---|---|---|
| Dauphin County Office of Tax Claim Bureau<br>Dauphin County Administration Building,<br>PO Box No 1295<br>Harrisburg, PA 17108 | Dauphin County Tax Claim Bureau<br>P. O. Box 1295<br>Harrisburg, PA 17108-1295 | Department of Finance Howard county<br>Property Tax Division, 3430, Court House<br>Ellicott City, MD 21043-4300 |
| Devon England<br>213 N Port St<br>Baltimore , MD 21224-1027 | (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 | Eagle Properties and Investments LLC<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 |
| John Tucker Farnum<br>Miles and Stockbridge PC<br>1201 Pennsylvania Ave<br>Suite 900<br>Washington, DC 20004-2464 | Justin Fasano<br>McNamee Hosea, P.A.<br>6404 Ivy Lane<br>Ste 820<br>Greenbelt, MD 20770-1416 | Erik W. Fox<br>Rees Broome, PC<br>1900 Gallows Road<br>Suite 700<br>Vienna, VA 22182-3886 |
| Jack Frankel<br>Office of the U.S. Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314-3489 | Michael T. Freeman<br>Office of the US Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314-3489 | Fulton Bank<br>625 Elden St,<br>Herndon, VA 20170-4739 |
| Fulton Bank, N.A.<br>c/o David S. Musgrave, Esquire<br>Gordon Feinblatt LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, MD 21202-4363 | Fulton Bank, N.A.<br>c/o David S. Musgrave, Esquire<br>Gordon Feinblatt LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, Maryland 21202-4363 | GITSIT Solutions, LLC<br>c/o Andrew S. Goldstein<br>PO Box 404<br>Roanoke, VA 24003-0404 |
| Gitsit Solutions, LLC<br>c/o Prober & Raphael, A Law Corporation<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, CA 91364-6207 | Gitsit Solutions, LLC<br>333 South Anita Drive, Suite 400<br>Orange, CA 92868-3314 | H. Jason Gold<br>H. Jason Gold, Trustee<br>P.O. Box 57359<br>Washington, DC 20037-0359 |
| Andrew S Goldstein<br>Magee Goldstein Lasky & Sayers, P.C.<br>PO Box 404<br>Roanoke, VA 24003-0404 | Nancy Greene<br>N D Greene PC<br>3977 Chain Bridge Rd<br>Suite 1<br>Fairfax, VA 22030-3308 | Gus Goldsmith<br>18205 Biscayne Blvd, Suite 2226<br>Aventura, FL 33160-2149 |
| Gus Goldsmith<br>Justin P. Fasano<br>6411 Ivy Lane, Suite 200<br>Greenbelt, MD 20770-1405 | Robert Hockenbury<br>Womble Bond Dickinson (US) LLP<br>100 Light Street, 26th Floor<br>Baltimore, MD 21202-1153 | Howard County Maryland<br>Gary Kuc, Esq/Kristen Bowen Perry, Esq.<br>3450 Court House Drive<br>Ellicott City, MD 21043-4330 |
| Hannah White Hutman<br>Hoover Penrod, PLC<br>342 S. Main Street<br>Harrisonburg, VA 22801-3628 | Internal Revenue Service<br>Special Procedures Support Staff<br>P. O. Box 10025<br>Richmond, VA 23240 | Amit Jain<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 |
| Christopher A. Jones<br>Whiteford Taylor & Preston, LLP<br>3190 Fairview Park Dr.<br>Suite 800<br>Falls Church, VA 22042-4558 | Joshua Fowlers<br>580 W Areba Ave<br>Hershey , PA 17033-1605 | (p)REALMARKETS<br>20333 MEDALIST DRIVE<br>ASHBURN VA 20147-4184 |

```
Stephen Karbelk                     Kaufman & Canoles, P.C.            LINKBANK
Team Leader, RealMarkets            Two James Center                   1250 Camphill Bypass, Suite 202
Century 21 New Millennium           1021 East Cary Street, Suite 1400  Camp Hill, PA 17011-3718
6629 Old Dominion Dr                Richmond, Virginia 23219-4031
McLean, VA 22101-4516


Lincoin Financing                   Lincoln Automotive Financial Services   Lincoln Automotive Financial Services
9030 Stony Point Pkwy               P.O. Box 62180                          PO Box 2400, Edmonton, Alberta, T5J 5C7,
Richmond, VA 23235-1957             Colorado Springs, CO 80962-2180




Main Street Bank                    MainStreet Bank                    Robert M. Marino
10089 Fairfax Blvd.                 c/o Eric S. Schuster, Esq.         Redmon Peyton & Braswell, LLP
Fairfax, VA 22030-1742              100 Light Street, Suite 1400       510 King Street
                                    Baltimore, Maryland 21202-1188     Suite 301
                                                                       Alexandria, VA 22314-3184


Jeffery T. Martin Jr.               Mayor and City Council Baltimore   James R. Meizanis Jr.
Martin Law Group, P.C.              Bureau of Revenue Collections      Blankingship & Keith, PC
8065 Leesburg Pike                  200 Holliday Street Room #1        4020 University Drive
Ste 750                             Bankruptcy                         Suite 300
Vienna, VA 22182-2702               Baltimore, MD 21202-6295           Fairfax, VA 22030-6802


Monika Jain                         Monika Jain                        David S. Musgrave
445 Windover Ave North West         445 Windover Drive                 Gordon Feinblatt LLC
Vienna, VA 22180-4232               Vienna                             233 East Redwood Street
                                    VA 22180-4232                      Baltimore, MD 21202-3332


N D Greene PC                       N D Greene PC                      NP Master Trust I (Cayman) LLC
N D Greene PC                       3977 Chain Bridge Rd, Suite 1      c/o Andrea C. Davison
3977 Chain Bridge Rd                Fairfax, VA 22030-3308             2311 Wilson Blvd Suite 500
Suite 1                                                                Arlington VA 22201-5422
Faifax, VA 22030-3308


Stephen W. Nichols                  Orrstown Bank                      Orrstown Bank
Offit Kurman, P.A.                  c/o Stephen Nichols, Esq.          Offit/Kuman PA
7501 Wisconsin Avenue               Offit Kurman PA                    7501 Wisconsin Ave #1000W
Suite 1000w                         7501 Wisconsin Ave. Suite 1000W    Bethesda, MD 20814-6604
Bethesda, MD 20814-6604             Bethesda, MD 20814-6604


PPL Electric Utilities              Craig M. Palik                     Pennsylvania American Water
827 Hausman Rd                      McNamee Hosea                      P O Box 371412
Allentown, PA 18104-9392            6404 Ivy Lane                      Pittsburgh, PA 15250-7412
                                    Suite 820
                                    Greenbelt, MD 20770-1416


Lee S Raphael                       John E Reid                        Christopher L. Rogan
Prober & Raphael, Law Corporation   Martin Law Group, P.C.             RoganMillerZimmerman, PLLC
20750 Ventura BLVD., Suite 100      8065 Leesburg Pike                 50 Catoctin Circle, N.E., Suite 300
Woodland Hills, CA 91364-6207       Suite 750                          Leesburg, VA 20176-3101
                                    Vienna, VA 22182-2702


Jeremy B. Root                      SC&H Group                         SC&H Group, Inc.
Blankingship & Keith, P.C.          c/o Miles & Stockbridge P.C.       c/o Robert Patrick
4020 University Dr. Ste. 300        1201 Pennsylvania Ave., NW         910 Ridgebrook Road
Fairfax, VA 22030-6802              Ste. 900                           Sparks, MD 21152-9390
                                    Washington, DC 20004-2464
```

```
Shore United Bank                       Barry W. Spear                          Stafford County
200 West Gate Circle                    BWW Law Group, LLC                      Laura M Rudy, Treasurer, PO Box 68
Suite 200                               8100 Three Chopt Road                   Stafford, VA 22555-0068
Annapolis, MD 21401-3377                Suite 240
                                        Richmond, VA 23229-4833


Stafford County Attorney's Office       Joshua David Stiff                      Town Of Vienna Water and Sewer Bill
1300 Courthouse Road                    Whiteford Taylor Preston LLP            127 Center St
P.O. Box 339                            249 Central Park Avenue                 Vienna, VA 22180-5719
Stafford, VA 22555-0339                 Suite 300
                                        Virginia Beach, VA 23462-3271


Dylan G. Trache                         Trinity Universal Insurance Company     Trinity Universal Insurance Company
Nelson Mullins Riley & Scarborough LLP  c/o Man Global Private Mkts. (USA), Inc. c/o Man Global Private Mkts. (USA) Inc.
101 Constitution Avenue, N.W.           1345 Avenue of the Americas 21st Floor  Attn: Legal
Suite 900                               New York, NY 10105-0199                 1345 Avenue of the Americas, 21st Floor
Washington, DC 20001-2133                                                       New York, NY 10105-0199


Troy Mason                              Turkey Hill                             U.S. Securities and Exchange Commission
3002 Williamsburg Rd                    1635 Church Rd                          Office of Reorganization
Richmond , VA 23231-2128                Hershey , PA 17033-1812                 950 East Paces Ferry Rd, Suite 900
                                                                                Atlanta, GA 30326-1382


U.S. Trustee                            (p)UGI UTILITIES INC                    UST smg Alexandria
1725 Duke Street, Suite 650             ATTN CREDIT & COLLECTIONS               Office of the U. S. Trustee
Alexandria, VA 22314-3489               P O BOX 13009                           1725 Duke Street
                                        READING PA 19612-3009                   Suite 650
                                                                                Alexandria, VA 22314-3489


Maurice Belmont VerStandig              Verizon Fios                            Gerard R. Vetter
The VerStandig Law Firm, LLC            1430 Walnut St                          Office of the U.S. Trustee - Region 4
9812 Falls Roads, #114-160              Philadelphia, PA 19102-4021             1725 Duke Street
Potomac, MD 20854-3976                                                          Suite 650
                                                                                Alexandria, VA 22314-3489


Vienna Oaks Office Center Condominium   Vienna Oaks Office Center Condominium   Virginia Partners Bank
c/o Rees Broome, PC                     c/o Erik W. Fox, Rees Broome            410 William St.
Suite 700                               1900 Gallows Road, Sutie 700            Fredericksburg, VA 22401-5834
Tysons Corner, VA 22182                 Tysons Corner, VA 22182-3886


Virginia Partners Bank                  Christian K. Vogel                      Washington Gas
LINKBANK                                Vogel Law Group, PLC                    6801 Industrial Rd
1250 Camphill Bypass, Suite 202         513 Forest Ave.                         Springfield, VA 22151-4205
Camp Hill, PA 17011-3718                Suite 205
                                        Richmond, VA 23229-6850


Waste Management                        West Hanover Tap Water and Sewer        West Hanover Township Water & Sewer Authorit
P O Box 13577                           7091 Jonestown Rd                       Steven P. Miner, Esquire
Philadelphia, PA 19101-3577             Harrisburg, PA 17112                    3631 N. Front Street
                                                                                Harrisburg, PA 17110-1533


Whiteford Taylor & Preston LLP          Wilmington Savings Fund Society, FSB
3190 Fairview Park Drive                FCI Lender Services, Inc.
Suite 800                               P.O. Box 27370
Falls Church, VA 22042-4558             Anaheim Hills, CA 92809-0112
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlantic Union Bank<br>PO Box 176<br>Blacksburg, VA 24063 | Dominion Energy<br>P O Box 26543<br>Richmond, VA 23290 | Stephen Karbelk<br>Team Leader, RealMarkets<br>Century 21 New Millennium<br>20405 Exchange St, Suite 221<br>Ashburn, VA 20147 |
| UGI Utilities Inc<br>400 Stewart Rd<br>Hanover, PA 18706 | (d)UGI Utilities, Inc.<br>PO Box 13009<br>Reading, PA 19612 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bala Jain LLC | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 |
| (d)Bala Jain LLC<br>Christopher L. Rogan, Esq.<br>50 Catoctin Circle, NE Suite 300<br>Leesburg, VA 20176-3101 | (u)Gus Goldsmith | (u)Isidoro Pulido Luna<br>202 N Port St |
| (u)LINKBANK | (u)Lincoln Automotive Financial Services | (u)MainStreet Bank |
| (u)Primis Bank | (u)Maurice VerStandig | End of Label Matrix<br>Mailable recipients    118<br>Bypassed recipients     11<br>Total                  129 |