

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

| | |
|---|---|
| Gold, Harris Jason - Chapter 7 Counsel<br>ATTN: Gold, H. Jason<br>Nelson Mullins Riley & Scarborough LLP<br>101 Constitution Avenue, SW<br>Suite 900<br>Washington, DC  20001 | October 16, 2024<br>Invoice 2724314  Page  1 |

| | | |
|---|---|---|
| Our Matter # | 045429/09040 | For Services Through 09/30/24 |
| Name of Matter: | Eagle Properties and Investments LLC | |

### T0001 - Asset Analysis and Recovery

| | | | | |
|---|---|---|---|---|
| 08/06/24 | Email correspondence with S. Karbelk and J. Gold regarding cash collateral check and related. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 08/14/24 | Email correspondence with S. Karbelk and special counsel regarding eviction proceeding and documents required. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 08/15/24 | Email correspondence and review documents related to eviction proceedings being initiated by special counsel. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 08/19/24 | Email correspondence with S. Karbelk and B. Pendergraft regarding rent owed. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 08/26/24 | Review asset manager monthly report and instructions re: filing. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 08/28/24 | Email correspondence with S. Karbelk regarding status of closings and sale orders (.2).  Email correspondence with C. Rogan regarding Linglestown Order, instructions to L. Hann re: same (.2).  Email correspondence with D. Musgrave and S. Karbelk regarding Grove order and questions regarding proration of taxes (.3).  Email correspondence with S. Karbelk and closing agent re: status of New Oxford order and closing (.2). Email to C. Rogan regarding 202 Port motion (.1). | | | |
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 09/13/24 | Email correspondence with Trustee and S. Karbelk regarding eviction and related. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 09/25/24 | Email from C. Rogan regarding pre-petition transfers and related. | | | |
| | D.G. TRACHE | 0.10 hrs. | 590.00/hr | $59.00 |
| | **Subtotal T0001** | **2.60 hrs.** | | **$1,534.00** |

### T0003 - Creditor Inquiries and Communications

Gold, Harris Jason - Chapter 7 Counsel
October 16, 2024
Invoice 2724314  Page 2

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/05/24 | Call with C. Jones regarding Chapter 11 admin claims. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 09/03/24 | Email correspondence with C. Rogan and J. Gold regarding case status and Bala Jain issues. | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 09/04/24 | Email correspondence with J. Gold, C. Rogan and S. Karbelk regarding meeting with B. Jain and related. | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 09/06/24 | Call with J. Gold regarding Bala Jain meeting and related.  Email regarding same. | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 09/07/24 | Email correspondence with J. Gold and C. Rogan regarding Bala Jain meeting. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 09/09/24 | Prepare for meeting with Bala Jain. | D.G. TRACHE | 1.50 hrs. | 590.00/hr | $885.00 |
| 09/10/24 | Meeting with Bala Jain, preparation and follow up. | D.G. TRACHE | 2.70 hrs. | 590.00/hr | $1,593.00 |
| 09/26/24 | Confer with C. Rogan and D. Musgrave regarding resolution of remaining disputes. | D.G. TRACHE | 0.40 hrs. | 590.00/hr | $236.00 |
| | **Subtotal T0003** | | **6.10 hrs.** | | **$3,599.00** |

**T0004 - Case Administration**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/17/24 | Email correspondence with Trustee regarding operating report. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 07/18/24 | Review monthly operating report.  Email correspondence with L. Hann regarding same. | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 08/05/24 | Review entered Goldsmith Order.  Email correspondence with J. Gold and J. Fasano re: same. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 08/26/24 | Prepare cover page for monthly operating report and ECF filing of same. | L.K. HANN | 0.40 hrs. | 260.00/hr | $104.00 |
| 09/25/24 | Review operating report for August.  Email correspondence with J. Gold and L. Hann regarding same. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| | **Subtotal T0004** | | **1.30 hrs.** | | **$635.00** |

**T0006 - Trustee Employment Applications**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/24 | Call with B. Pendergraft regarding potentially serving as special counsel for evictions.  Email correspondence re: same. | D.G. TRACHE | 0.40 hrs. | 590.00/hr | $236.00 |

| | | | | |
|---|---|---|---|---|
| 07/17/24 | Review draft engagement letter from B. Pendergraft (eviction atty) and email regarding same. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 07/31/24 | Review email and amended Karbelk declaration. Instructions filing. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 08/01/24 | Email correspondence with B. Pendergraft regarding employment as special counsel. Email to L. Hann regarding same. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 08/05/24 | Email correspondence and call with Ankura regarding retention issues (.7). Call with M. Freeman re: same (.1). Call with J. Wee re: same (.2). | | | |
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 08/07/24 | Prepare application to employ special eviction counsel. | | | |
| | L.K. HANN | 1.20 hrs. | 260.00/hr | $312.00 |
| 08/07/24 | Review and revision of Pendergraft employment papers. Email to B. Pendergraft re: same. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 08/08/24 | Review declaration of B. Pendergraft, email correspondence regarding same. Email correspondence with M. Freeman regarding employment of special counsel. | | | |
| | D.G. TRACHE | 0.40 hrs. | 590.00/hr | $236.00 |
| 08/09/24 | ECF filing of motion to employ Pendergraft as special counsel. | | | |
| | L.K. HANN | 0.30 hrs. | 260.00/hr | $78.00 |
| 08/12/24 | Review entered order on employment of special counsel. Email correspondence with special counsel re: same. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| | **Subtotal T0006** | **4.90 hrs.** | | **$2,396.00** |

**T0008 - Professional Fee Applications and Objections**

| | | | | |
|---|---|---|---|---|
| 07/01/24 | Fee application preparation, emails with L. Hann re: same. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 07/03/24 | Review S. Karbelk invoice and information for fee application (.3). Email correspondence with L. Hann regarding fee applications (.2). Email correspondence with J. Gold and review trustee disbursements (.2) | | | |
| | D.G. TRACHE | 0.70 hrs. | 590.00/hr | $413.00 |
| 07/03/24 | Draft first interim fee application for Nelson Mullins. | | | |
| | L.K. HANN | 1.30 hrs. | 260.00/hr | $338.00 |
| 07/05/24 | Revisions to fee application for NMRS and prepare fee application for Asset Manager and Trustee. | | | |
| | L.K. HANN | 3.50 hrs. | 260.00/hr | $910.00 |
| 07/05/24 | Review and revision of fee applications for estate professionals. | | | |
| | D.G. TRACHE | 1.70 hrs. | 590.00/hr | $1,003.00 |

Gold, Harris Jason - Chapter 7 Counsel
October 16, 2024
Invoice 2724314  Page 4

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/08/24 | Further review and revision of NMRS, Trustee and Asset Manager applications (1.0). Email correspondence with J. Gold and M. Freeman (.2). | D.G. TRACHE | 1.20 hrs. | 590.00/hr | $708.00 |
| 07/08/24 | Revisions to trustee's fee application. | L.K. HANN | 0.40 hrs. | 260.00/hr | $104.00 |
| 07/11/24 | Email correspondence from J. Frankel regarding fee application. Email to J. Gold re: same. | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 07/12/24 | Call with Trustee regarding UST comments to fee application. | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 07/17/24 | Revise fee applications for NMRS and Trustee. | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 07/18/24 | Call with J. Frankel regarding fee applications. Review Notices and instructions to L. Hann re: filing. | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 07/18/24 | Prepare notices of appearance and assemble first interim fee applications for filing. | L.K. HANN | 0.90 hrs. | 260.00/hr | $234.00 |
| 07/25/24 | Email correspondence with M. Freeman and J. Martin regarding fee application. Review order. | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 07/29/24 | Review draft order on CRO Fee App, emails re: same. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 08/02/24 | Email correspondence with M. Verstandig regarding return of retainer funds. Email to J. Gold and L. Grahl regarding same. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 08/04/24 | Draft orders approving fee applications for Trustee, NMRS and Asset Manager. | L.K. HANN | 0.80 hrs. | 260.00/hr | $208.00 |
| 08/06/24 | Review WTP Final Fee Application. | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 08/08/24 | Submit proposed fee orders to the Court for signing. | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 08/08/24 | Review and revise fee orders for estate professionals. Email correspondence with M. Freeman re: same. | D.G. TRACHE | 0.40 hrs. | 590.00/hr | $236.00 |
| 08/12/24 | Review entered fee orders. Email correspondence with Trustee re: same. | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 08/21/24 | Email correspondence with C. Jones regarding order on fee application. Review same. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 08/22/24 | Review revised WTP fee order and email correspondence with C. Jones regarding same. | | | | |

Gold, Harris Jason - Chapter 7 Counsel

October 16, 2024
Invoice 2724314  Page 5

|  |  |  |  |  |
|---|---|---|---|---|
|  | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |

09/05/24  Email correspondence with C. Rogan and J. Gold regarding Martin fee application. Review prior circulated orders.
D.G. TRACHE                                    0.30 hrs.   590.00/hr        $177.00

**Subtotal T0008**                             **15.70 hrs.**                **$6,920.00**

**T0009 - Asset Disposition**

07/01/24  Revisions to motion to sell 1001 Manning, assemble exhibits and prepare notice of hearing.
L.K. HANN                                      0.90 hrs.   260.00/hr        $234.00

07/01/24  Call with S. Karbelk and Trustee regarding status of property sales (.5). Final review and revision of 1001 Manning motion and NOH (.5). Email correspondence and calls with C. Rogan and D. Musgrave regarding 580 Areba (.3). Email correspondence with S. Karbelk and C. Rogan regarding Baltimore properties (.2). Review contract and ALTA re: 249 Berkstone, emails re: same (.5). Prepare for hearing on July 2 (.5).
D.G. TRACHE                                    2.50 hrs.   590.00/hr      $1,475.00

07/02/24  Court appearance and preparation - Sale Motions Areba and Chain Bridge (1.5). Review contract and title for 249 Berkstone and emails with West Hanover Township, prepare motion to sell and settle with township (1.0). Follow up email correspondence with counsel to township (.3).
D.G. TRACHE                                    2.80 hrs.   590.00/hr      $1,652.00

07/03/24  Finalize Motion to Sell 249 Berkstone, review NOH and instructions re: filing (.4). Email correspondence re: with S. Karbelk and J. Fasano re contract on 1010 Lynn (.3). Email to L. Hann regarding Areba Order (.1). Email from S. Young regarding ratified contract on 7616 Grove (.1).
D.G. TRACHE                                    0.90 hrs.   590.00/hr        $531.00

07/03/24  Finalize motions to sell 1001 Manning and 249 Berkstone, electronically file same and coordinate service.
L.K. HANN                                      2.30 hrs.   260.00/hr        $598.00

07/04/24  Review emails and contract re: Lynn (.3). Prepare Motion (.5). Follow up emails re: same.
D.G. TRACHE                                    1.00 hrs.   590.00/hr        $590.00

07/05/24  Finalize second sale motion for 1010 Lynn and electronic filing of same.
L.K. HANN                                      1.00 hrs.   260.00/hr        $260.00

07/05/24  Email correspondence with J. Fasano and L. Hann regarding Lynn Street Second Motion (.2). Review Altas and Prepare Order re: Chain Bridge Sale, email correspondence with A. Raminpour and S. Karbelk, revise in accordance with comments (1.0); Email from D. Musgrave regarding 213 N. Port Abandonment (.1).
D.G. TRACHE                                    1.30 hrs.   590.00/hr        $767.00

07/08/24  Call with S. Karbelk and J. Gold regarding sales of various properties.
D.G. TRACHE                                    0.50 hrs.   590.00/hr        $295.00

07/09/24  Review contract and title report and draft motion regarding 7616 Grove (.8). Email correspondence with E. Kramer regarding same (.2). Email correspondence with S.

Gold, Harris Jason - Chapter 7 Counsel
October 16, 2024
Invoice 2724314  Page 6

|  |  |  |  |  |
|---|---|---|---|---|
|  | Karbelk regarding Manning Drive revisions (.2).  Email to counsel regarding Chain Bridge Order (.1).  Draft Notice of Abandonment re: 213 N. Port (.3).  Email from S. Karbelk regarding closing issues on 580 W. Areba (.1) | | | |
|  | D.G. TRACHE | 1.70 hrs. | 590.00/hr | $1,003.00 |
| 07/10/24 | Call with Trustee regarding various closings and resulting unencumbered cash (.5).  Email correspondence with counsel to Shore United re: Lynn sale order and payment (.2).  Review entered Areba Order (.1).  Email correspondence with S. Karbelk regarding Lynn Alta (.2).  Email correspondence with S. Karbelk regarding 1635 Church closing issues (.2). | | | |
|  | D.G. TRACHE | 1.20 hrs. | 590.00/hr | $708.00 |
| 07/11/24 | Submit order approving sale of Chain Bridge Road properties to the Court for signing. | | | |
|  | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 07/11/24 | Call with S. Karbelk and J. Gold regarding status of remaining property sales (.6).  Email correspondence with C. Rogan and J. Meizanis regarding Chain Bridge Road Order (.3).  Review entered Areba Order and email correspondence with S. Karbelk (.1). | | | |
|  | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 07/12/24 | Email correspondence with S. Young regarding Areba sale. | | | |
|  | D.G. TRACHE | 0.10 hrs. | 590.00/hr | $59.00 |
| 07/15/24 | Call with S. Karbelk and J. Gold regarding pending sales and hearings on various properties (.5).  Email correspondence with L. Hann regarding abandonment notice and 7616 Grove Sale Motion (.2). | | | |
|  | D.G. TRACHE | 0.70 hrs. | 590.00/hr | $413.00 |
| 07/16/24 | Proof read motion to sell 7616 Grove Ave and prepare notice of hearing. | | | |
|  | L.K. HANN | 0.80 hrs. | 260.00/hr | $208.00 |
| 07/16/24 | Revise Chain Bridge Sale Order, email correspondence regarding same (.2).  Final review of Grove Ave sale papers and 213 N. Port abandonment, emails with L. Hann regarding same (.3).  Review email from S. Karbelk re: 6958 New Oxford offer and proposal to secured lender (.1). | | | |
|  | D.G. TRACHE | 0.60 hrs. | 590.00/hr | $354.00 |
| 07/17/24 | ECF filing of motion to sell 7616 Grove and abandonment of Port Street properties and coordinate service of same. | | | |
|  | L.K. HANN | 0.80 hrs. | 260.00/hr | $208.00 |
| 07/17/24 | Review draft documents on Linglestown and emails re: same (.5).  Email from J. Meizanis regarding Chain Bridge order (.1).  Email from title company re: Areba sale (.1). | | | |
|  | D.G. TRACHE | 0.70 hrs. | 590.00/hr | $413.00 |
| 07/18/24 | Email correspondence with C. Rogan regarding Chain Bridge and Baltimore properties.  Email correspondence with S. Karbelk regarding W. Areba. | | | |
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 07/18/24 | Preparation of and ECF filing of monthly asset management report. | | | |
|  | L.K. HANN | 0.40 hrs. | 260.00/hr | $104.00 |
| 07/19/24 | ECF filing of first interim fee applications and coordinate mail service of same. | | | |
|  | L.K. HANN | 1.00 hrs. | 260.00/hr | $260.00 |

Gold, Harris Jason - Chapter 7 Counsel
October 16, 2024
Invoice 2724314  Page 7

| Date | Description | | | |
|---|---|---|---|---|
| 07/19/24 | Review revised documents re: Linglestown, emails re: same (.5). Email correspondence with S. Karbelk re: 6758 New Oxford, review ALTA (.3). Email from S. Karbelk and review ALTA re: 3012 Dupont offer (.2). | | | |
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 07/21/24 | Finalize motion to sell 7213 Linglestown and prepare notice of hearing. | | | |
| | L.K. HANN | 0.70 hrs. | 260.00/hr | $182.00 |
| 07/22/24 | Final review of Motion and related documents re: Linglestown Rd., emails re same (.4). Email correspondence with C. Rogan regarding Chain Bridge and Bala Jain Baltimore properties (.2). Emails re: Areba closing (.1). Email to L. Hann regarding amended Chain Bridge Order (.1). Email correspondence from S. Karbelk and review documents re: S. Fairview sale and motion (.3). Email correspondence with S. Karbelk and J. Gold regarding 5th position lien on certain property not included in schedules (.2). Email correspondence with J. Gold and S. Karbelk regarding sale and rent on 6961 Sterling Road (.2) | | | |
| | D.G. TRACHE | 1.50 hrs. | 590.00/hr | $885.00 |
| 07/22/24 | ECF filing of motion to sell 7613 Linglestown Road and coordinate service of same. | | | |
| | L.K. HANN | 0.70 hrs. | 260.00/hr | $182.00 |
| 07/22/24 | Submit amended sale order for Chain Bridge Road property to the Court for signing. | | | |
| | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 07/23/24 | Review response of Bank of Clarke County (.1). Email correspondence with S. Karbelk re: Manning sale (.3). Review ALTA and draft sale order re: Manning (.6). Email correspondence with C. Rogan and D. Musgrave regarding Manning order (.2). Review Alta and Draft New Oxford Motion (.8). Email correspondence with counsel to lender and S. Karbelk regarding New Oxford Motion, revisions to same (.4). Email from S. Karbelk re: Grove sale (.1). | | | |
| | D.G. TRACHE | 2.20 hrs. | 590.00/hr | $1,298.00 |
| 07/24/24 | Email correspondence with S. Karbelk and C. Rogan regarding Manning sale and Fulton fees (.2). Review contract and title report and prepare Motion to sell S. Fairville (1.0). Email correspondence with A. Raminpour regarding Areba closing (.2). Email correspondence with S. Karbelk regarding Lynn sale (.2). Draft Order on Second Lynn Motion (.4). | | | |
| | D.G. TRACHE | 2.00 hrs. | 590.00/hr | $1,180.00 |
| 07/25/24 | Email correspondence and review documents regarding 1010 Lynn ALTA (.3). Email from C. Rogan and review chart re: fees, email S. Karbelk re: same (.5). | | | |
| | D.G. TRACHE | 0.80 hrs. | 590.00/hr | $472.00 |
| 07/26/24 | Call with Trustee and S. Karbelk regarding various sales (.5). Email correspondence with C. Lai re: Linglestown road (.2). Email correspondence with A. Raminpour regarding Chain Bridge road sale (.1). Email correspondence with S. Karbelk regarding S. Fairville sale (.1). Call with D. Musgrave regarding attorneys fee issue (.4). | | | |
| | D.G. TRACHE | 1.30 hrs. | 590.00/hr | $767.00 |
| 07/29/24 | Call with Trustee and S. Karbelk regarding pending hearings and property sales (.6). Revise Lynn Order, and circulate to counsel, review comments and further revision and recirculation (.6). Calls and emails with C. Rogan and D. Musgrave regarding fee issue on Manning (.8). Email correspondence with A. Raminpour regarding Chain Bridge (.2). Prepare for hearings (.8). | | | |
| | D.G. TRACHE | 3.00 hrs. | 590.00/hr | $1,770.00 |

Gold, Harris Jason - Chapter 7 Counsel

October 16, 2024
Invoice 2724314  Page 8

| Date | Description | | | |
|---|---|---|---|---|
| 07/30/24 | Court appearance and preparation - Sale and related hearings set for 7/30 (3.0). Review and revision of orders and email correspondence with secured creditors re: same (.5).<br>D.G. TRACHE | 3.50 hrs. | 590.00/hr | $2,065.00 |
| 07/31/24 | Email correspondence with S. Karbelk, D. Musgrave and C. Rogan regarding Manning Order (.3).  Draft order on Gus Goldsmith motion and email correspondence with J. Fasano and revise order (.5).  Email correspondence with C. Rogan regarding 213 Port (.1).  Follow up emails with S. Karbelk and C. Rogan re: Manning order, instructions to L. Hann regarding submission of order (.2).<br>D.G. TRACHE | 1.10 hrs. | 590.00/hr | $649.00 |
| 07/31/24 | Finalize and submit orders to approve sales to the Court for signing.<br>L.K. HANN | 0.50 hrs. | 260.00/hr | $130.00 |
| 08/01/24 | Finalize motions to sell and assemble exhibits to motions for 204 S. Fairville and 6758 New Oxford.<br>L.K. HANN | 1.10 hrs. | 260.00/hr | $286.00 |
| 08/01/24 | Call with Trustee and S. Karbelk regarding status of property sales and closings (.6). Review and revisions of 6758 New Oxford and 204 S. Fairville Motions and related documents (.4).  Email correspondence C. Rogan re: quit claim or sale of Dupont and Port properties, email to Trustee regarding same (.3).<br>D.G. TRACHE | 1.30 hrs. | 590.00/hr | $767.00 |
| 08/02/24 | Finalize motion to sell 3012 Dupon Avenue and ECF filing of same along with motions to sell 6958 New Oxford and 204 S. Fairville.<br>L.K. HANN | 2.20 hrs. | 260.00/hr | $572.00 |
| 08/02/24 | Email correspondence with C. Rogan, J. Gold and S. Karbelk regarding sale of Dupont property, review documents re: same (.5).  Prepare motion to sell Dupont property (1.0).  Email correspondence with court and closing agent regarding Manning sale order and review entered order (.3).<br>D.G. TRACHE | 1.80 hrs. | 590.00/hr | $1,062.00 |
| 08/03/24 | Prepare Order on 249 Berkstone sale and settlement motion (.7).  Email correspondence with S. Karbelk and review documents re: same (.3).<br>D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 08/05/24 | Call with S. Karbelk and J. Gold regarding status of hearings, motions and orders (.5).  Email correspondence with S. Karbelk regarding Lynn order in need of correction, revise and circulate order to parties, follow up emails (.5).<br>D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 08/06/24 | Submit amended order approving sale of Lynn Street property.<br>L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 08/06/24 | Email correspondence with closing attorney re: 1010 Lynn and free and clear language.<br>D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 08/07/24 | Email correspondence with S. Karbelk and closing agent regarding issues related to Areba contract.  Email correspondence with C. Rogan and S. Karbelk regarding Dupont sale.<br>D.G. TRACHE | 0.40 hrs. | 590.00/hr | $236.00 |

Gold, Harris Jason - Chapter 7 Counsel

October 16, 2024
Invoice 2724314  Page 9

| Date | Description | | | |
|---|---|---|---|---|
| 08/08/24 | Call with S. Karbelk and J. Gold regarding status of sales and upcoming hearings. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 08/09/24 | Email correspondence with title company and S. Karbelk re: Berkstone Alta, review same, revise and circulate proposed order (.5). Email correspondence with title company, S. Karbelk and D. Gharkhany regarding Lynn order, review entered order (.3). | | | |
| | D.G. TRACHE | 0.80 hrs. | 590.00/hr | $472.00 |
| 08/12/24 | Call with J. Gold and S. Karbelk regarding pending sales and closings (.4). Review entered order on Lynn, emails re: same (.3). Email correspondence with H. Hutman and C. Rogan regading 249 Berkstone, follow up re: revise ALTA (.3) | | | |
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 08/13/24 | Court appearance and preparation - Motions to sell (1.0). Review and revise Linglestown Order and email to C. Rogan (.2). Prepare Grove Order and email correspondence with S. Karbelk re: same (.4). Email correspondence with S. Karbelk regarding order and closing for New Oxford (.2). Email correspondence with E. Kramer regarding Berkstone Order (.2). | | | |
| | D.G. TRACHE | 2.00 hrs. | 590.00/hr | $1,180.00 |
| 08/14/24 | Email correspondence with C. Lai and S. Karbelk regarding Linglestown sale (.2). Email correspondence with S. Karbelk regarding Grove Alta and order, revise order (.3). Email correspondence with C. Rogan re: 202 Port deed (.2). Review Bank of Clarke response re: 204 S. Fairville (.2). Email from C. Rogan re: Linglestown order (.1) | | | |
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 08/15/24 | Call with J. Gold and S. Karbelk regarding status of sale motions and closings (.4). Email correspondence with E. Kramer regarding settlement and 249 Berkstone Order (.3). Revise and circulate 249 Berkstone Order. (.3). Revise Linglestown Order and emails with C. Rogan re: same (.2). Review and revise Grove Order, email with S. Karbelk re: Alta, circulate to C. Rogan and D. Musgrave (.4). Email correspondence with C. Rogan and S. Karbelk regarding sale addendum and cash collateral, review addendum (.3). Confer with Trustee regarding closing matters on Lynn (.1). | | | |
| | D.G. TRACHE | 2.00 hrs. | 590.00/hr | $1,180.00 |
| 08/15/24 | Finalize order approving sale of 249 Berkstone and submit same to the Court for signing. | | | |
| | L.K. HANN | 0.30 hrs. | 260.00/hr | $78.00 |
| 08/16/24 | Email correspondence with D. Musgrave regarding Grove sale order. Emails regarding Fairville Alta. Email correspondence with lender and S. Karbelk re: 7180 Johnstown Road. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 08/20/24 | Review revised Alta for inclusion in sale order for New Oxford, email correspondence with S. Karbelk regarding revisions needed (.3). Review further revised Alta and revision to sale Order (.3). Email correspondence with S. Nichols regarding timing of closing and lift stay hearing (.1). Review revised Alta for Grove Ave Sale, email correspondence with D. Musgrave and C. Rogan regarding sale Order (.3) | | | |
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 08/21/24 | Review Altas and prepare sale orders on Dupont, Faiville, New Oxford (1.0). Review and revise Motion re: 202 Port (.5). Email correspondence with counsel to | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | secured creditors regarding orders (.3).  Email correspondence with S. Karbelk regarding 249 Berkstone (.2). |  |  |  |
|  | D.G. TRACHE | 2.00 hrs. | 590.00/hr | $1,180.00 |
| 08/22/24 | Call and email correspondence with S. Karbelk regarding various sales. |  |  |  |
|  | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 08/23/24 | Finalize order for sale of 204 S. Fairville and submit same for signing by the Court. |  |  |  |
|  | L.K. HANN | 0.40 hrs. | 260.00/hr | $104.00 |
| 08/23/24 | Email correspondence with C. Rogan re: Fairville order, revise same and recirculate (.3).  Follow up emails with C. Rogan and H. Hutman regarding same, instructions to L. Hann regarding submission of order (.2).  Review entered order on Berkstone and email correspondence with S. Karbelk re: same (.2).  Review revised Alta and update sale order on New Oxford, email correspondence with S. Karbelk and counsel to Orrstown bank re: same (.5). |  |  |  |
|  | D.G. TRACHE | 1.20 hrs. | 590.00/hr | $708.00 |
| 08/26/24 | Email correspondence with S. Nichols and C. Rogan regarding New Oxford sale (.2).  Prepare for hearings on 8/27 (.5). |  |  |  |
|  | D.G. TRACHE | 0.70 hrs. | 590.00/hr | $413.00 |
| 08/27/24 | Revisions to sale order for New Oxford Road Property. |  |  |  |
|  | L.K. HANN | 0.50 hrs. | 260.00/hr | $130.00 |
| 08/27/24 | Court appearance and preparation - New Oxford and Dupont sale motions (1.5).  Follow up email correspondence and revision of New Oxford Order, instructions re: same (.5). |  |  |  |
|  | D.G. TRACHE | 2.00 hrs. | 590.00/hr | $1,180.00 |
| 08/28/24 | Submit order approving sale of 7213 Linglestown to the Court for signing. |  |  |  |
|  | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 08/29/24 | Submit order approving sale of 7616 Grove to the Court for filing. |  |  |  |
|  | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 08/29/24 | Confer with J. Gold and S. Karbelk regarding status of sale orders and contracts on remaining properties (.5).  Review entered order on Linglestown and email correspondence with C. Lai regarding same (.2).  Review entered order on New Oxford and email correspondence with settlement company re: same (.2).  Email correspondence with S. Karbelk, C. Rogan and D. Musgrave regarding revised alta and order on Grove sale, review revisions (.3).  Email correspondence with S. Karbelk and special counsel regarding eviction timeline and past due rent on Roxbury Road (.3). |  |  |  |
|  | D.G. TRACHE | 1.50 hrs. | 590.00/hr | $885.00 |
| 08/30/24 | Email correspondence with C. Lai and S. Karbelk regarding Linglestown sale, review deed.  Email correspondence with C. Rogan re: Dupont Order.  Review entered Grove sale order. |  |  |  |
|  | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 09/03/24 | Email correspondence with S. Karbelk regarding New Oxford and Berkstone closings. |  |  |  |
|  | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 09/05/24 | Call with S. Karbelk and J. Gold regarding status of various sales (.5).  Email correspondence with C. Rogan and L. Hann regarding Dupont (.2).  Email |  |  |  |

Gold, Harris Jason - Chapter 7 Counsel

October 16, 2024
Invoice 2724314  Page 11

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | correspondence with J. Gold and C. Lai regarding Linglestown (.3). | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 09/05/24 | Submit order approving the sale of 3012 Dupont to the Court for signing. | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 09/06/24 | Review various sale orders and provide instructions to Trustee regarding carve-out funds and escrows required by sale orders with respect to multiple properties (.6). Email correspondence with J. Gold and C. Lai regarding Linglestown Road deed and payment (.2). | D.G. TRACHE | 0.80 hrs. | 590.00/hr | $472.00 |
| 09/09/24 | Review entered order on Dupont sale. | D.G. TRACHE | 0.10 hrs. | 590.00/hr | $59.00 |
| 09/11/24 | Review requirements for segregation of funds. Email correspondence with Trustee re: same. | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 09/12/24 | Confer with S. Karbelk and J. Gold regarding status of sales and related (.4). Email correspondence with C. Rogan and C. Lai regarding sales (.2). Email from special counsel regarding eviction in Md (.1). | D.G. TRACHE | 0.70 hrs. | 590.00/hr | $413.00 |
| 09/13/24 | Review Deed, email from C. Rogan and proposed revisions to motion on 202 Port. Email to J. Gold re: same. | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 09/16/24 | Email correspondence with J. Gold and C. Rogan re: 202 Port Deed. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 09/17/24 | Email correspondence with C. Rogan regarding 202 Port. Finalize Motion and Notice, instructions re: filing. Email correspondence with S. Karbelk and J. Chen regarding 7180 Jonestown Road. | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 09/17/24 | Revise motion to transfer title to 202 Port and prepare notice of hearing on same. | L.K. HANN | 0.50 hrs. | 260.00/hr | $130.00 |
| 09/18/24 | Assemble motion to approve transfer of 202 Port and ECF filing of same. | L.K. HANN | 0.50 hrs. | 260.00/hr | $130.00 |
| 09/18/24 | Email correspondence with S. Karbelk regarding 3012 Dupont closing and release of Lis Pendens (.2). Email correspondence with J. Gold and secured lender regarding possible quit claim on Jonestown Road (.3). Email correspondence with Bala Jain and C. Lai regarding Linglestown closing (.2). | D.G. TRACHE | 0.70 hrs. | 590.00/hr | $413.00 |
| 09/19/24 | Confer with Trustee and S. Karbelk regarding pending sales and related matters (.4). Email correspondence with secured creditor and counsel regarding Jonestown Road (.1). | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 09/20/24 | Email correspondence with purchaser regarding Linglestown property and Lis Pendens. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |

Gold, Harris Jason - Chapter 7 Counsel

October 16, 2024
Invoice 2724314  Page 12

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/23/24 | Email correspondence with Bala Jain and secured lender regarding Linglestown Lis Pendens. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 09/24/24 | Email correspondence with S. Karbelk and lender regarding new offer on Jonestown Road.  Review draft ALTA regarding estimated proceeds. | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 09/25/24 | Assemble monthly operating report for filing with the Court. | L.K. HANN | 0.30 hrs. | 260.00/hr | $78.00 |
| 09/26/24 | Email correspondence with S. Karbelk and Bala Jain regarding closing on Dupont property. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| | **Subtotal T0009** | | **77.20 hrs.** | | **$40,235.00** |

**T0011 - Bankruptcy Litigation**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/05/24 | Email correspondence with C. Rogan regarding hearing on 8/20. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 08/12/24 | Prepare for 8/13 hearings.  Email correspondence with chambers regarding same.  Email correspondence with D. Musgrave re: same. | D.G. TRACHE | 0.70 hrs. | 590.00/hr | $413.00 |
| 08/19/24 | Email correspondence with C. Rogan regarding hearing on Bala Jain Adversary Proceeding. | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 08/20/24 | Court appearance and preparation - Bala Jain Constructive Trust AP Status/Pretrial. | D.G. TRACHE | 1.70 hrs. | 590.00/hr | $1,003.00 |
| | **Subtotal T0011** | | **2.80 hrs.** | | **$1,652.00** |

**T0015 - Claims Administration and Objections**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/03/24 | Review email and documents re 3002 Williamsburg Road. Email to P. Williams regarding same. | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 07/23/24 | Analyze claim for alleged constructive trust filed by Civic Ventures LLC.  Email correspondence with C. Rogan re: same. | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| | **Subtotal T0015** | | **0.80 hrs.** | | **$472.00** |

**Fees for Legal Services** ................................................................................................... **$57,443.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.G. TRACHE | 86.30 | 590.00 | 50,917.00 |
| L.K. HANN | 25.10 | 260.00 | 6,526.00 |

Gold, Harris Jason - Chapter 7 Counsel

October 16, 2024
Invoice 2724314  Page 13

| | | | |
|---|---|---|---|
| TOTAL | 111.40 | $515.65 | $57,443.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

**E101 - Copying**

| | | |
|---|---|---|
| 07/03/2024 | Copies 6,180 Page(s) | 309.00 |
| 07/05/2024 | Copies 3,142 Page(s) | 157.10 |
| 07/17/2024 | Copies 2,781 Page(s) | 139.05 |
| 07/22/2024 | Copies 1,326 Page(s) | 66.30 |
| 09/18/2024 | Copies 630 Page(s) | 31.50 |
| **Total E101 - Copying** | | **$702.95** |

**E112 - Court Fees**

| | | |
|---|---|---|
| 07/04/2024 | Vendor: Hann, Linnea K. Invoice#: 6782540207040203 Date: 7/3/2024   - CREXP Filing Fee - Motion -  - Filing Fees 07/03/24 Filing fee - Motion | 398.00 |
| 07/06/2024 | Vendor: Hann, Linnea K. Invoice#: 6785512507060202 Date: 7/5/2024   - CREXP Filing Fee -  - Filing Fees 07/05/24 Filing fee - USBC for the Eastern District of Virginia | 199.00 |
| 07/19/2024 | Vendor: Hann, Linnea K. Invoice#: 6807863107190206 Date: 7/17/2024   - CREXP Filing Fee USBC EDVA -  - Filing Fees 07/17/24 Filing fee, United States Bankruptcy Court for the Eastern District of Virginia | 199.00 |
| 07/27/2024 | Vendor: Hann, Linnea K. Invoice#: 6828314407270201 Date: 7/26/2024   - CREXP VIRGINIA EASTERN BANKRUPTCY COURT -  - Filing Fees 07/26/24 VIRGINIA EASTERN BANKRUPTCY COURT | 199.00 |
| 08/06/2024 | Vendor: Hann, Linnea K. Invoice#: 6845602508060206 Date: 8/5/2024   - CREXP VIRGINIA EASTERN BANKRUPTCY COURT -  - Filing Fees 08/02/24 VIRGINIA EASTERN BANKRUPTCY COURT Motion Filing Fee | 398.00 |
| **Total E112 - Court Fees** | | **$1,393.00** |

**E124 - Other**

| | | |
|---|---|---|
| 07/11/2024 | Vendor: U.S. Courts: Pacer; Invoice#: PACER72024; Date: 7/11/2024 - Billing period - 6/1/2024 to 6/30/2024 | 41.20 |
| 08/12/2024 | Vendor: U.S. Courts: Pacer; Invoice#: PACER82024; Date: 8/12/2024 - Billing period - 7/1/2024 to 7/31/2024 | 78.30 |
| 09/11/2024 | Vendor: U.S. Courts: Pacer; Invoice#: PACER92024; Date: 9/11/2024 - Billing period - 8/1/2024 to 8/31/2024 | 43.60 |
| **Total E124 - Other** | | **$163.10** |

**E108 - Postage**

| | | |
|---|---|---|
| 09/18/2024 | Postage | 72.45 |
| 07/05/2024 | Postage | 25.32 |

Gold, Harris Jason - Chapter 7 Counsel

October 16, 2024
Invoice 2724314  Page 14

| Date | Description | Amount |
|---|---|---:|
| 07/05/2024 | Postage | 101.28 |
| 07/05/2024 | Postage | 4.22 |
| 07/05/2024 | Postage | 44.31 |
| 07/05/2024 | Postage | 37.98 |
| 07/03/2024 | Postage | 46.62 |
| 07/03/2024 | Postage | 18.13 |
| 07/03/2024 | Postage | 28.49 |
| 07/03/2024 | Postage | 28.49 |
| 07/03/2024 | Postage | 113.96 |
| 07/03/2024 | Postage | 56.98 |
| 07/03/2024 | Postage | 4.46 |
| **Total E108 - Postage** | | **$582.69** |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$2,841.74**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| E101 - Copying | 702.95 |
| E108 - Postage | 582.69 |
| E112 - Court Fees | 1,393.00 |
| E124 - Other | 163.10 |
| TOTAL | $2,841.74 |

**TOTAL FOR THIS INVOICE** ................................................................................. **$60,284.74**

Gold, Harris Jason - Chapter 7 Counsel

October 16, 2024
Invoice 2724314  Page 15

**REMITTANCE COPY**

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000
accounts.receivable@nelsonmullins.com

Gold, Harris Jason - Chapter 7 Counsel
ATTN: Gold, H. Jason
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, SW
Suite 900
Washington, DC 20001

| | | |
|---|---|---|
| Our Matter # | 045429/09040 | For Services Through 09/30/24 |
| Name of Matter: | Eagle Properties and Investments LLC | |

| | | |
|---|---|---|
| Fees for Professional Services | | $57,443.00 |
| Charges for Other Services Provided/Expenses Incurred | | 2,841.74 |
| **TOTAL FOR THIS INVOICE** ................................................................... | | **$60,284.74** |

**Terms of Payment:** Balance due within thirty days of invoice date

***ELECTRONIC PAYMENT INSTRUCTIONS***

| *Domestic Wire And ACH Transfer* | *Foreign Wire (USD) Transfer* |
|---|---|
| [redacted] | [redacted] |

***CREDIT CARD PAYMENTS***
**http://www.nelsonmullins.com/pay**

**Reference Field:** Note the Nelson Mullins Invoice and Matter Number.