| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-1<br>Case 23-10566-KHK<br>Eastern District of Virginia<br>Alexandria<br>Mon Nov 11 11:01:04 EST 2024 | 3977 Chain Bridge Rd, Suite 1<br>Faifax, VA 22030-3308 | ADT<br>P O Box 371878<br>Pittsburgh, PA 15250-7878 |
| Aero Mortgage Loan Trust 2019- 1<br>8100 Three Chopt Rd.<br>Suite 240<br>Richmond, VA 23229-4833 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Asset Based Lending<br>PO BOX 27370<br>Anaheim, CA 92809-0112 |
| Atlantic Union Bank<br>1051 E. Cary Street<br>Suite 1200<br>Richmond, VA 23219-4044 | Atlantic Union Bank<br>8221 Old Courthouse Rd Ste 100,<br>Tysons, VA 22182-3839 | (p)ATLANTIC UNION BANK<br>P O BOX 176<br>BLACKSBURG VA 24063-0176 |
| Bala Jain<br>Christopher L. Rogan, Esq.<br>50 Catoctin Circle, NE, Suite 300<br>Leesburg, VA 20176-3101 | Bala Jain LLC<br>6007 Marilyn Dr.<br>Alexandria, VA 22310-1516 | Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 2231- 22310-1516 |
| Bank Of Clarke<br>110 Crock Wells Mill Drive<br>Winchester, VA 22603-3943 | Bank Of Clarke County<br>2 East Main Street<br>Berryville, VA 22611-1338 | Bank of Clarke<br>c/o Hannah W. Hutman, Esq.<br>Hoover Penrod, PLC<br>342 S. Main Street<br>Harrisonburg, VA 22801-3628 |
| Bank of Clarke County<br>c/o Hannah W. Hutman, Esq.<br>Hoover Penrod, PLC<br>342 S. Main Street<br>Harrisonburg, VA 22801-3628 | Betsy Dalton<br>1003 Lynn St SW<br>Vienna, VA 22180-6428 | Corey Simpson Booker<br>1051 East Cary Street<br>Suite 1200<br>Richmond, VA 23219-4044 |
| J. P. McGuire Boyd Jr<br>Williams Mullen, P.C.<br>200 South 10th Street<br>Richmond, VA 23219-4091 | COUNTY OF HENRICO, VIRGINIA<br>SARA L. MAYNARD, ASST. COUNTY ATTORNEY<br>P. O. BOX 90775<br>HENRICO, VIRGINIA 23273-0775 | Candice Goodman<br>15474 Roxbury Rd<br>Glenwood, MD 21738-9306 |
| Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | City of Richmond<br>Division of Collections PO Box 26505<br>Richmond, VA 23261-6505 | City of Richmond  City Hall<br>Room 109 Delinquent Taxes<br>900 East Broad Street<br>Richmond VA 23219-1907 |
| Civic Ventures, LLC<br>Douglas M. Foley, Esquire<br>Kaufman & Canoles, P.C.<br>Two James Center<br>1021 East Cary Street, Suite 1400<br>Richmond, VA 23219-4031 | Community Bank Of Chesapeake<br>202 Centennial St,<br>La Plata, MD 20646 | Community Bank of the Chesapeake<br>Atten: Jared Krahler<br>3035 Leonardtown Road<br>Waldorf, MD 20601-3112<br>, |
| County of Fairfax<br>Department of Tax Administration, Revenu<br>Suite 223<br>Fairfax, VA 22035 | County of Henrico<br>Department of Finance, PO Box 90775<br>Henrico, VA 23273-0775 | DTMA<br>670 Clearwater RD<br>Hershey, PA 17033-2453 |

```
Dauphin County Office of Tax Claim Bureau      Dauphin County Tax Claim Bureau            Department of Finance Howard county
Dauphin County Administration Building,        P. O. Box 1295                             Property Tax Division, 3430, Court House
PO Box No 1295                                 Harrisburg, PA 17108-1295                  Ellicott City, MD 21043-4300
Harrisburg, PA 17108


Devon England                                  (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA Eagle Properties and Investments LLC
213 N Port St                                  PO BOX 26666                               445 Windover Ave North West
Baltimore , MD 21224-1027                      RICHMOND VA 23261-6666                     Vienna, VA 22180-4232


John Tucker Farnum                             Justin Fasano                              Erik W. Fox
Miles and Stockbridge PC                       McNamee Hosea, P.A.                        Rees Broome, PC
1201 Pennsylvania Ave                          6404 Ivy Lane                              1900 Gallows Road
Suite 900                                      Ste 820                                    Suite 700
Washington, DC 20004-2464                      Greenbelt, MD 20770-1416                   Vienna, VA 22182-3886

Jack Frankel                                   Michael T. Freeman                         Fulton Bank
Office of the U.S. Trustee                     Office of the US Trustee                   625 Elden St,
1725 Duke Street, Suite 650                    1725 Duke Street, Suite 650                Herndon, VA 20170-4739
Alexandria, VA 22314-3489                      Alexandria, VA 22314-3489


Fulton Bank, N.A.                              Fulton Bank, N.A.                          GITSIT Solutions, LLC
c/o David S. Musgrave, Esquire                 c/o David S. Musgrave, Esquire             c/o Andrew S. Goldstein
Gordon Feinblatt LLC                           Gordon Feinblatt LLC                       PO Box 404
1001 Fleet Street, Suite 700                   1001 Fleet Street, Suite 700               Roanoke, VA 24003-0404
Baltimore, MD 21202-4363                       Baltimore, Maryland 21202-4363

Gitsit Solutions, LLC                          Gitsit Solutions, LLC                      H. Jason Gold
c/o Prober & Raphael, A Law Corporation        333 South Anita Drive, Suite 400           H. Jason Gold, Trustee
20750 Ventura Boulevard, Suite 100             Orange, CA 92868-3314                      P.O. Box 57359
Woodland Hills, CA 91364-6207                                                             Washington, DC 20037-0359


Andrew S Goldstein                             Nancy Greene                               Gus Goldsmith
Magee Goldstein Lasky & Sayers, P.C.           N D Greene PC                              18205 Biscayne Blvd, Suite 2226
PO Box 404                                     3977 Chain Bridge Rd                       Aventura, FL 33160-2149
Roanoke, VA 24003-0404                         Suite 1
                                               Fairfax, VA 22030-3308


Gus Goldsmith                                  Robert Hockenbury                          Howard County Maryland
Justin P. Fasano                               Womble Bond Dickinson (US) LLP             Gary Kuc, Esq/Kristen Bowen Perry, Esq.
6411 Ivy Lane, Suite 200                       100 Light Street, 26th Floor               3450 Court House Drive
Greenbelt, MD 20770-1405                       Baltimore, MD 21202-1153                   Ellicott City, MD 21043-4330


Hannah White Hutman                            Internal Revenue Service                   Amit Jain
Hoover Penrod, PLC                             Special Procedures Support Staff           445 Windover Ave North West
342 S. Main Street                             P. O. Box 10025                            Vienna, VA 22180-4232
Harrisonburg, VA 22801-3628                    Richmond, VA 23240


Christopher A. Jones                           Joshua Fowlers                             (p)REALMARKETS
Whiteford Taylor & Preston, LLP                580 W Areba Ave                            20333 MEDALIST DRIVE
3190 Fairview Park Dr.                         Hershey , PA 17033-1605                    ASHBURN VA 20147-4184
Suite 800
Falls Church, VA 22042-4558
```

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
6629 Old Dominion Dr
McLean, VA 22101-4516

Kaufman & Canoles, P.C.
Two James Center
1021 East Cary Street, Suite 1400
Richmond, Virginia 23219-4031

LINKBANK
1250 Camphill Bypass, Suite 202
Camp Hill, PA 17011-3718

Lincoin Financing
9030 Stony Point Pkwy
Richmond, VA 23235-1957

Lincoln Automotive Financial Services
P.O. Box 62180
Colorado Springs, CO 80962-2180

Lincoln Automotive Financial Services
PO Box 2400, Edmonton, Alberta, T5J 5C7,

Main Street Bank
10089 Fairfax Blvd.
Fairfax, VA 22030-1742

MainStreet Bank
c/o Eric S. Schuster, Esq.
100 Light Street, Suite 1400
Baltimore, Maryland 21202-1188

Robert M. Marino
Redmon Peyton & Braswell, LLP
510 King Street
Suite 301
Alexandria, VA 22314-3184

Jeffery T. Martin Jr.
Martin Law Group, P.C.
8065 Leesburg Pike
Ste 750
Vienna, VA 22182-2702

Mayor and City Council Baltimore
Bureau of Revenue Collections
200 Holliday Street Room #1
Bankruptcy
Baltimore, MD 21202-6295

James R. Meizanis Jr.
Blankingship & Keith, PC
4020 University Drive
Suite 300
Fairfax, VA 22030-6802

Monika Jain
445 Windover Ave North West
Vienna, VA 22180-4232

Monika Jain
445 Windover Drive
Vienna
VA 22180-4232

David S. Musgrave
Gordon Feinblatt LLC
233 East Redwood Street
Baltimore, MD 21202-3332

N D Greene PC
N D Greene PC
3977 Chain Bridge Rd
Suite 1
Faifax, VA 22030-3308

N D Greene PC
3977 Chain Bridge Rd, Suite 1
Fairfax, VA 22030-3308

NP Master Trust I (Cayman) LLC
c/o Andrea C. Davison
2311 Wilson Blvd Suite 500
Arlington VA 22201-5422

Stephen W. Nichols
Offit Kurman, P.A.
7501 Wisconsin Avenue
Suite 1000w
Bethesda, MD 20814-6604

Orrstown Bank
c/o Stephen Nichols, Esq.
Offit Kurman PA
7501 Wisconsin Ave. Suite 1000W
Bethesda, MD 20814-6604

Orrstown Bank
Offit/Kuman PA
7501 Wisconsin Ave #1000W
Bethesda, MD 20814-6604

PPL Electric Utilities
827 Hausman Rd
Allentown, PA 18104-9392

Craig M. Palik
McNamee Hosea
6404 Ivy Lane
Suite 820
Greenbelt, MD 20770-1416

Pennsylvania American Water
P O Box 371412
Pittsburgh, PA 15250-7412

Lee S Raphael
Prober & Raphael, Law Corporation
20750 Ventura BLVD., Suite 100
Woodland Hills, CA 91364-6207

John E Reid
Martin Law Group, P.C.
8065 Leesburg Pike
Suite 750
Vienna, VA 22182-2702

Christopher L. Rogan
RoganMillerZimmerman, PLLC
50 Catoctin Circle, N.E., Suite 300
Leesburg, VA 20176-3101

Jeremy B. Root
Blankingship & Keith, P.C.
4020 University Dr. Ste. 300
Fairfax, VA 22030-6802

SC&H Group
c/o Miles & Stockbridge P.C.
1201 Pennsylvania Ave., NW
Ste. 900
Washington, DC 20004-2464

SC&H Group, Inc.
c/o Robert Patrick
910 Ridgebrook Road
Sparks, MD 21152-9390

```
Shore United Bank                       Barry W. Spear                          Stafford County
200 West Gate Circle                    BWW Law Group, LLC                      Laura M Rudy, Treasurer, PO Box 68
Suite 200                               8100 Three Chopt Road                   Stafford, VA 22555-0068
Annapolis, MD 21401-3377                Suite 240
                                        Richmond, VA 23229-4833


Stafford County Attorney's Office       Joshua David Stiff                      Town Of Vienna Water and Sewer Bill
1300 Courthouse Road                    Whiteford Taylor Preston LLP            127 Center St
P.O. Box 339                            249 Central Park Avenue                 Vienna, VA 22180-5719
Stafford, VA 22555-0339                 Suite 300
                                        Virginia Beach, VA 23462-3271


Dylan G. Trache                         Trinity Universal Insurance Company     Trinity Universal Insurance Company
Nelson Mullins Riley & Scarborough LLP  c/o Man Global Private Mkts. (USA), Inc.c/o Man Global Private Mkts. (USA) Inc.
101 Constitution Avenue, N.W.           1345 Avenue of the Americas 21st Floor  Attn: Legal
Suite 900                               New York, NY 10105-0199                 1345 Avenue of the Americas, 21st Floor
Washington, DC 20001-2133                                                       New York, NY 10105-0199


Troy Mason                              Turkey Hill                             U.S. Securities and Exchange Commission
3002 Williamsburg Rd                    1635 Church Rd                          Office of Reorganization
Richmond , VA 23231-2128                Hershey , PA 17033-1812                 950 East Paces Ferry Rd, Suite 900
                                                                                Atlanta, GA 30326-1382


U.S. Trustee                            (p)UGI UTILITIES INC                    UST smg Alexandria
1725 Duke Street, Suite 650             ATTN CREDIT & COLLECTIONS               Office of the U. S. Trustee
Alexandria, VA 22314-3489               P O BOX 13009                           1725 Duke Street
                                        READING PA 19612-3009                   Suite 650
                                                                                Alexandria, VA 22314-3489


Maurice Belmont VerStandig              Verizon Fios                            Gerard R. Vetter
The VerStandig Law Firm, LLC            1430 Walnut St                          Office of the U.S. Trustee - Region 4
9812 Falls Roads, #114-160              Philadelphia, PA 19102-4021             1725 Duke Street
Potomac, MD 20854-3976                                                          Suite 650
                                                                                Alexandria, VA 22314-3489


Vienna Oaks Office Center Condominium   Vienna Oaks Office Center Condominium   Virginia Partners Bank
c/o Rees Broome, PC                     c/o Erik W. Fox, Rees Broome            410 William St.
Suite 700                               1900 Gallows Road, Sutie 700            Fredericksburg, VA 22401-5834
Tysons Corner, VA 22182                 Tysons Corner, VA 22182-3886


Virginia Partners Bank                  Christian K. Vogel                      Washington Gas
LINKBANK                                Vogel Law Group, PLC                    6801 Industrial Rd
1250 Camphill Bypass, Suite 202         513 Forest Ave.                         Springfield, VA 22151-4205
Camp Hill, PA 17011-3718                Suite 205
                                        Richmond, VA 23229-6850


Waste Management                        West Hanover Tap Water and Sewer        West Hanover Township Water & Sewer Authorit
P O Box 13577                           7091 Jonestown Rd                       Steven P. Miner, Esquire
Philadelphia, PA 19101-3577             Harrisburg, PA 17112                    3631 N. Front Street
                                                                                Harrisburg, PA 17110-1533


Whiteford Taylor & Preston LLP          Wilmington Savings Fund Society, FSB
3190 Fairview Park Drive                FCI Lender Services, Inc.
Suite 800                               P.O. Box 27370
Falls Church, VA 22042-4558             Anaheim Hills, CA 92809-0112
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Atlantic Union Bank
PO Box 176
Blacksburg, VA 24063

Dominion Energy
P O Box 26543
Richmond, VA 23290

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
20405 Exchange St, Suite 221
Ashburn, VA 20147

UGI Utilities Inc
400 Stewart Rd
Hanover, PA 18706

(d)UGI Utilities, Inc.
PO Box 13009
Reading, PA 19612

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bala Jain LLC

(d)Bala Jain LLC
6007 Marilyn Drive
Alexandria, VA 22310-1516

(d)Bala Jain LLC
6007 Marilyn Drive
Alexandria, VA 22310-1516

(d)Bala Jain LLC
Christopher L. Rogan, Esq.
50 Catoctin Circle, NE Suite 300
Leesburg, VA 20176-3101

(u)Gus Goldsmith

(u)Isidoro Pulido Luna
202 N Port St

(u)LINKBANK

(u)Lincoln Automotive Financial Services

(u)MainStreet Bank

(u)Primis Bank

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    118
Bypassed recipients     11
Total                  129