Label Matrix for local noticing
0422-1
Case 23-10566-KHK
Eastern District of Virginia
Alexandria
Mon Nov 11 11:01:04 EST 2024

3977 Chain Bridge Rd. Suite 1
Faifax, VA 22030-3308

ADT
P O Box 371878
Pittsburgh, PA 15250-7878

Aero Mortgage Loan Trust 2019- 1
8100 Three Chopt Rd.
Suite 240
Richmond, VA 23229-4833

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Asset Based Lending
PO BOX 27370
Anaheim, CA 92809-0112

Atlantic Union Bank
1051 E. Cary Street
Suite 1200
Richmond, VA 23219-4044

Atlantic Union Bank
8221 Old Courthouse Rd Ste 100,
Tysons, VA 22182-3839

(p)ATLANTIC UNION BANK
P O BOX 176
BLACKSBURG VA 24063-0176

Bala Jain
Christopher L. Rogan, Esq.
50 Catoctin Circle, NE, Suite 300
Leesburg, VA 20176-3101

Bala Jain LLC
6007 Marilyn Dr.
Alexandria, VA 22310-1516

Bala Jain LLC
6007 Marilyn Drive
Alexandria, VA 2231- 22310-1516

Bank Of Clarke
110 Crock Wells Mill Drive
Winchester, VA 22603-3943

Bank Of Clarke County
2 East Main Street
Berryville, VA 22611-1338

Bank of Clarke
c/o Hannah W. Hutman, Esq.
Hoover Penrod, PLC
342 S. Main Street
Harrisonburg, VA 22801-3628

Bank of Clarke County
c/o Hannah W. Hutman, Esq.
Hoover Penrod, PLC
342 S. Main Street
Harrisonburg, VA 22801-3628

Betsy Dalton
1003 Lynn St SW
Vienna, VA 22180-6428

Corey Simpson Booker
1051 East Cary Street
Suite 1200
Richmond, VA 23219-4044

J. P. McGuire Boyd Jr
Williams Mullen, P.C.
200 South 10th Street
Richmond, VA 23219-4091

COUNTY OF HENRICO, VIRGINIA
SARA L. MAYNARD, ASST. COUNTY ATTORNEY
P. O. BOX 90775
HENRICO, VIRGINIA 23273-0775

Candice Goodman
15474 Roxbury Rd
Glenwood, MD 21738-9306

Capital One N.A.
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

City of Richmond
Division of Collections PO Box 26505
Richmond, VA 23261-6505

City of Richmond  City Hall
Room 109 Delinquent Taxes
900 East Broad Street
Richmond VA 23219-1907

Civic Ventures, LLC
Douglas M. Foley, Esquire
Kaufman & Canoles, P.C.
Two James Center
1021 East Cary Street, Suite 1400
Richmond, VA 23219-4031

Community Bank Of Chesapeake
202 Centennial St,
La Plata, MD 20646

Community Bank of the Chesapeake
Atten: Jared Krahler
3035 Leonardtown Road
Waldorf, MD 20601-3112
'

County of Fairfax
Department of Tax Administration, Revenu
Suite 223
Fairfax, VA 22035

County of Henrico
Department of Finance, PO Box 90775
Henrico, VA 23273-0775

DTMA
670 Clearwater RD
Hershey, PA 17033-2453

Dauphin County Office of Tax Claim Bureau
Dauphin County Administration Building,
PO Box No 1295
Harrisburg, PA 17108

Dauphin County Tax Claim Bureau
P. O. Box 1295
Harrisburg, PA 17108-1295

Department of Finance Howard county
Property Tax Division, 3430, Court House
Ellicott City, MD 21043-4300


Devon England
213 N Port St
Baltimore , MD 21224-1027

(p)DOMINION ENERGY VIRGINIA NORTH CAROLINA
PO BOX 26666
RICHMOND VA 23261-6666

Eagle Properties and Investments LLC
445 Windover Ave North West
Vienna, VA 22180-4232


John Tucker Farnum
Miles and Stockbridge PC
1201 Pennsylvania Ave
Suite 900
Washington, DC 20004-2464

Justin Fasano
McNamee Hosea, P.A.
6404 Ivy Lane
Ste 820
Greenbelt, MD 20770-1416

Erik W. Fox
Rees Broome, PC
1900 Gallows Road
Suite 700
Vienna, VA 22182-3886


Jack Frankel
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314-3489

Michael T. Freeman
Office of the US Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314-3489

Fulton Bank
625 Elden St,
Herndon, VA 20170-4739


Fulton Bank, N.A.
c/o David S. Musgrave, Esquire
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202-4363

Fulton Bank, N.A.
c/o David S. Musgrave, Esquire
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202-4363

GITSIT Solutions, LLC
c/o Andrew S. Goldstein
PO Box 404
Roanoke, VA 24003-0404


Gitsit Solutions, LLC
c/o Prober & Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364-6207

Gitsit Solutions, LLC
333 South Anita Drive, Suite 400
Orange, CA 92868-3314

H. Jason Gold
H. Jason Gold, Trustee
P.O. Box 57359
Washington, DC 20037-0359


Andrew S Goldstein
Magee Goldstein Lasky & Sayers, P.C.
PO Box 404
Roanoke, VA 24003-0404

Nancy Greene
N D Greene PC
3977 Chain Bridge Rd
Suite 1
Fairfax, VA 22030-3308

Gus Goldsmith
18205 Biscayne Blvd, Suite 2226
Aventura, FL 33160-2149


Gus Goldsmith
Justin P. Fasano
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770-1405

Robert Hockenbury
Womble Bond Dickinson (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202-1153

Howard County Maryland
Gary Kuc, Esq/Kristen Bowen Perry, Esq.
3450 Court House Drive
Ellicott City, MD 21043-4330


Hannah White Hutman
Hoover Penrod, PLC
342 S. Main Street
Harrisonburg, VA 22801-3628

Internal Revenue Service
Special Procedures Support Staff
P. O. Box 10025
Richmond, VA 23240

Amit Jain
445 Windover Ave North West
Vienna, VA 22180-4232


Christopher A. Jones
Whiteford Taylor & Preston, LLP
3190 Fairview Park Dr.
Suite 800
Falls Church, VA 22042-4558

Joshua Fowlers
580 W Areba Ave
Hershey , PA 17033-1605

(p)REALMARKETS
20333 MEDALIST DRIVE
ASHBURN VA 20147-4184

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
6629 Old Dominion Dr
McLean, VA 22101-4516

Kaufman & Canoles, P.C.
Two James Center
1021 East Cary Street, Suite 1400
Richmond, Virginia 23219-4031

LINKBANK
1250 Camphill Bypass, Suite 202
Camp Hill, PA 17011-3718

Lincoin Financing
9030 Stony Point Pkwy
Richmond, VA 23235-1957

Lincoln Automotive Financial Services
P.O. Box 62180
Colorado Springs, CO 80962-2180

Lincoln Automotive Financial Services
PO Box 2400, Edmonton, Alberta, T5J 5C7,

Main Street Bank
10089 Fairfax Blvd.
Fairfax, VA 22030-1742

MainStreet Bank
c/o Eric S. Schuster, Esq.
100 Light Street, Suite 1400
Baltimore, Maryland 21202-1188

Robert M. Marino
Redmon Peyton & Braswell, LLP
510 King Street
Suite 301
Alexandria, VA 22314-3184

Jeffery T. Martin Jr.
Martin Law Group, P.C.
8065 Leesburg Pike
Ste 750
Vienna, VA 22182-2702

Mayor and City Council Baltimore
Bureau of Revenue Collections
200 Holliday Street Room #1
Bankruptcy
Baltimore, MD 21202-6295

James R. Meizanis Jr.
Blankingship & Keith, PC
4020 University Drive
Suite 300
Fairfax, VA 22030-6802

Monika Jain
445 Windover Ave North West
Vienna, VA 22180-4232

Monika Jain
445 Windover Drive
Vienna
VA 22180-4232

David S. Musgrave
Gordon Feinblatt LLC
233 East Redwood Street
Baltimore, MD 21202-3332

N D Greene PC
N D Greene PC
3977 Chain Bridge Rd
Suite 1
Faifax, VA 22030-3308

N D Greene PC
3977 Chain Bridge Rd, Suite 1
Fairfax, VA 22030-3308

NP Master Trust I (Cayman) LLC
c/o Andrea C. Davison
2311 Wilson Blvd Suite 500
Arlington VA 22201-5422

Stephen W. Nichols
Offit Kurman, P.A.
7501 Wisconsin Avenue
Suite 1000w
Bethesda, MD 20814-6604

Orrstown Bank
c/o Stephen Nichols, Esq.
Offit Kurman PA
7501 Wisconsin Ave. Suite 1000W
Bethesda, MD 20814-6604

Orrstown Bank
Offit/Kuman PA
7501 Wisconsin Ave #1000W
Bethesda, MD 20814-6604

PPL Electric Utilities
827 Hausman Rd
Allentown, PA 18104-9392

Craig M. Palik
McNamee Hosea
6404 Ivy Lane
Suite 820
Greenbelt, MD 20770-1416

Pennsylvania American Water
P O Box 371412
Pittsburgh, PA 15250-7412

Lee S Raphael
Prober & Raphael, Law Corporation
20750 Ventura BLVD., Suite 100
Woodland Hills, CA 91364-6207

John E Reid
Martin Law Group, P.C.
8065 Leesburg Pike
Suite 750
Vienna, VA 22182-2702

Christopher L. Rogan
RoganMillerZimmerman, PLLC
50 Catoctin Circle, N.E., Suite 300
Leesburg, VA 20176-3101

Jeremy B. Root
Blankingship & Keith, P.C.
4020 University Dr. Ste. 300
Fairfax, VA 22030-6802

SC&H Group
c/o Miles & Stockbridge P.C.
1201 Pennsylvania Ave., NW
Ste. 900
Washington, DC 20004-2464

SC&H Group, Inc.
c/o Robert Patrick
910 Ridgebrook Road
Sparks, MD 21152-9390

Shore United Bank
200 West Gate Circle
Suite 200
Annapolis, MD 21401-3377

Barry W. Spear
BWW Law Group, LLC
8100 Three Chopt Road
Suite 240
Richmond, VA 23229-4833

Stafford County
Laura M Rudy, Treasurer, PO Box 68
Stafford, VA 22555-0068

Stafford County Attorney's Office
1300 Courthouse Road
P.O. Box 339
Stafford, VA 22555-0339

Joshua David Stiff
Whiteford Taylor Preston LLP
249 Central Park Avenue
Suite 300
Virginia Beach, VA 23462-3271

Town Of Vienna Water and Sewer Bill
127 Center St
Vienna, VA 22180-5719

Dylan G. Trache
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, N.W.
Suite 900
Washington, DC 20001-2133

Trinity Universal Insurance Company
c/o Man Global Private Mkts. (USA), Inc.
1345 Avenue of the Americas 21st Floor
New York, NY 10105-0199

Trinity Universal Insurance Company
c/o Man Global Private Mkts. (USA) Inc.
Attn: Legal
1345 Avenue of the Americas, 21st Floor
New York, NY 10105-0199

Troy Mason
3002 Williamsburg Rd
Richmond , VA 23231-2128

Turkey Hill
1635 Church Rd
Hershey , PA 17033-1812

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Rd, Suite 900
Atlanta, GA 30326-1382

U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314-3489

(p)UGI UTILITIES INC
ATTN CREDIT & COLLECTIONS
P O BOX 13009
READING PA 19612-3009

UST smg Alexandria
Office of the U. S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Roads, #114-160
Potomac, MD 20854-3976

Verizon Fios
1430 Walnut St
Philadelphia, PA 19102-4021

Gerard R. Vetter
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Vienna Oaks Office Center Condominium
c/o Rees Broome, PC
Suite 700
Tysons Corner, VA 22182

Vienna Oaks Office Center Condominium
c/o Erik W. Fox, Rees Broome
1900 Gallows Road, Sutie 700
Tysons Corner, VA 22182-3886

Virginia Partners Bank
410 William St.
Fredericksburg, VA 22401-5834

Virginia Partners Bank
LINKBANK
1250 Camphill Bypass, Suite 202
Camp Hill, PA 17011-3718

Christian K. Vogel
Vogel Law Group, PLC
513 Forest Ave.
Suite 205
Richmond, VA 23229-6850

Washington Gas
6801 Industrial Rd
Springfield, VA 22151-4205

Waste Management
P O Box 13577
Philadelphia, PA 19101-3577

West Hanover Tap Water and Sewer
7091 Jonestown Rd
Harrisburg, PA 17112

West Hanover Township Water & Sewer Authorit
Steven P. Miner, Esquire
3631 N. Front Street
Harrisburg, PA 17110-1533

Whiteford Taylor & Preston LLP
3190 Fairview Park Drive
Suite 800
Falls Church, VA 22042-4558

Wilmington Savings Fund Society, FSB
FCI Lender Services, Inc.
P.O. Box 27370
Anaheim Hills, CA 92809-0112

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Atlantic Union Bank
PO Box 176
Blacksburg, VA 24063

Dominion Energy
P O Box 26543
Richmond, VA 23290

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
20405 Exchange St, Suite 221
Ashburn, VA 20147


UGI Utilities Inc
400 Stewart Rd
Hanover, PA 18706

(d)UGI Utilities, Inc.
PO Box 13009
Reading, PA 19612


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Bala Jain LLC

(d)Bala Jain LLC
6007 Marilyn Drive
Alexandria, VA 22310-1516

(d)Bala Jain LLC
6007 Marilyn Drive
Alexandria, VA 22310-1516


(d)Bala Jain LLC
Christopher L. Rogan, Esq.
50 Catoctin Circle, NE Suite 300
Leesburg, VA 20176-3101

(u)Gus Goldsmith

(u)Isidoro Pulido Luna
202 N Port St


(u)LINKBANK

(u)Lincoln Automotive Financial Services

(u)MainStreet Bank


(u)Primis Bank

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients   118
Bypassed recipients    11
Total                 129