```
Label Matrix for local noticing          3977 Chain Bridge Rd, Suite 1              ADT
0422-1                                    Faifax, VA 22030-3308                     P O Box 371878
Case 23-10566-KHK                                                                   Pittsburgh, PA 15250-7878
Eastern District of Virginia
Alexandria
Mon Nov 11 11:01:04 EST 2024

Aero Mortgage Loan Trust 2019- 1         American Express National Bank             Asset Based Lending
8100 Three Chopt Rd.                      c/o Becket and Lee LLP                    PO BOX 27370
Suite 240                                 PO Box 3001                               Anaheim, CA 92809-0112
Richmond, VA 23229-4833                   Malvern  PA 19355-0701


Atlantic Union Bank                      Atlantic Union Bank                       (p)ATLANTIC UNION BANK
1051 E. Cary Street                       8221 Old Courthouse Rd Ste 100,          P O BOX 176
Suite 1200                                Tysons, VA 22182-3839                    BLACKSBURG VA 24063-0176
Richmond, VA 23219-4044


Bala Jain                                Bala Jain LLC                             Bala Jain LLC
Christopher L. Rogan, Esq.                6007 Marilyn Dr.                         6007 Marilyn Drive
50 Catoctin Circle, NE, Suite 300         Alexandria, VA 22310-1516                Alexandria, VA 2231- 22310-1516
Leesburg, VA 20176-3101


Bank Of Clarke                           Bank Of Clarke County                     Bank of Clarke
110 Crock Wells Mill Drive                2 East Main Street                        c/o Hannah W. Hutman, Esq.
Winchester, VA 22603-3943                 Berryville, VA 22611-1338                 Hoover Penrod, PLC
                                                                                    342 S. Main Street
                                                                                    Harrisonburg, VA 22801-3628

Bank of Clarke County                    Betsy Dalton                              Corey Simpson Booker
c/o Hannah W. Hutman, Esq.                1003 Lynn St SW                           1051 East Cary Street
Hoover Penrod, PLC                        Vienna, VA 22180-6428                    Suite 1200
342 S. Main Street                                                                  Richmond, VA 23219-4044
Harrisonburg, VA 22801-3628


J. P. McGuire Boyd Jr                    COUNTY OF HENRICO, VIRGINIA               Candice Goodman
Williams Mullen, P.C.                     SARA L. MAYNARD, ASST. COUNTY ATTORNEY    15474 Roxbury Rd
200 South 10th Street                     P. O. BOX 90775                           Glenwood, MD 21738-9306
Richmond, VA 23219-4091                   HENRICO, VIRGINIA 23273-0775


Capital One N.A.                         City of Richmond                          City of Richmond  City Hall
by American InfoSource as agent           Division of Collections PO Box 26505     Room 109 Delinquent Taxes
4515 N Santa Fe Ave                       Richmond, VA 23261-6505                  900 East Broad Street
Oklahoma City, OK 73118-7901                                                        Richmond VA 23219-1907


Civic Ventures, LLC                      Community Bank Of Chesapeake              Community Bank of the Chesapeake
Douglas M. Foley, Esquire                 202 Centennial St,                       Atten: Jared Krahler
Kaufman & Canoles, P.C.                   La Plata, MD 20646                       3035 Leonardtown Road
Two James Center                                                                    Waldorf, MD 20601-3112
1021 East Cary Street, Suite 1400
Richmond, VA 23219-4031

County of Fairfax                        County of Henrico                         DTMA
Department of Tax Administration, Revenu  Department of Finance, PO Box 90775     670 Clearwater RD
Suite 223                                 Henrico, VA 23273-0775                   Hershey, PA 17033-2453
Fairfax, VA 22035
```

| | | |
|---|---|---|
| Dauphin County Office of Tax Claim Bureau<br>Dauphin County Administration Building,<br>PO Box No 1295<br>Harrisburg, PA 17108 | Dauphin County Tax Claim Bureau<br>P. O. Box 1295<br>Harrisburg, PA 17108-1295 | Department of Finance Howard county<br>Property Tax Division, 3430, Court House<br>Ellicott City, MD 21043-4300 |
| Devon England<br>213 N Port St<br>Baltimore, MD 21224-1027 | (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 | Eagle Properties and Investments LLC<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 |
| John Tucker Farnum<br>Miles and Stockbridge PC<br>1201 Pennsylvania Ave<br>Suite 900<br>Washington, DC 20004-2464 | Justin Fasano<br>McNamee Hosea, P.A.<br>6404 Ivy Lane<br>Ste 820<br>Greenbelt, MD 20770-1416 | Erik W. Fox<br>Rees Broome, PC<br>1900 Gallows Road<br>Suite 700<br>Vienna, VA 22182-3886 |
| Jack Frankel<br>Office of the U.S. Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314-3489 | Michael T. Freeman<br>Office of the US Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314-3489 | Fulton Bank<br>625 Elden St,<br>Herndon, VA 20170-4739 |
| Fulton Bank, N.A.<br>c/o David S. Musgrave, Esquire<br>Gordon Feinblatt LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, MD 21202-4363 | Fulton Bank, N.A.<br>c/o David S. Musgrave, Esquire<br>Gordon Feinblatt LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, Maryland 21202-4363 | GITSIT Solutions, LLC<br>c/o Andrew S. Goldstein<br>PO Box 404<br>Roanoke, VA 24003-0404 |
| Gitsit Solutions, LLC<br>c/o Prober & Raphael, A Law Corporation<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, CA 91364-6207 | Gitsit Solutions, LLC<br>333 South Anita Drive, Suite 400<br>Orange, CA 92868-3314 | H. Jason Gold<br>H. Jason Gold, Trustee<br>P.O. Box 57359<br>Washington, DC 20037-0359 |
| Andrew S Goldstein<br>Magee Goldstein Lasky & Sayers, P.C.<br>PO Box 404<br>Roanoke, VA 24003-0404 | Nancy Greene<br>N D Greene PC<br>3977 Chain Bridge Rd<br>Suite 1<br>Fairfax, VA 22030-3308 | Gus Goldsmith<br>18205 Biscayne Blvd, Suite 2226<br>Aventura, FL 33160-2149 |
| Gus Goldsmith<br>Justin P. Fasano<br>6411 Ivy Lane, Suite 200<br>Greenbelt, MD 20770-1405 | Robert Hockenbury<br>Womble Bond Dickinson (US) LLP<br>100 Light Street, 26th Floor<br>Baltimore, MD 21202-1153 | Howard County Maryland<br>Gary Kuc, Esq/Kristen Bowen Perry, Esq.<br>3450 Court House Drive<br>Ellicott City, MD 21043-4330 |
| Hannah White Hutman<br>Hoover Penrod, PLC<br>342 S. Main Street<br>Harrisonburg, VA 22801-3628 | Internal Revenue Service<br>Special Procedures Support Staff<br>P. O. Box 10025<br>Richmond, VA 23240 | Amit Jain<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 |
| Christopher A. Jones<br>Whiteford Taylor & Preston, LLP<br>3190 Fairview Park Dr.<br>Suite 800<br>Falls Church, VA 22042-4558 | Joshua Fowlers<br>580 W Areba Ave<br>Hershey, PA 17033-1605 | (p)REALMARKETS<br>20333 MEDALIST DRIVE<br>ASHBURN VA 20147-4184 |

| | | |
|---|---|---|
| Stephen Karbelk<br>Team Leader, RealMarkets<br>Century 21 New Millennium<br>6629 Old Dominion Dr<br>McLean, VA 22101-4516 | Kaufman & Canoles, P.C.<br>Two James Center<br>1021 East Cary Street, Suite 1400<br>Richmond, Virginia 23219-4031 | LINKBANK<br>1250 Camphill Bypass, Suite 202<br>Camp Hill, PA 17011-3718 |
| Lincoin Financing<br>9030 Stony Point Pkwy<br>Richmond, VA 23235-1957 | Lincoln Automotive Financial Services<br>P.O. Box 62180<br>Colorado Springs, CO 80962-2180 | Lincoln Automotive Financial Services<br>PO Box 2400, Edmonton, Alberta, T5J 5C7, |
| Main Street Bank<br>10089 Fairfax Blvd.<br>Fairfax, VA 22030-1742 | MainStreet Bank<br>c/o Eric S. Schuster, Esq.<br>100 Light Street, Suite 1400<br>Baltimore, Maryland 21202-1188 | Robert M. Marino<br>Redmon Peyton & Braswell, LLP<br>510 King Street<br>Suite 301<br>Alexandria, VA 22314-3184 |
| Jeffery T. Martin Jr.<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Ste 750<br>Vienna, VA 22182-2702 | Mayor and City Council Baltimore<br>Bureau of Revenue Collections<br>200 Holliday Street Room #1<br>Bankruptcy<br>Baltimore, MD 21202-6295 | James R. Meizanis Jr.<br>Blankingship & Keith, PC<br>4020 University Drive<br>Suite 300<br>Fairfax, VA 22030-6802 |
| Monika Jain<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 | Monika Jain<br>445 Windover Drive<br>Vienna<br>VA 22180-4232 | David S. Musgrave<br>Gordon Feinblatt LLC<br>233 East Redwood Street<br>Baltimore, MD 21202-3332 |
| N D Greene PC<br>N D Greene PC<br>3977 Chain Bridge Rd<br>Suite 1<br>Faifax, VA 22030-3308 | N D Greene PC<br>3977 Chain Bridge Rd, Suite 1<br>Fairfax, VA 22030-3308 | NP Master Trust I (Cayman) LLC<br>c/o Andrea C. Davison<br>2311 Wilson Blvd Suite 500<br>Arlington VA 22201-5422 |
| Stephen W. Nichols<br>Offit Kurman, P.A.<br>7501 Wisconsin Avenue<br>Suite 1000w<br>Bethesda, MD 20814-6604 | Orrstown Bank<br>c/o Stephen Nichols, Esq.<br>Offit Kurman PA<br>7501 Wisconsin Ave. Suite 1000W<br>Bethesda, MD 20814-6604 | Orrstown Bank<br>Offit/Kuman PA<br>7501 Wisconsin Ave #1000W<br>Bethesda, MD 20814-6604 |
| PPL Electric Utilities<br>827 Hausman Rd<br>Allentown, PA 18104-9392 | Craig M. Palik<br>McNamee Hosea<br>6404 Ivy Lane<br>Suite 820<br>Greenbelt, MD 20770-1416 | Pennsylvania American Water<br>P O Box 371412<br>Pittsburgh, PA 15250-7412 |
| Lee S Raphael<br>Prober & Raphael, Law Corporation<br>20750 Ventura BLVD., Suite 100<br>Woodland Hills, CA 91364-6207 | John E Reid<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Suite 750<br>Vienna, VA 22182-2702 | Christopher L. Rogan<br>RoganMillerZimmerman, PLLC<br>50 Catoctin Circle, N.E., Suite 300<br>Leesburg, VA 20176-3101 |
| Jeremy B. Root<br>Blankingship & Keith, P.C.<br>4020 University Dr. Ste. 300<br>Fairfax, VA 22030-6802 | SC&H Group<br>c/o Miles & Stockbridge P.C.<br>1201 Pennsylvania Ave., NW<br>Ste. 900<br>Washington, DC 20004-2464 | SC&H Group, Inc.<br>c/o Robert Patrick<br>910 Ridgebrook Road<br>Sparks, MD 21152-9390 |

Shore United Bank
200 West Gate Circle
Suite 200
Annapolis, MD 21401-3377

Barry W. Spear
BWW Law Group, LLC
8100 Three Chopt Road
Suite 240
Richmond, VA 23229-4833

Stafford County
Laura M Rudy, Treasurer, PO Box 68
Stafford, VA 22555-0068

Stafford County Attorney's Office
1300 Courthouse Road
P.O. Box 339
Stafford, VA 22555-0339

Joshua David Stiff
Whiteford Taylor Preston LLP
249 Central Park Avenue
Suite 300
Virginia Beach, VA 23462-3271

Town Of Vienna Water and Sewer Bill
127 Center St
Vienna, VA 22180-5719

Dylan G. Trache
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, N.W.
Suite 900
Washington, DC 20001-2133

Trinity Universal Insurance Company
c/o Man Global Private Mkts. (USA), Inc.
1345 Avenue of the Americas 21st Floor
New York, NY 10105-0199

Trinity Universal Insurance Company
c/o Man Global Private Mkts. (USA) Inc.
Attn: Legal
1345 Avenue of the Americas, 21st Floor
New York, NY 10105-0199

Troy Mason
3002 Williamsburg Rd
Richmond , VA 23231-2128

Turkey Hill
1635 Church Rd
Hershey , PA 17033-1812

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Rd, Suite 900
Atlanta, GA 30326-1382

U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314-3489

(p)UGI UTILITIES INC
ATTN CREDIT & COLLECTIONS
P O BOX 13009
READING PA 19612-3009

UST smg Alexandria
Office of the U. S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Roads, #114-160
Potomac, MD 20854-3976

Verizon Fios
1430 Walnut St
Philadelphia, PA 19102-4021

Gerard R. Vetter
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Vienna Oaks Office Center Condominium
c/o Rees Broome, PC
Suite 700
Tysons Corner, VA 22182

Vienna Oaks Office Center Condominium
c/o Erik W. Fox, Rees Broome
1900 Gallows Road, Sutie 700
Tysons Corner, VA 22182-3886

Virginia Partners Bank
410 William St.
Fredericksburg, VA 22401-5834

Virginia Partners Bank
LINKBANK
1250 Camphill Bypass, Suite 202
Camp Hill, PA 17011-3718

Christian K. Vogel
Vogel Law Group, PLC
513 Forest Ave.
Suite 205
Richmond, VA 23229-6850

Washington Gas
6801 Industrial Rd
Springfield, VA 22151-4205

Waste Management
P O Box 13577
Philadelphia, PA 19101-3577

West Hanover Tap Water and Sewer
7091 Jonestown Rd
Harrisburg, PA 17112

West Hanover Township Water & Sewer Authorit
Steven P. Miner, Esquire
3631 N. Front Street
Harrisburg, PA 17110-1533

Whiteford Taylor & Preston LLP
3190 Fairview Park Drive
Suite 800
Falls Church, VA 22042-4558

Wilmington Savings Fund Society, FSB
FCI Lender Services, Inc.
P.O. Box 27370
Anaheim Hills, CA 92809-0112

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Atlantic Union Bank
PO Box 176
Blacksburg, VA 24063

Dominion Energy
P O Box 26543
Richmond, VA 23290

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
20405 Exchange St, Suite 221
Ashburn, VA 20147

UGI Utilities Inc
400 Stewart Rd
Hanover, PA 18706

(d)UGI Utilities, Inc.
PO Box 13009
Reading, PA 19612

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bala Jain LLC

(d)Bala Jain LLC
6007 Marilyn Drive
Alexandria, VA 22310-1516

(d)Bala Jain LLC
6007 Marilyn Drive
Alexandria, VA 22310-1516

(d)Bala Jain LLC
Christopher L. Rogan, Esq.
50 Catoctin Circle, NE Suite 300
Leesburg, VA 20176-3101

(u)Gus Goldsmith

(u)Isidoro Pulido Luna
202 N Port St

(u)LINKBANK

(u)Lincoln Automotive Financial Services

(u)MainStreet Bank

(u)Primis Bank

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    118
Bypassed recipients     11
Total                  129