**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| EAGLE PROPERTIES AND ) | Bankruptcy Case |
| INVESTMENTS, LLC, ) | No. 23-10566-KHK |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

**ORDER APPROVING SALE OF 7180 JONESTOWN ROAD, HARRISBURG, PA
FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS
PURSUANT TO 11 U.S.C. § 363(f)**

UPON CONSIDERATION of the motion (Docket No. 646) ("Motion") of H. Jason Gold, chapter 7 trustee ("Trustee"), to approve the sale of the property commonly known as 7180 Jonestown Road, Harrisburg, Pennsylvania ("Property"); and it appearing that proper and adequate notice of the Motion has been given and that no further notice is necessary; and it appearing that the proposed sale is in the best interest of the estate and its creditors, and it further appearing that based upon the endorsements of counsel set forth below that Trinity Universal Insurance Company as assignee of ABL Three LLC and Bala Jain, LLC have consented to the sale of the Property as set forth herein, free and clear of all liens, claims and interests, accordingly:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Trustee is authorized to sell the Property[1] to ANNN Investment LLC (the

---

[1] Having the following legal description:

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*

"Purchaser") for $255,000 consistent with the sales contract attached to the Motion.

3. The Trustee is authorized to pay the secured claim of Trinity Universal Insurance Company consistent with the draft ALTA attached hereto as Exhibit A.

4. The sale shall be free and clear of that certain Praecipe to Index Action as Lis Pendens filed by Bala Jain, LLC in the Land Records of Dauphin County, Pennsylvania as Instrument Number 20220035867 pursuant to 11 U.S.C. § 363(f).

5. At closing, the Trustee shall receive, for the benefit of the estate the sum of $7,650.00 representing his commission under Section 326 of the Bankruptcy Code plus $12,750.00 as additional consideration for the bankruptcy estate free and clear of all liens, claims and interests.

6. The Trustee is authorized to pay a three percent (3%) commission to his broker Century 21 New Millennium at closing for services rendered in representing the Trustee in connection with the sale.

7. The Trustee is authorized to pay a two and one half percent (2.5%) commission to Prime Realty Services at closing for services rendered in representing the Buyer in connection with the sale.

8. The Trustee is authorized to pay all outstanding real estate taxes and other

---

BEGINNING at a point in the center of the concrete highway formerly known as Route 22 at the southeast corner of lot No. 1B as shown on the plan of lots hereinafter referred to; thence north twenty-one (21) degrees, forty-five (45) minutes west along the dividing line between lots 1B and 2A on said plan, a distance of two hundred (200) feet on the line of lands now or formerly of Arthur Jerome; thence north sixty-eight (68) degrees, fifteen (15) minutes east along the line of said Jerome lands one hundred (100) feet to a point marked by an iron pin; thence south twenty-one (21) degrees, forty-five (45) minutes east along the dividing line between lots 2B and 3 on said plan two hundred (200) feet to a point in the center of the aforesaid route 22; thence south sixty-eight (68) degrees, fifteen (15) minutes west along the center line of said highway one hundred (100) feet (erroneously described in prior deed as two hundred (200) feet to a point, the PLACE OF BEGINNING.

BEING lots numbered 2A and 2B on a plan of lots laid out by K.I. Daniel for Arthur Jerome, which plan is recorded in the office for the recording of deeds, etc., in and for Dauphin County in Plan Book "L", Page 91.

HAVING THEREON erected a frame dwelling house and double garage known at 7180 Jonestown Road.

customary closing costs consistent with the ALTA.

9. The Trustee is authorized to request and receive all information concerning the liens and debt held by any secured creditor necessary to close on the sale including but not limited to the loan payoff balance, proof of lien perfection, hazard insurance coverage, escrow account balance and other information. Secured creditors are authorized and directed to promptly provide said information to the Trustee upon request of the Trustee, subject to the right of any secured creditor to oppose the request.

10. This Order may be recorded in the land records wherein the subject Property is located.

11. This Court retains jurisdiction with respect to any disputes regarding the Property following the sale.

12. This Order shall be effective immediately and shall not be subject to the stay provided in Federal Rule of Bankruptcy Procedure 6004(h) or any other applicable stay.

Dated: Nov 14 2024

/s/ Klinette H Kindred
United States Bankruptcy Judge

Entered On Docket: Nov 14 2024

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Tel: (202) 689-2800
Fax:  (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:   /s/ Dylan G. Trache
      Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*


SEEN AND AGREED:

McNAMEE HOSEA, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
(301) 441-2420
cpalik@mhlawyers.com

BY:   /s/ Craig M. Palik
      Craig M. Palik, Esq. (#15254)

*Attorneys for Trinity Universal Insurance Company*


SEEN:

ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176
Phone No. (703) 777-8850
Fax No: (703) 777-8854
E-mail: crogan@RMZLawFirm.com


BY:   /s/Christopher L. Rogan (by DGT with authority)
      Christopher L. Rogan (Bar No. 30344)

*Attorneys for Bala Jain, LLC*


### CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I HEREBY CERTIFY that this Order has been endorsed by all necessary parties.

                                                   /s/ Dylan G. Trache
Dylan G. Trache

**LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1**

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael Freeman
OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
Century 21 Commercial New Millennium
6629 Old Dominion Drive
McLean, VA 22101

David S. Musgrave
GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202

Christopher Rogan
ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176

# **<u>Exhibit A</u>**

Case 23-10566-KHK    Doc 662    Filed 11/14/24    Entered 11/14/24 13:42:35    Desc Main
                    Document      Page 6 of 9

| American Land Title Association | ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

**Universal Settlement Services of PA**
**ALTA Universal ID:**
**1423 N Atherton Street**
**2nd Floor**
**State College, PA 16803**

| | |
|---|---|
| File No./Escrow No. : | PA-24-2273 |
| Print Date & Time: | November 11, 2024   3:08 pm |
| Officer/Escrow Officer : | Brandy McAulay |
| Settlement Location : | 1423 N Atherton Street, 2nd Floor |
| | State College, PA 16803 |
| Property Address: | 7180 Jonestown Road |
| | Harrisburg, PA 17112 |
| Borrower: | Annn Investment, LLC |
| Seller: | H. Jason Gold, Bankruptcy Trustee of The Bankruptcy Estate of Eagle Properties and Investments LLC |
| | PO Box 57359 |
| | Washington, DC 20037 |
| Lender: | The Lending Group Company, ISAOA/ATIMA |
| Settlement Date: | November 15, 2024 |
| Disbursement Date: | November 15, 2024 |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Financial** | | |
| | 255,000.00 | Sale Price of Property | 255,000.00 | |
| | | Deposit | | 5,000.00 |
| | | Loan Amount | | 204,000.00 |
| 1,000.00 | | Seller Credit | | 1,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | 129.25 | City/Town Taxes 11/15/24 - 12/31/24 | 129.25 | |
| | 1,286.07 | Assessments 11/15/24 - 06/30/25 | 1,286.07 | |
| | | | | |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| | | CPL to Universal Settlement Services of PA | 125.00 | |
| | | TIRBOP Endorsement 100 (Covenants, Conditions and Restrictions) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 300 (Mortgage Survey Exception) to Universal Settlement Services of PA | 100.00 | |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Title Charges and Escrow/Settlement Charges (continued)** | | |
| | | TIRBOP Endorsement 900 (Environmental Protection Lien - Residential) to Universal Settlement Services of PA | 100.00 | |
| 150.00 | | Deed Prep to The Nittany Group | | |
| 1,200.00 | | Final Sewer ESCROW to Universal Escrow | | |
| 300.00 | | Final Water ESCROW to Universal Escrow | | |
| | | Owner's Title Insurance to Universal Settlement Services of PA<br>    Coverage:  255,000.00<br>    Premium:   1,908.50 | 1,908.50 | |
| 100.00 | | Search Fee to Universal Settlement Services of PA | | |
| 125.00 | | Tax Cert Fee to Universal Settlement Services of PA | | |
| 75.00 | | Wire Fees to Universal Settlement Services of PA | | |
| | | **Commissions** | | |
| 7,650.00 | | Commission - Listing Agent to Century 21 New millennium | | |
| 6,375.00 | | Commission - Selling Agent to Prime Realty Services | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees to Dauphin County Recorder of Deeds | 307.50 | |
| 2,200.00 | | Transfer Tax to Dauphin County Recorder of Deeds | 2,200.00 | |
| 100.00 | | UCC Satisfaction Fee to Dauphin County Recorder of Deeds | | |
| | | **Miscellaneous** | | |
| 1,129.73 | | 2024 county/twp taxes to West Hanover Township Tax Collector | | |
| 2,307.15 | | 2024-2025 school taxes to West Hanover Township Tax Collector | | |
| 7,650.00 | | 326(a) Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| | | Attorney Title Exam Fee to RL Title and Escrow Inc. | 150.00 | |
| 12,750.00 | | Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| 3,652.58 | | delinquent taxes to Dauphin County Tax Claim | | |
| 500.00 | | Expense Reimbursement to RealMarkets | | |
| 150.00 | | Settlement and Closing Fee to RL Title and Escrow Inc. | 895.00 | |
| 209,000.86 | | SHORT SALE PROCEEDS to TRINITY UNIVERSAL INSURANCE COMPANY | | |

| Seller | | | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| 256,415.32 | 256,415.32 | Subtotals | 262,301.32 | 210,000.00 |
| | | Due from Borrower | | 52,301.32 |
| 256,415.32 | 256,415.32 | Totals | 262,301.32 | 262,301.32 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement.  We/I authorize Universal Settlement Services of PA to cause the funds to be disbursed in accordance with this statement.


Borrower


Annn Investment, LLC

BY:_____


Seller


H. Jason Gold, Bankruptcy Trustee of The Bankruptcy Estate of Eagle Properties and Investments LLC

BY:_____


_____
Brandy McAulay
Escrow Officer