IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EAGLE PROPERTIES AND | ) | |
| INVESTMENTS LLC | ) | CASE NO. 23-10566-KHK |
| | ) | CHAPTER 7 |
| Debtor | ) | |

### TRUSTEE'S OPERATING REPORT FOR PERIOD OCTOBER 1, 2024 TO OCTOBER 31, 2024

H. Jason Gold, Trustee, pursuant to the Court's Order entered April 25, 2024 (ECF 424) submits this Monthly Operating Report for the period commencing October 1, 2024 and ending October 31, 2024. Attached to this report are (1) a detailed report of the disposition of the case and the various rental properties; (2) a detailed statement of rent receipts and management fees and expenses for each property from RealMarkets; and (3) other receipts and expenses incurred by the trustee.

Respectfully submitted,

H. JASON GOLD, TRUSTEE

By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax: (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:   /s/ Dylan G. Trache
        Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

4864-6220-7709 v.4



**Executive Summary**
**Asset Management**
**Eagle Properties and Investments, LLC**
**October 2024**

In October 2024, we continued to maintain the properties while going through the marketing and sale process.

**Transition Management from Chapter 11 to Chapter 7**
We have taken control of all accounts that we need to have control of.

**Insurance Update**
All properties are either insured or, if the insurance company has cancelled the policy due to insurability issues, the secured creditor has been notified so they can put forced placed insurance in place.  Please note that State Farm refunds from cancelled policies do not appear on my transaction report. When refunds are received from State Farm, they are made payable to Eagle Properties & Investments and forwarded to the Trustee to deposit.

**Invoices**
To the best of my knowledge, all invoices that need to be paid by the bankruptcy estate are being directed or sent to my attention.

I had an issue with Republic Services continuing to invoice Eagle for trash services at 7180 Jonestown Road, Harrisburg, PA after the services have been cancelled.  I'm waiting on a final, adjusted invoice.

I also received three invoices from Edward Bradley for grass mowing.  One invoice was for services provided on August 25, 2024 but the invoice wasn't received until October 22, 2024. The second invoice was issued on June 17, 2024 but was inadvertently missed and not paid.  The third invoice was for mowing at 7180 Jonestown Road on October 11, 2024. The final grass cutting will be in early November for 7180 Jonestown Road.

I also had an issue with Washington Gas and the issuance of the final gas bill fir 449 Lawyers Road, Vienna, VA.  The bill was finally received and paid.

**Tenant Issues**
- 15474 Roxbury Road, Glenwood, MD – Special counsel has been approved by the Court to pursue the eviction of the tenant. However, there's an issue with obtaining a rental license first, which is problematic since the home has squatters in it and we have no access.  We need to obtain access to get a lead-based paint inspection before a license can

be issued. Trustee and his counsel are exploring other options for obtaining access or seeking a sale option with the non-paying "tenant" in place.

- 6961 Sterling Road, Harrisburg, PA – The lease is due to expire on 11/15/24. The Trustee agreed to a thirty (30) day extension, subject to payment of the rent. I advised the tenant that there will be no more extensions beyond 12/15/24.

- 3012 Dupont Ave, Baltimore, MD – The September 2024 rent for $650.00 was not received by the Trustee. The transaction was closed on October 3, 2024. Amit Jain was contacted to pay $692.00 for the September 2024 rent and the pro-rated rent for October 2024. *(Note: The $692.00 rent check was received by the Trustee on November 8, 2024 and will be reflected as rent collected in the November 2024 report).*

**Advanced Funding**
The Trustee reimbursed RealMarkets for the following out-of-pocket expenses:

- $390.00 – March 2024
- $3,733.15 – April 2024
- $3,919.58 – May 2024
- $5,374.21 – June 2024
- $5,539.91 – July 2024
- $1,538.12 – August 2024
- $1,187.02 - September 2024
- $3,327.76 – October 2024 (pending)

We will continue to work closely with the Trustee and his counsel for the required approvals.

**Sincerely,**


**Stephen Karbelk**
Team Leader RealMarkets, a CENTURY 21 New Millennium team
Court Appointed Asset Manager, Eagle Properties and Investments LLC



# Income and Expense Analysis – October 2024
## Eagle Properties and Investments, LLC

This report is provided for properties that are occupied and rent was received prior to October 31, 2024.

**6961 Sterling Road, Harrisburg, PA**
**Lender: ABL PRC Residential Credit Acquisition**

| Income | October 2024 | Payee | Notes |
|---|---|---|---|
| Rent | $3,900.00 | Tenant | |
| | | | |
| Expenses | | | |
| Insurance | $55.91 | State Farm | |
| Electric | Tenant Responsibility | | |
| Water | $212.15 | PA American Water | |
| Sewer | $404.93 | Lower Paxton Township | |
| Landscaping | Tenant Responsibility | | |
| Maintenance | $262.91 | Plumbing Repair | |
| Other | $0.00 | | |
| Net Proceeds | $3,459.86 | | |



**Rent Roll and Receipts – October 2024**
**Eagle Properties and Investments, LLC**

| Property | Scheduled Rent | October 2024 Rent Received | Comments |
|---|---|---|---|
| 3012 Dupont Ave, Baltimore, MD | $650.00 | $0.00 | Transaction closed on October 3, 2024. Invoice for $692.00 sent to A. Jain to pay. This is $650.00 for October rent and $42.00 for pro-rated October rent. |
| 6961 Sterling Road, Harrisburg, PA | $3,900.00 | $3,900.00 | Lease extended to December 15, 2024 |
| 15474 Roxbury Road, Glenwood, MD | $4,100.00 | $0.00 | Collection attorney engaged, unable to pursue collection and eviction due to lack of county rental license |
| Totals | **$8,650.00** | **$3,900.00** | |



### Insurance Schedule – October 2024
### Eagle Properties and Investments, LLC

| Property | Insurance Carrier | Status |
|---|---|---|
| 6961 Sterling Road, Harrisburg, PA | State Farm | Active – 837-5 |
| 15474 Roxbury Road, Glenwood, MD | State Farm | Active – 071-21 |
| 3012 Dupont, Baltimore, MD | State Farm, Cancelation Notice given | Cancelled, Contract Purchaser placed insurance on property, closing scheduled for 10/3/24 |
| 7180 Jonestown Road, Harrisburg, PA | State Farm | Cancelled by State Farm on 7/2/24, Insured by Lender's Insurance, Pending Sale Motion 11/5/24 hearing date |

| Invoice Ref | Date | Name | Property Address | Rental Income Received | 1st DOT Cash Collateral Order | Account | Amount | Property Total |
|---|---|---|---|---|---|---|---|---|
| 191 | 6/17/24 | Edward Bradley | 1010 Lynn Street, SW, Vienna, VA | No | No | Property Maintenance - (6.17.24) - Grass Cutting | $ 75.00 | $ 75.00 |
| 191 | 6/17/24 | Edward Bradley | 1203 Cottage Street, SW, Vienna, VA | No | Yes | Property Maintenance - (6.17.24) - Grass Cutting | $ 75.00 | $ 75.00 |
| 191 | 6/17/24 | Edward Bradley | 1343 Church Street, Hershey, PA | No | Yes | Property Maintenance - (6.17.24) - Grass Cutting | $ 75.00 | $ 75.00 |
| 187 | 10/18/24 | PA American Water | 204 S. Fairville Ave, Harrisburg, PA | No | No | Utilities - Listings (Final Bill) | $ 81.45 | |
| 190 | 10/22/24 | Edward Bradley | 204 S. Fairville Ave, Harrisburg, PA | No | No | Property Maintenance - (8.25.24) - Grass Cutting | $ 75.00 | |
| 191 | 6/17/24 | Edward Bradley | 204 S. Fairville Ave, Harrisburg, PA | No | No | Property Maintenance - (6.17.24) - Grass Cutting | $ 75.00 | |
| 193 | 10/14/24 | State Farm | 204 S. Fairville Ave, Harrisburg, PA | No | No | Property Insurance | $ 41.43 | $ 272.88 |
| 191 | 6/17/24 | Edward Bradley | 249 Berkstone Drive, Harrisburg, PA | No | No | Property Maintenance - (6.17.24) - Grass Cutting | $ 75.00 | |
| 193 | 10/14/24 | State Farm | 249 Berkstone Drive, Harrisburg, PA | No | No | Property Insurance | $ 41.43 | $ 116.43 |
| 184 | 10/12/24 | Washington Gas | 449 Lawyers Road, Vienna, VA | No | Yes | Utilities - Listings (Final Bill) | $ 214.41 | $ 214.41 |
| 183 | 10/1/24 | PA American Water | 6958 New Oxford Road, Harrisburg, PA | No | No | Utilities - Listings (Final Bill) | $ 28.74 | |
| 190 | 10/22/24 | Edward Bradley | 6958 New Oxford Road, Harrisburg, PA | No | No | Property Maintenance - (8.25.24) - Grass Cutting | $ 75.00 | |
| 191 | 6/17/24 | Edward Bradley | 6958 New Oxford Road, Harrisburg, PA | No | No | Property Maintenance - (6.17.24) - Grass Cutting | $ 75.00 | |
| 193 | 10/14/24 | State Farm | 6958 New Oxford Road, Harrisburg, PA | No | No | Property Insurance | $ 41.43 | $ 220.17 |
| 185 | 10/12/24 | PA American Water | 6961 Sterling Road, Harrisburg, PA | No | No | Utilities - Listings (8.21.24 to 9.20.24) | $ 227.17 | |
| 186 | 10/12/24 | Lower Paxton Township | 6961 Sterling Road, Harrisburg, PA | Yes | No | Utilities - Listings (7.1.24 to 9.30.24 plus past due balance of $158 from prior quarter) | $ 404.93 | |
| 189 | 10/31/24 | PA American Water | 6961 Sterling Road, Harrisburg, PA | Yes | No | Utilities - Listings (9.21.24 to 10.18.24) | $ 212.15 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 192 | 10/31/24 | G.F. Bowman | 6961 Sterling Road, Harrisburg, PA | Yes | No | Property Maintenance - Repair leaking toilet | $ 262.91 | |
| 193 | 10/14/24 | State Farm | 6961 Sterling Road, Harrisburg, PA | Yes | No | Property Insurance | $ 55.91 | $ 1,163.07 |
| | | | | | | | | |
| 191 | 10/25/24 | Edward Bradley | 7180 Jonestown Road, Harrisburg, PA | No | No | Property Maintenance - 10.11.24 | $ 100.00 | |
| 188 | 10/25/24 | PPL Electric Utilities | 7180 Jonestown Road, Harrisburg, PA | No | No | Utilities - Listings (9.13.24 to 10.14.24) | $ 32.33 | |
| 190 | 10/22/24 | Edward Bradley | 7180 Jonestown Road, Harrisburg, PA | No | No | Property Maintenance - 8.25.24 (Grass Cutting) | $ 75.00 | |
| 191 | 6/17/24 | Edward Bradley | 7180 Jonestown Road, Harrisburg, PA | No | No | Property Maintenance - (6.17.24) - Grass Cutting | $ 75.00 | $ 282.33 |
| | | | | | | | | |
| 190 | 10/22/24 | Edward Bradley | 7213 Linglestown Road, Harrisburg, PA | No | No | Property Maintenance - 8.25.24 (Grass Cutting) | $ 75.00 | |
| 191 | 6/17/24 | Edward Bradley | 7213 Linglestown Road, Harrisburg, PA | No | No | Property Maintenance - (6.17.24) - Grass Cutting | $ 75.00 | |
| 193 | 10/14/24 | State Farm | 7213 Linglestown Road, Harrisburg, PA | No | No | Property Insurance | $ 184.25 | $ 334.25 |
| | | | | | | | | |
| 190 | 10/22/24 | Edward Bradley | 7616 Grove Ave, Harrisburg, PA | No | Yes | Property Maintenance - 8.25.24 (Grass Cutting) | $ 75.00 | |
| 191 | 6/17/24 | Edward Bradley | 7616 Grove Ave, Harrisburg, PA | No | Yes | Property Maintenance - (6.17.24) - Grass Cutting | $ 75.00 | $ 150.00 |
| | | | | | | | | |
| ACH | 9/25/24 | State Farm | 15474 Roxbury Road, Glenwood, MD | No | No | September 2024 Insurance | $ 87.75 | |
| ACH | 10/25/24 | State Farm | 15474 Roxbury Road, Glenwood, MD | No | No | October 2024 Insurance | $ 87.75 | $ 175.50 |
| | | | | | | | | |
| ACH | 9/25/24 | State Farm | 202 N. Port Street, Baltimore, MD | No | No | September 2024 Insurance | $ 86.91 | |
| ACH | 10/25/24 | State Farm | 202 N. Port Street, Baltimore, MD | No | No | October 2024 Insurance | $ 86.81 | $ 173.72 |
| | | | | | | | | |
| | | | | | | Total Due RealMarkets | | $ 3,327.76 |