```
Label Matrix for local noticing        3977 Chain Bridge Rd, Suite 1         ADT
0422-1                                  Faifax, VA 22030-3308                 P O Box 371878
Case 23-10566-KHK                                                             Pittsburgh, PA 15250-7878
Eastern District of Virginia
Alexandria
Fri Nov 22 16:02:28 EST 2024

Aero Mortgage Loan Trust 2019- 1        American Express National Bank        Asset Based Lending
8100 Three Chopt Rd.                    c/o Becket and Lee LLP                PO BOX 27370
Suite 240                               PO Box 3001                           Anaheim, CA 92809-0112
Richmond, VA 23229-4833                 Malvern  PA 19355-0701


Atlantic Union Bank                     Atlantic Union Bank                   (p)ATLANTIC UNION BANK
1051 E. Cary Street                     8221 Old Courthouse Rd Ste 100,       P O BOX 176
Suite 1200                              Tysons, VA 22182-3839                 BLACKSBURG VA 24063-0176
Richmond, VA 23219-4044


Bala Jain                               Bala Jain LLC                         Bala Jain LLC
Christopher L. Rogan, Esq.              6007 Marilyn Dr.                      6007 Marilyn Drive
50 Catoctin Circle, NE, Suite 300       Alexandria, VA 22310-1516             Alexandria, VA 2231- 22310-1516
Leesburg, VA 20176-3101


Bank Of Clarke                          Bank Of Clarke County                 Bank of Clarke
110 Crock Wells Mill Drive              2 East Main Street                    c/o Hannah W. Hutman, Esq.
Winchester, VA 22603-3943               Berryville, VA 22611-1338             Hoover Penrod, PLC
                                                                              342 S. Main Street
                                                                              Harrisonburg, VA 22801-3628

Bank of Clarke County                   Betsy Dalton                          Corey Simpson Booker
c/o Hannah W. Hutman, Esq.              1003 Lynn St SW                       1051 East Cary Street
Hoover Penrod, PLC                      Vienna, VA 22180-6428                 Suite 1200
342 S. Main Street                                                            Richmond, VA 23219-4044
Harrisonburg, VA 22801-3628


J. P. McGuire Boyd Jr                   COUNTY OF HENRICO, VIRGINIA           Candice Goodman
Williams Mullen, P.C.                   SARA L. MAYNARD, ASST. COUNTY ATTORNEY 15474 Roxbury Rd
200 South 10th Street                   P. O. BOX 90775                       Glenwood, MD 21738-9306
Richmond, VA 23219-4091                 HENRICO, VIRGINIA 23273-0775


Capital One N.A.                        City of Richmond                      City of Richmond  City Hall
by American InfoSource as agent         Division of Collections PO Box 26505  Room 109 Delinquent Taxes
4515 N Santa Fe Ave                     Richmond, VA 23261-6505               900 East Broad Street
Oklahoma City, OK 73118-7901                                                  Richmond VA 23219-1907


Civic Ventures, LLC                     Community Bank Of Chesapeake          Community Bank of the Chesapeake
Douglas M. Foley, Esquire               202 Centennial St,                    Atten: Jared Krahler
Kaufman & Canoles, P.C.                 La Plata, MD 20646                    3035 Leonardtown Road
Two James Center                                                              Waldorf, MD 20601-3112
1021 East Cary Street, Suite 1400                                             ,
Richmond, VA 23219-4031

County of Fairfax                       County of Henrico                     DTMA
Department of Tax Administration, Revenu Department of Finance, PO Box 90775  670 Clearwater RD
Suite 223                               Henrico, VA 23273-0775                Hershey, PA 17033-2453
Fairfax, VA 22035
```

| | | |
|---|---|---|
| Dauphin County Office of Tax Claim Bureau<br>Dauphin County Administration Building,<br>PO Box No 1295<br>Harrisburg, PA 17108 | Dauphin County Tax Claim Bureau<br>P. O. Box 1295<br>Harrisburg, PA 17108-1295 | Department of Finance Howard county<br>Property Tax Division, 3430, Court House<br>Ellicott City, MD 21043-4300 |
| Devon England<br>213 N Port St<br>Baltimore , MD 21224-1027 | (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 | Eagle Properties and Investments LLC<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 |
| John Tucker Farnum<br>Miles and Stockbridge PC<br>1201 Pennsylvania Ave<br>Suite 900<br>Washington, DC 20004-2464 | Justin Fasano<br>McNamee Hosea, P.A.<br>6404 Ivy Lane<br>Ste 820<br>Greenbelt, MD 20770-1416 | Erik W. Fox<br>Rees Broome, PC<br>1900 Gallows Road<br>Suite 700<br>Vienna, VA 22182-3886 |
| Jack Frankel<br>Office of the U.S. Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314-3489 | Michael T. Freeman<br>Office of the US Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314-3489 | Fulton Bank<br>625 Elden St,<br>Herndon, VA 20170-4739 |
| Fulton Bank, N.A.<br>c/o David S. Musgrave, Esquire<br>Gordon Feinblatt LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, MD 21202-4363 | Fulton Bank, N.A.<br>c/o David S. Musgrave, Esquire<br>Gordon Feinblatt LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, Maryland 21202-4363 | GITSIT Solutions, LLC<br>c/o Andrew S. Goldstein<br>PO Box 404<br>Roanoke, VA 24003-0404 |
| Gitsit Solutions, LLC<br>c/o Prober & Raphael, A Law Corporation<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, CA 91364-6207 | Gitsit Solutions, LLC<br>333 South Anita Drive, Suite 400<br>Orange, CA 92868-3314 | H. Jason Gold<br>H. Jason Gold, Trustee<br>P.O. Box 57359<br>Washington, DC 20037-0359 |
| Andrew S Goldstein<br>Magee Goldstein Lasky & Sayers, P.C.<br>PO Box 404<br>Roanoke, VA 24003-0404 | Nancy Greene<br>N D Greene PC<br>3977 Chain Bridge Rd<br>Suite 1<br>Fairfax, VA 22030-3308 | Gus Goldsmith<br>18205 Biscayne Blvd, Suite 2226<br>Aventura, FL 33160-2149 |
| Gus Goldsmith<br>Justin P. Fasano<br>6411 Ivy Lane, Suite 200<br>Greenbelt, MD 20770-1405 | Robert Hockenbury<br>Womble Bond Dickinson (US) LLP<br>100 Light Street, 26th Floor<br>Baltimore, MD 21202-1153 | Howard County Maryland<br>Gary Kuc, Esq/Kristen Bowen Perry, Esq.<br>3450 Court House Drive<br>Ellicott City, MD 21043-4330 |
| Hannah White Hutman<br>Hoover Penrod, PLC<br>342 S. Main Street<br>Harrisonburg, VA 22801-3628 | Internal Revenue Service<br>Special Procedures Support Staff<br>P. O. Box 10025<br>Richmond, VA 23240 | Amit Jain<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 |
| Christopher A. Jones<br>Whiteford Taylor & Preston, LLP<br>3190 Fairview Park Dr.<br>Suite 800<br>Falls Church, VA 22042-4558 | Joshua Fowlers<br>580 W Areba Ave<br>Hershey , PA 17033-1605 | (p)REALMARKETS<br>20333 MEDALIST DRIVE<br>ASHBURN VA 20147-4184 |

Stephen Karbelk  
Team Leader, RealMarkets  
Century 21 New Millennium  
6629 Old Dominion Dr  
McLean, VA 22101-4516  

Kaufman & Canoles, P.C.  
Two James Center  
1021 East Cary Street, Suite 1400  
Richmond, Virginia 23219-4031  

LINKBANK  
1250 Camphill Bypass, Suite 202  
Camp Hill, PA 17011-3718  

Lincoin Financing  
9030 Stony Point Pkwy  
Richmond, VA 23235-1957  

Lincoln Automotive Financial Services  
P.O. Box 62180  
Colorado Springs, CO 80962-2180  

Lincoln Automotive Financial Services  
PO Box 2400, Edmonton, Alberta, T5J 5C7,  

Main Street Bank  
10089 Fairfax Blvd.  
Fairfax, VA 22030-1742  

MainStreet Bank  
c/o Eric S. Schuster, Esq.  
100 Light Street, Suite 1400  
Baltimore, Maryland 21202-1188  

Robert M. Marino  
Redmon Peyton & Braswell, LLP  
510 King Street  
Suite 301  
Alexandria, VA 22314-3184  

Jeffery T. Martin Jr.  
Martin Law Group, P.C.  
8065 Leesburg Pike  
Ste 750  
Vienna, VA 22182-2702  

Mayor and City Council Baltimore  
Bureau of Revenue Collections  
200 Holliday Street Room #1  
Bankruptcy  
Baltimore, MD 21202-6295  

James R. Meizanis Jr.  
Blankingship & Keith, PC  
4020 University Drive  
Suite 300  
Fairfax, VA 22030-6802  

Monika Jain  
445 Windover Ave North West  
Vienna, VA 22180-4232  

Monika Jain  
445 Windover Drive  
Vienna  
VA 22180-4232  

David S. Musgrave  
Gordon Feinblatt LLC  
233 East Redwood Street  
Baltimore, MD 21202-3332  

N D Greene PC  
N D Greene PC  
3977 Chain Bridge Rd  
Suite 1  
Faifax, VA 22030-3308  

N D Greene PC  
3977 Chain Bridge Rd, Suite 1  
Fairfax, VA 22030-3308  

NP Master Trust I (Cayman) LLC  
c/o Andrea C. Davison  
2311 Wilson Blvd Suite 500  
Arlington VA 22201-5422  

Stephen W. Nichols  
Offit Kurman, P.A.  
7501 Wisconsin Avenue  
Suite 1000w  
Bethesda, MD 20814-6604  

Orrstown Bank  
c/o Stephen Nichols, Esq.  
Offit Kurman PA  
7501 Wisconsin Ave. Suite 1000W  
Bethesda, MD 20814-6604  

Orrstown Bank  
Offit/Kuman PA  
7501 Wisconsin Ave #1000W  
Bethesda, MD 20814-6604  

PPL Electric Utilities  
827 Hausman Rd  
Allentown, PA 18104-9392  

Craig M. Palik  
McNamee Hosea  
6404 Ivy Lane  
Suite 820  
Greenbelt, MD 20770-1416  

Pennsylvania American Water  
P O Box 371412  
Pittsburgh, PA 15250-7412  

Lee S Raphael  
Prober & Raphael, Law Corporation  
20750 Ventura BLVD., Suite 100  
Woodland Hills, CA 91364-6207  

John E Reid  
Martin Law Group, P.C.  
8065 Leesburg Pike  
Suite 750  
Vienna, VA 22182-2702  

Christopher L. Rogan  
RoganMillerZimmerman, PLLC  
50 Catoctin Circle, N.E., Suite 300  
Leesburg, VA 20176-3101  

Jeremy B. Root  
Blankingship & Keith, P.C.  
4020 University Dr. Ste. 300  
Fairfax, VA 22030-6802  

SC&H Group  
c/o Miles & Stockbridge P.C.  
1201 Pennsylvania Ave., NW  
Ste. 900  
Washington, DC 20004-2464  

SC&H Group, Inc.  
c/o Robert Patrick  
910 Ridgebrook Road  
Sparks, MD 21152-9390

```
Shore United Bank                         Barry W. Spear                            Stafford County
200 West Gate Circle                      BWW Law Group, LLC                        Laura M Rudy, Treasurer, PO Box 68
Suite 200                                 8100 Three Chopt Road                     Stafford, VA 22555-0068
Annapolis, MD 21401-3377                  Suite 240
                                          Richmond, VA 23229-4833


Stafford County Attorney's Office         Joshua David Stiff                        Town Of Vienna Water and Sewer Bill
1300 Courthouse Road                      Whiteford Taylor Preston LLP              127 Center St
P.O. Box 339                              249 Central Park Avenue                   Vienna, VA 22180-5719
Stafford, VA 22555-0339                   Suite 300
                                          Virginia Beach, VA 23462-3271


Dylan G. Trache                           Trinity Universal Insurance Company       Trinity Universal Insurance Company
Nelson Mullins Riley & Scarborough LLP    c/o Man Global Private Mkts. (USA), Inc.  c/o Man Global Private Mkts. (USA) Inc.
101 Constitution Avenue, N.W.             1345 Avenue of the Americas 21st Floor    Attn: Legal
Suite 900                                 New York, NY 10105-0199                   1345 Avenue of the Americas, 21st Floor
Washington, DC 20001-2133                                                           New York, NY 10105-0199


Troy Mason                                Turkey Hill                               U.S. Securities and Exchange Commission
3002 Williamsburg Rd                      1635 Church Rd                            Office of Reorganization
Richmond , VA 23231-2128                  Hershey , PA 17033-1812                   950 East Paces Ferry Rd, Suite 900
                                                                                    Atlanta, GA 30326-1382


U.S. Trustee                              (p)UGI UTILITIES INC                      UST smg Alexandria
1725 Duke Street, Suite 650               ATTN CREDIT & COLLECTIONS                 Office of the U. S. Trustee
Alexandria, VA 22314-3489                 P O BOX 13009                             1725 Duke Street
                                          READING PA 19612-3009                     Suite 650
                                                                                    Alexandria, VA 22314-3489


Maurice Belmont VerStandig                Verizon Fios                              Gerard R. Vetter
The VerStandig Law Firm, LLC              1430 Walnut St                            Office of the U.S. Trustee - Region 4
9812 Falls Roads, #114-160                Philadelphia, PA 19102-4021               1725 Duke Street
Potomac, MD 20854-3976                                                              Suite 650
                                                                                    Alexandria, VA 22314-3489


Vienna Oaks Office Center Condominium     Vienna Oaks Office Center Condominium     Virginia Partners Bank
c/o Rees Broome, PC                       c/o Erik W. Fox, Rees Broome              410 William St.
Suite 700                                 1900 Gallows Road, Sutie 700              Fredericksburg, VA 22401-5834
Tysons Corner, VA 22182                   Tysons Corner, VA 22182-3886


Virginia Partners Bank                    Christian K. Vogel                        Washington Gas
LINKBANK                                  Vogel Law Group, PLC                      6801 Industrial Rd
1250 Camphill Bypass, Suite 202           513 Forest Ave.                           Springfield, VA 22151-4205
Camp Hill, PA 17011-3718                  Suite 205
                                          Richmond, VA 23229-6850


Waste Management                          West Hanover Tap Water and Sewer          West Hanover Township Water & Sewer Authorit
P O Box 13577                             7091 Jonestown Rd                         Steven P. Miner, Esquire
Philadelphia, PA 19101-3577               Harrisburg, PA 17112                      3631 N. Front Street
                                                                                    Harrisburg, PA 17110-1533


Whiteford Taylor & Preston LLP            Wilmington Savings Fund Society, FSB
3190 Fairview Park Drive                  FCI Lender Services, Inc.
Suite 800                                 P.O. Box 27370
Falls Church, VA 22042-4558               Anaheim Hills, CA 92809-0112
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlantic Union Bank<br>PO Box 176<br>Blacksburg, VA 24063 | Dominion Energy<br>P O Box 26543<br>Richmond, VA 23290 | Stephen Karbelk<br>Team Leader, RealMarkets<br>Century 21 New Millennium<br>20405 Exchange St, Suite 221<br>Ashburn, VA 20147 |
| UGI Utilities Inc<br>400 Stewart Rd<br>Hanover, PA 18706 | (d)UGI Utilities, Inc.<br>PO Box 13009<br>Reading, PA 19612 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bala Jain LLC | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 |
| (d)Bala Jain LLC<br>Christopher L. Rogan, Esq.<br>50 Catoctin Circle, NE Suite 300<br>Leesburg, VA 20176-3101 | (u)Gus Goldsmith | (u)Isidoro Pulido Luna<br>202 N Port St |
| (u)LINKBANK | (u)Lincoln Automotive Financial Services | (u)MainStreet Bank |
| (u)Primis Bank | (u)Maurice VerStandig | End of Label Matrix<br>Mailable recipients    118<br>Bypassed recipients     11<br>Total                  129 |