# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case |
| EAGLE PROPERTIES AND INVESTMENTS LLC | ) | No. 23-10566-KHK |
| | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |

## TRUSTEE'S REPORT OF SALE

Pursuant to Fed. R. Bankr. P. 6004(f) and Local Bankruptcy Rule 6004-2(D), H. Jason Gold, the Chapter 7 Trustee ("Trustee") for the above-captioned Debtor, files this Report of Sale (including attached Settlement Statement). On 11/14/2024, this Court entered an order approving the Motion to Approve Sale of Property Free and Clear of Liens, being real property at 7180 Jonestown Rd, Harrisburg PA ("Property") held by the Debtor's bankruptcy estate.

| | |
|---|---|
| Settlement (or Closing) Date: | 11/20/2024 |
| Property Sold: | 7180 Jonestown Rd, Harrisburg PA |
| Purchasers: | Bala Jain |
| Purchase Price: | $255,000.00 |
| Exemptions paid to Debtor: | $0.00 |
| Net Proceeds to Estate: | **$20,400.00** |

Dated: 11/27/2024

Respectfully submitted,

*/s/ H. Jason Gold*
H. JASON GOLD, CH. 7 TRUSTEE

H. Jason Gold, Va. Bar No. 19117
PO Box 57359
Washington DC  20037
*Chapter 7 Trustee*

| American Land Title Association | ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

**Universal Settlement Services of PA**
**ALTA Universal ID:**
**1423 N Atherton Street**
**2nd Floor**
**State College, PA 16803**

| | |
|---|---|
| File No./Escrow No.: | PA-24-2273 |
| Print Date & Time: | November 14, 2024  4:24 pm |
| Officer/Escrow Officer: | |
| Settlement Location: | 1423 N Atherton Street, 2nd Floor<br>State College, PA 16803 |
| Property Address: | 7180 Jonestown Road<br>Harrisburg, PA 17112 |
| Borrower: | Annn Investment, LLC |
| Seller: | H. Jason Gold, Bankruptcy Trustee of The Bankruptcy Estate of Eagle Properties and Investments LLC<br>PO Box 57359<br>Washington, DC 20037 |
| Lender: | The Lending Group Company, ISAOA/ATIMA |
| Settlement Date: | November 15, 2024 |
| Disbursement Date: | November 15, 2024 |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | | Lender Credits from The Lending Group Company, ISAOA/ATIMA | | 415.00 |
| | 255,000.00 | Sale Price of Property | 255,000.00 | |
| | | Deposit | | 5,000.00 |
| | | Loan Amount | | 204,000.00 |
| 1,000.00 | | Seller Credit | | 1,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | 129.25 | City/Town Taxes<br>11/15/24 - 12/31/24 | 129.25 | |
| | 1,286.07 | Assessments<br>11/15/24 - 06/30/25 | 1,286.07 | |
| | | | | |
| | | **Loan Charges to The Lending Group Company, ISAOA/ATIMA** | | |
| | | % of Loan Amount (Points) | 4,590.00 | |
| | | Processing Fee | 905.00 | |
| | | Underwriting Fee | 675.00 | |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Loan Charges to The Lending Group Company, ISAOA/ATIMA (continued)** | | |
| | | Appraisal Fee<br>    $675.00 paid outside closing by Borrower | | |
| | | Credit Report | 116.60 | |
| | | Electronic Registration MERS Fee | 24.95 | |
| | | Flood Certification | 8.00 | |
| | | Tax Service | 85.00 | |
| | | Prepaid Interest<br>    $48.90 per day from 11/15/24 to 12/01/24<br>    The Lending Group Company, ISAOA/ATIMA | 782.47 | |
| | | | | |
| | | **Impounds** | | |
| | | Homeowner's Insurance to The Lending Group Company, ISAOA/ATIMA<br>    3.000 months at $132.23/month | 396.69 | |
| | | Property Taxes to The Lending Group Company, ISAOA/ATIMA<br>    11.000 months at $83.87/month | 922.57 | |
| | | School Taxes to The Lending Group Company, ISAOA/ATIMA<br>    6.000 months at $171.29/month | 1,027.74 | |
| | | Aggregate Adjustment to The Lending Group Company, ISAOA/ATIMA | | 1,184.86 |
| | | | | |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| | | CPL to Universal Settlement Services of PA | 125.00 | |
| | | TIRBOP Endorsement 100 (Covenants, Conditions and Restrictions) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 300 (Mortgage Survey Exception) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 900 (Environmental Protection Lien - Residential) to Universal Settlement Services of PA | 100.00 | |
| 150.00 | | Deed Prep to The Nittany Group | | |
| 1,200.00 | | Final Sewer ESCROW to Universal Escrow | | |
| 300.00 | | Final Water ESCROW to Universal Escrow | | |
| | | Owner's Title Insurance to Universal Settlement Services of PA<br>    Coverage: 255,000.00<br>    Premium: 1,908.50 | 1,908.50 | |
| 100.00 | | Search Fee to Universal Settlement Services of PA | | |
| 125.00 | | Tax Cert Fee to Universal Settlement Services of PA | | |
| 75.00 | | Wire Fees to Universal Settlement Services of PA | | |
| | | | | |
| | | **Commissions** | | |

Copyright 2015 American Land Title Association
All rights reserved

File # PA-24-2273 / 59
Printed on 11/14/24 at 4:23:59PM by lcoleman

| Seller Debit | Seller Credit | Description | Borrower Debit | Borrower Credit |
|---|---|---|---|---|
| | | **Commissions (continued)** | | |
| 7,650.00 | | Commission - Listing Agent to Century 21 New millennium | | |
| 6,375.00 | | Commission - Selling Agent to Prime Realty Services | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees to Dauphin County Recorder of Deeds | 350.00 | |
| 2,550.00 | | Transfer Tax to Dauphin County Recorder of Deeds | 2,550.00 | |
| 100.00 | | UCC Satisfaction Fee to Dauphin County Recorder of Deeds | | |
| | | | | |
| | | **Miscellaneous** | | |
| | | Homeowner's Insurance Premium to Allstate 12 months | 1,586.79 | |
| 1,129.73 | | 2024 county/twp taxes to West Hanover Township Tax Collector | | |
| 2,307.15 | | 2024-2025 school taxes to West Hanover Township Tax Collector | | |
| 7,650.00 | | 326(a) Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| | | Attorney Title Exam Fee to RL Title and Escrow Inc. | 150.00 | |
| 12,750.00 | | Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| 3,652.58 | | delinquent taxes to Dauphin County Tax Claim | | |
| 500.00 | | Expense Reimbursement to RealMarkets | | |
| 150.00 | | Settlement and Closing Fee to RL Title and Escrow Inc. | 895.00 | |
| 208,650.86 | | SHORT SALE PROCEEDS to TRINITY UNIVERSAL INSURANCE COMPANY | | |

| Seller Debit | Seller Credit | | Borrower Debit | Borrower Credit |
|---|---|---|---|---|
| 256,415.32 | 256,415.32 | Subtotals | 273,814.63 | 211,599.86 |
| | | Due from Borrower | | 62,214.77 |
| 256,415.32 | 256,415.32 | Totals | 273,814.63 | 273,814.63 |