IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| EAGLE PROPERTIES AND ) | Bankruptcy Case |
| INVESTMENTS, LLC, ) | No. 23-10566-KHK |
| ) | Chapter 7 |
| Debtor. ) | |
| _____) | |

**ORDER APPROVING TRUSTEE'S SECOND APPLICATION FOR INTERIM ALLOWANCE OF COMPENSATION**

UPON CONSIDERATION of H. Jason Gold, chapter 7 trustee's ("Trustee") Second Application for Interim Allowance of Compensation ("Application") (Docket No. 660), and the Court being satisfied that notice and an opportunity for hearing were given to creditors and parties in interest, and the Court having duly examined and considered the Application and any objections thereto;

IT IS HEREBY ORDERED:

1. The Application is approved, and interim compensation is allowed in the amount of $110,644.58.

2. The Trustee is authorized to pay this award, or any portion thereof, in his discretion from funds of the estate.

Date: Dec 6 2024

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Dec 9 2024

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 712-2800
*Counsel to the Chapter 7 Trustee*
4865-6558-1525 v.3

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:  /s/ Dylan G. Trache
     Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*


**SEEN AND NO OBJECTION:**

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
(703) 557-7176


By:  /s/ Jack Frankel (by DGT with authority)
     Jack Frankel




LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1


Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia  22314

2