IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) |
| EAGLE PROPERTIES AND | ) Bankruptcy Case |
| INVESTMENTS, LLC, | ) No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |
| _____ | ) |

### ORDER APPROVING SECOND INTERIM APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH LLP, COUNSEL TO TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

UPON CONSIDERATION of Nelson Mullins Riley & Scarborough LLP's ("Nelson Mullins") Second Interim Application for Allowance of Compensation and Reimbursement of Expenses ("Application") as counsel to the Chapter 7 Trustee (Docket No. 658), the Court being satisfied that notice and an opportunity for hearing were given to creditors and parties in interest, and the Court having duly examined and considered the Application:

IT IS HEREBY ORDERED:

1. The Application is approved, and compensation for actual and necessary services rendered and reimbursement of actual and necessary expenses are allowed as follows:

| | |
|---|---|
| Fees: | $57,443.00 |
| Expenses: | $ 2,841.74 |
| Total: | $60,284.74 |

2. H. Jason Gold, the Chapter 7 Trustee is authorized to pay this award, or any portion thereof, in his discretion from funds of the estate.

Date: Dec 6 2024

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Dec 9 2024

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*
4891-8846-3061 v.7

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW / Suite 900
Washington, DC  20001
Tel: 202.689.2800
Fax: 202.689.2860
Email:  dylan.trache@nelsonmullins.com


By:     /s/ Dylan G. Trache
        Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*


**SEEN AND NO OBJECTION:**

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7176


By:      /s/ Jack Frankel (by DGT with authority)
        Jack Frankel


**CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)**

I HEREBY CERTIFY that this Order has been endorsed by all necessary parties.


        /s/ Dylan G. Trache
        Dylan G. Trache

2

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, VA 22314

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-10566-KHK |
| Eagle Properties and Investments LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: TatianaLa | Page 1 of 3 |
| Date Rcvd: Dec 09, 2024 | Form ID: pdford9 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Dec 10 2024 00:33:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2024              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2024 at the address(es) listed below:

**Name**                **Email Address**

Andrew S Goldstein
             on behalf of Creditor GITSIT Solutions  LLC AGoldstein@mglspc.com, jcoffman@mglspc.com

Barry W. Spear
             on behalf of Creditor Aero Mortgage Loan Trust 2019- 1 Barry.Spear@bww-law.com  bankruptcy@bww-law.com

Bradley J. Swallow
             on behalf of Defendant Main Street Bank bswallow@fblaw.com

Christian K. Vogel
             on behalf of Interested Party Primis Bank kvogel@vogelandcromwell.com

Christian K. Vogel

Case 23-10566-KHK   Doc 676   Filed 12/11/24   Entered 12/12/24 00:16:18   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0422-9 | User: TatianaLa | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2024 | Form ID: pdford9 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant Primis Bank f/k/a Sona Bank kvogel@vogelandcromwell.com |
| Christopher A. Jones | on behalf of Debtor Eagle Properties and Investments LLC cajones@whitefordlaw.com clano@whitefordlaw.com,dchaney@whitefordlaw.com |
| Christopher L. Rogan | on behalf of Defendant Shail Butani crogan@rmzlawfirm.com |
| Christopher L. Rogan | on behalf of Creditor Bala Jain LLC crogan@rmzlawfirm.com |
| Christopher L. Rogan | on behalf of Defendant Ishwer Butani crogan@rmzlawfirm.com |
| Christopher L. Rogan | on behalf of Defendant Bala Jain LLC crogan@rmzlawfirm.com |
| Corey Simpson Booker | on behalf of Creditor Atlantic Union Bank corey.booker@atlanticunionbank.com |
| Craig M. Palik | on behalf of Creditor Trinity Universal Insurance Company cpalik@mhlawyers.com cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnickerson@mhlawyers.com |
| David S. Musgrave | on behalf of Creditor Fulton Bank  N.A. dmusgrave@gfrlaw.com, jojones@gfrlaw.com |
| David S. Musgrave | on behalf of Defendant Fulton Financial Corporation dmusgrave@gfrlaw.com  jojones@gfrlaw.com |
| Dylan G. Trache | on behalf of Trustee H. Jason Gold dylan.trache@nelsonmullins.com linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com |
| Elizabeth Husebo | on behalf of Defendant First Class Title  Inc. ehusebo@grsm.com |
| Elizabeth Husebo | on behalf of Defendant Daniel J. Kotz ehusebo@grsm.com |
| Erik W. Fox | on behalf of Creditor Vienna Oaks Office Center Condominium efox@reesbroome.com rhurley@reesbroome.com;Acruz@reesbroome.com |
| Gerard R. Vetter | ustpregion04.ax.ecf@usdoj.gov |
| H. Jason Gold | goldtrustee@fiduciaryservicesgroup.com  VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com |
| Hannah White Hutman | on behalf of Creditor Bank of Clarke County hhutman@hooverpenrod.com scurtis@hooverpenrod.com;hooverpenrodplc@jubileebk.net |
| J. P. McGuire Boyd, Jr | on behalf of Defendant Atlantic Union Bank mboyd@williamsmullen.com |
| J. P. McGuire Boyd, Jr | on behalf of Creditor Atlantic Union Bank mboyd@williamsmullen.com |
| J. P. McGuire Boyd, Jr | on behalf of Defendant Bank of Clarke County mboyd@williamsmullen.com |
| Jack Frankel | on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov |
| James R. Meizanis, Jr. | on behalf of Creditor LINKBANK jmeizanis@bklawva.com  jroot@bklawva.com;mnoble@bklawva.com |
| James R. Meizanis, Jr. | on behalf of Creditor Virginia Partners Bank jmeizanis@bklawva.com  jroot@bklawva.com;mnoble@bklawva.com |
| Jeffery T. Martin, Jr. | on behalf of Debtor Eagle Properties and Investments LLC jeff@martinlawgroup.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroup.com;jeff@martinlawgroupva.com;Diana@martinlawgroup.com |
| Jeffery T. Martin, Jr. | on behalf of Plaintiff Eagle Properties and Investments LLC jeff@martinlawgroup.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroup.com;jeff@martinlawgroupva.com;Diana@martinlawgro |

Case 23-10566-KHK   Doc 676   Filed 12/11/24   Entered 12/12/24 00:16:18   Desc
Imaged Certificate of Notice   Page 6 of 6

| District/off: 0422-9 | User: TatianaLa | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2024 | Form ID: pdford9 | Total Noticed: 1 |

up.com

Jeffery T. Martin, Jr.

on behalf of Counter-Defendant Eagle Properties and Investments LLC jeff@martinlawgroup.com
martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroup.com;jeff@martinlawgroupva.com;Diana@martinlawgroup.com

Jeremy B. Root

on behalf of Creditor Virginia Partners Bank jroot@bklawva.com
tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com

John E Reid

on behalf of Debtor Eagle Properties and Investments LLC jack@martinlawgroup.com  jack@martinlawgroupva.com

John Tucker Farnum

on behalf of Interested Party SC&H Group jfarnum@milesstockbridge.com
jfarnumecfnotices@gmail.com;dbernard@milesstockbridge.com

Joshua David Stiff

on behalf of Debtor Eagle Properties and Investments LLC jstiff@wtplaw.com  eslate@wtplaw.com;dchaney@whitefordlaw.com

Justin Fasano

on behalf of Creditor Gus Goldsmith jfasano@mhlawyers.com
jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;sshin@mhlawyers.com;dmoorehead@mhlawyers.com

Lee S Raphael

on behalf of Creditor Gitsit Solutions  LLC ecf1@ecf.courtdrive.com, cmartin@pralc.com

Maurice Belmont VerStandig

on behalf of Professional Maurice VerStandig mac@mbvesq.com
lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman

on behalf of U.S. Trustee Gerard R. Vetter michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

Nancy Greene

on behalf of Debtor Eagle Properties and Investments LLC ndg@ndglaw.com

Nancy Greene

on behalf of Plaintiff Eagle Properties and Investments LLC ndg@ndglaw.com

Nancy Greene

on behalf of Professional N D Greene PC ndg@ndglaw.com

Richard E. Hagerty

on behalf of Defendant Navy Federal Financial Group  LLC richard.hagerty@troutmansanders.com,
sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Robert Hockenbury

on behalf of Creditor Shore United Bank robert.hockenbury@wbd-us.com

Robert M. Marino

on behalf of Defendant Shail Butani rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino

on behalf of Defendant Ishwer Butani rmmarino@rpb-law.com  rmmarino1@aol.com

Robert M. Marino

on behalf of Creditor Bala Jain LLC rmmarino@rpb-law.com  rmmarino1@aol.com

Stephanie Gardner Bortnick

on behalf of Defendant Daniel J. Kotz sbortnick@grsm.com

Stephanie Gardner Bortnick

on behalf of Defendant First Class Title  Inc. sbortnick@grsm.com

Stephanie Gardner Bortnick

on behalf of Defendant Daniel Kotz sbortnick@grsm.com

Stephen W. Nichols

on behalf of Creditor Orrstown Bank snichols@offitkurman.com


TOTAL: 50