IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) |
| EAGLE PROPERTIES AND | ) Bankruptcy Case |
| INVESTMENTS, LLC, | ) No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |
| _____ | ) |

**ORDER APPROVING SECOND INTERIM APPLICATION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR ASSET MANAGER**

Upon consideration of the Application filed by H. Jason Gold, the Chapter 7 Trustee ("Trustee"), for allowance of fees incurred by Stephen Karbelk as the team leader of Auction Markets, LLC DBA RealMarkets ("Asset Manager") ("Application") (Docket No. 656), the Court being satisfied that notice and an opportunity for hearing were given to creditors and parties in interest, and the Court having duly examined and considered the Application and any objections thereto;

IT IS HEREBY ORDERED:

1. The Application is approved and interim compensation is allowed as follows:

   Compensation:   $7,065.00
   Costs:          $453.00
   Total:          $7,518.00

2. H. Jason Gold, the Chapter 7 Trustee is authorized to pay this award, or any portion thereof, in his discretion from funds of the estate.

Date: Dec 6 2024

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Dec 9 2024

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 689-2800
Counsel to the Chapter 7 Trustee
4870-9751-1410 v.2

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW / Suite 900
Washington, DC  20001
Tel: 202.689.2800
Fax: 202.689.2860
Email:  dylan.trache@nelsonmullins.com


By:     /s/ Dylan G. Trache
        Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*


**SEEN AND NO OBJECTION:**

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7176


By:     /s/ Jack Frankel (by DGT with authority)
        Jack Frankel

CERTIFICATION PURSUANT TO LOCAL RULE 9022-1: ENDORSEMENT

I HEREBY CERTIFY that all necessary parties have endorsed the above-referenced Order.

/s/ Dylan G. Trache
Dylan G. Trache

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, VA 22314

Stephen Karbelk
Team Leader, RealMarkets
6629 Old Dominion Drive
McLean, VA 22101

4870-9751-1410 v.2

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-10566-KHK |
| Eagle Properties and Investments LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: TatianaLa | Page 1 of 3 |
| Date Rcvd: Dec 09, 2024 | Form ID: pdford9 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2024:**

**Recip ID        Recipient Name and Address**
RE          + Stephen Karbelk, Team Leader, RealMarkets, Century 21 New Millennium, 6629 Old Dominion Dr, McLean, VA 22101-4516

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Dec 10 2024 00:33:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2024           Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew S Goldstein | on behalf of Creditor GITSIT Solutions LLC AGoldstein@mglspc.com, jcoffman@mglspc.com |
| Barry W. Spear | on behalf of Creditor Aero Mortgage Loan Trust 2019- 1 Barry.Spear@bww-law.com bankruptcy@bww-law.com |
| Bradley J. Swallow | on behalf of Defendant Main Street Bank bswallow@fblaw.com |

Case 23-10566-KHK   Doc 678   Filed 12/11/24   Entered 12/12/24 00:16:18   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0422-9 | User: TatianaLa | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2024 | Form ID: pdford9 | Total Noticed: 2 |

Christian K. Vogel
          on behalf of Interested Party Primis Bank kvogel@vogelandcromwell.com

Christian K. Vogel
          on behalf of Defendant Primis Bank f/k/a Sona Bank kvogel@vogelandcromwell.com

Christopher A. Jones
          on behalf of Debtor Eagle Properties and Investments LLC cajones@whitefordlaw.com
          clano@whitefordlaw.com,dchaney@whitefordlaw.com

Christopher L. Rogan
          on behalf of Defendant Shail Butani crogan@rmzlawfirm.com

Christopher L. Rogan
          on behalf of Creditor Bala Jain LLC crogan@rmzlawfirm.com

Christopher L. Rogan
          on behalf of Defendant Ishwer Butani crogan@rmzlawfirm.com

Christopher L. Rogan
          on behalf of Defendant Bala Jain LLC crogan@rmzlawfirm.com

Corey Simpson Booker
          on behalf of Creditor Atlantic Union Bank corey.booker@atlanticunionbank.com

Craig M. Palik
          on behalf of Creditor Trinity Universal Insurance Company cpalik@mhlawyers.com
          cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnickerson@mhlawyers.com

David S. Musgrave
          on behalf of Creditor Fulton Bank  N.A. dmusgrave@gfrlaw.com, jojones@gfrlaw.com

David S. Musgrave
          on behalf of Defendant Fulton Financial Corporation dmusgrave@gfrlaw.com  jojones@gfrlaw.com

Dylan G. Trache
          on behalf of Trustee H. Jason Gold dylan.trache@nelsonmullins.com
          linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com

Elizabeth Husebo
          on behalf of Defendant Daniel J. Kotz ehusebo@grsm.com

Elizabeth Husebo
          on behalf of Defendant First Class Title  Inc. ehusebo@grsm.com

Erik W. Fox
          on behalf of Creditor Vienna Oaks Office Center Condominium efox@reesbroome.com
          rhurley@reesbroome.com;Acruz@reesbroome.com

Gerard R. Vetter
          ustpregion04.ax.ecf@usdoj.gov

H. Jason Gold
          goldtrustee@fiduciaryservicesgroup.com  VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com

Hannah White Hutman
          on behalf of Creditor Bank of Clarke County hhutman@hooverpenrod.com
          scurtis@hooverpenrod.com;hooverpenrodplc@jubileebk.net

J. P. McGuire Boyd, Jr
          on behalf of Defendant Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
          on behalf of Creditor Atlantic Union Bank mboyd@williamsmullen.com

J. P. McGuire Boyd, Jr
          on behalf of Defendant Bank of Clarke County mboyd@williamsmullen.com

Jack Frankel
          on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov
          USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

James R. Meizanis, Jr.
          on behalf of Creditor LINKBANK jmeizanis@bklawva.com  jroot@bklawva.com;mnoble@bklawva.com

James R. Meizanis, Jr.
          on behalf of Creditor Virginia Partners Bank jmeizanis@bklawva.com  jroot@bklawva.com;mnoble@bklawva.com

Jeffery T. Martin, Jr.
          on behalf of Debtor Eagle Properties and Investments LLC jeff@martinlawgroup.com
          martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroup.com;jeff@martinlawgroupva.com;Diana@martinlawgroup.com

Case 23-10566-KHK    Doc 678    Filed 12/11/24    Entered 12/12/24 00:16:18    Desc
Imaged Certificate of Notice    Page 6 of 6

| | | |
|---|---|---|
| District/off: 0422-9 | User: TatianaLa | Page 3 of 3 |
| Date Rcvd: Dec 09, 2024 | Form ID: pdford9 | Total Noticed: 2 |

Jeffery T. Martin, Jr.
    on behalf of Plaintiff Eagle Properties and Investments LLC jeff@martinlawgroup.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroup.com;jeff@martinlawgroupva.com;Diana@martinlawgroup.com

Jeffery T. Martin, Jr.
    on behalf of Counter-Defendant Eagle Properties and Investments LLC jeff@martinlawgroup.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroup.com;jeff@martinlawgroupva.com;Diana@martinlawgroup.com

Jeremy B. Root
    on behalf of Creditor Virginia Partners Bank jroot@bklawva.com tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com

John E Reid
    on behalf of Debtor Eagle Properties and Investments LLC jack@martinlawgroup.com jack@martinlawgroupva.com

John Tucker Farnum
    on behalf of Interested Party SC&H Group jfarnum@milesstockbridge.com jfarnumecfnotices@gmail.com;dbernard@milesstockbridge.com

Joshua David Stiff
    on behalf of Debtor Eagle Properties and Investments LLC jstiff@wtplaw.com eslate@wtplaw.com;dchaney@whitefordlaw.com

Justin Fasano
    on behalf of Creditor Gus Goldsmith jfasano@mhlawyers.com jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;sshin@mhlawyers.com;dmoorehead@mhlawyers.com

Lee S Raphael
    on behalf of Creditor Gitsit Solutions LLC ecf1@ecf.courtdrive.com, cmartin@pralc.com

Maurice Belmont VerStandig
    on behalf of Professional Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman
    on behalf of U.S. Trustee Gerard R. Vetter michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov

Nancy Greene
    on behalf of Debtor Eagle Properties and Investments LLC ndg@ndglaw.com

Nancy Greene
    on behalf of Plaintiff Eagle Properties and Investments LLC ndg@ndglaw.com

Nancy Greene
    on behalf of Professional N D Greene PC ndg@ndglaw.com

Richard E. Hagerty
    on behalf of Defendant Navy Federal Financial Group LLC richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Robert Hockenbury
    on behalf of Creditor Shore United Bank robert.hockenbury@wbd-us.com

Robert M. Marino
    on behalf of Defendant Shail Butani rmmarino@rpb-law.com rmmarino1@aol.com

Robert M. Marino
    on behalf of Defendant Ishwer Butani rmmarino@rpb-law.com rmmarino1@aol.com

Robert M. Marino
    on behalf of Creditor Bala Jain LLC rmmarino@rpb-law.com rmmarino1@aol.com

Stephanie Gardner Bortnick
    on behalf of Defendant Daniel J. Kotz sbortnick@grsm.com

Stephanie Gardner Bortnick
    on behalf of Defendant First Class Title Inc. sbortnick@grsm.com

Stephanie Gardner Bortnick
    on behalf of Defendant Daniel Kotz sbortnick@grsm.com

Stephen W. Nichols
    on behalf of Creditor Orrstown Bank snichols@offitkurman.com

TOTAL: 50