IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EAGLE PROPERTIES AND | ) | |
| INVESTMENTS LLC | ) | CASE NO. 23-10566-KHK |
| | ) | CHAPTER 7 |
| Debtor | ) | |

# TRUSTEE'S OPERATING REPORT FOR PERIOD NOVEMBER 1, 2024 TO NOVEMBER 30, 2024

H. Jason Gold, Trustee, pursuant to the Court's Order entered April 25, 2024 (ECF 424) submits this Monthly Operating Report for the period commencing November 1, 2024 and ending November 30, 2024. Attached to this report are (1) a detailed report of the disposition of the case and the various rental properties; (2) a detailed statement of rent receipts and management fees and expenses for each property from RealMarkets; and (3) other receipts and expenses incurred by the trustee.

Respectfully submitted,

H. JASON GOLD, TRUSTEE

By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax: (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:  /s/ Dylan G. Trache
     Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*



**Executive Summary**
**Asset Management**
**Eagle Properties and Investments, LLC**
**November 2024**

In November 2024, we continued to maintain the properties while going through the marketing and sale process.

**Transition Management from Chapter 11 to Chapter 7**
We have taken control of all accounts that we need to have control of.

**Insurance Update**
There are only two unsold properties – 15474 Roxbury Road, Glenwood, Maryland and 6961 Sterling Road, Harrisburg, Pennsylvania. Both properties are insured with State Farm.

**Invoices**
To the best of my knowledge, all invoices that need to be paid by the bankruptcy estate are being directed or sent to my attention.

I had an issue with Republic Services continuing to invoice Eagle for trash services at 7180 Jonestown Road, Harrisburg, PA after the services have been cancelled. I received an invoice dated November 15, 2024 from Republic Services indicating that they have written off the balance, so the issue has been resolved.

**Tenant Issues**
- 15474 Roxbury Road, Glenwood, MD – This property is under contract, subject to Court approval. The hearing to approve the sale is scheduled for December 17, 2024.

- 6961 Sterling Road, Harrisburg, PA – The lease has been extended to 1/15/25. The rent has been received by the Trustee through 1/15/25. The basement toilet has been problematic. A plumber visited the property to remedy the issue.

- 3012 Dupont Ave, Baltimore, MD –The $692.00 rent check was received by the Trustee on November 8, 2024. This property has been sold.

**Advanced Funding**
The Trustee reimbursed RealMarkets for the following out-of-pocket expenses:

- $390.00 – March 2024
- $3,733.15 – April 2024
- $3,919.58 – May 2024

- $5,374.21 – June 2024
- $5,539.91 – July 2024
- $1,538.12 – August 2024
- $1,187.02 - September 2024
- $3,327.76 – October 2024
- $1,016.15 – November 2024 (Pending)

We will continue to work closely with the Trustee and his counsel for the required approvals.

**Sincerely,**


**Stephen Karbelk**
Team Leader RealMarkets, a CENTURY 21 New Millennium team
Court Appointed Asset Manager, Eagle Properties and Investments LLC



**Rent Roll and Receipts – November 2024**
**Eagle Properties and Investments, LLC**

| Property | Scheduled Rent | November 2024 Rent Received | Comments |
|---|---|---|---|
| 3012 Dupont Ave, Baltimore, MD | $650.00 | $692.00 | Transaction closed on October 3, 2024. Invoice for $692.00 sent to A. Jain to pay. This is $650.00 for October rent and $42.00 for pro-rated October rent. Received by Trustee on November 8, 2024. |
| 6961 Sterling Road, Harrisburg, PA | $3,900.00 | $3,900.00 | 11/15/24 to 12/15/24 |
| 15474 Roxbury Road, Glenwood, MD | $4,100.00 | $0.00 | Property Under Contract, Sale Hearing on December 17, 2024. |
| Totals | **$8,650.00** | **$4,592.00** | |



**Insurance Schedule – November 2024**
**Eagle Properties and Investments, LLC**

| Property | Insurance Carrier | Status |
|---|---|---|
| 6961 Sterling Road, Harrisburg, PA | State Farm | Active – 837-5 |
| 15474 Roxbury Road, Glenwood, MD | State Farm | Active – 071-21 |



# Income and Expense Analysis – November 2024
# Eagle Properties and Investments, LLC

This report is provided for properties that are occupied and rent was received prior to November 30, 2024.

**6961 Sterling Road, Harrisburg, PA**
**Lender: ABL PRC Residential Credit Acquisition**

| Income | November 2024 | Payee | Notes |
|---|---|---|---|
| Rent | $3,900.00 | Tenant | 11/15/24 – 12/15/24 |
| | | | |
| Expenses | | | |
| Insurance | $55.91 | State Farm | |
| Electric | Tenant Responsibility | | |
| Water | $227.17 | PA American Water | |
| Sewer | | | |
| Landscaping | Tenant Responsibility | | |
| Maintenance | $423.58 | Plumbing Repair | Toilet issue on basement level, continuing to be a problem |
| Other | $0.00 | | |
| Net Proceeds | $3,193.34 | | |

| Inv Ref | Date | Name | Property Address | Rental Income Received | 1st DOT Cash Collateral Order | Account | Amount | Property Total |
|---|---|---|---|---|---|---|---|---|
| 198 | 11/27/24 | State Farm | 202 N. Port Street, Baltimore, MD | Yes | No | Insurance (Uncancelled billing) - Policy cancelled but State Farm didn't cancel the auto deduct.  I expect a check refund. | $ 86.91 | $ 86.91 |
| 197 | 09/12/2024 | State Farm | 15474 Roxbury Road, Glenwood, MD | No | No | Insurance | $ 87.75 | $ 87.75 |
| 194 | 11/12/24 | State Farm | 6961 Sterling Road, Harrisburg, PA | Yes | No | Insurance | $ 55.91 | |
| 200 | 11/18/24 | GF Bowman | 6961 Sterling Road, Harrisburg, PA | Yes | No | Plumbing Repair | $ 423.58 | |
| 199 | 11/28/24 | PA American Water | 6961 Sterling Road, Harrisburg, PA | Yes | No | Water Bill | $ 227.17 | $ 706.66 |
| 196 | 11/26/24 | PPL Electric Utilities | 7180 Jonestown Road, Harrisburg, PA | No | No | Final Utility Bill | $ 34.83 | |
| 195 | 11/7/24 | Edward Bradley | 7180 Jonestown Road, Harrisburg, PA | No | No | Final Lawn Mowing | $ 100.00 | $ 134.83 |
| | | | | | | Amount Due to RealMarkets | $ | 1,016.15 |