# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case |
| EAGLE PROPERTIES AND INVESTMENTS LLC | ) | No. 23-10566-KHK |
| | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |

## TRUSTEE'S REPORT OF SALE

Pursuant to Fed. R. Bankr. P. 6004(f) and Local Bankruptcy Rule 6004-2(D), H. Jason Gold, the Chapter 7 Trustee ("Trustee") for the above-captioned Debtor, files this Report of Sale (including attached Settlement Statement). On 12/18/2024, this Court entered an order approving the Motion to Approve Sale of Property Free and Clear of Liens, being real property at 15474 Roxbury Rd, Glenwood MD ("Property") held by the Debtor's bankruptcy estate.

| | |
|---|---|
| Settlement (or Closing) Date: | 12/23/2024 |
| Property Sold: | 15474 Roxbury Rd, Glenwood MD |
| Purchasers: | Sweet Home 401K/Aliereza Aliaskari 401K |
| Purchase Price: | $450,000.00 |
| Exemptions paid to Debtor: | $0.00 |
| Net Proceeds to Estate: | **$ 36,000.00** |

Dated: 1/8/2025

Respectfully submitted,

*/s/ H. Jason Gold*
H. JASON GOLD, CH. 7 TRUSTEE

H. Jason Gold, Va. Bar No. 19117
PO Box 57359
Washington DC  20037
*Chapter 7 Trustee*

# A. Settlement Statement

U.S. Department of Housing and Urban Development

OMB Approval No 2502-0265

## B. Type of Loan

| 1. ☐ FHA  2. ☐ RHS  3. ☐ Conv. Unins.  4. ☐ VA  5. ☐ Conv Ins. | 6. File No. 2024-1009 | 7. Loan No. | 8. Mortgage Insurance Case No. |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: Sweet Home 401K FBO Alireza Allaskari 401K, 118 West Church Street, Frederick, MD 21701 | E. Name & Address of Seller: H. Jason Gold, Chapter 7 Trustee, not individually but solely in his capacity as the Chapter 7 Trustee in Bankruptcy in re: Eagle Properties and Investments, LLC Bankruptcy Case No. 23-10566-KHK, 2501 Pennsylvania Avenue Northwest 3-C, Washington, DC 20037 | F. Name & Address of Lender: Sweet Home 401k FBO Alireza Allaskari IRA, 118 West Church Street, Frederick, MD 21701 |
| G. Property Location: 15474 Roxbury Road, Glenwood, MD 21738 | H. Settlement Agent: Silver Title, LLC  Place of Settlement: 2650 Quarry Lake Drive Suite 220, Baltimore, MD 21209 | I. Settlement Date: 12/23/2024  Funding Date: 12/23/2024  Disbursement Date: 12/23/2024 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | $450,000.00 | 401. Contract sales price | $450,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $23,872.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustment for items paid by seller in advance | | Adjustment for items paid by seller in advance | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes 12/23/2024 to 06/30/2025 | $5,233.92 | 407. County Taxes 12/23/2024 to 06/30/2025 | $5,233.92 |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due from Borrower** | **$479,105.92** | **420. Gross Amount Due to Seller** | **$455,233.92** |
| **200. Amount Paid by or in Behalf of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit | $15,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | $89,194.31 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Title company credit | $250.00 | 504. Payoff to Bank of Clark | $341,039.61 |
| 205. | | 505. Payoff to Bala Jain, LLC | $25,000.00 |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid by/for Borrower | $15,250.00 | 520. Total Reduction Amount Due Seller | $455,233.92 |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement to/from Seller** | |
| 301. Gross amount due from borrower (line 120) | $479,105.92 | 601. Gross amount due to seller (line 420) | $455,233.92 |
| 302. Less amounts paid by/for borrower (line 220) | $15,250.00 | 602. Less reductions in amounts due seller (line 520) | $455,233.92 |
| 303. Cash ☒ From ☐ To Borrower | $463,855.92 | 603. Cash ☒ To ☐ From Seller | |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services; • Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.

The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.

The information requested does not lend itself to confidentiality.

| L. Settlement Charges | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|
| **700. Total Real Estate Broker Fees** | | |
| Division of commission (line 700) as follows: | | |
| 701. $13,500.00 to Century 21 New Millennium | | |
| 702. $ | | |
| 703. Commission paid at settlement | | $13,500.00 |
| 704. | | |
| **800. Items Payable in Connection with Loan** | | |
| 801. Our origination charge | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | | |
| 803. Appraisal fee | | |
| 804. Credit report | | |
| 805. Tax service | | |
| 806. Flood certification | | |
| 807. | | |
| 808. | | |
| 809. | | |
| 810. | | |
| **900. Items Required by Lender to be Paid in Advance** | | |
| 901. Daily interest charges from 12/23/2024 to 01/01/2025 | | |
| 902. Mortgage insurance premium | | |
| 903. Homeowner's insurance | | |
| 904. | | |
| **1000. Reserves Deposited with Lender** | | |
| 1001. Initial deposit for your escrow account | | |
| 1002. Homeowner's insurance | | |
| 1003. Mortgage insurance | | |
| 1004. Property taxes | | |
| 1005. | | |
| 1006. | | |
| 1007. Aggregate Adjustment $0.00 | | |
| **1100. Title Charges** | | |
| 1101. Settlement or closing fee to Silver Title, LLC | $595.00 | |
| 1102. Owner's title insurance to Old Republic National Title Insurance Company | $2,167.50 | |
| 1103. Lender's title insurance to Old Republic National Title Insurance Company | | |
| 1104. Lender's title policy limit $ | | |
| 1105. Owner's title policy limit $450,000.00 | | |
| 1106. Title - Lien Cert Expense to Silver Title, LLC | $57.00 | |
| 1107. Title - Title Examination / Title Binder / Deed Prep to Silver Title, LLC | $395.00 | |
| 1108. Title - Courier/Recording/Secure Document Storage to Silver Title, LLC | $95.00 | |
| 1109. Title - Title Abstract Fee to Old Republic National Title Insurance | $295.00 | |
| 1110. Procure/Track/Release Expense to Silver Title, LLC | | $595.00 |
| 1111. Release Fee to to Silver Title-RELEASE(S) | | $110.50 |
| 1112. Tax Sale Payoff / Release to Silver Title, LLC | | $195.00 |
| 1113. CPL (Lender) to Old Republic National Title Insurance Company | $30.00 | |
| **1200. Government Recording and Transfer Charges** | | |
| 1201. Recording fees: Deed $60.00 Mortgage $115.00 Release $ to Clerk of the Circuit Court | $175.00 | |
| 1202. City/County tax/stamps Deed $5,625.00 Mortgage $ to Howard County Director of Finance | $2,812.50 | $2,812.50 |
| 1203. State tax/stamps Deed $2,250.00 Mortgage $ to Clerk of the Circuit Court | $1,125.00 | $1,125.00 |
| 1204. Recordation Tax - County (Deed) to Howard County Director of Finance | $1,125.00 | $1,125.00 |
| **1300. Additional Settlement Charges** | | |
| 1301. '22/'23 Property Taxes (DECEMBER) to Howard County, Maryland | | $11,272.67 |
| 1302. '23/'24 Property Taxes (DECEMBER) to Howard County, Maryland | | $11,077.89 |
| 1303. '24/'25 Property Taxes (DECEMBER) to Howard County, Maryland | | $10,522.15 |
| 1304. TAX SALE to Howard County, Maryland | | |
| 1305. 326(a) Trustee Commission to H. Jason Gold, Trustee | | $13,500.00 |
| 1306. Bankruptcy Estate Payment to H. Jason Gold, Trustee | | $22,500.00 |
| 1307. Recording Escrow to (Seller) Silver Title-ESCROW | | $783.60 |
| 1308. EMD Reimbursement to Alireza Aliaskari | $15,000.00 | |
| 1309. Hand Recording Fee to MP Recordings LLC | | $75.00 |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | $23,872.00 | $89,194.31 |

See signature addendum