IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EAGLE PROPERTIES AND | ) | |
| INVESTMENTS LLC | ) | CASE NO. 23-10566-KHK |
| | ) | CHAPTER 7 |
| Debtor | ) | |

# TRUSTEE'S OPERATING REPORT FOR PERIOD DECEMBER 1, 2024 TO DECEMBER 31, 2024

H. Jason Gold, Trustee, pursuant to the Court's Order entered April 25, 2024 (ECF 424) submits this Monthly Operating Report for the period commencing December 1, 2024 and ending December 31, 2024. Attached to this report are (1) a detailed report of the disposition of the case and the various rental properties; (2) a detailed statement of rent receipts and management fees and expenses for each property from RealMarkets; and (3) other receipts and expenses incurred by the trustee.

Respectfully submitted,

H. JASON GOLD, TRUSTEE

By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax: (202) 689-2860
Email: dylan.trache@nelsonmullins.com

By:   /s/ Dylan G. Trache
      Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

4864-6220-7709 v.6



# Executive Summary
## Asset Management
## Eagle Properties and Investments, LLC
## December 2024

In December 2024, we continued to maintain the properties while going through the marketing and sale process.

**Property Update**
On December 23, 2024, the Trustee closed on the sale of 15474 Roxbury Road, Glenwood, Maryland, pursuant to the terms of the signed Sale Order. The only property remaining to be sold is 6961 Sterling Road, Harrisburg, Pennsylvania.

**Insurance Update**
After the closing on 15474 Roxbury Road, Glenwood, Maryland, the property insurance was cancelled. However, on 12/26/24, State Farm auto-billed my account for $87.75. On 1/8/25, I received an $86.35 refund check and sent it to the Trustee. The only property remaining with insurance is 6961 Sterling Road, Harrisburg, Pennsylvania. The property is insured by State Farm.

**Invoices**
To the best of my knowledge, all invoices that need to be paid by the bankruptcy estate are being directed or sent to my attention.

**Tenant Issues**

- 6961 Sterling Road, Harrisburg, PA – The lease was extended to 1/15/25. The rent has been received by the Trustee through 1/15/25. The Tenant is expected to move out on or about 1/15/25.

**Advanced Funding**
The Trustee reimbursed RealMarkets for the following out-of-pocket expenses:

- $390.00 – March 2024
- $3,733.15 – April 2024
- $3,919.58 – May 2024
- $5,374.21 – June 2024
- $5,539.91 – July 2024
- $1,538.12 – August 2024
- $1,187.02 - September 2024
- $3,327.76 – October 2024

- $1,016.15 – November 2024
- $250.69 – December 2024

We will continue to work closely with the Trustee and his counsel for the required approvals.

**Sincerely,**


**Stephen Karbelk**
Team Leader RealMarkets, a CENTURY 21 New Millennium team
Court Appointed Asset Manager, Eagle Properties and Investments LLC



**Income and Expense Analysis – December 2024**
**Eagle Properties and Investments, LLC**

This report is provided for properties that are occupied and rent was received prior to December 31, 2024.

**6961 Sterling Road, Harrisburg, PA**
**Lender: ABL PRC Residential Credit Acquisition**

| Income | November 2024 | Payee | Notes |
|---|---|---|---|
| Rent | $3,900.00 | Tenant | 12/16/24 – 1/15/25 |
| | | | |
| Expenses | | | |
| Insurance | $55.91 | State Farm | |
| Electric | Tenant Responsibility | | |
| Water | $107.03 | PA American Water | |
| Sewer | | | |
| Landscaping | Tenant Responsibility | | |
| Maintenance | | | |
| Other | $0.00 | | |
| Net Proceeds | $3,737.06 | | |



**Insurance Schedule – December 2024**
**Eagle Properties and Investments, LLC**

| Property | Insurance Carrier | Status |
|---|---|---|
| 6961 Sterling Road, Harrisburg, PA | State Farm | Active – 837-5 |
| 15474 Roxbury Road, Glenwood, MD | State Farm | Cancelled Effective 12/23/24 |



**Rent Roll and Receipts – December 2024**
**Eagle Properties and Investments, LLC**

| Property | Scheduled Rent | December 2024 Rent Received | Comments |
|---|---|---|---|
| 6961 Sterling Road, Harrisburg, PA | $3,900.00 | $3,900.00 | 12/16/24 to 1/15/25 |
| 15474 Roxbury Road, Glenwood, MD | $4,100.00 | $0.00 | No rent received, property closed on 12/23/24 |
| Totals | **$8,000.00** | **$3,900.00** | |

| Inv Ref | Date | Name | Property Address | Rental Income Received | 1st DOT Cash Collateral Order | Account | Amount | Property Total |
|---|---|---|---|---|---|---|---|---|
| 202 | 12/26/2024 | State Farm | 6961 Roxbury Road, Harrisbur, PA | Yes | No | Insurance | 87.75 | 87.75 |
| 203 | 12/13/2024 | State Farm | 6961 Sterling Road, Harrisburg, PA | Yes | No | Insurance | 55.91 | |
| 201 | 12/31/2024 | PA American Water | 6961 Sterling Road, Harrisburg, PA | Yes | No | Water Bill 11.21 to 12.19.24 | 107.03 | 162.94 |
| | | | | | | Total Due RealMarkets | | 250.69 |