IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EAGLE PROPERTIES AND | ) | |
| INVESTMENTS LLC | ) | CASE NO. 23-10566-KHK |
| | ) | CHAPTER 7 |
| Debtor | ) | |

**TRUSTEE'S OPERATING REPORT FOR PERIOD JANUARY 1, 2025 TO JANUARY 31, 2025**

H. Jason Gold, Trustee, pursuant to the Court's Order entered April 25, 2024 (ECF 424) submits this Monthly Operating Report for the period commencing January 1, 2025 and ending January 31, 2025. Attached to this report are (1) a detailed report of the disposition of the case and the various rental properties; (2) a detailed statement of rent receipts and management fees and expenses for each property from RealMarkets; and (3) other receipts and expenses incurred by the trustee.

Respectfully submitted,

H. JASON GOLD, TRUSTEE

By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax: (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:    /s/ Dylan G. Trache
       Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

4864-6220-7709 v.7



# Executive Summary
## Asset Management
## Eagle Properties and Investments, LLC
## January 2025

As of January 2025, there is only one property remaining in the bankruptcy case.

**Property Update**
On or about January 24, 2025, the tenant in 6961 Sterling Road, Harrisburg, PA moved out of the home. The property was rekeyed on January 24, 2025. Please note that the invoices are dated January 27, 2025 but the work was completed on January 24, 2025. The invoice for the rekeying is $249.10 plus a credit card fee.

**Insurance Update**
The only property remaining with insurance is 6961 Sterling Road, Harrisburg, Pennsylvania. The property is insured by State Farm.

**Invoices**
To the best of my knowledge, all invoices that need to be paid by the bankruptcy estate are being directed or sent to my attention.

**Tenant Status**

- 6961 Sterling Road, Harrisburg, PA – The lease was extended to 1/15/25. The rent has been received by the Trustee through 1/15/25. The Tenant moved out on or about 1/24/25. No rent was charged to the tenant for their short duration occupancy after 1/15/25. The tenant relocated to another home in the area and was cooperative during the transition.
- Electric was transferred to my name and control on 1/22/25.

**Advanced Funding**
The Trustee reimbursed RealMarkets for the following out-of-pocket expenses:

- $390.00 – March 2024
- $3,733.15 – April 2024
- $3,919.58 – May 2024
- $5,374.21 – June 2024
- $5,539.91 – July 2024
- $1,538.12 – August 2024
- $1,187.02 - September 2024
- $3,327.76 – October 2024

- $1,016.15 – November 2024
- $250.69 – December 2024
- $582.17 – January 2025

We will continue to work closely with the Trustee and his counsel for the required approvals.

**Sincerely,**

**Stephen Karbelk**
Team Leader RealMarkets, a CENTURY 21 New Millennium team
Court Appointed Asset Manager, Eagle Properties and Investments LLC



**Income and Expense Analysis – January 2025**
**Eagle Properties and Investments, LLC**

This report is provided for properties that are occupied and rent was received prior to December 31, 2024.

**6961 Sterling Road, Harrisburg, PA**
**Lender: ABL PRC Residential Credit Acquisition**

| Income | January 2025 (1/16/25 to 2/15/25) | Payee | Notes |
|---|---|---|---|
| Rent | $0.00 | Tenant | 1/16/25 to 1/24/25, tenant moved out on or about 1/24/25 |
| | | | |
| Expenses | | | |
| Insurance | $55.91 | State Farm | |
| Electric | Tenant Responsibility | | |
| Water | $107.03 | PA American Water | |
| Sewer | $162.66 | Lower Paxton | $156 plus $4.66 online billpay charge |
| Landscaping | Tenant Responsibility | | |
| Maintenance | $256.57 | Flying Locksmith | Rekeying after tenant moved out |
| Other | $0.00 | | |
| Net Proceeds | ($582.17) | | |



**Insurance Schedule – January 2025**
**Eagle Properties and Investments, LLC**

| Property | Insurance Carrier | Status |
|---|---|---|
| 6961 Sterling Road, Harrisburg, PA | State Farm | Active – 837-5 |



**Rent Roll and Receipts – December 2024**
**Eagle Properties and Investments, LLC**

| Property | Scheduled Rent | January 2025 Rent Received | Comments |
|---|---|---|---|
| 6961 Sterling Road, Harrisburg, PA | $0.00 | $0.00 | Tenant moved out on or about 1/24/25. Rent was paid through 1/15/25. No additional rent was collected for the period between 1/16/25 to 1/24/25. The property was rekeyed on 1/24/25. |
| Totals | **$0.00** | **$0.00** | |

| Inv Ref | Date | Name | Property Address | Rental Income Received | 1st DOT Cash Collateral Order | Account | Amount | Property Total |
|---|---|---|---|---|---|---|---|---|
| 204 | 01/25/2025 | Lower Paxton TSA | 6961 Sterling Road, Harrisburg, PA | No | No | Sewer Bill | 158.00 | |
| 205 | 01/25/2025 | Lower Paxton TSA | 6961 Sterling Road, Harrisburg, PA | No | No | Sewer Bill | 4.66 | |
| 206 | 01/27/2025 | Flying Locksmith | 6961 Sterling Road, Harrisburg, PA | No | No | Rekeying | 256.57 | |
| 207 | 01/02/2025 | PA American Water | 6961 Sterling Road, Harrisburg, PA | No | No | Water Bill | 107.03 | |
| 208 | 01/14/2025 | State Farm | 6961 Sterling Road, Harrisburg, PA | No | No | Insurance | 55.91 | 582.17 |
| | | | | | | | | |
| | | | | | | Total Due RealMarkets | | **582.17** |