IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) |
| EAGLE PROPERTIES AND INVESTMENTS, LLC, | ) Bankruptcy Case ) No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |

### ORDER GRANTING MOTION TO APPROVE SETTLEMENT, COMPROMISE AND ASSIGNMENT OF CLAIMS WITH BALA JAIN LLC

UPON CONSIDERATION of the Motion ("Motion") [Doc. No. 685] to approve a certain settlement, compromise and assignment of claims ("Settlement and Assignment") between the Trustee and Bala Jain LLC, the Court being satisfied that notice and an opportunity for hearing were given to creditors and parties in interest, and the Court having reviewed and considered the Motion and having determined that the relief requested therein is consistent with a reasonable exercise of the Trustee's business judgment and is in the best interests of the estate:

IT IS HEREBY ORDERED:

1. The Motion is GRANTED.

2. The Trustee is directed to remit to Bala Jain the funds in the Constructive Trust Dispute Account[1] except for $24,000.00 which shall be retained by the estate free and clear of all liens claims and interests, including without limitation, Bala Jain's constructive trust claim.

3. If future sales of real property result in funds to which Bala Jain's alleged constructive trust would attach, the Trustee shall pay such funds to Bala Jain at closing of such sales.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*
4924-2512-8219 v.3

4. All estate causes of action to recover any and all Avoidable Transfers are hereby deemed to have been assigned and quit claimed to Bala Jain without any warranties, assurances or representations regarding such actions.

5. The Trustee is authorized to execute any and all written assignment(s) of claims and such other documents as may be necessary or helpful to Bala Jain's efforts to file and pursue actions to recover the Avoidable Transfers.

6. The Trustee and Bala Jain shall execute a stipulation of dismissal with prejudice of the Bala Jain Adversary Proceeding, including the Bala Jain Counterclaims.

Date: Feb 19 2025

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

PREPARED BY:

Entered On Docket: Feb 20 2025

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW / Suite 900
Washington, DC  20001
Tel: 202.689.2800
Fax: 202.689.2860
Email:  dylan.trache@nelsonmullins.com


By: /s/ Dylan G. Trache
Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

SEEN AND AGREED:

ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176
Phone No. (703) 777-8850
Fax No: (703) 777-8854
E-mail: crogan@RMZLawFirm.com


BY:    /s/Christopher L. Rogan (by DGT with authority)
       Christopher L. Rogan (Bar No. 30344)

*Attorneys for Bala Jain, LLC*


### CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I HEREBY CERTIFY that this Order has been endorsed by all necessary parties.


     /s/ Dylan G. Trache
     Dylan G. Trache


### LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, VA 22314

Christopher Rogan
ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176

4924-2512-8219 v.3