B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### Eastern District of Virigina

In re  Eagle Properties and Investments LLC        ,                Case No.   23-10556-KHK

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| ABL RPC Residential Credit Acquisition LLC | NPI Master Trust I (Cayman) LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Andrea Davison, 2311 Wilson Bvld, Ste 500 Arlington VA 22203

Court Claim # (if known): _____55_____
Amount of Claim:     $203,461.76
Date Claim Filed:     08/08/2023

Phone:  703-284-7277
Last Four Digits of Acct #: _____

Phone:  800-931-2424
Last Four Digits of Acct. #:     2333

Name and Address where transferee payments should be sent (if different from above):
  30 Montgomery Street, Jersey City, NJ 07302 Attn: Alexei Volosevich

Phone:  551-298-3582
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  *Alexei Volosevich*                Date:_____03/04/2025_____
        Transferee/Transferee's Agent

*Penalty for making a  false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.