IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| EAGLE PROPERTIES AND ) | |
| INVESTMENTS LLC ) | CASE NO. 23-10566-KHK |
| ) | CHAPTER 7 |
| Debtor ) | |

# TRUSTEE'S OPERATING REPORT FOR PERIOD FEBRUARY 1, 2025 TO FEBRUARY 28, 2025

H. Jason Gold, Trustee, pursuant to the Court's Order entered April 25, 2024 (ECF 424) submits this Monthly Operating Report for the period commencing February 1, 2025 and ending February 28, 2025. Attached to this report are (1) a detailed report of the disposition of the case and the various rental properties; (2) a detailed statement of rent receipts and management fees and expenses for each property from RealMarkets; and (3) other receipts and expenses incurred by the trustee.

Respectfully submitted,

H. JASON GOLD, TRUSTEE

By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax: (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:    /s/ Dylan G. Trache
        Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

4864-6220-7709 v.8



Executive Summary
Asset Management
Eagle Properties and Investments, LLC (23-10566-KHK)
February 2025

there is only one property remaining in the bankruptcy case.

**Property Update**
The property is vacant and on the market for $269,900.

**Insurance Update**
The only property remaining with insurance is 6961 Sterling Road, Harrisburg, Pennsylvania. The property is insured by State Farm.

**Invoices**
To the best of my knowledge, all invoices that need to be paid by the bankruptcy estate are being directed or sent to my attention.

**Tenant Status**
- The property is vacant.

**Advanced Funding**
The Trustee reimbursed RealMarkets for the following out-of-pocket expenses:

- $390.00 – March 2024
- $3,733.15 – April 2024
- $3,919.58 – May 2024
- $5,374.21 – June 2024
- $5,539.91 – July 2024
- $1,538.12 – August 2024
- $1,187.02 - September 2024
- $3,327.76 – October 2024
- $1,016.15 – November 2024
- $250.69 – December 2024
- $582.17 – January 2025
- $329.47 – February 2025 (pending)

We will continue to work closely with the Trustee and his counsel for the required approvals.

**Sincerely,**

**Stephen Karbelk**
Team Leader RealMarkets, a CENTURY 21 New Millennium team
Court Appointed Asset Manager, Eagle Properties and Investments LLC



**Rent Roll and Receipts – February 2025**
**Eagle Properties and Investments, LLC**

| Property | Scheduled Rent | February 2025 Rent Received | Comments |
|---|---|---|---|
| 6961 Sterling Road, Harrisburg, PA | $0.00 | $0.00 | Tenant moved out in January 2025; property is vacant |
| Totals | **$0.00** | **$0.00** | |



**Insurance Schedule – February 2025**
**Eagle Properties and Investments, LLC**

| Property | Insurance Carrier | Status |
|---|---|---|
| 6961 Sterling Road, Harrisburg, PA | State Farm | Active – 837-5 |



**Income and Expense Analysis – February 2025**
**Eagle Properties and Investments, LLC**

**6961 Sterling Road, Harrisburg, PA**
**Lender: ABL PRC Residential Credit Acquisition**

| Income | February 2025 | Payee | Notes |
|---|---|---|---|
| Rent | $0.00 | Tenant | Vacant |
| | | | |
| Expenses | | | |
| Insurance | $55.91 | State Farm | |
| Electric | $119.67 | PPL Electric | |
| Water | $93.89 | PA American Water | |
| Sewer | $0.00 | Lower Paxton | Not billed |
| Landscaping | $60.00 | Jake Hicks | Snow Removal |
| Maintenance | $0.00 | | N/A |
| Other | $0.00 | | |
| Net Proceeds | ($329.47) | | |

| Inv Ref | Date | Name | Property Address | Rental Income Received | 1st DOT Cash Collateral Order | Account | Amount | Property Total |
|---|---|---|---|---|---|---|---|---|
| 209 | 02/12/2024 | Jake Hicks | 6961 Sterling Road, Harrisburg, PA | No | No | Snow Removal | 60.00 | |
| 210 | 02/06/2025 | PA American Water | 6961 Sterling Road, Harrisburg, PA | No | No | Water Bill | 93.89 | |
| 211 | 02/23/2025 | PPL Electric | 6961 Sterling Road, Harrisburg, PA | No | No | Electric Bill | 119.67 | |
| 212 | 02/13/2025 | State Farm | 6961 Sterling Road, Harrisburg, PA | No | No | Insurance | 55.91 | |
| | | | | | | Total Due RealMarkets | | 329.47 |