```
Label Matrix for local noticing          Aero Mortgage Loan Trust 2019-1          Atlantic Union Bank
0422-1                                    8100 Three Chopt Rd.                     1051 E. Cary Street
Case 23-10566-KHK                         Suite 240                                Suite 1200
Eastern District of Virginia              Richmond, VA 23229-4833                  Richmond, VA 23219-4044
Alexandria
Wed Mar 19 10:06:40 EDT 2025

Bala Jain LLC                             Bank of Clarke County                    Eagle Properties and Investments LLC
6007 Marilyn Dr.                          c/o Hannah W. Hutman, Esq.               445 Windover Ave North West
Alexandria, VA 22310-1516                 Hoover Penrod, PLC                       Vienna, VA 22180-4232
                                          342 S. Main Street
                                          Harrisonburg, VA 22801-3628

Fulton Bank, N.A.                         GITSIT Solutions, LLC                    Gitsit Solutions, LLC
c/o David S. Musgrave, Esquire            c/o Andrew S. Goldstein                  c/o Prober & Raphael, A Law Corporation
Gordon Feinblatt LLC                      PO Box 404                               20750 Ventura Boulevard, Suite 100
1001 Fleet Street, Suite 700              Roanoke, VA 24003-0404                   Woodland Hills, CA 91364-6207
Baltimore, MD 21202-4363

N D Greene PC                             Orrstown Bank                            SC&H Group
N D Greene PC                             c/o Stephen Nichols, Esq.                c/o Miles & Stockbridge P.C.
3977 Chain Bridge Rd                      Offit Kurman PA                          1201 Pennsylvania Ave., NW
Suite 1                                   7501 Wisconsin Ave. Suite 1000W          Ste. 900
Faifax, VA 22030-3308                     Bethesda, MD 20814-6604                  Washington, DC 20004-2464

Shore United Bank                         Trinity Universal Insurance Company      UST smg Alexandria
200 West Gate Circle                      c/o Man Global Private Mkts. (USA), Inc. Office of the U. S. Trustee
Suite 200                                 1345 Avenue of the Americas 21st Floor   1725 Duke Street
Annapolis, MD 21401-3377                  New York, NY 10105-0199                  Suite 650
                                                                                   Alexandria, VA 22314-3489

Vienna Oaks Office Center Condominium     Virginia Partners Bank                   Whiteford Taylor & Preston LLP
c/o Rees Broome, PC                       410 William St.                          3190 Fairview Park Drive
Suite 700                                 Fredericksburg, VA 22401-5834            Suite 800
Tysons Corner, VA 22182                                                            Falls Church, VA 22042-4558

United States Bankruptcy Court            3977 Chain Bridge Rd, Suite 1            ABL RPC Residential Credit Acquisition LLC
200 South Washington Street               Faifax, VA 22030-3308                    30 Montgomery Street
Alexandria, VA 22314-5405                                                          Jersey City, New Jersey 07302-3829

ABL RPC Residential Credit Acquisition LLC  ADT                                    American Express National Bank
Andrea Davison                            P O Box 371878                           c/o Becket and Lee LLP
2311 Wilson Blvd, Ste 500                 Pittsburgh, PA 15250-7878                PO Box 3001
Arlington, VA 22201-5422                                                           Malvern  PA 19355-0701

Asset Based Lending                       Atlantic Union Bank                      (p)ATLANTIC UNION BANK
PO BOX 27370                              8221 Old Courthouse Rd Ste 100,          P O BOX 176
Anaheim, CA 92809-0112                    Tysons, VA 22182-3839                    BLACKSBURG VA 24063-0176

Bala Jain                                 Bala Jain LLC                            Bank Of Clarke
Christopher L. Rogan, Esq.                6007 Marilyn Drive                       110 Crock Wells Mill Drive
50 Catoctin Circle, NE, Suite 300         Alexandria, VA 2231- 22310-1516          Winchester, VA 22603-3943
Leesburg, VA 20176-3101
```

| | | |
|---|---|---|
| Bank Of Clarke County<br>2 East Main Street<br>Berryville, VA 22611-1338 | Bank of Clarke<br>c/o Hannah W. Hutman, Esq.<br>Hoover Penrod, PLC<br>342 S. Main Street<br>Harrisonburg, VA 22801-3628 | Betsy Dalton<br>1003 Lynn St SW<br>Vienna, VA 22180-6428 |
| COUNTY OF HENRICO, VIRGINIA<br>SARA L. MAYNARD, ASST. COUNTY ATTORNEY<br>P. O. BOX 90775<br>HENRICO, VIRGINIA 23273-0775 | Candice Goodman<br>15474 Roxbury Rd<br>Glenwood, MD 21738-9306 | Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| City of Richmond<br>Division of Collections PO Box 26505<br>Richmond, VA 23261-6505 | City of Richmond  City Hall<br>Room 109 Delinquent Taxes<br>900 East Broad Street<br>Richmond VA 23219-1907 | Civic Ventures, LLC<br>Douglas M. Foley, Esquire<br>Kaufman & Canoles, P.C.<br>Two James Center<br>1021 East Cary Street, Suite 1400<br>Richmond, VA 23219-4031 |
| Community Bank Of Chesapeake<br>202 Centennial St,<br>La Plata, MD 20646 | Community Bank of the Chesapeake<br>Atten: Jared Krahler<br>3035 Leonardtown Road<br>Waldorf, MD 20601-3112<br>, | County of Fairfax<br>Department of Tax Administration, Revenu<br>Suite 223<br>Fairfax, VA 22035 |
| County of Henrico<br>Department of Finance, PO Box 90775<br>Henrico, VA 23273-0775 | DTMA<br>670 Clearwater RD<br>Hershey, PA 17033-2453 | Dauphin County Office of Tax Claim Bureau<br>Dauphin County Administration Building,<br>PO Box No 1295<br>Harrisburg, PA 17108 |
| Dauphin County Tax Claim Bureau<br>P. O. Box 1295<br>Harrisburg, PA 17108-1295 | Department of Finance Howard county<br>Property Tax Division, 3430, Court House<br>Ellicott City, MD 21043-4300 | Devon England<br>213 N Port St<br>Baltimore , MD 21224-1027 |
| (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 | Fulton Bank<br>625 Elden St,<br>Herndon, VA 20170-4739 | Fulton Bank, N.A.<br>c/o David S. Musgrave, Esquire<br>Gordon Feinblatt LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, Maryland 21202-4363 |
| Gitsit Solutions, LLC<br>333 South Anita Drive, Suite 400<br>Orange, CA 92868-3314 | Gus Goldsmith<br>18205 Biscayne Blvd, Suite 2226<br>Aventura, FL 33160-2149 | Gus Goldsmith<br>Justin P. Fasano<br>6411 Ivy Lane, Suite 200<br>Greenbelt, MD 20770-1405 |
| Howard County Maryland<br>Gary Kuc, Esq/Kristen Bowen Perry, Esq.<br>3450 Court House Drive<br>Ellicott City, MD 21043-4330 | Internal Revenue Service<br>Special Procedures Support Staff<br>P. O. Box 10025<br>Richmond, VA 23240 | Joshua Fowlers<br>580 W Areba Ave<br>Hershey , PA 17033-1605 |
| Kaufman & Canoles, P.C.<br>Two James Center<br>1021 East Cary Street, Suite 1400<br>Richmond, Virginia 23219-4031 | LINKBANK<br>1250 Camphill Bypass, Suite 202<br>Camp Hill, PA 17011-3718 | Lincoln Financing<br>9030 Stony Point Pkwy<br>Richmond, VA 23235-1957 |

| | | |
|---|---|---|
| Lincoln Automotive Financial Services<br>P.O. Box 62180<br>Colorado Springs, CO 80962-2180 | Lincoln Automotive Financial Services<br>PO Box 2400, Edmonton, Alberta, T5J 5C7, | Main Street Bank<br>10089 Fairfax Blvd.<br>Fairfax, VA 22030-1742 |
| MainStreet Bank<br>c/o Eric S. Schuster, Esq.<br>100 Light Street, Suite 1400<br>Baltimore, Maryland 21202-1188 | Mayor and City Council Baltimore<br>Bureau of Revenue Collections<br>200 Holliday Street Room #1<br>Bankruptcy<br>Baltimore, MD 21202-6295 | Monika Jain<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 |
| Monika Jain<br>445 Windover Drive<br>Vienna<br>VA 22180-4232 | N D Greene PC<br>3977 Chain Bridge Rd, Suite 1<br>Fairfax, VA 22030-3308 | NP Master Trust I (Cayman) LLC<br>c/o Andrea C. Davison<br>2311 Wilson Blvd Suite 500<br>Arlington VA 22201-5422 |
| Orrstown Bank<br>Offit/Kuman PA<br>7501 Wisconsin Ave #1000W<br>Bethesda, MD 20814-6604 | PPL Electric Utilities<br>827 Hausman Rd<br>Allentown, PA 18104-9392 | Pennsylvania American Water<br>P O Box 371412<br>Pittsburgh, PA 15250-7412 |
| SC&H Group, Inc.<br>c/o Robert Patrick<br>910 Ridgebrook Road<br>Sparks, MD 21152-9390 | Stafford County<br>Laura M Rudy, Treasurer, PO Box 68<br>Stafford, VA 22555-0068 | Stafford County Attorney's Office<br>1300 Courthouse Road<br>P.O. Box 339<br>Stafford, VA 22555-0339 |
| Town Of Vienna Water and Sewer Bill<br>127 Center St<br>Vienna, VA 22180-5719 | Trinity Universal Insurance Company<br>c/o Man Global Private Mkts. (USA) Inc.<br>Attn: Legal<br>1345 Avenue of the Americas, 21st Floor<br>New York, NY 10105-0199 | Troy Mason<br>3002 Williamsburg Rd<br>Richmond , VA 23231-2128 |
| Turkey Hill<br>1635 Church Rd<br>Hershey , PA 17033-1812 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Rd, Suite 900<br>Atlanta, GA 30326-1382 | U.S. Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314-3489 |
| (p)UGI UTILITIES INC<br>ATTN CREDIT & COLLECTIONS<br>P O BOX 13009<br>READING PA 19612-3009 | Verizon Fios<br>1430 Walnut St<br>Philadelphia, PA 19102-4021 | Vienna Oaks Office Center Condominium<br>c/o Erik W. Fox, Rees Broome<br>1900 Gallows Road, Sutie 700<br>Tysons Corner, VA 22182-3886 |
| Virginia Partners Bank<br>LINKBANK<br>1250 Camphill Bypass, Suite 202<br>Camp Hill, PA 17011-3718 | Washington Gas<br>6801 Industrial Rd<br>Springfield, VA 22151-4205 | Waste Management<br>P O Box 13577<br>Philadelphia, PA 19101-3577 |
| West Hanover Tap Water and Sewer<br>7091 Jonestown Rd<br>Harrisburg, PA 17112 | West Hanover Township Water & Sewer Authorit<br>Steven P. Miner, Esquire<br>3631 N. Front Street<br>Harrisburg, PA 17110-1533 | Wilmington Savings Fund Society, FSB<br>FCI Lender Services, Inc.<br>P.O. Box 27370<br>Anaheim Hills, CA 92809-0112 |

| | | |
|---|---|---|
| Amit Jain<br>445 Windover Ave North West<br>Vienna, VA 22180-4232 | Christopher A Jones<br>Whiteford Taylor & Preston, LLP<br>3190 Fairview Park Dr.<br>Suite 800<br>Falls Church, VA 22042-4558 | H. Jason Gold<br>H. Jason Gold, Trustee<br>P.O. Box 57359<br>Washington, DC 20037-0359 |
| Jeffery T. Martin Jr.<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Ste 750<br>Vienna, VA 22182-2702 | John E Reid<br>Martin Law Group, P.C.<br>8065 Leesburg Pike<br>Suite 750<br>Vienna, VA 22182-2702 | Joshua David Stiff<br>Whiteford Taylor Preston LLP<br>249 Central Park Avenue<br>Suite 300<br>Virginia Beach, VA 23462-3271 |
| Matthew W. Cheney<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | Nancy Greene<br>N D Greene PC<br>3977 Chain Bridge Rd<br>Suite 1<br>Fairfax, VA 22030-3308 | (p)REALMARKETS<br>20333 MEDALIST DRIVE<br>ASHBURN VA 20147-4184 |
| Stephen Karbelk<br>Team Leader, RealMarkets<br>Century 21 New Millennium<br>6629 Old Dominion Dr<br>McLean, VA 22101-4516 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlantic Union Bank<br>PO Box 176<br>Blacksburg, VA 24063 | Dominion Energy<br>P O Box 26543<br>Richmond, VA 23290 | UGI Utilities Inc<br>400 Stewart Rd<br>Hanover, PA 18706 |
| (d)UGI Utilities, Inc.<br>PO Box 13009<br>Reading, PA 19612 | Stephen Karbelk<br>Team Leader, RealMarkets<br>Century 21 New Millennium<br>20405 Exchange St, Suite 221<br>Ashburn, VA 20147 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ABL RPC Residential Credit Acquisition LLC | (u)LINKBANK | (u)Lincoln Automotive Financial Services |
| (u)MainStreet Bank | (u)Primis Bank | (u)Bala Jain LLC |

| | | |
|---|---|---|
| (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 | (d)Bala Jain LLC<br>6007 Marilyn Drive<br>Alexandria, VA 22310-1516 | (d)Bala Jain LLC<br>Christopher L. Rogan, Esq.<br>50 Catoctin Circle, NE Suite 300<br>Leesburg, VA 20176-3101 |
| (u)Isidoro Pulido Luna<br>202 N Port St | (u)Gus Goldsmith | (u)Maurice VerStandig |

End of Label Matrix
Mailable recipients    99
Bypassed recipients    12
Total                 111