**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

In re:

EAGLE PROPERTIES AND INVESTMENTS LLC,

Debtor.

Case No. 23-10566-KHK

Chapter 11

**MOTION OF SC&H GROUP, INC. TO AMEND ORDER GRANTING
FIRST AND FINAL APPLICATION OF SC&H GROUP, INC. FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL
ADVISOR, ACCOUNTANT AND RESTRUCTURING MANAGER FOR THE
DEBTOR FROM MAY 3, 2023 THROUGH SEPTEMBER 30, 2023 [ECF NO. 346]**

**PLEASE TAKE NOTICE** that on March 19, 2025, SC&H Group, Inc. ("SC&H") filed

its *Motion to Amend Order Granting First and Final Application of SC&H Group, Inc. for*

*Compensation and Reimbursement of Expenses as Financial Advisor, Accountant and*

*Restructuring Manager for the Debtor from May 3, 2023, through September 30, 2023 [ECF No.*

*346]*.

**UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN
RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING
MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND
SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE
SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY
OPPOSITION WAIVED AND TREAT THE MOTION AS CONCEDED.**

**A HEARING TO CONSIDER THE RELIEF REQUESTED IN THIS
MOTION IS SCHEDULED FOR APRIL 29, 2025 AT 11:00 A.M. IN
COURTROOM III OF THE UNITED STATES BANKRUPTCY COURT,
200 SOUTH WASHINGTON STREET, ALEXANDRIA, VIRGINA 22314.**

If you or your attorneys do not take these steps, the Court may deem any opposition
waived, treat the Motion as conceded, and issue an order granting the requested relief without
further notice or hearing.

John T. Farnum, Va. Bar No. 74075
MILES & STOCKBRIDGE, PC
1201 Pennsylvania Avenue, Suite 900
Washington, DC 20004
T/F: 202.465.8385
*Counsel to the SC&H Group, Inc.*
112126\000007\4931-8657-3611.v1

Date: March 19, 2025                    Respectfully Submitted,

                                        /s/ *John T. Farnum*
                                        John T. Farnum
                                        MILES & STOCKBRIDGE P.C
                                        1201 Pennsylvania Avenue, NW, Suite 900
                                        Washington, DC 20004
                                        Phone: (202) 737-9600
                                        Email: jfarnum@milessstockbridge.com

                                        *Counsel to the SC&H Group, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 19th day of March, 2024, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system and was served via first-class mail, postage prepaid, to the parties in interest on the attached service list[1] and to:

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

                                        /s/ John T. Farnum
                                        John T. Farnum

---

[1] Pursuant to Local Rule 5005-1(C)(8), the attached service list is not being served on each of the parties, but is attached to the original Certificate of Service filed with the Court.