# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) |
| EAGLE PROPERTIES AND INVESTMENTS, LLC, | ) Bankruptcy Case |
| | ) No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |
| _____ | ) |

## NOTICE OF WITHDRAWAL OF CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SALE OF 6961 STERLING ROAD, HARRISBURG, PA

COMES NOW H. Jason Gold, the chapter 7 trustee, by his undersigned counsel, and hereby withdraws his Motion to Approve Sale of 6961 Sterling Road, Harrisburg, PA ("Motion"), filed on March 6, 2025 (Docket No. 694), without prejudice. Please remove the hearing on the Motion from this Court's April 15, 2025 docket.

Respectfully submitted,

H. JASON GOLD, TRUSTEE

By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email:  dylan.trache@nelsonmullins.com


By:    /s/ Dylan G. Trache
       Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

4922-7492-9197 v.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of March, 2025 the foregoing Notice of Withdrawal was served via first class mail, postage prepaid, to the parties in interest on the attached service list[1] and to:

>Office of the United States Trustee
>1725 Duke Street, Suite 650
>Alexandria, VA  22314

>/s/ Dylan G. Trache
>Dylan G. Trache

---

[1] Pursuant to Local Rule 5005-1(C)(8), the attached service list is not being served on each of the parties, but is attached to the original Certificate of Service filed with the Court.

4922-7492-9197 v.1