**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| In re:<br><br>EAGLE PROPERTIES AND INVESTMENTS LLC,<br><br>Debtor. | Bankruptcy Case<br>Case No. 23-10566-KHK<br>Chapter 7 |

**ORDER GRANTING MOTION TO AMEND ORDER GRANTING
FIRST AND FINAL APPLICATION OF SC&H GROUP, INC. FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL
ADVISOR, ACCOUNTANT AND RESTRUCTURING MANAGER FOR
THE DEBTOR FROM MAY 3, 2023 THROUGH SEPTEMBER 30, 2023**

Upon consideration of the Motion to Amend ("Motion") the Order Granting the First and Final Application of SC&H Group, Inc. for Compensation and Reimbursement of Expenses as Financial Advisor, Accountant and Restructuring Manager for the Debtor From May 3, 2023 through September 30, 2023 [Dkt. No. 346] ("Fee Order") and for good cause shown, it is, by the United States Bankruptcy Court for the Eastern District of Virginia hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Chapter 7 Trustee is authorized and directed to pay SC&H's remaining administrative expense claim in the amount of $136,293.25, which the Chapter 7 Trustee may pay to SC&H immediately or under any trustee's final report approved by the Court.

Date: _____       _____
                                    The Honorable Klinette H. Kindred
                                    United States Bankruptcy Judge

**WE ASK FOR THIS:**

*/s/ John T. Farnum*
John T. Farnum Esq. (VSB No. 74075)
MILES & STOCKBRIDGE P.C.
1200 Pennsylvania Ave., Suite 900
Washington, DC 20004
T/F: 202-465-8385
jfarnum@milesstockbridge.com
pjefferson@milesstockbridge.com

*Attorneys for SC&H Group*

**END OF ORDER**

2