**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| In re:<br><br>EAGLE PROPERTIES AND INVESTMENTS LLC,<br><br>Debtor. | Bankruptcy Case<br>Case No. 23-10566-KHK<br>Chapter 7 |

**MOTION OF SC&H GROUP, INC. TO AMEND ORDER GRANTING FIRST AND FINAL APPLICATION OF SC&H GROUP, INC. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR, ACCOUNTANT AND RESTRUCTURING MANAGER FOR THE DEBTOR FROM MAY 3, 2023 THROUGH SEPTEMBER 30, 2023 [ECF NO. 346]**

**PLEASE TAKE NOTICE** that on March 19, 2025, SC&H Group, Inc. ("SC&H") filed its *Motion to Amend Order Granting First and Final Application of SC&H Group, Inc. for Compensation and Reimbursement of Expenses as Financial Advisor, Accountant and Restructuring Manager for the Debtor from May 3, 2023, through September 30, 2023 [ECF No. 346]*.

> **UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND TREAT THE MOTION AS CONCEDED.**
>
> **A HEARING TO CONSIDER THE RELIEF REQUESTED IN THIS MOTION IS SCHEDULED FOR APRIL 29, 2025 AT 11:00 A.M. IN COURTROOM III OF THE UNITED STATES BANKRUPTCY COURT, 200 SOUTH WASHINGTON STREET, ALEXANDRIA, VIRGINA 22314.**

If you or your attorneys do not take these steps, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

John T. Farnum, Va. Bar No. 74075
MILES & STOCKBRIDGE, PC
1201 Pennsylvania Avenue, Suite 900
Washington, DC 20004
T/F: 202.465.8385
*Counsel to the SC&H Group, Inc.*
112126\000007\4931-8657-3611.v2

Date: March 28, 2025  Respectfully Submitted,

/s/ *John T. Farnum*
John T. Farnum
MILES & STOCKBRIDGE P.C
1201 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20004
Phone: (202) 737-9600
Email: jfarnum@milessstockbridge.com

*Counsel to the SC&H Group, Inc.*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of March, 2024, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system and was served via first-class mail, postage prepaid, to the parties in interest on the attached service list[1] and to:

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

/s/ John T. Farnum
John T. Farnum

---

[1] Pursuant to Local Rule 5005-1(C)(8), the attached service list is not being served on each of the parties, but is attached to the original Certificate of Service filed with the Court.