IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EAGLE PROPERTIES AND | ) | |
| INVESTMENTS LLC | ) | CASE NO. 23-10566-KHK |
| | ) | CHAPTER 7 |
| Debtor | ) | |

**TRUSTEE'S OPERATING REPORT FOR PERIOD MARCH 1, 2025 TO MARCH 31, 2025**

H. Jason Gold, Trustee, pursuant to the Court's Order entered April 25, 2024 (ECF 424) submits this Monthly Operating Report for the period commencing March 1, 2025 and ending March 31, 2025. Attached to this report are (1) a detailed report of the disposition of the case and the various rental properties; (2) a detailed statement of rent receipts and management fees and expenses for each property from RealMarkets; and (3) other receipts and expenses incurred by the trustee.

Respectfully submitted,

H. JASON GOLD, TRUSTEE

By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax: (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:   /s/ Dylan G. Trache
      Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*



## Executive Summary
## Asset Management
## Eagle Properties and Investments, LLC (23-10566-KHK)
## March 2025

There is only one property remaining in the bankruptcy case.

**Property Update**
The property is vacant and on the market for $269,900. The property is currently under contract pending Bankruptcy Court approval. The transaction is expected to close by the end of May 2025.

**Insurance Update**
The only property remaining with insurance is 6961 Sterling Road, Harrisburg, Pennsylvania. The property is insured by State Farm.

**Invoices**
To the best of my knowledge, all invoices that need to be paid by the bankruptcy estate are being directed or sent to my attention.

**Tenant Status**
- The property is vacant.

**Advanced Funding**
The Trustee reimbursed RealMarkets for the following out-of-pocket expenses:

- $390.00 – March 2024
- $3,733.15 – April 2024
- $3,919.58 – May 2024
- $5,374.21 – June 2024
- $5,539.91 – July 2024
- $1,538.12 – August 2024
- $1,187.02 - September 2024
- $3,327.76 – October 2024
- $1,016.15 – November 2024
- $250.69 – December 2024
- $582.17 – January 2025
- $329.47 – February 2025
- $388.75 – March 2025 (Pending)

We will continue to work closely with the Trustee and his counsel for the required approvals.

**Sincerely,**

**Stephen Karbelk**
Team Leader RealMarkets, a CENTURY 21 New Millennium team
Court Appointed Asset Manager, Eagle Properties and Investments LLC



## Income and Expense Analysis – March 2025
## Eagle Properties and Investments, LLC

**6961 Sterling Road, Harrisburg, PA**
**Lender: ABL PRC Residential Credit Acquisition**

| Income | March 2025 | Payee | Notes |
|---|---|---|---|
| Rent | $0.00 | Tenant | Vacant |
|  |  |  |  |
| Expenses |  |  |  |
| Insurance | $55.91 | State Farm |  |
| Electric | $271.70 | PPL Electric |  |
| Water | $61.14 | PA American Water |  |
| Sewer | $0.00 | Lower Paxton | Not billed until April 2025 |
| Landscaping | $0.00 |  |  |
| Maintenance | $0.00 |  | N/A |
| Other | $0.00 |  |  |
| Net Proceeds | ($388.75) |  |  |



## Insurance Schedule – March 2025
### Eagle Properties and Investments, LLC

| Property | Insurance Carrier | Status |
|---|---|---|
| 6961 Sterling Road, Harrisburg, PA | State Farm | Active – 837-5 |

| Inv Ref | Date | Name | Property Address | Rental Income Received | 1st DOT Cash Collateral Order | Account | Amount | Property Total |
|---|---|---|---|---|---|---|---|---|
| 213 | 03/13/2025 | State Farm | 6961 Sterling Road, Harrisburg, PA | No | No | Insurance | 55.91 | |
| 214 | 03/26/2025 | PA American Water | 6961 Sterling Road, Harrisburg, PA | No | No | Water Bill | 61.14 | |
| 215 | 03/24/2025 | PPL Electric | 6961 Sterling Road, Harrisburg, PA | No | No | Electric Bill | 271.70 | |
| | | | | | | Total Due RealMarkets | | **388.75** |



**Rent Roll and Receipts – March 2025**
**Eagle Properties and Investments, LLC**

| Property | Scheduled Rent | March 2025 Rent Received | Comments |
|---|---|---|---|
| 6961 Sterling Road, Harrisburg, PA | $0.00 | $0.00 | Tenant moved out in January 2025; property is vacant |
| Totals | **$0.00** | **$0.00** | |