**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| In re:<br><br>EAGLE PROPERTIES AND INVESTMENTS LLC,<br><br>Debtor. | Bankruptcy Case<br>Case No. 23-10566-KHK<br>Chapter 7 |

**ORDER GRANTING MOTION TO AMEND ORDER GRANTING
FIRST AND FINAL APPLICATION OF SC&H GROUP, INC. FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL
ADVISOR, ACCOUNTANT AND RESTRUCTURING MANAGER FOR
THE DEBTOR FROM MAY 3, 2023 THROUGH SEPTEMBER 30, 2023**

Upon consideration of the Motion to Amend ("Motion") the Order Granting the First and Final Application of SC&H Group, Inc. for Compensation and Reimbursement of Expenses as Financial Advisor, Accountant and Restructuring Manager for the Debtor From May 3, 2023 through September 30, 2023 [Dkt. No. 346] ("Fee Order") and for good cause shown, it is, by the United States Bankruptcy Court for the Eastern District of Virginia hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that SC&H Group, Inc. shall have an allowed unpaid Chapter 11 administrative expense in the amount of $136,293.25 which shall be included in the distribution proposed in the Trustee's Final Report.

Date: Apr 28 2025

/s/ Klinette H Kindred
The Honorable Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Apr 28 2025

**WE ASK FOR THIS:**

*/s/ John T. Farnum*
John T. Farnum Esq. (VSB No. 74075)
MILES & STOCKBRIDGE P.C.
1200 Pennsylvania Ave., Suite 900
Washington, DC 20004
T/F: 202-465-8385
jfarnum@milesstockbridge.com
pjefferson@milesstockbridge.com

*Attorneys for SC&H Group*

**SEEN AND AGREED:**

/s/ Dylan G. Trache
Dylan G. Trache (Va. Bar No. 45939)
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
dylan.trache@nelsonmullins.com

## CERTIFICATION

This Order was served upon all necessary parties pursuant to Local Rule 9022-1(C).

*/s/ John T. Farnum*
John T. Farnum

**END OF ORDER**

2