**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: | ) |
| | ) |
| EAGLE PROPERTIES AND | ) Bankruptcy Case |
| INVESTMENTS, LLC, | ) No. 23-10566-KHK |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |

**ORDER APPROVING APPROVE SALE OF
6961 STERLING ROAD, HARRISBURG, PA FREE AND CLEAR OF LIENS,
CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(f)**

UPON CONSIDERATION of the motion (Docket No. 709) ("Motion") of H. Jason Gold, chapter 7 trustee ("Trustee"), to approve the sale of the property commonly known as 6961 Sterling Road, Harrisburg, Pennsylvania ("Property"); and it appearing that proper and adequate notice of the Motion has been given and that no further notice is necessary; and it appearing that the proposed sale is in the best interest of the estate and its creditors, and it further appearing that based upon the endorsements of counsel set forth below that ABL RPC Residential Acquisitions LLC and Bala Jain, LLC have consented to the sale of the Property as set forth herein, free and clear of all liens, claims and interests, accordingly:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Trustee is authorized to sell the Property[1] to Eric Thomas Conrey and Valeria

---

[1] Having the following legal description:

ALL THAT CERTAIN PIECE OR PARCEL OF GROUND TOGETHER WITH ALL BUILDINGS AND

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*

Benicka (the "Purchaser") for $251,000 consistent with the sales contract attached to the Motion.

3. The Trustee is authorized to pay the secured claim of ABL RPC Residential Acquisitions LLC consistent with the draft ALTA attached hereto as Exhibit A.

4. The sale shall be free and clear of that certain Praecipe to Index Action as Lis Pendens filed by Bala Jain, LLC in the Land Records of Dauphin County, Pennsylvania as Instrument Number 20220035870 pursuant to 11 U.S.C. § 363(f).

5. At closing, the Trustee shall receive, for the benefit of the estate the sum of $7,530.00 representing his commission under Section 326 of the Bankruptcy Code plus the remaining net proceeds of sale after payment of all closing costs and secured claims up to $12,550.00 as additional consideration for the bankruptcy estate free and clear of all liens, claims and interests. In addition, the bankruptcy estate shall be reimbursed the sum of $2,000.00 related to the settlement payment to West Hanover Township. All remaining net proceeds of sale, if any, shall be held by the Trustee pending resolution of the claims of Bala Jain, LLC and further order of this Court.

6. The Trustee is authorized to pay a three percent (3%) commission to his broker Century 21 New Millennium at closing for services rendered in representing the Trustee in connection with the sale.

---

IMPROVEMENTS THEREON ERECTED, SITUATE IN THE TOWNSHIP OF WEST HANOVER, DAUPHIN COUNTY, COMMONWEALTH OF PENNSYLVANIA, AS MORE FULLY DESCRIBED IN THE DEED RECORDED IN DAUPHIN COUNTY RECORD BOOK 2901, PAGE 526, AND BEING KNOWN AND DESIGNATED AS LOT 73 (ERRONEOUSLY STATE IN TWO PRIOR INSTRUMENTS (RECORDED 9-2-2009, AS INSTRUMENT NO. 20090029925, AND RECORDED 11-16-2004, IN BOOK 5764, PAGE 229) AS "LOT 72"), FINAL SUBDIVISION PLAN – PHASE I WESTFORD CROSSING RECORDED ON NOVEMBER 7, 1979 IN DAUPHIN COUNTY PLAN BOOK G, VOL. 3, PAGE 96.

CONTAINING 8,477 SQUARE FEET ACCORDING TO THE AFORESAID SUBDIVISION PLAN.

SAID PROPERTY BEING KNOWN FOR PURPOSES OF ASSESSMENT AND TAXATION PURPOSES AS PROPERTY IDENTIFICATION NO. 68-045-029, UPI 68-045-029-000-0000.

7. The Trustee is authorized to pay a two and one half percent (2.5%) commission to For Sale By Owner Plus Realtors, Hershey at closing for services rendered in representing the Buyer in connection with the sale.

8. The Trustee is authorized to pay all outstanding real estate taxes and other customary closing costs consistent with the ALTA.

9. The Trustee is authorized to pay ABL RPC Residential Acquisitions LLC all cash collateral in his possession related to the Property with the exception of an eight percent (8%) carve out which the estate shall retain free and clear of all liens and interests.

10. The Trustee is authorized to request and receive all information concerning the liens and debt held by any secured creditor necessary to close on the sale including but not limited to the loan payoff balance, proof of lien perfection, hazard insurance coverage, escrow account balance and other information. Secured creditors are authorized and directed to promptly provide said information to the Trustee upon request of the Trustee, subject to the right of any secured creditor to oppose the request.

11. This Order may be recorded in the land records wherein the subject Property is located.

12. This Court retains jurisdiction with respect to any disputes regarding the Property following the sale.

13. This Order shall be effective immediately and shall not be subject to the stay provided in Federal Rule of Bankruptcy Procedure 6004(h) or any other applicable stay.

Dated: May 13 2025               /s/ Klinette H Kindred
                                 United States Bankruptcy Judge

Entered On Docket: May 14 2025

PREPARED BY:

3

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax:  (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:     /s/ Dylan G. Trache
        Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

SEEN AND AGREED:

BEAN KINNEY & KORMAN, P.C.
2311 Wilson Boulevard, Suite 500
Arlington, Virginia 22203
(703) 284-7277
adavison@beankinney.com

BY:     /s/ Andrea Davison (by DGT with authority)
        Andrea Davison, Va. Bar No. 78036

*Attorneys for  ABL RPC Residential Acquisitions LLC*

SEEN:

ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176
Phone No. (703) 777-8850
Fax No: (703) 777-8854
E-mail: crogan@RMZLawFirm.com


BY:     /s/Christopher L. Rogan
        Christopher L. Rogan (Bar No. 30344)

*Attorneys for Bala Jain, LLC*

## CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I HEREBY CERTIFY that this Order has been endorsed by all necessary parties.

/s/ Dylan G. Trache
Dylan G. Trache

# LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
## PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Michael Freeman
OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
Century 21 Commercial New Millennium
6629 Old Dominion Drive
McLean, VA 22101

Andrea Davison
BEAN KINNEY & KORMAN, P.C.
2311 Wilson Boulevard, Suite 500
Arlington, Virginia 22203

Christopher Rogan
ROGAN MILLER ZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, Virginia 20176

4875-2821-7816

# **Exhibit A**

| American Land Title Association | Estimated ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

**Universal Settlement Services of PA**
**ALTA Universal ID:**
**1423 N Atherton Street**
**2nd Floor**
**State College, PA 16803**

| | |
|---|---|
| File No./Escrow No.: | PA-25-0803 |
| Print Date & Time: | April 10, 2025 8:10 am |
| Officer/Escrow Officer: | Brandy McAulay |
| Settlement Location: | 1423 N Atherton Street, 2nd Floor |
| | State College, PA 16803 |
| Property Address: | 6961 Sterling Rd |
| | Harrisburg, PA 17112 |
| Borrower: | Eric Thomas Conrey and Valeria Benicka |
| | 11 Townhouse |
| | Hershey, PA 17033 |
| Seller: | H. Jason Gold, Bankruptcy Trustee of The Bankruptcy Estate of Eagle Properties and Investments, LLC |
| | P.O. Box 57359 |
| | Washington, DC 20037 |
| Lender: | Pennsylvania State Employees Credit Union, ISAOA/ATIMA |
| Settlement Date : | May 23, 2025 |
| Disbursement Date : | May 23, 2025 |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | 251,000.00 | Sale Price of Property | 251,000.00 | |
| | | Deposit | | 5,000.00 |
| | | Loan Amount | | 238,450.00 |
| 1,000.00 | | Seller Credit | | 1,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | 628.86 | City/Town Taxes  05/23/25-12/31/25 | 628.86 | |
| | 184.24 | Assessments  05/23/25-06/30/25 | 184.24 | |
| | | | | |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| | | CPL | 125.00 | |
| | | TIRBOP Endorsement 100 (Covenants, Conditions and Restrictions) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 300 (Mortgage Survey | 100.00 | |

|  Seller      |          | Description | Borrower |          |
|---|---|---|---|---|
| Debit | Credit |  | Debit | Credit |
|  |  | **Title Charges and Escrow/Settlement Charges (continued)** |  |  |
|  |  | Exception) to Universal Settlement Services of PA |  |  |
|  |  | TIRBOP Endorsement 900 (Environmental Protection Lien - Residential) to Universal Settlement Services of PA | 100.00 |  |
| 1,000.00 |  | ESCROW - Final Water -public to Universal Escrow |  |  |
| 100.00 |  | Search Fee to Universal Settlement Services of PA |  |  |
| 55.00 |  | Tax Cert Fee to Universal Settlement Services of PA |  |  |
| 60.00 |  | Wire fees to Universal Settlement Services of PA |  |  |
|  |  | **Commissions** |  |  |
| 7,530.00 |  | Commission - Listing Agent to Century 21 New Millennium<br>    Note: Includes Adjustment of $7,530.00 |  |  |
| 6,275.00 |  | Commission - Selling Agent to For Sale By Owner Plus Realtors, Hershey<br>    Note: Includes Adjustment of $6,275.00 |  |  |
|  |  | **Government Recording and Transfer Charges** |  |  |
|  |  | Recording Fees to Dauphin County Recorder of Deeds | 307.50 |  |
| 1,255.00 |  | Transfer Tax to Dauphin County Recorder of Deeds | 1,255.00 |  |
| 1,255.00 |  | Transfer Tax to Dauphin County Recorder of Deeds | 1,255.00 |  |
| 0.00 |  | UPI Fee to Dauphin County Recorder of Deeds | 20.00 |  |
|  |  | **Miscellaneous** |  |  |
| 1,050.31 |  | 2025 county/twp taxes to West Hanover Township Tax Collector<br>    good thru 5/31/25 |  |  |
| 7,530.00 |  | 326(a) Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee |  |  |
|  |  | Attorney title examination to RL Title and Escrow, Inc. | 150.00 |  |
| 12,550.00 |  | Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee |  |  |
| 150.00 |  | Deed Prep to The Nittany Group |  |  |
| 3,055.95 |  | ESCROW - 2024 delinquent taxes to Dauphin County Tax Claim<br>    good thru 5/30/25 |  |  |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Miscellaneous (continued)** | | |
| 1,000.00 | | ESCROW - Final Sewer - public to West Hanover Township Sewer Authority | | |
| 150.00 | | Settlement and Closing Fee to RL Title and Escrow, Inc. | 895.00 | |
| 205,796.84 | | SHORT SALE PROCEEDS to ABL RPC Residential Credit Acquisitions LLC | | |
| 2,000.00 | | West Havover Township Settlement to H. Jason Gold, Bankruptcy Trustee | | |

| Seller | | | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| 251,813.10 | 251,813.10 | **Subtotals** | 256,120.60 | 244,450.00 |
| | | **Due from Borrower** | | 11,670.60 |
| 251,813.10 | 251,813.10 | **Totals** | 256,120.60 | 256,120.60 |

Copyright 2015 American Land Title Association
All rights reserved

File # PA-25-0803/41
Printed on 04/10/25 at 8:10:42 AM by Justin Mathuse