# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case |
| EAGLE PROPERTIES AND ) | No. 23-10566-KHK |
| INVESTMENTS LLC ) | |
| ) | Chapter 7 |
| Debtor ) | |

## TRUSTEE'S REPORT OF SALE

Pursuant to Fed. R. Bankr. P. 6004(f) and Local Bankruptcy Rule 6004-2(D), H. Jason Gold, the Chapter 7 Trustee ("Trustee") for the above-captioned Debtor, files this Report of Sale (including attached Settlement Statement). On 5/14/2025, this Court entered an order approving the Motion to Approve Sale of Property Free and Clear of Liens, being real property at 6961 Sterling Rd, Harrisburg PA ("Property") held by the Debtor's bankruptcy estate.

| | |
|---|---|
| Settlement (or Closing) Date: | 5/21/2025 |
| Property Sold: | 6961 Sterling Rd, Harrisburg PA |
| Purchasers: | Eric Thomas Conrey & Valeria Benicka |
| Purchase Price: | $251,000.00 |
| Exemptions paid to Debtor: | $0.00 |
| Net Proceeds to Estate: | **$ 22,080.00** |

Dated: 6/11/2025

Respectfully submitted,

*/s/ H. Jason Gold*
H. JASON GOLD, CH. 7 TRUSTEE

H. Jason Gold, Va. Bar No. 19117
PO Box 57359
Washington DC  20037
*Chapter 7 Trustee*

| American Land Title Association | Estimated ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

**Universal Settlement Services of PA**
**ALTA Universal ID:**
**1423 N Atherton Street**
**2nd Floor**
**State College, PA 16803**

| | |
|---|---|
| File No./Escrow No.: | PA-25-0803 |
| Print Date & Time: | May 21, 2025 4:02 pm |
| Officer/Escrow Officer: | Brandy McAulay |
| Settlement Location: | 1423 N Atherton Street, 2nd Floor |
| | State College, PA 16803 |
| Property Address: | 6961 Sterling Road |
| | Harrisburg, PA 17112 |
| Borrower: | Eric Thomas Conrey |
| | 11 Townhouse |
| | Hershey, PA 17033 |
| | Valeria Benicka |
| | 11 Townhouse |
| | Hershey, PA 17033 |
| Seller: | H. Jason Gold, Bankruptcy Trustee of The Bankruptcy Estate of Eagle Properties and Investments, LLC |
| | P.O. Box 57359 |
| | Washington, DC 20037 |
| Lender: | Pennsylvania State Employees Credit Union, ISAOA/ATIMA |
| Settlement Date : | May 22, 2025 |
| Disbursement Date : | May 22, 2025 |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | 251,000.00 | Sale Price of Property | 251,000.00 | |
| | | Deposit | | 5,000.00 |
| | | Loan Amount | | 225,900.00 |
| 1,000.00 | | Seller Credit | | 1,000.00 |
| | | Lender Credits from Pennsylvania State Employees Credit Union, ISAOA/ATIMA | | 636.46 |
| | | **Prorations/Adjustments** | | |
| | 631.68 | City/Town Taxes 05/22/25-12/31/25 | 631.68 | |
| | 188.85 | Assessments 05/22/25-06/30/25 | 188.85 | |

| Seller Debit | Seller Credit | Description | Borrower Debit | Borrower Credit |
|---|---|---|---|---|
| | | **Loan Charges to Pennsylvania State Employees Credit Union, ISAOA/ATIMA** | | |
| | | Origination Fee | 550.00 | |
| | | Tax Service Fee | 128.00 | |
| | | Appraisal Fee | 521.11 | |
| | | Credit Report | 106.10 | |
| | | Flood Cert | 9.25 | |
| | | Prepaid Interest<br>   Pennsylvania State Employees Credit Union, ISAOA/ATIMA | 394.55 | |
| | | **Impounds** | | |
| | | Homeowner's Insurance to Pennsylvania State Employees Credit Union, ISAOA/ATIMA<br>4.000 Months at $66.42/month | 265.68 | |
| | | Property Taxes to Pennsylvania State Employees Credit Union, ISAOA/ATIMA<br>6.000 Months at $87.53/month | 525.18 | |
| | | School Taxes to Pennsylvania State Employees Credit Union, ISAOA/ATIMA<br>13.000 Months at $143.35/month | 1,863.55 | |
| | | Aggregate Adjustment to Pennsylvania State Employees Credit Union, ISAOA/ATIMA | | 934.22 |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| | | CPL to Fidelity National Title Insurance Company | 125.00 | |
| | | Lender's Title Insurance to Universal Settlement Services of PA<br>   Coverage:        $225,900.00<br>   Disclosed Premium: $1,743.20<br>   Version: 2021 ALTA Loan Policy (07/01/21) | 1,743.20 | |
| | | TIRBOP Endorsement 100 (Covenants, Conditions and Restrictions) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 300 (Mortgage Survey Exception) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 710 (Variable Rate Mortgage) to Universal Settlement Services of PA | 100.00 | |
| | | TIRBOP Endorsement 900 (Environmental Protection Lien - Residential) to Universal Settlement Services of PA | 100.00 | |
| 1,000.00 | | ESCROW - Final Water - PA American to Universal Escrow | | |
| 100.00 | | Search Fee to Universal Settlement Services of | | |

| Seller Debit | Seller Credit | Description | Borrower Debit | Borrower Credit |
|---|---|---|---|---|
| | | **Title Charges and Escrow/Settlement Charges (continued)** | | |
| | | PA | | |
| | | Owner's Title Insurance to Universal Settlement Services of PA<br>Coverage: $251,000.00<br>Disclosed Premium: $142.50<br>Version: 2021 ALTA Owner's Policy (07/01/21) | 142.50 | |
| 55.00 | | Tax Cert Fee to Universal Settlement Services of PA | | |
| 60.00 | | Wire fees to Universal Settlement Services of PA | | |
| | | **Commissions** | | |
| 7,530.00 | | Commission - Listing Agent to Century 21 New Millennium<br>Note: Includes Adjustment of $7,530.00 | | |
| 6,275.00 | | Commission - Selling Agent to For Sale By Owner Plus Realtors, Hershey<br>Note: Includes Adjustment of $6,275.00 | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees to Dauphin County Recorder of Deeds | 287.50 | |
| 1,255.00 | | Transfer Tax to Dauphin County Recorder of Deeds | 1,255.00 | |
| 1,255.00 | | Transfer Tax to Dauphin County Recorder of Deeds | 1,255.00 | |
| 0.00 | | UPI Fee to Dauphin County Recorder of Deeds | 20.00 | |
| | | **Miscellaneous** | | |
| | | Homeowner's Insurance Premium to Erie Insurance<br>12 months | 797.00 | |
| 1,050.31 | | 2025 county/twp taxes to West Hanover Township Tax Collector<br>good thru 5/31/25 | | |
| 7,530.00 | | 326(a) Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| | | Attorney title examination to RL Title and Escrow, Inc. | 150.00 | |
| 12,550.00 | | Bankruptcy Estate Payment to H. Jason Gold, Bankruptcy Trustee | | |
| 150.00 | | Deed Prep to The Nittany Group | | |
| 3,055.95 | | ESCROW - 2024 delinquent taxes to Dauphin County Tax Claim | | |

| Seller Debit | Seller Credit | Description | Borrower Debit | Borrower Credit |
|---:|---:|---|---:|---:|
| | | **Miscellaneous (continued)** | | |
| | | good thru 5/30/25 | | |
| 1,000.00 | | ESCROW - Final Sewer - public to West Hanover Township Sewer Authority | | |
| | | Escrow Holdback to Pennsylvania State Employees Credit Union, ISAOA/ATIMA | 2,186.25 | |
| 150.00 | | Settlement and Closing Fee to RL Title and Escrow, Inc. | 895.00 | |
| 205,804.27 | | SHORT SALE PROCEEDS to ABL RPC Residential Credit Acquisitions LLC | | |
| 2,000.00 | | West Havover Township Settlement to H. Jason Gold, Bankruptcy Trustee | | |
| **Seller Debit** | **Seller Credit** | | **Borrower Debit** | **Borrower Credit** |
| 251,820.53 | 251,820.53 | **Subtotals** | 265,440.40 | 233,470.68 |
| | | **Due from Borrower** | | 31,969.72 |
| 251,820.53 | 251,820.53 | **Totals** | 265,440.40 | 265,440.40 |