IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EAGLE PROPERTIES AND | ) | |
| INVESTMENTS LLC | ) | CASE NO. 23-10566-KHK |
| | ) | CHAPTER 7 |
| Debtor | ) | |

## TRUSTEE'S OPERATING REPORT FOR PERIOD MAY 1, 2025 TO MAY 31, 2025

H. Jason Gold, Trustee, pursuant to the Court's Order entered April 25, 2024 (ECF 424) submits this Monthly Operating Report for the period commencing May 1, 2025 and ending May 31, 2025. Attached to this report are (1) a detailed report of the disposition of the case and the various rental properties; (2) a detailed statement of rent receipts and management fees and expenses for each property from RealMarkets; and (3) other receipts and expenses incurred by the trustee.

Respectfully submitted,

H. JASON GOLD, TRUSTEE

By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2800
Fax: (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:   /s/ Dylan G. Trache
      Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*



**Executive Summary**
**Asset Management**
**Eagle Properties and Investments, LLC (23-10566-KHK)**
**May 2025**

FINAL ASSET MANAGEMENT REPORT

**Property Update**
The only remaining property in this case, 6961 Sterling Road, Harrisburg, PA, went to closing on May 21, 2025.

**Insurance Update**
The State Farm insurance on 6961 Sterling Road has been cancelled.

**Invoices**
To the best of my knowledge, aside from the three invoices paid and accounted for in this report, there are no more outstanding property-related invoices in this case.

On May 29, 2025, I sent a check for $500.00 check to the Trustee related to expense overages associated with 7180 Jonestown Road.

**Tenant Status**
- The property is vacant.

**Advanced Funding**
The Trustee reimbursed RealMarkets for the following out-of-pocket expenses:

- $390.00 – March 2024
- $3,733.15 – April 2024
- $3,919.58 – May 2024
- $5,374.21 – June 2024
- $5,539.91 – July 2024
- $1,538.12 – August 2024
- $1,187.02 - September 2024
- $3,327.76 – October 2024
- $1,016.15 – November 2024
- $250.69 – December 2024
- $582.17 – January 2025
- $329.47 – February 2025
- $388.75 – March 2025
- $357.86 – April 2025

- $208.30 – May 2025 – Final Invoice

Thank you for the opportunity to be of service.

**Sincerely,**


**Stephen Karbelk**
Team Leader RealMarkets, a CENTURY 21 New Millennium team
Court Appointed Asset Manager, Eagle Properties and Investments LLC



## Income and Expense Analysis – April 2025
## Eagle Properties and Investments, LLC

**6961 Sterling Road, Harrisburg, PA**
**Lender: ABL PRC Residential Credit Acquisition**

| Income | April 2025 | Payee | Notes |
|---|---|---|---|
| Rent | $0.00 | Vacant | Vacant |
| | | | |
| Expenses | | | |
| Insurance | $56.83 | State Farm | Paid 5/13/25 |
| Electric | $104.61 $46.86 | PPL Electric | 4/1 to 5/1/25 5/1 to 5/23/25 – Final Bill |
| Water | $0.00 | PA American Water | Final Bill paid by Title Company |
| Sewer | $0.00 | Lower Paxton | Final Bill paid by Title Company |
| Landscaping | $0.00 | | N/A |
| Maintenance | $0.00 | | N/A |
| Other | $0.00 | | N/A |
| Net Proceeds | ($208.30) | | |



**Insurance Schedule – May 2025**
**Eagle Properties and Investments, LLC**

| Property | Insurance Carrier | Status |
| --- | --- | --- |
| 6961 Sterling Road, Harrisburg, PA | State Farm | Cancelled May 23, 2025 with a May 22, 2025 effective date. The property went to closing on May 21, 2025. |



**Rent Roll and Receipts – May 2025**
**Eagle Properties and Investments, LLC**

| Property | Scheduled Rent | March 2025 Rent Received | Comments |
|---|---|---|---|
| 6961 Sterling Road, Harrisburg, PA | $0.00 | $0.00 | Tenant moved out in January 2025; property is vacant |
| Totals | **$0.00** | **$0.00** | |

| Inv Ref | Date | Name | Property Address | Rental Income Received | 1st DOT Cash Collateral Order | Account | Amount | Property Total |
|---|---|---|---|---|---|---|---|---|
| 219 | 06/13/2025 | PPL Electric | 6961 Sterling Road, Harrisburg, PA | No | No | Electric Bill - Final | 46.86 | |
| 220 | 05/22/2025 | PPL Electric | 6961 Sterling Road, Harrisburg, PA | No | No | Electric Bill | 104.61 | |
| 221 | 05/13/2025 | State Farm | 6961 Sterling Road, Harrisburg, PA | No | No | Insurance | 56.83 | |
| | | | | | | Total Due RealMarkets | | **208.30** |