UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRIGNIA
(Alexandria Division)

| | |
|---|---|
| In re: | |
| EAGLE PROPERTIES AND INVESTMENTS LLC, | Case No. 23-10566-KHK |
| Debtor. | Chapter 7 |

## NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that the undersigned hereby requests that Claim Number 55 filed on behalf of ABL RPC Residential Credit Acquisition LLC on August 8, 2023 be and hereby is withdrawn.

Dated: July 7, 2025

> */s/ Andrea Campbell Davison*
> Andrea Campbell Davison (VSB No. 78036)
> BEAN, KINNEY & KORMAN, P.C.
> 2311 Wilson Blvd, Suite 500
> Arlington, Virginia 22201
> (703) 525-4000
> (703) 525-2207 (Fax)
> adavison@beankinney.com
>
> *Counsel for ABL RPC Residential Credit Acquisition LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 7, 2025, a true and correct copy of the foregoing Notice was served via the Court's CM/ECF service on all parties entitled to receive notice in the above-captioned case.

                                            */s/ Andrea Campbell Davison*
                                            Andrea Campbell Davison