IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                                              )
                                                    ) Bankruptcy Case
EAGLE PROPERTIES AND                                ) No. 23-10566-KHK
INVESTMENTS LLC                                     ) Chapter 7
                                                    )
                Debtor.                             )

**APPLICATION FOR COMPENSATION OF TRUSTEE'S ACCOUNTANT**

H. Jason Gold, Trustee, respectfully applies to the Court for entry of an Order awarding his court-appointed accountant, Barry Strickland & Company, Certified Public Accountants, compensation in the amount of $21,101.75 and reimbursement of out-of-pocket expenses in the amount of $29.10, which includes advance billings in the amount of $990.00 for the preparation of the letter to the sole member in regard to the 2025 gain on sale, rental expenses, and other deductible fees and expenses.

1.      Appointment. By Order of this Court dated June 18, 2024, Barry Strickland & Company, Certified Public Accountants, were authorized and designated to perform accounting services for the Trustee.

2.      Services Rendered. The services rendered are set forth specifically in the attached Statements.

3.      Compensation Agreement. Trustee's accountant has no agreement to share any compensation with any persons.

_____
H. Jason Gold,  Va Bar No. 19117
Dylan Trache, Va Bar No. 45939
P. O. Box 57359
Washington, DC 20037
703.864.2272

4.      <u>Compensation for Accountants</u>. The rates between $345.00 and $360.00 for

accountants and $110.00 and $145.00 for paraprofessionals are fair and generally accepted rates

of compensation for services rendered by similarly qualified accountants.

5.      <u>Prior Compensation</u>. Trustee's accountant has not received any fees or

reimbursement of expenses.

Respectfully submitted,


_____

H. Jason Gold, Trustee


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing Application for Compensation and
Reimbursement of Trustee's Accountant, with exhibit(s) attached, was mailed, by U.S. mail,
postage prepaid, this _____ day of _____, 2025 to the Office of the U.S. Trustee, 1725 Duke
Street, Suite 650, Alexandria, Virginia 22314.


_____

**Exhibit A**

## PROJECT SUMMARY

1.     **Application to Employ:** Tasks include the preparation of the application to employ and send to the Trustee for filing with the Court.

2.     **Payroll Services/Issues:** Preparation of 2024 1099s and mail directly to recicpients. These functions are required and necessary to the proper administration of the bankruptcy estate.

3.     **Tax Returns/Issues:** Review docket for status of the case and various real properties in Pennsylvania and Virginia sold; request a copy of tax returns last filed; print and review the monthly operating reports for December 2023 to April 2024 to help with preparing the tax return; determine additional information needed; email Trustee and request information; prepare the Power of Attorney for federal and state; scan and email to Trustee; inquire of Trustee about ownership and membership interest; email debtor's counselor for S-election status; forward to new counselor; request and review Form 1 and 2; summarize the transactions for 2024 for more than 20 bank accounts; review docket for report on sales of various real properties; print and organize for our files; prepare the worksheet and determine the gain on sale of multiple real properties; summarize the payoffs by property; request the mortgage payoff statements for deductible interest and other closing costs; review and print the docket information for settlements; download, save, print, and organize all Real Markets documents and mortgage payoffs provided via Dropbox; review the mortgage payoff for each property; determine the amount of deductible interest and other costs; update the worksheet for each property; summarize the Real Markets expenses by category for each property; update worksheets and combine all sales into one summary; look up the real estate assessments for last remaining unsold Pennsylvania property; allocate basis for land and building; update the rental for depreciation; print and organize the workpapers for associate review; draft the letter to the sole member; review the calculations of gains and losses on sales of real properties and the rental income and expenses for 2024 by property; make revisions to the summary of all sales and rentals after associate review; scan the closing statements of sales; email Trustee for sole member information; follow-up with Trustee's assistant for sole member contact information; advise associate to upload 2024 tax information to our portal and send invitation to the debtor's representative; summarize transactions from 1/1/25 to 6/10/25 per Form 2; review and download the invoices from Real Markets for 2025; determine expense categories; review the closing statements and calculate the gain on sale. These functions are required and necessary to the proper administration of the bankruptcy estate.

4.     **Out of Pocket Expenses**: Costs incurred on behalf of the bankruptcy estate.

## SUMMARY OF TIME BY PROJECT

|  |  | Hours | Average Rate Per Hour | Amount |
|---|---|---|---|---|
| 1. | Application to Employ | 1.00 | $140.00 | $140.00 |
| 2. | Payroll Services/Issues | 0.83 | $145.00 | 120.35 |
| 3. | Tax Returns/Issues | 57.76 | $343.69 | 19,851.40 |
|  | Subtotal | 59.59 | $337.50 | $20,111.75 |
| 4. | Advance billing |  |  | 990.00 |
| 5. | Expenses Due |  |  | 29.10 |
|  | Total |  |  | $21,130.85 |

**Exhibit B**

# Barry Strickland & Company

### Certified Public Accountants

P.O. Box 9228, Richmond, VA  23227

9410 Atlee Commerce Blvd., Suite 1, Ashland, VA  23005

Phone:  (804) 550-8500                                                    Fax: (804) 550-8505

Eagle Properties and Investments LLC          Case No.   23-10566-KHK

                                                                        Date:        06/12/2025

H. Jason Gold, Trustee                                    ID:            8244

P.O. Box 57359                                              Invoice:    33077

Washington, DC  20037

---

For Professional Services Rendered:

| Date | Staff | Hours | Description | Amount |
|------|-------|-------|-------------|--------|
| **1. <u>APPLICATION TO EMPLOY</u>** | | | | |
| 03/23/2024 | DEPRISCO, CHERYL | 1.00 | Receive employment request from trustee; prepare application and order; set up file; forward to trustee for filing | 140.00 |
| Subtotals: | | 1.00 | | 140.00 |
| **2. <u>PAYROLL SERVICES/ISSUES</u>** | | | | |
| 01/27/2025 | DEPRISCO, CHERYL | 0.83 | Preparation of 2024 Form 1099s and mail directly to recipients | 120.35 |
| Subtotals: | | 0.83 | | 120.35 |
| **3. <u>TAX RETURNS/ISSUES</u>** | | | | |
| 07/19/2024 | HUYNH, MEI-YING | 0.67 | Review docket for status of the case; various real properties in Pennsylvania and Virginia sold; request a copy of tax returns last filed | 224.45 |
| 07/22/2024 | HUYNH, MEI-YING | 1.75 | Print and review the monthly operating reports for December 2023 to April 2024 that would help preparing the tax return; determine what other information we need | 586.25 |
| 07/23/2024 | HUYNH, MEI-YING | 0.42 | Email Trustee and request information | 140.70 |
| 08/01/2024 | HUYNH, MEI-YING | 0.84 | Prepare the Power of Attorney for federal and state; scan and email to Trustee | 281.40 |
| 08/06/2024 | HUYNH, MEI-YING | 0.17 | Read the emails string; email Trustee about ownership and membership interest | 56.95 |
| 11/26/2024 | HUYNH, MEI-YING | 0.33 | Email the debtor's counselor for S-election status; forward to new counselor | 110.55 |
| 01/21/2025 | HUYNH, MEI-YING | 0.08 | Request Form 1 and 2 | 27.60 |
| 01/22/2025 | HUYNH, MEI-YING | 2.25 | Review Forms 1 and 2; start to summarize the transactions | 776.25 |
| 01/23/2025 | HUYNH, MEI-YING | 1.25 | Continue to prepare the summary | 431.25 |

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 01/24/2025 | HUYNH, MEI-YING | 6.00 | Finish summarizing the transactions for 2024 for more than 20 bank accounts | 2,070.00 |
| 01/25/2025 | HUYNH, MEI-YING | 2.50 | Look at the docket for report on sales of various real properties; print and organize for our files | 862.50 |
| 01/25/2025 | HUYNH, MEI-YING | 1.42 | Prepare the worksheet and determine the gain on sale of real property at 445 Windover Ave, Virginia | 489.90 |
| 01/25/2025 | HUYNH, MEI-YING | 1.33 | Determine the gain on sale of real property at 1630 East Chocolate, Pennsylvania | 458.85 |
| 01/28/2025 | HUYNH, MEI-YING | 0.58 | Determine the gain on sale of real property at 71 Lucy Ave., Pennsylvania | 200.10 |
| 01/29/2025 | HUYNH, MEI-YING | 0.83 | Summarize the payoffs by property; request the mortgage payoff statements for deductible interest and other closing costs | 286.35 |
| 01/29/2025 | HUYNH, MEI-YING | 1.75 | Determine gain on sale of property at 1203 Cottage, 7939 Rider and 1343 Church | 603.75 |
| 01/30/2025 | HUYNH, MEI-YING | 3.75 | Determine gain on sale of property at 1343 and 1635 Church, 2565 and 2567 Chain Bridge, 101 Manning | 1,293.75 |
| 01/31/2025 | HUYNH, MEI-YING | 1.50 | Determine gain on sale of real property at 7616 Grove, 3012 Dupont and 7213 Linglestown | 517.50 |
| 01/31/2025 | HUYNH, MEI-YING | 1.67 | Determine gain on sale of property at 249 Berstone, 204 S. Fairville and 6958 New Oxford | 576.15 |
| 01/31/2025 | HUYNH, MEI-YING | 1.58 | Determine gain on sale of property at 1001 Manning, 580 W. Areba and 1010 Lynn | 545.10 |
| 02/01/2025 | HUYNH, MEI-YING | 1.42 | Determine the gain on sale of real property at 7108 Jonestown and 15474 Roxbury | 489.90 |
| 02/01/2025 | HUYNH, MEI-YING | 0.33 | Review and print the docket information for West Hanover settlement | 113.85 |
| 02/08/2025 | DEPRISCO, CHERYL | 0.17 | Download and save all Real Markets documents and mortgage payoffs provided to us via Dropbox | 24.65 |
| 03/11/2025 | HUYNH, MEI-YING | 0.58 | Print and organize the mortgage payoffs and Real Markets expense statements provided | 200.10 |
| 03/11/2025 | HUYNH, MEI-YING | 3.17 | Review the mortgage payoff for each property; determine the amount of deductible interest and other costs; update the worksheet for each property | 1,093.65 |
| 03/11/2025 | HUYNH, MEI-YING | 2.75 | Start to summarize the Real Markets expenses by category for each property | 948.75 |
| 03/12/2025 | HUYNH, MEI-YING | 3.75 | Continue to prepare the worksheet for expense category; update for each rental and combine all sales into one summary | 1,293.75 |
| 03/12/2025 | HUYNH, MEI-YING | 1.50 | Look up the real estate assessment for 6961 Sterling property; allocate the basis for land and building; update the rental for depreciation; print and organize the workpapers for associate review | 517.50 |
| 03/13/2025 | HUYNH, MEI-YING | 0.67 | Draft the letter to the sole member | 231.15 |

| Date | Name | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 03/14/2025 | CHAPPELL, BETSY | 2.67 | Begin reviewing the calculations of gains on sales of real properties and the rental income and expenses for 2024 by property | 921.15 |
| 03/15/2025 | CHAPPELL, BETSY | 3.67 | Continue reviewing the calculations of gains/(losses) on sales of real properties and the rental income and expenses for 2024 by property | 1,266.15 |
| 03/17/2025 | HUYNH, MEI-YING | 1.33 | Make revisions to the summary of all sales and rentals after associate review | 458.85 |
| 03/17/2025 | HUYNH, MEI-YING | 0.75 | Scan the closing statements for sales; email Trustee for sole member information | 258.75 |
| 04/04/2025 | HUYNH, MEI-YING | 0.17 | Follow up with Trustee assistant for sole member contact information; advise associate to upload 2024 tax information to our portal and send invitation to the debtor's representative | 58.65 |
| 06/11/2025 | HUYNH, MEI-YING | 2.25 | Summarize transactions from 1/1/25 to 6/10/25 per Form 2 | 776.25 |
| 06/11/2025 | HUYNH, MEI-YING | 0.58 | Review and download the invoices for Real Markets for 2025; determine the expense categories | 200.10 |
| 06/11/2025 | HUYNH, MEI-YING | 1.33 | Review the closing statements of 6961 Sterling Rd, Pennsylvania; calculate the gain for the sale | 458.85 |
| | STAFF | 0.00 | Advance billing for preparing the 2025 letter to the sole member in regard to the gain on sale and rental expenses for the last remaining Pennsylvania property sold in 2025; also completing the summary of other deductible expenses and forwarding to the sole member for tax reporting | 990.00 |
| Subtotals: | | 57.76 | | 20,841.40 |

## 4. XP:  OUT-OF-POCKET EXPENSES

| Date | | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 06/12/2025 | EXPENSES | 0.00 | Docket copies | 29.10 |
| Subtotals: | | 0.00 | | 29.10 |
| | Total billed hours | 59.59 | Billed Time & Expenses | $21,130.85 |
| | | | Invoice Total | $21,130.85 |