**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Eagle Properties and Investments LLC, | ) | Case No. 23-10566-KHK |
| | ) | |
| Debtor. | ) | |

**FINAL APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH LLP,**
**COUNSEL TO TRUSTEE, FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**

NELSON MULLINS RILEY & SCARBOROUGH LLP ("Nelson Mullins"), hereby makes its final application (the "Application") for allowance and payment of legal fees and reimbursement of expenses in the total amount of $217,272.00 in fees and $9,927.62 in expenses for services rendered to H. Jason Gold, the Chapter 7 Trustee. The Application includes (i) legal fees and costs totaling $60,546.87 for which no application for payment of fees and costs has been filed, and for which Nelson Mullins seeks payment; plus (ii) compensation and expenses included in the prior interim fee applications in the amount of $166,652.75. In support of the Application, Nelson Mullins states as follows:

**I.     BACKGROUND**

1.     On April 6, 2023, Eagle Properties and Investments LLC (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code").

2.     On March 21, 2024, the Order of Conversion of Chapter 11 to Chapter 7 was filed (Docket No. 359). H. Jason Gold was appointed Chapter 7 Trustee.

3.     On April 2, 2024 this Court entered an Order Authorizing Employment of Nelson Mullins Riley & Scarborough as Counsel to the Chapter 7 Trustee (Docket No. 373).

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 712-2800
*Counsel to the Chapter 7 Trustee*
4902-8560-9558 v.9

4.      By Order entered on August 12, 2024, this Court approved Nelson Mullins' First Application for Allowance of Compensation, awarding fees and costs in the total amount of $106,368.01.

5.      By Order entered on December 9, 2024, this Court approved Nelson Mullins' Second Application for Allowance of Compensation, awarding fees and costs in the total amount of $60,284.74.

6.      Attached to this application as Exhibit "A" are Nelson Mullins' detailed time records from October 2, 2024 through July 18, 2025 (the "Billing Period").

## II.    SUMMARY OF ADMINISTRATION

The assets of the estate at the time of the Trustee's appointment included twenty-five parcels of real property.  Upon his appointment, the Trustee immediately engaged Auction Markets, LLC DBA RealMarkets as Asset Manager and real estate agent for the marketing and sale of the property and obtained authority to operate the Debtor's business.  In addition, the Trustee engaged with the primary secured creditors to negotiate the use of cash collateral and agreed carve-outs from the sale of properties that guaranteed that the estate would benefit from sales even in circumstances where the liens exceeded the value of the properties.  With the assistance of his professionals, the Trustee engaged on a comprehensive market strategy and process which led to a highly successful case.  In all, the Trustee collected nearly $9 million for distribution to creditors of the estate.

During the Billing Period, the Trustee completed the sale of the remaining properties owned by the Debtor as follows:

| Property | Sale Price |
|---|---|
| 8180 Jonestown Road, Harrisburg, PA | $255,000.00 |
| 15474 Roxbury Road, Glenwood, MD | $450,000.00 |
| 3012 Dupont Ave, Baltimore, MD | $100,000.00 |
| 6961 Sterling Road, Harrisburg, PA | $251,000.00 |

### III.    PROFESSIONAL SERVICES RENDERED DURING BILLING PERIOD

#### A.    Description of Services Rendered.

The Trustee required the legal services of Nelson Mullins to advise him with respect to the legal issues arising in this case, to represent him in litigation and motions practice before the Court.   At the time of the Trustee's appointment, the Debtor owned twenty-five properties located across several states, including Virginia, Pennsylvania and Maryland.  Nelson Mullins has assisted the Trustee with motions to sell the remaining four properties.  In addition, Nelson Mullins communicated with the Trustee's asset manager, counsel to secured lenders and other parties regarding the sales and the operation of the Debtor's business and use of cash collateral.

Further, Nelson Mullins has communicated the Trustee's broker and with counsel to secured lenders for these properties to finalize the orders authorizing the property sales. Nelson Mullins assisted the Trustee in negotiating settlement with Bala Jain LLC relating to funds held by the Trustee and assignment of claims relating to potentially avoidable transfers made by the Debtor.   Nelson Mullins prepared for and participated in a mediation with Fulton Bank, N.A. regarding dispute over legal fees and funds held by the Trustee.

Finally, Nelson Mullins prepared and filed interim fee applications and prepared this final fee application.

#### B.    Professionals Providing Services.

To assist the Court and other parties in the review of its time records, Nelson Mullins has divided the time records among various task codes.  Although Nelson Mullins has endeavored to place time entries in the appropriate category, certain time entries could reasonably be placed in more than one category.  Because this process is not an exact science, similar task descriptions

may have been placed within different categories.  In no case, however, will time entries appear

under more than one category.

| Category | Professional | Hours | Amount Requested |
|---|---|---|---|
| Asset Analysis and Recovery | Dylan G. Trache | 15.90 | $9,381.00 |
| | Linnea K. Hann | 1.2 | $312.00 |
| | | | $9,693.00 |
| Creditor Inquiries and Communications | Dylan G. Trache | 7.5 | $4,425.00 |
| Case Administration | Dylan G. Trache | 0.5 | $295.00 |
| | Linnea K. Hann | 1.3 | $338.00 |
| | | | $633.00 |
| Trustee Employment Applications | Dylan G. Trache | 0.4 | $236.00 |
| Professional Fee Applications And Objections | Dylan G. Trache | 11.5 | $6,785.00 |
| | Linnea K. Hann | 9.2 | $2,392.00 |
| | | | $9,177.00 |
| Asset Disposition | Dylan G. Trache | 40.0 | $23,600.00 |
| | Linnea K. Hann | 6.9 | $1,794.00 |
| | | | $25,394.00 |
| Bankruptcy Litigation | Dylan G. Trache | 13.1 | $7,729.00 |
| | Linnea K. Hann | 0.8 | $208.00 |
| | | | 7,937.00 |
| Claims Administration and Objections | Dylan G. Trache | 0.3 | $177.00 |
| | | Total: | $57,672.00 |

4902-8560-9558 v.9

The names of all of Nelson Mullins' professionals and paraprofessionals requesting fees and the hourly rates charged by each during the Billing Period are:

| Professional | Hours | Hourly Rate | Amount Requested |
|---|---|---|---|
| Dylan G. Trache | 89.20 | $590.00 | $52,628.00 |
| Linnea K. Hann | 19.40 | $260.00 | $5,044.00 |
| **Total** | **108.6** | | **$57,672.00** |

### C.      Terms and Conditions of Employment

In the employment application, the Trustee identified the types of services that Nelson Mullins could be required to render to the Trustee.  The services performed by Nelson Mullins in this case are within the ambit of the types of services identified in the employment application.

No agreement or understanding exists between Nelson Mullins and any other person or entity for the sharing of compensation to be received by Nelson Mullins for services rendered in connection with this case.

Nelson Mullins believes that the hourly rates charged by it in this matter are no higher than the rates charged in similar cases under Title 11.  Mr. Trache is board certified as a specialist in Business Bankruptcy Law by the American Board of Certification. See 11 U.S.C. § 330(a)(3)(E) (providing that the bankruptcy court shall consider professional board certifications in determining the amount of reasonable compensation to be awarded).

### D.      Expenses

During this Billing Period Nelson Mullins has incurred necessary and actual out-of-pocket expenses in the amount of $2,874.87 for which Nelson Mullins seeks reimbursement.

Nelson Mullins total reimbursable expenses in the case total $9,927.62.  A breakdown of the expenses incurred during the Billing Period is as follows:

| Nature of Expense | Amount |
|---|---|
| Copies | $646.70 |
| Filing Fees | $796.00 |
| Postage | $1,202.43 |
| Fed Ex | $25.45 |
| Cogency Global, Inc. (UCC Search) | $53.59 |
| PACER | $150.70 |
| **Total:** | **$2,874.87** |

### E.    Total Request

Based upon the foregoing, Nelson Mullins seeks final compensation in the amount of $227,199.62 consisting of fees in the amount of $217,272.00 and expenses in the amount of $9,927.62.   Of this amount: (i) $57,672.00 are fees incurred during the final Billing Period; (ii) $2,874.87 are expenses incurred during the final Billing Period (ii) $159,600.00 are fees approved in the prior applications; and (iv) $7,052.75 were costs incurred and approved in the prior application.

## IV.    STATUTORY AUTHORITY

Pursuant to 11 U.S.C. § 330, the Court may award Nelson Mullins reasonable compensation for actual and necessary services performed in this case.  Section 330(a)(3) sets forth factors to consider in determining the amount of reasonable compensation to be awarded. For the reasons articulated above, Nelson Mullins believes that the services performed on the Trustee's behalf were necessary to the administration of this case, were performed within a reasonable amount of time commensurate with the complexity, importance and nature of the issues involved, and were undertaken by professionals whose rates are reasonable.

4902-8560-9558 v.9

WHEREFORE, the undersigned requests that this Court enter an Order: (i) allowing on a final basis Nelson Mullins fees in the amount of $57,672.00 and expenses in the amount of $2,874.87 incurred during the Billing Period; (ii) allowing on a final basis amounts including in the prior interim fee applications of $159,600.00 in fees and $7,052.75 in costs; resulting in a final fee award to Nelson Mullins fees in the amount of $217,272.00 and expenses in the amount of $9,927.62 on a final basis, for a total final award of $227,199.62; (iv) authorizing payment of all unpaid fees and expenses; and (v) awarding any further relief that the Court deems just and proper.

Respectfully submitted,

NELSON MULLINS RILEY &
SCARBOROUGH LLP

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860

By:    /s/ Dylan G. Trache
       Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

4902-8560-9558 v.9



**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

Gold, Harris Jason - Chapter 7 Counsel                                    July 18, 2025
ATTN:  Gold, H. Jason                                          Invoice 2855075  Page  1
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, SW
Suite 900
Washington, DC  20001

Our Matter #            045429/09040                    For Services Through 07/18/25
Name of Matter:        Eagle Properties and Investments LLC

**T0001 - Asset Analysis and Recovery**

| 10/03/24 | Review Fredericksburg complaint drafted by Civic Ventures.  Call with D. Foley re: same. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 10/04/24 | Call with S. Karbelk and J. Gold regarding various sales and properties (.4).  Email correspondence with D. Foley regarding 210 Brighton Square (.2). | | | |
| | D.G. TRACHE | 0.60 hrs. | 590.00/hr | $354.00 |
| 10/14/24 | Download bank records provided by prior Trustee. | | | |
| | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 10/14/24 | Email correspondence with C. Jones regarding bank documents.  Receipt and preliminary review of same.  Instructions to L. Hann regarding bank documents. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 10/28/24 | Email correspondence with C. Jones and C. Rogan regarding bank documents and avoidance claims. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 11/11/24 | Call with C. Jones regarding avoidance claims. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 11/14/24 | Submit order approving sale of Jonestown property to the Court for signing. | | | |
| | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 12/09/24 | Email with Mr. Rogan regarding Eagle Properties bank statements. | | | |
| | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 12/09/24 | Call and email with C. Rogan and L. Hann regarding avoidance claims (.4).  Review spreadsheet and other documentation (.6) | | | |
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 12/10/24 | Email with Ms. Butani regarding bank statements. | | | |
| | L.K. HANN | 0.10 hrs. | 260.00/hr | $26.00 |
| 12/11/24 | Further emails with Ms. Butani regarding bank statements. | | | |
| | L.K. HANN | 0.10 hrs. | 260.00/hr | $26.00 |

Gold, Harris Jason - Chapter 7 Counsel

July 18, 2025
Invoice 2855075  Page 2

| 12/18/24 | Review documents related to potential fraudulent transfers. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 12/19/24 | Review and analyze documents related to transfers to Jain related entities. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 12/30/24 | Review status of Bala Jain negotiations and attorney fee dispute (.3).  Call with C. Rogan re: same (.4). Follow up email correspondence with Trustee and C. Rogan (.3). | | | |
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 01/09/25 | Confer with Trustee regarding Bala Jain dispute and possible settlement.  Email correspondence with C. Rogan and Trustee regarding same and agreement. | | | |
| | D.G. TRACHE | 0.40 hrs. | 590.00/hr | $236.00 |
| 01/10/25 | Email correspondence with Trustee and C. Rogan regarding Bala Jain settlement (.3).  Draft settlement motion (1.4).  Review Trustee comments to settlement motion and further revision (.5).  Email to C. Rogan regarding timing (.1). | | | |
| | D.G. TRACHE | 2.30 hrs. | 590.00/hr | $1,357.00 |
| 01/13/25 | Review and revise Bala Jain motion.  Email to C. Rogan re: same. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 01/17/25 | Review and analyze revisions proposed by Bala Jain to settlement motion.  Email correspondence with J. Gold regarding same.  Email to C. Rogan. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 01/21/25 | Email correspondence with C. Rogan regarding settlement motion.  Review changes to motion.  Email correspondence with J. Gold regarding same. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 01/22/25 | Email correspondence with C. Rogan regarding Bala Jain Settlement and related matters (.3).  Further revision of settlement motion (.3).  Email correspondence with L. Hann regarding same (.2).  Email correspondence with J. Gold regarding settlement and assignment (.2) | | | |
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 01/23/25 | Email correspondence with L. Hann regarding Bala Jain settlement motion. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 02/06/25 | Confer with Trustee regarding Bala Jain settlement and potential objection from Fulton Bank. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 02/20/25 | Review entered order on Bala Jain settlement and discuss same with Trustee. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 03/14/25 | Email correspondence with J. Gold and Bala Jain regarding various matters. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 04/03/25 | Call with J. Martin regarding accounts receivable. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 04/25/25 | Review status of accounts receivable.  Email to A. Jain regarding same.  Call with J. Gold. | | | |
| | D.G. TRACHE | 0.60 hrs. | 590.00/hr | $354.00 |

Gold, Harris Jason - Chapter 7 Counsel

July 18, 2025
Invoice 2855075  Page 3

| 05/06/25 | Email correspondence with Bala Jain regarding uncollectable receivables.  Review prior email correspondence with A. Jain. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 05/14/25 | Email correspondence with Trustee regarding uncollectable receivables. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 05/15/25 | Review status of written off A/R and email to A. Jain. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 06/10/25 | Email correspondence and call with J. Gold regarding old A/Rs written off by debtor. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 06/12/25 | Contact Cogency to request UCC search for liens on any remaining assets. | | | |
| | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 06/12/25 | Confer with J. Gold regarding potential remnant sale.  Email correspondence regarding same. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 06/17/25 | Review UCC search results. | | | |
| | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 06/17/25 | Review and analyze UCC report and potential remnant sale (.5).  Email correspondence with potential buyers. (.5) | | | |
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 06/19/25 | Confer with Trustee regarding potential remnant sale.  Email correspondence re: same. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 06/24/25 | Email correspondence regarding possible remnant sale. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 07/01/25 | Email correspondence with Bala Jain re: uncollectible receivables written off. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 07/02/25 | Confer with J. Gold regarding A/Rs written off by Debtor and Bala Jain request for information.  Email correspondence with Bala Jain regarding same. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| | **Subtotal T0001** | **17.10 hrs.** | | **$9,693.00** |

## T0003 - Creditor Inquiries and Communications

| 10/15/24 | Email correspondence with C. Rogan regarding various matters. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 11/18/24 | Review updated cash positions and admin claims for purposes of negotiations with Bala Jain over Lis Pendens claim. | | | |
| | D.G. TRACHE | 0.70 hrs. | 590.00/hr | $413.00 |
| 11/19/24 | Email correspondence with J. Gold regarding accounts and Bala Jain dispute.  Revise estimates regarding same.  Review status of Bala Jain litigation.  Email to C. Rogan. | | | |

Gold, Harris Jason - Chapter 7 Counsel

July 18, 2025
Invoice 2855075  Page 4

| | | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |

| 12/11/24 | Review and analyze settlement offer from Bala Jain and authority regarding lis pendens (.8).  Email correspondence with J. Gold re: same (.2). | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |

| 12/12/24 | Confer with Trustee regarding Bala Jain counter-offer. Email to C. Rogan re: same. Review counter-offer from Bala-Jain and email correspondence with Trustee. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |

| 01/28/25 | Email correspondence with creditor regarding claim for security deposit. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |

| 03/05/25 | Email correspondence with Bala Jain and trustee regarding distributions of lis pendens fund and attorneys fee fund. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |

| 03/20/25 | Email correspondence with C. Rogan and S. Karbelk regarding Bala Jain related matters. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |

| 03/24/25 | Email correspondence with Bala Jain regarding rental income and creditor claims. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |

| 03/25/25 | Email correspondence with C. Rogan regarding SC&H fee application, funds available for unsecured creditors and related matters (.3).  Review prior fee objection and other information regarding same (.5). | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.80 hrs. | 590.00/hr | $472.00 |

| 03/27/25 | Call with C. Rogan regarding various Bala Jain issues (.8).  Email correspondence with J. Gold regarding same (.3). | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 1.10 hrs. | 590.00/hr | $649.00 |

| 03/28/25 | Email correspondence with C. Rogan regarding Bala Jain related matters. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |

| 04/04/25 | Email correspondence with C. Rogan regarding Bala Jain amended deficiency claims and related matters. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |

| 04/07/25 | Email correspondence with Bala Jain and Trustee regarding cash collateral. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |

| 04/22/25 | Call with R. Patrick regarding Chapter 11 Admin fees.  Review status of motion re: fee order. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |

| 04/23/25 | Email from Bala Jain regarding accounts receivable written off by Debtor pre-petition. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.10 hrs. | 590.00/hr | $59.00 |

| 05/16/25 | Email correspondence with B. Jain regarding various matters. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |

| | **Subtotal T0003** | **7.50 hrs.** | | **$4,425.00** |
|---|---|---|---|---|

Gold, Harris Jason - Chapter 7 Counsel

July 18, 2025
Invoice 2855075  Page 5

## T0004 - Case Administration

| | | | | |
|---|---|---|---|---|
| 10/14/24 | Review asset management report and instructions re: filing. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 12/13/24 | ECF filing of November monthly operating report. | | | |
| | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 01/17/25 | ECF filing of monthly operating report for December. | | | |
| | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 01/31/25 | Docket deadlines relating to adversary proceeding filed by Fulton Bank. | | | |
| | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 02/19/25 | Review operating report.  Instructions re: filing. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 03/17/25 | ECF filing of monthly operating report. | | | |
| | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 04/14/25 | ECF filing of February operating report. | | | |
| | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 06/19/25 | ECF filing of operating report for May. | | | |
| | L.K. HANN | 0.30 hrs. | 260.00/hr | $78.00 |
| 06/19/25 | Review operating report and instructions re: filing. | | | |
| | D.G. TRACHE | 0.10 hrs. | 590.00/hr | $59.00 |
| | **Subtotal T0004** | **1.80 hrs.** | | **$633.00** |

## T0006 - Trustee Employment Applications

| | | | | |
|---|---|---|---|---|
| 11/04/24 | Email correspondence with Trustee regarding fee applications.  Email to UST re: same. | | | |
| | D.G. TRACHE | 0.40 hrs. | 590.00/hr | $236.00 |
| | **Subtotal T0006** | **0.40 hrs.** | | **$236.00** |

## T0008 - Professional Fee Applications and Objections

| | | | | |
|---|---|---|---|---|
| 10/09/24 | Review asset manager invoice and instructions re: fee application preparation. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 10/16/24 | Preparation of NMRS Interim Fee Application. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 10/21/24 | Draft second interim fee application for Asset Manager. | | | |
| | L.K. HANN | 0.60 hrs. | 260.00/hr | $156.00 |
| 10/22/24 | Prepare second interim fee application for Nelson Mullins. | | | |
| | L.K. HANN | 1.50 hrs. | 260.00/hr | $390.00 |
| 10/31/24 | Preparation of NMRS interim fee application. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |

Gold, Harris Jason - Chapter 7 Counsel

July 18, 2025
Invoice 2855075  Page 6

| 11/01/24 | Review and revision of Trustee, NMRS and Asset Manager Application. | | | |
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 11/01/24 | Prepare Trustee's second interim fee application. | | | |
| | L.K. HANN | 1.20 hrs. | 260.00/hr | $312.00 |
| 11/11/24 | Prepare notices of hearing as to second interim fee applications for Trustee, NMRS and Asset Manager. | | | |
| | L.K. HANN | 0.40 hrs. | 260.00/hr | $104.00 |
| 11/11/24 | ECF filing of second interim fee applications for Trustee, NMRS and Asset Manager. | | | |
| | L.K. HANN | 0.90 hrs. | 260.00/hr | $234.00 |
| 11/11/24 | Finalize fee applications for estate professionals and instructions re: filing. | | | |
| | D.G. TRACHE | 0.40 hrs. | 590.00/hr | $236.00 |
| 12/02/24 | Prepare for hearings on Fee Applications. Message with Trustee regarding same. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 12/03/24 | Court appearance and preparation - hearings on fee applications and status conference in Bala Jain AP. | | | |
| | D.G. TRACHE | 2.00 hrs. | 590.00/hr | $1,180.00 |
| 12/04/24 | Prepare orders approving second interim fee applications and submit same to the Court for signing. | | | |
| | L.K. HANN | 0.50 hrs. | 260.00/hr | $130.00 |
| 12/04/24 | Review proposed orders on fee applications. Email correspondence with J. Frankel regarding same. Instructions to L. Hann regarding submission of orders. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 12/09/24 | Review entered fee application orders and email correspondence with Trustee re: same. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 03/03/25 | Review materials re: Chapter 11 admin claims and email correspondence with Trustee regarding same. Email to J. Farnum re: SC&H. | | | |
| | D.G. TRACHE | 0.40 hrs. | 590.00/hr | $236.00 |
| 03/17/25 | Email correspondence with J. Farnum regarding Chapter 11 admin fees. | | | |
| | D.G. TRACHE | 0.10 hrs. | 590.00/hr | $59.00 |
| 03/20/25 | Review motion to modify fee award filed by SC&H. Email correspondence with Trustee regarding same. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 03/28/25 | Review SC&H amended fee motion. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 04/02/25 | Email correspondence with C. Rogan regarding pending fee motion from SC&H. Review status of same. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 04/25/25 | Email correspondence with J. Farnum regarding SC&H fees. Review documents regarding same. Propose revisions to Order. | | | |
| | D.G. TRACHE | 0.40 hrs. | 590.00/hr | $236.00 |

Gold, Harris Jason - Chapter 7 Counsel

July 18, 2025
Invoice 2855075  Page 7

| | | | | |
|---|---|---|---|---|
| 04/28/25 | Email correspondence with J. Farnum regarding order on motion to amend.  Review revised order and respond. Review entered order. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 06/27/25 | Confer with Trustee regarding final fee applications for asset manger and NMRS. Email correspondence with L. Hann regarding same. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 07/02/25 | Prepare final fee application for Asset Manager. | | | |
| | L.K. HANN | 1.30 hrs. | 260.00/hr | $338.00 |
| 07/03/25 | Review and revision of asset manager final fee application. | | | |
| | D.G. TRACHE | 0.40 hrs. | 590.00/hr | $236.00 |
| 07/07/25 | Preparation of final fee application for NMRS. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 07/08/25 | Preparation of fee application for NMRS. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 07/10/25 | Confer with Trustee regarding final fee applications and other steps necessary to complete case. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 07/17/25 | Prepare final fee application. | | | |
| | L.K. HANN | 2.40 hrs. | 260.00/hr | $624.00 |
| 07/17/25 | Confer with Trustee regarding final fee applications and related.  Email correspondence with L. Hann. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 07/18/25 | Preparation of final fee application. | | | |
| | D.G. TRACHE | 1.50 hrs. | 590.00/hr | $885.00 |
| 07/18/25 | Revisions to final fee application. | | | |
| | L.K. HANN | 0.40 hrs. | 260.00/hr | $104.00 |
| | **Subtotal T0008** | **20.70 hrs.** | | **$9,177.00** |

**T0009 - Asset Disposition**

| | | | | |
|---|---|---|---|---|
| 10/02/24 | Email correspondence with S. Karbelk and J. Gold regarding closing on 3012 Dupont.  Review closing statement to ensure compliance with sale order.. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 10/07/24 | Revisions to motion to sell 7180 Jonestown Road and prepare notice of hearing. | | | |
| | L.K. HANN | 0.60 hrs. | 260.00/hr | $156.00 |
| 10/07/24 | Review email from S. Karbelk and ratified contract on Jonestown Road Property, review title report and prepare motion to approve. | | | |
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 10/08/24 | ECF filing of motion to sell 7180 Jonestown Road and coordinate service of same. | | | |
| | L.K. HANN | 0.60 hrs. | 260.00/hr | $156.00 |
| 10/08/24 | Email correspondence with J. Gold and S. Karbelk regarding Roxbury Road, review | | | |

Gold, Harris Jason - Chapter 7 Counsel

|  |  |  |  |  |
|---|---|---|---|---|
|  | lease agreement |  |  |  |
|  | D.G. TRACHE | 0.40 hrs. | 590.00/hr | $236.00 |
| 10/09/24 | Email correspondence with Trustee and S. Karbelk re: Roxbury Road and possible solution to evict squatters. |  |  |  |
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 10/14/24 | Prepare monthly operating report coversheet for filing. |  |  |  |
|  | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 10/14/24 | Prepare order on 202 N. Port.  Email correspondence with C. Rogan re: same. |  |  |  |
|  | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 10/16/24 | Email correspondence with C. Rogan regarding 202 N. Port transfer. |  |  |  |
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 10/17/24 | Submit order approving transfer of 202 Port property. |  |  |  |
|  | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 10/17/24 | Call and email correspondence with Trustee and S. Karbelk regarding remaining properties and related matters. |  |  |  |
|  | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 10/21/24 | Review entered order on 202 N. Port. |  |  |  |
|  | D.G. TRACHE | 0.10 hrs. | 590.00/hr | $59.00 |
| 11/05/24 | Court appearance and preparation = Motion to Sell 7180 Johnstown Road. |  |  |  |
|  | D.G. TRACHE | 0.80 hrs. | 590.00/hr | $472.00 |
| 11/06/24 | Draft order on Jonestown Road (.5).  Email correspondence with S. Karbelk and title company re: ALTA needed for Order (.2) |  |  |  |
|  | D.G. TRACHE | 0.70 hrs. | 590.00/hr | $413.00 |
| 11/07/24 | Email correspondence with C. Palik and C. Rogan regarding sale order (.3).  Review unrecorded assignment to Universal Title and follow up calls and emails re: same (.4).  Confer with Trustee and S. Karbelk regarding sale of remaining properties (.3). |  |  |  |
|  | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 11/08/24 | Review additional assignment document provided by lender on Jonestown Road, email correspondence regarding same (.4).  Call and email correspondence with S. Karbelk regarding sale of additional properties (.4). |  |  |  |
|  | D.G. TRACHE | 0.80 hrs. | 590.00/hr | $472.00 |
| 11/11/24 | Email correspondence regarding Jonestown Order.  Review revised ALTA for inclusion in order. |  |  |  |
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 11/13/24 | Email correspondence with C. Rogan regarding Jonestown sale order.  Email to L. Hann regarding final version of order. |  |  |  |
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 11/14/24 | Prepare cover sheet for monthly operating report and ECF filing of same. |  |  |  |
|  | L.K. HANN | 0.30 hrs. | 260.00/hr | $78.00 |
| 11/14/24 | Confer with Trustee and S. Karbelk regarding sale of properties and issues related to Bala Jain Deed of Trust on Howard County property (.3).  Email correspondence with L. Hann regarding Jonestown Road Order, review entered order and circulate |  |  |  |

Gold, Harris Jason - Chapter 7 Counsel

July 18, 2025
Invoice 2855075  Page 9

|  |  |  |  |  |
|---|---|---|---|---|
|  | (.3).  Email correspondence with S. Karbelk and potential purchaser for Roxbury regarding negotiations with secured creditors (.2) | | | |
|  | D.G. TRACHE | 0.80 hrs. | 590.00/hr | $472.00 |
| 11/18/24 | Email correspondence with S. Karbelk, counsel to secured creditor and purchaser regarding short sale of property located in Glenwood Md (.3).  Email correspondence with S. Karbelk and counsel to secured creditor regarding Sterling Road property, cash collateral and related (.2). | | | |
|  | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 11/20/24 | Email correspondence with S. Karbelk and purchaser regarding Roxbury Road. | | | |
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 11/21/24 | Revisions to motion to sell 15474 Roxbury and assemble exhibits. | | | |
|  | L.K. HANN | 0.80 hrs. | 260.00/hr | $208.00 |
| 11/21/24 | Review contract and title on Roxbury Road property, prepare Motion to sell (1.0).  Email correspondence with S. Karbelk regarding sale  waterfall, review same (.2).  Call and email C. Rogan regarding same (.3) | | | |
|  | D.G. TRACHE | 1.50 hrs. | 590.00/hr | $885.00 |
| 11/22/24 | Assemble final exhibits to and ECF filing of motion to approve sale of 15474 Roxbury. | | | |
|  | L.K. HANN | 0.70 hrs. | 260.00/hr | $182.00 |
| 11/22/24 | Email from Bala Jain regarding Roxbury property (.1)..  Email correspondence with S. Karbelk and J. Gold regarding same (.3).  Review Karbelk revisions to Roxbury sale motion and further revise (.4).  Receipt and review of occupancy addendum (.2).  Email correspondence with C. Rogan and J. Gold regarding filing sale motion on Roxbury (.2).  Instructions to L. Hann regarding filing (.1). | | | |
|  | D.G. TRACHE | 1.30 hrs. | 590.00/hr | $767.00 |
| 11/27/24 | Review and analyze email and proposal from Bala Jain regarding Roxbury Road.  Email correspondence with Trustee and S. Karbelk regarding same. | | | |
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 11/30/24 | Email correspondence with H. Hutman and S. Karbelk regarding Roxbury sale. | | | |
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 12/02/24 | Email correspondence with C. Rogan, H. Huttman and estate professionals regarding Roxbury road sale and demand from Bala Jain. | | | |
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 12/05/24 | Confer with S. Karbelk and J. Gold regarding sales of remaining properties (.3).  Email correspondence with C. Rogan and H. Hutman regarding Roxbury (.2).  Email correspondence with S. Karbelk regarding revised ALTA for order (.1). Prepare order on Roxbury (.6). | | | |
|  | D.G. TRACHE | 1.20 hrs. | 590.00/hr | $708.00 |
| 12/06/24 | Email correspondence with S. Karbelk and title company regarding proposed order Roxbury.  Review and revise same. | | | |
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 12/09/24 | Finalize Roxbury sale order, emails with C. Rogan and H. Hutman re: same. | | | |
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 12/12/24 | Confer with Trustee and S. Karbelk regarding Roxbury and Sterling sales (.3). | | | |

Gold, Harris Jason - Chapter 7 Counsel

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review review November report. Email correspondence with Trustee re: same (.2). Email to L. Hann regarding Roxbury order (.1). | | | |
|  | D.G. TRACHE | 0.60 hrs. | 590.00/hr | $354.00 |
| 12/12/24 | Emails regarding technical issues with Fulton Bank records. | | | |
|  | L.K. HANN | 0.40 hrs. | 260.00/hr | $104.00 |
| 12/13/24 | Submit Order approving sale of Roxbury property to the Court for signing. | | | |
|  | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 12/16/24 | Prepare for hearing on Roxbury Road sale. Email correspondence with S. Karbelk and A. Davison re: Sterling. | | | |
|  | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 12/17/24 | Court appearance and preparation - Motion to Sell Roxbury (1.7). Email correspondence with S. Karbelk, D. Silverman and counsel to Bank of Clarke re: closing (.3). | | | |
|  | D.G. TRACHE | 2.00 hrs. | 590.00/hr | $1,180.00 |
| 12/18/24 | Review entered Roxbury sale order and circulate to closing attorneys (.2). Follow up emails regarding additional taxes, revised ALTA and Bank of Clark matters (.3). Email correspondence with counsel to Bank of Clark re: same (.2). Call with Trustee re: same (.1). | | | |
|  | D.G. TRACHE | 0.80 hrs. | 590.00/hr | $472.00 |
| 12/20/24 | Email correspondence with Trustee and others regarding Roxbury closing. | | | |
|  | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 01/02/25 | Confer with Trustee and S. Karbelk regarding sale of final property and settlement negotiations with Bala Jain. | | | |
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 01/09/25 | Confer with Trustee and S. Karbelk regarding Sterling Road sale and cash collateral issues. | | | |
|  | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 01/16/25 | Confer with Trustee and S. Karbelk regarding Sterling Road property sale, cash collateral of lender and related. | | | |
|  | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 01/22/25 | Email correspondence with E. Kramer regarding Sterling Road property and settlement with Township. | | | |
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 01/30/25 | Review email from closing agent regarding bankruptcy fee purportedly assessed on 3012 Dupont. Review documents and Sale Order. Respond. | | | |
|  | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 02/05/25 | Email correspondence with closing agent regarding additional funds on hand. Review order and directions re: remitting to Bank of Clarke County. | | | |
|  | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 02/06/25 | Confer with Trustee and sales agent regarding Sterling Road and related matters. | | | |
|  | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 02/13/25 | Confer with Trustee regarding Sterling Road sale and cash collateral position (.3). Review materials and prepare email to A. Davison regarding proposed sale and | | | |

Gold, Harris Jason - Chapter 7 Counsel

July 18, 2025
Invoice 2855075 Page 11

| | | | | |
|---|---|---|---|---|
| | carve-out (.7). | | | |
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 02/14/25 | Email correspondence with A. Davison regarding Sterling Road. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 02/18/25 | Submit order to approve settlement to the Court for signing. | | | |
| | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 02/19/25 | ECF filing of monthly operating report. | | | |
| | L.K. HANN | 0.30 hrs. | 260.00/hr | $78.00 |
| 02/20/25 | Confer with Trustee and S. Karbelk regarding negotiations with lender and purchasers on Sterling Road. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 02/21/25 | Email correspondence with S. Karbelk and A. Davison regarding Sterling Road sale, carve out and cash collateral. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 02/24/25 | Email correspondence with S. Karbelk regarding Sterling road offers and bank issues. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 02/26/25 | Email correspondence with Trustee and S. Young regarding offer on Sterling Road. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 02/27/25 | Review contract on Sterling Road.  Discuss same with S. Karbelk. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 03/03/25 | Review Sterling Road Contract and title report (.3).  Email correspondence with A. Davison regarding cash collateral (.2). Draft sale motion (.8) | | | |
| | D.G. TRACHE | 1.30 hrs. | 590.00/hr | $767.00 |
| 03/04/25 | Email correspondence with A. Davison regarding Sterling Road (.5).  Revise sale motion accordingly.  Email correspondence with S. Karbelk and review proposed revisions (.3). | | | |
| | D.G. TRACHE | 0.80 hrs. | 590.00/hr | $472.00 |
| 03/04/25 | Email correspondence with Trustee regarding potential distribution waterfall. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 03/06/25 | Confer with Trustee and S. Karbelk regarding Sterling Road Sale.  Finalize sale motion and notice.  Instructions re: filing.  Email from A. Davison regarding sale. | | | |
| | D.G. TRACHE | 0.70 hrs. | 590.00/hr | $413.00 |
| 03/06/25 | Assemble exhibits to Motion to Sell 6961 Sterling and ECF filing of same. | | | |
| | L.K. HANN | 0.80 hrs. | 260.00/hr | $208.00 |
| 03/07/25 | Email correspondence with J. Gold regarding Sterling Road. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 03/13/25 | Confer with Trustee and S. Karbelk regarding Sterling Road and carve-out.  Email correspondence re: same. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 03/17/25 | Review revised Alta and email correspondence with A. Davison regarding Sterling | | | |

Gold, Harris Jason - Chapter 7 Counsel

July 18, 2025
Invoice 2855075  Page 12

| | | | | |
|---|---|---|---|---|
| | Road carve-out. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 03/18/25 | Email correspondence with A. Davison regarding Sterling Road sale and carve out. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 03/19/25 | Email correspondence with Trustee, S. Karbelk and A. Davison regarding Sterling Road sale and buyer contract cancellation. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 03/22/25 | Prepare withdrawal of sale motion for Sterling Road property. | | | |
| | L.K. HANN | 0.20 hrs. | 260.00/hr | $52.00 |
| 03/24/25 | ECF filing of withdrawal of motion to sell 6961 Sterling. | | | |
| | L.K. HANN | 0.30 hrs. | 260.00/hr | $78.00 |
| 03/27/25 | Email correspondence with Trustee and S. Karbelk regarding new offer on Sterling Road. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 04/01/25 | Email correspondence with trustee and sales agent regarding additional offers on Sterling Road. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 04/09/25 | Email correspondence with counsel to lender regarding sale of Sterling Road. Review draft ALTA to confirm compliance with carve out agreement and email correspondence with S. Karbelk re: same. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 04/10/25 | Confer with S. Karbelk and Trustee regarding sale motion on Sterling Road and cash collateral related matters.  Email correspondence with A. Davidson and S. Karbelk re: same. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 04/11/25 | Prepare sale motion for new contract on Sterling Road (.5).  Email correspondence with S. Karbelk regarding same and proposed revisions to motion (.3). | | | |
| | D.G. TRACHE | 0.80 hrs. | 590.00/hr | $472.00 |
| 04/14/25 | Review Sterling road sale motion.  Email correspondence with L. Hann regarding same. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 04/14/25 | Prepare notice of hearing for new motion to sell Sterling property. | | | |
| | L.K. HANN | 0.10 hrs. | 260.00/hr | $26.00 |
| 04/16/25 | Assemble exhibits and ECF filing of motion to sell Sterling Road property. | | | |
| | L.K. HANN | 0.70 hrs. | 260.00/hr | $182.00 |
| 04/16/25 | Finalize Sterling sale motion and notice.  Email correspondence with S. Karbelk re: same. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 04/17/25 | Confer with Trustee regarding Sterling Road sale and related. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 05/01/25 | Confer with Trustee regarding sale of Sterling Road, cash collateral and related. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |

Gold, Harris Jason - Chapter 7 Counsel

July 18, 2025
Invoice 2855075  Page 13

| | | | |
|---|---|---|---|
| 05/08/25 | Confer with Trustee regarding closing on Sterling (.2).  Draft Order on Sterling sale (.5).  Email correspondence with S. Karbelk, A. Davison and C. Rogan regarding Sterling sale Order (.3). | | |
| | D.G. TRACHE | 1.00 hrs.    590.00/hr | $590.00 |
| 05/09/25 | Email correspondence with A. Davison and C. Rogan re: Sterling sale order.  Finalize Order and instructions re: submission to Court. | | |
| | D.G. TRACHE | 0.50 hrs.    590.00/hr | $295.00 |
| 05/12/25 | Submit order to approve sale of Sterling property to the Court for filing. | | |
| | L.K. HANN | 0.10 hrs.    260.00/hr | $26.00 |
| 05/13/25 | Prepare for and appear at hearing - Sterling Road Sale Motion. | | |
| | D.G. TRACHE | 1.00 hrs.    590.00/hr | $590.00 |
| 05/13/25 | ECF filing of monthly operating report. | | |
| | L.K. HANN | 0.20 hrs.    260.00/hr | $52.00 |
| 05/14/25 | Review entered Sale Order on Sterling Road. Emails re: same and closing. | | |
| | D.G. TRACHE | 0.30 hrs.    590.00/hr | $177.00 |
| 05/15/25 | Confer re: Sterling closing and cash collateral. | | |
| | D.G. TRACHE | 0.20 hrs.    590.00/hr | $118.00 |
| 05/19/25 | Email correspondence with counsel to secured lender regarding closing and related re: Sterling.  Email correspondence with S. Karbelk re: same. | | |
| | D.G. TRACHE | 0.20 hrs.    590.00/hr | $118.00 |
| 05/20/25 | Review email from C. Rogan and revised Deed re: 202 N. Port and estoppel certificate (.5).  Follow up email correspondence with Trustee and Bala Jain (.3).  Email correspondence with Trustee regarding cash collateral on Sterling Road (.2).. | | |
| | D.G. TRACHE | 1.00 hrs.    590.00/hr | $590.00 |
| 05/21/25 | Email correspondence with Bala Jain regarding corrected deed for 202 Port.  Email correspondence regarding Sterling Road closing. | | |
| | D.G. TRACHE | 0.50 hrs.    590.00/hr | $295.00 |
| 05/22/25 | Email correspondence with Bala Jain regarding 202 Port corrected deed. | | |
| | D.G. TRACHE | 0.30 hrs.    590.00/hr | $177.00 |
| 05/23/25 | Email correspondence with S. Karbelk and Andrea Davison regarding Sterling closing and cash collateral. | | |
| | D.G. TRACHE | 0.30 hrs.    590.00/hr | $177.00 |
| 05/27/25 | Email correspondence with counsel to lender regarding cash collateral.  Email to J. Gold re: same. | | |
| | D.G. TRACHE | 0.20 hrs.    590.00/hr | $118.00 |
| 05/30/25 | Confer with J. Gold regarding cash collateral payment to Sterling Road lender and request for corrected Deed on 202 Port. | | |
| | D.G. TRACHE | 0.30 hrs.    590.00/hr | $177.00 |
| 05/31/25 | Email correspondence with J. Gold regarding West Hanover settlement and reimbursement attributable to Sterling property. | | |
| | D.G. TRACHE | 0.20 hrs.    590.00/hr | $118.00 |

Gold, Harris Jason - Chapter 7 Counsel

July 18, 2025
Invoice 2855075 Page 14

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/02/25 | Email correspondence with Bala Jain.  Call to C. Rogan regarding 202 Port. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 06/03/25 | Call with C. Rogan and email correspondence regarding 202 Port revised deed. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 06/05/25 | Email correspondence with Bala Jain and C. Rogan regarding revised deed for 202 Port (.2).  Review deed and email correspondence with J. Gold regarding same (.3). Confer with Trustee regarding cash collateral and deposit refunds for Sterling Road (.2).  Confer with Trustee regarding outstanding matters prior to case closure (.3). | | | |
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |
| 06/07/25 | Email correspondence with Trustee regarding Sterling Road payments to secured creditor. | | | |
| | D.G. TRACHE | 0.10 hrs. | 590.00/hr | $59.00 |
| 06/08/25 | Email correspondence with Trustee regarding remaining cash collateral. | | | |
| | D.G. TRACHE | 0.10 hrs. | 590.00/hr | $59.00 |
| 06/10/25 | Email correspondence with J. Gold regarding additional funds received on Jonestown Road. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 06/11/25 | Email correspondence with Trustee regarding cash collateral and carve out issues. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 06/18/25 | Email correspondence regarding potential remnant sale. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 06/20/25 | Email correspondence with J. Gold regarding decision not to pursue remnant sale. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| 06/25/25 | Email from S. Karbelk regarding security deposit on Sterling Road. | | | |
| | D.G. TRACHE | 0.10 hrs. | 590.00/hr | $59.00 |
| 07/17/25 | Email correspondence with S. Karbelk and J. Gold regarding tax notices. | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |
| | **Subtotal T0009** | **46.90 hrs.** | | **$25,394.00** |

**T0011 - Bankruptcy Litigation**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/28/24 | Review court calendar regarding AP hearing.  Email correspondence with C. Rogan and clerk regarding same. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 12/02/24 | Email correspondence with C. Rogan regarding Bala Jain AP.  Review status of case. | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |
| 01/16/25 | Email to C. Rogan regarding Bala Jain settlement.  Confer with R. Marino re: same. Discuss settlement terms with Trustee.  Email from C. Rogan. | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |
| 01/22/25 | Prepare notice of hearing for motion to approve settlement of Bala Jain claims. | | | |
| | L.K. HANN | 0.30 hrs. | 260.00/hr | $78.00 |

Gold, Harris Jason - Chapter 7 Counsel

July 18, 2025
Invoice 2855075  Page 15

| 01/23/25 | ECF filing of motion to approve settlement and coordinate mail service of same. | | | |
|---|---|---|---|---|
| | L.K. HANN | 0.50 hrs. | 260.00/hr | $130.00 |

| 01/24/25 | Review and analyze Fulton Bank AP Complaint regarding fees (.5).  Review status of fee dispute and email correspondence with Trustee and C. Rogan re: same (.5). | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |

| 01/27/25 | Review docket re: Bala Jain hearing.  Email correspondence with Court and C. Rogan re: same. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |

| 01/29/25 | Email correspondence with D. Musgrave regarding Bala Jain settlement. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |

| 01/31/25 | Email correspondence with Plaintiff's counsel regarding Fulton Bank AP service.  Review scheduling order and summons.  Email to L. Hann regarding same. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.40 hrs. | 590.00/hr | $236.00 |

| 02/06/25 | Confer with Trustee regarding attorney fee dispute and attempts to resolve. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |

| 02/07/25 | Email correspondence with J. Gold regarding attorney fee complaint and potential mediation.  Review deadlines re: same. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |

| 02/13/25 | Email correspondence with J. Gold regarding mediation of fee dispute.  Email to C. Rogan and D. Musgrave regarding same. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |

| 02/14/25 | Prepare order on Bala Jain Settlement (.5). Email correspondence with C. Rogan re: same (.2) | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.70 hrs. | 590.00/hr | $413.00 |

| 02/18/25 | Email correspondence with C. Rogan and L. Hann regarding settlement order.  Review C. Rogan email re: fees. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | $295.00 |

| 02/19/25 | Prepare for meeting with Fulton and Bala Jain re: fee dispute and participate in same. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |

| 02/24/25 | Confer with assistant regarding preparation for mediation on fee issue. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | $118.00 |

| 02/24/25 | Review court docket re: status hearing on Bala Jain litigation. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.10 hrs. | 590.00/hr | $59.00 |

| 02/25/25 | Court appearance and preparation - Bala Jain litigation status conference. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 1.00 hrs. | 590.00/hr | $590.00 |

| 02/26/25 | Email correspondence with J. Gold regarding implementation of Bala Jain settlement. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | $177.00 |

| 02/28/25 | Review Fulton Bank mediation position. | | | |
|---|---|---|---|---|
| | D.G. TRACHE | 0.40 hrs. | 590.00/hr | $236.00 |

Gold, Harris Jason - Chapter 7 Counsel

July 18, 2025
Invoice 2855075  Page 16

| | | | | | |
|---|---|---|---|---|---|
| 03/01/25 | Review email from C. Rogan re: fee dispute. | | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | | $177.00 |
| 03/03/25 | Email correspondence with Trustee, D. Musgrave and C. Rogan regarding fee mediation. | | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | | $177.00 |
| 03/04/25 | Participate in mediation over fee dispute and prepare for same. | | | | |
| | D.G. TRACHE | 3.00 hrs. | 590.00/hr | | $1,770.00 |
| 03/11/25 | Email correspondence with Trustee regarding authorization to distribute attorney fee escrow funds.  Review prior orders re: same. | | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | | $177.00 |
| 03/12/25 | Call with J. Gold and email correspondence with Bala Jain regarding settlement payment. | | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | | $177.00 |
| 03/13/25 | Review calendar re: fee dispute pre-trial. Email correspondence with D. Musgrave re: same. | | | | |
| | D.G. TRACHE | 0.20 hrs. | 590.00/hr | | $118.00 |
| 03/31/25 | Review status and court docket re: Fee Dispute.  Review court calendar regarding preliminary hearing. Email correspondence with D. Musgrave. Review notice of dismissal. | | | | |
| | D.G. TRACHE | 0.50 hrs. | 590.00/hr | | $295.00 |
| | **Subtotal T0011** | **13.90 hrs.** | | | **$7,937.00** |

**T0015 - Claims Administration and Objections**

| | | | | | |
|---|---|---|---|---|---|
| 02/27/25 | Email correspondence with L. Grahl regarding Chapter 11 admin expenses. | | | | |
| | D.G. TRACHE | 0.30 hrs. | 590.00/hr | | $177.00 |
| | **Subtotal T0015** | **0.30 hrs.** | | | **$177.00** |

**Fees for Legal Services** ...................................................................................................... **$57,672.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.G. TRACHE | 89.20 | 590.00 | 52,628.00 |
| L.K. HANN | 19.40 | 260.00 | 5,044.00 |
| TOTAL | 108.60 | $531.05 | $57,672.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

**E101 - Copying**

| | | |
|---|---|---|
| 10/08/2024 | Copies 1,949 Page(s) | 97.45 |
| 11/11/2024 | Copies 2,278 Page(s) | 113.90 |
| 11/22/2024 | Copies 3,248 Page(s) | 162.40 |

Gold, Harris Jason - Chapter 7 Counsel

July 18, 2025
Invoice 2855075  Page 17

| 01/23/2025 | Copies 436 Page(s) | 21.80 |
| 03/06/2025 | Copies 2,648 Page(s) | 132.40 |
| 03/24/2025 | Copies 228 Page(s) | 11.40 |
| 04/16/2025 | Copies 2,147 Page(s) | 107.35 |
| **Total E101 - Copying** | | **$646.70** |

**E107 - Delivery Services/Messengers**

| 01/15/2025 | Federal Express charge | 25.45 |
| **Total E107 - Delivery Services/Messengers** | | **$25.45** |

**E112 - Court Fees**

| 10/10/2024 | Vendor: Hann, Linnea K. Invoice#: 6975462210100204 Date: 10/9/2024   - CREXP Virginia Eastern BK Court -  - Filing Fees 10/08/24 Filing Fee | 199.00 |
| 11/28/2024 | Vendor: Hann, Linnea K. Invoice#: 7084412811280203 Date: 11/27/2024   - CREXP Virginia Eastern BK Court -  - Filing Fees 11/22/24 Filing fee | 199.00 |
| 03/07/2025 | Vendor: Hann, Linnea K. Invoice#: 7277213703070202 Date: 3/6/2025   - CREXP Virgina Eastern BK Court -  - Filing Fees 03/06/25 BK filing | 199.00 |
| 04/17/2025 | Vendor: Hann, Linnea K. Invoice#: 7366099204170202 Date: 4/16/2025   - CREXP VA Eastern BK Court -  - Filing Fees 04/16/25 Motion filing fee | 199.00 |
| **Total E112 - Court Fees** | | **$796.00** |

**E124 - Other**

| 10/11/2024 | Vendor: U.S. Courts: Pacer; Invoice#: PACER102024; Date: 10/11/2024 - Billing period - 9/1/2024 to 9/30/2024 | 8.50 |
| 11/11/2024 | Vendor: U.S. Courts: Pacer; Invoice#: PACER112024; Date: 11/11/2024 - Billing period - 10/1/2024 to 10/31/2024 | 17.50 |
| 12/11/2024 | Vendor: U.S. Courts: Pacer; Invoice#: PACER122024; Date: 12/11/2024 - Billing period - 11/1/2024 to 11/30/2024 | 25.50 |
| 01/13/2025 | Vendor: U.S. Courts: Pacer; Invoice#: PACER012025; Date: 1/13/2025 - Billing period - 12/1/2024 to 12/31/2024 | 19.90 |
| 01/11/2025 | Vendor: U.S. Courts: Pacer; Invoice#: PACER022025; Date: 1/11/2025 - Billing period - 1/1/2025 to 1/31/2025 | 10.70 |
| 03/11/2025 | Vendor: U.S. Courts: Pacer; Invoice#: PACER032025; Date: 3/11/2025 - Billing period - 2/1/2025 to 2/28/2025 | 11.00 |
| 04/11/2025 | Vendor: U.S. Courts: Pacer; Invoice#: PACER042025; Date: 4/11/2025 - Billing period - 3/1/2025 to 3/31/2025 | 38.10 |
| 05/12/2025 | Vendor: U.S. Courts: Pacer; Invoice#: PACER052025; Date: 5/12/2025 - Billing period - 4/1/2025 to 4/30/2025 | 3.00 |
| 06/11/2025 | Vendor: U.S. Courts: Pacer; Invoice#: PACER062025; Date: | 15.80 |

Gold, Harris Jason - Chapter 7 Counsel

July 18, 2025
Invoice 2855075  Page 18

| | 6/11/2025 - Billing period - 5/1/2025 to 5/31/2025 | |
|---|---|---|
| 07/11/2025 | Vendor: U.S. Courts: Pacer; Invoice#: PACER072025; Date: 7/11/2025 - Billing period - 6/1/2025 to 5/30/2025 | 0.70 |
| **Total E124 - Other** | | **$150.70** |

**E108 - Postage**

| | | |
|---|---|---|
| 08/02/2024 | Postage | 307.09 |
| 08/01/2024 | 7/17/24 Postage | 208.08 |
| 11/22/2024 | Postage | 228.26 |
| 03/10/2025 | Postage | 77.52 |
| 03/10/2025 | Postage | 150.96 |
| 04/16/2025 | Postage | 230.52 |
| **Total E108 - Postage** | | **$1,202.43** |

**E124 - Other**

| | | |
|---|---|---|
| 06/18/2025 | Vendor: Cogency Global Inc. Invoice#: 102075491 Date: 6/17/2025   - CRINV -  - 06/17/25 - UCC and Federal Tax Lien Search | 53.59 |
| **Total E124 - Other** | | **$53.59** |

**Total Charges for Other Services Provided/Expenses Incurred** .................................... **$2,874.87**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| E101 - Copying | 646.70 |
| E107 - Delivery Services/Messengers | 25.45 |
| E108 - Postage | 1,202.43 |
| E112 - Court Fees | 796.00 |
| E124 - Other | 204.29 |
| TOTAL | $2,874.87 |

**TOTAL FOR THIS INVOICE** ................................................................................ **$60,546.87**

Gold, Harris Jason - Chapter 7 Counsel

July 18, 2025
Invoice 2855075  Page 19

### REMITTANCE COPY
Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000
accounts.receivable@nelsonmullins.com

Gold, Harris Jason - Chapter 7 Counsel
ATTN:  Gold, H. Jason
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, SW
Suite 900
Washington, DC  20001

Our Matter #                045429/09040                         For Services Through 07/18/25
Name of Matter:          Eagle Properties and Investments LLC

| | |
|---|---|
| Fees for Professional Services | $57,672.00 |
| Charges for Other Services Provided/Expenses Incurred | 2,874.87 |
| **TOTAL FOR THIS INVOICE** ......................................................................... | **$60,546.87** |

| |
|---|
| **Terms of Payment:** Balance due within thirty days of invoice date |

### *ELECTRONIC PAYMENT INSTRUCTIONS*

*Domestic Wire*                                              *Foreign Wire (USD)*
*And ACH Transfer*                                              *Transfer*

### *CREDIT CARD PAYMENTS*
http://www.nelsonmullins.com/pay

**Reference Field:**  Note the Nelson Mullins Invoice and Matter Number.