**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| EAGLE PROPERTIES AND ) | Bankruptcy Case |
| INVESTMENTS, LLC, ) | No. 23-10566-KHK |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR ASSET MANAGER**

H. Jason Gold, the Chapter 7 Trustee ("Trustee"), by counsel, hereby makes this final application for allowance of fees and reimbursement of costs ("Application") incurred by Stephen Karbelk as the team leader of Auction Markets, LLC DBA RealMarkets ("Asset Manager"), for the period from March 29, 2024 through June 9, 2025 in the total amount of $23,241.00. The current Application includes fees for the period October 1, 2024 through July 3, 2025 ("Billing Period") totaling $4,371.75, for which no interim application has been filed, for which the Asset Manager seeks allowance. In support of its application, the Asset Manager states as follows:

1. By order of the Court on April 5, 2024, the Asset Manager was authorized and designated to perform services for the Trustee.

2. The Asset Manager provided to the Trustee comprehensive asset management services for the twenty-five properties owned by the Debtor as set forth more specifically in the attached statement. In general, the Asset Manager's services included managing the utility accounts and insurance coverage for the properties and communicating with secured lenders regarding same, collecting rent from tenants, addressing rent delinquencies and managing necessary repairs and upkeep for the properties. The Asset Manager has also prepared monthly

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*
4903-5821-9346 v.3

reports outlining these efforts for the Trustee.

3. The Trustee's Asset Manager has no agreement to share any compensation with any persons. The compensation sought in this Application is separate from any real estate commissions earned in connection with the sale of properties.

4. The rate of $225 for Stephen Karbelk are fair and generally accepted rates of compensation by asset managers rendering similar services.

5. On July 19, 2024, the Trustee's Asset Manager filed its First Interim Application for Allowance of Compensation ("First Interim Application"). On August 12, 2024, this Court entered an Order approving the First Interim Application. Trustee's Asset Manager has received prior compensation for fees of $11,351.25.

6. On November 11, 2024, the Trustee's Asset Manager filed its Second Interim Application for Allowance of Compensation ("Second Interim Application"). On December 9, 2024, this Court entered an Order approving the Second Interim Application. Trustee's Asset Manager has received prior compensation for fees of $7,065.00 and costs of $453.00.

7. Attached hereto as **Exhibit A** is a statement of the services rendered during the Billing Period.

8. Upon the basis of said statement of services and the prior interim applications, the Asset Manager seeks allowance and payment of compensation and costs totaling $23,241.00 including $4,371.75 in unpaid fees and costs.

WHEREFORE, the undersigned requests that this Court enter an Order: (i) allowing compensation in the amount of $4,371.75 for fees incurred during the Billing Period; (ii) allowing the Asset Manager's fees in the amount of $22,788.00 on a final basis and expenses in the amount of $453.00 on a final basis for a total final award of $23,241.00; (iii) authorizing the Trustee to

4903-5821-9346 v.3

pay this award or any portion thereof in his discretion, and (iii) awarding any further relief that the Court deems just and proper.

                Respectfully submitted,

                H. JASON GOLD, CHAPTER 7 TRUSTEE

                By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email:  dylan.trache@nelsonmullins.com

By:    /s/ Dylan G. Trache
        Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

3

4903-5821-9346 v.3

# Invoice

**From** | **RealMarkets**
20130 Lakeview Center Plaza, Suite 410
Ashburn, VA 20147

Invoice # | **218**
Issue Date | 7/3/25
Due Date | 8/2/25

**To** | **Eagle Properties**

| # | Description | Qty | Rate | Total |
|---|---|---|---|---|
| 1 | [Asset Management] – Real Estate<br>10/23/24<br>Send environmental citation on 213 N. Port to D. Musgrave, | 0.09 | 225 | $20.25 |
| 2 | [Asset Management] – Real Estate<br>10/1/24<br>Process final water bill for New Oxford | 0.2 | 225 | $45.00 |
| 3 | [Asset Management] – Real Estate<br>10/3/24<br>Research Refund from State Farm, send to Trustee | 0.07 | 225 | $15.75 |
| 4 | [Asset Management] – Real Estate<br>10/7/24<br>Complete rental license application for Roxbury Road, email to counsel, email Trustee re: concerns over ability to get the property vacant, email BoC counsel re: payoff update, send State Farm refund check to Trustee, review allocation. | 0.47 | 225 | $105.75 |
| 5 | [Asset Management] – Real Estate<br>10/8/24<br>Send email notice to tenant on Sterling Road, copy housing insurance company and Trustee | 0.16 | 225 | $36.00 |
| 6 | [Asset Management] – Real Estate<br>10/12/24<br>Pay bills, prepare Sterling Road utility report for Trustee, prepare monthly report. | 2.65 | 225 | $596.25 |
| 7 | [Asset Management] – Real Estate<br>10/12/24<br>Prepare Sterling Road utility report for Trustee, prepare monthly report. | 1.3 | 225 | $292.50 |
| 8 | [Asset Management] – Real Estate<br>10/13/24<br>Update and finalize Sept asset management report, send email invoice to A. Jain to pay Sept 2024 rent on Dupont. | 0.25 | 225 | $56.25 |

| # | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 9 | [Asset Management] – Real Estate<br>10/16/24<br>Review mail received by A. Jain, responded. | 0.11 | 225 | $24.75 |
| 10 | [Asset Management] – Real Estate<br>10/18/24<br>Review text messages from tenant in Sterling Road, communicate request for extension via email to Trustee, recommending a hard deadline of 12/15/24, subject to insurance company approval. | 0.12 | 225 | $27.00 |
| 11 | [Asset Management] – Real Estate<br>10/20/24<br>Review QB transactions and prepare reports for Trustee | 0.48 | 225 | $108.00 |
| 12 | [Asset Management] – Real Estate<br>10/22/24<br>Email tenant and housing insurance agent regarding lease extension for Sterling Road, forwarded past due RE tax bill for 202 N. Port to lender and counsel, forwarded past due RE tax bill and forced placed insurance notice on 213 N. Port to lender's counsel. | 0.21 | 225 | $47.25 |
| 13 | [Asset Management] – Real Estate<br>10/27/24<br>Review lawn mowing bills and utility bills, pay as needed. | 0.5 | 225 | $112.50 |
| 14 | [Asset Management] – Real Estate<br>10/29/24<br>Read notice from Am. Water, call with Tamara re: water usage, scheduling a plumber ASAP, she'll make herself available. | 0.08 | 225 | $18.00 |
| 15 | [Asset Management] – Real Estate<br>10/30/24<br>Send State Farm refund to Trustee re: 6958 New Oxford Road, contacted GF Bowman Plumbers to schedule an appointment for tomorrow. Called Troy McDonald. LM. Texted Troy. Received call from GF Bowman, reviewed need and confirmed order. | 0.48 | 225 | $108.00 |
| 16 | [Asset Management] – Real Estate<br>10/31/24<br>Pay Sterling Road Water Bill, record State Farm invoice in QB, emailed rental payment agency to confirm they will pay for November 15 - December 15 rent for Sterling Road, received a call from GF Bowman, they went to Sterling Road, problem with the tiolet flapper and handle, I authorized the repair for $189.00 plus the service call charge. Responded to email from J. Morales re: one month extension. | 0.29 | 225 | $65.25 |
| 17 | [Asset Management] – Real Estate<br>11/1/24<br>Notify State Farm re: cancellation of insurance on 202 N. Port effective 10/22/24. | 0.08 | 225 | $18.00 |
| 18 | [Asset Management] – Real Estate<br>11/4/24<br>Look up Pure Insurance re: email from Mac. | 0.1 | 225 | $22.50 |

| # | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 19 | [Asset Management] – Real Estate<br>11/6/24<br>Follow up with Itel re: lease extension on Sterling Road | 0.04 | 225 | $9.00 |
| 20 | [Asset Management] – Real Estate<br>11/9/24<br>Send PA Water Refund check to Trustee re: 6958 New Oxford, send PA Water to A. Jain, asking him to endorse check to Trustee and send to Trustee (stamped envelope included) re: 7616 Grove, Trustee received $692 check from A. Jain, provided allocation. Sent email to T. Charlot re: status of Nov 15 rent payment and letting her know she has the option of paying the rent herself. Prepare October 2024 Monthly Report. | 1.56 | 225 | $351.00 |
| 21 | [Asset Management] – Real Estate<br>11/13/24<br>Follow up with B. Bean re: rent for 11.15 to 12.15.24 for Sterling Road, exchanged emails coordinating one month extension, copied Trustee. | 0.15 | 225 | $33.75 |
| 22 | [Asset Management] – Real Estate<br>11/14/24<br>Pay final mowing invoice, Jonestown Road. Final October 2024 MOR. | 0.78 | 225 | $175.50 |
| 23 | [Asset Management] – Real Estate<br>11/18/24<br>Cancel water service to Jonestown Road | 0.05 | 225 | $11.25 |
| 24 | [Asset Management] – Real Estate<br>11/21/24<br>Deposit expense reimbursement check from closing on Jonestown Road, note outstanding final bills pending. | 0.09 | 225 | $20.25 |
| 25 | [Asset Management] – Real Estate<br>11/23/24<br>Received notice of Republic Services writing off the balance on Jonestown Road, scanned notice. Sent Trustee email re: status of rent received for Sterling Road. | 0.09 | 225 | $20.25 |
| 26 | [Asset Management] – Real Estate<br>11/26/24<br>Pay final PPL bill for Jonestown Road, reviewed PPL accounts to confirm all have a zero balance. | 0.14 | 225 | $31.50 |
| 27 | [Asset Management] – Real Estate<br>11/28/24<br>Pay water bill on Sterling Road, record in QB. | 0.13 | 225 | $29.25 |
| 28 | [Asset Management] – Real Estate<br>12/1/24<br>Reconcile Bank Account Payments, send email to H. Saleem re: recurring charge on 202 N. Port on 11/27 for a policy cancelled on 11/1/24. | 0.25 | 225 | $56.25 |
| 29 | [Asset Management] – Real Estate<br>12/2/24<br>Review email from Shail, responded with update, emailed SF | 0.13 | 225 | $29.25 |

| # | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | agent re: confirmation of cancellation date. | | | |
| 30 | [Asset Management] – Real Estate<br>12/5/24<br>Record and mail State Farm $174.90 refund check to Trustee re: 202 N. Port Street. Update Asset Management status report for Trustee. | 0.07 | 225 | $15.75 |
| 31 | [Asset Management] – Real Estate<br>12/11/24<br>Cancel Eagle QB subscription, Prepare November 2024 monthly report, send to Trustee and counsel for review, approval, and filing. | 1.03 | 225 | $231.75 |
| 32 | [Asset Management] – Real Estate<br>12/14/24<br>Prepare Expense and Receipt Summary for Trustee, per Trustee's Request | 1.08 | 225 | $243.00 |
| 33 | [Asset Management] – Real Estate<br>12/16/24<br>Review insurance notice from Foremost, research and inquire about a refund. Sent email to Mason Erwin, the insurance agent. | 0.09 | 225 | $20.25 |
| 34 | [Asset Management] – Real Estate<br>12/26/24<br>Cancel insurance on Roxbury Road with insurance agent, update insurance status report. | 0.1 | 225 | $22.50 |
| 35 | [Asset Management] – Real Estate<br>12/27/24<br>Record monthly insurance payments in QB. | 0.04 | 225 | $9.00 |
| 36 | [Asset Management] – Real Estate<br>12/31/24<br>Pay water bill for Sterling Road, record in QB. | 0.09 | 225 | $20.25 |
| 37 | [Asset Management] – Real Estate<br>1/10/25<br>Review email with mail from A. Jain, forward to buyer; respond to Tamara re: move out date and coordinate with Stephanie, update Trustee. | 0.23 | 225 | $51.75 |
| 38 | [Asset Management] – Real Estate<br>1/13/25<br>Text Stephanie to remind her to connect with Sterling Road tenant, texted tenant and SY to remind tenant to talk with Stephanie and to not turn off the utiltiies. Received email from Shail re: 202 N. Port insurance, discussed with Trustee, as a courtesy, I reached to B. Mathai at State Farm asking if he could assist. I forwarded my policy info to B. Mathai and his assistant and copied Heidi. Received response from tenant and SY re: Sterling Road, tenant moving out in the next few days, confirmed she will not turn off the electric, SY in touch to coordinate transfer. | 0.42 | 225 | $94.50 |
| | [Asset Management] – Real Estate | | | |

| # | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 39 | 1/14/25<br>Prepare December 2024 Monthly Asset Management Report, email to Trustee and counsel for review and filing, send Roxbury insurance refund check to Trustee. | 0.84 | 225 | $189.00 |
| 40 | [Asset Management] – Real Estate<br>1/21/25<br>Put electric service into my name for Sterling Road, update tenant, update Trustee. Pay Invoice to Lower Paxton re: Sterling Road, record in QB. | 0.25 | 225 | $56.25 |
| 41 | [Asset Management] – Real Estate<br>1/30/25<br>Assemble Invoices and share with Lori for accountant. | 0.22 | 225 | $49.50 |
| 42 | [Asset Management] – Real Estate<br>2/18/25<br>Prepare Jan 2025 asset management report | 0.73 | 225 | $164.25 |
| 43 | [Asset Management] – Real Estate<br>2/21/25<br>Prepare Sterling Road Expense History for secured creditor at request of Trustee's counsel and secured creditors attorney. Sent to A. Davison the receipts, copied DT and Trustee. | 0.29 | 225 | $65.25 |
| 44 | [Asset Management] – Real Estate<br>3/16/25<br>Prepare February 2025 monthly report, send to Trustee for review and approval, copy DT and LG. | 0.62 | 225 | $139.50 |
| 45 | [Asset Management] – Real Estate<br>3/18/25<br>Scan State Farm insurance renewal for Sterling Road and send to Trustee and copy lender's counsel. | 0.08 | 225 | $18.00 |
| 46 | [Asset Management] – Real Estate<br>3/25/25<br>Pay PPL Invoice, record in QB, save to DB folder with receipts. | 0.07 | 225 | $15.75 |
| 47 | [Asset Management] – Real Estate<br>3/26/25<br>Pay PA Water bill, file invoice, record in Quickbooks. | 0.14 | 225 | $31.50 |
| 48 | [Asset Management] – Real Estate<br>4/14/25<br>Pay bills and prepare monthly asset management report | 0.67 | 225 | $150.75 |
| 49 | [Asset Management] – Real Estate<br>4/21/25<br>Scan State Farm insurance renewal delcaration for Sterling Road, send to Trustee | 0.05 | 225 | $11.25 |
| 50 | [Asset Management] – Real Estate<br>5/12/25<br>Prepare April 2025 Monthly Report; send to Trustee and counsel for review, approval and filing. | 0.38 | 225 | $85.50 |

| # | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 51 | [Asset Management] – Real Estate<br>5/23/25<br>Send email to Holly at State Farm cancelling the insurance policy on Sterling Road, requested she stop auto pay | 0.1 | 225 | $22.50 |
| 52 | [Asset Management] – Real Estate<br>5/26/25<br>Pay final PPL bill, record. | 0.09 | 225 | $20.25 |
| 53 | [Asset Management] – Real Estate<br>5/29/25<br>Review expense reconcilations, remitted $500 refund to Trustee re: 7180 Jonestown Road, send update to Trustee, add calendar reminder to do final review and final monthly report | 0.09 | 225 | $20.25 |
| 54 | [Asset Management] – Real Estate<br>6/4/25<br>Received State Farm cancellation in mail, forwarded copy to Trustee re: Sterling Road | 0.03 | 225 | $6.75 |
| 55 | [Asset Management] – Real Estate<br>6/9/25<br>Prepare final asset management report; submit reimbursement invoice to Trustee, record State Farm entry in QB; send final report to Trustee. | 0.48 | 225 | $108.00 |
| 56 | [Asset Management] – Real Estate<br>7/3/25<br>Received notice of final water bill for Sterling Road from PA American Water, verified on PA American water website invoice was not paid, forwarded invoice to Justin at title compay to pay with water escrow funds | 0.1 | 225 | $22.50 |
| | | | Subtotal | $4,371.75 |
| | | | **Total** | **$4,371.75** |