UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE:<br><br>EAGLE PROPERTIES AND INVESTMENTS LLC | CASE NO: 23-10566-KHK<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 7<br>Judge: KLINETTE H. KINDRED<br>Hearing Location: 200 South Washington St, Alexandria VA  22314<br>Hearing Date: 10/28/2025<br>Hearing Time: 11AM<br>Response Date: 10/13/2025 |

On 9/22/2025, I did cause a copy of the following documents, described below,

Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/22/2025

/s/ H. JASON GOLD
H. JASON GOLD
Trustee
H. JASON GOLD
PO BOX 57359
WASHINGTON, DC  20037
703 864 2272
lgrahl@fsscommerce.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE:<br><br>EAGLE PROPERTIES AND INVESTMENTS LLC | CASE NO: 23-10566-KHK<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 7<br>Judge: KLINETTE H. KINDRED<br>Hearing Location: 200 South Washington St, Alexandria VA 22314<br>Hearing Date: 10/28/2025<br>Hearing Time: 11AM<br>Response Date: 10/13/2025 |

On 9/22/2025, a copy of the following documents, described below,

Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/22/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
H. JASON GOLD
H. JASON GOLD
PO BOX 57359
WASHINGTON, DC  20037

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled (CM/ECF SERVICE) were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ABL RPC RESIDENTIAL CREDIT ACQUISITION LLC<br>30 MONTGOMERY STREET<br>JERSEY CITY, NEW JERSEY 07302-3829 | ABL RPC RESIDENTIAL CREDIT ACQUISITION LLC<br>ANDREA DAVISON<br>2311 WILSON BLVD, STE 500<br>ARLINGTON, VA 22201-5422 | ADT<br>P O BOX 371878<br>PITTSBURGH, PA 15250-7878 |
| AERO MORTGAGE LOAN TRUST 2019- 1<br>8100 THREE CHOPT RD.<br>SUITE 240<br>RICHMOND, VA 23229-4833 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | AMIT JAIN<br>445 WINDOVER AVE NORTH WEST<br>VIENNA, VA 22180-4232 |
| ASSET BASED LENDING<br>PO BOX 27370<br>ANAHEIM, CA 92809-0112 | ATLANTIC UNION BANK<br>P O BOX 176<br>BLACKSBURG VA 24063-0176 | ATLANTIC UNION BANK<br>8221 OLD COURTHOUSE RD STE 100,<br>TYSONS, VA 22182-3839 |
| ATLANTIC UNION BANK<br>1051 E. CARY STREET<br>SUITE 1200<br>RICHMOND, VA 23219-4044 | BALA JAIN<br>CHRISTOPHER L. ROGAN, ESQ.<br>50 CATOCTIN CIRCLE, NE, SUITE 300<br>LEESBURG, VA 20176-3101 | BALA JAIN LLC<br>6007 MARILYN DR.<br>ALEXANDRIA, VA 22310-1516 |
| BALA JAIN LLC<br>6007 MARILYN DRIVE<br>ALEXANDRIA, VA 2231- 22310-1516 | BANK OF CLARKE<br>110 CROCK WELLS MILL DRIVE<br>WINCHESTER, VA 22603-3943 | BANK OF CLARKE<br>C/O HANNAH W. HUTMAN, ESQ.<br>HOOVER PENROD, PLC<br>342 S. MAIN STREET<br>HARRISONBURG, VA 22801-3628 |
| BANK OF CLARKE COUNTY<br>2 EAST MAIN STREET<br>BERRYVILLE, VA 22611-1338 | BETSY DALTON<br>1003 LYNN ST SW<br>VIENNA, VA 22180-6428 | CANDICE GOODMAN<br>15474 ROXBURY RD<br>GLENWOOD, MD 21738-9306 |
| CANOLES, P.C. CENTER<br>CARY STREET, SUITE 1400<br>VIRGINIA 23219-4031 | CAPITAL ONE N.A.<br>BY AMERICAN INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118-7901 | CHRISTOPHER A. JONES<br>WHITEFORD TAYLOR<br>3190 FAIRVIEW PARK DR.<br>SUITE 800<br>FALLS CHURCH, VA 22042-4558 |
| CITY OF RICHMOND<br>DIVISION OF COLLECTIONS PO BOX 26505<br>RICHMOND, VA 23261-6505 | COMMUNITY BANK OF CHESAPEAKE<br>202 CENTENNIAL ST,<br>LA PLATA, MD 20646 | COUNTY OF HENRICO<br>DEPARTMENT OF FINANCE, PO BOX 90775<br>HENRICO, VA 23273-0775 |
| DAUPHIN COUNTY TAX CLAIM BUREAU<br>P. O. BOX 1295<br>HARRISBURG, PA 17108-1295 | DEPARTMENT OF FINANCE HOWARD COUNTY<br>PROPERTY TAX DIVISION, 3430, COURT HOUSE<br>ELLICOTT CITY, MD 21043-4300 | DEVON ENGLAND<br>213 N PORT ST<br>BALTIMORE , MD 21224-1027 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled "CM/ECF SERVICE" were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| DOMINION ENERGY<br>PO BOX 26666<br>RICHMOND VA 23261-6666 | DTMA<br>670 CLEARWATER RD<br>HERSHEY, PA 17033-2453 | EAGLE PROPERTIES AND INVESTMENTS LLC<br>445 WINDOVER AVE NORTH W<br>VIENNA, VA 22180-4232 |
| FULTON BANK<br>625 ELDEN ST,<br>HERNDON, VA 20170-4739 | FULTON BANK, N.A.<br>GORDON FEINBLATT LLC<br>1001 FLEET STREET, SUITE 700<br>BALTIMORE, MD 21202-4346 | GITSIT SOLUTIONS, LLC<br>C/O PROBER & RAPHAEL<br>20750 VENTURA BLVD, S-100<br>WOODLAND HILLS, CA 91364-6207 |
| GITSIT SOLUTIONS, LLC<br>C/O ANDREW S. GOLDSTEIN<br>PO BOX 404<br>ROANOKE, VA 24003-0404 | GITSIT SOLUTIONS, LLC<br>333 SOUTH ANITA DRIVE, SUITE 400<br>ORANGE, CA 92868-3314 | GUS GOLDSMITH<br>JUSTIN P. FASANO<br>6411 IVY LANE, SUITE 200<br>GREENBELT, MD 20770-1405 |
| GUS GOLDSMITH<br>18205 BISCAYNE BLVD, SUITE 2226<br>AVENTURA, FL 33160-2149 | HOWARD COUNTY MARYLAND<br>GARY KUC, ESQ/KRISTEN BOWEN PERRY, ESQ.<br>3450 COURT HOUSE DRIVE<br>ELLICOTT CITY, MD 21043-4330 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES<br>P. O. BOX 10025<br>RICHMOND, VA 23240 |
| JOSHUA FOWLERS<br>580 W AREBA AVE<br>HERSHEY , PA 17033-1605 | LINCOLN AUTOMOTIVE FINANCIAL SERVICES<br>P.O. BOX 62180<br>COLORADO SPRINGS, CO 80962-2180 | LINKBANK<br>1250 CAMPHILL BYPASS, SUITE 202<br>CAMP HILL, PA 17011-3718 |
| MAIN STREET BANK<br>10089 FAIRFAX BLVD.<br>FAIRFAX, VA 22030-1742 | MAINSTREET BANK<br>C/O ERIC S. SCHUSTER, ESQ.<br>100 LIGHT STREET, SUITE 1400<br>BALTIMORE, MARYLAND 21202-1188 | MARTIN LAW GROUP<br>8065 LEESBURG PIKE<br>STE 750<br>VIENNA, VA 22182-2702 |
| MAYOR/CITY COUNCIL BALTIMORE<br>REVENUE COLLECTIONS<br>200 HOLLIDAY STREET ROOM #1<br>BALTIMORE, MD 21202-6295 | MONIKA JAIN<br>445 WINDOVER AVE NORTH WEST<br>VIENNA, VA 22180-4232 | NANCY GREENE<br>N D GREENE PC<br>3977 CHAIN BRIDGE RD<br>SUITE 1<br>FAIRFAX, VA 22030-3308 |
| NP MASTER TRUST I (CAYMAN) LLC<br>C/O ANDREA C. DAVISON<br>2311 WILSON BLVD SUITE 500<br>ARLINGTON VA 22201-5422 | ORRSTOWN BANK<br>OFFIT/KUMAN PA<br>7501 WISCONSIN AVE #1000W<br>BETHESDA, MD 20814-6604 | PC<br>7501 WISCONSIN AVE.<br>SUITE 1000W<br>FAIRFAX, VA 22030-3308 |
| PENNSYLVANIA AMERICAN WATER<br>P O BOX 371412<br>PITTSBURGH, PA 15250-7412 | PPL ELECTRIC UTILITIES<br>827 HAUSMAN RD<br>ALLENTOWN, PA 18104-9392 | SC&H GROUP, INC.<br>C/O ROBERT PATRICK<br>910 RIDGEBROOK ROAD<br>SPARKS, MD 21152-9390 |

USPS FIRST CLASS MAILING DOCUMENTS:
Parties with names struck through or labeled with "RETURN" were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SHORE UNITED BANK<br>200 WEST GATE CIRCLE<br>SUITE 200<br>ANNAPOLIS, MD 21401-3377 | STAFFORD COUNTY<br>LAURA M RUDY, TREASURER, PO BOX 68<br>STAFFORD, VA 22555-0068 | STAFFORD COUNTY ATTORNEY'S OFFICE<br>1300 COURTHOUSE ROAD<br>P.O. BOX 339<br>STAFFORD, VA 22555-0339 |
| TOWN OF VIENNA WATER AND SEWER BILL<br>127 CENTER ST<br>VIENNA, VA 22180-5719 | TRINITY UNIVERSAL INS CO<br>C/O MAN GLOBAL PVT MKTS<br>1345 AVE OF THE AMERICAS, 21ST FLOOR<br>NEW YORK, NY 10105-0199 | TROY MASON<br>3002 WILLIAMSBURG RD<br>RICHMOND , VA 23231-2128 |
| TURKEY HILL<br>1635 CHURCH RD<br>HERSHEY , PA 17033-1812 | U.S. SECURITIES & EXCHG COMM<br>OFFICE OF REORGANIZATION<br>950 EAST PACES FERRY RD, SUITE 900<br>ATLANTA, GA 30326-1382 | UGI UTILITIES INC<br>ATTN CREDIT & COLLECTIONS<br>P O BOX 13009<br>READING PA 19612-3009 |
| VERIZON FIOS<br>1430 WALNUT ST<br>PHILADELPHIA, PA 19102-4021 | VIENNA OAKS OFFICE CENTER CONDOMINIUM<br>C/O REES BROOME, PC<br>SUITE 700<br>TYSONS CORNER, VA 22182 | VIRGINIA PARTNERS BANK<br>LINKBANK<br>1250 CAMPHILL BYPASS, SUITE 202<br>CAMP HILL, PA 17011-3718 |
| VIRGINIA PARTNERS BANK<br>410 WILLIAM ST.<br>FREDERICKSBURG, VA 22401-5834 | WASHINGTON GAS<br>6801 INDUSTRIAL RD<br>SPRINGFIELD, VA 22151-4205 | WASTE MANAGEMENT<br>P O BOX 13577<br>PHILADELPHIA, PA 19101-3577 |
| WEST HANOVER TAP WATER AND SEWER<br>7091 JONESTOWN RD<br>HARRISBURG, PA 17112 | WEST HANOVER TOWNSHIP WATER & SEWER<br>AUTHORIT<br>STEVEN P. MINER, ESQUIRE<br>3631 N. FRONT STREET<br>HARRISBURG, PA 17110-1533 | WHITEFORD TAYLOR PRESTON<br>249 CENTRAL PARK AVENUE<br>SUITE 300<br>VIRGINIA BEACH, VA 23462-3271 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB<br>FCI LENDER SERVICES, INC.<br>P.O. BOX 27370<br>ANAHEIM HILLS, CA 92809-0112 | | |