**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 1:23-BK-10566 |
| | § | |
| EAGLE PROPERTIES AND | § | |
| INVESTMENTS LLC | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), H. Jason Gold ("Trustee"), Chapter 7 trustee in the above captioned case, has filed a *Final Report* and that the Trustee and the Trustee's professionals have filed final fee applications, all of which are summarized in the attached *Summary of Trustee's Final Report and Applications for Compensation*. The complete *Final Report* and all *Applications for Compensation* are available for inspection at the Office of the Clerk, at the following address: United States Bankruptcy Court, 200 South Washington St., Alexandria, VA 22314.

UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE AND SUPPORTING MEMORANDUM OBJECTING TO THE TRUSTEE'S FINAL REPORT AND/OR APPLICATIONS FOR COMPENSATION ARE FILED WITH THE CLERK OF COURT AT THE ADDRESS INDICATED ABOVE AND SERVED ON THE MOVING PARTY ON OR BEFORE 10/13/2025, WHICH IS 21 DAYS AFTER THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE FINAL REPORT AND APPLICATIONS FOR COMPENSATION AS CONCEDED AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR HEARING.

A HEARING ON ANY TIMELY OBJECTIONS FILED WITH RESPECT TO THE RELIEF REQUESTED IS SCHEDULED FOR 10/28/2025 AT 11:00 A.M., BEFORE THE HONORABLE KLINETTE H KINDRED, UNITED STATES BANKRUPTCY JUDGE, COURTROOM 3, 3ʳᴰ FLOOR, 200 SOUTH WASHINGTON STREET, ALEXANDRIA, VIRGINIA 22314. IF NO OBJECTION IS FILED, THE HEARING MAY BE CANCELLED AND THE RELIEF REQUESTED MAY BE GRANTED WITHOUT FURTHER NOTICE.

Date Mailed:  9/22/2025     By:  /s/  H. Jason Gold
                                  H. Jason Gold, Trustee

H. Jason Gold
P.O. Box 57359
Washington, DC 20037

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| In re: | § | Case No. 1:23-BK-10566 |
|---|---|---|
| | § | |
| EAGLE PROPERTIES AND INVESTMENTS LLC | § § § § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $8,746,727.24
*and approved disbursements of* $8,327,641.50
*leaving a balance on hand of[1]:* $419,085.74

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| | GORDON FEINBLATT LLC/1630 E CHOCOLATE | $25,000.00 | $25,000.00 | $25,000.00 | $0.00 |
| 3 | Gus Goldsmith/LYNN ST AND LAWYERS RD | $264,071.37 | $261,259.61 | $261,259.61 | $0.00 |
| 6-1 | Fulton Bank, N.A./VARIOUS PROPERTIES | $2,614,439.71 | $0.00 | $0.00 | $0.00 |
| 6-2A | Fulton Bank, N.A./VARIOUS PROPERTIES | $2,372,105.71 | $2,403,405.01 | $2,403,405.01 | $0.00 |
| 7 | City of Richmond City Hall/unknown properties | $10,325.99 | $0.00 | $0.00 | $0.00 |
| 9 | Bala Jain/DUPONT AVE | $115,270.58 | $0.00 | $0.00 | $0.00 |
| 10-2 | Bala Jain/202 N PORT ST | $101,923.76 | $0.00 | $0.00 | $0.00 |
| 10-1 | Bala Jain/DUPONT AVE | $115,270.58 | $0.00 | $0.00 | $0.00 |
| 12 | Atlantic Union Bank/WINDOVER | $397,511.97 | $397,647.38 | $397,647.38 | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 13 | Shore Bank/Community Bank of the Chesapeake/1010 LYNN ST | $495,755.48 | $550,632.88 | $550,632.88 | $0.00 |
| 14-1 | Bank of Clarke/249 BERKSTONE DR | $198,303.25 | $0.00 | $0.00 | $0.00 |
| 14-2 | Bank of Clarke/249 BERKSTONE DR | $198,506.54 | $201,656.35 | $201,656.35 | $0.00 |
| 15-2A | Bank of Clarke/15474 ROXBURY RD | $496,981.65 | $341,039.61 | $341,039.61 | $0.00 |
| 15-1 | Bank of Clarke/15474 ROXBURY RD | $502,867.33 | $0.00 | $0.00 | $0.00 |
| 16-1 | Bank of Clarke/204 S FAIRVILLE AVE | $169,696.89 | $0.00 | $0.00 | $0.00 |
| 16-2 | Bank of Clarke/204 S FAIRVILLE AVE | $170,406.53 | $175,508.55 | $175,508.55 | $0.00 |
| 17-2 | Bank of Clarke/1635 CHURCH RD | $261,522.74 | $272,511.69 | $272,511.69 | $0.00 |
| 17-1 | Bank of Clarke/1635 CHURCH RD | $262,430.78 | $0.00 | $0.00 | $0.00 |
| 18 | Orrstown Bank/6958 NEW OXFORD | $198,989.88 | $200,781.68 | $200,781.68 | $0.00 |
| 19-1 | Stafford County Attorney's Office/INGLEWOOD | $2,562.00 | $0.00 | $0.00 | $0.00 |
| 19-2 | Stafford County Attorney's Office/INGLEWOOD | $2,562.00 | $0.00 | $0.00 | $0.00 |
| 19-3 | Stafford County Attorney's Office/INGLEWOOD | $2,562.00 | $0.00 | $0.00 | $0.00 |
| 20-2 | LINKBANK (Virginia Partners Bank)/2565 AND 2567 CHAIN BRIDGE RD | $692,999.26 | $624,299.01 | $624,299.01 | $0.00 |
| 20-1 | Virginia Partners Bank/2565 AND 2567 CHAIN BRIDGE RD | $692,999.26 | $0.00 | $0.00 | $0.00 |
| 21-1 | Bala Jain LLC/897 LOMBARD ST | $184,691.51 | $0.00 | $0.00 | $0.00 |
| 21-2 | Bala Jain LLC/897 LOMBARD ST | $83,302.21 | $0.00 | $0.00 | $0.00 |
| 22 | Bala Jain LLC/1739 MONTPELIER ST | $72,757.26 | $0.00 | $0.00 | $0.00 |
| 23 | Bala Jain LLC/610 | $78,353.97 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | RICHWOOD AVE |  |  |  |  |
| 24 | Bala Jain/514 BOND AVE | $335,506.85 | $0.00 | $0.00 | $0.00 |
| 25-1 | Bala Jain/71 LUCY AVE | $221,369.42 | $0.00 | $0.00 | $0.00 |
| 25-2 | Bala Jain/71 LUCY AVE | $49,788.92 | $171,580.50 | $171,580.50 | $0.00 |
| 26 | Bala Jain LLC/1203 COTTAGE ST | $424,600.55 | $95,263.02 | $95,263.02 | $0.00 |
| 27 | Bala Jain LLC/202 N PORT ST | $189,673.42 | $0.00 | $0.00 | $0.00 |
| 29 | Bala Jain LLC/1001 MANNING DR | $89,941.92 | $40,480.20 | $40,480.20 | $0.00 |
| 30 | Bala Jain LLC/210 BRIGHTON SQ | $95,591.23 | $0.00 | $0.00 | $0.00 |
| 31 | Bala Jain LLC/3012 DUPONT AVE | $222,476.05 | $95,985.35 | $95,985.35 | $0.00 |
| 32 | Bala Jain/15474 ROXBURY RD | $420,739.73 | $25,000.00 | $25,000.00 | $0.00 |
| 33-1 | Bala Jain LLC/1009 SWEETGRASS CIR | $252,591.78 | $0.00 | $0.00 | $0.00 |
| 33-2 | Bala Jain LLC/1009 SWEETGRASS CIR | $252,591.78 | $0.00 | $0.00 | $0.00 |
| 34 | Bala Jain LLC/2565 CHAIN BRIDGE RD 2F | $561,150.68 | $0.00 | $0.00 | $0.00 |
| 35-1 | Bala Jain LLC/445 WINDOVER AVE | $392,575.34 | $0.00 | $0.00 | $0.00 |
| 35-2 | Bala Jain LLC/445 WINDOVER AVE | $101,725.03 | $290,850.31 | $290,850.31 | $0.00 |
| 36 | Bala Jain LLC/1010 LYNN ST | $336,295.89 | $8,472.75 | $8,472.75 | $0.00 |
| 37 | Bala Jain LLC/1016 COTTAGE ST | $112,098.63 | $0.00 | $0.00 | $0.00 |
| 39-1 | Bala Jain LLC/449 LAWYERS RD | $380,576.44 | $0.00 | $0.00 | $0.00 |
| 39-2A | Bala Jain LLC/449 LAWYERS RD | $379,252.49 | $1,323.95 | $1,323.95 | $0.00 |
| 48 | Bala Jain LLC/204 S FAIRVILLE AVE | $190,735.34 | $0.00 | $0.00 | $0.00 |
| 50 | Bala Jain LLC/7616 GROVE AVE | $286,186.85 | $0.00 | $0.00 | $0.00 |
| 51 | Bala Jain LLC/1635 CHURCH RD | $297,409.86 | $0.00 | $0.00 | $0.00 |
| 52 | Bala Jain LLC/1343 | $303,021.37 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| | CHURCH RD | | | | |
| 53-2 | Vienna Oaks Office Center Condominium/DUES 2565 & 2567 CHAIN BRIDGE RD | $15,458.00 | $28,426.00 | $28,426.00 | $0.00 |
| 54-2 | WILMINGTON SAVINGS FUND/7213 LINGLESTOWN RD | $301,384.25 | $0.00 | $0.00 | $0.00 |
| 54-1 | WILMINGTON SAVINGS FUND/7213 LINGLESTOWN RD | $301,384.25 | $0.00 | $0.00 | $0.00 |
| 55 | ABL RPC RESIDENTIAL CREDIT ACQ LLC/6961 STERLING RD | $203,461.76 | $207,631.27 | $207,631.27 | $0.00 |
| 56 | Trinity Universal Insurance Company/7180 JONESTOWN RD | $230,256.00 | $208,650.86 | $208,650.86 | $0.00 |
| 57 | COUNTY OF HENRICO, VIRGINIA/3002 WILLIAMSBURG RD | $4,905.63 | $0.00 | $0.00 | $0.00 |
| 58 | COUNTY OF HENRICO, VIRGINIA/3002 WILLIAMSBURG RD | $363.55 | $0.00 | $0.00 | $0.00 |
| 59 | Dauphin County Tax Claim Bureau/VARIOUS PROPERTIES | $57,076.08 | $0.00 | $0.00 | $0.00 |
| 60 | Mayor and City Council Baltimore/UTILITIES VARIOUS PROPERTIES | $5,942.97 | $0.00 | $0.00 | $0.00 |
| 61 | Mayor and City Council Baltimore/TAX VARIOUS PROPERTIES | $8,845.75 | $0.00 | $0.00 | $0.00 |
| 62 | Mayor and City Council Baltimore/PERMITS | $325.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| | 897 W LOMBARD | | | | |
| 63 | Mayor and City Council Baltimore/ENVIRO FEES: VARIOUS PROPERTIES | $1,800.00 | $0.00 | $0.00 | $0.00 |
| 67 | Atlantic Union Bank/445 WINDOVER AVE | $379,254.93 | $0.00 | $0.00 | $0.00 |
| 70 | Mayor and City Council Baltimore/213 Port St | $2,831.95 | $0.00 | $0.00 | $0.00 |
| 71 | Mayor and City Council Baltimore/897 W Lombard St | $325.00 | $0.00 | $0.00 | $0.00 |
| 73 | West Hanover Township Water & Sewer Authority | $3,257.73 | $6,202.57 | $6,702.57 | $0.00 |
| 74 | Howard County Maryland | $20,616.52 | $22,350.56 | $22,350.56 | $0.00 |
| 75 | Civic Ventures, LLC | $97,966.62 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:    $0.00
Remaining balance:    $419,085.74

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| H. Jason Gold, Trustee Fees | $285,332.88 | $228,489.59 | $56,843.29 |
| H. Jason Gold, Trustee Expenses | $581.70 | $0.00 | $581.70 |
| Nelson Mullins Riley & Scarborough LLP, Attorney for Trustee Fees | $217,272.00 | $159,600.00 | $57,672.00 |
| Nelson Mullins Riley & Scarborough LLP, Attorney for Trustee Expenses | $9,927.62 | $7,052.75 | $2,874.87 |
| Barry Strickland & Company , Accountant for Trustee Fees | $21,101.75 | $0.00 | $21,101.75 |
| U.S. Trustee, U.S. Trustee Quarterly Fees | $530.00 | $0.00 | $530.00 |
| Other: Berkshire Hathaway, realtor comm, Realtor for Trustee Fees | $6,625.00 | $6,625.00 | $0.00 |
| Other: C21 New Millenium Commission, Realtor for Trustee Fees | $259,580.90 | $38,925.00 | $0.00 |
| Other: C21 NEW MILLENIUM, realtor commission, Realtor for Trustee Fees | $259,580.90 | $9,000.00 | $0.00 |
| Other: C21 New Millenium; Real Estate | $259,580.90 | $7,950.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Commissions - Listing Agent, Realtor for Trustee Fees | | | |
| Other: C21 NM Commission , Realtor for Trustee Fees | $259,580.90 | $9,750.00 | $0.00 |
| Other: C21 NM, Commission, Realtor for Trustee Fees | $259,580.90 | $35,100.00 | $0.00 |
| Other: C21 NM, Realtor Comm , Realtor for Trustee Fees | $259,580.90 | $33,230.90 | $0.00 |
| Other: C21 NM, realtor Commission , Realtor for Trustee Fees | $259,580.90 | $40,445.00 | $0.00 |
| Other: C21 Realtor Commission, Realtor for Trustee Fees | $259,580.90 | $13,500.00 | $0.00 |
| Other: C21, Commission, Realtor for Trustee Fees | $259,580.90 | $4,500.00 | $0.00 |
| Other: C21, realtor comm, Realtor for Trustee Fees | $259,580.90 | $15,180.00 | $0.00 |
| Other: C21, realtor commission, Realtor for Trustee Fees | $259,580.90 | $52,000.00 | $0.00 |
| Other: Coldwell Banker, realtor commission, Realtor for Trustee Fees | $5,125.00 | $5,125.00 | $0.00 |
| Other: FSBO Plus Realtors, realtor comm, Realtor for Trustee Fees | $6,275.00 | $6,275.00 | $0.00 |
| Other: Home 1st Realty/commission , Realtor for Trustee Fees | $7,125.00 | $7,125.00 | $0.00 |
| Other: Innovations Prop, realtor commission, Realtor for Trustee Fees | $44,250.00 | $44,250.00 | $0.00 |
| Other: Keller Williams, commission, Realtor for Trustee Fees | $30,312.50 | $8,500.00 | $0.00 |
| Other: KELLER WILLIAMS, realtor comm, Realtor for Trustee Fees | $30,312.50 | $21,812.50 | $0.00 |
| Other: PRIME REALTY SVCS, Realtor comm, Realtor for Trustee Fees | $29,612.50 | $8,425.00 | $0.00 |
| Other: PRIME REALTY, Commission , Realtor for Trustee Fees | $29,612.50 | $8,125.00 | $0.00 |
| Other: Prime Realty, realtor comm, Realtor for Trustee Fees | $29,612.50 | $6,687.50 | $0.00 |
| Other: Prime Realty/realtor comm, Realtor for Trustee Fees | $29,612.50 | $6,375.00 | $0.00 |
| Other: Protus Realty Real Estate Commission - Selling Agent, Realtor for Trustee Fees | $13,270.00 | $6,625.00 | $0.00 |
| Other: Protus Realty, Broker Fee, Realtor for Trustee Fees | $13,270.00 | $495.00 | $0.00 |
| Other: Protus Realty, realtor commission, Realtor for Trustee Fees | $13,270.00 | $6,150.00 | $0.00 |
| Other: Real Broker, realtor comm, Realtor for Trustee Fees | $6,250.00 | $6,250.00 | $0.00 |
| Other: VERITY COMMERCIAL, Commission, | $24,900.00 | $24,900.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Case 23-10566-KHK   Doc 726   Filed 09/23/25   Entered 09/23/25 09:04:19   Desc Main
                             Document      Page 8 of 10

| | | | |
|---|---|---|---|
| Realtor for Trustee Fees | | | |
| Other: REAL MARKETS ASSET MGR FEES, Other Professional Fees | $23.385.05 | $19,013.30 | $4,371.75 |
| Other: Stephen Karbelk, Other Professional Expenses | $7,177.93 | $7,177.93 | $0.00 |
| Other: Barry Strickland & Company , Other Professional Expenses | $29.10 | $0.00 | $29.10 |
| Other: REAL MARKETS - ASSET MGR EXPENSE, Other Professional Expenses | $16,110.73 | $16,110.73 | $0.00 |

                    Total to be paid for chapter 7 administrative expenses:      $144,004.46
                                                                       Remaining balance:      $275,081.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| MARTIN LAW GROUP PC, Attorney for Trustee/DIP Fees | $58,290.91 | $0.00 | $47,745.40 |
| Other: SRIS PC/N D Greene PC, Attorney for Trustee/DIP Fees | $93,123.44 | $0.00 | $76,276.30 |
| Other: WHITEFORD, TAYLOR ET AL, Attorney for Trustee/DIP Fees | $46,353.70 | $0.00 | $37,967.77 |
| Other: MAURICE B VERSTANDIG, CRO, Other Professional's Fees | $0.00 | $0.00 | $0.00 |
| Other: SC&H GROUP, Other Professional's Fees | $136,293.25 | $0.00 | $111,636.19 |
| Other: MARTIN LAW GROUP PC, Other Professional's Expenses | $683.06 | $0.00 | $559.49 |
| Other: MAURICE B VERSTANDIG, CRO, Other Professional's Expenses | $0.00 | $0.00 | $0.00 |
| Other: WHITEFORD, TAYLOR ET AL, Other Professional's Expenses | $1,094.06 | $0.00 | $896.13 |

                    Total to be paid to prior chapter administrative expenses:      $275,081.28
                                                                       Remaining balance:      $0.00

     In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,200.00 must be paid in advance of any dividend to general (unsecured) creditors.

     Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 66 | Betsy & Alexander Dalton | $3,200.00 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|   | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|   | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,574,803.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Lincoln Automotive Financial Services | $12,201.00 | $0.00 | $0.00 |
| 2 | UGI Utilities, Inc./Fairview St | $882.98 | $0.00 | $0.00 |
| 4 | American Express National Bank c/o Becket and Lee LLP | $1,647.06 | $0.00 | $0.00 |
| 5 | American Express National Bank c/o Becket and Lee LLP | $139,491.58 | $0.00 | $0.00 |
| 6-2B | Fulton Bank, N.A./VARIOUS PROPERTIES | $31,299.30 | $0.00 | $0.00 |
| 8 | American Express National Bank c/o Becket and Lee LLP | $10,786.30 | $0.00 | $0.00 |
| 11 | Capital One N.A. | $6,544.19 | $0.00 | $0.00 |
| 15-2B | Bank of Clarke/15474 ROXBURY RD | $155,942.04 | $0.00 | $0.00 |
| 28-1 | Bala Jain LLC/3100 P ST | $0.00 | $0.00 | $0.00 |
| 28-2 | Bala Jain LLC/3100 P ST | $181,795.86 | $0.00 | $0.00 |
| 38 | Bala Jain LLC/GEN UNS 18 LOTS | $470,676.16 | $0.00 | $0.00 |
| 39-2b | Bala Jain LLC/449 LAWYERS RD | $377,928.54 | $0.00 | $0.00 |
| 40 | Bala Jain LLC/GEN UNS LOAN 3007 3RD AVE | $290,858.08 | $0.00 | $0.00 |
| 41-1 | Bala Jain LLC/GEN UNS LOAN 18502 CORBY ST | $0.00 | $0.00 | $0.00 |
| 41-2 | Bala Jain LLC/GEN UNS LOAN 18502 CORBY ST | $318,637.81 | $0.00 | $0.00 |
| 42 | Bala Jain LLC/GEN UNS LOAN 44 GALVESTN PL | $64,750.25 | $0.00 | $0.00 |
| 43 | Bala Jain LLC/GEN UNS LOAN 130 S MAIN ST | $390,364.38 | $0.00 | $0.00 |
| 44 | Bala Jain LLC/GEN UNS LOAN 3305 2ND AVE | $178,884.38 | $0.00 | $0.00 |
| 45 | Bala Jain LLC/GEN UNS LOAN 205 W CHERRY ST | $189,617.53 | $0.00 | $0.00 |
| 46 | Bala Jain LLC/GEN UNS LOAN 7515 | $168,394.52 | $0.00 | $0.00 |

|   | | | | |
|---|---|---:|---:|---:|
|   | COTFIELD RD | | | |
| 47 | Bala Jain LLC/GEN UNS LOAN 19004 QUEEN DR | $73,120.55 | $0.00 | $0.00 |
| 49 | Bala Jain LLC/GEN UNS LOAN 1818 WOODLAWN DR AND 6971 BAL ANNAP RD | $504,887.67 | $0.00 | $0.00 |
| 53-1 | Vienna Oaks Office Center Condominium/DUES 2565 & 2567 CHAIN BRIDGE RD | $0.00 | $0.00 | $0.00 |
| 68 | Mayor and City Council Baltimore | $5,942.97 | $0.00 | $0.00 |
| 69 | Mayor and City Council Baltimore | $150.00 | $0.00 | $0.00 |

|   |   |
|---|---:|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   |   |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|   |   |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ H. Jason Gold
Trustee

H. Jason Gold
P.O. Box 57359
Washington, DC 20037

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**