# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In re: | ) |
| | )    Bankruptcy Case |
| EAGLE PROPERTIES AND INVESTMENTS LLC | )    No. 23-10566-KHK |
| | ) |
| | )    Chapter 7 |
| Debtor. | ) |

## ORDER APPROVING TRUSTEE'S FINAL REPORT, APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

UPON CONSIDERATION of the final report ("Final Report") filed by the Chapter 7 Trustee ("Trustee") for the above-captioned debtor, and the Final Report having been duly noticed, and the Court having duly examined and considered all applications for compensation and reimbursement of expenses; it is hereby

ORDERED that the Final Report is APPROVED; and it is further

ORDERED that reasonable compensation for actual and necessary services rendered or reimbursement of actual and necessary expenses incurred are hereby awarded or allowed pursuant to 11 U.S.C. 330(a) and/or 503(b)(2) and (4), as follows:

| **APPLICANTS** | **COMMISSIONS/FEES** | **EXPENSES** |
|---|---|---|
| H. Jason Gold, Trustee | $285,332.88 | $581.70 |
| Nelson Mullins Riley & Scarborough LLP | $217,272.00 | $9,927.62 |
| Barry Strickland & Co. | $21,101.75 | $29.10 |
| Auction Markets, LLC DBA Real Markets | $22,788.00 | $453.00 |

And it is further

ORDERED that consistent with the Final Report, the Trustee shall pay the following amounts:

1

<u>Chapter 7 Administrative Expenses Unpaid Amounts</u>

H. Jason Gold (Unpaid Trustee Commission) - $56,843.29

H. Jason Gold (Unpaid Trustee Expenses) - $581.70

Nelson Mullins Riley & Scarborough LLP (Unpaid Legal Fees) - $57,672.00

Nelson Mullins Riley & Scarborough LLP (Unpaid Legal Expenses) - $2,874.87

Barry Strickland & Company (Unpaid Accounting Fees) - $21,101.75

Barry Strickland & Company (Unpaid Accounting Expenses) - $29.10

Auction Markets, LLC DBA Real Markets - (Unpaid Fees) - $4,371.75

<u>Prior Chapter Administrative Expenses</u>

U.S. Trustee (Quarterly Fees) - $530.00

Martin Law Group PC (Legal Fees) - $47,745.40

Martin Law Group PC (Legal Expenses) - $559.49

SRIS PC/ND Greene PC (Legal Fees) - $76,276.30

Whiteford Taylor (Legal Fees) - $37,967.77

Whiteford Taylor (Legal Expenses) - $896.13

SC&H Group (CRO Fees) - $111,636.19

Dated:   Oct 29 2025

/s/ Klinette H Kindred
United States Bankruptcy Judge

Entered On Docket: Oct 30 2025

2

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP.
101 Constitution Avenue, NW, Suite 900
Washington DC  20001
202.689.2800
dylan.trache@nelsonmullins.com

By:    /s/ Dylan G. Trache
        Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

SEEN AND NO OBJECTION:

OFFICE OF THE UNITED STATES TRUSTEE
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
(703) 557-7176


By:    /s/ Michael T. Freeman (by DGT with authority)
        Michael Freeman


**CERTIFICATION PURSUANT TO LOCAL RULE 9022-1: ENDORSEMENT**

I HEREBY CERTIFY that all necessary parties have endorsed the above-referenced order.

                      /s/ Dylan G. Trache
                      Dylan G. Trache